| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>　Telephone No: 310-826-7474<br>　Attorney For: | Ref. No. or File No.:<br>4680-002K APPLE_0232 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION |
|---|

| Plaintiff: COBBLESTONE WIRELESS, LLC |
|---|
| Defendant: APPLE INC. |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:24-cv-00232 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Jury Trial Demanded; Civil Cover Sheet

3. a. Party served:   APPLE INC.
   b. Person served:   Diana Ruiz, Authorized to Accept Service for CT Corporation System, Agent for Service of Process

4. Address where the party was served:   330 North Brand Boulevard Suite 700, Glendale, CA 91203

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Oct 10 2024 (2) at: 12:40 PM

6. **Person Who Served Papers:**
   a. Douglas Forrest (5141, Los Angeles)               d. **The Fee** for Service was:
   b. FIRST LEGAL
   　1517 W. Beverly Blvd.
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/10/2024 | |
|---|---|
| (Date) | (Signature) |



PROOF OF SERVICE

11959227
(5918739)