IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**APPLE INC.**<br><br>**Defendant** | **Civil Action No. 7:24-cv-00232-ADA**<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION EXTENDING THE DEADLINE TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE:

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") and Defendant Apple, Inc., ("Apple" or "Defendant") provides notice that the parties have agreed to an extension of time for Apple to answer or otherwise respond to Cobblestone's Complaint filed on September 20, 2024 [Dkt. 1]. The current deadline for Apple to respond is October 31, 2024. Apple seeks a 45-day extension up to and including **December 15, 2024** to file its response. Cobblestone joins in and agrees to this request. In support of this request, Apple respectfully submits the following:

1. Apple requests an extension of time to respond to Cobblestone's Complaint to permit Apple's counsel sufficient time to prepare its response.

2. Apple has conferred with Cobblestone, and Cobblestone agrees with the extension sought herein.

3. Apple has requested this extension prior to the expiration of the original deadline to respond to the Complaint.

4866-7809-5346

4.  Apple has not previously filed a motion to extend time to respond to Complaint and this motion is made in good faith and not for the purposes of undue delay.

5.  The request will not impact any other case deadlines.

Dated: October 22, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Peter Tong | /s/ Steven J. Wingard |
| Reza Mirzaie | Steven J. Wingard |
| CA State Bar No. 246953 | Texas Bar No. 00788694 |
| Marc A. Fenster | Robert ("Robby") P. Earle |
| CA State Bar No. 181067 | Texas Bar No. 24124566 |
| Neil A. Rubin | Stephen L. Burbank |
| CA State Bar No. 250761 | Texas Bar No. 24106972 |
| Christian W. Conkle | SCOTT DOUGLASS & MCCONNICO LLP |
| CA State Bar No. 306374 | 303 Colorado Street, Suite 2400 |
| Amy E. Hayden | Austin, Texas 78701 |
| CA State Bar No. 287026 | Telephone: 512.495.6300 |
| Jonathan Ma | Facsimile: 512.495.6399 |
| CA State Bar No. 312773 | Email: swingard@scottdoug.com |
| Jacob R. Buczko | Email: rearle@scottdoug.com |
| CA State Bar No. 269408 | Email: sburbank@scottdoug.com |
| Peter Tong | |
| TX State Bar No. 24119042 | *Attorneys for Defendant Apple Inc.* |
| Matthew D. Aichele | |
| VA State Bar No. 77821 | |
| RUSS AUGUST & KABAT | |
| 12424 Wilshire Boulevard, 12th Floor | |
| Los Angeles, CA 90025 | |
| Telephone: 310-826-7474 | |
| Email: rmirzaie@raklaw.com | |
| Email: mfenster@raklaw.com | |
| Email: nrubin@raklaw.com | |
| Email: cconkle@raklaw.com | |
| Email: ahayden@raklaw.com | |
| Email: jma@raklaw.com | |
| Email: jbuczko@raklaw.com | |
| Email: ptong@raklaw.com | |
| Email: maichele@raklaw.co | |

*Attorneys for Plaintiff,
Cobblestone Wireless, LLC*

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this 22nd day of October, 2024, with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Steven J. Wingard*
Steven J. Wingard
