UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 7:24-cv-00232-ADA <br><br> **Jury Trial Demanded** |

**DEFENDANT APPLE INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Apple Inc. hereby discloses it has no parent corporations and that there is no publicly held company that owns 10% or more of Apple Inc.'s stock.

Respectfully submitted,

By: */s/ Steve Wingard*
SCOTT DOUGLASS & MCCONNICO LLP
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com

***Attorneys for Defendant Apple Inc.***

4919-8560-1798

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 13, 2024, a true-and-correct-copy of the foregoing document was served via the Court's CM/ECF system on all counsel of record.

*/s/ Steve Wingard*
Steve Wingard

4919-8560-1798