**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

Cobblestone Wireless, LLC

vs.                                                          Case No.:  7:24-cv-00232

Apple Inc.


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Kevin J. Post_____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent __Apple Inc._____ in this case, and

would respectfully show the Court as follows:


1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
      __Ropes & Gray LLP_____ with offices at:

      Mailing address: __1211 6th Avenue_____

      City, State, Zip Code: __New York, NY 10036_____

      Telephone: __212-596-9181_____    Facsimile: _____


2.    Since __2006_____, Applicant has been and presently is a

      member of and in good standing with the Bar of the State of __New York_____.

      Applicant's bar license number is __4382214_____.


3.    Applicant has been admitted to practice before the following courts:

      Court:                                              Admission date:

      __See Attached Addendum_____        _____

      _____               _____

      _____               _____

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.      I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: ___15cv01080_____ on the __23__ day of ___February_____, _2016__.

Number: ___22cv00077_____ on the __5___ day of __April_____, _2022__.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: _Steven J. Wingard_____

Mailing address: _303 Colorado St., Suite 2400_____

City, State, Zip Code: _Austin, Texas 78701_____

Telephone: _512-495-6300_____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

_Kevin J. Post_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

_Kevin J. Post_____
[printed name of Applicant]

_____
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the _16th_ day of __December_____, _2024_.

_Kevin J. Post_____
[printed name of Applicant]

_____
[signature of Applicant]

Applicant has been admitted to practice before the following courts:

| COURT: | ADMISSION DATE: |
| --- | --- |
| U.S. Court of Appeals for the District of Columbia Circuit | 02/28/2006 |
| U.S. District Court for the Southern District of New York | 12/19/2006 |
| District of Columbia | 01/08/2007 |
| U.S. District Court for the District of Columbia | 03/05/2007 |
| U.S. Court of Appeals for the Federal Circuit | 10/15/2009 |
| U.S. District Court for the District of Colorado | 02/16/2012 |
| U.S. Court of Appeals for the 3rd Circuit | 11/24/2017 |
| U.S. Court of Appeals for the 5th Circuit | 04/16/2020 |