UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Cobblestone Wireless, LLC

vs.  Case No.: 7:24-cv-00232

Apple Inc.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Cassandra B. Roth, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Apple Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Ropes & Gray LLP with offices at:

   Mailing address: 1211 6th Avenue

   City, State, Zip Code: New York, NY 10036

   Telephone: 212-841-8823     Facsimile: _____

2. Since 2013 / 2014, Applicant has been and presently is a member of and in good standing with the Bar of the State of New Jersey / New York. Applicant's bar license number is 064832013 / 5287362.

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:

   See Attached Addendum               _____

   _____                     _____

   _____                     _____

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: 23cv00324 on the 26 day of May, 2023.

Number: 21cv01101 on the 10 day of January, 2022.

Number: 15cv00079 on the 17 day of July, 2015.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Steven J. Wingard

Mailing address: 303 Colorado St., Suite 2400

City, State, Zip Code: Austin, Texas 78701

Telephone: 512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Cassandra B. Roth to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Cassandra B. Roth
[printed name of Applicant]

*[signature]*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 16 day of December, 2024.

Cassandra B. Roth
[printed name of Applicant]

*[signature]*
[signature of Applicant]

Applicant has been admitted to practice before the following courts:

| COURT: | ADMISSION DATE: |
|---|---|
| U.S. Patent & Trademark Office | 05/18/2015 |
| U.S. District Court for the District of New Jersey | 12/16/2016 |
| U.S. District Court for the Southern District of New York | 11/15/2016 |
| U.S. District Court for the Eastern District of New York | 04/05/2017 |
| U.S. Court of Appeals for the 9th Circuit | 02/19/2021 |
| U.S. Court of Appeals for the Federal Circuit | 01/30/2024 |