# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　　*Plaintiff,*<br><br>　　v.<br><br>APPLE INC.;<br><br>　　　*Defendant*. | Case No. 7:24-cv-232-ADA<br><br>**JURY TRIAL DEMANDED** |

## CASE READINESS STATUS REPORT

Plaintiff, Cobblestone Wireless, LLC ("Cobblestone") and Defendant Apple Inc., ("Apple") hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

A *Markman* date has not yet been set.

A trial date has not yet been set.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on September 20, 2024. There has been one extension for a total of 45 days.

## RESPONSE TO THE COMPLAINT

Apple responded to Cobblestone's Complaint by filing an Answer. Dkt. 9. No counterclaims were filed.

## PENDING MOTIONS

There are no motions pending.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are no cases are pending in this district that are related.

## IPR, CBM, AND OTHER PGR FILINGS

The '347 patent has been the subject of the following USPTO reviews:

- IPR2024-00136 was filed on December 4, 2023. Institution was denied.
- IPR2024-00319 was filed on December 18, 2023. Institution was denied and the matter was subsequently terminated due to settlement.

The '802 patent has been the subject of the following USPTO reviews:

- IPR2024-00606 was filed on February 26, 2024 and docketed on March 14, 2024. Institution was granted on September 10, 2024. The Final Written Decision is expected by September 10, 2025. The parties have submitted a joint motion to terminate, which remains pending.
- IPR2024-00707 was filed on March 19, 2024 and docketed on March 27, 2024. Institution was granted on September 24, 2024. The Final Written Decision is expected by September 24, 2025.
- IPR2024-00946 was filed on June 28, 2024 and docketed on July 30, 2024. The matter was terminated due to settlement prior to institution.
- IPR2024-01336 was filed on August 28, 2024 and docketed on September 11, 2024. An institution decision is expected by March 11, 2025.
- EPR 90/019,458 was filed on March 2, 2024.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted 2 patents and a total of 50 claims.  Plaintiff notes that the total number of claims asserted may change, stemming from Plaintiff's forthcoming Preliminary Infringement Contentions ("PICs").

## APPOINTMENT OF TECHNICAL ADVISER

The parties defer to the Court's preference with respect to a technical adviser and do not request a technical adviser at this time.

## **MEET AND CONFER STATUS**

Plaintiff and Defendant met and conferred. The parties have no pre-*Markman* issues to raise at the CMC.

Dated: December 20, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: ahayden@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

**ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC**

<u>*By: /s/ Steve Wingard*</u>
SCOTT DOUGLASS & MCCONNICO LLP
Steve Wingard
State Bar No. 00788694
swingard@scottdoug.com
Stephen L. Burbank
State Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
State Bar No. 241245566
rearle@scottdoug.com

**ATTORNEYS FOR DEFENDANT,
APPLE INC.**

## **CERTIFICATE OF SERVICE**

I certify that this document is being served upon counsel of record for Defendant on December 20, 2024 via electronic service.

>*/s/ Reza Mirzaie*
>Reza Mirzaie

## **CERTIFICATE OF SIGNATURES**

I certify that concurrence in the filing of this document has been obtained from each signatory hereto.

>*/s/ Reza Mirzaie*
>Reza Mirzaie