**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC<br><br>         Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>         Defendant. | Case No.  7:24-cv-232-ADA<br><br>**JURY TRIAL DEMANDED** |

**NOTICE REGARDING AGREED EXTENSION OF TIME
FOR THE PARTIES TO FILE CONTENTIONS**

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff Cobblestone Wireless, LLC ("Plaintiff") provides notice that the parties have agreed to an extension of time for Plaintiff's preliminary infringement contentions and accompanying materials until January 26, 2025 and Defendant Apple Inc.'s preliminary invalidity contentions and accompanying materials until March 24, 2025. This extension does not change the date of any hearing, trial, or other currently calendared Court date and does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated:  January 2, 2025                     Respectfully submitted,

                                            /s/ Reza Mirzaie
                                            Reza Mirzaie
                                            CA State Bar No. 246953
                                            Marc A. Fenster
                                            CA State Bar No. 181067
                                            Neil A. Rubin
                                            CA State Bar No. 250761
                                            Christian W. Conkle
                                            CA State Bar No. 306374
                                            Amy E. Hayden
                                            CA State Bar No. 287026
                                            Jonathan Ma
                                            CA State Bar No. 312773
                                            Jacob R. Buczko
                                            CA State Bar No. 269408
                                            Peter Tong
                                            TX State Bar No. 24119042
                                            Matthew D. Aichele
                                            VA State Bar No. 77821
                                            **RUSS AUGUST & KABAT**
                                            12424 Wilshire Boulevard, 12th Floor
                                            Los Angeles, CA 90025
                                            Telephone: 310-826-7474
                                            Email: rmirzaie@raklaw.com
                                            Email: mfenster@raklaw.com
                                            Email: nrubin@raklaw.com

        Email: cconkle@raklaw.com
        Email: ahayden@raklaw.com
        Email: jma@raklaw.com
        Email: jbuczko@raklaw.com
        Email: ptong@raklaw.com
        Email: maichele@raklaw.com

*__Attorneys for Plaintiff Cobblestone Wireless, LLC__*

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on January 2, 2025.

*/s/ Reza Mirzaie*
Reza Mirzaie