UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Cobblestone Wireless, LLC

vs.                                              Case No.:  7:24-cv-00232

Apple Inc.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Raivo Andrian _____, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent Apple Inc. _____ in this case, and

would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)
    Ropes & Gray LLP _____ with offices at:

    Mailing address:  1900 University Avenue, Sixth Floor _____

    City, State, Zip Code:  East Palo Alto, CA 94303-2284 _____

    Telephone:  1-650-617-4000 _____   Facsimile:  1-650-617-4090 _____

2.  Since  December 11, 2024 _____, Applicant has been and presently is a

    member of and in good standing with the Bar of the State of California _____.

    Applicant's bar license number is 359257 _____.

3.  Applicant has been admitted to practice before the following courts:

    Court:                                      Admission date:

    _____        _____

    _____        _____

    _____        _____

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.    I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.    Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:  Steven J. Wingard

Mailing address:  303 Colorado St, Suite 2400

City, State, Zip Code:  Austin, TX 78701

Telephone:  512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Raivo Andrian _____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Raivo Andrian
_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of

record and the original upon the Clerk of Court on this the 9th day of January , 2025.

Raivo Andrian
_____
[printed name of Applicant]

_____
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

Cobblestone Wireless, LLC

vs.                                               Case No.: 7:24-cv-00232

Apple Inc.

# ORDER

        BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by  Raivo Andrian                                    , counsel for

Apple Inc.                                       , and the Court, having reviewed the motion, enters

the following order:

        IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Raivo Andrian                            may appear on behalf of Apple Inc.                                

in the above case.

        IT IS FURTHER ORDERED that  Raivo Andrian                                    , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

        SIGNED this the _____ day of _____, 20_____.


                                              _____

                                              UNITED STATES DISTRICT JUDGE