AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Cobblestone Wireless, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-cv-00232-ADA |
| Apple Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date: 01/15/2025

/s/ Steven Pepe
*Attorney's signature*

Steven Pepe - 2810430
*Printed name and bar number*

1211 Avenue of the Americas
New York, NY 10036-8704

*Address*

steven.pepe@ropesgray.com
*E-mail address*

(212) 596-9000
*Telephone number*

(212) 596-9090
*FAX number*