AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Cobblestone Wireless, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-cv-00232-ADA |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date:   01/15/2025

/s/ Alexander E. Middleton
*Attorney's signature*

Alexander E. Middleton - 4797114
*Printed name and bar number*

1211 Avenue of the Americas
New York, NY 10036-8704

*Address*

alexander.middleton@ropesgray.com
*E-mail address*

(212) 596-9000
*Telephone number*

(212) 596-9090
*FAX number*