UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br>　　　　Defendant. | Case No. 7:24-cv-00232-ADA<br><br><br>**JURY TRIAL DEMANDED** |

# PLAINTIFF COBBLESTONE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN

　　Plaintiff Cobblestone Wireless, LLC files this Unopposed Motion to Withdraw Attorney of Record Amy E. Hayden. Cobblestone requests that the Court permit Ms. Hayden to withdraw as attorney of record in this matter and to terminate her receipt of electronic notices. The parties have conferred, and Defendant does not oppose this motion. Cobblestone will remain fully represented by its remaining counsel of record.

Dated:  February 20, 2025　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Amy E. Hayden*
　　　　　　　　　　　　　　　　　　　　Reza Mirzaie
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 246953
　　　　　　　　　　　　　　　　　　　　Marc A. Fenster
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 181067
　　　　　　　　　　　　　　　　　　　　Neil A. Rubin
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 250761
　　　　　　　　　　　　　　　　　　　　Christian W. Conkle
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 306374
　　　　　　　　　　　　　　　　　　　　Amy E. Hayden
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 287026
　　　　　　　　　　　　　　　　　　　　Jonathan Ma
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 312773
　　　　　　　　　　　　　　　　　　　　Jacob R. Buczko
　　　　　　　　　　　　　　　　　　　　CA State Bar No. 269408
　　　　　　　　　　　　　　　　　　　　Peter Tong

TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: ahayden@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

***Attorneys for Plaintiff**
**Cobblestone Wireless, LLC***

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 20th day of February 2025, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a).

                                                         */s/ Amy E. Hayden*
                                                         Amy E. Hayden