UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br>　　　　Defendant. | Case No. 7:24-cv-00232-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING PLAINTIFF COBBLESTONE'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY OF RECORD AMY E. HAYDEN

Before the Court is Plaintiff Cobblestone Wireless, LLC's Unopposed Motion to Withdraw Attorney of Record. Having considered the matter, the Court GRANTS the motion and orders that Amy E. Hayden is withdrawn as one of Cobblestone's attorneys of record and that her receipt of electronic notices be terminated.

Dated:_____

_____
Hon. Alan D. Albright
U.S. District Judge