IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | Civil Action No. 7:24-cv-00232-ADA |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| **APPLE INC.,** | |
| Defendant. | |

**JOINT STIPULATION EXTENDING THE DEADLINE TO FILE
JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

TO THE HONORABLE JUDGE:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Cobblestone Wireless, LLC, ("Cobblestone" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "Parties") hereby provide notice that the Parties have agreed to an extension of the Parties deadline to file a joint motion for entry of a protective order to May 28, 2025.

Cobblestone and Apple are making progress in the negotiation of the terms of a protective order for joint submission to the Court. The Parties negotiations are ongoing but have not been completed. Currently, the deadline for the Parties to submit a joint motion for entry of a protective order is April 25, 2025. To afford the Parties additional time to meet and confer, the Parties have agreed to extend the deadline to file the joint motion for entry of a protective order for 33 days, until May 28, 2025. This new deadline will be approximately one and one-half months before fact discovery opens in this case and will not affect any other deadline in this case. Extending the deadline will allow the parties time to continue their negotiations, narrow any disputed issues,

and present the Court with either an agreed protective order or a joint submission that minimizes any disputed issues.

The Parties affirm that this extension meets all of the criteria required under the Standing Order for the Court to automatically grant the extensions. Specifically, the Parties affirm as follows:

1. This request is agreed between the parties.

2. This request does not change the date of any hearing, trial, or other Court date, and

3. This request does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: April 24, 2025.

| | |
|---|---|
| */s/ Reza Mirzaie* Reza Mirzaie | */s/ Steven J. Wingard* |
| CA State Bar No. 246953 | Steven J. Wingard |
| Marc A. Fenster | Texas Bar No. 00788694 |
| CA State Bar No. 181067 | Robert ("Robby") P. Earle |
| Neil A. Rubin | Texas Bar No. 24124566 |
| CA State Bar No. 250761 | Stephen L. Burbank |
| Christian W. Conkle | Texas Bar No. 24106972 |
| CA State Bar No. 306374 | SCOTT DOUGLASS & MCCONNICO LLP |
| Jonathan Ma | 303 Colorado Street, Suite 2400 |
| CA State Bar No. 312773 | Austin, Texas 78701 |
| Jacob R. Buczko | Telephone: 512.495.6300 |
| CA State Bar No. 269408 | Facsimile: 512.495.6399 |
| Peter Tong | Email: swingard@scottdoug.com |
| TX State Bar No. 24119042 | Email: rearle@scottdoug.com |
| Matthew D. Aichele | Email: sburbank@scottdoug.com |
| VA State Bar No. 77821 | |
| RUSS AUGUST & KABAT | James R. Batchelder |
| 12424 Wilshire Boulevard, 12th Floor | CA Bar No. 136347 |
| Los Angeles, CA 90025 | Raivo H. Andrian |
| Telephone: 310-826-7474 | CA Bar No. 359257 |
| Email: rmirzaie@raklaw.com | ROPES & GRAY LLP |
| Email: mfenster@raklaw.com | 1900 University Avenue, 6th Floor |

Email: nrubin@raklaw.com  
Email: cconkle@raklaw.com  
Email: jma@raklaw.com  
Email: jbuczko@raklaw.com  
Email: ptong@raklaw.com  
Email: maichele@raklaw.com  

*Attorneys for Plaintiff Cobblestone Wireless, LLC*

East Palo Alto, CA 94303-2284  
Telephone: (650) 617-4000  
Facsimile: (650) 617-4090  
James.Batchelder@ropesgray.com  
Raivo.Andrian@ropesgray.com  
Steven Pepe  
NY Bar No. 2810430  
Kevin J. Post  
NY Bar No. 4382214  
Alexander E. Middleton  
NY Bar No. 4797114  
Cassandra B. Roth  
NY Bar No. 5287362  
Lance W. Shapiro  
NY Bar No. 5497955  
Abed R. Balbaky  
NY Bar No. 5844873  
Brian P. Lebow  
NY Bar No. 5992573  
ROPES & GRAY LLP  
1211 Avenue of the Americas  
New York, NY 10036-8704  
Telephone: (212) 596-9000  
Facsimile: (212) 596-9090  
Steven.Pepe@ropesgray.com  
Kevin.Post@ropesgray.com  
Alexander.Middleton@ropesgray.com  
Cassandra.Roth@ropesgray.com  
Lance.Shapiro@ropesgray.com  
Abed.Balbaky@ropesgray.com  
Brian.Lebow@ropesgray.com  

*Attorneys for Defendant Apple Inc.*

## Certificate of Service

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this 24th day of April, 2025, with a copy of the foregoing via the Court's CM/ECF system.

>                                    */s/ Steven J. Wingard*
>                                     Steven J. Wingard