# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>            Defendant. | Civil Action No. 7:24-cv-00232-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ALEXANDER MIDDLETON IN SUPPORT OF APPLE INC.'S OPENING CLAIM CONSTRUCTION BRIEF

I, Alexander Middleton, hereby declare as follows:

1. I am an attorney admitted in the state of New York, as well as the Western District of Texas.

2. I am an attorney at the law firm of Ropes & Gray LLP. Ropes & Gray LLP is counsel for Defendant Apple Inc. ("Apple") in this action.

3. I submit this declaration in support of Apple Inc.'s Opening Claim Construction Brief. Unless otherwise stated, I have personal knowledge of the facts and circumstances stated below and, if called upon to testify, I could and would testify competently to the statements made herein.

4. Attached as **Exhibit A** is a true and correct copy of U.S. Patent No. 7,924,802, one of the patents-in-suit in this litigation.

5. Attached as **Exhibit B** is a true and correct copy of U.S. Patent No. 8,891,347, one of the patents-in-suit in this litigation.

6. Attached as **Exhibit C** is a true and correct copy of the Claim Construction Order in *Cobblestone Wireless, LLC v. Cisco Systems, Inc.,* No. 2:23-cv-00454-JRG-RSP, Dkt. 79 (E.D. Tex. Sept. 29, 2023) issued on December 6, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2025 in New York, NY.

Respectfully submitted,

*/s/ Alexander Middleton*
Alexander Middleton

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document and the attachments described herein have been served on May 9, 2025, to all counsel of record via email.

                                        */s/ Steven J. Wingard*
                                        Steven J. Wingard