# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | **Civil Action No. 7:24-cv-00232-ADA** |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| **APPLE INC.,** | |
| Defendant. | |

### JOINT STIPULATION EXTENDING THE DEADLINE TO FILE JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

TO THE HONORABLE JUDGE:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff Cobblestone Wireless, LLC, ("Cobblestone" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "Parties") hereby provide notice that the Parties have agreed to an extension of the Parties' deadline to file a joint motion for entry of a protective order to July 9, 2025.

Cobblestone and Apple are making progress in the negotiation of the terms of a protective order for joint submission to the Court. The Parties' negotiations are ongoing but have not been completed. Currently, the deadline for the Parties to submit a joint motion for entry of a protective order is May 28, 2025. To afford the Parties additional time to meet and confer and resolve or narrow any disputes, the Parties have agreed to extend the deadline to file the joint motion for entry of a protective order for 42 days, until July 9, 2025. This new deadline will be before fact discovery opens in this case and will not affect any other deadline in this case. Extending the deadline will give the Parties time to continue their negotiations, narrow any disputed issues, and

present the Court with either an agreed protective order or a joint submission that minimizes any disputed issues.

The Parties affirm that this extension meets all of the criteria required under the Standing Order for the Court to automatically grant the extensions. Specifically, the Parties affirm as follows:

1. This request is agreed between the Parties.

2. This request does not change the date of any hearing, trial, or other Court date, and

3. This request does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: May 27, 2025

/s/ Reza Mirzaie
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com

/s/ Steven J. Wingard
Steven J. Wingard
Texas Bar No. 00788694
Robert ("Robby") P. Earle
Texas Bar No. 24124566
Stephen L. Burbank
Texas Bar No. 24106972
SCOTT, DOUGLASS & MCCONNICO, L.L.P.
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: 512.495.6300
Facsimile: 512.495.6399
Email: swingard@scottdoug.com
Email: rearle@scottdoug.com
Email: sburbank@scottdoug.com

James R. Batchelder
CA Bar No. 136347
Raivo H. Andrian
CA Bar No. 359257
ROPES & GRAY LLP
525 University Ave, 8th Floor
Palo Alto, CA 94301-1922
Telephone: (650) 617-4000

Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless, LLC*

Facsimile: (650) 617-4090
James.Batchelder@ropesgray.com
Raivo.Andrian@ropesgray.com

Steven Pepe
NY Bar No. 2810430
Kevin J. Post
NY Bar No. 4382214
Alexander E. Middleton
NY Bar No. 4797114
Cassandra B. Roth
NY Bar No. 5287362
Lance W. Shapiro
NY Bar No. 5497955
Abed R. Balbaky
NY Bar No. 5844873
Brian P. Lebow
NY Bar No. 5992573
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Steven.Pepe@ropesgray.com
Kevin.Post@ropesgray.com
Alexander.Middleton@ropesgray.com
Cassandra.Roth@ropesgray.com
Lance.Shapiro@ropesgray.com
Abed.Balbaky@ropesgray.com
Brian.Lebow@ropesgray.com

*Attorneys for Defendant Apple Inc*.

**<u>Certificate of Service</u>**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that all counsel of record who have appeared in this case are being served on this 27th day of May, 2025, with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Steven J. Wingard*
Steven J. Wingard
