IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS LLC,<br><br>                Plaintiff,<br>     v.<br><br>APPLE INC.<br><br>                Defendants. | Case No.  7:24-cv-000232-ADA |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Reza Mirzaie, declare and state as follows:

1.       I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Plaintiff Cobblestone Wireless LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Responsive Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.       Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Professor Todor V. Cooklev, PH.D. submitted as Exhibit 2001 in IPR2024-00707 regarding US Patent No. 7,924,802.

3.       Attached hereto as **Exhibit 2** is a true and correct copy of US Patent No. 4,589,047.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on May 30, 2025 at Los Angeles, California.

*/s/ Reza Mirzaie*
Reza Mirzaie