IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **COBBLESTONE WIRELESS, LLC,** | § § § | |
| *Plaintiff,* | § § | |
| -v- | § § | 7:24-cv-00232-ADA |
| **APPLE INC.,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court finds that the technology in the above-captioned case is exceptionally complex and warrants the appointment of a technical advisor. This case involves *inter alia* U.S. Patent No. 8,891,347, which is titled *"User-Focusing Technique for Wireless Communication Systems"* and relates to channel estimation and pre-distorting signals. The patent is classified in fields including arrangements for dividing transmission paths. The specification discusses propagation paths, Doppler frequency and phase shifts. Full appreciation of the parties' upcoming arguments requires an understanding of communications systems and wireless transmission technology.[1]

The Court hereby appoints Darryl J. Adams to serve as the Technical Advisor for the Court in this case. Given his background and qualifications, the Court is satisfied that Mr. Adams' appointment pursuant to the terms of this Order would assist the Court in this case. Mr. Adams' contact information is as follows:

---

[1] This is not a ruling on the skill level of a person of ordinary skill in the art.

>Darryl J. Adams
>401 Congress Ave., Ste. 1650
>Austin Texas 78701
>E-mail: dadams@sgbfirm.com

The parties shall send courtesy copies of the following documents:

(1) **Briefs, joint claim construction statement, and patents**: In paper form, double-sided, stapled or bound (e.g., 3-ring), to the mailing address above,
(2) **Briefs, exhibits, joint claim construction statement, patents, and tutorial**: In electronic form, on a USB drive, to the mailing address above,
(3) **Word version of the joint claim construction statement**: Via e-mail to the above email address.

Please wait until all claim construction briefs have been filed and send the above documents together. If a document was filed with the Court, the copy must include the CM/ECF header.

Mr. Adams will assist the Court with technical issues related to the claim construction process and advise the Court regarding preliminary and final claim constructions. Mr. Adams may also assist the Court in drafting a claim construction order.

Finally, depending on the needs of the case, Mr. Adams may also assist the Court with motions for summary judgment, *Daubert* motions, trial preparation and rulings, post-trial motions, and any other Court task that requires an appreciation of the complex technology included in the asserted patents.

The parties are **ORDERED** to notify the Court of any conflicts with Mr. Adams within seven days of this order.

**SIGNED** this 12th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE