IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 7:24-cv-00232-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Scheduling Order (Dkt. 23), the Parties submit this Joint Claim Construction Statement. The claim terms identified below as being in dispute are found in U.S. Patent No. 8,891,347 (Dkt. 1-1).

## LIST OF DISPUTED TERMS[1]

| | Claim Term | Claims | Cobblestone's Proposed Construction | Apple's Proposed Construction |
|---|---|---|---|---|
| 1. | "predistorted" [Apple Term] | '347 Patent Claim 19 | Plain and ordinary meaning, which excludes distortion after transmission | "distorted before transmission, not including precoding using a codebook" |
| 2. | "path parameter information" [Apple Term] | '347 Patent Claims 19-22 | Plain and ordinary meaning | "estimated parameters of the propagation path, excluding simplified representations of a channel (e.g. in terms of a codebook)" |

---

[1] Cobblestone initially proposed "[first/second] center frequency" from the '802 Patent for construction but has withdrawn that term.

- 1 -

| | |
|---|---|
| Dated: June 30, 2025 | Respectfully submitted, |
| By: /s/ *Reza Mirzaie* | By: /s/ *Kevin J Post* |

<div style="display: flex;">

<div>

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

</div>

<div>

Steven J. Wingard
Texas Bar No. 00788694
Robert ("Robby") P. Earle
Texas Bar No. 24124566
Stephen L. Burbank
Texas Bar No. 24106972
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: 512.495.6300
Facsimile: 512.495.6399
Email: swingard@scottdoug.com
Email: rearle@scottdoug.com
Email: sburbank@scottdoug.com

James R. Batchelder
CA Bar No. 136347
Raivo H. Andrian
CA Bar No. 359257
**ROPES & GRAY LLP**
525 University Avenue, 8th Floor
Palo Alto, CA 94301-1922
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
James.Batchelder@ropesgray.com
Raivo.Andrian@ropesgray.com

Steven Pepe
NY Bar No. 2810430
Kevin J. Post
NY Bar No. 4382214
Alexander E. Middleton
NY Bar No. 4797114
Cassandra B. Roth
NY Bar No. 5287362
Lance W. Shapiro
NY Bar No. 5497955
Abed R. Balbaky
NY Bar No. 5844873
Brian P. Lebow
NY Bar No. 5992573

</div>

</div>

- 3 -

**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Steven.Pepe@ropesgray.com
Kevin.Post@ropesgray.com
Alexander.Middleton@ropesgray.com
Cassandra.Roth@ropesgray.com
Lance.Shapiro@ropesgray.com
Abed.Balbaky@ropesgray.com
Brian.Lebow@ropesgray.com

*Attorneys for Defendant Apple Inc.*

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this June 30, 2025 with a copy of this document via the Court's CM/ECF System.

<div align="right">

*/s/  Reza Mirzaie*

</div>