UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | CIVIL NO: |
| vs. | § | MO:24-CV-00232-ADA |
| | § | |
| APPLE INC. | § | |

## ORDER RESETTING MARKMAN HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING VIA ZOOM**, on **Monday, July 21, 2025 at 09:30 AM**.

IT IS SO ORDERED this 7th day of July, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE