UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No.  7:24-cv-00232-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR PROTECTIVE ORDER**

As the Court has resolved all disputes regarding the language of the proposed Protective Order, Plaintiff Cobblestone Wireless, LLC and Defendant Apple Inc. hereby jointly request that the Court enter the Protective Order (attached hereto).

| | |
|---|---|
| Dated: July 31, 2025 | Respectfully submitted, |
| By: */s/ Reza Mirzaie* | By: */s/ Kevin J. Post* |
| Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>Jacob R. Buczko<br>CA State Bar No. 269408<br>Peter Tong<br>TX State Bar No. 24119042<br>Matthew D. Aichele<br>VA State Bar No. 77821<br>Joshua Scheufler | Steven J. Wingard<br>Texas Bar No. 00788694<br>Robert ("Robby") P. Earle<br>Texas Bar No. 24124566<br>Stephen L. Burbank<br>Texas Bar No. 24106972<br>**SCOTT DOUGLASS & MCCONNICO LLP**<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>Telephone: 512.495.6300<br>Facsimile: 512.495.6399<br>Email: swingard@scottdoug.com<br>Email: rearle@scottdoug.com<br>Email: sburbank@scottdoug.com<br><br>James R. Batchelder |

1

TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

CA Bar No. 136347
Raivo H. Andrian
CA Bar No. 359257
**ROPES & GRAY LLP**
525 University Avenue, 8th Floor
Palo Alto, CA 94301-1922
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
James.Batchelder@ropesgray.com
Raivo.Andrian@ropesgray.com

Steven Pepe
NY Bar No. 2810430
Kevin J. Post
NY Bar No. 4382214
Alexander E. Middleton
NY Bar No. 4797114
Cassandra B. Roth
NY Bar No. 5287362
Lance W. Shapiro
NY Bar No. 5497955
Abed R. Balbaky
NY Bar No. 5844873
Brian P. Lebow
NY Bar No. 5992573
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Steven.Pepe@ropesgray.com
Kevin.Post@ropesgray.com
Alexander.Middleton@ropesgray.com
Cassandra.Roth@ropesgray.com
Lance.Shapiro@ropesgray.com
Abed.Balbaky@ropesgray.com
Brian.Lebow@ropesgray.com

*Attorneys for Defendant Apple Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2025, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/     *Reza Mirzaie*