# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | Civil Action No. 7:24-cv-00232-ADA |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| **APPLE INC.,** | |
| Defendant. | |

## NOTICE OF UNOPPOSED EXTENSION OF TIME TO SERVE FINAL INFRINGEMENT CONTENTIONS

TO THE HONORABLE JUDGE:

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff Cobblestone Wireless, LLC, ("Cobblestone" or "Plaintiff") hereby provides notice an unopposed extension of Cobblestone's deadline to serve Final Infringement Contentions to September 19, 2025.

This extension meets all of the criteria required under the Standing Order for the Court to automatically grant the extensions. Specifically, having conferred with Apple, Cobblestone affirm as follows:

1. This request is not opposed by Apple.

2. This request does not change the date of any hearing, trial, or other Court date, and

3. This request does not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

Dated: September 5, 2025

/s/ *Reza Mirzaie*
*Reza Mirzaie*
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Cobblestone conferred with Apple's counsel. Apple has agreed to Cobblestone's request sought in this Notice.

                                                */s/ Reza Mirzaie*
                                                Reza Mirzaie

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 5, 2025.

                                                */s/ Reza Mirzaie*
                                                Reza Mirzaie