IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Civil Action No. 7:24-cv-00232-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS

Counsel for Defendant Apple Inc. files this notice of change of counsel's firm affiliation and address for attorneys Kevin J. Post, Steven Pepe, Lance W. Shapiro, Alexander E. Middleton, and Brian Lebow.

Please take note that effective immediately, all pleadings, notices, correspondence, and other documents should be addressed as follows:

**Kevin J. Post**
kpost@sheppardmullin.com

**Steven Pepe**
spepe@sheppardmullin.com

**Lance W. Shapiro**
lshapiro@sheppardmullin.com

**Alexander E. Middleton**
amiddleton@sheppardmullin.com

**Brian Lebow**
blebow@sheppardmullin.com

-1-

|  |  |
|---|---|
| FIRM NAME: | Sheppard, Mullin Richter & Hampton LLP |
| ADDRESS: | 30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112 |
| TELEPHONE NUMBER: | (212) 653-8700 |
| FAX NUMBER: | (212) 653-8701 |

November 14, 2025

                                                              Respectfully submitted,

                                                              /s/ *Kevin J. Post*

| | |
|---|---|
| Kevin J. Post<br>(NY Bar No. 4382214)<br>Steven Pepe<br>(NY Bar No. 2810430)<br>Alexander E. Middleton<br>(NY Bar No. 4797114)<br>Lance W. Shapiro<br>(NY Bar No. 5497955)<br>Brian P. Lebow<br>(NY Bar No. 5992573)<br><br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza, 39th Floor<br>New York, NY 10112<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br>Email: kpost@sheppardmullin.com<br>Email: spepe@sheppardmullin.com<br>Email: amiddleton@sheppardmullin.com<br>Email: lshapiro@sheppardmullin.com<br>Email: blebow@sheppardmullin.com | Steven J. Wingard<br>(Texas Bar No. 00788694)<br>Robert ("Robby") P. Earle<br>(Texas Bar No. 24124566)<br>Stephen L. Burbank<br>(Texas Bar No. 24106972)<br><br>**SCOTT DOUGLASS & MCCONNICO LLP** 303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>Telephone: 512.495.6300<br>Facsimile: 512.495.6399<br>Email: swingard@scottdoug.com<br>Email: rearle@scottdoug.com<br>Email: sburbank@scottdoug.com |

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on all counsel of record via the Court's ECF system on November 14, 2025.

                                                /s/ *Kevin J. Post*
                                                Kevin J Post