IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,**<br><br>Plaintiff,<br><br>v.<br><br>**APPLE INC.,**<br><br>Defendant. | Civil Action No. 7:24-cv-00232-ADA<br><br>JURY TRIAL DEMANDED |

### DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW ATTORNEYS OF RECORD

TO THE HONORABLE JUDGE:

Pursuant to Local Rule AT-3, Defendant Apple Inc. ("Defendant"), hereby moves the Court to enter an Order removing James R. Batchelder, Cassandra B. Roth, Raivo Andrian, and Abed R. Balbaky as attorneys of record for Defendant and to terminate their representation of Defendant for all purposes in the above-captioned matter. Ropes & Gray LLP is no longer representing Defendant, and these four attorneys have agreed to terminate their representation of Defendant. The withdrawal of these attorneys will not delay the proceedings in this matter. Defendant will continue to be represented by undersigned remaining counsel of record.

The parties have conferred and Plaintiff does not oppose this motion.

Dated: January 13, 2026

Respectfully Submitted,

*/s/ Steven J. Wingard*
Steven J. Wingard
Texas Bar No. 00788694
Robert ("Robby") P. Earle
Texas Bar No. 24124566
Stephen L. Burbank

4913-1894-6184

Texas Bar No. 24106972
SCOTT, DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
Email: swingard@scottdoug.com
Email: rearle@scottdoug.com
Email: sburbank@scottdoug.com

Steven Pepe
NY Bar No. 2810430
Kevin J. Post
NY Bar No. 4382214
Alexander E. Middleton
NY Bar No. 4797114
Lance Shapiro
NY Bar No. 5397955
Brian P. Lebow
NY Bar No. 5992573
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza, 39th Floor
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
Email: SPepe@sheppardmullin.com
Email: KPost@sheppardmullin.com
Email: AMiddleton@sheppardmullin.com
Email: LShapiro@sheppardmullin.com
Email: BLebow@sheppardmullin.com

*Attorneys for Defendant Apple Inc.*

4913-1894-6184

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for Plaintiff, and Plaintiff does not oppose the requested relief.

>*/s/ Steven J. Wingard*
>Steven J. Wingard

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on January 13, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

>*/s/ Steven J. Wingard*
>Steven J. Wingard

4913-1894-6184