IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | Civil Action No. 7:24-cv-00232-ADA |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| **APPLE INC.,** | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW ATTORNEYS OF RECORD

The Court, having considered Defendant's Unopposed Motion to Withdraw Attorneys of Record (the "Unopposed Motion") and, for good cause shown, finds that the Unopposed Motion should be **GRANTED.**

**IT IS HEREBY ORDERED** that James R. Batchelder, Cassandra B. Roth, Raivo Andrian, and Abed R. Balbaky are hereby withdrawn as attorneys for Defendant Apple Inc. for all purposes.

**SIGNED** on the _____ day of _____ 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4926-3097-7160