# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| Cobblestone Wireless, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Apple Inc.,<br><br>　　　　　　　　Defendant. | Case No. 7:24-cv-00232-ADA |

## JOINT MOTION FOR SUPPLEMENTAL PROTECTIVE ORDER

Cobblestone Wireless LLC ("Plaintiff"); Apple Inc. ("Defendant") (together, hereinafter referred to as "the Parties"); and Qualcomm Incorporated ("Qualcomm"), a Nonparty to this action have agreed to provisions in addition to those contained in the Protective Order to protect against misuse or disclosure of such Qualcomm Confidential Information. As such the Parties jointly request that the Court enter the Stipulated Supplement Protective Order (attached hereto).

| | |
|---|---|
| Dated: January 22, 2026 | Respectfully submitted, |
| By: /s/ Reza Mirzaie | By: /s/ Kevin J. Post |
| Reza Mirzaie<br>CA State Bar No. 246953<br>Marc A. Fenster<br>CA State Bar No. 181067<br>Neil A. Rubin<br>CA State Bar No. 250761<br>Christian W. Conkle<br>CA State Bar No. 306374<br>Jonathan Ma<br>CA State Bar No. 312773<br>Jacob R. Buczko<br>CA State Bar No. 269408 | Steven J. Wingard<br>Texas Bar No. 00788694<br>swingard@scottdoug.com<br>Stephen L. Burbank<br>Texas Bar No. 24109672<br>sburbank@scottdoug.com<br>Robert ("Robby") P. Earle<br>Texas Bar No. 24124566<br>rearle@scottdoug.com<br>**SCOTT DOUGLASS & MCCONNICO LLP**<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701 |

1

Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Steven Pepe
(NY Bar No. 2810430)
Kevin J. Post
(NY Bar No. 4382214)
Alexander E. Middleton
(NY Bar No. 4797114)
Lance W. Shapiro
(NY Bar No. 5397955)
Brian P. Lebow
(NY Bar No. 5992573)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
spepe@sheppardmullin.com
kpost@sheppardmullin.com
amiddleton@sheppardmullin.com
lshapiro@sheppardmullin.com
blebow@sheppardmullin.com

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Reza Mirzaie*