UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

COBBLESTONE WIRELESS, LLC

vs.                                   Case No.: 7:24-cv-00232-ADA
APPLE INC.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now John J. Healy Jr. , applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Apple Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Sheppard, Mullin, Richter & Hampton LLP with offices at:

   Mailing address: 30 Rockefeller Plaza
   City, State, Zip Code: New York, NY 10112
   Telephone: 212-653-8700   Facsimile: 212-653-8701

2. Since 12/4/2024, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 6172662-NY.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| New York State Bar | 12/04/2024 |
| US. Dist. Court, Southern Dist of NY | 02/18/2025 |
| US. Dist. Court, Eastern Dist of NY | 02/18/2025 |
| Patent Bar | 80,216 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.
Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Steven J. Wingard; SCOTT DOUGLASS & MCCONNICO LLP

Mailing address: 303 Colorado St., Suite 2400

City, State, Zip Code: Austin, Texas 78701

Telephone: 512-495-6300

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of John J. Healy Jr. to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

John J. Healy Jr.
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 3 day of February, 2026.

John J. Healy Jr.
[printed name of Applicant]

_____
[signature of Applicant]