UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION ▼

COBBLESTONE WIRELESS, LLC

vs.                                                                              Case No.: 7:24-cv-00232-ADA
APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by __John J. Healy Jr.__, counsel for __Apple Inc.__, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and __John J. Healy Jr.__ may appear on behalf of __Apple Inc.__ in the above case.

IT IS FURTHER ORDERED that __John J. Healy Jr.__, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of __February__, 20____.

_____
UNITED STATES DISTRICT JUDGE ▼