AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Cobblestone Wireless, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-cv-00232-ADA |
| Apple Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.

Date:  02/04/2026

/s/ Ryan C. Brunner
*Attorney's signature*

Ryan C. Brunner / 241467 (District of Columbia)
*Printed name and bar number*

2099 Pennsylvania Avenue, NW, Suite 100
Washington, D.C. 20006-6801

*Address*

RBrunner@sheppardmullin.com
*E-mail address*

(202) 747-1900
*Telephone number*

(202) 747-1901
*FAX number*