AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:24-cv-00232-ADA |
| APPLE INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                          .

Date:      02/10/2026

/s/ James Pickens
*Attorney's signature*

James Pickens CA Bar No. 307474
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

jpickens@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*

Print          Save As...                                          Reset