# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | CIVIL NO: |
| vs. | § | MO:24-CV-00232-ADA |
| | § | |
| APPLE INC. | § | |

## ORDER SETTING DISCOVERY HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **DISCOVERY HEARING VIA ZOOM**, on **Tuesday, February 24, 2026 at 03:00 PM**.

IT IS SO ORDERED this 12th day of February, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE