AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-cv-00232-ADA |
| APPLE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                               .

Date:    02/12/2026

/s/ Matthew D. Aichele
*Attorney's signature*

Matthew D. Aichele VA State Bar No. 77821
*Printed name and bar number*

Russ August & Kabat
800 Maine Avenue, SW, Suite 200
Washington, DC 20024
*Address*

maichele@raklaw.com
*E-mail address*

(202) 664-0623
*Telephone number*

*FAX number*

Print     Save As...     Reset