UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | Case No. 7:24-cv-00232-ADA<br><br>**JURY TRIAL DEMANDED** |

# AMENDED SCHEDULING ORDER

Having considered the parties January 22 scheduling dispute, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Original Date | Amended Date | Deadline |
|---|---|---|
| 2/6/2026 | 2/20/2026 | Close of Fact Discovery |
| 2/27/2026 | 3/13/2026 | Opening Expert Reports. |
| 3/27/2026 | 4/10/2026 | Rebuttal Expert Reports. |
| 4/17/2026 | 4/24/2026 | Close of Expert Discovery. |
| 4/24/2026 | 4/28/2026 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 5/1/2026 | | Dispositive motion deadline and *Daubert* motion deadline. *See* OGP Note #9 regarding providing copies to the Court and technical advisor (if appointed).<br><br>Deadline to file the joint report regarding results of meet and confer. |
| 5/15/2026 | | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |

1

| Original Date | Amended Date | Deadline |
|---|---|---|
| 5/29/2026 | | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 6/5/2026 | | Serve objections to rebuttal disclosures; file Motions *in-limine*. |
| 6/5/2026 | | Parties to contact Court to confirm their pretrial conference and trial dates. |
| 6/12/2026 | | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine.*<br><br>From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| 6/19/2026 | | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com |
| 6/19/2026 | | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 7/2/2026 | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 7/7/2026 | | **Final Pretrial Conference**. Held in person at 9:00 am. |
| 8/3/2026 | | **Jury Selection/Trial** at 9:00 am in Midland. |

SIGNED this _____ day of _____, 2025.

                                             _____
                                             ALAN D ALBRIGHT
                                             UNITED STATES DISTRICT JUDGE