**Attachment A to Bethany Stevens Motion for Admission Pro Hac Vice**

Applicant has been admitted to practice before the following courts:

| Court | Admission Date |
| --- | --- |
| State of California | December 2006 |
| U.S.D.C. C.D. Cal. | 12/15/06 |
| U.S.D.C. N.D. Cal. | 4/14/16 |
| U.S.D.C. S.D. Cal. | 3/16/09 |
| U.S.D.C. E.D. Tex. | 10/9/15 |
| U.S.C.A. Ninth Circuit | 12/11/16 |

Applicant has previously applied to Appear Pro Hac Vice in this district court in Case[s]

- Number: 6:21-cv-00263-ADA on the 11th day of August, 2021
- Number: 6:21-cv-00165-ADA on the 4th day of February, 2022
- Number: 6:21-cv-00943-ADA on the 27th day of December, 2022
- Number: 6:22-cv-00787-ADA on the 1st day of May, 2023
- Number: 6:23-cv-00314-ADA on the 30th day of October, 2023
- Number: 7:23-cv-00077-ADA on the 16th day of August, 2024
- Number: 1:24-cv-01199-ADA on the 30th day of January, 2026
- Number: 7:25-cv-00183-ADA on the 2nd day of February, 2026
- Number: 1:25-cv-00446-ADA on the 5th day of February, 2026