ATTACHMENT A TO CANNOM PHV APPLICATION

| COURT | ADMISSION DATE |
|---|---|
| California State Bar | 12/11/2006 |
| U.S.D.C. Northern District of California | 3/22/2011 |
| U.S.D.C. Central District of California | 12/15/2006 |
| U.S.D.C. Eastern District of California | 5/17/2019 |
| U.S.D.C. Southern District of California | 9/15/2022 |
| U.S.D.C. Eastern District of Texas | 10/9/2015 |
| U.S. Court of Appeal for the Ninth Circuit | 12/11/2006 |
| United States Supreme Court | 3/28/2011 |

Applicant has previously applied to Appear Pro Hac Vice in this district court in Case[s]:
- Case Number: 6:21-cv-00263-ADA on the 11th day of August, 2021
- Case Number: 6:21-cv-00165-ADA on the 4th day of February, 2022
- Case Number: 6:22-cv-00787-ADA on the 1st day of May, 2023
- Case Number: 6:23-cv-00314-ADA on the 30th day of October, 2023
- Case Number: 7:23-cv-00077-ADA on the 16th day of August, 2024
- Case Number: 1:24-cv-01199-ADA on the 30th day of January, 2026
- Case Number: 1:25-cv-00446-ADA on the 5th of February, 2026