# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS

## MIDLAND-ODESSA DIVISION

COBBLESTONE WIRELESS, LLC

vs.                                        Case No.: 7:24-cv-00232-ADA

APPLE INC.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Hannah Cannom , counsel for Apple Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Hannah Cannom may appear on behalf of Apple Inc. in the above case.

IT IS FURTHER ORDERED that  Hannah Cannom , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March _____, 20 _____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form