**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **COBBLESTONE WIRELESS, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **NO: MO:24-CV-00232** |
| **v.** | § | |
| | § | |
| | § | |
| **APPLE INC.,** | § | |
| *Defendant.* | § | |

## ORDER TO TRANSFER

The above-named and numbered case is transferred from the docket of U.S. District Judge Alan Albright to the docket of U.S. District Judge David Counts, both judges having consented to the transfer.

It is therefore **ORDERED** the above-named and numbered case is hereby **TRANSFERRED** to the docket of U.S. District Judge David Counts. Pursuant to the Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by Judge Counts.

It is so **ORDERED**.
SIGNED 05/04/2026.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE