AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    7:24-cv-00232-ADA |
| APPLE INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                    .

Date:    05/05/2026

/s/ Mackenzie Paladino
*Attorney's signature*

Mackenzie Paladino NY Bar No. 6039366
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025

*Address*

mpaladino@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 979-8268
*FAX number*

**Print**      **Save As...**                              **Reset**