**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| *Plaintiff,* | Case No. 7:24-cv-00232-DC |
| v. | |
| APPLE INC., | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

**NOTICE OF ATTORNEY APPEARANCE**

Defendant, Apple Inc. ("Defendant"), hereby notifies the Court that Roger Allen Denning of the law firm Fish & Richardson, P.C., 12860 El Camino Real, Suite 400, San Diego, CA 92130, denning@fr.com, is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the above address and contact information

Dated:  May 7, 2026.

Respectfully submitted,

*/s / Roger Allen Denning*
Roger Allen Denning
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130-2081
(858) 678-5070
Fax: 858-678-5099
denning@fr.com

*Attorney for Defendant Apple Inc.*

4928-3555-9081

2

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, on May 7, 2026

all counsel of record who have appeared in this case are being served with a copy of the

foregoing via the Court's CM/ECF system.

*/s/ Roger Allen Denning*
Roger Allen Denning

2

4928-3555-9081