# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

COBBLESTONE WIRELESS, LLC,

     *Plaintiff,*

    v.

APPLE INC.,

     *Defendant*.

Case No. 7:24-cv-00232-DC

**JURY TRIAL DEMANDED**

## NOTICE OF ATTORNEY APPEARANCE

Defendant, Apple Inc. ("Defendant"), hereby notifies the Court that Ruffin B. Cordell, of the law firm Fish & Richardson, P.C., 1000 Maine Avenue, SW, Suite 1000, Washington, D.C., cordell@fr.com, is appearing as counsel for Defendant. All pleadings, discovery, correspondence and other material should be served upon counsel at the above address and contact information

Dated:  May 7, 2026.

Respectfully submitted,

*/s / Ruffin B. Cordell*
Ruffin B. Cordell
**FISH & RICHARDSON, P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
202-626-6449
Fax: 202-783-2331
cordell@fr.com

*Attorney for Defendant Apple Inc.*

4928-3555-9081

2

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, on May 7, 2026 all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Ruffin B. Cordell*
Ruffin B. Cordell

2

4928-3555-9081