**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | **Civil Action No. 7:24-cv-00232-DC** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **APPLE INC.,** | |
| **Defendant.** | |

**JOINT STATUS REPORT ON CASE NARROWING**

Pursuant to the Amended Scheduling Order (Dkt. 63), the parties jointly provide this status report on case narrowing:

Cobblestone has narrowed the case to claims 19-23 of Patent 8,891,347, including one independent claim and four dependent claims. Cobblestone believes that it has narrowed down to a reasonable number of claims that can be presented during the time allocated for trial.

Apple has narrowed the invalidity case to 5 prior art references included in its expert report.

Counsel for Cobblestone and Apple have met and conferred.

Cobblestone's position is that Apple's preservation of 6 different grounds against the independent claim is unrealistic for trial. Cobblestone proposes that Apple narrow down to two different grounds against the independent claim within 1 week after the pretrial conference. Cobblestone has invited discussion of further narrowing closer to trial.

Apple's position is that 5 prior art references is within triable limits, but anticipates that it may further narrow its case—including the prior art it will rely on—as the case proceeds closer to trial.

The parties will continue to meet and confer on further narrowing.

Dated: May 7, 2026                          Jointly Submitted,

/s/ Reza Mirzaie                            /s/ Kevin J. Post
Reza Mirzaie                                Steven J. Wingard
CA State Bar No. 246953                     Texas Bar No. 00788694
Marc A. Fenster                             swingard@scottdoug.com
CA State Bar No. 181067                     Stephen L. Burbank
Neil A. Rubin                               Texas Bar No. 24109672
CA State Bar No. 250761                     sburbank@scottdoug.com
Christian W. Conkle                         Robert ("Robby") P. Earle
CA State Bar No. 306374                     Texas Bar No. 24124566
Jonathan Ma                                 rearle@scottdoug.com
CA State Bar No. 312773                     **SCOTT DOUGLASS & MCCONNICO LLP**
Jacob R. Buczko                             303 Colorado Street, Suite 2400

CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com


*Attorneys for Plaintiff Cobblestone
Wireless LLC*

Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399


Ruffin B. Cordell
**FISH & RICHARDSON, P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: (202) 626-6449
Facsimile: (202) 783-2331
cordell@fr.com


Roger Allen Denning
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130-2081
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
denning@fr.com


Steven Pepe
(NY Bar No. 2810430)
Kevin J. Post
(NY Bar No. 4382214)
Alexander E. Middleton
(NY Bar No. 4797114)
Lance W. Shapiro
(NY Bar No. 5397955)
Brian P. Lebow
(NY Bar No. 5992573)
John J. Healy Jr.
(NY Bar No. 6172662)
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
spepe@sheppard.com
kpost@sheppard.com
amiddleton@sheppard.com
lshapiro@sheppard.com
blebow@sheppard.com
jhealy@sheppard.com


Ryan C. Brunner

2

(DC Bar No. 241467)
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
rbrunner@sheppard.com

*Attorneys for Defendant Apple Inc.*

3

## CERTIFICATE OF SERVICE

I certify that on May 7, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

 /s/     <u>*Reza Mirzaie*</u>
Reza Mirzaie

4