**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | **Civil Action No. 7:24-cv-00232-ADA** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **APPLE INC.,** | |
| **Defendant.** | |

**DECLARATION OF JONATHAN MA IN SUPPORT OF PLAINTIFF COBBLESTONE
WIRELESS, LLC.'S MOTION TO EXCLUDE OPINIONS OF DR. BIMS AND
RELATED OPINIONS OF MS. ROWE**

I, Jonathan Ma, declare and state as follows:

1.    I am a member of the State Bar of California and an attorney at the firm of Russ August & Kabat, counsel for Plaintiff Cobblestone Wireless, LLC. in the above-captioned action. I submit this declaration in support of Plaintiff's Motion to Exclude Opinions of Dr. Bims and Related Opinions of Ms. Rowe. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.    Attached as **Exhibit A** is a true and correct copy of excerpts from the Rebuttal Expert Report of Dr. Harry Bims, dated April 17, 2026.

3.    Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition transcript of Harry Bims, Ph.D., taken on April 24, 2026.

4.    Attached as **Exhibit C** is a true and correct copy of excerpts from the Rebuttal Expert Report Regarding Damages, dated April 17, 2026.

5.    Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Julia Rowe, taken on April 30, 2026.

6.    Attached as **Exhibit E** is a true and correct copy of excerpts from Apple's Third Supplemental Objections and Responses to Cobblestone's First Set of Interrogatories (Nos. 1-16), dated March 6, 2026.

7.    Attached as **Exhibit F** is a true and correct copy of excerpts from Apple's Objections and Responses to Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) to Apple Inc., dated February 2, 2026.

8.    Attached as **Exhibit G** is a true and correct copy of a February 9, 2026 email from Mackenzie Paladino to counsel for Apple regarding Apple's Deficient 30(b)(6) Designations.

9.    Attached as **Exhibit H** is a true and correct copy of excerpts from Apple's Preliminary Invalidity Contentions, dated March 24, 2025.

10.    Attached as **Exhibit I** is a true and correct copy of excerpts from Apple's Supplemental Invalidity Contentions, dated September 5, 2025.

11.    Attached as **Exhibit J** is a true and correct copy of the Court's October 12, 2022 Order in *Ravgen, Inc., v. Laboratory Corporation of America Holdings* Case No. 6:20-cv-00969-ADA (Dkt. No. 236).

12.    Attached as **Exhibit K** is a true and correct copy of the Court's June 13, 2021 Order Regarding Motions *In Limine* in *Freshub, Inc., v. Amazon.com, Inc.,* Case No. 6:21-cv-00511-ADA (Dkt. No. 222).

13.    Attached as **Exhibit L** is a true and correct copy of the public version of Plaintiffs Motions *In Limine* No. 1 in *Freshub, Inc., v. Amazon.com, Inc.,* Case No. 1:19-cv-00885-ADA (Dkt. No. 186).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2026, in Los Angeles, California.

/s/ *Jonathan Ma*
Jonathan Ma

## **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic

service are being served on May 7, 2026, with a copy of this document via the Court's CM/ECF.


*/s/ Jonathan Ma*
Jonathan Ma