**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>               *Plaintiff,*<br><br>  v.<br><br>APPLE INC.,<br><br>               *Defendant.* | Case No. 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF**
**PLAINTIFF COBBLESTONE WIRELESS, LLC'S MOTION FOR PARTIAL**
**SUMMARY JUDGMENT ON APPLE'S AFFIRMATIVE DEFENSES 10 AND 11**

1.    I, Reza Mirzaie , declare as follows.

2.    I am counsel for Cobblestone Wireless, LLC ("Cobblestone") in the above-captioned action. I provide this declaration in support of Cobblestone Wireless, LLC's Motion For Partial Summary Judgment On Apple's Affirmative Defenses 10 and 11. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3.    Attached as Exhibit A is a of true and correct copy of COBB_APPLE_000466-67, Assignment abstract of title for U.S. Patent No. 8,891,347 (App. No. 13/522,422), indicating that the following reel/frames contain the relevant assignment records associated with this patent:

- Reel/frame 028558/0025

- Reel/frame 028558/0126

- Reel/frame 048373/0217

- Reel/frame 061265/0146

- Reel/frame 062102/0649

4.    Attached as Exhibit B is a true and correct copy of COBB_APPLE_000478-83, Reel/frame 028558/0025, obtained from the USPTO Patent Center "Assignments" webpage, indicating "Xuefeng YIN" as the conveying party and "Shanghai SAGE Information Technology Co. Ltd." as the Receiving Party.

5.    Attached as Exhibit C is a true and correct copy of COBB_APPLE_000488-93, Reel/frame 028558/0126, obtained from the USPTO Patent Center "Assignments" webpage, indicating "Shanghai SAGE Information Technology Co. Ltd." as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

6.    Attached as Exhibit D is a true and correct copy of COBB_APPLE_000494-702,

1

Reel/frame 048373/0217, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "CRESTLINE DIRECT FINANCE, L.P." as the Receiving Party.

7. Attached as Exhibit E is a true and correct copy of COBB__APPLE_000484-87, Reel/frame 061265/0146, obtained from the USPTO Patent Center "Assignments" webpage, indicating "CRESTLINE DIRECT FINANCE, L.P." as the conveying party and "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the Receiving Party.

8. Attached as Exhibit F is a true and correct copy of COBB_APPLE_000473-77, Reel/frame 062102/0649, obtained from the USPTO Patent Center "Assignments" webpage, indicating "EMPIRE TECHNOLOGY DEVELOPMENT LLC" as the conveying party and "COBBLESTONE WIRELESS, LLC" as the Receiving Party.

9. Attached as Exhibit G is a true and correct copy of the Patent Purchase Agreement between Allied Inventors, LLC; Empire Technology Development, LLC; and Cobblestone Wireless LLC, dated September 28, 2022.

10. Attached as Exhibit H is a true and correct copy of a Confirmatory Assignment Document executed by Empire Technology Development, LLC, dated October 14, 2022.

11. Attached as Exhibit I is a true and correct copy of a Notice of Recordation of Assignment Document, dated December 15, 2022.

12. Attached as Exhibit J is a true and correct copy of Apple Inc.'s Second Supplemental Objections and Responses to Cobblestone Wireless, LLC's Second Set of Interrogatories (Nos. 17-24), dated March 6, 2026.

13. Attached as Exhibit K is a true and correct copy of Apple Inc.'s third Supplemental Objections and Responses to Cobblestone Wireless, LLC's First Set of Interrogatories (Nos. 1-

2

16), dated March 6, 2026.

14.     Attached as Exhibit L is a true and correct copy of email correspondence between counsel dated May 6, 2026.

15.     Attached as Exhibit M is a true and correct copy of email correspondence between counsel dated May 4, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2026 at Los Angeles, California.

By:     */s/ Reza Mirzaie*
        Reza Mirzaie

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2026 all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Reza Mirzaie
Reza Mirzaie

4