# Exhibit M

**From:** **Jonathan Ma** jma@raklaw.com
**Subject:** Re: Cobblestone Wireless v. Apple (Case 7:24-cv-232) | Defenses
**Date:** May 4, 2026 at 7:28 PM
**To:** Lance Shapiro  lshapiro@sheppard.com
**Cc:** Peter Tong  ptong@raklaw.com,  Rak Cobblestone  rak_cobblestone@raklaw.com,  James Pickens  jpickens@raklaw.com,
CT-Apple-Cobblestone  CT-Apple-Cobblestone@sheppard.com,  swingard@scottdoug.com,  sburbank@scottdoug.com,
rearle@scottdoug.com,  Opp Cobblestone Apple  opp.cobblestone_apple@raklaw.com

Lance,

**Motions**
Apple indicated that it opposes Cobblestone's motions to exclude, including *Daubert* motions.

With respect to Cobblestone's MSJ regarding Apple's marking defense/damages-limitation/seventh defense theories, Apple indicated it was opposed.

Cobblestone maintains several other affirmative defenses are unsupported and appropriate for summary judgment, including Apple's First and Third through Thirteenth Defenses. With respect to the Third Defense, Cobblestone specifically identified Apple's invalidity theories under §§ 101 and 112. Apple did not commit to withdrawing those theories, explaining that the issue remains part of an ongoing discussion with its client.

For several other defenses, Apple agreed to take the issue back to its client rather than identifying a substantive basis for maintaining the defenses. Those defenses include the Fourth Defense (Prosecution History Estoppel, Prosecution Laches, Disclaimer, Ensnarement, Reverse Doctrine of Equivalents), Fifth Defense (Equitable Defenses), Sixth Defense (Not an Exceptional Case), Eighth Defense (Territoriality), Ninth Defense (Government Sales), Tenth Defense (License/Exhaustion), and Thirteenth Defense (Contractual Obligations).

As to the Eleventh Defense (Lack of Standing), Apple opposed relying on the position that Cobblestone bears the burden to establish standing, but Apple did not articulate any specific factual basis for rebutting Cobblestone's evidence on standing in the record.

As to the Twelfth Defense (Limitations on Damages and Costs), Apple opposed.

The Thirteenth Defense (Contractual Obligations), including any FRAND-related theory, Apple indicated it may drop, but Apple did not commit to doing so, pending checking with its client.

On issues Apple would get back to us on (Defenses 3-6, 8-10, 13), Apple indicated that it would try to provide an update as soon as possible, and Cobblestone requested an update on timing by midday tomorrow. Should we not hear from you by then, we will treat Apple as opposed given the timing of motions. Cobblestone reserves all rights with respect to certain of Apple's positions.

**Narrowing**
As discussed on our call, Cobblestone has asserted only 5 claims (1 independent + 4 dependent) that Cobblestone can reasonably present at trial.

Apple's expert invalidity report has asserted 6 different grounds of prior art invalidity theories against the independent claim.  Surely Apple will not have time to present 6 different grounds per claim at trial.

We propose that Apple narrow its invalidity grounds to 2 different theories against the independent claim, within 1 week after the pretrial conference.  By then, Apple will have the expert depositions and all PTC rulings to inform Apple's decision.

If Apple desires further narrowing, we can discuss additional narrowing before trial.  We are open to discussing, for example, where shortly (e.g., 3 weeks) before trial, Cobblestone narrows to 3 asserted claims, and Apple narrows to 1 unique combination of prior art for the independent claim within 1 week of Cobblestone's narrowing.

Thanks,
Jon

Jon Ma
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | jma@raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On May 4, 2026, at 12:30 PM, Lance Shapiro <lshapiro@sheppard.com> wrote:

Counsel,

Apple currently anticipates filing the following non-dispositive motions:
1. Daubert Motion to Exclude Opinions of Stephen E. Dell Relying on the Incorrect SSPPU
2. Motion to Strike Dr. Williams's Opinions Related to Infringement Based on SSBs

Apple reserves its right to file additional non-dispositive motions.

Thanks,

Lance

**Lance W. Shapiro**
Associate

30 Rockefeller Plaza
New York, NY 10112
Direct +1.212.653.8164 | Office +1.212.653.8700
lshapiro@sheppard.com | Bio | LinkedIn | sheppard.com