IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | **Civil Action No. 7:24-cv-00232-ADA** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **APPLE INC.,** | |
| **Defendant.** | |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF COBBLESTONE WIRELESS, LLC.'S CORRECTED MOTION TO EXCLUDE OPINIONS OF JULIA R. ROWE**

I, Reza Mirzaie, declare and state as follows:

1.      I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel for Plaintiff Cobblestone Wireless, LLC. in the above-captioned action. I submit this declaration in support of Plaintiff's Corrected Motion to Exclude Opinions of Julia R. Rowe. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts from Julia R. Rowe's Rebuttal Expert Report regarding Damages, served on April 17, 2026.

3.      Attached as **Exhibit B** is a true and correct copy of excerpts from Julia Rowe's Deposition Transcript, taken on April 30, 2026.

4.      Attached as **Exhibit C** is a true and correct copy of excerpts from Stephen Dell's Expert Report relating to Damages, served on March 27, 2026.

5.      Attached as **Exhibit D** is a true and correct copy of emails between counsel for the parties, April 16-May 6, 2026.

6.      Attached as **Exhibit E** is a true and correct copy of Apple's Legal Statement on FRAND Licensing of SEPs from https://www.apple.com/legal/intellectual-property/frand/, last accessed on May 6, 2026.

7.      Attached as **Exhibit F** is a true and correct copy of 5G IP Holdings, LLC's settled complaint against Apple, Inc. from August 2023.

8.      Attached as **Exhibit G** is a true and correct copy of excerpts from Matthew Clements' Deposition Transcript, taken on March 19, 2026.

9.      Attached as **Exhibit H** is a true and correct copy of Golden Eye website confirming its "approach to making specific offers is FRAND/RAND" from https://harfangip.com/home/licensing/portfolios/get/, last accessed on May 4, 2026.

10.     Attached as **Exhibit I** is a true and correct copy of the analysis of agreement for 5G IP Holdings, LLC, bates stamped at APL-COBLESTN_00290900.

11.      Attached as **Exhibit J** is a true and correct copy of the analysis of agreement for Golden Eye Technologies LLC, Harfang IP Investment Corp., Harfang IP Inc., bates stamped at APL-COBLESTN_00365661.

12.     Attached as **Exhibit K** is a true and correct copy of the analysis of agreement for Hedwig Wireless Technologies LLC, bates stamped at APL-COBLESTN_00358043.

13.     Attached as **Exhibit L** is a true and correct copy of the License Agreement for Apple, Inc., Golden Eye Technologies LLC and Harfang IP Inc. and Harfang IP Investment Corp., bates stamped at APL-COBLESTN_00365497.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 11, 2026, in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie