**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

COBBLESTONE WIRELESS, LLC,

> *Plaintiff,*

   v.

APPLE INC.,

> *Defendant.*

Case No. 7:24-cv-00232-DC

**JURY TRIAL DEMANDED**

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF COBBLESTONE WIRELESS, LLC'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

1. I, Reza Mirzaie, declare as follows.

2. I am counsel for Cobblestone Wireless, LLC ("Cobblestone") in the above-captioned action. I provide this declaration in support of Cobblestone Wireless, LLC's Opposition to Defendant's Motion for Summary Judgment of Non-Infringement. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the Expert Report of Dr. Tim A. Williams, dated March 27, 2026.

4. Attached as **Exhibit 2** is a true and correct copy of the Qualcomm article titled "How 5G Massive MIMO Transforms Your Mobile Experiences," available at https://www.qualcomm.com/news/onq/2019/06/how-5g-massive-mimo-transforms-your-mobile-experiences, dated July 19, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts of the Apple 5G Design Document, Leda Modem PHY CTRL, produced as APL-COBLESTN_00305847 and cited throughout Dr. Williams's report.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Dr. Tim A. Williams, dated April 28, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2026, at Los Angeles, California

By: */s/ Reza Mirzaie*
Reza Mirzaie

1

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on May 21, 2026, with a copy of this document via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie

1