# Exhibit 2

Case 7:24-cv-00232-DC    Document 98-1    Filed 05/21/26    Page 2 of 15    5/19/26, 6:01 PM



Products ⌄   Applications ⌄   Developer ⌄   Support ⌄   Com

Newsroom / OnQ Blog



**Back to All**

   ONQ BLOG

# How 5G massive MIMO transforms your mobile experiences

Qualcomm Technologies breakthroughs help enable 5G networks to serve more users, with dramatically improved capacity, coverage, and quality



Written by
**Mutaz Shukair**

Jun 19, 2019





Now in the age of 5G, we no longer think twice about downloading a file — even when our cellular

connection is at one or two bars — or video chatting or streaming blockbuster movies. Often the case, performing such activities is as smooth as streaming music. 5G NR (New Radio) massive MIMO (Multiple Input Multiple Output) technology is one of the major keys to unlocking these 5G user experiences.

And as the capabilities of today's mobile networks dramatically increase with the global deployment of 5G, users' expectations also rise. In our ongoing series of blog posts aimed at explaining our breakthrough inventions that make 5G a reality, we covered the concepts of mmWave for mobile, beamforming, and low latency. Now, we offer a view into 5G NR massive MIMO and how this technology delivers improvements for both mobile device users and networks.

## MIMO gets massive

MIMO systems require a combination of antenna expansion and complex algorithms. It's multifaceted, but MIMO has been used in wireless communications for a long time now — it's common for both mobile devices and networks to have multiple antennas to enhance connectivity and offer better speeds and user experiences. MIMO algorithms come into play to control how data maps into antennas and where to focus energy in space. Both network and mobile devices need to have tight coordination among each other to make MIMO work.

Now, with the design of new 5G NR networks, MIMO becomes "massive" and crucial for 5G NR deployments.

Massive MIMO — which is an extension of MIMO — expands beyond the legacy systems by adding a much higher number of antennas on the base station. The "massive" number of antennas helps focus energy, which brings drastic improvements in throughput and efficiency. Along with the increased number of antennas, both the network and mobile devices implement more complex designs to coordinate MIMO operations. That's all to say, these advancements are all aimed at achieving performance improvements needed to underpin the 5G experiences consumers expect in this new era.

# Demystifying massive MIMO technology

Let's dive deeper into the building blocks of MIMO systems. They capitalize on three key concepts, which are spatial diversity, spatial multiplexing, and beamforming:

## Spatial diversity and spatial multiplexing

Spatial diversity is one of the fundamental benefits of MIMO technology. In brief, diversity aims at improving the reliability of the system by sending the same data across different propagation, or spatial, paths.

Spatial diversity evolves into a more complex concept, which is "spatial multiplexing." Now, not only are the diverse experiences of the over-air-channel utilized for performance improvements, but multiple messages can be transmitted simultaneously without interfering with one another since they are separated in space.

To better visualize the concept of spatial multiplexing, think of a pipeline through which data is flowing between the base station and the phone on a mobile network. Envision a situation with one antenna on the base station and one on the phone – that allows for only so much data to flow. Now, by installing more antennas on either side with proper spatial separation (see illustration below), multiple virtual pipelines can be created in the space between phone and the base station. This creates multiple paths for more data to travel between the base station and mobile.

By nature, this solution is very dynamic. With the continuous movement of the mobile user and changes in the surrounding environment, the mobile phone and the network require more advanced capabilities to continuously coordinate the link and manage the data transmission.

Case 7:24-cv-00232-DC    Document 98-1    Filed 05/21/26    Page 6 of 15    5/19/26, 6:01 PM



Spatial Multiplexing

## Beamforming

Beamforming is another key wireless technique that utilizes advanced antenna technologies on both mobile devices and networks' base stations to focus a wireless signal in a specific direction, rather than broadcasting to a wide area. Think of the difference between using a flashlight — which kind of floods everyone in the room — versus a laser pointer, which can pinpoint and continuously track a given user.

With the massive number of antenna elements in a massive MIMO system, beamforming becomes "3D Beamforming." 3D Beamforming creates horizontal *and* vertical beams toward users, increasing data rates (and capacity) for all users — even those located in the top floors of high-rise buildings (see illustration below).



3D Beamforming

Mobile feedbacks to the network, allow the network's beam to find any point in space, so a mobile user can always be served by a focused beam to their devices, as they are moving on the street or between different floors in a building. Also having such narrow, direct beams reduces interference between beams directed in different directions.

## Multi-User MIMO

But wait there's more: MIMO technology also allows multiple users to share the same network resources, simultaneously. Multi-User MIMO or "MU-MIMO" allows messages for different users to travel securely

along the same data pipelines, then be sorted to individual users when the data arrives at their mobile devices. Think of it as similar to your online shopping order traveling in a delivery van along with other orders. Your order shares space in the van, yet only gets delivered to you — the intended recipient. Serving multiple users with same transmission increases capacity and allows for better utilization of resources. That adds up to the ability to download or stream with an improved experience for the user even in crowded area.

