# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br><br>*Plaintiff,*<br><br>v.<br><br><br>APPLE INC.,<br><br><br>*Defendan*t. | Case No. 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF COBBLESTONE WIRELESS, LLC'S OPPOSITION TO DEFENDANT
APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE OPINIONS OF STEPHEN E. DELL**

1. I, Reza Mirzaie, declare as follows.

2. I am counsel for Cobblestone Wireless, LLC ("Cobblestone") in the above-captioned action. I provide this declaration in support of Cobblestone Wireless, LLC's Opposition to Defendant Apple Inc.'s *Daubert* Motion to Exclude Opinions of Stephen E. Dell. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from the Expert Report of Stephen E. Dell CVA Relating to Damages, Dated March 27, 2026.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from Opening Expert Report of Tim A. Williams, Ph.D. Regarding Infringement, Dated March 27, 2026.

5. Attached as **Exhibit C** is a true and correct copy of Rick Merritt, *Apple Reveals Qualcomm Patent Fees*, EE Times (Jan. 14, 2019), https://www.eetimes.com/apple-reveals-qualcomm-patent-fees/.

6. Attached as **Exhibit D** is a true and correct copy of excerpts from the Deposition Transcript of Jeremy Hendricks, taken February 5, 2026.

7. Attached as **Exhibit E** is a true and correct copy of excerpts from the Deposition Transcript of Julia Rowe, taken April 30, 2026.

8. Attached as **Exhibit F** is a true and correct copy of excerpts Rebuttal Expert Report Regarding Damages of Julia R. Rowe, Dated April 17, 2026.

9. Attached as **Exhibit G** is a true and correct copy of *Ravgen, Inc. v. Lab. Corp. of Am. Holdings*, No. 6:20-*cv*-00969-ADA, Dkt. 228 (W.D. Tex. Sept. 8, 2022) (Albright, J.)

10. Attached as **Exhibit H** is a true and correct copy of excepts from the Deposition Transcript of Stephen Dell, taken April 29, 2026.

1

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2026, at Los Angeles, California


By*:*    */s/ Reza Mirzaie*
Reza Mirzaie

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2026, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF System.

*/s/ Reza Mirzaie*
Reza Mirzaie

3