**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,** | **Civil Action No. 7:24-cv-00232-ADA** |
| **Plaintiff,** | **JURY TRIAL DEMANDED** |
| **v.** | |
| **APPLE INC.,** | |
| **Defendant.** | |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF PLAINTIFF COBBLESTONE
WIRELESS, LLC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT ON DEFENDANT APPLE, INC.'S AFFIRMATIVE
DEFENSES 10 AND 11**

I, Reza Mirzaie, declare and state as follows:

1.    I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel for Plaintiff Cobblestone Wireless, LLC. in the above-captioned action. I submit this declaration in support of Plaintiff's Reply In Support of its Motion for Partial Summry Judgment on Defendant Apple, Inc.'s Affirmative Defenses 10 and 11. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.    Attached as **Exhibit A** is a true and correct copy of excerpts from certified patent records bearing Bates Nos. COBB_APPLE_022172.

3.    Attached as **Exhibit B** is a true and correct copy of excerpts from certified patent records bearing Bates Nos. COBB_APPLE_022179.

4.    Attached as **Exhibit C** is a true and correct copy of excerpts from certified patent records bearing Bates Nos. COBB_APPLE_022186.

5.    Attached as **Exhibit D** is a true and correct copy of excerpts from certified patent records bearing Bates Nos. COBB_APPLE_022397

6.    Attached as **Exhibit E** is a true and correct copy of excerpts from certified patent records bearing Bates Nos. COBB_APPLE_022608.

7.    Attached as **Exhibit F** is a true and correct copy of excerpts from certified patent records bearing Bates Nos. COBB_APPLE_022613.

8.    Attached as **Exhibit G** is a true and correct copy of Apple Inc.'s Trial Witness List, dated May 21, 2026.

9.    Attached as **Exhibit H** is a true and correct copy of Apple Inc.'s Exhibit List, dated May 21, 2026.

10.     Attached as **Exhibit I** is a true and correct copy of an email correspondence between counsel for Cobblestone, counsel for Apple, and the Court regarding trial date conflicts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2026, in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF SERVICE

I certify that on May 28, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

_/s/Reza Mirzaie_____
Reza Mirzaie