# Exhibit E



8510171

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 29, 2024

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON

*September 30, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

COBB_APPLE_022608
COBB_APPLE_022608

507520399    09/30/2022

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT7567293

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | RELEASE OF SECURITY INTEREST |

## CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| CRESTLINE DIRECT FINANCE, L.P. | 09/28/2022 |

## RECEIVING PARTY DATA

| | |
|---|---|
| Name: | EMPIRE TECHNOLOGY DEVELOPMENT LLC |
| Street Address: | C/O ALLIED INVENTORS, LLC |
| Internal Address: | 16625 REDMOND WAY, SUITE M, PMB 219 |
| City: | REDMOND |
| State/Country: | WASHINGTON |
| Postal Code: | 98052 |

## PROPERTY NUMBERS Total: 10

| Property Type | Number |
|---|---|
| Patent Number: | 8891347 |
| Patent Number: | 10368361 |
| Patent Number: | 8526525 |
| Patent Number: | 8224261 |
| Patent Number: | 8578020 |
| Patent Number: | 9094888 |
| Patent Number: | 10517024 |
| Patent Number: | 9980185 |
| Patent Number: | 8554196 |
| Patent Number: | 8774814 |

## CORRESPONDENCE DATA

Fax Number: (650)838-2001

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 650-838-2000 |
| Email: | tami.tucker@alston.com |
| Correspondent Name: | TAMARA TUCKER |
| Address Line 1: | ALSTON & BIRD LLP |
| Address Line 2: | 101 SOUTH TRYON STREET, SUITE 4000 |
| Address Line 4: | CHARLOTTE, NORTH CAROLINA 28280-4000 |

PATENT
REEL: 061265 FRAME: 0146

507520399

COBB_APPLE_022609
COBB_APPLE_022609

| ATTORNEY DOCKET NUMBER: | 061718/524082 |
|---|---|
| NAME OF SUBMITTER: | TAMARA TUCKER |
| SIGNATURE: | /Tamara Tucker/ |
| DATE SIGNED: | 09/30/2022 |

**Total Attachments: 2**
source=CrestlineAlliedRelease#page1.tif
source=CrestlineAlliedRelease#page2.tif

**PATENT**
**REEL: 061265 FRAME: 0147**

COBB_APPLE_022610
COBB_APPLE_022610

## NOTICE OF RELEASE OF SECURITY INTEREST IN PATENTS

Dated as of September 28, 2022

The lien and security interest evidenced by that certain Patent Security Agreement, dated as of December 28, 2018, executed by, *inter alia*, EMPIRE TECHNOLOGY DEVELOPMENT LLC, a Delaware limited liability company (the "Grantor"), in favor of CRESTLINE DIRECT FINANCE, L.P., as administrative agent (the "Agent"), which was duly recorded on January 29, 2019, at Reel 048373, Frame 0217 in the United States Patent and Trademark Office, and any other right, title or interest granted to the Agent solely in the patents set forth on Schedule 1 attached hereto is hereby terminated, cancelled and released, without representation or warranty, and the Agent hereby re-assigns to the Grantor any right, title or interest it may have in or to any of the patents set forth on Schedule 1.

**CRESTLINE DIRECT FINANCE, L.P.,**
as Agent

By:    Crestline Direct Finance (GP), L.L.C., its general partner

By:    Crestline Investors, Inc., its manager

By: _____
Name: John S. Cochran
Title:  Vice President

**PATENT**
**REEL: 061265 FRAME: 0148**

COBB_APPLE_022611
COBB_APPLE_022611

SCHEDULE 1

Patent Registrations

| APPLICATION NUMBER | PUBLICATION NUMBER | COUNTRY | PATENT NUMBER |
|---|---|---|---|
| 13/522422 | US20130107733 | US | 8891347 |
| 15/500928 | US20170223719 | US | 10368361 |
| 12/255572 | US20100054356 | US | 8526525 |
| 12/620110 | US20110045768 | US | 8224261 |
| 12/647256 | US20110161484 | US | 8578020 |
| 13/263835 | US20120276901 | US | 9094888 |
| 15/979209 | 20180368032 | US | 10517024 |
| 14/797703 | US20150319656 | US | 9980185 |
| 13/321792 | US20130053018 | US | 8554196 |
| 14/046376 | US20140038618 | US | 8774814 |

**RECORDED: 09/30/2022**

**PATENT
REEL: 061265 FRAME: 0149**

COBB_APPLE_022612
COBB_APPLE_022612