# Exhibit G

-1-

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

COBBLESTONE WIRELESS, LLC,

        Plaintiff,

     v.

APPLE INC.,

        Defendant.

Case No.  7:24-cv-00232-DC

**DEFENDANT APPLE INC.'S
TRIAL WITNESS LIST (MAY 21, 2026)**

Apple Inc. ("Defendant") submit this Trial Witness List for identification and categorization of trial witnesses. At this time, Apple expects to call the following witnesses to testify live or by deposition at trial. Apple reserves the right to revise or supplement this list consistent with the Pretrial Order or as otherwise permitted by the Court. If any witness Apple intends to call to testify live is unavailable, Apple reserves the right to offer deposition testimony from such witness. Apple also reserves the right to call live or by deposition anyone appearing on Plaintiff's witness lists.

For any witness for whom Plaintiff plays its designated deposition testimony, Apple reserves the right to play their deposition counter-designations or any of Plaintiff's designations or counter-counter designations that Plaintiff subsequently withdraws. Apple further reserves the right to call live or by deposition any witness to provide foundational testimony should any party contest the authenticity or admissibility of any material proffered at trial. Apple reserves the right to call any witness for impeachment purposes. Apple's "Will Call" and "May Call" designations are subject to change depending on the proof offered by Plaintiff during its case-in-chief, and Apple reserves the right to call additional witnesses in rebuttal to testimony offered at trial by Plaintiff, including rebuttal witnesses that are not identified herein. Finally, Apple reserves the right to call live or by deposition any fact witness designated by Plaintiff in its List of Witnesses that Plaintiff elects not to call at trial. Apple is not required to present testimony from any witness on its list of witnesses. Apple reserves the right to amend this list, including how witnesses will testify, depending on witness availability and schedules as well as to streamline the case.

-3-

## WILL CALL LIST

| WITNESS | LIVE OR BY DEPOSITION |
|---|---|
| Jeremy Hendricks | Live |
| Gregory Lie | Live |
| Harry Bims | Live |
| Julia Rowe | Live |

-4-

**MAY CALL LIST**

| WITNESS | LIVE OR BY DEPOSITION |
|---------|----------------------|
| Matthew Clements | Live (or by deposition if unavailable) |
| Catherine Spevak | Live (or by deposition if unavailable) |
| Jay Chung | Live (or by deposition if unavailable) |
| Elizabeth Rudersdorf | Live (or by deposition if unavailable) |
| Robert Hardacker | Live (or by deposition if unavailable) |

DATED: May 21, 2026

Respectfully submitted,

/s/ *Kevin J. Post*

| | |
|---|---|
| Steven Pepe | Steven J. Wingard |
| (NY Bar No. 2810430) | Texas Bar No. 00788694 |
| Kevin J. Post | swingard@scottdoug.com |
| (NY Bar No. 4382214) | Stephen L. Burbank |
| Alexander E. Middleton | Texas Bar No. 24109672 |
| (NY Bar No. 4797114) | sburbank@scottdoug.com |
| Lance W. Shapiro | Robert ("Robby") P. Earle |
| (NY Bar No. 5397955) | Texas Bar No. 24124566 |
| Brian P. Lebow | rearle@scottdoug.com |
| (NY Bar No. 5992573) | **SCOTT DOUGLASS & MCCONNICO LLP** |
| John J. Healy Jr. | 303 Colorado Street, Suite 2400 |
| (NY Bar No. 6172662) | Austin, TX 78701 |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | Telephone: (512) 495-6300 |
| | Facsimile: (512) 495-6399 |
| 30 Rockefeller Plaza | |
| New York, NY 10112-0015 | Ruffin B. Cordell |
| Telephone: (212) 653-8700 | **FISH & RICHARDSON, P.C.** |
| Facsimile: (212) 653-8701 | 1000 Maine Avenue, SW, Suite 1000 |
| spepe@sheppard.com | Washington, DC 20024 |
| kpost@sheppard.com | Telephone: (202) 626-6449 |
| amiddleton@sheppard.com | Fax: (202) 783-2331 |
| lshapiro@sheppard.com | cordell@fr.com |
| blebow@sheppard.com | |
| jhealy@sheppard.com | Roger Allen Denning |
| | **FISH & RICHARDSON, P.C.** |
| Ryan C. Brunner | 12860 El Camino Real, Suite 400 |
| (DC Bar No. 241467) | San Diego, CA 92130-2081 |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | Telephone: (858) 678-5070 |
| | Fax: (858) 678-5099 |
| 2099 Pennsylvania Avenue, N.W., Suite 100 | denning@fr.com |
| Washington, DC 20006-6801 | |
| Telephone: (202) 747-1900 | *Attorneys for Defendant Apple Inc.* |
| Facsimile: (202) 747-1901 | |
| rbrunner@sheppard.com | |

-5-

-6-

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on May 21, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

/s/ *Kevin J. Post*
Kevin J. Post