**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

|  |  |
|---|---|
| COBBLESTONE WIRELESS, LLC, | Case No. 7:24-cv-00232-DC |
| *Plaintiff*, | |
| v. | **JURY TRIAL DEMANDED** |
| APPLE INC., | **FILED UNDER SEAL** |
| *Defendan*t. | |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF
PLAINTIFF COBBLESTONE WIRELESS, LLC
MOTIONS *IN LIMINE* AGAINST APPLE INC.**

I, Reza Mirzaie, declare and state as follows:

1.      I am a member of the State Bar of California and partner at the firm of Russ August & Kabat, counsel for Plaintiff Cobblestone Wireless, LLC. in the above-captioned action. I submit this declaration in support of Plaintiff's Motions *in Limine* Against Apple Inc. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of Apple Inc.'s Trial Exhibit list.

3.      Attached as **Exhibit 2** is a true and correct copy of Apple Inc.'s Rebuttal Trial Exhibit List.

4.      Attached as **Exhibit 3** is a true and correct copy of Apple Inc.'s Amended Rebuttal Trial Exhibit list.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of Matthew Clements, taken on February 11, 2026.

6.      Attached as **Exhibit 5** is a true and correct copy of the Preliminary Jury Instructions Merged.

7.      Attached as **Exhibit 6** is a true and correct copy of the Court's Order in *VLSI Technology LLC v. Intel Corporation* Case No. W:21-cv-00057-ADA, dated February 19, 2026.

8.      Attached as **Exhibit 7** is a true and correct copy of the Court's Order on Motions *in Limine* in *Red Rock Analytics, LLC v. Samsung Electronics Co., Ltd., et al.,* Case No. 2:17-cv-00101-RWS-RSP, dated March 13, 2019.

9.      Attached as **Exhibit 8** is a true and correct copy of the Court's Order on Pretrial Motion and Motions *in Limine in Immersion Corporation, v. Samsung Electronics America Inc., et al.,* Case No. 2:17-cv-00572-JRG, dated May 2, 2019.

10.    Attached as **Exhibit 9** is a true and correct copy of excerpts from the Opening Expert Report of Tim A. Williams, Ph.D. regarding Infringement, dated March 27, 2026.

11.    Attached as **Exhibit 10** is a true and correct copy of excerpts from the deposition Gregory Lie, taken on February 18, 2026.

12.    Attached as **Exhibit 11** is a true and correct copy of DX103.

13.    Attached as **Exhibit 12** is a true and correct copy of the Final Jury Instructions Merged.

14.    Attached as **Exhibit 13** is a true and correct copy of DX136.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on June 11, 2026 in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on June 11, 2026, with a copy of this document via the Court's CM/ECF system.

/s/ Reza Mirzaie
Reza Mirzaie