UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| Cobblestone Wireless, LLC,<br><br>                    Plaintiff,<br><br>    vs.<br><br>Apple Inc.,<br><br>                    Defendant. | Case No. 7:24-cv-00232-ADA |

## NOTICE OF STIPULATION REGARDING REPLIES TO MOTIONS *IN LIMINE*

Plaintiff Cobblestone Wireless, LLC and Defendant Apple Inc. hereby notify the Court that the Parties have stipulated that no replies will be filed in support of the Parties' motions *in limine*.

Dated: June 18, 2026

By: /s/ Reza Mirzaie

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler

By: */s/ Kevin J. Post*
Alexander E. Middleton
(NY Bar No. 4797114)
Lance W. Shapiro
(NY Bar No. 5397955)
Brian P. Lebow
(NY Bar No. 5992573)
Kevin J. Post
(NY Bar No. 4382214)
Steven Pepe
(NY Bar No. 2810430)
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
amiddleton@sheppardmullin.com
lshapiro@sheppardmullin.com
blebow@sheppardmullin.com

1

TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

kpost@sheppardmullin.com
spepe@sheppardmullin.com

Ryan C. Brunner
(DC Bar No. 241467)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901
rbrunner@sheppard.com

*Attorneys for Defendant Apple Inc*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Reza Mirzaie*