**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| Cobblestone Wireless, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Apple Inc.,<br><br>　　　　　　　　Defendant. | Case No. 7:24-cv-00232-DC |

**NOTICE OF STIPULATION REGARDING REPLIES TO
MOTIONS *IN LIMINE* AND EXTENSION FOR PROPOSED JURY
<u>INSTRUCTIONS</u>**

Plaintiff Cobblestone Wireless, LLC and Defendant Apple Inc. hereby notify the Court that the Parties have stipulated that no replies will be filed in support of the Parties' motions *in limine*. To the extent the Court would prefer additional briefing on any motion *in limine*, the Parties respectfully request that the Court so advise, and the Parties will proceed as directed.

The Parties further notify the Court that they have stipulated to a one-business-day extension, through June 22, 2026, to submit their Joint Pretrial Order and all exhibits. Good cause exists for this extension because the Parties are continuing to exchange revisions to at least the proposed jury instructions and to meet and confer in good faith regarding disputed instructions. The brief extension will allow the Parties to narrow disputes and present the Court with more refined joint and disputed proposed instructions.

1

Dated: June 18, 2026

By: /s/ *Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

By: /s/ *Kevin J. Post*
Steven J. Wingard
swingard@scottdoug.com
Stephen L. Burbank
sburbank@scottdoug.com
Robert ("Robby") P. Earle
rearle@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Ruffin B. Cordell
cordell@fr.com
FISH & RICHARDSON, P.C.
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: 202-626-6449
Fax: 202-783-2331

Roger Allen Denning
denning@fr.com
FISH & RICHARDSON, P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130-2081
Telephone: (858) 678-5070
Fax: 858-678-5099

Steven Pepe
spepe@sheppard.com
Kevin J. Post
kpost@sheppard.com
Alexander E. Middleton
amiddleton@sheppard.com
Lance W. Shapiro
lshapiro@sheppard.com
Brian P. Lebow
blebow@sheppard.com
John J. Healy Jr.
jhealy@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza

New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Ryan C. Brunner
rbrunner@sheppard.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901

***Attorneys for Defendant Apple Inc.***

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Reza Mirzaie*