# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| Cobblestone Wireless, LLC,<br><br>                      Plaintiff,<br><br>vs.<br><br>Apple Inc.,<br><br>                      Defendant. | Case No. 7:24-cv-00232-DC |

## PLAINTIFF COBBLESTONE WIRELESS, LLC'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING

Pursuant to the Court's Amended Scheduling Order [Dkt. 63], Plaintiff Cobblestone Wireless, LLC ("Plaintiff" or "Cobblestone") respectfully requests daily transcripts and real-time reporting for the trial proceedings in this action.

Plaintiff further notifies the Court and all parties that a copy of this Notice is being submitted via electronic mail to the Court Reporter, Tamara Ross at Tamara_Ross@txwd.uscourts.gov.

Dated: June 25, 2026                    Respectfully submitted,


*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com

1

Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Reza Mirzaie*
Reza Mirzaie

1