**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

|  |  |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| Plaintiff, | |
| v. | Case No.  7:24-cv-00232-DC |
| APPLE INC., | |
| Defendant. | |

**DEFENDANT'S NOTICE UNDER 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Defendant Apple Inc. hereby provides written notice that it may rely at trial in this matter on one or more of: the patents, publications, and system art listed below as anticipating, rendering obvious, or showing the state of the art of the asserted claims of U.S. Patent No. 8,891,347 ("'347 Patent").  Notice of the below references was previously provided in Apple's invalidity contentions and/or the opening or rebuttal expert reports of Dr. Harry Bims.

The identification of a particular patent, publication, or system art reference does not mean that Apple will necessarily introduce or rely on that patent, publication, or system art reference at trial, and is not an admission or representation that reliance upon such patent, publication, or system art reference is necessary to establish any of Apple's defenses or counterclaims.  Rather, Apple has disclosed or will disclose the specific references, exhibits, and persons on which it intends to rely consistent with the rulings, directions, and procedures set forth by the Court or otherwise agreed by the parties.  For each reference, Apple relies on the reference in its entirety.

-1-

In addition to the items expressly listed in this Notice, Apple incorporates by reference all information set forth in the parties' initial disclosures, expert reports, expert and fact witness depositions, the trial exhibit list, the trial witness list, the pleadings and papers on file in this matter, the written discovery and discovery responses including, without limitation, invalidity contentions (including any supplemental contentions), motions, and exhibits and demonstratives at trial, and the prior art identified in the prosecution histories of the asserted patents.

## I.    PATENTS AND PATENT PUBLICATIONS

| Name | Country of Origin | Publication/Issue Date |
|---|---|---|
| U.S. Patent No. 8,654,815 ("Forenza") | United States | 02/18/2014 |
| U.S. Patent App. Pub. No. 2010/0159855 ("Hardacker") | United States | 06/24/2010 |
| U.S. Patent No. 6,473,467 ("Wallace") | United States | 10/29/2002 |
| U.S. Patent App. Pub. No. 2014/0010274 ("Medbo") | United States | 01/09/2014 |
| U.S. Patent App. Pub. No. 2005/0163199 ("Wang") | United States | 07/28/2005 |
| U.S. Patent App. Pub. No. 2011/0013726 ("Voinigescu") | United States | 01/20/2011 |
| U.S. Patent No. 10,263,683 ("Song")[1] | United States | 04/16/2019 |

---

[1] To be clear, as explained in Apple's Opposition to Cobblestone Motion to Exclude Opinions of Dr. Bims and Ms. Rowe (Dkt. No. 126), Apple is not relying on Song as invalidating prior art. Apple will not elicit such testimony at trial.

## II.    OTHER PUBLICATIONS

| Name | Publication/Issue Date | Page Ranges |
|---|---|---|
| LTE - The UMTS Long Term Evolution: From Theory to Practice ("Sesia") | 07/22/2011 | APL-COBLESTN-PA_00006215–APL-COBLESTN-PA_00007008 |
| Rudolf F. Graf, *Modern Dictionary of Electronics Seventh Edition* | 1999 | APL-COBLESTN_00366191–APL-COBLESTN_00367072 |
| Sara Sandberg, *Modulation and Channel Effects in Digital Communication* ("Sandberg") | 2005 | APL-COBLESTN_00367104–APL-COBLESTN_00367176 |
| Dr. Amin Mohamed Nassar, *Blind Equalization Technique for Cross Correlation Constant Modulus Algorithm (CC-CMA)* ("Nassar") | 04/06/2010 | APL-COBLESTN_00366170–APL-COBLESTN_00366179 |
| Bertrand Muquet et al., *Subspace-Based Blind and Semi-Blind Channel Estimation for OFDM Systems* ("Muquet") | 07/07/2002 | APL-COBLESTN_00367214–APL-COBLESTN_00367217 |
| Christian Isheden, *Energy-Efficient Link Adaptation with Transmitter CSI* ("Isheden") | 05/2011 | APL-COBLESTN_00366180–APL-COBLESTN_00366185 |
| Peerapong Uthansakul, *Performance of Antenna Selection in MIMO System Using Channel Reciprocity with Measured Data* ("Uthansakul") | 04/05/2011 | APL-COBLESTN_00367094–APL-COBLESTN_00367103 |
| Maxine Guillaud, *A Practical Method for Wireless Channel Reciprocity Exploitation Through Relative Calibration* ("Guillaud") | 01/30/2006 | APL-COBLESTN_00367090–APL-COBLESTN_00367093 |
| Tung T. Kim, *Diversity-Multiplexing Tradeoff in MIMO Channels with Partial CSIT* ("Kim") | 08/08/2007 | APL-COBLESTN_00367073–APL-COBLESTN_00367089 |
| David J. Love et al., *An Overview of Limited Feedback in Wireless Communications Systems* ("Love") | 10/31/2008 | APL-COBLESTN_00367218–APL-COBLESTN_00367242 |
| Bruno Clerckx et al., *Explicit vs. Implicit Feedback for SU and MU-MIMO* ("Explicit vs. Implicit Feedback") | 01/10/2011 | APL-COBLESTN_00366186–APL-COBLESTN_00366190 |

