# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| | § | CIVIL NO: |
| vs. | § | MO:24-CV-00232-DC |
| | § | |
| APPLE INC. | § | |

## ORDER RESETTING FINAL PRETRIAL HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **FINAL PRETRIAL HEARING** in Courtroom 3, on the Third floor of the United States Courthouse, 200 E. Wall, Midland, TX, on **Friday, July 10, 2026 at 08:00 AM**.

IT IS SO ORDERED this 2nd day of July, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE