# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| Cobblestone Wireless, LLC, | | |
| Plaintiff, | | Case No. 7:24-cv-00232-DC |
| vs. | | |
| Apple Inc., | | |
| Defendant. | | |

## NOTICE OF FILING AMENDED TRIAL EXHIBIT LIST

Plaintiff Cobblestone Wireless, LLC hereby files its Amended Trial Exhibit List.  The Amended Trial Exhibit List, which supersedes and replaces Exhibit D-2 to the parties' Joint Pretrial Order, previously filed at Docket No. 141-5. The Amended Trial Exhibit List reflects the unintentional omission of an exhibit.

Dated: July 2, 2026

By: */s/ Jonathan Ma*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele

1

VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Jonathan Ma*