AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, Plaintiff, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    7:24-cv-00232-DC |
| APPLE INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.                                                                                                    .

Date:      07/07/2026

*Attorney's signature*

Brittany Amadi, VA State Bar 80078
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037

*Address*

brittany.amadi@wilmerhale.com
*E-mail address*

(202) 663-6000
*Telephone number*

(202) 663-6363
*FAX number*