**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| Plaintiff, | Case No.  7:24-cv-00232-DC |
| v. | **JURY TRIAL DEMANDED** |
| APPLE INC., | |
| Defendant. | |

**DEFENDANT APPLE INC.'S NOTICE OF FOREIGN LAW
PURSUANT TO FED. R. CIV. P. 44.1**

Pursuant to Federal Rule of Civil Procedure 44.1, and consistent with Apple's Opposition to Cobblestone's Motion *in Limine* No. 1 (Dkt. 137 at 1 n.1), Defendant Apple Inc. respectfully provides the declarations of Mark Cohen and Alexandra (Pu) Yang addressing Chinese Law.  The rule counsels that "[i]n determining foreign law, the court may consider any relevant material or source, including testimony, whether or not submitted by a party or admissible under the Federal Rules of Evidence."  Fed. R. Civ. P. 44.1.  Here, Mr. Cohen and Ms. Yang provide relevant declarations as to Chinese law and its application to Cobblestone's allegations of ownership of U.S. Patent No. 8,891,347.

-1-

DATED: July 8, 2026                          Respectfully submitted,


                                             /s/ Kevin J. Post
                                             Steven J. Wingard
Steven Pepe                                  Texas Bar No. 00788694
(NY Bar No. 2810430)                         swingard@scottdoug.com
Kevin J. Post                                Stephen L. Burbank
(NY Bar No. 4382214)                         Texas Bar No. 24109672
Alexander E. Middleton                       sburbank@scottdoug.com
(NY Bar No. 4797114)                         Robert ("Robby") P. Earle
Lance W. Shapiro                             Texas Bar No. 24124566
(NY Bar No. 5397955)                         rearle@scottdoug.com
Brian P. Lebow                               **SCOTT DOUGLASS & MCCONNICO LLP**
(NY Bar No. 5992573)                         303 Colorado Street, Suite 2400
John J. Healy Jr.                            Austin, TX 78701
(NY Bar No. 6172662)                         Telephone: (512) 495-6300
**SHEPPARD, MULLIN, RICHTER &**              Facsimile: (512) 495-6399
**HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112-0015                      Ruffin B. Cordell
Telephone: (212) 653-8700                    **FISH & RICHARDSON, P.C.**
Facsimile: (212) 653-8701                    1000 Maine Avenue, SW, Suite 1000
spepe@sheppard.com                           Washington, DC 20024
kpost@sheppard.com                           Telephone: 202-626-6449
amiddleton@sheppard.com                      Fax: 202-783-2331
lshapiro@sheppard.com                        cordell@fr.com
blebow@sheppard.com
jhealy@sheppard.com                          Roger Allen Denning
                                             **FISH & RICHARDSON, P.C.**
Ryan C. Brunner                              12860 El Camino Real, Suite 400
(DC Bar No. 241467)                          San Diego, CA 92130-2081
**SHEPPARD, MULLIN, RICHTER &**              Telephone: (858) 678-5070
**HAMPTON LLP**                              Fax: 858-678-5099
2099 Pennsylvania Avenue, N.W., Suite 100    denning@fr.com
Washington, DC 20006-6801
Telephone: (202) 747-1900                    *Attorneys for Defendant Apple Inc.*
Facsimile: (202) 747-1901
rbrunner@sheppard.com

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true-and-correct copy of the foregoing document was served via the Court's CM/ECF system on all counsel of record on July 8, 2026.

*/s/ Brian Lebow*