# YANG
# EXHIBIT 4

Case 7:24-cv-00232-DC    Document 156-5    Filed 07/08/26    Page 2 of 23

# 国家知识产权局
## China National Intellectual Property Administration

邮箱登录 | Englisl

中央纪委国家监委驻市场监管总局纪检监察组

请输入您要搜索的内容

| 首页 | 机构 | 新闻 | **政务** | 服务 | 数据 |

当前位置：首页>政务>法律法规>专利>行政法规

## 中华人民共和国专利法实施细则(2010年修订)

发布时间：2015-09-02                                          字号： 大 中 小

（2001年6月15日中华人民共和国国务院令第306号公布　根据2002年12月28日《国务院关于修改〈中华人民共和国专利法实施细则〉的决定》第一次修订　根据2010年1月9日《国务院关于修改〈中华人民共和国专利法实施细则〉的决定》第二次修订）

第一章　总　　则

第一条　根据《中华人民共和国专利法》（以下简称专利法），制定本细则。

第二条　专利法和本细则规定的各种手续，应当以书面形式或者国务院专利行政部门规定的其他形式办理。

第三条　依照专利法和本细则规定提交的各种文件应当使用中文；国家有统一规定的科技术语的，应当采用规范词；外国人名、地名和科技术语没有统一中文译文的，应当注明原文。

依照专利法和本细则规定提交的各种证件和证明文件是外文的，国务院专利行政部门认为必要时，可以要求当事人在指定期限内附送中文译文；期满未附送的，视为未提交该证件和证明文件。

第四条　向国务院专利行政部门邮寄的各种文件，以寄出的邮戳日为递交日；邮戳日不清晰的，除当事人能够提出证明外，以国务院专利行政部门收到日为递交日。

国务院专利行政部门的各种文件，可以通过邮寄、直接送交或者其他方式送达当事人。当事人委托专利代理机构的，文件送交专利代理机构；未委托专利代理机构的，文件送交请求书中指明的联系人。

国务院专利行政部门邮寄的各种文件，自文件发出之日起满15日，推定为当事人收到文件之日。

根据国务院专利行政部门规定应当直接送交的文件，以交付日为送达日。

文件送交地址不清，无法邮寄的，可以通过公告的方式送达当事人。自公告之日起满1个月，该文件视为已经送达。

第五条　专利法和本细则规定的各种期限的第一日不计算在期限内。期限以年或者月计算的，以其最后一月的相应日为期限届满日；该月无相应日的，以该月最后一日为期限届满日；期限届满日是法定休假日的，以休假日后的第一个工作日为期限

届满日。

第六条　当事人因不可抗拒的事由而延误专利法或者本细则规定的期限或者国务院专利行政部门指定的期限，导致其权利丧失的，自障碍消除之日起2个月内，最迟自期限届满之日起2年内，可以向国务院专利行政部门请求恢复权利。

除前款规定的情形外，当事人因其他正当理由延误专利法或者本细则规定的期限或者国务院专利行政部门指定的期限，导致其权利丧失的，可以自收到国务院专利行政部门的通知之日起2个月内向国务院专利行政部门请求恢复权利。

当事人依照本条第一款或者第二款的规定请求恢复权利的，应当提交恢复权利请求书，说明理由，必要时附具有关证明文件，并办理权利丧失前应当办理的相应手续；依照本条第二款的规定请求恢复权利的，还应当缴纳恢复权利请求费。

当事人请求延长国务院专利行政部门指定的期限的，应当在期限届满前，向国务院专利行政部门说明理由并办理有关手续。

本条第一款和第二款的规定不适用专利法第二十四条、第二十九条、第四十二条、第六十八条规定的期限。

第七条　专利申请涉及国防利益需要保密的，由国防专利机构受理并进行审查；国务院专利行政部门受理的专利申请涉及国防利益需要保密的，应当及时移交国防专利机构进行审查。经国防专利机构审查没有发现驳回理由的，由国务院专利行政部门作出授予国防专利权的决定。

国务院专利行政部门认为其受理的发明或者实用新型专利申请涉及国防利益以外的国家安全或者重大利益需要保密的，应当及时作出按照保密专利申请处理的决定，并通知申请人。保密专利申请的审查、复审以及保密专利权无效宣告的特殊程序，由国务院专利行政部门规定。

第八条　专利法第二十条所称在中国完成的发明或者实用新型，是指技术方案的实质性内容在中国境内完成的发明或者实用新型。

任何单位或者个人将在中国完成的发明或者实用新型向外国申请专利的，应当按照下列方式之一请求国务院专利行政部门进行保密审查：

（一）直接向外国申请专利或者向有关国外机构提交专利国际申请的，应当事先向国务院专利行政部门提出请求，并详细说明其技术方案；

（二）向国务院专利行政部门申请专利后拟向外国申请专利或者向有关国外机构提交专利国际申请的，应当在向外国申请专利或者向有关国外机构提交专利国际申请前向国务院专利行政部门提出请求。

向国务院专利行政部门提交专利国际申请的，视为同时提出了保密审查请求。

第九条　国务院专利行政部门收到依照本细则第八条规定递交的请求后，经过审查认为该发明或者实用新型可能涉及国家安全或者重大利益需要保密的，应当及时向申请人发出保密审查通知；申请人未在其请求递交日起4个月内收到保密审查通知的，可以就该发明或者实用新型向外国申请专利或者向有关国外机构提交专利国际申请。

国务院专利行政部门依照前款规定通知进行保密审查的，应当及时作出是否需要保密的决定，并通知申请人。申请人未在其请求递交日起6个月内收到需要保密的决定的，可以就该发明或者实用新型向外国申请专利或者向有关国外机构提交专利国际申请。

第十条　专利法第五条所称违反法律的发明创造，不包括仅其实施为法律所禁止的发明创造。

第十一条　除专利法第二十八条和第四十二条规定的情形外，专利法所称申请日，有优先权的，指优先权日。

本细则所称申请日，除另有规定的外，是指专利法第二十八条规定的申请日。

第十二条　专利法第六条所称执行本单位的任务所完成的职务发明创造，是指：

（一）在本职工作中作出的发明创造；

（二）履行本单位交付的本职工作之外的任务所作出的发明创造；

（三）退休、调离原单位后或者劳动、人事关系终止后1年内作出的，与其在原单位承担的本职工作或者原单位分配的任务有关的发明创造。

专利法第六条所称本单位，包括临时工作单位；专利法第六条所称本单位的物质技术条件，是指本单位的资金、设备、零部件、原材料或者不对外公开的技术资料等。

第十三条　专利法所称发明人或者设计人，是指对发明创造的实质性特点作出创造性贡献的人。在完成发明创造过程中，只负责组织工作的人、为物质技术条件的利用提供方便的人或者从事其他辅助工作的人，不是发明人或者设计人。

