# YANG
# EXHIBIT 6

**MORNINGSIDE**
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/05/19

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Yin_Xuefeng_Faculty_Profile_Tongji_University - English.pdf

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

Chinese | English
Please enter your search query…

| Home Page | Department Overview | Faculty | Scientific Research | Undergraduate Education | Graduate Education | Admissions and Careers | Academic Exchanges | Visiting Professor | Contact Us |

Current Location: Home Page     Faculty     Professor

## Faculty



### Yin Xuefeng

<span style="color:red">Time: 2020-07-21          Page views: 12005</span>



**Yin Xuefeng**
Name: Yin Xuefeng
Title: Professor, Doctoral Advisor
Position: Vice Dean, College of Electronic and Information Engineering
Discipline: Electronic Science and Technology
Major: Electromagnetic Field and Microwave Technology
Research Areas: Research on radio wave propagation channel characterization, high-precision parameter estimation, radar and wireless sensing, and AI-based feature learning and recognition
Contact Information: Rooms 722-A and 316, Telecommunications Building, 4800 Cao'an Road, Shanghai 201804, China
Postal Code: 201804
Telephone: 021-69589358
E-mail: yinxuefeng@tongji.edu.cn

Yin Xuefeng, born in March 1973, received his PhD in Engineering. He is a Professor and Doctoral Advisor, and currently serves as Vice Dean of the College of Electronic and Information Engineering at Tongji University. He graduated from the Department of Optoelectronics Engineering at Huazhong University of Science and Technology in 1995. From 1996 to 2000, he worked as a Systems Engineer at Hangzhou Motorola Cellular Mobile Telephone Systems Co., Ltd. He received his Master of Engineering degree in Digital Communications from the Department of Communications at Aalborg University, Denmark, in 2002, and his PhD in Wireless Communications from the same university in 2006. In the same year, he joined the Department of Electronic Systems at Aalborg University as an Assistant Professor. In 2008, he joined the College of Electronic and Information Engineering at Tongji University. In 2010, he was appointed the Deputy Head of the Department of Electronic Science and Technology. In March 2016, he became the Vice Dean of the College of Electronic and Information Engineering. His research interests include the study of radio wave propagation channel characterization, high-precision parameter estimation, radar and wireless sensing, and AI-based feature learning and recognition.

Since 2002, Professor Yin has been devoted to the research of radio wave propagation channel characterization, making internationally recognized contributions in broadband channel measurement, high-precision parameter estimation, and parameterized statistical modeling, thereby establishing a strong academic reputation in the field. His innovative achievements mainly include: 1) As a co-developer of the Spatial Iterative Expectation-Maximization (SAGE) algorithm, he significantly expanded its application in channel characterization by independently developing algorithms for channel power spectrum estimation, multi-dimensional (direction-delay-Doppler-polarization) joint channel parameter estimation, dynamic-channel particle-filtering-based multipath extraction, and sub-sampled sliding-correlation-based channel parameter extraction; 2) He pioneered passive channel measurement techniques using commercial networks such as UMTS and LTE to conduct large-scale channel measurement campaigns in high-speed systems, metro systems, and urban environments, and established influential broadband statistical channel models through multipath parameter extraction; 3) For spatial-scanning-based 5G channel measurement schemes, he proposed high-precision channel parameter extraction methods and cluster detection theories and algorithms, which have gained broad recognition in both academia and industry; 4) Through sustained research on propagation channels, he developed a series of statistical models, among which the multi-link and 15GHz channel models have been adopted as ITU standards. To date, Professor Yin has published nearly 100 papers related to channel characterization and authored the book *Propagation Channel Characterization, Parameter Estimation, and Modeling for Wireless Communications*, published by John Wiley & Sons, IEEE Press, in 2016. He has also been granted eight PCT international patents and two Chinese patents.

**Teaching:**
Professor Yin currently teaches several English-taught undergraduate and graduate courses. His undergraduate course, *Electromagnetic Field and Electromagnetic Waves*, was selected for the Shanghai Universities Exemplary All-English Course Construction Project in 2013 and was later recognized as a Shanghai Demonstration Course in 2016. In 2013, he won the First Prize in the Tongji University Young Teachers' Teaching Competition and the Teaching Competition for Professional Courses Taught in Foreign Languages. He also received the Second Prize of the Tongji University Yucai Education Award in the same year.

**Research:**
Since 2011, Professor Yin has served as principal investigator for 28 research projects. These include two national-level projects: the National Natural Science Foundation of China (NSFC) General Program (2015-2019), *Research on Propagation Channel Measurement, Parameter Extraction and Modeling Methods for Fifth-Generation Mobile Communication Systems* and a subproject of the National Science and Technology Major Project (2016-2017), *Research and Development of an Integrated 5G Ka-band and High- and Low-Frequency Band Test System*. He has also led three provincial- and ministerial-level projects, one sub-project under the Ministry of Science and Technology's Hong Kong-Macao-Taiwan Cooperation Project (led by Peking University), one open-fund project supported by the State Key Laboratory of Beijing Jiaotong University (BJTU), and seven international collaborative projects with the Electronics and Telecommunications Research Institute (ETRI) of Korea and Toshiba Corporate Research & Development Center in the UK. In addition, he has directed 13 industry-funded R&D projects, including 12 funded by Huawei. In recent years, Professor Yin has led the following research projects:

1. 2015-2018: NSFC General Program (61471268): Research on Propagation Channel Measurement, Parameter Extraction and Modeling Methods for Fifth-Generation Mobile Communication Systems
2. 2017-2018: Tongji University-ZTE Cooperative Research Project: Air-to-Ground Propagation Channel Measurement, Modeling, and Graph-Theory-Based Channel Simulation for UAV Communications
3. 2017-2018: Tongji University-Electronics and Telecommunications Research Institute (ETRI), Korea, Collaborative Research Project: Millimeter-Wave Channel Modeling in Vehicular Environments
4. 2016-2017: Tongji University-Huawei Technologies Co., Ltd. Collaborative R&D Project: Massive MIMO Channel Measurement and Modeling