This shared transportation of data means a faster and more efficient system for all users (see illustration below). That adds up to the ability to download or stream with an improved experience for the user, even in crowded areas.

Also, networks can dynamically switch between serving one or multiple users. When a single user is served, typically the beam is more direct and power is more focused. However, with multiple users, beams tend to be wider as users may scatter in various directions.

Case 7:24-cv-00232-DC    Document 98-1    Filed 05/21/26    Page 10 of 15



Multi-User MIMO

# Benefits of massive MIMO

Massive MIMO is a key enabler of 5G's extremely fast data rates and promises to raise 5G's potential to a new level. The primary benefits of massive MIMO to the network and end users can be summed up as:

- **Increased Network Capacity –** Network Capacity is defined as the total data volume that can be served to a user and the maximum number of users that can be served with certain

level of expected service. Massive MIMO contributes to increased capacity first by enabling 5G NR deployment in the higher frequency range in Sub-6 GHz (e.g., 3.5 GHz); and second by employing MU-MIMO where multiple users are served with the same time and frequency resources.

- **Improved Coverage –** With massive MIMO, users enjoy a more uniform experience across the network, even at the cell's edge – so users can expect high data rate service almost everywhere. Moreover, 3D beamforming enables dynamic coverage required for moving users (e.g., users traveling in cars or connected cars) and adjusts the coverage to suit user location, even in locations that have relatively weak network coverage.

- **User experience –** Ultimately, the above two benefits result in a better overall user experience — users can transfer large data files or download movies, or use data-hungry apps on the go, wherever life takes them.

As mentioned earlier, MIMO has been used in wireless communications for many years. But now, in the context of 5G NR, massive MIMO is radically changing how and when we choose to use our mobile devices. We no longer have to second guess if we're in a good area to download or transfer large files. The user experience is about to take an immense leap forward.

Massive MIMO is just one example of the many breakthrough inventions we have brought forth from decades of research and development to unlock 5G

for the mobile industry and beyond, and transform how the world computes, connects and communicates.

Subtitle and internal links modified on Monday, 6/24

5G

Opinions expressed in the content posted here are the personal opinions of the original authors, and do not necessarily reflect those of Qualcomm Incorporated or its subsidiaries ("Qualcomm"). The content is provided for informational purposes only and is not meant to be an endorsement or representation by Qualcomm or any other party. This site may also provide links or references to non-Qualcomm sites and resources. Qualcomm makes no representations, warranties, or other commitments whatsoever about any non-Qualcomm sites or third-party resources that may be referenced, accessible from, or linked to this site.

## About the Author



### Mutaz Shukair
Director, Product Management, Qualcomm Technologies, Inc.

Read More

About this author  +

# Related Articles

 



📰 ONQ BLOG

## 250 years of American innovation: From founding principles to 6G leadership

May 4, 2026 | 5 min read

| 6G | AI | Wireless Networks |



📰 ONQ BLOG

## Intelligence everywhere: What tells us about the future of AI

Apr 22, 2026 | 7 min read

| AI | Developer | Snapdragon |

# Qualcomm

Qualcomm        Quick        Company    Stay

Qualcomm relentlessly innovates to deliver intelligent computing everywhere, helping the world tackle some of its most important challenges. Our leading-edge AI, high performance, low-power computing, and unrivaled connectivity deliver proven solutions that transform major industries. At Qualcomm, we are engineering human progress.

## Quick links

Products

Support

Partners

Contact us

Developer

## Company info

About us

Careers

Investors

News & media

Our businesses

Email Subscriptions

## Stay connected

Get the latest Qualcomm and industry information delivered to your inbox.

✉ Subscribe

Manage your subscription

   

**Also of Interest**    AI Development Company Products and Platforms

Unified Software Stack for the New Era of AI

X Elite Laptops and PCs

Terms of Use

Privacy

Cookie Policy

Accessibility Statement

Responsible AI Policy

Do Not Sell or Share My Personal Information

Language: English (US)

© Qualcomm Technologies, Inc. and/or its affiliated companies.

Snapdragon and Qualcomm branded products are products of Qualcomm Technologies, Inc. and/or its subsidiaries. Qualcomm patented technologies are licensed by Qualcomm Incorporated.

Note: Certain services and materials may require you to accept additional terms and conditions before accessing or using those items.

References to "Qualcomm" may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.

Qualcomm Incorporated includes our licensing business, QTL, and the vast majority of our patent portfolio. Qualcomm Technologies, Inc., a subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of our engineering, research and development functions, and substantially all of our products and services businesses, including our QCT semiconductor business.

Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.

Nothing in these materials is an offer to sell or license any of the services or materials referenced herein.

Feedback