Dated: July 2, 2026

Respectfully submitted,

/s/ *Kevin J. Post*

|  |  |
|---|---|
| Steven Pepe | Steven J. Wingard |
| (NY Bar No. 2810430) | Texas Bar No. 00788694 |
| Kevin J. Post | swingard@scottdoug.com |
| (NY Bar No. 4382214) | Stephen L. Burbank |
| Alexander E. Middleton | Texas Bar No. 24109672 |
| (NY Bar No. 4797114) | sburbank@scottdoug.com |
| Lance W. Shapiro | Robert ("Robby") P. Earle |
| (NY Bar No. 5397955) | Texas Bar No. 24124566 |
| Brian P. Lebow | rearle@scottdoug.com |
| (NY Bar No. 5992573) | **SCOTT DOUGLASS & MCCONNICO LLP** |
| John J. Healy Jr. | 303 Colorado Street, Suite 2400 |
| (NY Bar No. 6172662) | Austin, TX 78701 |
| **SHEPPARD, MULLIN, RICHTER &** | Telephone: (512) 495-6300 |
| **HAMPTON LLP** | Facsimile: (512) 495-6399 |
| 30 Rockefeller Plaza | |
| New York, NY 10112-0015 | Ruffin B. Cordell |
| Telephone: (212) 653-8700 | **FISH & RICHARDSON, P.C.** |
| Facsimile: (212) 653-8701 | 1000 Maine Avenue, SW, Suite 1000 |
| spepe@sheppard.com | Washington, DC 20024 |
| kpost@sheppard.com | Telephone: (202) 626-6449 |
| amiddleton@sheppard.com | Fax: (202) 783-2331 |
| lshapiro@sheppard.com | cordell@fr.com |
| blebow@sheppard.com | |
| jhealy@sheppard.com | Roger Allen Denning |
| | **FISH & RICHARDSON, P.C.** |
| Ryan C. Brunner | 12860 El Camino Real, Suite 400 |
| (DC Bar No. 241467) | San Diego, CA 92130-2081 |
| **SHEPPARD, MULLIN, RICHTER &** | Telephone: (858) 678-5070 |
| **HAMPTON LLP** | Fax: (858) 678-5099 |
| 2099 Pennsylvania Avenue, N.W., Suite 100 | denning@fr.com |
| Washington, DC 20006-6801 | |
| Telephone: (202) 747-1900 | *Attorneys for Defendant Apple Inc.* |
| Facsimile: (202) 747-1901 | |
| rbrunner@sheppard.com | |

-4-

-5-

## CERTIFICATE OF SERVICE

I hereby certify that, on July 2, 2026, a copy of the foregoing document and any attachments thereto was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing electronically to all counsel of record.

/s/ Kevin J. Post
Kevin J. Post