第十四条　除依照专利法第十条规定转让专利权外，专利权因其他事由发生转移的，当事人应当凭有关证明文件或者法律文书向国务院专利行政部门办理专利权转移手续。

专利权人与他人订立的专利实施许可合同，应当自合同生效之日起3个月内向国务院专利行政部门备案。

以专利权出质的，由出质人和质权人共同向国务院专利行政部门办理出质登记。

第二章　专利的申请

第十五条　以书面形式申请专利的，应当向国务院专利行政部门提交申请文件一式两份。

以国务院专利行政部门规定的其他形式申请专利的，应当符合规定的要求。

申请人委托专利代理机构向国务院专利行政部门申请专利和办理其他专利事务的，应当同时提交委托书，写明委托权限。

申请人有2人以上且未委托专利代理机构的，除请求书中另有声明的外，以请求书中指明的第一申请人为代表人。

第十六条　发明、实用新型或者外观设计专利申请的请求书应当写明下列事项：

（一）发明、实用新型或者外观设计的名称；

（二）申请人是中国单位或者个人的，其名称或者姓名、地址、邮政编码、组织机构代码或者居民身份证件号码；申请人是外国人、外国企业或者外国其他组织的，其姓名或者名称、国籍或者注册的国家或者地区；

（三）发明人或者设计人的姓名；

（四）申请人委托专利代理机构的，受托机构的名称、机构代码以及该机构指定的专利代理人的姓名、执业证号码、联系电话；

（五）要求优先权的，申请人第一次提出专利申请（以下简称在先申请）的申请日、申请号以及原受理机构的名称；

（六）申请人或者专利代理机构的签字或者盖章；

（七）申请文件清单；

（八）附加文件清单；

（九）其他需要写明的有关事项。

第十七条　发明或者实用新型专利申请的说明书应当写明发明或者实用新型的名称，该名称应当与请求书中的名称一致。说明书应当包括下列内容：

（一）技术领域：写明要求保护的技术方案所属的技术领域；

（二）背景技术：写明对发明或者实用新型的理解、检索、审查有用的背景技术；有可能的，并引证反映这些背景技术的文件；

（三）发明内容：写明发明或者实用新型所要解决的技术问题以及解决其技术问题采用的技术方案，并对照现有技术写明发明或者实用新型的有益效果；

（四）附图说明：说明书有附图的，对各幅附图作简略说明；

（五）具体实施方式：详细写明申请人认为实现发明或者实用新型的优选方式；必要时，举例说明；有附图的，对照附图。

发明或者实用新型专利申请人应当按照前款规定的方式和顺序撰写说明书，并在说明书每一部分前面写明标题，除非其发明或者实用新型的性质用其他方式或者顺序撰写能节约说明书的篇幅并使他人能够准确理解其发明或者实用新型。

发明或者实用新型说明书应当用词规范、语句清楚，并不得使用"如权利要求……所述的……"一类的引用语，也不得使用商业性宣传用语。

发明专利申请包含一个或者多个核苷酸或者氨基酸序列的，说明书应当包括符合国务院专利行政部门规定的序列表。申请人应当将该序列表作为说明书的一个单独部分提交，并按照国务院专利行政部门的规定提交该序列表的计算机可读形式的副本。

实用新型专利申请说明书应当有表示要求保护的产品的形状、构造或者其结合的附图。

第十八条　发明或者实用新型的几幅附图应当按照"图1，图2，……"顺序编号排列。

发明或者实用新型说明书文字部分中未提及的附图标记不得在附图中出现，附图中未出现的附图标记不得在说明书文字部分中提及。申请文件中表示同一组成部分的附图标记应当一致。

附图中除必需的词语外，不应当含有其他注释。

第十九条　权利要求书应当记载发明或者实用新型的技术特征。

权利要求书有几项权利要求的，应当用阿拉伯数字顺序编号。

权利要求书中使用的科技术语应当与说明书中使用的科技术语一致，可以有化学式或者数学式，但是不得有插图。除绝对必要的外，不得使用"如说明书......部分所述"或者"如图......所示"的用语。

权利要求中的技术特征可以引用说明书附图中相应的标记，该标记应当放在相应的技术特征后并置于括号内，便于理解权利要求。附图标记不得解释为对权利要求的限制。

第二十条　权利要求书应当有独立权利要求，也可以有从属权利要求。

独立权利要求应当从整体上反映发明或者实用新型的技术方案，记载解决技术问题的必要技术特征。

从属权利要求应当用附加的技术特征，对引用的权利要求作进一步限定。

第二十一条　发明或者实用新型的独立权利要求应当包括前序部分和特征部分，按照下列规定撰写：

（一）前序部分：写明要求保护的发明或者实用新型技术方案的主题名称和发明或者实用新型主题与最接近的现有技术共有的必要技术特征；

（二）特征部分：使用"其特征是......"或者类似的用语，写明发明或者实用新型区别于最接近的现有技术的技术特征。这些特征和前序部分写明的特征合在一起，限定发明或者实用新型要求保护的范围。

发明或者实用新型的性质不适于用前款方式表达的，独立权利要求可以用其他方式撰写。

一项发明或者实用新型应当只有一个独立权利要求，并写在同一发明或者实用新型的从属权利要求之前。

第二十二条　发明或者实用新型的从属权利要求应当包括引用部分和限定部分，按照下列规定撰写：

（一）引用部分：写明引用的权利要求的编号及其主题名称；

（二）限定部分：写明发明或者实用新型附加的技术特征。

从属权利要求只能引用在前的权利要求。引用两项以上权利要求的多项从属权利要求，只能以择一方式引用在前的权利要求，并不得作为另一项多项从属权利要求的基础。

第二十三条　说明书摘要应当写明发明或者实用新型专利申请所公开内容的概要，即写明发明或者实用新型的名称和所属技术领域，并清楚地反映所要解决的技术问题、解决该问题的技术方案的要点以及主要用途。

Case 7:24-cv-00232-DC　　Document 156-5　　Filed 07/08/26　　Page 7 of 23

说明书摘要可以包含最能说明发明的化学式；有附图的专利申请，还应当提供一幅最能说明该发明或者实用新型技术特征的附图。附图的大小及清晰度应当保证在该图缩小到4厘米×6厘米时，仍能清晰地分辨出图中的各个细节。摘要文字部分不得超过300个字。摘要中不得使用商业性宣传用语。

第二十四条　申请专利的发明涉及新的生物材料，该生物材料公众不能得到，并且对该生物材料的说明不足以使所属领域的技术人员实施其发明的，除应当符合专利法和本细则的有关规定外，申请人还应当办理下列手续：

（一）在申请日前或者最迟在申请日（有优先权的，指优先权日），将该生物材料的样品提交国务院专利行政部门认可的保藏单位保藏，并在申请时或者最迟自申请日起4个月内提交保藏单位出具的保藏证明和存活证明；期满未提交证明的，该样品视为未提交保藏；

（二）在申请文件中，提供有关该生物材料特征的资料；

（三）涉及生物材料样品保藏的专利申请应当在请求书和说明书中写明该生物材料的分类命名（注明拉丁文名称）、保藏该生物材料样品的单位名称、地址、保藏日期和保藏编号；申请时未写明的，应当自申请日起4个月内补正；期满未补正的，视为未提交保藏。

第二十五条　发明专利申请人依照本细则第二十四条的规定保藏生物材料样品的，在发明专利申请公布后，任何单位或者个人需要将该专利申请所涉及的生物材料作为实验目的使用的，应当向国务院专利行政部门提出请求，并写明下列事项：

（一）请求人的姓名或者名称和地址；

（二）不向其他任何人提供该生物材料的保证；

（三）在授予专利权前，只作为实验目的使用的保证。

第二十六条　专利法所称遗传资源，是指取自人体、动物、植物或者微生物等含有遗传功能单位并具有实际或者潜在价值的材料；专利法所称依赖遗传资源完成的发明创造，是指利用了遗传资源的遗传功能完成的发明创造。