5. 2016-2017: Tongji University-Shanghai Radio Regulatory Commission (SRRC) Collaborative R&D Project: Prototype Development of a TDoA-Based Positioning Performance Evaluation System
6. 2016-2017: Tongji University-Huawei Technologies Co., Ltd. Collaborative R&D Project: Measurement-Based Spatiotemporal Channel Modeling for 5G Wireless Communications
7. 2014-2017: Ministry of Science and Technology's Hong Kong–Macao–Taiwan Cooperation Project: Measurement of In-Band Full-Duplex Wireless Propagation Channels
8. 2016-2017: National Science and Technology Major Project - Sub-project: Development of an Integrated 5G Ka-Band and High-/Low-Frequency-Band Test System
9. 2016-2017: Open Research Fund Project, State Key Laboratory of Rail Traffic Control and Safety, Beijing Jiaotong University Measurement-Based Characterization and Modeling of High-Frequency Massive MIMO Channels in Rail Transit Scenarios
10. 2016-2017: Tongji University - Hangzhou Launchang Technology Co., Ltd. Commissioned R&D Project: Key Technologies for Ocean-Wave Dynamic Feature Detection and Marine Target Positioning Systems
11. 2015-2016: Tongji University-Electronics and Telecommunications Research Institute (ETRI), Korea, Collaborative Research Project: Millimeter-Wave Wireless Channel Parameter Estimation and Clustering Algorithm Optimization
12. 2015-2016: Tongji University-Shanghai Research Center for Wireless Communications Commissioned Collaborative R&D Project: Post-Processing Analysis of Multi-Scenario Channel Measurement Data and Development of 3D MIMO Wireless Channel Models
13. 2013-2015: Science and Technology Commission of Shanghai Municipality (STCSM) International Cooperation Projects: Network Design and Demonstration System for High-Efficiency Wireless Communications in Urban Hotspot Areas Based on 4G Cooperative Technologies
14. 2013-2014: Tongji University-Electronics and Telecommunications Research Institute (ETRI), Korea, Collaborative Research Project: The study of high precision algorithm and measurement methods for millimeter-wave channel characterization
15. 2013-2014: Tongji University-Huawei Technologies Co., Ltd. Collaborative R&D Project: RF Fingerprinting Analysis and Validation in UMTS Live Networks
16. 2012-2013: Tongji University-Huawei Technologies Co., Ltd. Collaborative R&D Project: Urban Channel Mapping and Channel Characterization
17. 2011-2012: Tongji University-Electronics and Telecommunications Research Institute (ETRI), Korea, Collaborative Research Project: Multi-link Propagation Channel Modeling using both Simulation-based Approaches and Real Measurements
18. 2010-2011: Tongji University-Electronics and Telecommunications Research Institute (ETRI), Korea, Collaborative Research Project: Parametric characterization and estimation of distributed MIMO propagation channels
19. 2010-2012: Tongji University-Huawei Technologies Co., Ltd. Collaborative R&D Project: High-Speed Railway Channel Modeling / CoMP and Relay Channel Modeling and Microwave Channel Modeling
20. 2010-2012: Natural Science Foundation of Shanghai 10ZR1432700: Multidimensional Power Spectral Density Estimation and Modeling of Broadband Wireless Propagation Channels
21. 2010-2012: New Teacher Fund Project of the Ministry of Education 20090072120015: Characterization, Parameter Estimation, and Modeling of Time-Varying Wireless Propagation Channels
22. 2009-2010: Tongji University-Huawei Technologies Co., Ltd. Collaborative R&D Project: Channel Measurement Data Analysis and Statistical Modeling

**Publications, Monographs, and Patents (Past Five Years):**

**I.    Journal Articles**

<u>2017</u>

[1] <u>Yin, X. *</u> ; Ji, Y. & Yan, H. Measurement-based Characterization of 15 GHz Propagation Channels in a Laboratory Environment IEEE Access, 2017, 4, 1-11

[2] <u>Yin, X. *</u> ; Wang, S.; Zhang, N. & Ai, B. Scatterer Localization using Large-scale Antenna Arrays based on A Spherical Wavefront Parametric Model, IEEE Transactions on Wireless Communications, Accepted.

[3] Y. Ji, <u>X. Yin*</u> , H. Wang, S. X. Lu and C. Cao, Antenna De-Embedded Characterization for 13–17-GHz Wave Propagation in Indoor Environments, in *IEEE Antennas and Wireless Propagation Letters*, vol. 16, no. , pp. 42-45, 2017.

[4] J. Chen, <u>X. Yin*</u> , L. Tian and M. D. Kim, Millimeter-Wave Channel Modeling Based on A Unified Propagation Graph Theory, in IEEE Communications Letters, vol. 21, no. 2, pp. 246-249, Feb. 2017.

[5] J. Chen, <u>X. Yin*</u>, X. Cai and S. Wang, Measurement-Based Massive MIMO Channel Modeling for Outdoor LoS and NLoS Environments, in IEEE Access, vol. 5, no. , pp. 2126-2140, 2017.

[6] X. Ye; <u>X. Yin*</u>; X. Cai; A. Perez Yuste; H. Xu, Neural-network-assisted UE Localization Using Radio-channel Fingerprints in LTE Networks, in IEEE Access , vol.PP, no.99, pp.1-1

[7] Y. He; <u>X. Yin*</u>; H. Chen, Spatiotemporal Characterization of Self-interference Channels for 60-GHz Full-duplex Communication, in IEEE Antennas and Wireless Propagation Letters , vol.PP, no.99, pp.1-1

[8] S. Wang, Y. Ji, D. Gibbins and X. Yin, Impact of Dynamic Wideband MIMO Body Channel Characteristics on Healthcare Rehabilitation of Walking, in IEEE Antennas and Wireless Propagation Letters, vol. 16, no. , pp. 505-508, 2017.