就依赖遗传资源完成的发明创造申请专利的，申请人应当在请求书中予以说明，并填写国务院专利行政部门制定的表格。

第二十七条　申请人请求保护色彩的，应当提交彩色图片或者照片。

申请人应当就每件外观设计产品所需要保护的内容提交有关图片或者照片。

第二十八条　外观设计的简要说明应当写明外观设计产品的名称、用途，外观设计的设计要点，并指定一幅最能表明设计要点的图片或者照片。省略视图或者请求保护色彩的，应当在简要说明中写明。

对同一产品的多项相似外观设计提出一件外观设计专利申请的，应当在简要说明中指定其中一项作为基本设计。

简要说明不得使用商业性宣传用语，也不能用来说明产品的性能。

第二十九条　国务院专利行政部门认为必要时，可以要求外观设计专利申请人提交使用外观设计的产品样品或者模型。样品或者模型的体积不得超过30厘米×30厘米×30厘米，重量不得超过15公斤。易腐、易损或者危险品不得作为样品或者模型提

Case 7:24-cv-00232-DC    Document 156-5    Filed 07/08/26    Page 8 of 23

交。

第三十条　专利法第二十四条第（一）项所称中国政府承认的国际展览会，是指国际展览会公约规定的在国际展览局注册或者由其认可的国际展览会。

专利法第二十四条第（二）项所称学术会议或者技术会议，是指国务院有关主管部门或者全国性学术团体组织召开的学术会议或者技术会议。

申请专利的发明创造有专利法第二十四条第（一）项或者第（二）项所列情形的，申请人应当在提出专利申请时声明，并自申请日起2个月内提交有关国际展览会或者学术会议、技术会议的组织单位出具的有关发明创造已经展出或者发表，以及展出或者发表日期的证明文件。

申请专利的发明创造有专利法第二十四条第（三）项所列情形的，国务院专利行政部门认为必要时，可以要求申请人在指定期限内提交证明文件。

申请人未依照本条第三款的规定提出声明和提交证明文件的，或者未依照本条第四款的规定在指定期限内提交证明文件的，其申请不适用专利法第二十四条的规定。

第三十一条　申请人依照专利法第三十条的规定要求外国优先权的，申请人提交的在先申请文件副本应当经原受理机构证明。依照国务院专利行政部门与该受理机构签订的协议，国务院专利行政部门通过电子交换等途径获得在先申请文件副本的，视为申请人提交了经该受理机构证明的在先申请文件副本。要求本国优先权，申请人在请求书中写明在先申请的申请日和申请号的，视为提交了在先申请文件副本。

要求优先权，但请求书中漏写或者错写在先申请的申请日、申请号和原受理机构名称中的一项或者两项内容的，国务院专利行政部门应当通知申请人在指定期限内补正；期满未补正的，视为未要求优先权。

要求优先权的申请人的姓名或者名称与在先申请文件副本中记载的申请人姓名或者名称不一致的，应当提交优先权转让证明材料，未提交该证明材料的，视为未要求优先权。

外观设计专利申请的申请人要求外国优先权，其在先申请未包括对外观设计的简要说明，申请人按照本细则第二十八条规定提交的简要说明未超出在先申请文件的图片或者照片表示的范围的，不影响其享有优先权。

第三十二条　申请人在一件专利申请中，可以要求一项或者多项优先权；要求多项优先权的，该申请的优先权期限从最早的优先权日起计算。

申请人要求本国优先权，在先申请是发明专利申请的，可以就相同主题提出发明或者实用新型专利申请；在先申请是实用新型专利申请的，可以就相同主题提出实用新型或者发明专利申请。但是，提出后一申请时，在先申请的主题有下列情形之一的，不得作为要求本国优先权的基础：

（一）已经要求外国优先权或者本国优先权的；

（二）已经被授予专利权的；

（三）属于按照规定提出的分案申请的。

国家知识产权局行政法规 中华人民共和国专利法实施细则(2010年修订)

申请人要求本国优先权的，其在先申请自后一申请提出之日起即视为撤回。

第三十三条　在中国没有经常居所或者营业所的申请人，申请专利或者要求外国优先权的，国务院专利行政部门认为必要时，可以要求其提供下列文件：

（一）申请人是个人的，其国籍证明；

（二）申请人是企业或者其他组织的，其注册的国家或者地区的证明文件；

（三）申请人的所属国，承认中国单位和个人可以按照该国国民的同等条件，在该国享有专利权、优先权和其他与专利有关的权利的证明文件。

第三十四条　依照专利法第三十一条第一款规定，可以作为一件专利申请提出的属于一个总的发明构思的两项以上的发明或者实用新型，应当在技术上相互关联，包含一个或者多个相同或者相应的特定技术特征，其中特定技术特征是指每一项发明或者实用新型作为整体，对现有技术作出贡献的技术特征。

第三十五条　依照专利法第三十一条第二款规定，将同一产品的多项相似外观设计作为一件申请提出的，对该产品的其他设计应当与简要说明中指定的基本设计相似。一件外观设计专利申请中的相似外观设计不得超过10项。

专利法第三十一条第二款所称同一类别并且成套出售或者使用的产品的两项以上外观设计，是指各产品属于分类表中同一大类，习惯上同时出售或者同时使用，而且各产品的外观设计具有相同的设计构思。

将两项以上外观设计作为一件申请提出的，应当将各项外观设计的顺序编号标注在每件外观设计产品各幅图片或者照片的名称之前。

第三十六条　申请人撤回专利申请的，应当向国务院专利行政部门提出声明，写明发明创造的名称、申请号和申请日。

撤回专利申请的声明在国务院专利行政部门作好公布专利申请文件的印刷准备工作后提出的，申请文件仍予公布；但是，撤回专利申请的声明应当在以后出版的专利公报上予以公告。

第三章　专利申请的审查和批准

第三十七条　在初步审查、实质审查、复审和无效宣告程序中，实施审查和审理的人员有下列情形之一的，应当自行回避，当事人或者其他利害关系人可以要求其回避：

（一）是当事人或者其代理人的近亲属的；

（二）与专利申请或者专利权有利害关系的；

（三）与当事人或者其代理人有其他关系，可能影响公正审查和审理的；

（四）专利复审委员会成员曾参与原申请的审查的。

第三十八条　国务院专利行政部门收到发明或者实用新型专利申请的请求书、说明书（实用新型必须包括附图）和权利要求书，或者外观设计专利申请的请求书、外观设计的图片或者照片和简要说明后，应当明确申请日、给予申请号，并通知申请

人。

第三十九条　专利申请文件有下列情形之一的，国务院专利行政部门不予受理，并通知申请人：

（一）发明或者实用新型专利申请缺少请求书、说明书（实用新型无附图）或者权利要求书的，或者外观设计专利申请缺少请求书、图片或者照片、简要说明的；

（二）未使用中文的；

（三）不符合本细则第一百二十一条第一款规定的；

（四）请求书中缺少申请人姓名或者名称，或者缺少地址的；

（五）明显不符合专利法第十八条或者第十九条第一款的规定的；

（六）专利申请类别（发明、实用新型或者外观设计）不明确或者难以确定的。

第四十条　说明书中写有对附图的说明但无附图或者缺少部分附图的，申请人应当在国务院专利行政部门指定的期限内补交附图或者声明取消对附图的说明。申请人补交附图的，以向国务院专利行政部门提交或者邮寄附图之日为申请日；取消对附图的说明的，保留原申请日。