<u>2016</u>

[1] <u>Yin, X. *</u> ; Ouyang, L. & Wang, H. Performance Comparison of SAGE and MUSIC for Channel Estimation in Direction-Scan Measurements, IEEE Access, 2016, 4, 1163-1174

[2] <u>Yin, X. *</u> ; Ling, C. & Kim, M. Experimental Multipath-Cluster Characteristics of 28-GHz Propagation Channel, IEEE Access, 2016, 3, 3138-3150

[3] <u>Yin, X. *</u>; Meng Tian; Luxia Ouyang; Xiang Cheng; Xuesong Cai; Li Tian; Jiajing Chen; Pinlu Yang, Modeling City-Canyon Pedestrian Radio Channels Based on Passive Sounding in In-Service Networks, in IEEE Transactions on Vehicular Technology, vol. 65, no. 10, pp. 7931-7943, Oct. 2016.

[4] Cai, X.; <u>Yin, X. *</u> ; Cheng, X. & Yuste, A. P.   An Empirical Random-Cluster Model for Subway Channels Based on Passive Measurements in UMTS, IEEE Transactions on Communications, 2016, 64, 3563-3575,

[5] Tian, L.; Degli-Esposti, V.; Vitucci, E. M. & <u>Yin, X. *</u>   Semi-Deterministic Radio Channel Modeling Based on Graph Theory and Ray-Tracing, IEEE Transactions on Antennas and Propagation,2016,64,2475-2486

[6] Chen, J.; Wang, S. & <u>Yin, X. *</u>     A Spherical-Wavefront-Based Scatterer Localization Algorithm Using Large-Scale Antenna Arrays, IEEE Communications Letters,2016,20, 1796-1799

[7] Wang, S. *; Ji, Y.; Gibbins, D. & <u>Yin, X.</u> Impact of dynamic wideband MIMO body channel characteristics on healthcare rehabilitation of walking IEEE Antennas and Wireless Propagation Letters, 2016, PP, 1-4

**2015**

[1] Yin, X. * ; He, Y.; Ling, C.; Tian, L. & Cheng, X. Empirical Stochastic Modeling of Multipath Polarizations in Indoor Propagation Scenarios Antennas and Propagation, IEEE Transactions on, 2015, 63, 5799-5811

[2] Yin, X.; Cai, X.; Cheng, X. *; Chen, J. & Tian, M. Empirical Geometry-Based Random-Cluster Model for High-Speed-Train Channels in UMTS Networks Intelligent Transportation Systems, IEEE Transactions on, 2015, PP, 1-12

[3] Yin, X. *; Ling, C.; Kim, M.-D. & Chung, H. Parameter estimation using the sliding-correlator's output for wideband propagation channels EURASIP Journal on Wireless Communications and Networking, 2015, 2015, 165

[4] Ling, C.; Yin, X. *; Boque, S. R. & Garcia-Lozano, M. Power minimization of cooperative beamforming networks with spectrum sharing, EURASIP Journal on Wireless Communications and Networking, 2015, 72, 1-15

[5] Ling, C.; Yin, X. *; He, Y. & Boque, S. R.    Attitude Estimation for In-Service Base Station Antenna Using Downlink Channel Fading Statistics, International Journal of Antennas and Propagation, 2015, no. 898631

[6] Zheng, X.; Liu, E. *; Zhang, Z.; Qu, X.; Wang, R.; Yin, X. & Liu, F. An Efficient Pilot Scheme in Large-Scale Two-Way Relay Systems Communications Letters, IEEE, 2015, 19, 1061-1064

[7] Cheng, X. *; Li, Y.; Ai, B.; Yin, X. & Wang, Q. Device-to-device channel measurements and models: a survey Communications, IET, 2015, 9, 312-325

**2014**

[1] Chen, J.; Yin, X. *; Tian, L.; Zhang, N.; He, Y.; Cheng, X.; Duan, W. & Boque, S. R.  Measurement-Based LoS/NLoS Channel Modeling for Hot-Spot Urban Scenarios in UMTS Networks, International Journal of Antennas and Propagation, 2014,no.  454976,  1-12

**2013**

[1] Tian, L.; Yin, X. *; Zhou, X. & Zuo, Q.   Spatial cross-correlation modeling for propagation channels in indoor distributed antenna systems, EURASIP Journal on Wireless Communications and Networking, 2013, 183,1-11

[2] Zheng, K. *; Yin, X.; Chatzimisios, P. & Xin, Y. Advances in Massive MIMO Antenna Design, Channel Modeling, and System Technologies International Journal of Antennas and Propagation, 2014, Article ID 160431

[3] Wen, M.; Cheng, X. *; Yin, X.; Yang, L. & Jiao, B. A General Framework for BER Analysis of OFDMA and Zero-Forcing Interleaved SC-FDMA over Nakagami-m Fading Channels with Arbitrary m Wireless Communications Letters, IEEE, 2013, 2, 395-398

[3] Wang, Y.; Liu, E. *; Jian, Y.; Zhang, Z.; Zheng, X.; Wang, R.; Liu, F. & Yin, X. NLL: A Complex Network Model with Compensation for Enhanced Connectivity IEEE Communications Letters, 2013

**2012**

[1] Park, J.-J. *; Kim, M.-D.; Kwon, H.-K.; Chung, H. K.; Yin, X. & Fu, Y. Measurement-Based Stochastic Cross-Correlation Models of a Multilink Channel in Cooperative Communication Environments ETRI Journal, 2012, 34, 858-868

**Before 2012**

[1] Pedersen, T. *; Pedersen, C.; Yin, X. & Fleury, B. Optimization of Spatiotemporal Apertures in Channel Sounding Signal Processing, IEEE Transactions on, 2008, 56, 4810 -4824

[2] Czink, N. *; Yin, X.; Ozcelik, H.; Herdin, M.; Bonek, E. & Fleury, B. Cluster Characteristics in a MIMO Indoor Propagation Environment Wireless Communications, IEEE Transactions on, 2007, 6, 1465-1475

## II.   Conference Papers

**2017**

[1] L. Zeng, X. Cheng, C. X. Wang and X. Yin, A 3D Geometry-Based Stochastic Channel Model for UAV-MIMO Channels, *2017 IEEE Wireless Communications and Networking Conference (WCNC)*, San Francisco, CA, 2017, pp. 1-5.

[2] Xuesong Cai; Ana Gonzalez-Plaza; David Alonso; Lei Zhang; Cesar Briso Rodríguez; Antonio Pérez Yuste; Xuefeng Yin  Low altitude UAV propagation channel modelling, 2017 11th European Conference on Antennas and Propagation (EUCAP), Paris, 2017, pp. 1443-1447.