第四十一条　两个以上的申请人同日（指申请日；有优先权的，指优先权日）分别就同样的发明创造申请专利的，应当在收到国务院专利行政部门的通知后自行协商确定申请人。

同一申请人在同日（指申请日）对同样的发明创造既申请实用新型专利又申请发明专利的，应当在申请时分别说明对同样的发明创造已申请了另一专利；未作说明的，依照专利法第九条第一款关于同样的发明创造只能授予一项专利权的规定处理。

国务院专利行政部门公告授予实用新型专利权，应当公告申请人已依照本条第二款的规定同时申请了发明专利的说明。

发明专利申请经审查没有发现驳回理由，国务院专利行政部门应当通知申请人在规定期限内声明放弃实用新型专利权。申请人声明放弃的，国务院专利行政部门应当作出授予发明专利权的决定，并在公告授予发明专利权时一并公告申请人放弃实用新型专利权声明。申请人不同意放弃的，国务院专利行政部门应当驳回该发明专利申请；申请人期满未答复的，视为撤回该发明专利申请。

实用新型专利权自公告授予发明专利权之日起终止。

第四十二条　一件专利申请包括两项以上发明、实用新型或者外观设计的，申请人可以在本细则第五十四条第一款规定的期限届满前，向国务院专利行政部门提出分案申请；但是，专利申请已经被驳回、撤回或者视为撤回的，不能提出分案申请。

国务院专利行政部门认为一件专利申请不符合专利法第三十一条和本细则第三十四条或者第三十五条的规定的，应当通知申请人在指定期限内对其申请进行修改；申请人期满未答复的，该申请视为撤回。

分案的申请不得改变原申请的类别。

第四十三条　依照本细则第四十二条规定提出的分案申请，可以保留原申请日，享有优先权的，可以保留优先权日，但是

不得超出原申请记载的范围。

分案申请应当依照专利法及本细则的规定办理有关手续。

分案申请的请求书中应当写明原申请的申请号和申请日。提交分案申请时，申请人应当提交原申请文件副本；原申请享有优先权的，并应当提交原申请的优先权文件副本。

第四十四条　专利法第三十四条和第四十条所称初步审查，是指审查专利申请是否具备专利法第二十六条或者第二十七条规定的文件和其他必要的文件，这些文件是否符合规定的格式，并审查下列各项：

（一）发明专利申请是否明显属于专利法第五条、第二十五条规定的情形，是否不符合专利法第十八条、第十九条第一款、第二十条第一款或者本细则第十六条、第二十六条第二款的规定，是否明显不符合专利法第二条第二款、第二十六条第五款、第三十一条第一款、第三十三条或者本细则第十七条至第二十一条的规定；

（二）实用新型专利申请是否明显属于专利法第五条、第二十五条规定的情形，是否不符合专利法第十八条、第十九条第一款、第二十条第一款或者本细则第十六条至第十九条、第二十一条至第二十三条的规定，是否明显不符合专利法第二条第三款、第二十二条第二款、第四款、第二十六条第三款、第四款、第三十一条第一款、第三十三条或者本细则第二十条、第四十三条第一款的规定，是否依照专利法第九条规定不能取得专利权；

（三）外观设计专利申请是否明显属于专利法第五条、第二十五条第一款第（六）项规定的情形，是否不符合专利法第十八条、第十九条第一款或者本细则第十六条、第二十七条、第二十八条的规定，是否明显不符合专利法第二条第四款、第二十三条第一款、第二十七条第二款、第三十一条第二款、第三十三条或者本细则第四十三条第一款的规定，是否依照专利法第九条规定不能取得专利权；

（四）申请文件是否符合本细则第二条、第三条第一款的规定。

国务院专利行政部门应当将审查意见通知申请人，要求其在指定期限内陈述意见或者补正；申请人期满未答复的，其申请视为撤回。申请人陈述意见或者补正后，国务院专利行政部门仍然认为不符合前款所列各项规定的，应当予以驳回。

第四十五条　除专利申请文件外，申请人向国务院专利行政部门提交的与专利申请有关的其他文件有下列情形之一的，视为未提交：

（一）未使用规定的格式或者填写不符合规定的；

（二）未按照规定提交证明材料的。

国务院专利行政部门应当将视为未提交的审查意见通知申请人。

第四十六条　申请人请求早日公布其发明专利申请的，应当向国务院专利行政部门声明。国务院专利行政部门对该申请进行初步审查后，除予以驳回的外，应当立即将申请予以公布。

第四十七条　申请人写明使用外观设计的产品及其所属类别的，应当使用国务院专利行政部门公布的外观设计产品分类表。未写明使用外观设计的产品所属类别或者所写的类别不确切的，国务院专利行政部门可以予以补充或者修改。

第四十八条　自发明专利申请公布之日起至公告授予专利权之日止，任何人均可以对不符合专利法规定的专利申请向国务

院专利行政部门提出意见，并说明理由。

第四十九条　发明专利申请人因有正当理由无法提交专利法第三十六条规定的检索资料或者审查结果资料的，应当向国务院专利行政部门声明，并在得到有关资料后补交。

第五十条　国务院专利行政部门依照专利法第三十五条第二款的规定对专利申请自行进行审查时，应当通知申请人。

第五十一条　发明专利申请人在提出实质审查请求时以及在收到国务院专利行政部门发出的发明专利申请进入实质审查阶段通知书之日起的3个月内，可以对发明专利申请主动提出修改。

实用新型或者外观设计专利申请人自申请日起2个月内，可以对实用新型或者外观设计专利申请主动提出修改。

申请人在收到国务院专利行政部门发出的审查意见通知书后对专利申请文件进行修改的，应当针对通知书指出的缺陷进行修改。

国务院专利行政部门可以自行修改专利申请文件中文字和符号的明显错误。国务院专利行政部门自行修改的，应当通知申请人。

第五十二条　发明或者实用新型专利申请的说明书或者权利要求书的修改部分，除个别文字修改或者增删外，应当按照规定格式提交替换页。外观设计专利申请的图片或者照片的修改，应当按照规定提交替换页。

第五十三条　依照专利法第三十八条的规定，发明专利申请经实质审查应当予以驳回的情形是指：

（一）申请属于专利法第五条、第二十五条规定的情形，或者依照专利法第九条规定不能取得专利权的；

（二）申请不符合专利法第二条第二款、第二十条第一款、第二十二条、第二十六条第三款、第四款、第五款、第三十一条第一款或者本细则第二十条第二款规定的；

（三）申请的修改不符合专利法第三十三条规定，或者分案的申请不符合本细则第四十三条第一款的规定的。

第五十四条　国务院专利行政部门发出授予专利权的通知后，申请人应当自收到通知之日起2个月内办理登记手续。申请人按期办理登记手续的，国务院专利行政部门应当授予专利权，颁发专利证书，并予以公告。

期满未办理登记手续的，视为放弃取得专利权的权利。

第五十五条　保密专利申请经审查没有发现驳回理由的，国务院专利行政部门应当作出授予保密专利权的决定，颁发保密专利证书，登记保密专利权的有关事项。

第五十六条　授予实用新型或者外观设计专利权的决定公告后，专利法第六十条规定的专利权人或者利害关系人可以请求国务院专利行政部门作出专利权评价报告。

请求作出专利权评价报告的，应当提交专利权评价报告请求书，写明专利号。每项请求应当限于一项专利权。

专利权评价报告请求书不符合规定的，国务院专利行政部门应当通知请求人在指定期限内补正；请求人期满未补正的，视为未提出请求。

第五十七条　　国务院专利行政部门应当自收到专利权评价报告请求书后2个月内作出专利权评价报告。对同一项实用新型或者外观设计专利权，有多个请求人请求作出专利权评价报告的，国务院专利行政部门仅作出一份专利权评价报告。任何单位或者个人可以查阅或者复制该专利权评价报告。