**2016**

[1] C. Ling, X. Yin, H. Wang and X. Zhang, Comparison of characteristics of 13–17 GHz propagation channels in indoor environments with different measurement configurations, 2016 IEEE 27th Annual International Symposium on Personal, Indoor, and Mobile Radio Communications (PIMRC), Valencia, 2016, pp. 1-5.

[2] J. Chen, X. Yin and S. Wang, Measurement-based massive MIMO channel modeling in 13–17 GHz for indoor hall scenarios, 2016 IEEE International Conference on Communications (ICC), Kuala Lumpur, 2016, pp. 1-5.

[3] Z. Zhong, X. Wu, J. Qu and X. Yin, MIMO Channel Measurement and Characterization for 26GHz Wave in Outdoor Scenarios, 2016 IEEE 83rd Vehicular Technology Conference (VTC Spring), Nanjing, 2016, pp. 1-5.

[4] Xuesong Cai, Xuefeng Yin and A. P. Yuste, Direction-of-arrival estimation using single antenna in high-speed-train environments, 2016 10th European Conference on Antennas and Propagation (EuCAP), Davos, 2016, pp. 1-4.

[5] L. Ouyang and X. Yin, A SAGE algorithm for channel estimation using signal eigenvectors for direction-scan sounding, 2016 IEEE 27th Annual International Symposium on Personal, Indoor, and Mobile Radio Communications

(PIMRC), Valencia, 2016, pp. 1-6.

[6] X. Ye, X. Cai, Y. Shen, X. Yin and X. Cheng, A geometry-based path loss model for high-speed-train environments in LTE-A networks, 2016 International Conference on Computing, Networking and Communications (ICNC), Kauai, HI, 2016, pp. 1-6.

[7] X. Ye, X. Cai, H. Wang and X. Yin, Tunnel and Non-Tunnel Channel Characterization for High-Speed-Train Scenarios in LTE-A Networks, 2016 IEEE 83rd Vehicular Technology Conference (VTC Spring), Nanjing, 2016, pp. 1-5.

## 2015

[1] Cai, X.; Yin, X. *; He, Y.; Duan, W. & Ruiz Boque, S. Measurement-based stochastic models for channel transition in underground subway environments Antennas and Propagation (EuCAP), 2015 9th European Conference on, 2015, 1-5

## 2014

[1] Yin, X. *; He, Y.; Song, Z.; Kim, M.-D. & Chung, H. K. A Sliding-Correlator-based SAGE Algorithm for Mm-wave Wideband Channel Parameter Estimation Proceedings of the Eighth European Conference on Antenna and Propagation, 2014, 1, 708-713

[2] Ling, C.; Yin, X. *; He, Y. & Boque, S. R. Antenna Attitude Estimation for In-Service Base Stations Based on Channel Fading Statistics Proceedings of European Conference on Antenna and Propagation, 2014, 2487-2491

[3] Zhang, N.; Yin, X. *; Lu, S. X.; Du, M. & Cai, X. Measurement-based Angular Characterization for 72 GHz Propagation Channels in Indoor Environments Proceedings of Globecom 2014 Workshop - Mobile Communications in Higher Frequency Bands, 2014

[4] Tian, L.; Yin, X. *; Zhou, J.; Kim, M. & Chung, H. Joint Likelihood Aggregation of Multiple Cluster Validity Indices for Stochastic Channel Modeling IEEE Wireless Communications and Networking Conference, 2014, 52-57

[5] Ling, C.; He, Y.; Yin, X. *; Zhong, Z.; Duan, W. & Ruiz Boque, S. Attitude estimation for base station antennas based on downlink channel statistics Antennas and Propagation (EuCAP), 2014 8th European Conference on, 2014, 2072-2076

[6] Ling, C.; Yin, X. *; Ruiz Boque, S. & Garcia-Lozanoe, M. Optimal power allocation and relay selection in spectrum sharing cooperative networks General Assembly and Scientific Symposium (URSI GASS), 2014 XXXIth URSI, 2014, 1-4

## 2013

[1] Yin, X. *; He, Y.; Ling, C.; Tian, L. & Zhong, Z. A preliminary study on anisotropic characteristics of propagation channels for Tx-Rx polarizations Wireless Communications and Networking Conference (WCNC), 2013 IEEE, 2013, 3455-3459

[2] Yin, X. *; Zhang, N.; Zhong, Z.; Yu, J.; Tian, L.; Zhang, X. & Duan, W. System-Level Channel Modeling Based on Active Measurements from a Public 3G/UMTS Network Vehicular Technology Conference (VTC Fall), 2013 IEEE 78th, 2013, 1-5

[3] Yin, X. *; Chen, J.; Tian, M.; Zhang, N.; Zhong, Z. & Lu, S. X. Personal authentication using the fingerprints of intra-body radio propagation channels International Symposium on Medical Information and Communication Technology, ISMICT, 2013, 159-163

[4] Zhang, W.; Yin, X. *; He, Y.; Yu, J.; Zhang, N.; Zhong, Z.; Duan, W.; Zhang, X. & Olmos Bonafe, J. Dual-polarized channel characterization based on measurements in in-service UMTS networks Wireless Communications Signal Processing (WCSP), 2013 International Conference on, 2013, 1-6

[5] Yu, J.; Yin, X. *; Chen, J.; Zhang, N.; Zhong, Z.; Duan, W. & Ruiz Boque, S. Channel maps and stochastic models in elevation based on measurements in operating networks Wireless Communications Signal Processing (WCSP), 2013 International Conference on, 2013, 1-6

## III.    Monographs

Yin, X. & Cheng, X. Propagation Channel Characterization, Parameter Estimation, and Modeling for Wireless Communications. John Wiley & Sons, IEEE, 2016.

## IV.    Granted Invention Patents

[1]. Liu Fuqiang, Yin Xuefeng, Zhou Yi, and Tian Li. High-Precision Wireless Channel Testing Platform and Method Based on a Virtual Antenna Array. China Patent No. 200910056427, May 2012.