第五十八条　　国务院专利行政部门对专利公告、专利单行本中出现的错误，一经发现，应当及时更正，并对所作更正予以公告。

第四章　专利申请的复审与专利权的无效宣告

第五十九条　　专利复审委员会由国务院专利行政部门指定的技术专家和法律专家组成，主任委员由国务院专利行政部门负责人兼任。

第六十条　　依照专利法第四十一条的规定向专利复审委员会请求复审的，应当提交复审请求书，说明理由，必要时还应当附具有关证据。

复审请求不符合专利法第十九条第一款或者第四十一条第一款规定的，专利复审委员会不予受理，书面通知复审请求人并说明理由。

复审请求书不符合规定格式的，复审请求人应当在专利复审委员会指定的期限内补正；期满未补正的，该复审请求视为未提出。

第六十一条　　请求人在提出复审请求或者在对专利复审委员会的复审通知书作出答复时，可以修改专利申请文件；但是，修改应当仅限于消除驳回决定或者复审通知书指出的缺陷。

修改的专利申请文件应当提交一式两份。

第六十二条　　专利复审委员会应当将受理的复审请求书转交国务院专利行政部门原审查部门进行审查。原审查部门根据复审请求人的请求，同意撤销原决定的，专利复审委员会应当据此作出复审决定，并通知复审请求人。

第六十三条　　专利复审委员会进行复审后，认为复审请求不符合专利法和本细则有关规定的，应当通知复审请求人，要求其在指定期限内陈述意见。期满未答复的，该复审请求视为撤回；经陈述意见或者进行修改后，专利复审委员会认为仍不符合专利法和本细则有关规定的，应当作出维持原驳回决定的复审决定。

专利复审委员会进行复审后，认为原驳回决定不符合专利法和本细则有关规定的，或者认为经过修改的专利申请文件消除了原驳回决定指出的缺陷的，应当撤销原驳回决定，由原审查部门继续进行审查程序。

第六十四条　　复审请求人在专利复审委员会作出决定前，可以撤回其复审请求。

复审请求人在专利复审委员会作出决定前撤回其复审请求的，复审程序终止。

第六十五条　　依照专利法第四十五条的规定，请求宣告专利权无效或者部分无效的，应当向专利复审委员会提交专利权无效宣告请求书和必要的证据一式两份。无效宣告请求书应当结合提交的所有证据，具体说明无效宣告请求的理由，并指明每项理由所依据的证据。

国家知识产权局行政法规中华人民共和国专利法实施细则(2010年修订)

前款所称无效宣告请求的理由，是指被授予专利的发明创造不符合专利法第二条、第二十条第一款、第二十二条、第二十三条、第二十六条第三款、第四款、第二十七条第二款、第三十三条或者本细则第二十条第二款、第四十三条第一款的规定，或者属于专利法第五条、第二十五条的规定，或者依照专利法第九条规定不能取得专利权。

第六十六条　专利权无效宣告请求不符合专利法第十九条第一款或者本细则第六十五条规定的，专利复审委员会不予受理。

在专利复审委员会就无效宣告请求作出决定之后，又以同样的理由和证据请求无效宣告的，专利复审委员会不予受理。

以不符合专利法第二十三条第三款的规定为理由请求宣告外观设计专利权无效，但是未提交证明权利冲突的证据的，专利复审委员会不予受理。

专利权无效宣告请求书不符合规定格式的，无效宣告请求人应当在专利复审委员会指定的期限内补正；期满未补正的，该无效宣告请求视为未提出。

第六十七条　在专利复审委员会受理无效宣告请求后，请求人可以在提出无效宣告请求之日起1个月内增加理由或者补充证据。逾期增加理由或者补充证据的，专利复审委员会可以不予考虑。

第六十八条　专利复审委员会应当将专利权无效宣告请求书和有关文件的副本送交专利权人，要求其在指定的期限内陈述意见。

专利权人和无效宣告请求人应当在指定期限内答复专利复审委员会发出的转送文件通知书或者无效宣告请求审查通知书；期满未答复的，不影响专利复审委员会审理。

第六十九条　在无效宣告请求的审查过程中，发明或者实用新型专利的专利权人可以修改其权利要求书，但是不得扩大原专利的保护范围。

发明或者实用新型专利的专利权人不得修改专利说明书和附图，外观设计专利的专利权人不得修改图片、照片和简要说明。

第七十条　专利复审委员会根据当事人的请求或者案情需要，可以决定对无效宣告请求进行口头审理。

专利复审委员会决定对无效宣告请求进行口头审理的，应当向当事人发出口头审理通知书，告知举行口头审理的日期和地点。当事人应当在通知书指定的期限内作出答复。

无效宣告请求人对专利复审委员会发出的口头审理通知书在指定的期限内未作答复，并且不参加口头审理的，其无效宣告请求视为撤回；专利权人不参加口头审理的，可以缺席审理。

第七十一条　在无效宣告请求审查程序中，专利复审委员会指定的期限不得延长。

第七十二条　专利复审委员会对无效宣告的请求作出决定前，无效宣告请求人可以撤回其请求。

专利复审委员会作出决定之前，无效宣告请求人撤回其请求或者其无效宣告请求被视为撤回的，无效宣告请求审查程序终止。但是，专利复审委员会认为根据已进行的审查工作能够作出宣告专利权无效或者部分无效的决定的，不终止审查程序。

第五章　专利实施的强制许可

第七十三条　专利法第四十八条第（一）项所称未充分实施其专利，是指专利权人及其被许可人实施其专利的方式或者规模不能满足国内对专利产品或者专利方法的需求。

专利法第五十条所称取得专利权的药品，是指解决公共健康问题所需的医药领域中的任何专利产品或者依照专利方法直接获得的产品，包括取得专利权的制造该产品所需的活性成分以及使用该产品所需的诊断用品。

第七十四条　请求给予强制许可的，应当向国务院专利行政部门提交强制许可请求书，说明理由并附具有关证明文件。

国务院专利行政部门应当将强制许可请求书的副本送交专利权人，专利权人应当在国务院专利行政部门指定的期限内陈述意见；期满未答复的，不影响国务院专利行政部门作出决定。

国务院专利行政部门在作出驳回强制许可请求的决定或者给予强制许可的决定前，应当通知请求人和专利权人拟作出的决定及其理由。

国务院专利行政部门依照专利法第五十条的规定作出给予强制许可的决定，应当同时符合中国缔结或者参加的有关国际条约关于为了解决公共健康问题而给予强制许可的规定，但中国作出保留的除外。

第七十五条　依照专利法第五十七条的规定，请求国务院专利行政部门裁决使用费数额的，当事人应当提出裁决请求书，并附具双方不能达成协议的证明文件。国务院专利行政部门应当自收到请求书之日起3个月内作出裁决，并通知当事人。