[2]. Zhang Jinru, Liu Jiaming, and Yin Xuefeng. Non-Contact Fingertip Orientation Recognition Method Based on Electromagnetic Induction Information Interaction Technology. China Patent No. 201310077077.4.

[3]. Tian Meng, Chen Jiajing, and Yin Xuefeng. Method and System for Human Identification. China Patent No. 201310068016.1. China Patent No. 201310068016.1.

[4]. Yin Xuefeng, Directional Adjustment of Voltage-Controlled Phased Array Structures. International Patent, Patent Nos. CN103004019A and US20110316745, December 2011.

[5]. Yin Xuefeng. Handoff of a mobile device moving at high relative velocity to base stations in a wireless network. International Patent, Patent Nos. US20130064220 and WO2012171194A1, March 2013.

[6]. Yin Xuefeng. User-Focusing Technique for Wireless Communication Systems. International Patent, Patent Nos. US20130107733 and WO2013013407A1, May 2013.

[7]. Yin Xuefeng. Using Out-of-Band Information to Improve Wireless Communications. International Patent, Patent Nos. CN103430604A, US20130005285, and WO2012113132A1, January 2013.

**Professional Affiliations and Academic Service:**

Since 2006  Member, IEEE Communications Society

Since 2015  Committee Member, Mobile Medical Committee, Chinese Research Hospital Association (CRHA)

Since 2016  Committee Member, Technical Committee on Information and Communications Testing, China Institute of Communications (CIC)

Since 2015  Expert Reviewer, China Academic Degrees and Graduate Education Development Center (CDGDC), Ministry of Education of China

Copyright © 2023 Department of Electronic Science and Technology, Tongji University

中文 | English

请输入搜索内容...

首页　　系概况　　师资队伍　　科学研究　　本科生教育　　研究生教育　　招生就业　　学术交流　　客座教授　　联系我们

当前位置：首页　师资队伍　教授

## 师资队伍

**师资队伍**

- 教授
- 副教授
- 讲师
- 助理教授
- 产业导师
- 兼职教授



**尹学锋**

发布时间：2020-07-21　　　浏览次数：12005

**尹学锋**

姓名：尹学锋
职称：教授，博士生导师
职务：电信学院副院长
学科：电子科学与技术
专业：电磁场与微波技术
研究方向：电波传播信道特征研究、高精度参数估计、雷达与无线感知、基于人工智能的特征学习与识别
联系方式：上海市曹安公路4800号电信楼722-A室、316室
邮政编码：201804
联系电话：021-69589358
电子邮件：yinxuefeng@tongji.edu.cn

尹学锋，男，1973年3月生，工学博士，教授，博士生导师,同济大学电信学院副院长。1995年毕业于华中科技大学光电子工程系， 1996-2000年在杭州摩托罗拉移动系统公司任系统工程师，2002年于丹麦奥尔堡（Aalborg）大学通信系获数字通信专业工学硕士学位，2006年于丹麦奥尔堡大学通信系获无线通信专业工学博士学位，同年进入丹麦奥尔堡大学电子系统学院任助理教授，2008年进入同济大学电子与信息工程学院，2010年任电子科学与技术系副系主任，2016年3月任电信学院副院长。研究兴趣包括电波传播信道特征研究、高精度参数估计、雷达与无线感知、基于人工智能的特征学习与识别。

自2002年来尹学锋教授专注无线电波传播信道特征研究，在宽带信道测量、高精度参数估计、参数化统计模型构建等方面取得了具有国际影响力的科研成果，奠定了其在相关领域中的学术地位。其创新成果主要包括：1）作为空间迭代期望最大化（SAGE）算法联合创始人，对该算法在信道特征提取中的应用进行了重要的拓展，独立创建了信道功率谱估计算法、多维度（方向-时延-多普勒-极化）信道参数联合估计算法、动态信道分子滤波多径提取算法、欠采样滑动相关信道参数提取算法等；2）首创被动测量技术，利用UMTS、LTE等商用网络，在高铁、地铁、城区中进行大范围信道特征采集，通过多径提取建立了重要的宽带统计信道模型；3）针对5G信道空间扫描测量方案，提出高精度信道参数萃取、检簇理论与算法，得到学术和工业界广泛认可；4）在长期信道研究中构建了一系列统计模型，其中多链路、15GHz信道模型已成为ITU国际标准。迄今发表了近百篇与信道特征相关的论文，出版了英文著作《Propagation Channel Characterization, Parameter Estimation, and Modeling for Wireless Communications》，由John Wiley&Sons， IEEE出版社于2016年发行，已授权的PCT国际专利8项，中国专利2项。

**教学：**

现承担多门全英文本科与研究生课程的教授工作，其负责的《电磁场与电磁波》本科课程于2013获批上海高校示范性全英语课程建设项目，2016年获得上海市示范性课程称号；他于2013年获同济大学青年教师讲课竞赛和外语授课专业课程竞赛一等奖，于2013年获同济大学育才教育奖励金二等奖。

**科研：**

自2011年至今，尹学锋作为负责人共承担了28个科研项目，其中包括国家项目2项，分别是2015-2019的国家自然基金面上项目-"第五代移动通信系统传播信道测量、特征提取与建模方法研究"， 2016-2017的国家科技重大专项二级课题， "5G Ka波段和高低频段协同试验系统研发"，主持省部级项目3项，主持科技部港澳台合作专项子课题1项（北大牵头），北交大国家重点实验室开放基金项目1项，主持国际合作项目7项，合作方为韩国国立电子与电信研究所，英国东芝研发中心；主持横向企业研发项目13项，其中包含华为公司资助项目12项。近年来尹学锋主持了如下的科研项目：