第六章　对职务发明创造的发明人或者设计人的奖励和报酬

第七十六条　被授予专利权的单位可以与发明人、设计人约定或者在其依法制定的规章制度中规定专利法第十六条规定的奖励、报酬的方式和数额。

企业、事业单位给予发明人或者设计人的奖励、报酬，按照国家有关财务、会计制度的规定进行处理。

第七十七条　被授予专利权的单位未与发明人、设计人约定也未在其依法制定的规章制度中规定专利法第十六条规定的奖励的方式和数额的，应当自专利权公告之日起3个月内发给发明人或者设计人奖金。一项发明专利的奖金最低不少于3000元；一项实用新型专利或者外观设计专利的奖金最低不少于1000元。

由于发明人或者设计人的建议被其所属单位采纳而完成的发明创造，被授予专利权的单位应当从优发给奖金。

第七十八条　被授予专利权的单位未与发明人、设计人约定也未在其依法制定的规章制度中规定专利法第十六条规定的报酬的方式和数额的，在专利权有效期限内，实施发明创造专利后，每年应当从实施该项发明或者实用新型专利的营业利润中提取不低于2%或者从实施该项外观设计专利的营业利润中提取不低于0.2%，作为报酬给予发明人或者设计人，或者参照上述比例，给予发明人或者设计人一次性报酬；被授予专利权的单位许可其他单位或者个人实施其专利的，应当从收取的使用费中提取不低于10%，作为报酬给予发明人或者设计人。

第七章　专利权的保护

国家知识产权局行政法规+中华人民共和国专利法实施细则(2010年修订)

第七十九条　专利法和本细则所称管理专利工作的部门，是指由省、自治区、直辖市人民政府以及专利管理工作量大又有实际处理能力的设区的市人民政府设立的管理专利工作的部门。

第八十条　国务院专利行政部门应当对管理专利工作的部门处理专利侵权纠纷、查处假冒专利行为、调解专利纠纷进行业务指导。

第八十一条　当事人请求处理专利侵权纠纷或者调解专利纠纷的，由被请求人所在地或者侵权行为地的管理专利工作的部门管辖。

两个以上管理专利工作的部门都有管辖权的专利纠纷，当事人可以向其中一个管理专利工作的部门提出请求；当事人向两个以上有管辖权的管理专利工作的部门提出请求的，由最先受理的管理专利工作的部门管辖。

管理专利工作的部门对管辖权发生争议的，由其共同的上级人民政府管理专利工作的部门指定管辖；无共同上级人民政府管理专利工作的部门的，由国务院专利行政部门指定管辖。

第八十二条　在处理专利侵权纠纷过程中，被请求人提出无效宣告请求并被专利复审委员会受理的，可以请求管理专利工作的部门中止处理。

管理专利工作的部门认为被请求人提出的中止理由明显不能成立的，可以不中止处理。

第八十三条　专利权人依照专利法第十七条的规定，在其专利产品或者该产品的包装上标明专利标识的，应当按照国务院专利行政部门规定的方式予以标明。

专利标识不符合前款规定的，由管理专利工作的部门责令改正。

第八十四条　下列行为属于专利法第六十三条规定的假冒专利的行为：

（一）在未被授予专利权的产品或者其包装上标注专利标识，专利权被宣告无效后或者终止后继续在产品或者其包装上标注专利标识，或者未经许可在产品或者产品包装上标注他人的专利号；

（二）销售第（一）项所述产品；

（三）在产品说明书等材料中将未被授予专利权的技术或者设计称为专利技术或者专利设计，将专利申请称为专利，或者未经许可使用他人的专利号，使公众将所涉及的技术或者设计误认为是专利技术或者专利设计；

（四）伪造或者变造专利证书、专利文件或者专利申请文件；

（五）其他使公众混淆，将未被授予专利权的技术或者设计误认为是专利技术或者专利设计的行为。

专利权终止前依法在专利产品、依照专利方法直接获得的产品或者其包装上标注专利标识，在专利权终止后许诺销售、销售该产品的，不属于假冒专利行为。

销售不知道是假冒专利的产品，并且能够证明该产品合法来源的，由管理专利工作的部门责令停止销售，但免除罚款的处罚。

第八十五条　除专利法第六十条规定的外，管理专利工作的部门应当事人请求，可以对下列专利纠纷进行调解：

（一）专利申请权和专利权归属纠纷；

（二）发明人、设计人资格纠纷；

（三）职务发明创造的发明人、设计人的奖励和报酬纠纷；

（四）在发明专利申请公布后专利权授予前使用发明而未支付适当费用的纠纷；

（五）其他专利纠纷。

对于前款第（四）项所列的纠纷，当事人请求管理专利工作的部门调解的，应当在专利权被授予之后提出。

第八十六条　当事人因专利申请权或者专利权的归属发生纠纷，已请求管理专利工作的部门调解或者向人民法院起诉的，可以请求国务院专利行政部门中止有关程序。

依照前款规定请求中止有关程序的，应当向国务院专利行政部门提交请求书，并附具管理专利工作的部门或者人民法院的写明申请号或者专利号的有关受理文件副本。

管理专利工作的部门作出的调解书或者人民法院作出的判决生效后，当事人应当向国务院专利行政部门办理恢复有关程序的手续。自请求中止之日起1年内，有关专利申请权或者专利权归属的纠纷未能结案，需要继续中止有关程序的，请求人应当在该期限内请求延长中止。期满未请求延长的，国务院专利行政部门自行恢复有关程序。

第八十七条　人民法院在审理民事案件中裁定对专利申请权或者专利权采取保全措施的，国务院专利行政部门应当在收到写明申请号或者专利号的裁定书和协助执行通知书之日中止被保全的专利申请权或者专利权的有关程序。保全期限届满，人民法院没有裁定继续采取保全措施的，国务院专利行政部门自行恢复有关程序。

第八十八条　国务院专利行政部门根据本细则第八十六条和第八十七条规定中止有关程序，是指暂停专利申请的初步审查、实质审查、复审程序，授予专利权程序和专利权无效宣告程序；暂停办理放弃、变更、转移专利权或者专利申请权手续，专利权质押手续以及专利权期限届满前的终止手续等。