1， 2015-2018：国家自然科学基金面上项目（61471268）:第五代移动通信系统传播信道测量、特征提取与建模方法研究

2，2017-2018：同济大学-中兴通讯科研合作项目： （无人机）空地传播信道测量、模型构建以及图论信道仿真

3，2017-2018：同济大学-韩国电子与电信研究所（ETRI）科研合作项目：车载环境下毫米波信道研究

4，2016-2017:同济大学-华为技术有限公司合作研发项目：大规模MIMO信道测量建模研究

5，2016-2017:同济大学-上海无线电管理委员会合作研发项目：TDoA定位性能检测系统原型开发研究

6，2016-2017:同济大学-华为技术有限公司合作研发项目：5G无线通信中基于测量的空时信道建模

7，2014-2017：国家科技部港澳台合作项目：同频同时全双工无线传播信道测量研究，

8，2016-2017：国家科技重大专项二级课题：5G Ka波段和高低频段协同试验系统研发，

9，2016-2017：北京交通大学轨道交通控制与安全国家重点实验室开放课题：轨道交通场景中高频大规模（Massive）MIMO信道实测特征分析与模型构建

10，2016-2017：同济大学-杭州蓝昌科技有限公司：海浪动态特征检测及海上目标定位系统关键技术委托研发

11，2015-2016: 同济大学-韩国电子与电信研究所（ETRI）科研合作项目: 毫米波无线信道参数估计与分簇算法优化研究

12，2015-2016：同济大学-上海无线通信研究中心合作研发项目：多场景下的信道测试数据后处理分析与3D MIMO无线信道建模委托开发

13，2013-2015: 上海市科委国际合作项目:基于4G协同技术实现热点城区高效无线通信-网络设计与演示系统构建

14，2013-2014: 同济大学-韩国电子与电信研究所（ETRI）科研合作项目: The study of high precision algorithm and measurement methods for millimeter-wave channel characterization

15，2013-2014:同济大学-华为技术有限公司合作研发项目：UMTS现网射频指纹特征分析和验证

16，2012-2013：同济大学-华为技术有限公司合作研发项目：城区信道地图和信道特征研究合作项目

17，2011-2012：同济大学-韩国电子与电信研究所（ETRI）科研合作项目：Multi-link Propagation Channel Modeling using both Simulation-based Approaches and Real Measurements

18，2010-2011：同济大学-韩国电子与电信研究所（ETRI）科研合作项目： Parametric characterization and estimation of distributed MIMO propagation channels

19，2010-2012: 同济大学-华为技术有限公司合作研发项目：高速铁路信道建模/CoMP和Relay信道建模以及微波信道建模

20，2010-2012:上海市科委自然科学基金10ZR1432700: 宽带无线传播信道的多维功率谱特征提取及模型构建

21， 2010-2012: 教育部新教师基金项目20090072120015：时变无线传播信道的特征分析、参数估计和模型构建

22，2009-2010：同济大学-华为技术有限公司合作研发项目：信道测试数据分析和统计建模

**近五年发表论文、专著与专利情况：**

**一、期刊论文**

**2017**

[1] **Yin, X. \*** ; Ji, Y. & Yan, H. Measurement-based Characterization of 15 GHz Propagation Channels in a Laboratory Environment IEEE Access, 2017, 4, 1-11

[2] **Yin, X. \*** ; Wang, S.; Zhang, N. & Ai, B. Scatterer Localization using Large-scale Antenna Arrays based on A Spherical Wavefront Parametric Model, IEEE Transactions on Wireless Communications, Accepted.

[3] Y. Ji, **X. Yin\*** , H. Wang, S. X. Lu and C. Cao, Antenna De-Embedded Characterization for 13–17-GHz Wave Propagation in Indoor Environments, in *IEEE Antennas and Wireless Propagation Letters*, vol. 16, no. , pp. 42-45, 2017.

[4] J. Chen, **X. Yin\*** , L. Tian and M. D. Kim, Millimeter-Wave Channel Modeling Based on A Unified Propagation Graph Theory, in IEEE Communications Letters, vol. 21, no. 2, pp. 246-249, Feb. 2017.

[5] J. Chen, **X. Yin\***, X. Cai and S. Wang, Measurement-Based Massive MIMO Channel Modeling for Outdoor LoS and NLoS Environments, in IEEE Access, vol. 5, no. , pp. 2126-2140, 2017.

[6] X. Ye; **X. Yin\***; X. Cai; A. Perez Yuste; H. Xu, Neural-network-assisted UE Localization Using Radio-channel Fingerprints in LTE Networks, in IEEE Access , vol.PP, no.99, pp.1-1

[7] Y. He; **X. Yin\***; H. Chen, Spatiotemporal Characterization of Self-interference Channels for 60-GHz Full-duplex Communication, in IEEE Antennas and Wireless Propagation Letters , vol.PP, no.99, pp.1-1

[8] S. Wang, Y. Ji, D. Gibbins and X. Yin, Impact of Dynamic Wideband MIMO Body Channel Characteristics on Healthcare Rehabilitation of Walking, in IEEE Antennas and Wireless Propagation Letters, vol. 16, no. , pp. 505-508, 2017.

**2016**

[1] **Yin, X. \*** ; Ouyang, L. & Wang, H. Performance Comparison of SAGE and MUSIC for Channel Estimation in Direction-Scan Measurements, IEEE Access, 2016, 4, 1163-1174

[2] **Yin, X. \*** ; Ling, C. & Kim, M. Experimental Multipath-Cluster Characteristics of 28-GHz Propagation Channel, IEEE Access, 2016, 3, 3138-3150

[3] **Yin, X. \***; Meng Tian; Luxia Ouyang; Xiang Cheng; Xuesong Cai; Li Tian; Jiajing Chen; Pinlu Yang, Modeling City-Canyon Pedestrian Radio Channels Based on Passive Sounding in In-Service Networks, in IEEE Transactions on Vehicular Technology, vol. 65, no. 10, pp. 7931-7943, Oct. 2016.