第八章　专利登记和专利公报

第八十九条　国务院专利行政部门设置专利登记簿，登记下列与专利申请和专利权有关的事项：

（一）专利权的授予；

（二）专利申请权、专利权的转移；

（三）专利权的质押、保全及其解除；

（四）专利实施许可合同的备案；

（五）专利权的无效宣告；

（六）专利权的终止；

（七）专利权的恢复；

（八）专利实施的强制许可；

（九）专利权人的姓名或者名称、国籍和地址的变更。

第九十条　　国务院专利行政部门定期出版专利公报，公布或者公告下列内容：

（一）发明专利申请的著录事项和说明书摘要；

（二）发明专利申请的实质审查请求和国务院专利行政部门对发明专利申请自行进行实质审查的决定；

（三）发明专利申请公布后的驳回、撤回、视为撤回、视为放弃、恢复和转移；

（四）专利权的授予以及专利权的著录事项；

（五）发明或者实用新型专利的说明书摘要，外观设计专利的一幅图片或者照片；

（六）国防专利、保密专利的解密；

（七）专利权的无效宣告；

（八）专利权的终止、恢复；

（九）专利权的转移；

（十）专利实施许可合同的备案；

（十一）专利权的质押、保全及其解除；

（十二）专利实施的强制许可的给予；

（十三）专利权人的姓名或者名称、地址的变更；

（十四）文件的公告送达；

（十五）国务院专利行政部门作出的更正；

（十六）其他有关事项。

第九十一条　　国务院专利行政部门应当提供专利公报、发明专利申请单行本以及发明专利、实用新型专利、外观设计专利单行本，供公众免费查阅。

第九十二条　　国务院专利行政部门负责按照互惠原则与其他国家、地区的专利机关或者区域性专利组织交换专利文献。

第九章　费　　用

第九十三条　　向国务院专利行政部门申请专利和办理其他手续时，应当缴纳下列费用：

（一）申请费、申请附加费、公布印刷费、优先权要求费；

（二）发明专利申请实质审查费、复审费；

（三）专利登记费、公告印刷费、年费；

（四）恢复权利请求费、延长期限请求费；

（五）著录事项变更费、专利权评价报告请求费、无效宣告请求费。

前款所列各种费用的缴纳标准，由国务院价格管理部门、财政部门会同国务院专利行政部门规定。

第九十四条　　专利法和本细则规定的各种费用，可以直接向国务院专利行政部门缴纳，也可以通过邮局或者银行汇付，或者以国务院专利行政部门规定的其他方式缴纳。

通过邮局或者银行汇付的，应当在送交国务院专利行政部门的汇单上写明正确的申请号或者专利号以及缴纳的费用名称。不符合本款规定的，视为未办理缴费手续。

直接向国务院专利行政部门缴纳费用的，以缴纳当日为缴费日；以邮局汇付方式缴纳费用的，以邮局汇出的邮戳日为缴费日；以银行汇付方式缴纳费用的，以银行实际汇出日为缴费日。

多缴、重缴、错缴专利费用的，当事人可以自缴费日起3年内，向国务院专利行政部门提出退款请求，国务院专利行政部门应当予以退还。

第九十五条　　申请人应当自申请日起2个月内或者在收到受理通知书之日起15日内缴纳申请费、公布印刷费和必要的申请附加费；期满未缴纳或者未缴足的，其申请视为撤回。

申请人要求优先权的，应当在缴纳申请费的同时缴纳优先权要求费；期满未缴纳或者未缴足的，视为未要求优先权。

第九十六条　　当事人请求实质审查或者复审的，应当在专利法及本细则规定的相关期限内缴纳费用；期满未缴纳或者未缴足的，视为未提出请求。

第九十七条　　申请人办理登记手续时，应当缴纳专利登记费、公告印刷费和授予专利权当年的年费；期满未缴纳或者未缴足的，视为未办理登记手续。

第九十八条　　授予专利权当年以后的年费应当在上一年度期满前缴纳。专利权人未缴纳或者未缴足的，国务院专利行政部门应当通知专利权人自应当缴纳年费期满之日起6个月内补缴，同时缴纳滞纳金；滞纳金的金额按照每超过规定的缴费时间1个月，加收当年全额年费的5%计算；期满未缴纳的，专利权自应当缴纳年费期满之日起终止。

第九十九条　恢复权利请求费应当在本细则规定的相关期限内缴纳；期满未缴纳或者未缴足的，视为未提出请求。

延长期限请求费应当在相应期限届满之日前缴纳；期满未缴纳或者未缴足的，视为未提出请求。

著录事项变更费、专利权评价报告请求费、无效宣告请求费应当自提出请求之日起1个月内缴纳；期满未缴纳或者未缴足的，视为未提出请求。

第一百条　申请人或者专利权人缴纳本细则规定的各种费用有困难的，可以按照规定向国务院专利行政部门提出减缴或者缓缴的请求。减缴或者缓缴的办法由国务院财政部门会同国务院价格管理部门、国务院专利行政部门规定。

第十章　关于国际申请的特别规定

第一百零一条　国务院专利行政部门根据专利法第二十条规定，受理按照专利合作条约提出的专利国际申请。

按照专利合作条约提出并指定中国的专利国际申请（以下简称国际申请）进入国务院专利行政部门处理阶段（以下称进入中国国家阶段）的条件和程序适用本章的规定；本章没有规定的，适用专利法及本细则其他各章的有关规定。

第一百零二条　按照专利合作条约已确定国际申请日并指定中国的国际申请，视为向国务院专利行政部门提出的专利申请，该国际申请日视为专利法第二十八条所称的申请日。

第一百零三条　国际申请的申请人应当在专利合作条约第二条所称的优先权日（本章简称优先权日）起30个月内，向国务院专利行政部门办理进入中国国家阶段的手续；申请人未在该期限内办理该手续的，在缴纳宽限费后，可以在自优先权日起32个月内办理进入中国国家阶段的手续。

第一百零四条　申请人依照本细则第一百零三条的规定办理进入中国国家阶段的手续的，应当符合下列要求：

（一）以中文提交进入中国国家阶段的书面声明，写明国际申请号和要求获得的专利权类型；

（二）缴纳本细则第九十三条第一款规定的申请费、公布印刷费，必要时缴纳本细则第一百零三条规定的宽限费；

（三）国际申请以外文提出的，提交原始国际申请的说明书和权利要求书的中文译文；

（四）在进入中国国家阶段的书面声明中写明发明创造的名称，申请人姓名或者名称、地址和发明人的姓名，上述内容应当与世界知识产权组织国际局（以下简称国际局）的记录一致；国际申请中未写明发明人的，在上述声明中写明发明人的姓名；

（五）国际申请以外文提出的，提交摘要的中文译文，有附图和摘要附图的，提交附图副本和摘要附图副本，附图中有文字的，将其替换为对应的中文文字；国际申请以中文提出的，提交国际公布文件中的摘要和摘要附图副本；

（六）在国际阶段向国际局已办理申请人变更手续的，提供变更后的申请人享有申请权的证明材料；

（七）必要时缴纳本细则第九十三条第一款规定的申请附加费。

符合本条第一款第（一）项至第（三）项要求的，国务院专利行政部门应当给予申请号，明确国际申请进入中国国家阶段的日期（以下简称进入日），并通知申请人其国际申请已进入中国国家阶段。

国家知识产权局行政法规 中华人民共和国专利法实施细则(2010年修订)

国际申请已进入中国国家阶段，但不符合本条第一款第（四）项至第（七）项要求的，国务院专利行政部门应当通知申请人在指定期限内补正；期满未补正的，其申请视为撤回。

第一百零五条　国际申请有下列情形之一的，其在中国的效力终止：

（一）在国际阶段，国际申请被撤回或者被视为撤回，或者国际申请对中国的指定被撤回的；

（二）申请人未在优先权日起32个月内按照本细则第一百零三条规定办理进入中国国家阶段手续的；

（三）申请人办理进入中国国家阶段的手续，但自优先权日起32个月期限届满仍不符合本细则第一百零四条第（一）项至第（三）项要求的。

依照前款第（一）项的规定，国际申请在中国的效力终止的，不适用本细则第六条的规定；依照前款第（二）项、第（三）项的规定，国际申请在中国的效力终止的，不适用本细则第六条第二款的规定。

第一百零六条　国际申请在国际阶段作过修改，申请人要求已经修改的申请文件为基础进行审查的，应当自进入日起2个月内提交修改部分的中文译文。在该期间内未提交中文译文的，对申请人在国际阶段提出的修改，国务院专利行政部门不予考虑。

第一百零七条　国际申请涉及的发明创造有专利法第二十四条第（一）项或者第（二）项所列情形之一，在提出国际申请时作过声明的，申请人应当在进入中国国家阶段的书面声明中予以说明，并自进入日起2个月内提交本细则第三十条第三款规定的有关证明文件；未予说明或者期满未提交证明文件的，其申请不适用专利法第二十四条的规定。