[4] Cai, X.; **Yin, X. \*** ; Cheng, X. & Yuste, A. P.　An Empirical Random-Cluster Model for Subway Channels Based on Passive Measurements in UMTS, IEEE Transactions on Communications, 2016, 64, 3563-3575,

[5] Tian, L.; Degli-Esposti, V.; Vitucci, E. M. & **Yin, X. \*** 　Semi-Deterministic Radio Channel Modeling Based on Graph Theory and Ray-Tracing, IEEE Transactions on Antennas and Propagation,2016,64,2475-2486

[6] Chen, J.; Wang, S. & **Yin, X. \*** 　A Spherical-Wavefront-Based Scatterer Localization Algorithm Using Large-Scale Antenna Arrays, IEEE Communications Letters,2016,20, 1796-1799

[7] Wang, S. \*; Ji, Y.; Gibbins, D. & **Yin, X.** Impact of dynamic wideband MIMO body channel characteristics on healthcare rehabilitation of walking IEEE Antennas and Wireless Propagation Letters, 2016, PP, 1-4

**2015**

[1] Yin, X. * ; He, Y.; Ling, C.; Tian, L. & Cheng, X. Empirical Stochastic Modeling of Multipath Polarizations in Indoor Propagation Scenarios Antennas and Propagation, IEEE Transactions on, 2015, 63, 5799-5811

[2] Yin, X.; Cai, X.; Cheng, X. *; Chen, J. & Tian, M. Empirical Geometry-Based Random-Cluster Model for High-Speed-Train Channels in UMTS Networks Intelligent Transportation Systems, IEEE Transactions on, 2015, PP, 1-12

[3] Yin, X. *; Ling, C.; Kim, M.-D. & Chung, H. Parameter estimation using the sliding-correlator's output for wideband propagation channels EURASIP Journal on Wireless Communications and Networking, 2015, 2015, 165

[4] Ling, C.; Yin, X. *; Boque, S. R. & Garcia-Lozano, M. Power minimization of cooperative beamforming networks with spectrum sharing, EURASIP Journal on Wireless Communications and Networking, 2015，72，1-15

[5] Ling, C.; Yin, X. *; He, Y. & Boque, S. R.   Attitude Estimation for In-Service Base Station Antenna Using Downlink Channel Fading Statistics,  International Journal of Antennas and Propagation, 2015, no. 898631

[6] Zheng, X.; Liu, E. *; Zhang, Z.; Qu, X.; Wang, R.; Yin, X. & Liu, F. An Efficient Pilot Scheme in Large-Scale Two-Way Relay Systems Communications Letters, IEEE, 2015, 19, 1061-1064

[7] Cheng, X. *; Li, Y.; Ai, B.; Yin, X. & Wang, Q. Device-to-device channel measurements and models: a survey Communications, IET, 2015, 9, 312-325


## 2014

[1] Chen, J.; Yin, X. *; Tian, L.; Zhang, N.; He, Y.; Cheng, X.; Duan, W. & Boque, S. R.  Measurement-Based LoS/NLoS Channel Modeling for Hot-Spot Urban Scenarios in UMTS Networks, International Journal of Antennas and Propagation, 2014,no．454976，1-12


## 2013

[1] Tian, L.; Yin, X. *; Zhou, X. & Zuo, Q.  Spatial cross-correlation modeling for propagation channels in indoor distributed antenna systems, EURASIP Journal on Wireless Communications and Networking, 2013, 183,1-11

[2] Zheng, K. *; Yin, X.; Chatzimisios, P. & Xin, Y. Advances in Massive MIMO Antenna Design, Channel Modeling, and System Technologies International Journal of Antennas and Propagation, 2014, Article ID 160431

[3] Wen, M.; Cheng, X. *; Yin, X.; Yang, L. & Jiao, B. A General Framework for BER Analysis of OFDMA and Zero-Forcing Interleaved SC-FDMA over Nakagami-m Fading Channels with Arbitrary m Wireless Communications Letters, IEEE, 2013, 2, 395-398

[3] Wang, Y.; Liu, E. *; Jian, Y.; Zhang, Z.; Zheng, X.; Wang, R.; Liu, F. & Yin, X. NLL: A Complex Network Model with Compensation for Enhanced Connectivity IEEE Communications Letters, 2013


## 2012

[1] Park, J.-J. *; Kim, M.-D.; Kwon, H.-K.; Chung, H. K.; Yin, X. & Fu, Y. Measurement-Based Stochastic Cross-Correlation Models of a Multilink Channel in Cooperative Communication Environments ETRI Journal, 2012, 34, 858-868


## Before 2012

[1] Pedersen, T. *; Pedersen, C.; Yin, X. & Fleury, B. Optimization of Spatiotemporal Apertures in Channel Sounding Signal Processing, IEEE Transactions on, 2008, 56, 4810 -4824

[2] Czink, N. *; Yin, X.; Ozcelik, H.; Herdin, M.; Bonek, E. & Fleury, B. Cluster Characteristics in a MIMO Indoor Propagation Environment Wireless Communications, IEEE Transactions on, 2007, 6, 1465-1475

## 二、会议论文

### 2017

[1] L. Zeng, X. Cheng, C. X. Wang and X. Yin, A 3D Geometry-Based Stochastic Channel Model for UAV-MIMO Channels, *2017 IEEE Wireless Communications and Networking Conference (WCNC)*, San Francisco, CA, 2017, pp. 1-5.

[2] Xuesong Cai; Ana Gonzalez-Plaza; David Alonso; Lei Zhang; Cesar Briso Rodríguez; Antonio Pérez Yuste; Xuefeng Yin Low altitude UAV propagation channel modelling, 2017 11th European Conference on Antennas and Propagation (EUCAP), Paris, 2017, pp. 1443-1447.

### 2016

[1] C. Ling, X. Yin, H. Wang and X. Zhang, Comparison of characteristics of 13–17 GHz propagation channels in indoor environments with different measurement configurations, 2016 IEEE 27th Annual International Symposium on Personal, Indoor, and Mobile Radio Communications (PIMRC), Valencia, 2016, pp. 1-5.

[2] J. Chen, X. Yin and S. Wang, Measurement-based massive MIMO channel modeling in 13–17 GHz for indoor hall scenarios, 2016 IEEE International Conference on Communications (ICC), Kuala Lumpur, 2016, pp. 1-5.

[3] Z. Zhong, X. Wu, J. Qu and X. Yin, MIMO Channel Measurement and Characterization for 26GHz Wave in Outdoor Scenarios, 2016 IEEE 83rd Vehicular Technology Conference (VTC Spring), Nanjing, 2016, pp. 1-5.

[4] Xuesong Cai, Xuefeng Yin and A. P. Yuste, Direction-of-arrival estimation using single antenna in high-speed-train environments, 2016 10th European Conference on Antennas and Propagation (EuCAP), Davos, 2016, pp. 1-4.