第一百零八条　申请人按照专利合作条约的规定，对生物材料样品的保藏已作出说明的，视为已经满足了本细则第二十四条第（三）项的要求。申请人应当在进入中国国家阶段声明中指明记载生物材料样品保藏事项的文件以及在该文件中的具体记载位置。

申请人在原始提交的国际申请的说明书中已记载生物材料样品保藏事项，但是没有在进入中国国家阶段声明中指明的，应当自进入日起4个月内补正。期满未补正的，该生物材料视为未提交保藏。

申请人自进入日起4个月内向国务院专利行政部门提交生物材料样品保藏证明和存活证明的，视为在本细则第二十四条第（一）项规定的期限内提交。

第一百零九条　国际申请涉及的发明创造依赖遗传资源完成的，申请人应当在国际申请进入中国国家阶段的书面声明中予以说明，并填写国务院专利行政部门制定的表格。

第一百一十条　申请人在国际阶段已要求一项或者多项优先权，在进入中国国家阶段时该优先权要求继续有效的，视为已经依照专利法第三十条的规定提出了书面声明。

申请人应当自进入日起2个月内缴纳优先权要求费；期满未缴纳或者未缴足的，视为未要求该优先权。

申请人在国际阶段已依照专利合作条约的规定，提交过在先申请文件副本的，办理进入中国国家阶段手续时不需要向国务院专利行政部门提交在先申请文件副本。申请人在国际阶段未提交在先申请文件副本的，国务院专利行政部门认为必要时，可以通知申请人在指定期限内补交；申请人期满未补交的，其优先权要求视为未提出。

国家知识产权局行政法规中华人民共和国专利法实施细则(2010年修订)

第一百一十一条　在优先权日起30个月期满前要求国务院专利行政部门提前处理和审查国际申请的，申请人除应当办理进入中国国家阶段手续外，还应当依照专利合作条约第二十三条第二款规定提出请求。国际局尚未向国务院专利行政部门传送国际申请的，申请人应当提交经确认的国际申请副本。

第一百一十二条　要求获得实用新型专利权的国际申请，申请人可以自进入日起2个月内对专利申请文件主动提出修改。

要求获得发明专利权的国际申请，适用本细则第五十一条第一款的规定。

第一百一十三条　申请人发现提交的说明书、权利要求书或者附图中的文字的中文译文存在错误的，可以在下列规定期限内依照原始国际申请文本提出改正：

（一）在国务院专利行政部门作好公布发明专利申请或者公告实用新型专利权的准备工作之前；

（二）在收到国务院专利行政部门发出的发明专利申请进入实质审查阶段通知书之日起3个月内。

申请人改正译文错误的，应当提出书面请求并缴纳规定的译文改正费。

申请人按照国务院专利行政部门的通知书的要求改正译文的，应当在指定期限内办理本条第二款规定的手续；期满未办理规定手续的，该申请视为撤回。

第一百一十四条　对要求获得发明专利权的国际申请，国务院专利行政部门经初步审查认为符合专利法和本细则有关规定的，应当在专利公报上予以公布；国际申请以中文以外的文字提出的，应当公布申请文件的中文译文。

要求获得发明专利权的国际申请，由国际局以中文进行国际公布的，自国际公布日起适用专利法第十三条的规定；由国际局以中文以外的文字进行国际公布的，自国务院专利行政部门公布之日起适用专利法第十三条的规定。

对国际申请，专利法第二十一条和第二十二条中所称的公布是指本条第一款所规定的公布。

第一百一十五条　国际申请包含两项以上发明或者实用新型的，申请人可以自进入日起，依照本细则第四十二条第一款的规定提出分案申请。

在国际阶段，国际检索单位或者国际初步审查单位认为国际申请不符合专利合作条约规定的单一性要求时，申请人未按照规定缴纳附加费，导致国际申请某些部分未经国际检索或者未经国际初步审查，在进入中国国家阶段时，申请人要求将所述部分作为审查基础，国务院专利行政部门认为国际检索单位或者国际初步审查单位对发明单一性的判断正确的，应当通知申请人在指定期限内缴纳单一性恢复费。期满未缴纳或者未足额缴纳的，国际申请中未经检索或者未经国际初步审查的部分视为撤回。

第一百一十六条　国际申请在国际阶段被有关国际单位拒绝给予国际申请日或者宣布视为撤回的，申请人在收到通知之日起2个月内，可以请求国际局将国际申请档案中任何文件的副本转交国务院专利行政部门，并在该期限内向国务院专利行政部门办理本细则第一百零三条规定的手续，国务院专利行政部门应当在接到国际局传送的文件后，对国际单位作出的决定是否正确进行复查。

第一百一十七条　基于国际申请授予的专利权，由于译文错误，致使依照专利法第五十九条规定确定的保护范围超出国际申请的原文所表达的范围的，以依据原文限制后的保护范围为准；致使保护范围小于国际申请的原文所表达的范围的，以授权

时的保护范围为准。

第十一章　附　则

第一百一十八条　经国务院专利行政部门同意，任何人均可以查阅或者复制已经公布或者公告的专利申请的案卷和专利登记簿，并可以请求国务院专利行政部门出具专利登记簿副本。

已视为撤回、驳回和主动撤回的专利申请的案卷，自该专利申请失效之日起满2年后不予保存。

已放弃、宣告全部无效和终止的专利权的案卷，自该专利权失效之日起满3年后不予保存。

第一百一十九条　向国务院专利行政部门提交申请文件或者办理各种手续，应当由申请人、专利权人、其他利害关系人或者其代表人签字或者盖章；委托专利代理机构的，由专利代理机构盖章。

请求变更发明人姓名、专利申请人和专利权人的姓名或者名称、国籍和地址、专利代理机构的名称、地址和代理人姓名的，应当向国务院专利行政部门办理著录事项变更手续，并附具变更理由的证明材料。

第一百二十条　向国务院专利行政部门邮寄有关申请或者专利权的文件，应当使用挂号信函，不得使用包裹。

除首次提交专利申请文件外，向国务院专利行政部门提交各种文件、办理各种手续的，应当标明申请号或者专利号、发明创造名称和申请人或者专利权人姓名或者名称。

一件信函中应当只包含同一申请的文件。

第一百二十一条　各类申请文件应当打字或者印刷，字迹呈黑色，整齐清晰，并不得涂改。附图应当用制图工具和黑色墨水绘制，线条应当均匀清晰，并不得涂改。

请求书、说明书、权利要求书、附图和摘要应当分别用阿拉伯数字顺序编号。

申请文件的文字部分应当横向书写。纸张限于单面使用。

第一百二十二条　国务院专利行政部门根据专利法和本细则制定专利审查指南。

第一百二十三条　本细则自2001年7月1日起施行。1992年12月12日国务院批准修订、1992年12月21日中国专利局发布的《中华人民共和国专利法实施细则》同时废止。

相关链接　　中国政府网　　　国务院部门　　　　局属单位　　　　代办处　　　　相关网站




@国院 我来说

国家知识产权局
政务微信

国家知识产权局
政务微博

国家知识产权局
政务抖音

联系我们　｜　网站声明　｜　关于局徽　｜　网站地图

主办单位：国家知识产权局　　　　　版权所有：国家知识

网站管理：国家知识产权局办公室　网站标识码：bm380

京ICP备05069085号-14　　京公网安备 1104010270C