[5] L. Ouyang and X. Yin, A SAGE algorithm for channel estimation using signal eigenvectors for direction-scan sounding, 2016 IEEE 27th Annual International Symposium on Personal, Indoor, and Mobile Radio Communications

(PIMRC), Valencia, 2016, pp. 1-6.

[6] X. Ye, X. Cai, Y. Shen, X. Yin and X. Cheng, A geometry-based path loss model for high-speed-train environments in LTE-A networks, 2016 International Conference on Computing, Networking and Communications (ICNC), Kauai, HI, 2016, pp. 1-6.

[7] X. Ye, X. Cai, H. Wang and X. Yin, Tunnel and Non-Tunnel Channel Characterization for High-Speed-Train Scenarios in LTE-A Networks, 2016 IEEE 83rd Vehicular Technology Conference (VTC Spring), Nanjing, 2016, pp. 1-5.

## 2015

[1] Cai, X.; Yin, X. *; He, Y.; Duan, W. & Ruiz Boque, S. Measurement-based stochastic models for channel transition in underground subway environments Antennas and Propagation (EuCAP), 2015 9th European Conference on, 2015, 1-5

## 2014

[1] Yin, X. *; He, Y.; Song, Z.; Kim, M.-D. & Chung, H. K. A Sliding-Correlator-based SAGE Algorithm for Mm-wave Wideband Channel Parameter Estimation Proceedings of the Eighth European Conference on Antenna and Propagation, 2014, 1, 708-713

[2] Ling, C.; Yin, X. *; He, Y. & Boque, S. R. Antenna Attitude Estimation for In-Service Base Stations Based on Channel Fading Statistics Proceedings of European Conference on Antenna and Propagation, 2014, 2487-2491

[3] Zhang, N.; Yin, X. *; Lu, S. X.; Du, M. & Cai, X. Measurement-based Angular Characterization for 72 GHz Propagation Channels in Indoor Environments Proceedings of Globecom 2014 Workshop - Mobile Communications in Higher Frequency Bands, 2014

[4] Tian, L.; Yin, X. *; Zhou, J.; Kim, M. & Chung, H. Joint Likelihood Aggregation of Multiple Cluster Validity Indices for Stochastic Channel Modeling IEEE Wireless Communications and Networking Conference, 2014, 52-57

[5] Ling, C.; He, Y.; Yin, X. *; Zhong, Z.; Duan, W. & Ruiz Boque, S. Attitude estimation for base station antennas based on downlink channel statistics Antennas and Propagation (EuCAP), 2014 8th European Conference on, 2014, 2072-2076

[6] Ling, C.; Yin, X. *; Ruiz Boque, S. & Garcia-Lozanoe, M. Optimal power allocation and relay selection in spectrum sharing cooperative networks General Assembly and Scientific Symposium (URSI GASS), 2014 XXXIth URSI, 2014, 1-4

## 2013

[1] Yin, X. *; He, Y.; Ling, C.; Tian, L. & Zhong, Z. A preliminary study on anisotropic characteristics of propagation channels for Tx-Rx polarizations Wireless Communications and Networking Conference (WCNC), 2013 IEEE, 2013, 3455-3459

[2] Yin, X. *; Zhang, N.; Zhong, Z.; Yu, J.; Tian, L.; Zhang, X. & Duan, W. System-Level Channel Modeling Based on Active Measurements from a Public 3G/UMTS Network Vehicular Technology Conference (VTC Fall), 2013 IEEE 78th, 2013, 1-5

[3] Yin, X. *; Chen, J.; Tian, M.; Zhang, N.; Zhong, Z. & Lu, S. X. Personal authentication using the fingerprints of intra-body radio propagation channels International Symposium on Medical Information and Communication Technology, ISMICT, 2013, 159-163

[4] Zhang, W.; Yin, X. *; He, Y.; Yu, J.; Zhang, N.; Zhong, Z.; Duan, W.; Zhang, X. & Olmos Bonafe, J. Dual-polarized channel characterization based on measurements in in-service UMTS networks Wireless Communications Signal Processing (WCSP), 2013 International Conference on, 2013, 1-6

[5] Yu, J.; Yin, X. *; Chen, J.; Zhang, N.; Zhong, Z.; Duan, W. & Ruiz Boque, S. Channel maps and stochastic models in elevation based on measurements in operating networks Wireless Communications Signal Processing (WCSP), 2013 International Conference on, 2013, 1-6

## 三、专著

Yin, X. & Cheng, X. Propagation Channel Characterization, Parameter Estimation, and Modeling for Wireless Communications John Wiley & Sons, IEEE, 20万字，2016

## 四、授权发明专利

[1]. 刘富强，尹学锋，周毅，田力，基于虚拟天线阵列的高精度无线信道测试平台及方法，2012.5，中国，200910056427

[2]. 章锦如, 刘嘉明, 尹学锋，基于电磁感应信息交互技术的非触摸式指端方位识别方法, 发明专利号：201310077077.4，中国

[3]. 田梦，陈佳静，尹学锋，一种人体身份识别的方法和系统，发明专利号：201310068016.1，中国

[4]. 尹学锋，Directional Adjustment of Voltage-Controlled Phased Array Structures. 2011.12, 国际，CN103004019A, US20110316745

[5]. 尹学锋，Handoff of a mobile device moving at a high relative velocity to base stations for a wireless network, 2013.3,国际，US20130064220，WO2012171194A1

[6]. 尹学锋，User-Focusing Technique for Wireless Communication Systems, 2013.5, 国际，US20130107733, WO2013013407A1

[7]. 尹学锋，Using Out-Band Information to Improve Wireless Communications, 2013.1, 国际，CN103430604A, US20130005285, WO2012113132A1

**承担的主要社会团体兼（任）职如下：**

2006年至今　IEEE communication society, 会员
2015年至今　中国研究型医院学会 移动医疗专业委员会委员
2016年至今　中国通信学会 信息测试技术委员会委员
2015年至今　中国教育部 学位中心通讯评议专家

Copyright © 2023 同济大学电子科学与技术系