# YANG
# EXHIBIT 7

morningtrans.com

# TRANSLATION CERTIFICATION

Date: 2026/05/19

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Tongji_University_Administrative_Management_Compilation_2010 - English.pdf

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

# Compilation of Administrative Management Regulations
# Tongji University 2010



**President's Office**

**December 2010**

# Compilation of Rules and Regulations 2010

Tongji University Detailed Rules for the Implementation of Information Disclosure (Trial).............. 2

Measures for the Evaluation of Tongji University Education Awards ................................. 7

Detailed Rules for the Recognition of Credits Earned by Tongji University Students Studying at Other Universities or in Other Majors................................................................. 9

Administrative Measures for Tongji University Students with a Cumulative Total of 25 or More Failing Credits ..............................................................................................11

Revision Plan for the Funding Measures for Full-time Postgraduates of Tongji University ............. 12

Administrative Measures for the "Three Assistantships" Program for Full-time Postgraduates of Tongji University.......................................................................................... 13

Measures for the Administration of Academic Scholarships for Full-time Postgraduates of Tongji University ................................................................................................ 16

Measures for the Selection of Outstanding Doctoral Student Scholarships of Tongji University....... 18

Measures for Scholarships and Financial Aid for Full-time Professional Master's Candidates (Class of 2010) of Tongji University ............................................................................ 21

Implementation Measures (Trial) for the Appointment of Section-Level Cadres in Party and Administrative Management at Tongji University ................................................................. 22

Interim Measures for the Management of Faculty Postdoctoral Fellows at Tongji University........... 25

Administrative Measures for the Employment Contract System of Tongji University....................... 28

Implementation Rules for Selecting Outstanding Dispatched Personnel for Transfer to the University's Permanent Staffing System at Tongji University (September 2010 Version) ................. 40

Measures of Tongji University for the Audit of Final Financial Accounts of Completed Basic Construction Projects ....................................................................................... 50

Measures of Tongji University for the Administration of Approval for Official Overseas Travel (Including Travel to Hong Kong, Macao and Taiwan)........................................................ 53

Measures of Tongji University for Safety and Protection in Radioactive Work ................................. 58

Interim Measures of Tongji University for Biosafety Management of Pathogenic Microorganism Laboratories.................................................................................................... 62

Tongji University Measures for Safety Management of Special Equipment in Laboratories............. 66

Tongji University Measures for the Safety Management of Hazardous Chemicals........................... 75

Tongji University Laboratory Safety Regulations............................................................... 81

Tongji University Measures for the Management of Low-Value Items ............................................. 82

Tongji University Measures for the Administration of Instruments and Equipment.......................... 84

Tongji University Measures for the Administration of Domestic Instrument and Equipment Procurement ...................................................................................................... 89

Tongji University Measures for the Administration of the "Project 985" Construction (2010–2013) 91

# Tongji University Detailed Rules for the Implementation of Information Disclosure (Trial)

Tongji [2010] No. 18

### Chapter 1  Preamble

**Article 1**　These Detailed Rules are formulated in accordance with the *Higher Education Law of the People's Republic of China*, the *Regulations on Government Information Disclosure of the State Council*, and the *Measures for Information Disclosure by Institutions of Higher Learning of the Ministry of Education*, and in light of the actual circumstances of the University, for the purpose of ensuring that citizens, legal persons, and other organizations may obtain University information in accordance with the law, enhancing the transparency of the University's work, and promoting law-based governance of the University.

**Article 2**　The term "information" as used in these Detailed Rules refers to information produced, created, or obtained by the University in the course of carrying out educational activities and providing public services, and recorded or preserved in any form. Such information shall be disclosed in accordance with applicable laws, regulations, and the provisions of these Detailed Rules.

**Article 3**　The leadership structure and working mechanism for University information disclosure are as follows: The President shall assume overall leadership of the University's information disclosure work. The Vice President in charge of administrative affairs shall oversee the specific implementation of such work. The President's Office shall serve as the competent authority for information disclosure and shall be responsible for organizing, guiding, coordinating, and advancing information disclosure throughout the University, with the participation of all departments. Confidentiality review of disclosed information shall follow the principle of "the disclosing entity assumes responsibility." Information to be disclosed shall be reviewed by the responsible head of the relevant department. Where disclosure may involve risks of confidentiality breaches, the matter shall be submitted to the University Confidentiality Office for review and may only be disclosed upon approval. The Supervision Office shall be responsible for oversight and inspection.

**Article 4**　Information disclosure of the University shall follow the principles of fairness, impartiality, and convenience to the public.

**Article 5**　All units of the University shall establish and improve coordination mechanisms for information release. Where the information to be released involves other departments, communication and verification shall be conducted with the relevant departments to ensure the accuracy and consistency of the released information.

**Article 6**　Information disclosed by any unit of the University shall not endanger national security, public safety, economic security, social stability, or the safety and stability of the University.

**Article 7**　Where the University identifies false or incomplete information detrimental to campus and social stability, it shall, within the scope of its duties, promptly release accurate information to provide clarification.

### Chapter 2 Scope of Disclosure

**Article 8**　The University shall proactively disclose the following information:

(I)　Basic information concerning the University, including its name, location, nature, mission, educational level, scale of operation, internal governance structure, organizational setup, and University leadership;

(II)　The University Charter and all rules and regulations formulated by the University.

(III)    University development plans and annual work plans.

(IV)    Regulations governing enrollment, examinations, and admissions for degree programs of various levels and types; policies on student status administration and degree conferral; procedures for student appeals and grievance handling; and information on graduate employment guidance and services.

(V)    Information on academic disciplines and programs, development of key disciplines, curricula and teaching plans, laboratories and equipment, library collections, evaluations of teaching and research achievements, and results of state-organized teaching assessments.

(VI)    Policies governing the application for and administration of student scholarships, grants, tuition waivers, student loans, and work-study programs.

(VII)    Information concerning the number of faculty members and other professional and technical personnel, professional title classifications, position management and appointment measures, and mechanisms for resolving faculty disputes.

(VIII)  Fee items, legal basis, charging standards, and complaint channels.

(9)    Financial and asset management systems; sources of University funding; annual budget and final accounts; use and administration of fiscal funds and donated assets; procurement of equipment, books, medicines, and other materials; and tendering and bidding for major infrastructure projects.

(10)    Emergency response plans and handling of natural disasters and other emergencies, as well as investigations and handling of major incidents involving the University.

(11)    International exchanges and Sino-foreign cooperative education programs, together with policies governing foreign teachers and international students.

(12)    Other matters required to be disclosed by laws, regulations, and rules.

**Article 9**    In addition to information proactively disclosed, citizens, legal persons, and other organizations may, for special needs related to study, research, work, or other purposes, apply in writing (including by letter or electronic communication) to obtain relevant information from the University.

**Article 10**  The University shall not disclose the following information:

(I)    Information involving state secrets.

(II)    Information involving commercial secrets.

(III)    Information involving personal privacy.

(IV)    Other information prohibited from disclosure by laws, regulations, rules, or University provisions.

Information specified in Items (2) and (3) above may be disclosed upon consent of the rights holder, or where the University determines that nondisclosure may materially affect the public interest.

## Chapter 3 Responsibilities of the Working Body

**Article 11**  The President's Office shall serve as the University's information disclosure office and shall be responsible for the routine administration of information disclosure. Its responsibilities include:

(I)    Handling specific matters relating to information disclosure.

(II)    Managing, coordinating, maintaining, and updating publicly disclosed information.

(III)    Receiving, coordinating, processing, and responding in a unified manner to applications for information disclosure submitted to the University.

(IV)    Organizing the compilation of the Information Disclosure Guide, Information Disclosure Catalogue, and annual report on information disclosure.

(V)    Coordinating confidentiality reviews of information proposed for disclosure.

(VI)        Organizing internal assessments of the University's information disclosure work.

(VII)       Promoting and supervising information disclosure by internal organizational units.

(VIII)      Undertaking other duties relating to information disclosure.

The University shall disclose to the public the name, person in charge, office address, office hours, telephone number, fax number, and email address of its information disclosure working body.

Each functional department of the University shall establish and improve its information disclosure work system and designate a specific person to be responsible for daily information disclosure work.

**Article 12**  Prior to disclosing information, the University shall conduct a confidentiality review of the information intended for disclosure in accordance with the *Law of the People's Republic of China on Guarding State Secrets*, as well as other laws, regulations, and relevant national provisions. Where the University cannot determine whether information may be disclosed, it shall report to the relevant authorities for determination in accordance with laws, regulations, and relevant national provisions.

### Chapter 4 Channels and Requirements for Disclosure

**Article 13**  Information required to be disclosed under these Detailed Rules shall be disclosed through one or more of the following channels appropriate to its characteristics:

(I)       The official website of Tongji University and related websites;

(II)      On-campus media such as University newspapers, journals, and broadcasts; and off-campus media such as newspapers, magazines, radio, and television;

(III)     Documents, bulletins, yearbooks, and meeting minutes;

(IV)      Press conferences and other relevant meetings;

(V)       Information bulletin boards, electronic displays, public reading rooms, and document request points;

(VI)      Other forms that facilitate timely and accurate access to information by the public.

**Article 14**  Information disclosure is classified into three categories: proactive disclosure, disclosure upon request, and non-disclosure.

Upon completing the creation or acquisition of information, all units of the University shall promptly determine the disclosure attribute of such information. For information determined to be disclosed, the target audience shall be clearly identified; for information determined not to be disclosed, reasons shall be provided; where it is difficult to determine whether to disclose, the matter shall be promptly submitted to the University for examination and approval.

**Article 15**  For information falling within the scope of proactive disclosure, the unit in possession of the information shall disclose it within 20 working days from the date of its creation.

Where the content of disclosed information changes, the unit in possession of the information shall update it within 20 working days

Where University decision-making matters require soliciting opinions from faculty, students, and other staff, the period for public consultation shall be no less than 10 working days.

Where laws and regulations provide otherwise for the time limit of information disclosure, such provisions shall prevail.

**Article 16**  The University shall compile and publish the Guidelines for Information Disclosure and the Catalog of Information Disclosure, and update them in a timely manner. The Guidelines for Information Disclosure shall include: classification, arrangement system, and access methods for University information; procedures for handling and responding to requests for disclosure; and the name, office address, office hours, telephone number, fax number, and email address of the University's information disclosure working body.

The Catalog of Information Disclosure shall include: index, title, generation date, and responsible department for each item of University information.

### Chapter 5 Procedures for Requesting Information Disclosure

**Article 17**  Citizens, legal persons, or other organizations applying to the University for information in accordance with Article 10 of these Detailed Rules shall submit their applications in writing (including letters and data messages). Where submitting a written application is genuinely difficult, the applicant may make an oral application in person, and the Information Disclosure Office accepting the application shall fill out the Application Form for Information Disclosure of Tongji University on their behalf.

**Article 18**  An application for information disclosure shall include the following particulars:

(I)    The applicant's name (or name of organization), proof of identity, and contact information;

(II)    A description of the content of the information requested for disclosure;

(III)    Requirements for the format in which the information is to be provided;

(IV)    The purpose and intended use of the requested information;

(V)    The applicant shall present valid identity documents or certification papers.

**Article 19**  The University shall respond to applications for information disclosure within 15 working days in accordance with the following circumstances:

(I)    If the information falls within the scope of proactive disclosure, the applicant shall be informed of the means and channels for obtaining such information.

(II)    If the information falls within the scope of non-disclosure, the applicant shall be informed and the reasons explained.

(III)    If the information is not within the University's scope of duties or does not exist, the applicant shall be informed; where the unit responsible for the information can be identified, the applicant shall be informed of the name and contact information of such unit.

(IV)    If the requested information contains content exempt from disclosure but can be distinguished and segregated, the applicant shall be informed and provided with the disclosable part; reasons shall be explained for the non-disclosable part.

(V)    If the application content is unclear, the applicant shall be informed to make corrections or supplements; if the applicant fails to correct or supplement within the specified time limit, the application shall be deemed waived.

(VI)    If the same applicant repeatedly applies for the same information without justifiable cause, and the University has already responded and the information remains unchanged, the applicant shall be informed and the application shall not be processed again.

(VII)    Other responses made according to actual circumstances.

**Article 20**  Where the requested information involves the rights and interests of a third party, the University shall solicit the third party's opinion in writing. If the third party consents to disclosure, the information may be disclosed; if the third party does not consent, the information shall not be disclosed. If the third party fails to respond within the specified time limit, it shall be deemed as dissent to disclosure. However, where the University determines that non-disclosure may have a significant impact on the public interest, it shall disclose the information and notify the third party in writing of the content to be disclosed and the reasons therefor.

The time required for soliciting opinions from third parties shall not be counted in the time limit stipulated in Article 20 of these Detailed Rules.

**Article 21**  In providing information to applicants, the University may only charge cost fees for search, reproduction, and postage in accordance with the fee standards prescribed by the provincial pricing and finance authorities where the University is located; no other fees shall be charged. Fees collected shall be included in the University's financial management system.

No unit of the University shall provide information to others through any organization or individual for profit.

## Chapter 6 Supervision and Safeguards

The University's information disclosure work shall be subject to supervision and inspection by the national and Shanghai municipal education administrative departments. The University shall incorporate the implementation of information disclosure work into the post responsibility assessment for University leaders and cadres. Such assessment may be conducted in conjunction with the year-end performance appraisal. The Supervision Office of the University shall be responsible for organizing supervision and inspection of the University's information disclosure work. Such supervision and inspection shall involve the participation of representatives from the faculty, students, and other staff.

**Article 22** Each functional department of the University shall prepare an annual summary of its information disclosure work for the preceding year and submit it to the President's Office by the end of September each year. The President's Office shall be responsible for compiling the University's Annual Report on Information Disclosure and submitting it to the Shanghai Municipal Education Commission and the Ministry of Education by the end of October each year.

**Article 23** The Annual Report on Information Disclosure shall include the following:

(I)      Status of proactive disclosure;

(II)     Status of disclosure upon request and non-disclosure;

(III)    Details of fees charged, reductions, and exemptions for information disclosure;

(IV)    Main problems existing in information disclosure work and measures taken for improvement;

(V)     Other matters requiring reporting.

**Article 24** Citizens, legal persons, and other organizations that believe the University or its functional departments have failed to fulfill their information disclosure obligations in accordance with these Detailed Rules may file a complaint with the University's Discipline Inspection and Supervision Office, the President's Office, or the competent authority at the next higher level. The department receiving the complaint shall handle it promptly and inform the complainant of the handling result in an appropriate manner.

**Article 25** Where any functional department of the University violates relevant laws, regulations, or provisions of these Detailed Rules, the Discipline Inspection and Supervision Office shall order rectification; where circumstances are serious, a circulated notice of criticism shall be issued, and administrative sanctions shall be imposed on the directly responsible supervisor and other directly responsible personnel in accordance with relevant regulations:

(I)      Failure to fulfill the obligation of information disclosure in accordance with the law;

(II)     Failure to update disclosed information, Guidelines for Information Disclosure, and the Catalog in a timely manner;

(III)    Disclosing information that is exempt from disclosure;

(IV)    Concealing or fabricating facts in the course of information disclosure work;

(V)     Charging fees in violation of regulations;

(VI)    Providing information through other organizations or individuals on a paid service basis;

(VII)   Other acts violating relevant laws, regulations, or provisions of these Detailed Rules.

Where the aforementioned acts infringe upon the legitimate rights and interests of concerned parties and cause losses, civil liability shall be investigated and held in accordance with the law.

**Article 26** Funds required for information disclosure work shall be included in the University's annual budget.

**Article 27** These Detailed Rules shall come into force on the date of promulgation. The President's Office shall be responsible for their interpretation.

November 4, 2010

# Measures for the Evaluation of Tongji University Education Awards

Tongji Jiao [2010] No. 28

(Approved by the Vice President in charge in April 2010)

These Measures are formulated to recognize outstanding contributions made by faculty members and teaching administrators of the University in undergraduate and graduate education, teaching reform, moral education, and academic administration; to encourage and attract more outstanding faculty and teaching administration personnel to devote greater energy to teaching and student development; and to standardize the evaluation of various education awards of the University.

**Article 1**    The sources of Tongji University Education Awards include the Tongji University Teaching Awards (faculty and administration series) and educational funds established through donations from external organizations or individuals.

**Article 2**    Eligible Recipients of Tongji University Education Awards

(I)    Faculty members who have long remained on the frontline of undergraduate and graduate teaching and achieved outstanding results in teaching and student cultivation.

(II)    Faculty members who have a full teaching workload in basic courses and professional foundation courses, demonstrate effective classroom teaching, and receive high student evaluations.

(III)    Teaching management personnel who have made outstanding contributions to teaching management.

**Article 3**    The Tongji University Education Awards shall be evaluated once a year. The evaluation is generally conducted in the second half of the year; however, awards with special requirements shall be evaluated in accordance with their specific timelines.

**Article 4**    The scope, quota, and amount of awards shall be determined in accordance with the constitutions or measures formulated by the councils of respective education funds.

**Article 5**    Eligibility Criteria

(I)    Basic Criteria

1. Dedicated to the cause of education, rigorous in academic pursuit, committed to educating and nurturing students, and demonstrating excellent teaching effectiveness;

2. Proactively undertaking teaching assignments, conscientiously completing or exceeding the annual teaching workload, maintaining excellent teaching quality, and having no record of negative evaluations or complaints;

3. Diligently conducting teaching research, actively participating in teaching reforms, and achieving outstanding results in teaching development, including curriculum development, textbook compilation, and laboratory construction;

4. Having no teaching accidents during the current academic year (including unexcused lateness, early departure, absence from class, unauthorized rescheduling or suspension of classes, hiring substitutes without approval, or prolonged failure to guide students), and committing no violations of regulations in any teaching link;

5. Applicants must have engaged in professional work for at least three years, with a tenure of at least two years at this University.

(II)    Applicants meeting three or more of the following criteria shall be eligible for high-level and influential awards of Tongji University Education Awards.

1. Demonstrating excellent teaching effectiveness with high student evaluations; being recognized as a Teaching Master at the university, municipal, or national level; being honored as one of the "Top Ten Teachers in Teacher Ethics and Style" of the University; or winning first or second prize in the University's Young Faculty Teaching Competition.

2.  Undertaking teaching reform, research, and development projects at the university level or above with outstanding achievements; publishing more than two teaching research papers or compiling high-level textbooks within the past three years (papers and textbooks already used in award applications within the past three years shall not be counted again).

3.  Winning first prize in the Shanghai Municipal Teaching Achievement Awards or Excellent Textbook Awards, or second prize or above (inclusive) in the National Teaching Achievement Awards or Excellent Textbook Awards.

4.  Having courses recognized as Shanghai Municipal Model Courses or National Model Courses.

5.  Guiding students to win awards for Outstanding Doctoral Dissertations at the Shanghai municipal or national level.

6.  Guiding undergraduate students to win national second-class awards or above (inclusive), and provincial or ministerial first-class awards.

7.  Receiving the Shanghai or National Award for Advanced Work in Education, the Shanghai Outstanding Young Teacher Award, or other equivalent awards.

8.  Making outstanding contributions to the teaching work of the entire University.

**Article 6**   Selection procedures

(I)   The evaluation of Tongji University Education Awards shall be organized and implemented by the Academic Affairs Office, with the Graduate School participating in the implementation of related work.

(II)   Every March, the Academic Affairs Office shall issue evaluation notices to all schools (departments).

1.  For High-level and Influential Awards: Faculty members of each school (department) may apply voluntarily in accordance with the evaluation requirements of each award. After verification by their respective schools (departments), applications shall be submitted to the Academic Affairs Office, and the University shall organize experts to conduct preliminary evaluations.

2.  For faculty members with outstanding teaching achievements who have won national, Shanghai municipal, or relevant ministerial teaching achievement awards, National Model Course or Textbook Awards, or whose students have won Shanghai or National Outstanding Doctoral Dissertation Awards, the University shall allocate specific quotas and conduct the evaluation directly.

3.  For General Awards: Each school (department) shall organize faculty members (who have teaching assignments in the current year) to apply in accordance with award requirements. Meanwhile, Teaching Quality Supervision Experts of Tongji University shall conduct classroom observations of the applicants. The Teaching Quality Supervision Group of Tongji University shall conduct preliminary evaluations based on observation results and student evaluations.

4.  For Teaching Management Series Awards: Candidates shall be nominated by relevant functional departments and schools, and apply personally. Applications shall undergo preliminary evaluation by the Academic Affairs Office and the Graduate School before being submitted for final evaluation.

(III)   In the second half of the year, the Academic Affairs Office shall compile preliminary evaluation opinions for all awards and submit them to the Tongji University Education Award Review Committee for evaluation. The evaluation results shall be publicized on the University website.

(IV)   The Tongji University Education Award Review Committee shall determine the list of winners for various education awards in accordance with the establishment of specific awards.

(V)   The final list of winners for various education awards established through donations from off-campus organizations or individuals shall be reviewed by the councils of the respective education funds.

**Article 7**   Commendation

At the end of each academic year, the University shall hold an award ceremony for various education awards and scholarships, announce the list of winners, and present certificates to the recipients to commend their achievements.

**Article 8**   Disbursement of Awards

— 8 —

Prize money for various Tongji University Education Awards shall generally be disbursed within two weeks following the award ceremony. The prize money belongs to the recipients. Except for personal income tax payable in accordance with relevant national regulations, no unit or individual may withhold or misappropriate such funds.

**Article 9**    Receipt of the Tongji University Education Award shall be recorded in the recipient's personnel file and shall serve as one of the criteria for professional title evaluation.

**Article 10**    Any recipient found to have obtained an award through fraud or other improper means shall have the award revoked, and the certificate and prize money recovered. Disciplinary action shall be imposed based on the severity of the offense and the recipient's attitude.

**Article 11**    To ensure fairness, impartiality, and transparency in the selection process, all faculty and staff members have the right to supervise the process, make inquiries, and report issues to University leaders and relevant departments.

**Article 12**

(I)    These Measures shall come into force on the date of promulgation and shall be interpreted by the Academic Affairs Office.

(II)    The former *Measures for the Evaluation of Tongji University Excellent Teacher Teaching Awards (Tongjiao [2005] No. 154)* is hereby repealed simultaneously.

April 16, 2010

# Detailed Rules for the Recognition of Credits Earned by Tongji University Students Studying at Other Universities or in Other Majors

Tongji Jiao [2010] No. 108

In accordance with the University's educational objective of "cultivating high-level specialized talents and top-notch innovative talents who are oriented towards the future development needs of the country, adaptable to future technological progress, and have all-round development in morality, intelligence and physical fitness, with a coordinated unity of knowledge, ability and personality, broad knowledge, solid foundation, high quality and strong ability, international vision and leadership awareness, ideals and aspirations, social responsibility and professional ethics," and to improve the quality of education and talent cultivation, the University and its schools (departments) shall strengthen cooperation and exchanges with universities domestically and internationally, including those in Hong Kong, Macao, and Taiwan. These Detailed Rules are hereby formulated to facilitate the management of exchange students and to encourage them to earn credits through diverse channels.

**Article 1**    Schools (departments) shall strive to establish student cultivation models such as joint training, reciprocal exchange, and joint design with high-level universities domestically and abroad, and shall sign relevant inter-university joint training agreements. Such agreements may be signed by the presidents of the two universities, or by the deans of the respective schools under their jurisdiction, and shall be filed with the Academic Affairs Office for record.

**Article 2**    Prior to participating in an exchange program at another institution, students must sign an exchange agreement containing the following: The applicable inter-university joint training agreement; provisions regarding tuition payment, handling of accidents, and disciplinary actions for violations during the study period at the host institution. The agreement shall be signed by three parties: the two universities (or their authorized schools) and the exchange student. Students shall complete the *Study Plan Form for Exchange*

*Students of Tongji University*. The student's home department shall verify the equivalence between courses taken at the host institution and the corresponding courses in the University's educational program, and submit the form to the Academic Affairs Office for record.

**Article 3**　With written consent from their home department, graduating students may complete their graduation thesis (design) and defense at the host institution. Upon return, they shall submit the thesis (design) (if written in a foreign language, a Chinese version is required), signed by the supervisor at the host institution, along with the defense results and evaluation materials organized by the host institution.

**Article 4**　Grades for courses taken at the host institution shall be faithfully recorded in the appendix to the student's official transcript of Tongji University.

**Article 5**　Scope of Credit Recognition

1.　Where the content and requirements of courses taken by a student at another university or in another major are identical or similar to those of the student's major, such courses may be directly recognized as major credits upon approval by the department offering the course.

2.　Courses or projects related to innovation capability and expansion.

**Article 6**　Procedures for Credit Recognition Application

1.　Applicants for credit recognition shall complete the Application Form for Credit Recognition and submit the original transcript and course syllabus

(or textbook) to the Academic Affairs Section of their home department.

2.　The Academic Affairs Section of the home department shall forward the application and materials to that of the department offering the course. The Vice Dean for Teaching (or Department Head) of the offering department shall review the application (a re-evaluation may be conducted if necessary to assess the student's performance). The Academic Affairs Section of the offering department shall then register the grades.

3.　Once recognized, approved credits may not be altered.

4.　Credit recognition for innovation capability and expansion courses (or projects) shall be implemented in accordance with the *Administrative Measures for the Recognition of Innovation Capability and Expansion Credits for Undergraduates of Tongji University*.

**Article 7**　For courses deemed mandatory for make-up study by the school (department), the following measures may be adopted: The student may take the course alongside students of the lower grade upon return; or upon return, the student may apply to the department offering the course before the final examination (or re-examination) and, upon approval, directly take the examination for the relevant course.

**Article 8**　These Detailed Rules shall take effect on the date of issuance. The *Implementation Rules of Tongji University on Credit Recognition for Short-Term Exchange Students* is hereby repealed simultaneously.

**Article 9**　These Detailed Rules shall be interpreted by the Academic Affairs Office.

October 18, 2010

# Administrative Measures for Tongji University Students with a Cumulative Total of 25 or More Failing Credits

Tongji Jiao [2010] No. 119

These Measures are hereby formulated to better reflect student autonomy in learning under the credit system, while strengthening the management of students with academic difficulties.

Upon the entry of make-up examination results at the beginning of each semester, the Academic Affairs Section of each school (department) shall generate lists of students with a cumulative total of failing credits of "<25" and "≥25", and handle them according to the following categories:

I.   Cumulative Failing Credits < 25: The class advisor of each school/department shall contact the student and the student's parents to inform them of the academic status and relevant University policies. The student shall sign the list, and the record of contact with the parents shall be entered in the "School Handling Results" column.

II.   Students accumulating 25 or more failing credits for the first time shall be placed in the lower grade. The placement report shall be submitted to the Academic Affairs Office for review via the OA (Office Automation) system within four weeks of the semester start. Upon approval, the school (department) shall arrange course selection for the student according to the following requirements:

1.   25-40 Credits: The total credits for course selection shall be limited to 20 credits in the Fall semester and 27 credits in the Spring semester. Students shall prioritize retaking failed courses; the credits for newly taken courses shall generally not exceed 10.

2.   Over 40 Credits: The total credits for course selection shall be limited to 18 credits in the Fall semester and 22 credits in the Spring semester. Students shall prioritize retaking failed courses; the credits for newly taken courses shall generally not exceed 5.

III. Students whose cumulative failing credits reach 25 or more for the second time shall be withdrawn from the University.

1.   The Academic Affairs Section of the school (department) shall issue the *Notice of Withdrawal Decision of Tongji University*, and the class advisor shall notify the student of the withdrawal decision.

2.   Students who are likely to complete their studies within the prescribed duration of study may apply to their school (department) for probationary study within four weeks from the start of each semester. Applicants for probationary study must formulate a comprehensive study plan and sign a study commitment. Upon approval, they shall be placed in the lower grade for probationary study. Academic status management requirements remain unchanged during the probationary period. If a student fails to reduce cumulative failing credits to below 25 within one year of starting probation, or if cumulative failing credits reach 25 or more again, or if the student violates the study commitment, their probationary status shall be revoked and they shall be withdrawn from the University. Course selection requirements during the probationary period shall be implemented in accordance with the provisions of Article 2 of these Measures.

3.   Students who are clearly unable to complete their studies within the prescribed duration of study shall not apply for probationary study and shall be withdrawn from the University directly.

These Measures apply to all currently enrolled students and shall come into force on the date of approval by the Vice President in Charge.

October 21, 2010

# Revision Plan for the Funding Measures for Full-time Postgraduates of Tongji University

Tongji Yan [2010] No. 13

I.    Increase in Stipend Standards for Full-time Doctoral Students

Effective September 1, 2009, the stipend standard for registered full-time doctoral students is increased to RMB 13,000 per academic year. Adhering to the principles of not increasing the financial burden on supervisors and controlling enrollment quotas, starting from 2010, the stipend contribution required from each doctoral supervisor for the first two enrolled full-time doctoral students shall remain at RMB 3,000 per academic year. For the third and fourth enrolled students, the required contribution shall be increased to RMB 10,000 and RMB 13,000 per academic year, respectively.

II.    Expansion of Coverage for Category A Academic Scholarships and Increase in Standards for Category B Academic Scholarships for Full-time Master's Students

In 2010, the coverage rate for Category A Academic Scholarships for master's students in academic degrees shall be 66%, with a standard of RMB 10,000 per academic year; the coverage rate for Category B shall be 34%, with a standard of RMB 5,000 per academic year. The specific coverage rates for Category A and B students in each discipline shall be adjusted appropriately based on the assessment indicators in the *Tongji University White Paper on Educational Quality* and the funding capacity of supervisors.

III.    Reform of Funding Mechanism for Outstanding Doctoral Students and Introduction of the "Outstanding Doctoral Student Scholarship"

Starting from the Class of 2010, the funding for outstanding doctoral students is designated as the "Outstanding Doctoral Student Scholarship". The scholarship is open to full-time doctoral students. The scholarship is awarded in four phases. Upon matriculation, 100 Freshman Scholarships (RMB 5,000 each) shall be awarded to doctoral students who demonstrate outstanding academic performance, a strong educational background, and robust research capabilities. At the mid-term evaluation, 50 First-Class Outstanding Doctoral Scholarships (RMB 10,000 each) and 100 Second-Class Outstanding Doctoral Scholarships (RMB 5,000 each) shall be awarded to doctoral students who have studied diligently, engaged in assiduous research, and produced high-level papers and high-quality research achievements. Upon completion of the standard study period, 80 Outstanding Doctoral Cultivation Scholarships (RMB 15,000 each) shall be awarded to doctoral students who possess strong research capabilities and are willing to continue participating in scientific research and writing high-level papers. At the end of the fourth academic year, 40 Outstanding Doctoral Cultivation Achievement Scholarships (RMB 15,000 each) shall be awarded to doctoral students who have achieved outstanding research results and cultivated excellent doctoral dissertations.

**Schedule of Outstanding Doctoral Scholarship Levels for the Class of 2010**

| Assessment Time: | Category | Scholarship Standards (RMB 10,000) | Quota (Persons) | Total (RMB 10,000) |
|---|---|---|---|---|
| Upon Enrollment | Freshman Scholarship | 0.5 | 100 | 50 |
| At Mid-term Assessment | First-class Outstanding Doctoral Scholarship | 1 | 50 | 50 |
| | Second-class Outstanding Doctoral Scholarship | 0.5 | 100 | 50 |
| Upon Completion of Standard Study Duration | Outstanding Doctoral Cultivation Scholarship | 1.5 | 80 | 120 |
| At the End of the Fourth Academic Year | Outstanding Doctoral Cultivation Achievement Scholarship | 1.5 | 40 | 60 |

The measures for the selection of the Outstanding Doctoral Scholarship shall be promulgated separately.

IV.    Optimization of Support Funds

Adhering to the principle of aligning postgraduate enrollment quotas with supervisors' research achievements and projects, the allocation of support funds for doctoral supervisors shall be linked to their research projects and funding status at the time of annual enrollment.

In case of any inconsistency between the original Funding Measures and this Revision Plan, this Revision Plan shall prevail.

March 10, 2010

# Administrative Measures for the "Three Assistantships" Program for Full-time Postgraduates of Tongji University

Tongji Yan [2010] No. 39

To strengthen postgraduate education, optimize the environment for cultivating top-notch innovative talents, coordinate with the reform of the postgraduate financial aid system, further leverage the role of postgraduates in the University's scientific research, teaching, management, and services, cultivate their innovation capabilities, practical skills, and sense of responsibility, and standardize the management of "Three Assistantships" positions (Teaching Assistants, Research Assistants, and Administrative Assistants), these Administrative Measures are hereby formulated. These Measures shall come into force starting from the Class of 2010 full-time postgraduates. (For full-time postgraduates in professional degrees, please refer to the *Funding Measures for Full-time Professional Degree Postgraduates of Tongji University*.)

I.    Description of "Three Assistantships" Positions

1.    Research Assistant (RA): Refers to postgraduates participating in their supervisor's research work. Duties include conducting scientific experiments, engineering design, literature search, programming, equipment maintenance and debugging, technical support, and social surveys.

2.    Teaching Assistant (TA): Refers to postgraduates engaged in teaching tutoring, answering inquiries, grading assignments, supervising experiments, conducting tutorial classes, and assisting in supervising production internships, in addition to completing mandatory teaching practice tasks.

3.    Administrative Assistant (AA): Refers to postgraduates concurrently undertaking tasks related to ideological and political education, administrative management, and logistical service management.

II.    Organization of the "Three Assistantships" Program

The Graduate Education Innovation Fund Management Office (hereinafter referred to as the Innovation Fund Office) is responsible for drafting the overall plan for the "three assistantships" program, coordinating its implementation across various schools (departments, institutes) and relevant departments, and supervising the implementation of Teaching Assistant and Administrative Assistant positions established by the University. The employing unit is responsible for position establishment, personnel appointment, and performance assessment.

Each school (department, institute) is responsible for the specific implementation of the "Three Assistantships" program within its unit.

III.    Establishment of "Three Assistantship" Positions

1.    Number of Positions and Stipend Amounts

A total of 2,550 "Three Assistantships" positions per cohort are established for full-time master's students (including approximately 1,800 Research Assistants, 250 Teaching Assistants, and 500 Administrative Assistants per cohort), with a stipend of RMB 4,000/year/position. Approximately 650 Research Assistant positions per cohort are established for full-time doctoral students, with a stipend of RMB 13,000/year/position.

2. Source of Positions

Research Assistant positions for full-time postgraduate students are filled by their supervisors or by other faculty members with the supervisors' consent.

Teaching Assistant positions for full-time master's students are allocated by the Academic Affairs Office based on the undergraduate teaching workload and the number of teaching assistants available for appointment in the given year.

Administrative Assistant positions for full-time master's students are established by the University's Party Committee, administrative departments, and logistical services departments according to actual needs. In principle, positions shall be established on an academic year basis. At the end of each academic year, each school (department, institute) and department shall complete the *Summary Table for Graduate Student "Three Assistantships" Positions* based on actual work needs. The employing unit must clearly specify job competency requirements, work schedules, and job descriptions in the table, and apply to the Innovation Fund Office for Administrative Assistant quotas. The Innovation Fund Office shall allocate Administrative Assistant quotas after verifying the applications.

IV    Management Principles

1. The "Three Assistantships" program for postgraduates shall be centrally coordinated and managed by the University.

2. Each school (department, institute) may formulate detailed implementation rules based on these Measures and its actual conditions, and submit such rules to the Graduate Education Innovation Fund Management Office for filing.

3. All "Three Assistantships" positions shall be recruited in accordance with the principles of openness, fairness, and impartiality. Postgraduates must obtain their supervisor's consent before engaging in Teaching Assistant or Administrative Assistant work, and such work must not interfere with their normal research and studies.

4. Master's students generally shall not hold concurrent "Three Assistantships" positions. However, up to 5% of outstanding master's students serving as Research Assistants are permitted to concurrently serve as Administrative Assistants.

5. All full-time master's students are eligible to apply and compete for "Three Assistantships" positions.

6. Postgraduates serving in "Three Assistantships" positions must maintain a specific workload and time commitment without interfering with thesis writing and research. First-year postgraduates serving as TAs or AAs shall work no less than 8 hours and no more than 10 hours per week; second-year and above postgraduates shall work no less than 10 hours and no more than 12 hours per week.

**V.    Management of "Three Assistantships" Stipends**

1. The portion of "Three Assistantships" stipends borne by the University shall be directly transferred to the Graduate Education Innovation Fund account.

2. The management process for the portion of Research Assistant stipends paid by the employing faculty member is as follows:

(1)    Each school (department) shall allocate Research Assistant and Teaching Assistant quotas to supervisors, and Administrative Assistant quotas to administrative departments, based on the quotas assigned by the Graduate School.

(2)    Supervisors granted Research Assistant quotas must complete the *Confirmation Form for Supervisor Funding Support for Postgraduate Recruitment of Tongji University* before postgraduates enroll, and submit it to the relevant management department of their school (department, institute). Each school (department, institute) shall centrally transfer the supervisor funding to the school's dedicated supervisor funding account.

(3)    After collecting the summary tables, each school (department, institute) shall submit them to the Innovation Fund Office. Upon approval, the Innovation Fund Office shall forward them to the Finance Department.

(4)    The Finance Department shall transfer the required funding amount from the designated funding cards of the employing personnel to the dedicated supervisor funding accounts of each school (department, institute), and provide feedback on the list of supervisors with successful deductions to each school (department, institute).

— 14 —

3.  For the disbursement of Special Funds for Disciplines under Support, the Innovation Fund Office shall submit relevant data to the Finance Department based on approval status. The Finance Department shall then transfer the support funds to the dedicated supervisor funding accounts of the schools (departments, institutes).

4.  To safeguard postgraduates' rights and interests, the University has established a risk reserve fund equivalent to 5% of the total supervisor funding. This fund shall be used to advance stipends to eligible postgraduates in the event that supervisor funding fails to arrive due to unforeseen circumstances.

5.  Each school (department, institute) shall designate personnel to manage the dedicated supervisor funding account. These personnel must monitor the dynamic usage of the account, conduct regular settlements each academic year, and report to the Fund Management Office for filing.

VI.  Recruitment and Performance Evaluation for "Three Assistantships" Positions

The "Three Assistantships" positions shall be managed through an online system. Postgraduates shall log in to the Tongji University Graduate Student Information Management System, complete the application information online, and submit it to the management department of their school (department, institute) after signing and stamping as required. The management department shall conduct online review of student applications.

1.  Recruitment of Research Assistants

The engagement of postgraduates as Research Assistants shall be based on a mutual agreement between the supervisor and the postgraduate, subject to online review and appointment.

2.  Recruitment of Teaching Assistants

Eligibility for Teaching Assistant positions shall be determined through interviews organized by the leader in charge of teaching at the employing unit. An employment agreement shall be signed with the prospective postgraduate. The management department of each school (department, institute) shall conduct online review and appointment based on student applications.

Each school (department, institute) shall provide pre-service training for postgraduates serving as Teaching Assistants.

3.  Recruitment of Administrative Assistants

In principle, Administrative Assistant positions in each school (department, institute) shall be recruited from postgraduates within that unit, while Administrative Assistant positions in University departments shall be recruited from postgraduates University-wide. The employing unit shall organize interviews. Employment agreements shall be signed with prospective postgraduates within the approved quotas, followed by online review and appointment.

The school (department, institute) and the employing unit shall be responsible for performance evaluation. Based on tasks stipulated in the employment agreement, the supervising teacher or employing department shall evaluate the postgraduate's performance. Decisions regarding renewal, position transfer, or termination shall be made based on the evaluation and the principle of mutual selection.

VII.  Stipend Disbursement

The Innovation Fund Office shall disburse stipends monthly based on the online duty status of students. (February and August are vacation months; in principle, no "Three Assistantships" positions are appointed during these periods.)

VIII.  Termination of Appointment

The appointment of a postgraduate holding a "Three Assistantships" position shall be terminated if any of the following circumstances occur:

1.  The postgraduate suspends or terminates their studies for any reason;

2.  The appointed postgraduate violates university discipline and regulations;

3.  The appointed postgraduate demonstrates lack of commitment or seriousness in work attitude, or commits major errors causing adverse effects;

4.  The appointed postgraduate is found to have committed academic misconduct, such as plagiarism or falsification of experimental data, in publicly published papers bearing their name (regardless of authorship order);

5.  The appointed postgraduate requests to terminate the employment agreement;

6.  The appointed postgraduate is absent from their post for more than one month.

IX.  Supplementary Provisions

(I)  The right of interpretation of these Measures resides with the University Graduate Education Innovation Fund Committee.

(II)  These Measures, approved by the Vice President in Charge, shall come into force in July 2010.

July 28, 2010

# Measures for the Administration of Academic Scholarships for Full-time Postgraduates of Tongji University

Tongji Yan [2010] No. 40

In accordance with Document No. 13 [2010] of the Graduate School and the Funding Measures for Full-time Postgraduates of Tongji University, the University has established the Graduate Education Innovation Fund. Academic Scholarships from this fund are used to cover part or all of the tuition fees for postgraduates during their studies. These Measures are hereby formulated to standardize the management of Graduate Academic Scholarships. These Measures apply to full-time postgraduates of the Class of 2010 (for full-time professional degree postgraduates, refer to the Funding Measures for Full-time Professional Degree Postgraduates of Tongji University).

1.  Academic Scholarship Standards

The standards for awarding postgraduate academic scholarships are shown in Table 1.

Table 1    Standards for Academic Scholarships for Postgraduates of Tongji University

| Student Category | Funding Category | Academic Scholarship |
|---|---|---|
| Doctoral Students | full-time | RMB 11,800/year |
| Master's Students | Full-time Category A | RMB 11,800/year |
| | Full-time Category B | RMB 11,800/year |

2.  Basic Eligibility Criteria

(1)  Love the socialist motherland and uphold the leadership of the Communist Party of China;

(2)  Abide by national laws and University rules and regulations;

(3)  Study diligently, strive to master professional knowledge, and pass all courses.

(4)  Be within the prescribed duration of study;

(5)  Complete registration and reporting procedures as required by the University.

3.  Assessment and Administrative Procedures for Academic Scholarships

The University shall determine the quotas for Doctoral Academic Scholarships and Master's Category A/B Academic Scholarships for each school (department, institute) based on factors such as application statistics, number of candidates passing the preliminary examination, school evaluation rankings, and disciplinary characteristics.

During the graduate re-examination, each school (department, institute) shall determine the recipients and categories of Academic Scholarships based on entrance examination scores and educational/research experience. When submitting the list of proposed admittees, each school (department, institute) shall simultaneously report scholarship recipients and categories to the Graduate Admissions Office.

(1)    Doctoral Academic Scholarships are disbursed on an academic year basis.

(2)    Master's Academic Scholarships: For the 3-year program, disbursed annually; for the 2.5-year program, disbursed in installments of one year, half a year, and one year.

(3)    The level of academic scholarship shall be confirmed at the time of registration and enrollment. Postgraduates not receiving full funding must pay the tuition balance after the scholarship deduction.

(4)    Each school (department, institute) is responsible for postgraduate performance assessment and dynamic adjustment of scholarship status. Academic Scholarships shall be reassessed according to the original quota scale two weeks before the end of the third semester for 2.5-year postgraduates, and two weeks before the end of the fourth semester for 3-year postgraduates. Results shall be reported to the Innovation Fund Office.

4.  Revocation of Academic Scholarships

Academic Scholarships shall be revoked if a postgraduate commits any of the following acts during their studies:

(1)    Failing degree course examinations on two occasions;

(2)    Receiving disciplinary action for violating university rules and regulations;

(3)    Being found guilty of academic misconduct (such as plagiarism or falsification of experimental data) in publicly published papers bearing their name (regardless of authorship order)

(4)    Engaging in off-campus part-time employment without the supervisor's consent

5.  Miscellaneous

For students in early doctoral track, direct doctoral track, or combined Master's-Doctoral track who apply to transfer to the Master's program after entering the doctoral stage: their Doctoral Academic Scholarship shall be revoked; they must pay tuition according to the Master's tuition standard; and they become eligible to apply for Master's "Three Assistantships" positions.

6.  Supplementary Provisions

(1)    The right of interpretation of these Measures resides with the University Graduate Education Innovation Fund Committee.

(2)    These Measures, approved by the Vice President in Charge, shall come into force in July 2010.

July 28, 2010

# Measures for the Selection of Outstanding Doctoral Student Scholarships of Tongji University

Tongji Yan [2010] No. 043

To further deepen the reform of the cultivation mechanism, improve the quality of doctoral education, and encourage doctoral students to devote themselves to scientific research and innovation, Tongji University selects and funds outstanding students from the full-time doctoral candidates enrolled each year. These Measures shall come into force starting with the Class of 2010 full-time doctoral candidates.

The funding program is implemented in three phases, with selection conducted separately for each phase.

I.    Objectives and Standards of the Scholarship

Phase I Scholarship for Outstanding Doctoral Students (Freshman Scholarship):

Upon enrollment, 100 Freshman Scholarships are awarded at a standard of RMB 5,000 per person, to encourage doctoral candidates with excellent academic performance, strong educational backgrounds, and robust research capabilities.

The Graduate School shall allocate funding quotas to each school (department, institute) based on performance indicators including: the proportion of full-time doctoral candidates in the unit relative to the University total, quality of student intake, discipline construction, cultivation capacity and quality, and departmental contributions. Each school (department, institute) shall select funding recipients based on its allocated quota and factors such as the quality of student intake at enrollment.

Phase II Scholarship for Outstanding Doctoral Students:

At the beginning of the third academic year, 50 First-Class Outstanding Doctoral Scholarships (RMB 10,000/person) and 100 Second-Class Outstanding Doctoral Scholarships (RMB 5,000/person) are established. These awards recognize doctoral candidates who demonstrate diligence, complete the mid-term assessment, publish high-level papers, and achieve high-quality research results during their studies.

Each school (department, institute) shall select doctoral candidates with potential for development in scientific research and dissertation writing as funding recipients.

Phase III Scholarship for Outstanding Doctoral Students:

At the beginning of the fourth academic year (upon completion of the standard duration of study), 80 Outstanding Doctoral Cultivation Scholarships are established at a standard of RMB 15,000/person. These awards recognize doctoral candidates with strong research capabilities who are committed to continuing scientific research and publishing high-level papers.

Upon completion of the standard duration of study, each school (department, institute) shall screen doctoral candidates requiring extension of study. Those demonstrating potential in research and dissertation writing shall be granted the Outstanding Doctoral Scholarship, with the funding period lasting until the end of the fourth academic year.

At the beginning of the fifth academic year, 40 doctoral candidates shall be selected from the previous 80 recipients to continue receiving the Outstanding Doctoral Scholarship at a standard of RMB 15,000/person. The funding period shall last until the end of the fifth academic year.

II.    Criteria for Scholarship Selection

Phase I:

Scholarships for this phase are determined during the admissions process.

1. They are designed to reward direct-entry doctoral candidates from high-quality student sources. Specific Requirements:

(1)    Direct-entry doctoral candidates (including those from Tongji University) whose undergraduate majors are National Key Disciplines and whose academic performance ranks in the top 10% of their cohort.

(2)    Direct-entry doctoral candidates (including those from Tongji University) whose undergraduate institutions are part of the Project 985 institutions and whose academic performance ranks in the top 10% of their cohort.

2. Rewards for Master-Doctoral Combined Program candidates with outstanding research capabilities. Applicants must possess research achievements recognized by the discipline at the time of application, Specific Requirements: amounting to at least 50% of the research output required for doctoral graduation in their field at Tongji University.

3. Rewards for full-time doctoral candidates admitted through the regular entrance examination with outstanding research capabilities. Specific Requirements: Their existing achievements must reach at least 50% of the research output required for doctoral graduation in their field at Tongji University.

Phase II:

Each school (department, institute) shall recommend candidates according to the allocated quota. A comprehensive assessment shall be conducted based on research projects led or participated in by the candidate, as well as the quantity and quality of academic papers related to their doctoral dissertation.

The recognition of scientific and academic achievements shall be conducted in accordance with Table 1.

Table 1    Standards for Recognizing Scientific and Academic Achievements

| Item | Achievement Level | Score (Per item/article/monograph) |
|---|---|---|
| 1 | Top 5 recipients of National Natural Science Awards, Science and Technology Progress Awards, or Invention Awards. | 30 points |
| 2 | Top 5 recipients of provincial/ministerial-level Natural Science Awards, Science and Technology Progress Awards, or Invention Awards (Second Prize or higher). | 25 points |
| 3 | Papers published in journals indexed by SCI, EI, SSCI, SCIE, or A&HCI (for foreign language journals, the journal list is subject to approval by the Sub-Committee); Top 5 inventors of international invention patents. | 25 points |
| 4 | Independently authored monographs | 15 points/item |
| 5 | Top 10 recipients of provincial/ministerial-level or higher Natural Science Awards, Science and Technology Progress Awards, or Invention Awards (excluding those already listed in Items 1 and 2). | 10 points |
| 6 | Papers published in Chinese journals indexed by SCI and EI; papers indexed by ISTP or CSSCI (for foreign language journals, the journal list is subject to approval by the Sub-Committee); Top 2 inventors of invention patents. | 10 points |
| 7 | Top 2 inventors of utility model patents and design patents. | 5 points |

Note:

1.    In cases of overlap between Chinese Core Journals and indexes such as SCI/EI, scores shall be calculated according to the principle of "adopting the higher value".

2.    Publication Requirements: The applicant must be the first author with Tongji University as the first affiliated institution; OR the applicant's supervisor is the first author and the applicant is the second author, with Tongji University listed as the affiliated institution for both the first and second authors.

3.    These publication requirements serve as the basic criteria for applicants' scientific and academic achievements, in accordance with the graduation requirements of each discipline.

Phase III:

In addition to meeting the Phase II criteria, candidates must submit a study and research plan for the extension period and recommendation letters from two experts. The school shall organize a panel of subject matter experts to conduct a review and defense, and submit recommendations for approval.

III.    Obligations of Scholarship Recipients

Recipients shall actively participate in various academic activities, publish high-level papers, exchange academic ideas at the "Boshi Forum", and strictly abide by academic ethics and norms.

IV.    Selection Procedures

1.    Annually, the Graduate School shall announce the quotas for Outstanding Doctoral Scholarships (by phase) to each school (department, institute).

2.    Doctoral candidates shall submit the *Application Form for Outstanding Doctoral Students of Tongji University* and supporting materials to their school (department, institute).

3.    Each school (department, institute) shall conduct a review and public announcement based on the applications received, and submit the recommended list to the Graduate Education Innovation Fund Management Office for review.

4.    The Office of Graduate Education Innovation Fund Management shall submit the reviewed list to the Graduate Education Innovation Fund Management Committee.

5.    The Graduate Education Innovation Fund Management Committee shall deliberate and approve the final list of recipients, which shall then be announced.

6.    Upon completion of the review, Phase I and Phase II scholarships shall be disbursed to students' accounts in a lump sum. Phase III scholarships shall be disbursed at a rate of RMB 1,500/month for 10 months each year.

V.    Termination and Suspension of Funding

Funding shall automatically terminate under any of the following circumstances:

1.    Termination of studies for any reason;

2.    Receiving disciplinary action for violating university rules and regulations;

3.    Falsification of application materials;

4.    The appointed postgraduate is found to have committed academic misconduct, such as plagiarism or falsification of experimental data, in publicly published papers bearing their name (regardless of authorship order);

5.    Failing one course examination (or assessment).

Funding shall be suspended for Phase III recipients under any of the following circumstances:

(1)    During a period of overseas travel (for private purposes) lasting more than one month;

(2)    During a leave of absence for personal or medical reasons.

VI.    Supplementary Provisions

1.    The right of interpretation of these Measures resides with the University Graduate Education Innovation Fund Committee.

2.    These Measures, approved by the Vice President in Charge, shall come into force in July 2010.

August 3, 2010

— 20 —

# Measures for Scholarships and Financial Aid for Full-time Professional Master's Candidates (Class of 2010) of Tongji University

Tongji Yan [2010] No. 46

**I.    Principles of Scholarships and Financial Aid**

(I)    These Measures are formulated in accordance with the spirit of the *Notice from the General Office of the Ministry of Education on Effectively Carrying Out Funding for Full-time Professional Master's Candidates in Regular Higher Education Institutions* (Document No. 2 [2010] of the Department of Finance, MOE).

(II)    Meets the requirements for implementing the "Excellent Engineer Program";

(III)    To adjust and optimize the structure of graduate education, attract high-quality students, and establish a cultivation system conducive to the development of professional master's candidates.

II.    Eligible Recipients

These Measures apply exclusively to full-time professional master's candidates of the Class of 2010, excluding candidates for Juris Master (Non-law), Master of Business Administration (MBA), Master of Public Administration (MPA), and Master of Engineering in Software Engineering.

III.    Scholarship and Financial Aid Program

(I)    Academic scholarships shall be established to subsidize the tuition fees of postgraduate students. Of which: Full Scholarships (RMB 10,000/academic year) are awarded to students admitted via recommendation without examination (including those in the "Excellence Engineer Program") and outstanding candidates from the national unified entrance examination. The coverage rate for the Class of 2010 is approximately 40%. Half Scholarships (RMB 5,000/academic year) cover approximately 10% of the cohort.

(II)    General scholarships shall be established to support the living expenses of postgraduate students during their studies. The standard rate is RMB 300/month, disbursed for 10 months each year (excluding February and August).

(III)    External donation scholarships, National Student Loans, and Financial Aid Funds for Needy Students shall be administered in accordance with regulations applicable to academic master's candidates.

IV.    Approval and Distribution

Academic Scholarships are disbursed based on assessment results obtained during the admissions phase.

General Scholarships shall be distributed monthly based on the student's registration status; any suspended months will not be compensated.

V.    Revocation of Academic Scholarships and Termination/Suspension of General Scholarships

(I)    A postgraduate student's Academic Scholarship shall be terminated under any of the following circumstances:

1.    Failing degree course examinations on two occasions;

2.    Receiving disciplinary action for violating university rules and regulations;

3.    Being found guilty of academic misconduct (such as plagiarism or falsification of experimental data) in publicly published papers bearing their name (regardless of authorship order)

4. Completion of the prescribed duration of study.

(II)    The General Scholarship shall be automatically suspended under any of the following circumstances:

1. During a leave of absence for personal or medical reasons;
2. During a period of overseas travel (for private purposes) lasting more than one month.

After the suspension period ends, the student must submit an application to their school (department, institute) to resume the General Scholarship. Reinstatement shall take effect only upon approval by the Graduate School.

VI.    The Graduate School reserves the right of interpretation for these Measures.

September 27, 2010

# Implementation Measures (Trial) for the Appointment of Section-Level Cadres in Party and Administrative Management at Tongji University

Tongji Renshi [2010] No. 47

### Chapter 1 Preamble

**Article 1**    In accordance with the requirements of the University's personnel system reform and post appointment system, and to improve the selection, appointment, and evaluation mechanisms for section-level positions in Party and administrative management, strengthen post management, enhance operational efficiency and service quality, and bolster the cadre team, these Measures are hereby formulated.

**Article 2**    The selection and appointment of section-level cadres must adhere to the following principles:

1. Integrity and Ability, Merit-based Appointment;
2. Public Recognition and Emphasis on Performance;
3. Openness, Equality, Competition, and Merit-based Selection;
4. Appointment Based on Post Requirements.

**Article 3**    The University Personnel Arrangement Group shall be responsible for the establishment of section-level positions and the appointment of section-level cadres across the University.

### Chapter 2 Post Establishment and Term of Office

**Article 4**    Party and administrative departments of the University, as well as grassroots units, may establish Principal Section-level and Deputy Section-level positions for section-level institutions approved by the University. Grassroots Party Committees (General Branches) may establish Principal and Deputy Section-level Organizational and Personnel Officers. For other non-section-level institutions, non-leadership positions such as Principal Staff Member and Deputy Staff Member may be established, or administrative ranks determined, according to operational needs.

**Article 5**   Section-level cadres shall be appointed strictly in accordance with the authorized headcount for section-level positions approved by the University. Generally, a section-level institution shall have one Principal and one Deputy Section-level position. Institutions with singular responsibilities or small staff sizes may have only one Principal or one Deputy position. Additional Deputy Section-level positions may be established upon review by the University Personnel Arrangement Group if operationally necessary. The headcount for Organizational and Personnel Officers in grassroots Party Committees (General Branches) shall be determined in accordance with relevant regulations.

**Article 6**   Section-level cadres shall be subject to an appointment system, with an appointment term of three years. Cadres assessed as competent upon expiration of their term may be reappointed if required by work needs.

### Chapter 3 Qualifications for Selection and Appointment

**Article 7**   Candidates for section-level cadres shall meet the following basic qualifications:

1.   Abide by laws and regulations, demonstrate dedication to duty, uphold integrity, and have received a "Qualified" rating in annual performance assessments for the past two years;

2.   Possess the ideological and moral standards, management knowledge, professional expertise, and organizational coordination skills required to fulfill post responsibilities;

3.   Be in good health.

**Article 8**   Qualifications for promotion to section-level cadres are as follows:

1.   Candidates for Deputy Section-level positions must meet one of the following:

(1)   Hold a Bachelor's (or Associate's) degree, with at least 3 years of relevant work experience and significant achievements;

(2)   Hold a Postgraduate degree, with at least 2 years of relevant work experience and significant achievements.

2.   Candidates for Principal Section-level positions must have served in a Deputy Section-level position for at least 3 years with significant achievements. Requirements may be relaxed for candidates with experience holding a Senior Professional Technical Title (Associate Senior level).

**Article 9**   In principle, individuals within 3 years of the statutory retirement age shall not be newly appointed to Principal or Deputy Section-level positions.

**Article 10**  Those unable to complete half of a term before reaching statutory retirement age shall not be reappointed.

### Chapter 4 Selection and Appointment Procedures

**Article 11**  The selection and appointment procedures for section-level cadres are as follows:

1.   Each unit shall recommend candidates for investigation based on post establishment and operational needs. The grassroots Party Committee (General Branch) shall organize a Democratic Assessment.

2.   Based on the Democratic Assessment, the Joint Meeting of the Party and Administration of the unit shall determine the candidates for investigation. The grassroots Party Committee (General Branch) shall conduct a comprehensive investigation in accordance with selection qualifications and job responsibilities, and produce written investigation materials. Investigation materials must be factual and comprehensively, accurately, and clearly reflect the candidate's performance in terms of Morality, Ability, Diligence, Achievement, and Integrity (the "Five Aspects"), with particular emphasis on work achievements. They must also reflect major shortcomings, as well as the results of Democratic Recommendation and Democratic Assessment.

3.   After the proposed candidates for section-level cadres in each grassroots unit have been discussed and approved by the unit's Joint Meeting of Party and Administration, the relevant materials shall be submitted to the Personnel Department. For proposed candidates for section-level cadres in each central administrative department, the materials shall be countersigned by the Party Committee of the Central Administration and then

submitted to the Personnel Department.

4.  The Personnel Department shall conduct a preliminary review of the relevant materials of the proposed candidates and submit them to the University's Personnel Arrangement Group Meeting for final approval.

5.  The University shall issue an official appointment document.

6.  For all promotions and appointments, relevant written materials shall be archived in the individual's personnel file.

**Article 12**  For cadres in the Party and Communist Youth League systems requiring administrative rank recognition, the relevant organization shall submit applications to the Organization Department of the University Party Committee for preliminary review. The corresponding administrative rank shall be determined upon approval by the University Personnel Arrangement Group.

**Article 13**  During the investigation of proposed section-level cadres, opinions must be solicited from the Discipline Inspection Commission of the candidate's unit.

**Article 14**  When discussing or deliberating on cadre appointments and removals, any participant involved personally or through relatives must recuse themselves from the meeting.

## Chapter 5 Training and Assessment

**Article 15**  The Personnel Department shall be responsible for the centralized education and training of section-level cadres. Each grassroots Party committee (general branch) shall be responsible for the daily education and management of section-level cadres within its unit.

**Article 16**  The University conducts annual performance assessments of section-level cadres, which are specifically implemented by their respective units.

**Article 17**  Each unit shall formulate job descriptions for its section-level positions and submit them to the Organization Department and the Personnel Department for filing and record.

**Article 18**  Section-level cadres shall be relieved of their duties under any of the following circumstances:

1.  Deemed incompetent through organizational assessment;

2.  Stayed abroad continuously for six months or longer;

3.  Refused to comply with organizational decisions on transfer or rotation;

4.  Required to be relieved of current duties due to work needs or other reasons.

**Article 19**  Section-level cadres seeking to resign from their positions for any reason must submit a written application. The application requires approval from the unit's Joint Meeting of Party and Administration, followed by final approval from the University Personnel Arrangement Group.

**Article 20**  Section-level cadres violating laws or disciplines shall be subject to Party disciplinary and administrative sanctions by relevant departments, depending on the severity of the circumstances.

## Chapter 6 Supplementary Provisions

**Article 21**  These Measures shall come into effect on the date of promulgation. Where any previously issued document is inconsistent with these Measures, these Measures shall prevail.

**Article 22**  The Personnel Department reserves the right of interpretation.

June 30, 2010

# Interim Measures for the Management of Faculty Postdoctoral Fellows at Tongji University

Tongrenshi [2010] No. 26

(Approved by the Vice President in charge on April 22, 2010)

### Chapter 1 Preamble

**Article 1**　To further strengthen the University's faculty development, optimize the faculty structure, intensify the recruitment and cultivation of outstanding young talents and reserve talents, and make full use of the postdoctoral system as a platform to serve the University's discipline development and faculty development, these Measures are hereby formulated in light of the actual circumstances of Tongji University.

### Chapter 2 Scope of Applicable

**Article 2**　In accordance with University regulations, starting from 2010, faculty recruitment by all units shall prioritize overseas returnees with doctoral degrees or candidates with postdoctoral experience, except for certain special disciplines and majors. Graduates who have obtained doctoral degrees from domestic universities or research institutions and apply for faculty positions (including teaching-research, teaching-oriented, and research-oriented tracks) at Tongji University shall be managed under the Faculty Postdoctoral Fellow system. Applicants shall first conduct postdoctoral research for two years in a University Postdoctoral Mobile Station or an Enterprise Postdoctoral Workstation that has signed a cooperation agreement with the University. Only upon passing the assessment and completing the postdoctoral term may they be formally appointed to faculty positions and staffing quotas at Tongji University.

### Chapter 3 Application Procedures

**Article 3**　Based on faculty development plans and the University-approved recruitment quota, each unit shall submit positions requiring Faculty Postdoctoral management to the Personnel Department for approval. Approved positions shall be publicly advertised in faculty and postdoctoral recruitment announcements.

**Article 4**　Applicants must first apply to the position-setting unit. The unit's Faculty Appointment and Promotion Committee shall conduct a comprehensive assessment of the applicant's teaching and research capabilities and academic potential. Candidates passing the assessment, within the approved recruitment quota, shall receive a recommendation opinion signed by the unit's Party and administrative leaders for admission as a Faculty Postdoctoral Fellow. Subsequent procedures follow the standard postdoctoral application process of Tongji University.

**Article 5**　Research Postdoctoral Fellows currently in the station may apply to transfer to the Faculty Postdoctoral track upon personal application, unit recommendation, and Personnel Department approval. Such transfers shall count against the unit's annual faculty recruitment quota. Departmental assessment procedures shall follow Article 4.

**Chapter 4 Status and Responsibilities of Faculty Postdoctoral Fellows**

**Article 6**    The status of a Faculty Postdoctoral Fellow remains that of a postdoctoral researcher.

**Article 7**    Those working in University Postdoctoral Mobile Stations shall prioritize scientific research while fulfilling partial faculty responsibilities, mainly including:

(I)    Completing assigned scientific research tasks;

(II)    Undertaking teaching tasks assigned by the school;

(III)    Engaging in other service activities;

(IV)    Participating in mandatory pre-service training and assessment for new faculty as required by the University;

(V)    Applying for and obtaining the Higher Education Teacher Qualification.

**Article 8**    Faculty Postdoctoral Fellows working in Enterprise Postdoctoral Workstations shall prioritize scientific research, complete research tasks specified in the cooperation agreement with the enterprise, and fulfill partial faculty responsibilities.

**Chapter 5 Remuneration and Benefits**

**Article 9**    Faculty Postdoctoral Fellows in University Postdoctoral Mobile Stations shall enjoy the following benefits:

(I)    Basic benefits equivalent to other postdoctoral fellows at the University, with housing implemented under a monetization policy;

(II)    A monthly housing subsidy of RMB 2,500;

(III)    A special monthly allowance for Faculty Postdoctoral Fellows of RMB 1,000.

(IV)    Upon passing the mid-term assessment (conducted 12 months after entry), recipients shall receive an additional special reward of RMB 1,000/month from the month following the assessment until the completion of the postdoctoral term (for a cumulative period of 12 months).

(V)    Receive performance-based allowances for fulfilling teaching and research obligations;

(VI)    Upon passing the exit assessment, Faculty Postdoctoral Fellows may apply to remain at the University and be transferred into the permanent staffing quota.

(VII)    After being incorporated into the University's faculty staffing quota, they remain eligible for the one-time doctoral allowance as stipulated by the University.

(VIII)    No management fees shall be charged for Faculty Postdoctoral Fellows recruited by postdoctoral supervisors.

**Article 10**  For Faculty Postdoctoral Fellows working in Enterprise Postdoctoral Workstations, the University provides performance-based allowances for teaching and research duties performed on campus, while all other benefits shall be provided by the enterprise.

**Article 11**  For those who pass the assessment upon completion of their term and remain at the University, the date of signing the employment contract shall be recognized as their official date of employment.

**Chapter 6 Assessment and Faculty Appointment**

**Article 12**  Faculty Postdoctoral Fellows working in University Postdoctoral Mobile Stations or Enterprise Postdoctoral Workstations must undergo a specialized assessment for Faculty Postdoctoral Fellows.

**Article 13**  The Faculty Appointment Committee of each school/department shall conduct comprehensive assessments of teaching, research, and social service during the mid-term and exit evaluations. Particular emphasis shall be placed on evaluating their suitability for faculty positions and their academic development potential. Exit assessment standards shall be formulated by each discipline with reference to promotion criteria for Associate Professors or Associate Researchers. Candidates must have, at minimum: secured a provincial/ministerial-level research project (or a China Postdoctoral Science Foundation project) as the principal investigator; and published a first-author paper in a key academic journal required for associate professor/researcher promotion in the relevant discipline.

**Article 14**  Candidates failing to meet Faculty Postdoctoral requirements in the mid-term assessment shall cease to receive corresponding benefits starting the following month. Those meeting the criteria for Research Postdoctoral Fellows may continue their term under the Research Postdoctoral track, receiving standard postdoctoral benefits. For full-time postdoctoral fellows not residing in University Postdoctoral Apartments, the monthly housing subsidy originally set at RMB 2,500 for Faculty Postdoctoral Fellows shall be adjusted to RMB 2,000. Candidates failing to meet the requirements for either the Faculty or Research Postdoctoral tracks shall be required to withdraw from the postdoctoral station.

**Article 15**  Those passing the exit assessment may apply to remain at the University in accordance with the Measures for Faculty Selection and Retention. Those choosing not to apply are free to seek employment elsewhere.

**Chapter 7 Supplementary Provisions**

**Article 16**  These Detailed Rules shall come into effect on the date of promulgation. The Personnel Department reserves the right of interpretation.

April 29, 2010

# Administrative Measures for the Employment Contract System of Tongji University

Tongrenhe [2010] No. 1

## Chapter 1 Preamble

**Article 1**    (Purpose and Significance)

To further implement the personnel engagement system of Tongji University (hereinafter referred to as "the University"), strengthen the development and management of faculty and staff, establish engagement contract relationships in compliance with laws and regulations, safeguard the legitimate rights and interests of both parties, and maintain harmonious and stable engagement relationships, these Measures are hereby formulated.

**Article 2**    (Legal Basis)

These Measures are formulated in accordance with the *Higher Education Law of the PRC*, the *Teachers Law of the PRC*, the *Opinions on Implementing the Personnel Engagement System in Public Institutions on a Trial Basis*, the *Measures for Employment Contracts in Shanghai Public Institutions*, and other relevant laws, regulations, and policies. Reference is also made to the *Labor Contract Law of the People's Republic of China*.

**Article 3**    (Definition of Employment Contract)

An Engagement Contract refers to the agreement between the University and the engaged personnel that establishes the engagement relationship and defines the rights and obligations of both parties. Once concluded in accordance with the law, the Engagement Contract becomes legally binding, and both parties must fulfill the obligations stipulated therein.

These Measures shall apply to the Engagement Contract text as well as related Post Responsibility Statements, agreements, supplementary explanations, ancillary stipulations, and appendices.

**Article 4**    (Scope of Application)

These Measures shall apply to all professional and technical personnel, administrative personnel, and skilled service personnel on the University's permanent staffing roster (hereinafter collectively referred to as "Engaged Personnel").

These Measures shall not apply to non-roster personnel recruited for temporary work needs. The management of such personnel shall be governed by relevant national and Shanghai municipal regulations.

**Article 5**    (Conclusion of Employment Contracts)

All personnel engaged by the University shall conclude a written Engagement Contract with the University or its authorized schools/departments in accordance with these Measures.

The University implements a personnel employment system. In principle, the University and all roster personnel shall conclude Engagement Contracts upon initial implementation. However, for roster personnel diagnosed by a University-designated medical institution with severe incurable diseases or mental illnesses, or those already on waiting-for-post or pre-retirement status before the effective date of these Measures, the conclusion of Engagement Contracts shall be deferred. The deferral period shall continue until the aforementioned conditions cease. Alternatively, the University shall maintain only personnel and salary relations with such individuals until they complete retirement or resignation procedures.

For leading cadres appointed by higher authorities, the Letter of Appointment issued by the competent higher-level department shall serve as the Letter of Engagement. Such cadres are exempt from concluding a separate Engagement Contract.

**Article 6**    (Engagement Principles and Registration)

The University conducts recruitment based on the principles of scientific post setting, open recruitment, equal competition, and merit-based engagement, following comprehensive assessment.

Engaged Personnel must report to the University Personnel Department within the specified timeframe upon receiving the Notice of Engagement. They must present original valid documents as required, including: Letter of Introduction (or Notice/Registration Certificate), Household Registration (or Residence Permit), ID Card, Labor Manual (or Engagement Manual), Proof of Termination of Previous Engagement, Medical Examination Certificate, and relevant academic/professional qualification certificates.

Failure to report for duty within the stipulated timeframe without written consent from the University Personnel Department shall constitute a breach of contract. Should such breach cause losses to the University's teaching, research, or administrative operations, the University reserves the right to claim compensation from the breaching party.

**Article 7**    (Information Registration)

Upon reporting for duty, engaged personnel must truthfully, comprehensively, and completely fill out the *Cadre Personnel File Form of Tongji University* or the *Staff Registration Form of Tongji University* in accordance with relevant regulations. In the event of any change in personal information, engaged personnel shall promptly notify the University Personnel Department in writing.

## Chapter 2 Conclusion of Engagement Contracts

**Article 8**    (Principles for Conclusion and Modification)

The conclusion and modification of engagement contracts shall adhere to the principles of equality, voluntariness, and consensus through consultation, and comply with laws, regulations, and rules.

**Article 9**    (Number of Copies)

The engagement contract shall be executed in quadruplicate. The engaged personnel and their respective department shall each retain one copy, and the University shall retain two copies.

**Article 10**  (Employment Method)

The University shall conduct open recruitment for personnel needed due to staff turnover or new positions, except for special positions where alternative selection methods are strictly necessary.

For open recruitment to the public, internal applicants of the University shall be given priority under equal conditions.

Detailed procedures are set forth in the *Notice on Regulating the Recruitment of Various Personnel* and other relevant regulations.

**Article 11**  (Basic Requirements for Engaged Personnel)

The University's basic requirements for engaged personnel are as follows:

(I)      Love the motherland, uphold the Party's basic line, principles, and policies, abide by national laws and University rules and regulations; possess strong professional ethics, demonstrate dedication to duties, and work diligently and conscientiously;

(II)     Possess the academic degrees, professional knowledge, and competencies necessary to fulfill post responsibilities, and be capable of completing tasks stipulated in the engagement contract;

(III)    Be in good health and capable of performing normal duties.

**Article 12**  (Organizational Structure for Engagement)

Under the leadership of the University's Party Committee and Administration, the University shall establish a Leading Group and a Working Group for engagement contract administration. The Personnel Department shall handle the daily operations of the Working Group. Each school or department shall designate an engagement officer specifically responsible for engagement matters within their unit.

Detailed procedures are set forth in the *Implementation Rules for Post Appointment at Tongji University*.

**Article 13**  (Right to Information)

Prior to the conclusion of an engagement contract, both the University and the prospective engagee have the right to inquire about circumstances relevant to the establishment of the engagement relationship. Both parties shall provide truthful disclosures.

**Article 14**  (Engagement Procedures)

The specific engagement procedures are as follows:

(I)      The Personnel Department shall publicly announce post responsibilities, engagement conditions, remuneration, and benefits to conduct open recruitment;

(II)      Applicants shall submit their applications;

(III)      The engagement organization of each school/department shall conduct a preliminary qualification review;

(IV)      The engagement organization shall conduct examinations or investigations on candidates passing the preliminary review. Based on collective deliberation, a list of proposed engagees shall be selected on merit and submitted to the University for approval;

(V)      The University shall negotiate contract terms with approved candidates. Candidates have the right to know University rules and working conditions, and the University has the right to verify the authenticity of personal information provided;

(VI)      The University shall notify successful candidates to report for duty. The Legal Representative of the University or their authorized agent shall sign the engagement contract with the engagee.

**Article 15**  (Effectiveness of the Engagement Contract)

The engagement contract shall become effective on the date of signature and sealing by both parties. If there are separate agreements regarding the effective date or conditions, such agreements shall prevail.

Once effective, both parties shall strictly perform their obligations. Failure to comply with contract stipulations shall constitute a breach of contract, and the breaching party shall bear corresponding liability for breach.

**Article 16**  (Contents of the Engagement Contract)

The engagement contract shall contain the following clauses:

(I)      Information of the University and the engaged personnel;

(II)      Term of the engagement contract;

(III)      Post title, category, and responsibility requirements;

(IV)      Post discipline;

(V)      Working conditions and protection against occupational hazards;

(VI)      Remuneration, benefits, and social insurance;

(VII)      Conditions for modification, rescission, and termination of the contract;

(VIII)  Liability for breach of engagement contract;

(IX)　　Other matters required by laws and regulations.

Both parties may negotiate supplementary clauses regarding the probationary period, training and continuing education, intellectual property protection, and advance notice periods for contract rescission. Alternatively, they may conclude special agreements separately. Special agreements shall have equal legal validity as the engagement contract.

**Article 17**　(Term of Engagement Contract)

The term of the engagement contract shall be determined through negotiation between the University and the engagee:

(I)　　Based on the University's actual circumstances, the initial engagement term shall generally be three 3 years, and the renewal term shall also generally be three 3 years. A probationary period of 3 to 6 months may be stipulated for newly engaged personnel. For graduates with a bachelor's degree or below entering the workforce for the first time, a one-year probationary period shall apply. The contract expiration date shall not be later than the engagee's statutory retirement date.

(II)　　For personnel who have worked in state-owned entities for 25 years or more, or who have worked continuously at the University for 10 years or more and are within 10 years of statutory retirement age, if they submit a written request to conclude a contract until retirement, the contract term shall extend to the statutory retirement date.

During the contract term, engaged personnel may apply for other posts within the University through competitive selection. If unsuccessful, they shall continue to perform the engagement contract in their original post.

**Article 18**　(Invalidity of Engagement Contract)

An engagement contract shall be invalid under any of the following circumstances:

(I)　　It harms national interests or public interests;

(II)　　It is concluded or modified through fraud, coercion, or taking advantage of the other party's distress, causing the other party to act against their true intention;

(III)　　The University exempts itself from legal liabilities, excludes the rights of engaged personnel, and the contract terms are manifestly unfair.

(IV)　　It violates mandatory provisions of laws, regulations, and rules.

An invalid engagement contract shall have no legal binding force from the outset. If part of the contract is invalid but does not affect the validity of the remaining parts, the remaining parts shall remain valid. The invalidity of an engagement contract shall be confirmed by a Personnel Dispute Arbitration Institution or a People's Court with jurisdiction.

### Chapter 3 Performance, Modification, and Suspension of Engagement Contracts

**Article 19**　(Higher Education Teacher Qualification)

Personnel engaged in professional and technical posts involving teaching, research, experimentation, and other educational duties shall obtain the Higher Education Teacher Qualification in accordance with the *Teachers Law of the PRC* and the *Implementation Measures of Tongji University for the Regulation on Teacher Qualifications*.

Newly engaged personnel shall, within the prescribed period, fulfill the prerequisites for applying for the Higher Education Teacher Qualification in accordance with relevant regulations, submit the application, and obtain the qualification.

If a newly engaged personnel fails to fulfill the prerequisites for the Higher Education Teacher Qualification within the stipulated period, the University may, based on actual circumstances, adjust their post and amend the engagement contract accordingly, or rescind the engagement contract.

**Article 20**  (Period of Engagement Contract Performance)

Both parties shall perform the engagement contract for the term stipulated therein.

If the start date stipulated in the contract differs from the actual start date of performance, the actual start date of performance shall prevail as the effective start date of the engagement contract.

**Article 21**  (Performance Assessment of Engaged Personnel)

The University shall conduct routine assessments, annual assessments, and term assessments of engaged personnel. Assessments shall adhere to the principles of objectivity and fairness, adopting a method that combines leadership assessment with mass appraisal, and integrates performance results with work attitude.

Detailed procedures are set forth in the *Interim Measures for Annual Performance Assessment at Tongji University*.

**Article 22**  (Post Adjustment by the University)

If an engaged personnel fails the annual or term assessment, the University may adjust their post and amend the relevant terms of the engagement contract.

**Article 23**  (Modification by Mutual Agreement)

Except for the circumstances stipulated in Articles 19 and 22 of these Measures, any modification to the engagement contract by the University or engaged personnel requires mutual consensus and shall be made in writing. If no consensus is reached, both parties shall continue to perform the original engagement contract.

**Article 24**  (Suspension of Engagement Contract)

During the contract term, the performance of the engagement contract may be suspended under any of the following circumstances ("Suspension Circumstances"):

(I)      The engaged personnel is fulfilling statutory obligations prescribed by the State;

(II)      The engaged personnel is temporarily unable to perform contract obligations, but conditions for continued performance still exist;

(III)      Other circumstances stipulated by laws, regulations, or the engagement contract.

The suspension shall take effect from the date the University confirms the occurrence of the aforementioned circumstances and makes the decision to suspend the engagement contract.

If the Suspension Circumstances cease to exist during the suspension period, the unperformed portion of the engagement contract shall resume performance, unless otherwise stipulated by laws, regulations, or rules.

If the engaged personnel is legally declared missing or dead during the suspension period, the engagement contract shall be terminated.

If the engagement contract expires during the suspension period, the contract may be terminated.

**Article 25**  (Rights and Obligations During Suspension Period)

During the suspension period, both the University and the engaged personnel shall suspend the exercise of rights and performance of obligations stipulated in the contract.

The suspension period shall not be counted towards the length of service at the University, except where the suspension is due to the fulfillment of statutory obligations prescribed by the State.

Upon resumption of the engagement contract, the University shall not make retroactive payments for social insurance contributions during the suspension period.

### Chapter 4 Termination, Renewal, and Rescission of Engagement Contracts

**Article 26**  (Circumstances for Termination)

The engagement contract shall be terminated under any of the following circumstances:

(I)    The contract term expires and is not renewed;

(II)    The termination conditions agreed upon by both parties occur;

(III)    The University is revoked or dissolved;

(IV)    The engaged personnel meets the conditions for retirement or resignation and shall complete the relevant procedures;

(V)    The engaged personnel dies, or is legally declared dead or missing by a People's Court;

(VI)    Other circumstances stipulated by laws and regulations.

If one party fails to actually perform the engagement contract for more than three months, and the situation does not fall under the Suspension Circumstances stipulated in Article 24, the contract may be terminated.

**Article 27**  (Restrictions on Termination by the University)

The University shall not terminate the engagement contract upon its expiration or the occurrence of agreed termination conditions if the engaged personnel falls under any of the following circumstances:

(I)    Suffering from a work-related injury, and upon completion of treatment, is assessed by a Labor Capacity Assessment Institution as having Grade 1 to 4 loss of labor capacity;

(II)    Suffering from an occupational disease, or a severe illness or mental disorder that is difficult to cure under current medical conditions;

(III)    Other circumstances where termination is prohibited by national regulations.

**Article 28**  (Extension of Contract Term in Special Circumstances)

If the engagement contract expires or agreed termination conditions occur, the contract term shall be automatically extended until the following circumstances cease to exist:

(I)    The engaged personnel is ill or injured and within the prescribed medical treatment period;

(II)    Female engaged personnel are during pregnancy, confinement, and nursing periods;

(III)    The personnel is under investigation for disciplinary violations and no conclusion has been reached;

(IV)    Other circumstances stipulated by the State.

**Article 29**  (Renewal of Engagement Contract)

The University shall notify engaged personnel in writing of the contract expiration date and its intention to renew the contract 30 days prior to the expiration of the engagement contract.

If the University expresses its intention to renew and the engaged personnel agrees, the University may renew the contract for the original post before the expiration date.

For engaged personnel meeting the criteria of Article 17, Paragraph 1, Item (2) of these Measures, the University may renew the engagement contract for a term extending until their retirement.

If the engagement contract expires without renewal but the engaged personnel continues to work, it shall be deemed that both parties continue to perform the contract under the original terms and conditions. The engaged personnel may terminate the engagement relationship at any time. If the University proposes to terminate the engagement relationship, it shall provide 30 days' prior notice to the engaged personnel. However, if the personnel falls under the circumstances stipulated in Articles 27 and 28, the matter shall be handled in accordance with those articles.

**Article 30**  (Rescission by Mutual Agreement)

The engagement contract may be rescinded upon mutual agreement between both parties.

**Article 31**  (Circumstances for Immediate Rescission by the University)

The University may rescind the engagement contract immediately with written notice if the engaged personnel falls under any of the following circumstances:

(I)      Failing to meet post requirements during the probationary period and refusing the University's post adjustment;

(II)     Being absent from work for more than 10 consecutive working days, or accumulating more than 20 working days of absence within one year;

(III)    Going abroad without University approval, or failing to return upon expiration of approved leave;

(IV)     Seriously violating University rules and regulations;

(V)      Violating work regulations or operating procedures, causing liability accidents, or committing neglect/dereliction of duty resulting in serious consequences;

(VI)     Seriously disrupting teaching and work order, rendering normal operations impossible;

(VII)    Being sentenced to fixed-term imprisonment (including suspended sentences), criminal detention, or (historically) re-education through labor;

(VIII)   Establishing personnel or labor relations with other entities simultaneously and refusing to rectify the situation;

(IX)     Causing the invalidity of the engagement contract due to circumstances stipulated in Article 18, Paragraph 1, Item (2) of these Measures, attributable to personal reasons;

(X)      Other circumstances stipulated by laws, regulations, and rules.

**Article 32**  (Circumstances for Rescission with Prior Notice by the University)

The University may rescind the engagement contract by providing 30 days' prior written notice or paying an additional one month's salary in lieu of notice, if the engaged personnel falls under any of the following circumstances:

(I)      Being unable to engage in the original post or other work arranged by the University after the expiration of the medical treatment period for illness or non-work-related injury;

(II)     Failing the annual or term assessment, and refusing the University's post adjustment; or agreeing to the adjustment but still failing the assessment at the new post;

(III)    A significant change in the objective circumstances relied upon at the time of contract conclusion renders the contract impossible to perform, and no agreement on modification is reached through negotiation;

(IV)     Being assessed as unqualified for two consecutive years;

(V)      Other circumstances agreed upon by both parties.

**Article 33**  (Restrictions on Rescission by the University)

The University shall not rescind the engagement contract if the engaged personnel falls under any of the following circumstances:

(I)      The engaged personnel is ill or injured and within the prescribed medical treatment period;

(II)     Female engaged personnel are during pregnancy, confinement, and nursing periods;

(III)    Suffering from a work-related injury, and upon completion of treatment, is assessed by a Labor Capacity Assessment Institution as having Grade 1 to 4 loss of labor capacity;

(IV)     Suffering from an occupational disease, or a severe illness or mental disorder that is difficult to cure under current medical conditions;

(V)    Currently under investigation for violations of laws, regulations, or discipline, with no conclusion yet reached;

(VI)    Other circumstances stipulated by laws and regulations.

**Article 34**  (Circumstances for Immediate Rescission by Engaged Personnel)

The engaged personnel may rescind the engagement contract immediately with written notice to the Personnel Department and their school/department under any of the following circumstances:

(I)    During the probationary period (except for special posts or those with specific service period agreements);

(II)    Being admitted to regular institutions of higher education;

(III)    Being recruited or selected to work in state organs;

(IV)    Performing military service in accordance with the law;

(V)    The University fails to pay remuneration or provide working conditions and benefits as stipulated in the engagement contract;

(VI)    The University forces work by means of violence, threats, or illegal restriction of personal freedom;

(VII)    The engagement contract becomes invalid due to circumstances stipulated in Article 18, Paragraph 1, Item (2) attributable to the University;

(VIII)    Other circumstances stipulated by laws and regulations.

Except for the above circumstances, if the engaged personnel proposes rescission but fails to reach an agreement with the University, they shall continue to perform the contract. If they propose rescission again after 6 months and still fail to reach an agreement, the contract may be rescinded.

**Article 35**  (Procedure for Rescission by Engaged Personnel)

Engaged personnel requesting rescission of the engagement contract shall provide 30 days' prior written notice to the University and their school/department. The University shall respond within 20 days of receiving the resignation application; failure to respond shall be deemed as consent to the rescission application.

Engaged personnel involved in state secrets or under investigation with no conclusion reached shall not rescind the contract in accordance with Article 34 of these Measures.

Main technical leaders and key backbone personnel undertaking national or provincial/ministerial level key projects shall not rescind the contract in accordance with Article 34, Paragraph 2 of these Measures.

Rescission or transfer of personnel in special positions where mobility is temporarily restricted by laws and regulations shall be handled in accordance with relevant national provisions.

**Article 36**  (Automatic Resignation and Dismissal)

In accordance with University rules, the engagement contract between the University and the engaged personnel shall be automatically rescinded from the date specified in the University's official document if the personnel:

(I)    Is processed as Automatic Resignation.

(II)    Receives the disciplinary sanction of Dismissal.

The University shall promptly notify the engaged personnel of the above circumstances. Both parties shall promptly complete the relevant procedures for termination of engagement and release from duty.

**Article 37**  (Departure Procedures)

Upon termination or rescission of the engagement contract, the engaged personnel shall, in accordance with the University's written notice, personally or via written authorization, complete departure procedures with relevant departments before the agreed departure date.

Failure to complete departure procedures on time as notified shall be processed as Automatic Resignation. The University shall notify the engaged personnel in writing of the Automatic Resignation determination.

Personnel subject to Automatic Resignation shall settle outstanding matters and complete departure procedures in a timely manner as notified.

If departure procedures are not completed on time, relevant functional departments shall review outstanding matters, inform the personnel of the results, and file the records with their school/department and the Personnel Department. The University reserves the right to pursue liability based on the review results.

## Chapter 5 Remuneration and Benefits

**Article 38**  (Salary and Allowances)

The salary, bonuses, allowances, subsidies, and other benefits for engaged personnel shall be implemented in accordance with national and municipal regulations and relevant University measures.

Detailed procedures are set forth in the *Implementation Measures for Post Appointment and Allowances of Tongji University* and other relevant regulations.

**Article 39**  (Leave Entitlements)

Entitlements to winter and summer vacations, statutory holidays, personal leave, marriage and bereavement leave, maternity leave, etc., for engaged personnel shall be implemented in accordance with national and municipal regulations and relevant University measures.

Detailed provisions are set forth in the *Interim Provisions on Attendance and Leave System for Faculty and Staff of Tongji University*.

**Article 40**  (Occupational Diseases and Work-Related Injuries)

Benefits for engaged personnel suffering from occupational diseases or work-related injuries, as well as funeral expenses and pensions in the event of death due to work-related causes or illnesses, shall be implemented in accordance with national and municipal regulations.

**Article 41**  (Benefits During Medical Treatment Period)

Sick leave benefits for engaged personnel during the medical treatment period shall be implemented in accordance with national and municipal regulations and relevant University measures.

**Article 42**  (In-Service Academic Studies)

Engaged personnel who have served at the University for two years or more may apply for in-service academic studies upon University approval, and shall sign the *Agreement on In-Service Academic Studies for Engaged Personnel of Tongji University*.

Detailed provisions are set forth in the *Interim Provisions on the Administration of In-Service Academic Studies for Faculty and Staff of Tongji University*.

**Article 43**  (Official Overseas Dispatch)

The University may dispatch engaged personnel abroad (including to Hong Kong, Macao, and Taiwan) for further studies according to the needs of talent cultivation and institutional development. Engaged personnel accepting such dispatch shall sign the *Agreement on Official Overseas Travel for Personnel of Tongji University with the University*.

**Article 44**  (Private Overseas Travel)

Except during winter and summer vacations and public holidays, engaged personnel traveling abroad for private purposes (such as visiting relatives, friends, or tourism) shall submit a written application for University approval in accordance with relevant national policies and University regulations.

Where national or University regulations provide otherwise for private overseas travel, such provisions shall prevail.

Engaged personnel shall strictly comply with the approval document and return to the University on time to report back and cancel leave.

Detailed provisions are set forth in the *Interim Provisions of Tongji University on the Administration of Personnel Traveling Abroad (Including to Hong Kong, Macao and Taiwan) for Private Purposes*.

**Article 45**  (Housing Subsidy)

Where the University provides housing or apartment subsidies to engaged personnel, a separate written agreement may be concluded with the personnel.

**Article 46**  (Initial Engagement Term)

If an engaged personnel has served for less than two years of their initial engagement term, the University shall, in principle, not approve their application for official or private overseas travel exceeding three months.

### Chapter 6 Service Period and Economic Compensation

**Article 47**  (Service Period)

The University may agree on a separate service period with engaged personnel whose recruitment or training was funded by the University, or who have been provided with special benefits by the University.

Engaged personnel falling under the circumstances stipulated in Articles 42 and 43 of these Measures shall conclude a separate service period agreement with the University, and simultaneously amend the engagement term in the engagement contract.

If the service period expires later than the engagement term stipulated in the contract, the University has the right to require the engaged personnel to continue performing the contract for the remaining service period upon expiration of the engagement term. If the University waives its claim to the remaining service period, the engagement contract shall terminate upon expiration.

**Article 48**  (Obligation of Confidentiality)

Engaged personnel working in positions involving state secrets shall comply with national regulations on the administration of personnel handling classified information.

Where engaged personnel work in positions involving University secrets or handle classified matters, they may conclude a confidentiality agreement and abide by the confidentiality obligations stipulated therein.

**Article 49**  (Compensation for Termination of Engagement Contract)

The University shall provide economic compensation to engaged personnel in accordance with Article 53 of these Measures if the engagement contract is terminated under any of the following circumstances:

(I)    Termination occurs in accordance with Article 26, Paragraph 1, Items (1) and (2) of these Measures, except where the University proposes to renew the contract maintaining or improving the conditions favorable to the personnel, and the personnel refuses renewal.

(II)    The University terminates the contract in accordance with Article 26, Paragraph 1, Item (3) of these Measures.

**Article 50**  (Compensation for Rescission by Mutual Agreement)

If the engagement contract is rescinded by mutual agreement between both parties, the University may provide economic compensation to the engaged personnel in accordance with Article 53 of these Measures.

**Article 51**  (Compensation for Rescission by the University)

If the University rescinds the engagement contract in accordance with Article 19, Paragraph 3, or Article 32, Paragraph 1, Items (1), (2), and (3) of these Measures, it shall pay economic compensation to the engaged personnel in accordance with Article 53 of these Measures.

**Article 52**  (Compensation for Rescission by Engaged Personnel)

If engaged personnel rescind the contract in accordance with Article 34, Paragraph 1, Items (5), (6), (7), and (8) of these Measures after giving prior notice to the University, the University shall pay economic compensation in accordance with Article 53 of these Measures.

**Article 53**  (Calculation of Economic Compensation)

The University shall provide economic compensation equivalent to one month's salary for each full year of actual service at the University.

The monthly salary for calculating economic compensation shall be the engaged personnel's average monthly salary of the preceding year. If the personnel was employed for less than 12 months in the preceding year but the total engagement term exceeded 12 months, the average monthly salary of the 12 months prior to rescission or termination shall apply. If the engagement term was less than 12 months, the average monthly salary shall be calculated based on the actual number of months of employment.

If the engaged personnel's average monthly salary exceeds three times the average monthly salary of public institutions published by the municipal statistical administrative department for the preceding year, economic compensation shall be capped at three times said published average monthly salary

The length of service at the University shall be calculated in years. Any fractional part of a year equal to or exceeding 6 months shall be counted as one year; any part less than 6 months shall be counted as half a year.

**Article 54**  (Medical Subsidy)

If the University rescinds the contract in accordance with Article 32, Paragraph 1, Item (1) of these Measures, it shall, in addition to the economic compensation, pay the engaged personnel a medical subsidy equivalent to six months' salary.

## Chapter 7 Part-Time Employment and Service Inventions

**Article 55**  (Part-Time Employment)

Engaged personnel holding part-time positions outside the University in addition to their primary duties shall declare such activities to their school or department, complete the *Declaration Form for Part-Time Employment*, and submit it to the University Personnel Department for review and record-filing. If the University deems that the declared part-time employment interferes with the performance of post duties, or adversely affects the University's interests or reputation, it may, depending on specific circumstances, restrict or prohibit the engaged personnel from engaging in such part-time employment.

If engaged personnel neglect their declaration obligations, or fail to immediately rectify the situation in accordance with the University's restrictions or prohibitions, thereby causing economic or reputational damage to the University, they shall bear corresponding liability for damages.

**Article 56**  (Service Inventions and Achievements)

All teaching, research, and other achievements obtained by engaged personnel during their engagement term, as well as within one year after termination of engagement while continuing work related to original post duties or assigned tasks, shall be deemed Service Inventions. For related papers, monographs, or applications for awards, patents, research projects, and funding, the names of both the engaged personnel and the University must be indicated. Except where otherwise provided by laws or administrative regulations.

Service Inventions must indicate both the author and the author's affiliation. The affiliation shall exclusively be Tongji University or an institution subordinate to Tongji University.

**Article 57**  (Handling of Service Inventions Without University Affiliation)

If a Service Invention by engaged personnel fails to list Tongji University as the author's affiliation, or lists a non-University affiliation, and such fact is verified, the University has the right to demand immediate rectification.

If the engaged personnel refuses to rectify, the matter shall be handled in accordance with relevant University regulations.

## Chapter 8 Liability for Breach of Contract

**Article 58**  (Forms of Liability for Breach)

If either party to the engagement contract violates laws, regulations, rules, or contract stipulations, they shall bear liability for breach of contract in accordance with such laws, regulations, rules, contract stipulations, or these Measures If economic losses are caused to the other party, liability for damages shall be borne.

**Article 59**  (Liability of the University for Breach)

The University shall pay compensation for damages to engaged personnel under any of the following circumstances:

(I)    Deducting or unjustifiably delaying payment of wages;

(II)    Failing to provide economic compensation in accordance with relevant regulations after rescission of the engagement contract.

In accordance with Article 53 of these Measures, the University shall pay compensation for damages at twice the rate of the economic compensation standard.

If the University has paid compensation for damages, it shall no longer pay economic compensation.

**Article 60**  (Liability of Engaged Personnel for Breach)

Except for circumstances stipulated in Article 34, Paragraph 1, Items (5) through (8) of these Measures, if engaged personnel request rescission of the engagement contract before the expiration of the service period, or if the University requests rescission in accordance with Article 31, the engaged personnel shall bear liability for breach of contract in accordance with the law.

**Article 61**  (Training Costs)

Where engaged personnel were recruited, studied, or trained at the University's expense, and the agreed service period has not expired, if they request rescission of the engagement contract, they must provide compensation to the University in accordance with the agreement.

## Chapter 9 Supervision and Dispute Resolution

**Article 62**  (Supervision)

All engaged personnel of the University have the right to supervise the implementation of these Measures.

The University's Faculty and Staff Congress, Labor Union, and Discipline Inspection Department have the right to supervise the implementation of these Measures, and to safeguard the legitimate rights and interests of engaged personnel in concluding and performing engagement contracts in accordance with the law.

If the University unilaterally rescinds an engagement contract, it shall notify the Labor Union of the reasons three (3) days in advance, and the Labor Union has the right to submit written opinions. The University shall give serious consideration to the Labor Union's opinions and notify the Union of the handling results in writing.

**Article 63**  (Dispute Resolution)

If a dispute arises between the parties to the engagement contract regarding its performance, either party may submit written materials to the Tongji University Labor Union. The Tongji University Personnel Dispute Mediation Committee shall conduct mediation in accordance with the Measures of Tongji University for Mediation and Handling of Personnel Disputes. If mediation fails, either party may apply for arbitration or file a lawsuit.

### Chapter Ten    Supplementary Provisions

**Article 64**  (Implementing Rules and Supplementary Provisions)

The University may formulate detailed implementing rules or supplementary provisions based on actual implementation conditions of these Measures. Implementing rules and supplementary provisions constitute an integral part of these Measures and possess the same legal validity.

**Article 65**  (Interpretation of these Measures)

These Measures shall be interpreted by the Personnel Department of the University.

**Article 66**  (Effectiveness of These Measures)

Any rules and regulations issued by the University prior to the effective date of these Measures that conflict herewith shall be superseded by these Measures.

If any provision of these Measures conflicts with national or local laws and regulations, the latter shall prevail.

**Article 67**  (Effective Date)

These Measures shall be submitted to the University's Faculty and Staff Congress for deliberation and adoption, and shall come into force on the date of promulgation.

November 3, 2010

# Implementation Rules for Selecting Outstanding Dispatched Personnel for Transfer to the University's Permanent Staffing System at Tongji University (September 2010 Version)

Tongren Center [2010] No. 3

I.    Organizational Structure

The University's Personnel Work Arrangement Group is responsible for the examination and approval of the selection of dispatched personnel for transfer to permanent staffing.

The University shall establish a Working Group for Selection and Transfer of Dispatched Personnel to be responsible for interviews;

The Personnel Department (Talent Center) is shall be responsible for organizing assessments for the selection and transfer of dispatched personnel to permanent staffing.

The Party and administrative leaders of each employing unit shall cooperate with the Personnel Department (Talent Center) to implement assessments of dispatched personnel within their respective units;

The Discipline Inspection Commission and the Supervision Department shall be responsible for handling public opinions and appeals.

II.    Scope of Selection

Personnel working in administrative management and teaching support positions within the University under the "Talent Dispatch" employment mode, with employment costs borne by the University (i.e., declared by University units to the Personnel Department, deliberated and passed by the University Personnel Work Arrangement Group, and approved by the Vice President in charge).

III.    Basic Eligibility Criteria

(I)    Dispatched personnel meeting the following criteria may apply for transfer to permanent staffing: 1. Have worked in the same position at the University for two years or more (service calculation cutoff is July 31 of each year); 2. Hold a full-time associate degree or higher, and are 40 years of age or younger; 3. Hold a bachelor's degree or higher; 4. Possess an Intermediate Computer Certificate (Provincial Level 2) (exempt for computer science majors); 5. Have passed CET-4 with a score of 425 or above, or passed TEM-4 (exempt for foreign language majors or those with over one year of overseas study experience). Each year, the University selects outstanding individuals from those meeting the aforementioned criteria for transfer to the University's permanent staffing system. The selection quota shall be approximately 30% of the total number of dispatched personnel meeting the requirements of this Paragraph. The selection ratio shall be appropriately increased for dispatched personnel engaged in professional and technical positions, such as experimental technology.

(II)    For dispatched personnel who have been working at the University and meet the basic requirements stipulated in the preceding Paragraph, if the employing unit intends to appoint them to a management position at the Deputy Section Chief level or above, or to a teaching support management position of the equivalent rank, they may be granted priority for transfer to the University's permanent staffing system within the quota stipulated in the preceding Paragraph. This requires recommendation opinions signed by the Party and administrative leaders of the employing unit, review and approval by the University Personnel Work Arrangement Group, and final approval by the Vice President in charge.

(III)    To meet the needs of special positions at the University, upon recommendation by the employing unit, an individual may apply by submitting Appendix 1. Following the signing of recommendation opinions by the Party and administrative leaders of the employing unit, review and agreement by the University Personnel Work Arrangement Group, and approval by the Vice President in charge, the applicant may also be transferred to the University's permanent staffing system.

IV.    Selection Procedures and Schedule (Applicable to Personnel Meeting the Requirements of Article 2, Paragraph 1)

(I)    Applicants shall voluntarily apply and truthfully complete Appendix 1, submit it to the Party and administrative leaders of their employing unit for verification and signature, after which the unit shall consolidate the applications and submit them to the Personnel Department (Talent Center).

(II)    The University shall conduct a comprehensive assessment of dispatched personnel who are verified to meet the eligibility criteria:

1. Assessment Principles

Objective and impartial; placing equal emphasis on leadership evaluation and peer assessment; combining professional ethics with work performance.

2. Assessment Content

(1)    Professional Ethics Requirements: Love for the country and the University; law-abiding; strict adherence to professional ethics and social morality; upright conduct; physical and mental health; and a strong sense of responsibility and spirit of collaboration.

(2)    Work Competency Requirements: Familiarity with operational procedures related to job responsibilities; possession of the necessary knowledge, skills, communication abilities, and practical hands-on skills to fulfill job duties.

(3)    Work Performance Requirements: Competence in current duties; high-quality completion of job tasks; and widespread recognition from employing unit leaders and service recipients.

(4)    Work Attitude Requirements: Dedication to the job; responsibility and collaborative spirit; hardworking and proactive attitude; integrity and politeness; punctuality (no lateness or early departure); no absenteeism; and no valid complaints or liability accidents.

3.  Assessment and Scoring Criteria

| No. | Assessment Content | Score | | |
|-----|--------------------|-----------|------|------|
|     |                    | Excellent | Pass | Fail |
| 1   | Professional Ethics (20%) | 16—20 | 12—15 | 0—11 |
| 2   | Work Competency (20%) | 16—20 | 12—15 | 0—11 |
| 3   | Work Performance (30%) | 24—30 | 18—23 | 0—17 |
| 4   | Work Attitude (30%) | 24—30 | 18—23 | 0—17 |

Assessment Score = Average Peer Assessment Score × 60% + Average Leadership Evaluation Score × 40%

If an applicant receives an "Unqualified" rating in any of the four assessment categories, the University shall not accept their application for transfer to permanent staffing.

4.  Bonus Points

(1)     Bonus Points for Job Qualifications:

3 points for obtaining an Intermediate Professional Qualification Certificate or similar certificate consistent with the current job position;

2 points for obtaining a Primary-level Professional Qualification Certificate consistent with the current job position;

1 point for obtaining a Post Certificate consistent with the current job position.

(2)     Bonus Points for Work Performance:

2 bonus points shall be awarded for each award or achievement related to actual job duties obtained through excellent performance.

Note: Bonus points serve as a reference for the University's comprehensive evaluation of personnel in similar positions. When submitting Appendix 1, dispatched personnel must simultaneously submit relevant supporting documents (originals and one set of copies).

5.  Assessment Procedure

(1)     The employing unit shall submit the "List of Participants for the Assessment of Comrade _____'s Transfer to University Permanent Staffing" (Appendix 4) to the Personnel Department (Talent Center) in advance. The list shall comprise approximately 30 individuals, including unit leaders, colleagues, and service recipients (including staff from functional departments related to the work). The employing unit shall also propose suggestions for the time and location of the assessment

(2)     The Personnel Department (Talent Center) shall randomly select 15-20 individuals from the list submitted by the employing unit, and the employing unit shall cooperate in organizing the assessment and scoring. The candidate shall first present a work report. Leaders and peers shall then complete the "Performance Appraisal Form for Dispatched Personnel over the Past Two Years" (Appendix 2). The Personnel Department (Talent Center) shall be responsible for classification, summary, and statistical analysis (Appendix 3), and shall provide feedback on the assessment results to the employing unit.

(III)    Based on the number of eligible dispatched personnel in each unit and the ratio stipulated in Article 2, Paragraph 1, the Personnel Department (Talent Center) shall determine the quota for interview recommendations for each unit. The Party and administrative leaders of each unit shall determine the specific candidates and complete Appendix 5. The Personnel Department (Talent Center) shall consolidate the lists and submit them to the University Working Group for Selection and Transfer of Dispatched Personnel, which shall conduct interview assessments for the selected candidates.

(IV)    Based on the list of candidates recommended by the University Working Group for Selection and Transfer of Dispatched Personnel, the University Personnel Work Arrangement Group shall conduct a comprehensive deliberation, taking into account the overall situation of the University and its units, as well as specific details such as the positions held by dispatched personnel, assessment scores, and bonus points. The Group shall determine the final list of personnel for transfer to the University's permanent staffing system and publicize it on the website of the Personnel Department (Talent Center) for a period of 15 days (commencing from the date of public notice).

(V)    The specific schedule shall be determined annually by the University Personnel Work Arrangement Group and announced separately.

V.    Miscellaneous

(I)    Upon transfer to the University's permanent staffing system, dispatched personnel must sign an engagement contract with the University for their original dispatched position. During the initial contract term, they shall not apply for position changes or internal transfers within the University for personal reasons.

(II)    If a dispatched employee voluntarily applies for and is successfully hired by another dispatched position within the University, their years of service in the position (as referred to in Article 2, Paragraph 1) shall be recalculated from the date of dispatch to the new position.

(III)    For applicants who fail to provide true and valid personal information or provide false information in their applications in violation of regulations, their eligibility for transfer to permanent staffing shall be cancelled upon verification.

(IV)    These Implementation Rules shall come into effect on the date of issuance. All previously issued implementation rules concerning the transfer of dispatched personnel to permanent staffing are hereby repealed.

VI.    The Personnel Department (Talent Center) shall be responsible for the interpretation of these Implementation Rules.


Appendix 1.    *Application Form for Transfer of Dispatched Personnel to University Permanent Staffing*
Appendix 2.    *Performance Appraisal Form for Dispatched Personnel over the Past Two Years*
Appendix 3.    *Summary Table of Performance Assessment Scores for Dispatched Personnel*
Appendix 4.    *List of Participants for the Assessment of Comrade _____'s Transfer to the University Permanent Staffing System*
Appendix 5.    Unit Recommendation Form for Candidates Transferring to Permanent Staffing


September 21, 2010

Appendix 1

# Application Form for Transfer of Dispatched Personnel to University Permanent Staffing

| Temporary Work ID No. | | Name | | Gender | | Date of Birth (Year/Month) | | Photo |
|---|---|---|---|---|---|---|---|---|
| Place of Household Registration | | ID Card No. | | Date of Initial Employment | | Health Status | | |
| Date and Name of Political Party Affiliation (if any) | | Current Professional/Technical Title & Date of Appointment | | | | | | |
| Current Employing Unit and Position | | | Actual Job Position | | | Duration in Current Position | | |

| **Education and Further Training History (Start from Secondary School)** | | | | |
|---|---|---|---|---|
| Start Date (YYYY-MM) | End Date (YYYY-MM) | Institution Attended (for study or training) | Degree or Certificate Obtained | Reference **Part-time Adult Higher Education Must Be Specified** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **Work Experience (Complete; No Gaps)** | | | |
|---|---|---|---|
| Start Date (YYYY-MM) | End Date (YYYY-MM) | Employer & Position Held | Reference |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Awards and Disciplinary Actions Received (Date, Authority, and Description) | | | |

| | | |
|---|---|---|
| **Bonus Points for Position Qualifications** (To be completed in accordance with the relevant bonus point criteria) | | **Score:** |
| **Bonus Points for Work Performance** (To be completed in accordance with the relevant bonus point criteria) | | **Score:** |

**Personal Statement**
(Comprehensive summary of professional ethics, competency, performance, and attitude since assuming the current position)

(Note: additional pages can be attached)

**I hereby certify that the information provided is true and accurate. I shall bear relevant legal liabilities for any false statements.**
I voluntarily apply to transfer to the permanent establishment of Tongji University.

Signature: _____

Date:

| **Comprehensive Review Opinion of the Employing Unit** |
| --- |
| |

Recommend for Transfer ☐   Do Not Recommend ☐ Party        and        Administrative        Leaders
(Signatures)_____

   (Unit Seal)      Date:

Appendix 2

# Performance Appraisal Form for Dispatched Personnel (Past Two Years)

| Name | Professional Ethics (1) (20%) | Work Competence (2) (20%) | Work Performance (3) (30%) | Work Attitude (4) (30%) | Total: (1)+(2)+(3)+(4) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Instructions:
1)      Professional Ethics: Any violation of University regulations, professional ethics, or social morality shall be rated as "Unqualified".
2)      Work Competency: Frequent failure to follow procedures, frequent errors, or incompetence shall be rated as "Unqualified". 5-8 points shall be deducted for insufficient workload.
3)      Work Attitude: Frequent lateness, early departure, absenteeism, procrastination, or failure to complete tasks on time shall be rated as "Unqualified". 10 points shall be deducted for 3 valid complaints or 1 liability accident.

Appendix 3

# Summary Table of Performance Assessment Scores for Dispatched Personnel

| Name | Average Score from Leaders of the Employing Unit | | | | | Average Score from Peer Review | | | | | Assessment Score (1)*40%+(2)*60% | Bonus Points | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Professional Ethics | Work Competence | Work Performance | work Attitude | Subtotal (1) | Professional Ethics | Work Competence | Work Performance | work Attitude | Subtotal (2) | | | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |
| | | | | | | | | | | | | Position Qualifications: Work Performance: | |

Talent Center                                        Date:

— 48 —

Appendix 4

# List of Participants for the Assessment of Comrade
# _____'s Transfer to University Permanent Staffing

(Unit Seal)

| No. | Name | Unit | Department | Unit Leaders | Unit Colleagues | Service Recipients | Note |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |

Recommended Assessment Schedule: \_\_\_\_ (Month) \_\_\_\_ (Day), \_\_\_\_ (AM/PM) at _____

Appendix 5

# Unit Recommendation Form for Candidates Transferring to Permanent Staffing

To the Personnel Department (Talent Center):

Following collective discussion by the Party and administrative leadership of our unit, we hereby recommend the following dispatched personnel as candidates for the interview assessment regarding transfer to permanent staffing:

| Name | Gender | Educational Background | Start Date of Dispatch | Dispatched Position |
|------|--------|------------------------|------------------------|---------------------|
|      |        |                        |                        |                     |
|      |        |                        |                        |                     |
|      |        |                        |                        |                     |
|      |        |                        |                        |                     |
|      |        |                        |                        |                     |

Party and Administrative Leaders of the Unit (Signatures) _____

Unit Seal:

Date:

# Measures of Tongji University for the Audit of Final Financial Accounts of Completed Basic Construction Projects

Tongshen [2010] No. 2

**Article 1** Pursuant to the *Ministry of Finance's Provisions on Financial Management of Capital Construction* (Caijian [2002] No. 394), the *Notice of the Ministry of Finance on Strengthening the Approval of Final Financial Accounts of Completed Capital Construction Projects of Central Educational, Scientific, and Cultural Departments* (Caijiao [2006] No. 11), and the *Notice on Further Strengthening the Work of Final Financial Accounts of Completed Central Capital Construction Projects* (Caibanjian [2008] No. 91), these Measures are hereby formulated to standardize project management, control capital construction costs, enhance investment efficiency, and strengthen the management of final financial accounts of completed capital construction projects, taking into account the actual circumstances of the University.

**Article 2**    The Final Financial Accounts of a basic construction project is a document that accurately verifies the value of newly added fixed assets of the construction unit and reflects the construction results of the completed project. It serves as the basis for handling the formalities for the delivery of fixed assets for use.

**Article 3**    The Final Financial Accounts of basic construction projects shall be prepared by the University Finance Department in conjunction with the Infrastructure Department. Unless otherwise stipulated by the Ministry of Education, the audit of the Final Financial Accounts shall be conducted by social intermediary agencies entrusted by the Audit Department. The selection of social intermediary agencies shall implement a bidding access system, and audit fees shall be charged to project costs.

**Article 4**    The Infrastructure Department shall be responsible for coordinating with design, construction, and supervision units to facilitate the preparation of the Final Financial Accounts. The Finance Department, in conjunction with the Infrastructure Department, shall complete the preparation of the Final Financial Accounts within three months after the completion of the project settlement.

**Article 5**    The audit of the Final Financial Accounts of basic construction projects requires the following conditions:

1. The project has passed the completion acceptance.
2. The final settlement of the project has been completed;
3. Account reconciliation has been completed;
4. The Final Financial Accounts have been prepared with complete documentation.

**Article 6**    Prior to the audit of the Final Financial Accounts, the Finance Department shall be responsible for preparing the following documents:

1. Explanatory Notes to the Final Financial Accounts Statements of Basic Construction Projects;
2. Documents regarding infrastructure appropriations and fund utilization;
3. Financial archives including accounting vouchers, ledgers, and statements;
4. Financial management regulations and measures for capital construction of the construction unit;
5. Cash counts, inventory records, bank deposit statements, and reconciliation statements of claims and debts.

**Article 7**    Prior to the audit of the Final Financial Accounts, the Infrastructure Department shall be responsible for preparing the following documents:

1. Project feasibility study report;
2. Approval documents for preliminary design, budget estimates, and estimate adjustments;
3. Bidding and tendering documents;
4. Annual investment plans;
5. Survey and design contracts, construction contracts, supervision contracts, material and equipment procurement contracts, engineering visa forms, supervision reports, audit reports on project budgets and settlements, completion acceptance reports signed and approved by the supervision agency and other relevant parties, project settlement lists and Final Financial Accounts reports, as well as physical asset lists of buildings, equipment, materials, tools, and instruments, and various project ledgers and statements.

**Article 8**    Contents of the Audit Report on Final Financial Accounts:

Social intermediary agencies shall attach a complete audit report, which shall primarily include:

1. Basis for the preparation of the Final Financial Accounts;
2. Basic Project Information: A review statement covering construction content, location, construction methods, actual building area, and actual investment;
3. Project Construction Procedures: A review statement covering project initiation, the Feasibility Study Report, approval of preliminary design, and their implementation status;

4. Quality Assessment: A review statement covering acceptance opinions and conclusions from the survey, design, construction, supervision, and construction units during the acceptance process;

5. Bidding and Tendering for Works and Materials/Equipment: A review statement on the compliance, rationality, and accuracy of bidding methods and bidding documents;

6. Contract Management: A review statement on contract execution and performance;

7. Project Estimates and Budgets: A review statement on the execution of project estimates and budgets, and other matters related to project costs;

8. Fund Availability and Utilization: A review statement on compliance with national regulations in fund management, utilization and management of various funds, raising of matching funds, and whether fund availability aligns with construction progress.

9. Major Design Changes and Claims: A review statement on major design changes and claims occurring during project implementation;

10. Issues and Recommendations: Explanation of issues identified during the review process and recommendations provided;

11. Other Matters and Recommendations;

12. Qualification Documents of the Audit Agency for Final Financial Accounts.

**Article 9**    Procedures for Auditing Final Financial Accounts of Completed Basic Construction Projects

1. Upon completion of the documentation for the Final Financial Accounts of basic construction projects, the intermediary agency shall conduct the audit, and the Audit Department shall be responsible for liaison and coordination.

2. Upon conclusion of the audit phase, the intermediary agency shall issue a draft *Report on Audit of Final Financial Accounts of Completed Construction Projects* to solicit opinions from the Finance Department and the Infrastructure Department. These departments shall generally submit feedback within 10 working days. Failure to submit written comments within the prescribed period shall be deemed as no objection.

3. After receiving feedback, the intermediary agency shall submit the draft *Report on Audit of Final Financial Accounts of Completed Construction Projects* along with the feedback to the Audit Department. The Audit Department shall generally review the *Report on Audit of Final Financial Accounts of Completed Construction Projects* within 10 working days. Following communication and coordination with the intermediary agency, the Finance Department, and the Infrastructure Department, the intermediary agency shall issue the formal audit report.

4. Commissioned by the Audit Department, the intermediary agency shall generally issue the audit report on Final Financial Accounts within one month of receiving the submitted audit materials, with appropriate extensions in special circumstances.

**Article 10**  The Audit Department shall provide the formal audit report on Final Financial Accounts to the Finance Department and the Infrastructure Department. The Finance Department and the Infrastructure Department shall cooperate with the Audit Department in conducting the audit of Final Financial Accounts for construction projects and actively implement the audit opinions.

**Article 11**  These Measures shall be interpreted by the Audit Department.

**Article 12**  These Measures shall come into effect on the date of promulgation.

March 18, 2010

# Measures of Tongji University for the Administration of Approval for Official Overseas Travel (Including Travel to Hong Kong, Macao and Taiwan)

Tongwai [2010] No. 87

(Approved by the President's Executive Meeting on May 31, 2010)

### Chapter 1 Preamble

**Article 1**    Purpose

To further promote international cooperation and exchange at the University and to regulate the approval procedures for University-sponsored overseas travel (including travel to Hong Kong, Macao, and Taiwan), these Measures are hereby formulated in accordance with the *Reply of the Ministry of Foreign Affairs on Granting Certain Foreign Affairs Approval Authority to Jilin University and Six Other Universities* (Waiwaiguanhan [2007] No. 152), the *Notice of the Ministry of Education on Granting Certain Approval Authority to Jilin University and Six Other Universities for the Temporary Dispatch of Personnel on Official Overseas Travel and the Invitation of Foreign Personnel to China* (Jiaowaizong [2007] No. 74), and the *Notice of the Ministry of Education and the Hong Kong and Macao Affairs Office of the State Council on the Delegation of Approval Authority for Personnel from Jilin University and Six Other Universities to Visit Hong Kong and Macao and to Invite Personnel from Hong Kong and Macao to the Mainland* (Jiao Gang'ao Tai [2007] No. 67), as well as relevant higher-level directives on travel abroad (or to Hong Kong, Macao, Taiwan), taking into account the actual circumstances of the University.

**Article 2**    Competent Department

The approval of official overseas travel and travel to Hong Kong and Macao at Tongji University shall be carried out under the leadership of the University Party Committee. The Foreign Affairs Office of the University is the administrative department responsible for management. The University's official overseas travel (including to Hong Kong, Macao, and Taiwan) shall be subject to the supervision and guidance of the Ministry of Education and the Foreign Affairs Office of the Shanghai Municipal People's Government.

**Article 3**    Scope of Approval

(I)    Official overseas travel and visits to Hong Kong and Macao by the incumbent Party Secretary and the President shall be submitted to the Ministry of Education for approval.

(II)    For personnel with permanent staffing and full-time students of Tongji University sent on official overseas travel, including those participating in delegations organized by external units, Tongji University shall conduct the approval and issue the *Tongji University Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao*. For on-job dispatched personnel employed by the University sent on official overseas travel, including those participating in external delegations, Tongji University shall, in principle, also conduct the approval and issue the aforementioned documents.

(III)    For personnel with permanent staffing and full-time students of Tongji University sent to Hong Kong and Macao for inspections, visits, academic conferences, exchanges, competitions, etc., with a stay not exceeding 30 days (inclusive), including those participating in external delegations, Tongji University shall conduct the approval and issue the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao or the Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao*. For on-job dispatched personnel employed by the University sent to Hong Kong and Macao, including those participating in external delegations, Tongji University shall, in principle, also conduct the approval and issue the aforementioned documents.

(IV)    Delegations and personnel participating in international conferences or undertaking overseas tasks involving sensitive issues must be reported to the Ministry of Education or the Foreign Affairs Office of the Shanghai Municipal People's Government for approval.

(V)    The approval process for personnel traveling to Taiwan shall continue to be handled in accordance with existing regulations.

**Article 4**    Principles of Approval for Official Overseas Travel (including travel to Hong Kong, Macao, and Taiwan)

(I)    Official overseas travel (including travel to Hong Kong, Macao, and Taiwan) missions shall have clearly defined objectives and emphasize practical effectiveness.

When University leaders lead delegations abroad, the mission must be commensurate with their official status. The delegation size shall be limited to no more than 7 members, and a formal invitation letter from the corresponding foreign counterpart department is required. A visit to a single country/region shall generally last 5–7 days, not exceeding 10 days; visits to two or more countries/regions shall generally last 10 days, not exceeding 12 days.

In principle, University leaders shall not join the same delegation or lead separate delegations to the same country/region simultaneously. The themes of overseas inspections and exchanges within the same year shall not be repeated, and no trips shall be arranged as a form of preferential treatment.

In accordance with relevant national regulations, official overseas visits by University leaders shall be strictly controlled; a single trip shall generally not include more than two countries/regions.

Faculty and staff traveling abroad (or to Hong Kong, Macao, Taiwan) on official business shall have a clear official purpose and substantive content. Delegations shall be small and select. They shall strictly follow the approved itinerary, and shall not make detours, add additional countries or regions to the visit, extend the duration of stay abroad, or change their status. Official visits shall generally not exceed 12 days. Visits to Asian countries shall generally not exceed 10 days, and visits to Hong Kong and Macao shall not exceed 7 days. One or two additional days may be granted if necessitated by flight schedules.

Faculty and staff traveling abroad (or to Hong Kong, Macao, Taiwan) on official business to attend an international academic conference must have a paper accepted for presentation at the conference. In principle, approval shall be granted only to the first author and the corresponding author.

To ensure the normal and orderly operation of the University, principal leaders of the same unit shall not, in principle, travel abroad simultaneously or lead delegations to the same country/region at the same time.

When dispatching personnel for official duties, tasks that can be performed by lower-ranking personnel shall not be assigned to higher-ranking personnel; tasks requiring professional expertise shall not be assigned to non-professionals.

(II)    When forming a delegation for official travel abroad (or to Hong Kong, Macao, Taiwan), the inclusion of immediate family members or spouses in the same delegation shall be avoided.

(III)    Retired personnel shall not, in principle, be dispatched on official travel abroad (or to Hong Kong, Macao, Taiwan).

Generally, retired personnel shall no longer be dispatched abroad (or to Hong Kong, Macao, Taiwan) on official business. For retired personnel in specialized fields who have been formally rehired by the University, are aged 70 or below, and whose overseas travel is strictly necessary for work (e.g., attending international professional academic conferences and delivering keynote speeches where no substitute is available), the University may approve the trip on a case-by-case basis under the principle of "strict control for essential needs." The sending unit must justify the necessity of the dispatch. Additionally, a health certificate issued by a Shanghai municipal-level hospital within the past year and a letter of consent from family members must be provided.

(IV)    In accordance with relevant regulations of the Central Government: The University is prohibited from organizing cross-regional and cross-departmental delegations (hereinafter referred to as "Double-Cross Delegations"). If the organization of "Double-Cross Delegations" is strictly necessary for work purposes, it must be reported to the Ministry of Education for approval.

— 54 —

(V)    Faculty and staff traveling on official business shall, in principle, hold Official Passports (or Exit-Entry Permits for Traveling to and from Hong Kong and Macao). Personnel holding long-term visas, endorsements, or permanent residency in the destination country/region may use Private Passports (or Private Exit-Entry Permits) for official business only upon University approval.

(VI)    For current students traveling abroad (or to Hong Kong, Macao, Taiwan) on official business, all relevant functional departments shall exercise strict scrutiny, and the travel shall have a clearly defined mission. Pursuant to relevant central regulations, students traveling abroad on official business shall, in principle, hold private passports.

(VII)    Official travel abroad (or to Hong Kong, Macao, Taiwan) shall follow the principle of thrift and economy, emphasize the effectiveness of the visit, and minimize the duration of stay abroad (or in Hong Kong, Macao, Taiwan) to reduce costs.

Funds for temporary official overseas travel are allocated for University leaders, staff of the Foreign Affairs Office, the Hong Kong, Macao and Taiwan Affairs Office, and other functional departments, as well as for other personnel approved by the University.

Project funds of schools shall be used exclusively for overseas travel by personnel directly involved in the projects.

Individual and research group funds are generally restricted to attending international conferences and official visits of no more than two weeks. However, for explicit research cooperation projects or academic team development tasks, research funds may be utilized for visits exceeding two weeks.

The use of funds by personnel on short-term official travel abroad (or to Hong Kong, Macao, Taiwan) shall be governed by the *Standards and Management Measures for Expenses of Temporary Overseas Personnel*.

The use of funds by personnel on long-term official travel abroad (or to Hong Kong, Macao, Taiwan) shall be subject to the *Scholarship Funding Standards for State-Sponsored Overseas Students*.

**Chapter 2 Application and Approval Procedures for Travel Abroad (or to Hong Kong, Macao, Taiwan)**

**Article 5**    General Approval Procedures

(I)    The applicant shall complete the corresponding *Tongji University Application Form for Official Travel Abroad (or to Hong Kong, Macao, Taiwan)* and other forms according to their official status, and shall submit the invitation letter together with a translation thereof (if the invitation is not in English). The administrative head of the applicant's home unit shall conduct a preliminary review of the application; the Party organization of the home unit shall conduct a political vetting; and the relevant functional departments shall countersign. Upon approval, the application shall be forwarded to the University's Foreign Affairs Office.

(II)    Upon receipt of the materials, the Foreign Affairs Office shall register and review them, and then submit them to the Assistant President in charge of foreign affairs for approval. For personnel at the Deputy Division Director level or above, the materials shall be submitted to the Vice President in charge for approval.

(III)    Upon approval, the Foreign Affairs Office shall issue an *Approval Document for Official Travel Abroad (or to Hong Kong, Macao)* or a *Confirmation Document for Official Travel Abroad (or to Hong Kong, Macao)*, and notify the traveler to proceed with passport (or travel permit), visa (or endorsement), foreign exchange, and other related procedures.

(IV)    Visas (or endorsements) for official travel abroad (or to Hong Kong, Macao) shall continue to be processed by the Visa Office of the Shanghai Municipal Foreign Affairs Office, with the assistance of the designated coordinator from the University's Foreign Affairs Office.

**Article 6**    Approval Procedures for Vice-Presidential Level Leaders Traveling Abroad (or to Hong Kong, Macao, Taiwan)

Incumbent vice-presidential level leaders traveling abroad (or to Hong Kong, Macao) on official business shall complete the *Tongji University Approval Form for Leading Cadre Official Travel Abroad (or to Hong Kong, Macao, Taiwan)* and submit it to the University Party Secretary and the University President for approval. Upon approval, the application shall be forwarded to the Foreign Affairs Office, which shall issue the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao*.

**Article 7**　Approval Procedures for Division-Level (including Deputy Division-Level) Leaders Traveling Abroad (or to Hong Kong, Macao, Taiwan)

For current division-level (including deputy division-level) cadres of any unit traveling abroad (or to Hong Kong, Macao, Taiwan) on official business, the application shall be approved by the head of the unit, countersigned by the Organization Department, and then submitted to the University's Foreign Affairs Office. Following the University's approval procedures, upon approval the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao* shall be issued.

For current principal heads of units traveling abroad (or to Hong Kong, Macao, Taiwan) on official business, the application shall first be submitted by the unit to the responsible University leader for approval. Upon approval, it shall be filed with the Organization Department, and then submitted to the University's Foreign Affairs Office. Following the University's approval procedures, upon approval the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao* shall be issued.

**Article 8**　Approval Procedures for General Faculty and Staff Traveling Abroad (or to Hong Kong, Macao, Taiwan)

For general faculty and staff traveling abroad (or to Hong Kong, Macao, Taiwan) on official business, whether for long or short durations, the application shall be approved by the Party organization and the principal administrative leader of the applicant's unit, and then submitted to the University's Foreign Affairs Office. Following the University's approval procedures, upon approval the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao* shall be issued.

**Article 9**　Approval Procedures for Full-Time Enrolled Students Traveling Abroad (or to Hong Kong, Macao, Taiwan)

For undergraduate and associate degree students traveling abroad (or to Hong Kong, Macao, Taiwan) on official business, whether for long or short durations, the application shall be approved by the Party organization and the principal administrative leader of the student's home unit, then submitted to the Student Affairs Office and the Academic Affairs Office for countersignature, and then to the University's Foreign Affairs Office. Following the University's approval procedures, upon approval the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao* shall be issued.

For postgraduate students traveling abroad (or to Hong Kong, Macao, Taiwan) on official business, whether for long or short durations, the application shall be approved by the Party organization and the principal administrative leader of the student's home unit, then submitted to the Graduate School for countersignature, and then to the University's Foreign Affairs Office. Following the University's approval procedures, upon approval the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao* shall be issued.

**Article 10**　Timeline for Approval

(I)　In consideration of the time required for approval, passport processing, and visa application, applicants traveling to one country (or region) shall submit all relevant documents to the Foreign Affairs Office at least thirty (30) days prior to the intended departure date. Applicants traveling to two or more countries (or regions) and requiring two or more visas shall submit all relevant documents at least forty-five (45) days in advance. If the visa processing time for the destination country is exceptionally long, the application for official overseas travel shall be submitted well in advance.

(II)　The review and approval procedures for overseas travel shall generally be completed within five (5) working days from the date all required materials are received (except where approval by the Ministry of Education is required, or where the opinions of Chinese embassies/consulates abroad or overseas offices must be sought).

## Chapter 3 Post-Visit Reporting

**Article 11**　Post-Visit Report for Official Travel

Individuals or delegations traveling on official business must submit the completed *Tongji University Post-Visit Report Form* to the University Foreign Affairs Office within two weeks of completing their mission.

**Article 12**　Surrender of Official Travel Documents

Personnel returning from official travel shall surrender their passports or travel permits to Hong Kong, Macao, or Taiwan to the University's Foreign Affairs Office for safekeeping within two (2) weeks after the conclusion of the mission. Failure to return the documents in a timely manner shall result in the suspension or termination of approval procedures for any subsequent overseas travel applications.

**Article 13**  Reimbursement and Settlement

All financial reimbursements for official travel abroad (or to Hong Kong, Macao, Taiwan) shall be processed on the basis of the *Tongji University Approval Document for Official Overseas Travel and Travel to Hong Kong/Macao* or the *Tongji University Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao*.

Upon returning to China, personnel must submit the *Tongji University Post-Visit Report Form* and surrender their official travel documents before applying to the University Foreign Affairs Office for reimbursement verification.

### Chapter 4 Disciplinary Rules for Official Travel

**Article 14**  Pre-Departure Training

Personnel undertaking their first official travel abroad (or to Hong Kong, Macao, Taiwan) shall undergo pre-departure training at the University Foreign Affairs Office. The training covers customs clearance, insurance procurement, discipline compliance, security maintenance, and emergency response.

**Article 15**  Foreign Affairs Discipline

Personnel on official travel abroad (or to Hong Kong, Macao, Taiwan) shall conscientiously uphold the interests of the nation and the University in their foreign interactions, and shall not damage the national image or harm the University's reputation. During the visit, personnel shall abide by local laws and regulations and respect local customs. They shall strengthen their awareness of intellectual property protection and shall not copy, reproduce, or download internal materials of overseas institutions without authorization.

Personnel on official business travel shall not disclose state political, military, economic, or technological secrets in their foreign exchanges, and shall safeguard the University's intellectual property rights. Any classified materials used in teaching, research, or production shall not be taken abroad for academic exchanges without prior approval from the competent confidentiality administration department.

### Chapter 5 Supplementary Provisions

**Article 16**  Document Number of the Approval/Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao

The document number for the Tongji University Approval/Confirmation Document for Official Overseas Travel and Travel to Hong Kong/Macao follows the format: Tongji Waichu ([year] ) No. [Serial Number], affixed with the official seal of Tongji University for Approval of Travel Abroad (or to Hong Kong, Macao, Taiwan).

**Article 17**  Distribution List for Approval Documents

(I)        External Units: Foreign Affairs Office of the Shanghai Municipal People's Government, Shanghai Municipal Finance Bureau, and Shanghai Branch of the State Administration of Foreign Exchange;

(II)        Internal Units: Party Committee Office, Finance Department, and relevant departments/offices.

**Article 18**  These Measures shall be interpreted by the Foreign Affairs Office of Tongji University.

**Article 19**  Effective Date

These Measures shall come into effect on the date of promulgation. In the event of any inconsistency between previous regulations and these Measures, these Measures shall prevail. Matters not covered by these Measures shall be governed by relevant state and University regulations.

June 11, 2010

# Measures of Tongji University for Safety and Protection in Radioactive Work

Tongji Shi [2010] No. 43

### Chapter 1 Preamble

**Article 1**    To strengthen the supervision and management of the safe use and protection of radioisotopes and radiation devices at the University, ensure the smooth conduct of teaching and research in all laboratories, protect the health and safety of all faculty, staff, and students engaged in radioactive work, and safeguard the surrounding environment, these Measures are hereby revised in accordance with the *Law of the People's Republic of China on the Prevention and Control of Radioactive Pollution*, the *Regulations on the Safety and Protection of Radioisotopes and Radiation Devices* (State Council Decree No. 449 of 2005), the *Administrative Measures for the Safety Licensing of Radioisotopes and Radiation Devices* (Decree No. 31 of the State Environmental Protection Administration of 2006), and other relevant provisions, taking into account the actual circumstances of the University.

**Article 2**    These Measures apply to the supervision and management of teaching, research, and production sites involving radioactive work within all laboratories at the University.

**Article 3**    The principal heads of laboratories using radioactive sources shall be responsible for radiation safety and protection within their departments, and shall establish and improve corresponding management systems. A designated person shall be assigned to manage laboratory safety.

**Article 4**    The Laboratory and Equipment Management Office shall be responsible for the inspection and supervision of radioactive safety and protection work in all laboratories. The Office shall conduct inspections once per semester, and each laboratory shall conduct self-inspections twice per semester. Inspection results shall be recorded, and relevant documentation shall be archived.

**Article 5**    Laboratories must provide safety education and assessments to faculty, students, and staff prior to their engagement in radioactive work. Personnel may only commence such work after passing health examinations. Engagement in radioactive work without prior training and assessment is strictly prohibited.

### Chapter 2 Use and Storage

**Article 6**    Requisitions for radioactive sources must be submitted by a designated laboratory staff member, approved by the College leadership, and subsequently reviewed, approved, and registered by the University Safety Production Office. A copy must be filed with the Laboratory and Equipment Management Office before purchase.

**Article 7**    Radioactive sources shall be under the centralized custody of each laboratory, with designated personnel responsible for their usage and safekeeping. Radioactive isotopes shall be stored separately and must not be co-stored with flammable, explosive, or corrosive materials. Effective fire prevention and anti-theft measures shall be implemented in storage areas to ensure absolute safety. Radioactive isotopes shall be stored in safes, with radiation warning signs posted on the safes, at entrance doors, and in other relevant locations.

**Article 8**    Effective shielding facilities appropriate to the nature and energy of the radiation involved must be installed for experiments. The operation of radiation-emitting devices must be supervised by designated personnel. Protective shielding (such as lead plates) and warning signs must be installed at the point of use.

**Article 9**    A register for radioactive isotopes and radiation-emitting devices shall be maintained, recording details such as nuclide name, manufacture date, activity, serial numbers, codes, source, and disposition for isotopes; and name, model, radiation type, category, purpose, source, and disposition for devices. Requisition of radioactive sources requires the user to complete an application form, which must be approved by the Laboratory Director and the College leadership before issuance. During use, detailed records of usage, consumption, and waste disposal shall be kept. Accounts shall be established, and regular checks shall be conducted to ensure consistency between accounts and physical inventory. Any discrepancy shall be investigated and reported promptly.

**Article 10**    The total activity of radioactive sources stored in each laboratory shall be limited to trace amounts. If the quantity exceeds the allowable limit, special permission must be obtained from the College and the University Safety Office, and enhanced safety protection measures must be implemented.

**Article 11**    Students must obtain faculty approval before using radioactive sources. Direct contact with the surface of the active area is prohibited. Eating and drinking are strictly forbidden within the active area, and hands must be washed immediately after the experiment.

**Article 12**    Radioactive sources shall be handled with care to prevent dropping. The liquid component of the source must not be extracted. In the event of an accident, contact the manufacturer immediately.

**Article 13**    Radioactive sources are strictly prohibited from being removed from the laboratory or lent to others (lending requires approval from the designated custodian). The designated custodian bears full responsibility for any loss. Any loss or unexplained depletion must be reported immediately, and an investigation shall be initiated.

**Article 14**    Personnel shall exercise extreme caution and strictly adhere to standard operating procedures when handling radioactive sources to prevent accidents. To ensure rapid response and minimize potential harm in the event of an accident, staff must be proficient in emergency response procedures and familiar with the operation of safety equipment. Workplaces shall be equipped with general safety devices (e.g., fire extinguishers) as well as emergency response equipment, such as first aid kits containing supplies for decontaminating skin wounds and eyes.

**Article 15**    A detailed record of each accident and its handling shall be maintained. This record serves as a critical basis for investigating causes, improving protective measures, and assessing the long-term health status of staff. Records shall be properly archived.

**Article 16**    In the event of an accident, the Laboratory Supervisor must be notified immediately. Response measures shall be implemented under the guidance of the designated safety officer. Work may resume only after decontamination is complete, radiation dose levels are verified as safe, and approval is granted by the Laboratory Supervisor. In the event of a minor spill or scatter of radioactive material, the following measures shall be taken:

1.    For liquids, immediately absorb the spill with absorbent paper to prevent the spread of contamination. For solids, collect the material using an appropriate method, dampen the area with a small amount of water, and then wipe dry with absorbent paper.

2.    Promptly mark the contaminated area to restrict access by unauthorized personnel.

3.    Decontaminate the affected area with warm water and detergent. If contamination persists, use specialized decontamination agents based on the chemical properties of the isotope.

4.    Personnel handling the accident shall wear appropriate protective clothing and carry necessary protective equipment, and may enter the contaminated area for remediation only with the approval of the school.

5.    Contaminated clothing shall be removed and changed immediately. The contaminated clothing must remain within the contaminated area.

6.    Immediately wash contaminated skin or wounds. If internal intake of radionuclides is suspected, drink plenty of water, administer an emetic to induce vomiting, and notify medical personnel immediately.

**Article 17**    In the event of a major contamination incident, staff in the affected area shall immediately take measures to contain the spread, instruct all laboratory personnel to evacuate, and report to the relevant authorities.

**Article 18**  Comprehensive contamination surveys shall be conducted every two months. Detailed records shall be maintained for all contamination incidents and survey results.

### Chapter 3 Radioactive Waste Disposal

**Article 19**  Laboratories shall minimize the generation of radioactive waste. Arbitrary disposal of radioactive waste is strictly prohibited. Laboratory radioactive waste must be segregated from ordinary waste. Mixing with ordinary waste or disposal into standard sinks and trash bins is strictly prohibited. Solid and liquid radioactive waste shall be stored separately and clearly labeled.

**Article 20**  Solid radioactive waste shall be disposed of in designated foot-operated waste bins. Liquid waste shall be stored in standardized containers according to classification, filling no more than two-thirds of the container's volume.

**Article 21**  When accumulated waste requires disposal, it must be clearly labeled (indicating chemical properties, half-life, physical state, toxicity, etc.). A written application for disposal shall be submitted to the Laboratory and Equipment Management Office. Upon approval, the waste shall be transferred to a qualified professional entity for disposal.

### Chapter 4 Rewards and Penalties

**Article 22**  Units and individuals that strictly implement these Measures for the Safety and Protection of Radioactive Work shall be commended and rewarded. Violations of these Measures resulting in accidents shall incur administrative penalties based on severity. Cases constituting criminal offenses shall be referred to judicial authorities for criminal liability.

### Chapter 5 Supplementary Provisions

**Article 23**  Appendix to these Measures:

(1)    Working Rules for Radioactive Laboratories;

(2)    Personal Protection and Hygiene for Radioactive Experiments. These appendices shall be strictly observed.

**Article 24**  Matters not covered herein regarding safety and protection in radioactive work shall be governed by relevant national and Shanghai municipal regulations.

**Article 25**  These Measures shall be interpreted by the Laboratory and Equipment Management Office and shall come into effect on the date of issuance. The former *Tongji University Measures for the Safety and Protection in Radioactive Work* (approved by the Vice President in charge on June 2, 2004) is hereby repealed simultaneously.

Appendices: 1.    Working Rules for Radioactive Laboratories

2.    Personal Protection and Hygiene in Radioactive Experiments

March 30, 2010

Appendix 1

# Working Rules for Radioactive Laboratories

I.   Laboratories shall be divided into Active Areas and Inactive Areas. All vessels used for handling or storing radioactive materials must be clearly labeled. If a dedicated laboratory is unavailable, a temporary Active Area must be designated for radioactive experiments with College leadership approval. Post-experiment decontamination and restoration shall be conducted in accordance with regulations.

II.   Only essential equipment shall be kept in the laboratory. Items unrelated to operations, particularly office supplies such as books, are strictly prohibited.

III.  Areas used for storing or utilizing radioactive isotopes and radiation-emitting devices shall display prominent radiation warning signs in accordance with national regulations. Entrances shall be equipped with safety and protection facilities, including necessary safety interlocks, alarm systems, or operational status indicators, as required by national safety standards.

IV.  Packaging containers for radioactive isotopes, equipment containing radioactive isotopes, and radiation-emitting devices shall bear prominent radiation warning symbols and warning instructions in Chinese. Radioactive sources shall also be affixed with radiation warning symbols where feasible.

V.   Experimenters shall fully understand the characteristics of the radioactive sources used. Adequate preparation must be made prior to operation, and standard operating procedures shall be strictly followed with rigorous safety precautions to prevent accidents.

VI.  Registration and inspection shall be conducted during the storage, requisition, usage, and return of radioactive isotopes to ensure that inventory records match physical items. Storage facilities for radioactive isotopes shall be equipped with safety measures against fire, flooding, theft, loss, sabotage, and radiation leakage.

VII.  Operations likely to generate radioactive gases, fumes, or dust, as well as the heating of solutions (including sample drying), shall be conducted exclusively within fume hoods or sealed glove boxes. General radiochemical operations (particularly those involving liquids) shall be performed in enamel trays lined with absorbent paper.

VIII. Handling of radioactive materials exceeding 0.5 mg Radium Equivalent, or high-energy beta-emitting materials with an activity greater than 0.5 mCi, requires the use of protective shielding and safety goggles.

IX.  Personnel wearing protective gloves shall only handle vessels containing radioactive materials. Touching power switches, reagent bottles, or any non-radioactive items with contaminated gloves is strictly prohibited.

X.   Laboratories shall undergo daily wet cleaning. The use of dust-generating cleaning tools is prohibited. A thorough cleanup shall be conducted at least once a week using dedicated cleaning tools.

XI.  Radioactive waste must be kept separate from ordinary waste and must not be mixed with ordinary waste or poured into ordinary sinks or garbage bins. It shall be classified and stored by physical state (solid or liquid) and half-life duration, with appropriate labeling.

XII.  Prior to the aliquoting, conversion of high-activity sources, or synthesis of labeled compounds, a blank test must be conducted.

XIII. In the event of an accident, it shall be reported promptly and handled appropriately.

XIV. Matters not covered herein shall be governed by relevant national regulations.

Appendix 2

# Personal Protection and Hygiene in Radioactive Experiments

I. Personnel handling radioactive materials must wear laboratory coats, caps, dedicated shoes, gloves, and masks. Specialized protective clothing shall be worn under specific circumstances. Laboratory coats must be laundered regularly.

II. Radiation shielding and protection devices must be thoroughly inspected for safety and reliability prior to experiments.

III. Before leaving the Active Area to enter cafeterias, libraries, or other Inactive Areas, personnel must remove all Personal Protective Equipment (PPE).

IV. Eating, drinking, smoking, and food storage are strictly prohibited within the laboratory.

V. Personal clothing and items unrelated to experiments are prohibited in the laboratory and must not be mixed with laboratory coats.

VI. Personnel with open cuts or unhealed wounds on exposed skin are prohibited from handling radioactive materials. Entry into the laboratory under such conditions requires College approval and the implementation of additional protective measures.

VII. Before leaving the laboratory, personnel must wash their hands thoroughly (3–5 times). Hands must then be monitored with radiation detection instruments. If contamination is detected, washing must continue until decontamination is complete. Any bodily contamination discovered must be decontaminated immediately. Personnel must keep their fingernails short and clean.

# Interim Measures of Tongji University for Biosafety Management of Pathogenic Microorganism Laboratories

Tongji Shi [2010] No. 44

### Chapter 1 Preamble

**Article 1** To strengthen the biosafety management of pathogenic microorganisms in Tongji University laboratories, prevent unnecessary accidents and public safety incidents that may arise from the collection, storage, transportation, and experimental handling of pathogenic microorganisms, and protect the health of laboratory staff and the public, these Measures are hereby formulated in accordance with the *Regulations on Biosafety Management of Pathogenic Microorganism Laboratories promulgated by the State Council* (State Council Decree No. 424), the *Measures for Environmental Management of Biosafety in Pathogenic Microorganism Laboratories* (State Environmental Protection Administration Decree No. 32), the *Shanghai Municipal Biosafety Management Standards for Level I and II Pathogenic Microorganism Laboratories*, and the spirit of the *Notice of the General Office of the Ministry of Education on Further Strengthening the Management of Pathogenic Microorganisms in School Laboratories* (Jiaogao Ting [2009] No. 1).

**Article 2**    These Measures shall apply to the biosafety management of pathogenic microorganism laboratories at the University and of teaching, experimental, and research activities involving pathogenic microorganisms.

**Article 3**    Laboratory biosafety management shall strictly comply with national and Shanghai municipal laws and regulations, adhering to the principles of "Prevention First, Law-based Management, and Scientific Standardization".

## Chapter 2 Classification and Scope

**Article 4**    Based on infectivity and the severity of harm to individuals or populations post-infection, the State classifies pathogenic microorganisms into four Categories:

Category I Pathogenic Microorganisms: Microorganisms that cause very serious diseases in humans or animals, as well as microorganisms not yet discovered in China or already declared eradicated.

Category II Pathogenic Microorganisms: Microorganisms that cause serious diseases in humans or animals and can be easily transmitted directly or indirectly among humans, between animals and humans, or among animals.

Category III Pathogenic Microorganisms: Microorganisms that cause diseases in humans or animals but generally do not pose a serious hazard to humans, animals, or the environment. They present a limited transmission risk, rarely cause serious illness following laboratory infection, and have effective treatment and preventive measures available.

Category IV Pathogenic Microorganisms: Microorganisms that do not typically cause diseases in humans or animals.

Category I and Category II Pathogenic Microorganisms are classified as Highly Pathogenic Microorganisms.

Based on the biosafety protection level against pathogenic microorganisms and in accordance with national standards, laboratories are classified into Biosafety Levels 1, 2, 3, and 4 (corresponding to Category IV, III, II, and I Pathogenic Microorganisms, respectively). BSL-1 and BSL-2 laboratories are prohibited from conducting experimental activities involving Highly Pathogenic Microorganisms. BSL-3 and BSL-4 laboratories must obtain national accreditation and the corresponding Biosafety Laboratory Certificate before engaging in experimental activities involving Highly Pathogenic Microorganisms.

## Chapter 3 Assessment and Approval

**Article 5**    Schools constructing, renovating, or expanding pathogenic microorganism laboratories (particularly those handling Category I, II, or III microorganisms) must submit an application for the use of pathogenic microorganisms to the relevant authorities in advance, addressing the following:

(I)    A risk assessment statement for the pathogenic microorganisms;

(II)    Possession of equipment with protection levels appropriate for collection, storage, transportation, and experimentation;

Compliance with relevant laws, regulations, and ordinances enacted by the State and the Shanghai Municipal Government. The transportation of strains (or viral stocks) of Highly Pathogenic Microorganisms or samples shall be escorted by at least two designated personnel, with appropriate protective measures implemented. No entity or individual may transport strains (or viral stocks) of pathogenic microorganisms or samples via public buses or urban rail transit systems.

(III)    Operation by technical personnel possessing relevant professional expertise;

(IV)    Implementation of effective measures and protocols to prevent the spread and infection of pathogenic microorganisms.

The application shall proceed only after obtaining the signed approval of the following responsible personnel:

(I)      Director (or Experimental Secretary) of the School Experimental Center;

(II)     Vice Dean of the School in charge;

(III)    University Security Department, Scientific Research Department, Laboratory and Equipment Management Department, President's Office;

(IV)    University leader in charge;

(V)     When necessary, filing with the Shanghai Municipal Health Administrative Department shall be completed, and relevant approval procedures shall be fulfilled in accordance with the law. Implementation shall strictly follow the provisions of the *Regulations on Biosafety Management of Pathogenic Microorganism Laboratories*.

## Chapter 4 Systems and Management

**Article 6**    The entity establishing the pathogenic microorganism laboratory shall be responsible for its biosafety management. The Laboratory Director is the primary person responsible for biosafety and shall oversee daily biosafety management. Strict measures shall be implemented to prevent spread and leakage that could cause infections in humans and animals.

**Article 7**    Storage of pathogenic microorganism strains (or viral stocks) and samples must utilize dedicated locked equipment to strictly prevent spread and theft. Without prior reporting and approval, no entity or individual may unauthorizedly transfer, transport, accept as a gift, or store pathogenic microorganism strains (or viral stocks) and samples.

**Article 8**    ERelevant Schools and Experimental Centers shall compile biosafety manuals tailored to their specific operations (covering biosafety, chemical safety, and waste disposal) and formulate stringent safety management systems. These systems shall include personnel training, laboratory access control, facility and equipment management, health surveillance, accident and occupational disease reporting, biosafety self-inspection, archive management, and security protocols against theft and fire.

**Article 9**    Experimental activities conducted in relevant pathogenic microorganism laboratories shall strictly comply with national standards, laboratory technical specifications, and standard operating procedures (SOPs). Development of Laboratory-specific Standard Operating Procedures (SOPs). These shall include SOPs for laboratory biosafety, testing and research experiments, use of relevant instruments and equipment, use of personal protective equipment, laboratory disinfection, disposal of hazardous waste, and emergency response in experiments. The Laboratory Director shall designate trained personnel to supervise and inspect compliance with laboratory technical specifications and operating procedures. Experimental activities involving Highly Pathogenic Microorganisms shall be conducted by at least two staff members working together.

**Article 10**   Relevant Schools and pathogenic microorganism laboratories shall, in accordance with these Measures and national regulations, conduct regular and ad hoc inspections to verify compliance with safety requirements. Laboratory facilities, equipment, and materials shall be regularly inspected, maintained, and updated to ensure adherence to national standards. Regular inspections shall be conducted no less than twice a year.

**Article 11**   Pathogenic microorganism laboratories shall provide annual training for faculty and students involved in experimental activities to ensure mastery of technical specifications, SOPs, biosafety knowledge, and practical skills, followed by mandatory assessments. Personnel may only commence work after passing the assessment. Training and assessment records for personnel shall be established and archived.

**Article 12**  Biosafety Cabinets (BSCs) must undergo routine on-site certification annually. Recertification is also required after relocation, maintenance, or replacement of High-Efficiency Particulate Air (HEPA) filters.

**Article 13**  Pathogenic microorganism laboratories must maintain comprehensive archives, including laboratory safety records, work logs, raw experimental data, equipment monitoring and calibration records, decontamination logs, accident/exposure reports, personnel training records, and employee health files. Archives related to teaching and research involving Highly Pathogenic Microorganisms shall be retained for no less than 20 years.

**Article 14**  Relevant departments engaged in teaching and research involving Highly Pathogenic Microorganisms must formulate Laboratory Biosafety Emergency Response Plans. Each department shall designate specific personnel to oversee laboratory infection control and regularly inspect the implementation of regulations regarding biosafety protection, strain/sample storage and usage, safe operations, and the disposal of wastewater, exhaust gas, and other wastes. In the event of a laboratory-acquired infection, the relevant College and its staff shall immediately report the incident in accordance with national procedures and implement the Emergency Response Plan.

**Article 15**  Relevant departments engaged in teaching and research involving pathogenic microorganisms shall effectively treat wastewater, exhaust gas, and other wastes in compliance with environmental protection laws and regulations to prevent environmental pollution. Implementation shall refer to the *Measures for Environmental Management of Biosafety in Pathogenic Microorganism Laboratories* (SEPA Order No. 32).

**Article 16**  Regular health examinations shall be organized for laboratory personnel, and health files shall be established. Vaccinations shall be provided to laboratory personnel when necessary.

## Chapter 4 Liability, Rewards, and Penalties

**Article 17**  For departments or individuals violating operating procedures and creating safety hazards in pathogenic microorganism teaching and research, the Laboratory and Equipment Management Office, Office of Scientific Research, and University Safety Production Office are authorized to order a suspension of operations and mandate rectification within a specified timeframe. Such incidents shall be reported promptly to University leadership.

**Article 18**  Personnel or managers whose dereliction of duty results in public safety incidents involving pathogenic microorganisms shall be held liable in accordance with the Regulations on Biosafety Management of Pathogenic Microorganism Laboratories.

**Article 19**  Laboratories and individuals that strictly comply with laws, regulations, and SOPs, and maintain an accident-free record throughout the year, shall be commended and appropriately rewarded.

## Chapter 5 Supplementary Provisions

**Article 20**  These Interim Measures shall be interpreted by the Laboratory and Equipment Management Office.

**Article 21**  These Interim Measures shall come into effect on the date of issuance.

March 30, 2010

# Tongji University Measures for Safety Management of Special Equipment in Laboratories

Tongji Shi [2010] No. 45

### Chapter 1 Preamble

**Article 1**   To ensure the smooth conduct of teaching and research, safeguard the lives and property of faculty and students, and prevent and reduce accidents, these Measures are revised in accordance with the *Regulations on Safety Supervision of Special Equipment* (State Council Decree No. 373) and the *Decision of the State Council on Amending the Regulations on Safety Supervision of Special Equipment* (State Council Decree No. 549), taking into account the actual conditions of the University.

**Article 2**   The term "Special Equipment" in these Measures primarily refers to Lifting Appliances and Pressure Vessels (including gas cylinders and air compressors) located within laboratories.

**Article 3**   A Pressure Vessel is defined as a sealed device designed to contain gases or liquids under a specified pressure. Its scope is defined as follows: Fixed and mobile containers for gases, liquefied gases, and liquids where the maximum working pressure is $\geq 0.1$ MPa (gauge pressure) and the product of pressure and volume is $\geq 2.5$ MPa·L; gas cylinders containing gases, liquefied gases, or liquids with a standard boiling point $\leq 60°C$, where the nominal working pressure is $\geq 0.2$ MPa (gauge pressure) and the product of pressure and volume is $\geq 1.0$ MPa·L; and oxygen chambers. For details, please refer to the *Regulations on Safety Supervision of Special Equipment*.

**Article 4**   Lifting Machinery refers to electromechanical equipment used for the vertical lifting, or vertical lifting combined with horizontal movement, of heavy loads. Its scope includes: elevators with a rated lifting capacity $\geq 0.5$t; cranes with a rated lifting capacity $\geq 1$t and a lifting height $\geq 2$m; and electric hoists with fixed load-bearing structures. For details, please refer to the *Regulations on Safety Supervision of Special Equipment*.

**Article 5**   These Measures apply to the supervision and management of teaching, research, and production areas involving Special Equipment within all University laboratories.

**Article 6**   The University Laboratory and Equipment Management Department shall be responsible for the safety supervision and management of special equipment in use in laboratories, and for the review and approval of purchase, retirement, and inspection applications submitted by laboratories.

**Article 7**   The University Safety Production Office oversees safety production management for Special Equipment, organizes and coordinates emergency rescue operations in the event of accidents, and coordinates procurement, scrapping, and inspection activities with user departments.

**Article 8**   The primary person in charge of each laboratory using Special Equipment on campus shall bear full responsibility for equipment safety and shall establish and improve safety management systems.

### Chapter 2 Use and Procurement

**Article 9**   All University laboratories shall strictly implement these Measures and relevant laws, regulations, and provisions on work safety to ensure the safe use of special equipment.

**Article 10** .Laboratories must submit relevant documentation to the Laboratory and Equipment Management Office within 15 days prior to commissioning newly purchased Special Equipment. The Office shall then register the equipment with the superior competent authority

**Article 11** All University laboratories shall perform regular maintenance on special equipment in use, promptly address any abnormalities, and immediately contact the Laboratory and Equipment Management Office.

**Article 12** Operators and management personnel of Special Equipment must pass examinations administered by the special equipment safety supervision department, obtain the nationally standardized Special Equipment Operator Certificate, and only then engage in corresponding operations or management duties.

**Article 13** The Laboratory and Equipment Management Office shall shall periodically provide information on training programs for special equipment operators to ensure that they possess the necessary knowledge for safe operation of special equipment.

**Article 14** University laboratories that need to purchase new special equipment shall, in addition to completing the normal Tongji University equipment procurement application procedures, also complete the special equipment approval and registration procedures to ensure that no special equipment is omitted.

**Article 15** No University laboratory, unit, or individual is permitted to purchase special equipment on their own. (In special circumstances, the matter shall be submitted to the Laboratory and Equipment Management Office for consultation and resolution.).

## Chapter 3 Scrapping and Inspection

**Article 16** University laboratories are prohibited from using Special Equipment that is uninspected or has failed inspection. A request for inspection must be submitted to the Laboratory and Equipment Management Office one month prior to the expiration of the validity period of the safety inspection certificate.

**Article 17** If special equipment is found to have serious accident hazards, lacks value for retrofitting or repair, or has reached its service life limit as prescribed by safety technical regulations, it must be promptly reported to the Laboratory and Equipment Management Office for scrapping procedures and subsequent deregistration with the superior authority.

## Chapter 4 Rewards and Penalties

**Article 18** Units and individuals that strictly implement these Measures for the management of special equipment shall be commended and rewarded. Violations of these Measures resulting in accidents shall incur administrative penalties commensurate with the severity of the incident; cases constituting a crime shall be prosecuted by judicial authorities.

## Chapter 5 Supplementary Provisions

**Article 19** These Measures include the following four sets of rules and procedures, which user units must strictly observe:
1.  Color Markings and Usage Rules for Various Gas Cylinders;
2.  Installation, Operation, and Maintenance Rules for Air Compressors;
3.  Safety Operating Procedures for Electric Hoists;

4.  Safety Operating Procedures for Bridge Cranes.

**Article 20**  Matters regarding Special Equipment management not covered herein shall be governed by relevant regulations of the State Council and Shanghai Municipality.

**Article 21**  These Measures shall be interpreted by the Laboratory and Equipment Management Office and come into force on the date of issuance. The former *Tongji University Measures for Safety Management of Special Equipment in Laboratories* (approved by the Vice President in charge on June 2, 2004) are hereby repealed simultaneously.

Appendices: 1.    Color Markings and Usage Rules for Gas Cylinders
2.  Installation, Use, and Maintenance Rules for Air Compressors
3.  Pre-Use Safety Checklist for Air Compressor
4.  Safety Operating Procedures for Overhead Cranes
5.  Safety Operating Procedures for Electric Hoists

March 30, 2010

Appendix 1

# Color Markings and Usage Rules for Gas Cylinders

I.    Gas Cylinder Color Markings (GB 7144—1999)

(Approved by the State Administration for Quality and Technical Supervision on December 17, 1999, effective October 1, 2000)

Schedule of Gas Cylinder Color Markings

| No. | Name of Filling Gas | Chemical Formula | Bottle Color | Label Text | Text Color | Color Band |
|---|---|---|---|---|---|---|
| 1 | Acetylene | $CH \equiv CH$ | White | Acetylene: Keep Away from Fire | Bright Red | |
| 2 | Hydrogen | $H_2$ | Light Green | Hydrogen | Bright Red | P=20, Single Light Yellow Band P=30, Double Light Yellow Bands |
| 3 | Oxygen | $O_2$ | Light (Phthalo) Blue | Oxygen | Black | P=20, Single White Band P=30, Double White Band |
| 4 | Nitrogen | $N_2$ | Black | Nitrogen | Light Yellow | |
| 5 | Air | | Black | Air | White | |
| 6 | Carbon Dioxide | $CO_2$ | Aluminum White | Liquefied Carbon Dioxide | Black | P=20, Single Black Band |
| 7 | Ammonia | $NH_3$ | Light Yellow | Liquefied Ammonia | Black | |
| 8 | Chlorine | $Cl_2$ | Dark Green | Liquefied Chlorine | White | |
| 9 | Fluorine | $F_2$ | White | Fluorine | Black | |
| 10 | Nitric Oxide | NO | White | Nitric Oxide | Black | |
| 11 | Nitrogen Dioxide | $NO_2$ | White | Liquefied Nitrogen Dioxide | Black | |
| 12 | Carbonyl Chloride | $COCl_2$ | White | Liquefied Phosgene | Black | |

— 68 —

| 13 | Arsine | $AsH_3$ | White | Liquefied Arsine | Bright Red | |
| 14 | Phosphine | $PH_3$ | White | Liquefied Phosphine | Bright Red | |
| 15 | Diborane | $B_2H_6$ | White | Liquefied Diborane | Bright Red | |
| 16 | Tetrafluoromethane | $CF_4$ | Aluminum White | Chlorofluorocarbon 14 (CFC-14) | Black | |
| 17 | Difluorodichloromethane | $CCl_2F_2$ | Aluminum White | Liquefied Chlorofluorocarbon 12 (CFC-12) | Black | |
| 18 | Difluorochloromethane | $CBrClF_2$ | Aluminum White | Liquefied Chlorofluorocarbon 12B1 (Halon 1211) | Black | |
| 19 | Chlorotrifluoromethane | $CClF_3$ | Aluminum White | Liquefied Chlorofluorocarbon 13 (CFC-12) | Black | |
| 20 | Trifluorobromomethane | $CBrF_3$ | Aluminum White | Liquefied Chlorofluorocarbon B1 (Halon 1301) | Black | P=12.5, Single Dark Green Band |
| 21 | Hexafluoroethane | $CF_3CF_3$ | Aluminum White | Liquefied Chlorofluorocarbon 116 (CFC-12) | Black | |
| 22 | Dichlorofluoromethane | $CHCl_2F$ | Aluminum White | Liquefied Chlorofluorocarbon 21 (CFC-12) | Black | |
| 23 | Hifluorochloromethane | $CHClF_2$ | Aluminum White | Liquefied Chlorofluorocarbon 22 (CFC-12) | Black | |
| 24 | Trifluoromethane | $CHF_3$ | Aluminum White | Liquefied Chlorofluorocarbon 23 (CFC-12) | Black | |
| 25 | Tetrafluorodichloroethane | $CClF_2\text{-}CClF_2$ | Aluminum White | Liquefied Chlorofluorocarbon 114 (CFC-12) | Black | |
| 26 | Pentafluorochloroethane | $CF_3\text{-}CClF_2$ | Aluminum White | Liquefied Chlorofluorocarbon 115 (CFC-12) | Black | |
| 27 | Trifluorochloroethane | $CH_2Cl\text{-}CF_3$ | Aluminum White | Liquefied Chlorofluorocarbon 133a (CFC-133a) | Black | |
| 28 | Octafluorocyclobutane | $CF_2CF_2CF_2CF_2$ | Aluminum White | Liquefied Chlorofluorocarbons C318 | Black | |
| 29 | Difluorochloroethane | $CH_3CClF_2$ | Aluminum White | Liquefied Chlorofluorocarbon 142b (HCFC-142b) | Bright Red | |
| 30 | 1,1,1-Trifluoroethane | $CH_3CF_3$ | Aluminum White | Liquefied Chlorofluorocarbon 143a (CFC-133a) | Bright Red | |
| 31 | 1,1-Difluoroethane | $CH_3CHF_2$ | Aluminum White | Liquefied Chlorofluorocarbon 152a (CFC-133a) | Bright Red | |
| 32 | Methane | $CH_4$ | Brown | Methane | White | P=20, Single Light Yellow Band P=30, Double Light Yellow Bands |
| 33 | Natural Gas | | Brown | Natural Gas | White | |
| 34 | Ethane | $CH_3CH_3$ | Brown | Liquefied Ethane | White | P=15, Single Light Yellow Band P=20, Double Light Yellow Bands |
| 35 | Propane | $CH_3CH_2CH_3$ | Brown | Liquefied Propane | White | |
| 36 | Cyclopropane | $CH_2CH_2CH_2$ | Brown | Liquefied Cyclopropane | White | |

| No. | Name | | Formula | Color | Liquefied | Color | Band |
|---|---|---|---|---|---|---|---|
| 37 | Butane | | $CH_3CH_2CH_2CH_3$ | Brown | Liquefied Butane | White | |
| 38 | Isobutane | | $(CH_3)_3CH$ | Brown | Liquefied Isobutane | White | |
| 39 | Liquefied Petroleum Gas (LPG) | Industrial Grade | | Brown | Liquefied Petroleum Gas (LPG) | White | |
| | | Civilian Grade | | Silver Gray | Liquefied Petroleum Gas (LPG) | Bright Red | |
| 40 | Ethylene | | $CH_2=CH_2$ | Brown | Liquefied Ethylene | Light Yellow | P=15, Single White Band P=20, Double White Band |
| 41 | Acrylic | | $CH_3CH=CH_2$ | Brown | Liquefied Propylene | Light Yellow | |
| 42 | Butene-1 | | $CH_3CH_2CH=CH_2$ | Brown | Liquefied Butene | Light Yellow | |
| 43 | cis-2-Butene | | $\begin{array}{c} H_3C-CH \\ \parallel \\ H_3C-CH \end{array}$ | Brown | Liquefied cis-2-Butene | Light Yellow | |
| 44 | trans-2-Butene | | $\begin{array}{c} H_3C-CH \\ \parallel \\ HC-CH_3 \end{array}$ | Brown | Liquefied trans-2-Butene | Light Yellow | |
| 45 | Isobutylene | | $(CH_3)_2C=CH_2$ | Brown | Liquefied Isobutylene | Light Yellow | |
| 46 | 1,3-Butadiene | | $CH_2=(CH)_2=CH_2$ | Brown | Liquefied Butadiene | Light Yellow | |
| 47 | Argon | | Ar | Silver Gray | Argon | Dark Green | P=20, Single White Band P=30, Double White Band |
| 48 | Helium | | He | Silver Gray | Helium | Dark Green | |
| 49 | Neon | | Ne | Silver Gray | Neon | Dark Green | |
| 50 | Krypton | | Kr | Silver Gray | Krypton | Dark Green | |
| 51 | Xenon | | Xe | Silver Gray | Liquid Xenon | Dark Green | |
| 52 | Boron Trifluoride | | $BF_3$ | Silver Gray | Boron Fluoride | Black | |
| 53 | Nitrous Oxide | | $N_2O$ | Silver Gray | Liquefied Nitrous Oxide | Black | P=15, Single Dark Green Band |
| 54 | Sulfur Hexafluoride | | $SF_6$ | Silver Gray | liquefied Sulfur Hexafluoride | Black | P=12.5, Single Dark Green Band |
| 55 | Sulfur Dioxide | | $SO_2$ | Silver Gray | Liquefied Sulfur Dioxide | Black | |
| 56 | Boron Trichloride | | $BCl_3$ | Silver Gray | Liquefied Boron Chloride | Black | |
| 57 | Hydrogen Fluoride | | HF | Silver Gray | Liquefied Hydrogen Fluoride | Black | |
| 58 | Hydrogen Chloride | | HCl | Silver Gray | Liquefied Hydrogen Chloride | Black | |
| 59 | Hydrogen Bromide | | HBr | Silver Gray | Liquefied Hydrogen Bromide | Black | |
| 60 | Hexafluoropropylene | | $CF_3CF=CF_2$ | Silver Gray | Liquefied Perfluoropropylene | Black | |
| 61 | Thionyl Fluoride | | $SO_2F_2$ | Silver Gray | Liquefied Sulfuryl Fluoride | Black | |
| 62 | Tritium | | $D_2$ | Silver Gray | Tritium | Bright Red | |
| 63 | Carbon Monofluoride | | CO | Silver Gray | Carbon Monofluoride | Bright Red | |
| 64 | Vinyl Fluoride | | $CH_2=CHF$ | Silver Gray | Liquefied Ethylene | Bright Red | P=12.5, Sing Dark Yellow Band |
| 65 | 1,1-Difluoroethylene | | $CH_2=CF_2$ | Silver Gray | Liquefied Vinylidene Fluoride | Bright Red | |

— 70 —

| 66 | Silane | $SiH_4$ | Silver Gray | liquefied Silane | Bright Red | |
| 67 | Chloromethane | $CH_3Cl$ | Silver Gray | Liquefied Chloromethane | Bright Red | |
| 68 | Bromomethane | $CH_3Br$ | Silver Gray | Liquefied Bromomethane | Bright Red | |
| 69 | Chloroethane | $C_2H_5Cl$ | Silver Gray | Liquefied Chloroethane | Bright Red | |
| 70 | Vinyl Chloride | $CH_2=CHCl$ | Silver Gray | Liquefied Vinyl Chloride | Bright Red | |
| 71 | Trifluorochloroethylene | $CF_2=CClF$ | Silver Gray | Liquefied Trifluorochloroethylene | Bright Red | |
| 72 | Ethyl Bromide | $CH_2=CHBr$ | Silver Gray | Liquefied Ethylene Bromide | Bright Red | |
| 73 | Methylamine | $CH_3NH_2$ | Silver Gray | Liquefied Methylamine | Bright Red | |
| 74 | Dimethylamine | $(CH_3)_2NH$ | Silver Gray | Liquefied Dimethylamine | Bright Red | |
| 75 | Trimethylamine | $(CH_3)_3N$ | Silver Gray | Liquefied Trimethylamine | Bright Red | |
| 76 | Ethylamine | $C_2H_5NH_2$ | Silver Gray | Liquefied Ethylamine | Bright Red | |
| 77 | Dimethyl Ether | $CH_3OCH_3$ | Silver Gray | Liquefied Methyl Ether | Bright Red | |
| 78 | Methyl Vinyl Ether | $CH_2=CHOCH_3$ | Silver Gray | Liquefied Vinyl Methyl Ether | Bright Red | |
| 79 | Ethylene Oxide | $CH_2OCH_2$ | Silver Gray | Liquefied Ethylene Oxide | Bright Red | |
| 80 | Methanethiol | $CH_3SH$ | Silver Gray | Liquefied Methanethiol | Bright Red | |
| 81 | Hydrogen Sulfide | $H_2S$ | Silver Gray | Liquefied Hydrogen Sulfide | Bright Red | |

Note: 1. The "P" in the Color Band column indicates the Nominal Working Pressure of the gas cylinder in MPa.

2. For Serial No. 39, the labeling on Civilian Liquefied Petroleum Gas (LPG) cylinders shall be arranged in two lines: "Household Fuel" centered on the upper line, with "(LPG)" centered directly below it.

## II.    Rules for Gas Cylinder Usage

1.  Gas cylinders must bear correct paint markings. During use, they must be stored upright and securely fastened to prevent tipping.

2.  Gas cylinders shall be stored in well-ventilated areas, protected from rain and direct sunlight. They must not be placed on steel plates used for welding/cutting operations or on live electrical conductors.

3.  Gas cylinders, particularly around the valve area, are strictly prohibited from contact with flammable substances such as grease. When installing a pressure reducer, inspect the valve and outlet for grease or other contaminants.

4.  Gas cylinders must be kept away from ignition sources. Acetylene cylinder temperature must not exceed 40°C, and LPG cylinder temperature must not exceed 45°C. A minimum distance of 10 meters must be maintained from open flame operations. Cylinder valves and pipelines must be leak-free; using an open flame to test for leaks is strictly prohibited.

5.  Gas cylinders must not be completely emptied; a residual pressure must be maintained to prevent backflow.

6.  Gas cylinders must undergo regular inspection by designated agencies every 3 years. Pressure gauges must be calibrated at least every 6 months.

7.  Using oxygen as a substitute for air or for ventilation purposes is strictly prohibited. Explosion-proof copper rupture discs on cylinder assemblies must not be replaced without authorization. Cylinder valves must be closed after use.

Appendix 2

# Installation, Use, and Maintenance Rules for Air Compressors

I.  Installation and Commissioning of New Units

1.  Compressors shall be installed in areas with compliant power supply systems and adequate ventilation, where ambient temperature does not exceed 40°C. Sufficient clearance must be maintained around the unit to facilitate heat dissipation and maintenance.

2.  Before initial startup, the specified compressor lubricating oil must be added to the crankcase. Startup without oil is strictly prohibited. Oil level must reach the midpoint of the crankcase oil sight glass.

3.  When installing a V-belt, ensure proper tension. The belt should deflect 10–15 cm when moderate pressure is applied.

4.  Electrical wiring must comply with regulations, including a secure ground connection. The motor rotation direction must drive the cooling airflow from the pulley toward the cylinder. Incorrect rotation will cause overheating and damage; if observed, stop the machine immediately.

5.  After startup, run the compressor under no-load or light-load conditions for approximately 30 minutes. If no abnormalities occur, gradually increase pressure to enter normal operation.

II.  Routine Inspection and Maintenance

1.  Check the crankcase oil level before each startup. Replenish oil promptly if the level falls below the lower mark on the oil sight glass. Replace all lubricating oil after every 500 hours of operation.

2.  Open the drain valve at the bottom of the air receiver tank every 16–24 hours to discharge accumulated condensate. Shorten the draining interval during periods of high humidity.

3.  Inspect and clean the intake silencer filter periodically based on working conditions to prevent clogging.

4.  Maintain operation logs. Verify safety valve reliability quarterly. The safety valve set pressure must be maintained at approximately 1.1 times the compressor's rated discharge pressure, ensuring sensitive and reliable operation.

5.  Operation and periodic inspection of air compressors shall comply with the Safety Technical Supervision Regulations for Simple Pressure Vessels issued by the State Administration of Work Safety.

6.  For long-term storage, apply rust prevention treatment, seal the air intake, and store in a dry warehouse. Before recommissioning, perform thorough cleaning and maintenance.

Appendix 3

# Pre-Use Safety Checklist for Air Compressor

Inspector:                              Inspection Date:

| Inspection Item | Result Yes (√) No (×) | | Notes: Specify corrective actions taken in case of abnormalities. |
|---|---|---|---|
| Is the pressure gauge functional and within calibration validity? | | | |
| Are the automatic start/stop controls sensitive, reliable, and effective? | | | |
| Is the safety valve functional and effective? | | | |
| Does the crankcase oil level meet safety requirements? | | | |
| Are there any abnormal noises from components during operation? | | | |
| Are there any signs of air, oil, or water leakage from the unit? | | | |
| Does the system unload normally when discharge pressure exceeds the rated limit? | | | |
| Are there any obstructions or debris piled near the air intake? | | | |
| Do electrical circuits meet explosion-proof safety standards? | | | |
| Is there any damage or wear to the wiring insulation? | | | |
| Is the unit and its surrounding area clean? | | | |

Appendix 4

# Safety Operating Procedures for Overhead Cranes

I.   Overhead Crane Operators must pass training and examinations and hold a valid Operator Certificate to operate independently. Untrained personnel are strictly prohibited from operating the crane.

II.  Before operation, carefully inspect mechanical and electrical components, as well as protective safety devices, to ensure they are intact and reliable. Hoisting is strictly prohibited if critical components such as the controller, brake, limit switch, warning bell, or emergency stop switch malfunction.

III. Operators must follow directions from the rigger/signalman. However, an Emergency Stop signal must be obeyed immediately, regardless of who issues it.

IV. Operations may commence only after receiving a command signal. The warning bell must be sounded before starting the crane.

V.  When operating the controller handle, move from the "0" (Off) position to the first gear, then adjust speed incrementally. Return the controller to the "0" position before reversing direction.

VI. Reduce speed when approaching the hoist limit switch, when the Bridge or Trolley nears its travel limit, or when approaching another overhead crane. Using reverse motion as a brake, limit switches as stopping devices, or emergency switches as normal operational controls is strictly prohibited.

VII.  Personnel must use designated safety walkways, platforms, or ladders for access and movement. Walking alongside the Bridge rails is prohibited except during maintenance. Walking on the Trolley rails is strictly prohibited. Transferring from one overhead crane to another is strictly prohibited.

VIII. Suspended loads must not be left hanging in the air during work pauses. Sound the warning bell when personnel are on the ground or when lowering loads. Passing loads over personnel is strictly prohibited. Loads must be hoisted only as high as necessary to clear obstacles.

IX. When two cranes perform a tandem lift, operators must follow the signalman's directions and move in unison.

X.  Maintain a safe distance between cranes during operation. Collisions are strictly prohibited.

XI. For maintenance, park the crane in a safe location, disconnect the power supply, and attach a "Do Not Close Switch" lockout tag. Erect barriers on the ground and display "No Entry" signs.

XII.  For heavy lifts, perform a trial lift just off the ground to verify stability and braking performance before raising and moving the load slowly. Simultaneous operation of three control handles is prohibited.

XIII. Boarding or disembarking from the crane while it is in motion is strictly prohibited. Maintenance or adjustments to components during operation are strictly prohibited.

XIV. In the event of a sudden power failure during operation, return all controller handles to the "0" position. The operator must not leave the cab until the load is lowered to the ground and the rigging is unhooked.

XV. Outdoor overhead cranes must cease operation and have their power supply disconnected during storms, lightning, or winds of Force 6 or higher. Wheel chocks must be placed securely in front of and behind the wheels.

XVI. Adequate lighting must be provided for night operations.

XVII. Gantry crane operations must comply with these procedures. Operators must check for track obstructions before traveling. When hoisting tall objects that obstruct vision, dedicated signalmen must be stationed on both sides to monitor and direct the operation.

XVIII.    Crane operators must strictly observe the "Ten Non-Hoisting Rules":

1.  Do not hoist loads at an angle (diagonal pulling);
2.  Do not hoist overloaded loads;
3.  Do not hoist bulk materials that are overfilled or insecurely bundled.
4.  Do not hoist if command signals are unclear;
5.  Do not hoist objects with sharp edges lacking protective padding.
6.  Do not hoist loads with personnel standing on them.

7. Do not hoist workpieces buried underground;
8. Do not hoist if safety devices are malfunctioning.
9. Do not hoist if poor lighting prevents clear visibility of the load.
10. Do not hoist in winds of Force 6 or higher.

XIX. Upon completion of work or before leaving the cab, park the crane in the designated position, raise the hook, move the trolley to the ends of the bridge rails, return controller handles to the "0" position, and disconnect the power supply.

Appendix 5

# Safety Operating Procedures for Electric Hoists

I. Before each lifting operation, perform a no-load test run to verify normal mechanical operation. If abnormalities occur, identify the cause and repair before use.

II. Before use, carefully inspect wire ropes, hooks, shackles, and other components for integrity.

III. Standing under the hook during operation is strictly prohibited. Operators must actively avoid the area and prevent unauthorized personnel from entering the work zone.

IV. Operators must fully master safety procedures, maintain full concentration, and coordinate closely with signalmen. Hoisting is permitted only when safety is assured. Joking and horseplay during operation are strictly prohibited.

V. Electric hoists must undergo regular inspection and maintenance to ensure good working condition. Operation of defective equipment is strictly prohibited.

VI. Operation is restricted to designated personnel. Unauthorized personnel are strictly prohibited from operating the crane. Disconnect the power supply promptly after each use.

# Tongji University Measures for the Safety Management of Hazardous Chemicals

Tongji Shi [2010] No. 46

### Chapter 1 Preamble

**Article 1**    These Measures are revised to ensure the safety of life and property for all faculty and students, guarantee the smooth conduct of teaching, research, and production, and protect the environment. They are formulated in accordance with the *State Council's Regulations on the Safety Management of Hazardous Chemicals* (Decree No. 344 of the State Council of the People's Republic of China, 2002) and the *Shanghai Municipality Measures for the Safety Management of Hazardous Chemicals* (Decree No. 56 of the Shanghai Municipal People's Government, 2006), considering the University's actual conditions.

**Article 2**    The term "Hazardous Chemicals" in these Measures refers to the following seven categories: Explosives; Compressed Gases and Liquefied Gases; Flammable Liquids; Flammable Solids, Spontaneously Combustible Substances, and Substances Emitting Flammable Gases upon Contact with Water; Oxidizing Substances and Organic Peroxides; Toxic Substances; and Corrosive Substances..

**Article 3**    These Measures apply to the management of Hazardous Chemicals used in teaching laboratories, scientific research, clinical medicine, technological development, and university-affiliated industries at Tongji University.

**Article 4**    Relevant University departments responsible for supervising the application, approval, procurement, storage, requisition, and disposal of waste (or surplus) Hazardous Chemicals shall perform their duties as follows:

1.    The Laboratory and Equipment Management Office oversees the safety of Hazardous Chemicals in laboratories and manages the disposal of hazardous chemical waste and preparations.

2.    The Security Department and the Science, Education, Technology, and Materials Center of the Logistics Group manage the application, approval, procurement, storage, custody, and distribution of Hazardous Chemicals. They are responsible for scheduling warehouse duty personnel, registering personnel access, and overseeing daily warehouse operations.

3.    Procedures for the application, approval, procurement, storage, custody, and distribution of Hazardous Chemicals, as well as Warehouse Management Regulations, shall be separately formulated by the Security Department and the Logistics Group's Center.

**Article 5**    Personnel involved with Hazardous Chemicals (procurement, custody, transportation, and requisition) must undergo safety training and obtain a Safety Operation Certificate issued by public security or fire authorities, or possess relevant professional technical qualifications. Unqualified personnel are prohibited from handling Hazardous Chemicals.

**Article 6**    Storage and use of Hazardous Chemicals must comply with environmental protection requirements and must not cause environmental pollution.

**Article 7**    Storage and use areas must implement safety precautions and be equipped with appropriate emergency response equipment and water supplies.

**Article 8**    Upon discovering accident hazards involving Hazardous Chemicals, relevant departments must issue an immediate stop-use notice and propose rectification measures.

**Article 9**    Departments using Hazardous Chemicals must accept supervision and inspection by relevant departments and must not refuse or obstruct such activities.

**Article 10** For departments violating regulations or engaging in unauthorized storage, relevant departments have the authority to correct violations on-site, confiscate items, and impose penalties such as public reprimands.

## Chapter 2 Requisition and Use

**Article 11** Procurement and requisition of Hazardous Chemicals must follow a designated-personnel system, ensuring specific individuals are responsible for requisition and custody. Laboratories must submit a list of personnel responsible for requisition and custody to the Laboratory and Equipment Management Office, Security Department, and Logistics Group Center for record. Departments must promptly notify these offices of any personnel changes.

**Article 12** User units must maintain Hazardous Chemical ledgers. Records of procurement, warehousing, requisition, use, and disposal must be accurate and timely, ensuring consistency between records and physical inventory, as well as between different ledgers.

**Article 13**  Management of Highly Toxic Substances must be strictly enforced. A supervisor must be present during requisition. The "Five-Double System" must be implemented: double personnel for receipt/issuance, double accounting, double locks, double transportation, and double usage. Procurement and requisition quantities must strictly match usage needs, with regular verification to ensure record-inventory consistency.

**Article 14**  Units and individuals using Hazardous Chemicals must comply with safety production regulations and operating procedures, and strictly implement safety protection measures. User units must establish accident emergency response plans and implement response measures in Hazardous Chemical work areas.

**Article 15**  During the requisition of hazardous chemicals, verify the name, specifications, quantity, and packaging integrity. Sign the delivery note only after confirming accuracy. After collecting hazardous chemicals, proceed directly to the laboratory or point of use. Do not carry hazardous chemicals to other locations for unrelated tasks. It is strictly prohibited to bring hazardous chemicals into public places or other critical areas.

**Article 16**  When students use hazardous chemicals in experiments, instructors must explain operating procedures, safety precautions, and emergency response measures. Instructors must provide supervision throughout the experiment. After completion, instructors must clean up chemical residues. Students are strictly prohibited from removing hazardous chemicals from the laboratory or from horseplay during experiments.

**Article 17**  The purchase of hazardous chemicals must be processed through the university's official channels. Unauthorized purchase, transportation, or possession of hazardous chemicals is strictly prohibited.

### Chapter 3 Disposal of Waste (Surplus) Hazardous Chemicals and Preparations

**Article 18**  Upon completion of experiments or production tasks, surplus hazardous chemicals and preparations must be centrally stored and promptly returned to the hazardous chemical warehouse managed by the Logistics Group's Science, Education, Technology and Materials Center to prevent loss, environmental pollution, and harm.

**Article 19**  Equipment that has contained hazardous chemicals must be properly cleaned and de-hazarded after use. Hazardous chemicals that retain hazardous properties after experiments must be de-hazarded according to their properties. Residues and preparations with undetermined properties must be centrally stored and must not be discarded arbitrarily. Otherwise, the responsible parties will be held liable for any resulting accidents.

**Article 20**  Each unit must designate a person responsible for the classified collection and proper storage of waste hazardous chemicals and preparations. Waste labels must be affixed to the outside of containers, and containers must be reliably sealed.

**Article 21**  For the disposal of waste hazardous chemicals and preparations, the user department must submit a written application to the Laboratory and Equipment Management Office, obtain approval from the University Security Office, and then arrange for a qualified professional unit to handle the disposal.

### Chapter 4 Rewards and Penalties

**Article 22**  Units and individuals that strictly comply with the Hazardous Chemicals Safety Management Regulations will be commended and rewarded. Violations of these Measures resulting in accidents shall incur administrative penalties commensurate with the severity of the incident; cases constituting a crime shall be prosecuted by judicial authorities.

**Chapter 5 Supplementary Provisions**

**Article 23**  For matters not covered in these Measures regarding hazardous chemical safety management, the relevant regulations of the State Council and the Shanghai Municipal Government shall apply.

**Article 24**  These Measures shall be interpreted by the Laboratory and Equipment Management Office and shall come into effect on the date of issuance. The "Implementation Rules for the Safety of Hazardous Chemicals at Tongji University (Draft)" and the "Management Measures for the Safety of Hazardous Chemicals at Tongji University" (approved by the university president on June 2, 2004), both issued by the Production Equipment Department of Tongji University in November 1987, are hereby repealed.

Note: The "List of Highly Toxic Chemicals - 335 Types (2002 Edition)" and the "National Hazardous Waste List" can be downloaded from the website of the Laboratory and Equipment Management Office of Tongji University. (http: //shbc.tongji.edu.cn → Download Center → Laboratory Safety Management

Appendices: 1. Provisional Regulations on the Collection and Disposal of Laboratory Chemical Waste at Tongji University
2. Tongji University Hazardous Chemicals Requisition Form

March 30, 2010

Appendix 1

# Provisional Regulations on the Collection and Disposal of Laboratory Chemical Waste at Tongji University

**Article 1**  These Regulations are formulated to standardize and strengthen laboratory pollutant discharge management, prevent environmental pollution and hazards from experimental waste, safeguard campus environment and public safety, and protect the health of faculty, staff, and students, in accordance with relevant regulations of the Ministry of Education and the Shanghai Municipal Government.

**Article 2**  These Regulations apply to the discharge management of hazardous wastes listed in the *National Hazardous Waste List*, including organic solvents, heavy metal-containing compounds, waste acids, and waste alkalis.

**Article 3**  All faculty, staff, and students must cultivate environmental awareness. Arbitrary burial or disposal of toxic/hazardous solid waste, and dumping of toxic/hazardous liquid waste during work or daily activities, is strictly prohibited.

**Article 4**  All laboratories and units generating waste that may cause environmental pollution must comply with these Regulations.

**Article 5**  Each school and laboratory must designate a specific person to manage toxic and hazardous liquid and solid waste, ensuring laboratory safety within the department.

**Article 6**   Each school and laboratory must regularly register the types and quantities of reagents and chemicals used, and maintain archives for inspection.

**Article 7**   To prevent environmental pollution from hazardous waste, all laboratories must adhere to the principles of waste reduction, resource recovery, and harmless disposal.

**Article 8**   Laboratories using chemicals and reagents must be equipped with collection facilities to classify and collect chemical waste liquids and solid waste generated from experiments. Dumping experimental waste liquids or residues that may cause environmental pollution into sinks, or indiscriminate stacking and landfilling, is strictly prohibited.

**Article 9**   Hazardous waste (including experimental utensils contaminated with hazardous waste) must not be mixed with domestic garbage or other non-hazardous waste for storage.

**Article 10**   Laboratories undergoing changes in use or being abandoned must thoroughly eliminate pollution hazards. Waste chemicals and contaminated sites, equipment, or utensils must not be transferred to entities or individuals lacking pollution control capabilities.

**Article 11**   Laboratories frequently generating pollutants must establish an environmental accident prevention and emergency response system, including reporting mechanisms. They must be equipped with emergency devices to eliminate hazards and prevent pollution accidents.

**Article 12**   The Laboratory and Equipment Management Office is responsible for organizing the centralized disposal of toxic and hazardous liquid and solid waste university-wide, supervising user units, and engaging qualified professional companies for disposal through designated personnel.

**Article 13**   Each school, laboratory, or user unit must designate a specific person to oversee the collection, storage, supervision, and inspection of toxic and hazardous liquid and solid waste. Laboratories and user units must provide dedicated containers for the graded and classified collection of toxic and hazardous waste. Waste must be stored at designated locations under the safe custody of a designated person.

**Article 14**   The University encourages and supports laboratories in the full recovery and rational utilization of toxic and hazardous liquid and solid waste.

**Article 15**   Units and laboratories failing to implement effective pollution prevention measures, resulting in pollution accidents, will face strict disciplinary action commensurate with the severity and consequences of the incident. Violations of laws and regulations will be penalized in accordance with the law, and relevant individuals will be held legally liable.

**Article 16**   The Laboratory and Equipment Management Office reserves the right to interpret these Regulations.

**Article 17**   These Regulations shall come into effect on the date ofpromulgation.

Appendix 2

# Tongji University Hazardous Chemicals Requisition Form

School (Department)_____     Application Date:              No.:

| User Department | | Purpose | | | | | |
|---|---|---|---|---|---|---|---|
| No. | Item Name | Specifications | Hazard Category | Current Inventory | Requisition Quantity | Usage Quantity |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

| User's Commitment | I commit to strictly enforcing University regulations regarding hazardous chemicals and radioactive materials, and implementing rigorous safety precautions. I guarantee that the requisitioned items will be used exclusively for teaching and scientific research. I accept full responsibility for any consequences arising from violations.<br>User's Signature:          Telephone:          Date: |
|---|---|
| Laboratory Director's Commitment | The quantity of hazardous materials requisitioned by this laboratory is appropriate. I commit to strictly supervising the use and storage of requisitioned hazardous materials in accordance with University regulations.<br>Laboratory Director's Signature:               Telephone:          Date: |

| School Supervisor's Review Comments:<br>Upon review, it is confirmed that all requisitioned hazardous materials will be used exclusively for teaching and scientific research.<br>Department/School Head's Signature:<br>Date:          Seal | Logistics Group Science, Education, Technology & Materials Center Comments:<br>Requisition approved. The applying unit must implement proper supervision to ensure safety.<br>Department Head's Signature:<br>Date:          Seal |
|---|---|

| Laboratory and Equipment Management Office Comments:<br>Requisition approved. Items must be used exclusively for teaching or research, in strict compliance with the *Tongji University Measures for the Safety Management of Hazardous Chemicals*.<br>Department Head's Signature:<br>Date:          Seal | Security Department Comments:<br><br><br><br>Department Head's Signature:<br>Date:          Seal | University Office Comments:<br><br><br><br>Date:               Seal |
|---|---|---|

Instructions: 1. This form must be completed in duplicate. The "Item Name" and "Requisition Quantity" fields must not be altered without authorization.

2. If multiple individuals within a unit will use the requisitioned hazardous materials, the form may be signed by the Laboratory Director or the Research Group Leader.

3. Enter Hazard Category as: "Flammable", "Explosive", "Toxic", "Corrosive", "Radioactive" or "Other".

# Tongji University Laboratory Safety Regulations

Tongji Shi [2010] No. 47

I.   To strengthen laboratory safety management, the following regulations are established based on the specific characteristics of laboratory work.

II.  The Laboratory Director is responsible for laboratory safety and shall appoint a highly responsible individual as the Safety Officer. College/Department leaders must prioritize laboratory safety and eliminate all potential accident hazards.

III. Each laboratory must conscientiously implement the principle of "Safety First, Prevention Foremost." Corresponding safety management measures and operating procedures must be formulated based on specific conditions and prominently displayed.

IV. Students must be under the supervision of a teacher or laboratory technician while conducting experiments. Safety education is mandatory during the first laboratory session of each semester. Graduation projects or independent experiments conducted by graduate students must be approved by their supervisors, and necessary safety training must be completed prior to experimentation. For experiments involving potential hazards, the laboratory must issue a Safety Operation Procedure Notice. Students must read it carefully and sign to acknowledge understanding. The laboratory must assign personnel for monitoring and implement safety precautions.

V.  Laboratories using hazardous chemicals (including flammable, explosive, spontaneously combustible, oxidizing, peroxide-forming, toxic, and corrosive substances) must strictly enforce the Tongji University Measures for the Safety Management of Hazardous Chemicals. Smoking and the use of open flames are strictly prohibited. Measures for fire prevention, theft prevention, explosion prevention, poisoning prevention, and corrosion prevention must be effectively implemented. Small quantities of flammable or explosive materials may be stored only if safety storage requirements are met (refer to the national Regulations on the Safety Management of Hazardous Chemicals). Warning signs for hazardous laboratories must be prominently displayed at entrances, and corresponding hazard labels must be affixed to storage containers. Management systems must be established and filed with the Laboratory and Equipment Management Office for record.

VI. Specialized equipment in the laboratory, such as: Pressure vessels, cranes, and other equipment must undergo acceptance checks and annual inspections. Designated operators must hold valid certifications. Operators must undergo prescribed training and pass examinations to obtain valid operation certificates. Operation without certification is strictly prohibited. Laboratories must maintain operation archives for special equipment to ensure experimental safety.

VII.  The use and storage of radioactive materials must comply with national and Shanghai municipal laws and regulations (specifically the Law of the People's Republic of China on Prevention and Control of Radioactive Pollution). Strict radiation protection protocols must be enforced.

VIII. The use of electric heating devices, such as electric furnaces, is strictly prohibited in laboratories. If use is essential for teaching or research, approval must be obtained from the Safety Officer, and strict safety precautions must be observed. Power supplies must be disconnected promptly following a power outage or when equipment is not in use. Clutter must not be accumulated around electrical equipment. Power cords must be free of exposed wires or damage. Regular inspections must be conducted, and any issues must be rectified immediately.

IX. Laboratories must be equipped with appropriate, specialized firefighting equipment as prescribed. Firefighting equipment must be placed in conspicuous and easily accessible locations, free of surrounding clutter. A system for regular inspection, timely replacement, and record-keeping must be established. Firefighting equipment must not be misappropriated for other uses. Fire escapes and access routes must be kept clear and unobstructed.

X.   Toxic and hazardous waste generated during experiments must not be discharged or discarded without prior treatment. Each laboratory must designate a person to collect, seal, and store waste in accordance with disposal regulations. The Laboratory and Equipment Management Office is responsible for coordinating regular collection and disposal by authorized departments.

XI. Laboratories must strengthen security and safety precautions. Key laboratories must implement personnel security measures in addition to physical and technical security measures. A duty roster system with designated personnel must be established. Duty personnel must receive education on responsibility. Leaders and duty personnel will be held accountable for incidents such as theft resulting from negligence.

XII.   Before concluding experiments, all equipment, tools, and materials must be organized. Power supplies must be cut off, ignition sources extinguished, and doors, windows, and water taps secured. Flammable materials, paper scraps, and debris must be cleared to eliminate hazards.

XIII. Safety education on fire, theft, poisoning, and explosion prevention must be strengthened for staff and students. Safety notices must be issued to personnel handling hazardous materials, with samples filed with the Laboratory and Equipment Management Office. This aims to enhance self-protection awareness and legal compliance, ensuring orderly operations.

XIV. In the event of a safety incident, the situation must be reported immediately to the affiliated College/Department, the Security Department, and the Laboratory and Equipment Management Office.

XV.   A comprehensive safety inspection system must be established. Colleges/Departments must conduct routine inspections before national statutory holidays and semester breaks, as well as irregular inspections during normal periods, maintaining detailed records. Laboratory Safety Officers or instructors must conduct and record safety inspections before and after experiments before commencing or concluding laboratory sessions.

XVI. The Laboratory and Equipment Management Office reserves the right to interpret these Regulations, which take effect on the date of issuance. The former *Tongji University Interim Regulations on Laboratory Safety Work* (approved by the Vice President in charge in June 2004) are hereby repealed simultaneously.

March 30, 2010

# Tongji University Measures for the Management of Low-Value Items

Tongji Shi [2010] No. 91

(Approved by the Vice President in charge on June 11, 2010)

### Chapter 1: General Provisions

**Article 1**    These Measures are formulated to strengthen and standardize the management of low-value items, prevent overstocking, waste, and misappropriation of public property during procurement and use, and prevent the loss of state-owned assets. This is based on the *Management Measures for Materials, Low-Value Items, and Consumables in Institutions of Higher Learning* and the actual conditions of the University.

**Article 2**    For the purposes of these Measures, "low-value items" refer to items with a unit price between RMB 200 and below the fixed assets threshold (RMB 800 for general equipment, RMB 500 for furniture), which can be used independently and have a useful life of more than one year. These mainly include the following categories:

(I)    Low-value instruments, meters, and teaching aids;

(II)    Low-value tools and gauges;

(III)    Low-value cultural and sports equipment;

(IV)    Low-value furniture;

(V)    Other low-value items, such as electric fans, telephones, etc.

**Article 3**    These Measures apply to low-value items purchased by schools (departments), research institutes, laboratories, and administrative units using university funds (including teaching equipment funds, lump-sum appropriations, discipline development funds, "Project 985" funds, "211 Project" funds, and research funds).

## Chapter 2 Management Model

**Article 4**    A two-tier management system involving Colleges/Departments and grassroots accounting units is implemented for the procurement, accounting, and use of low-value items.

**Article 5**    The Laboratory and Equipment Management Office is responsible for formulating university management measures for low-value items. Its primary responsibilities include:

(I)    Formulating management measures for low-value items;

(II)    Compiling and publishing the university catalog of low-value items;

(III)    Organizing the recovery and disposal of scrapped low-value items.

**Article 6**    Schools/Departments are responsible for the procurement review, purchasing, acceptance, and usage management of low-value items within their jurisdiction. Their primary responsibilities include:

(I)    Appointing a low-value items administrator for the department and clearly defining their responsibilities, rights, and obligations;

(II)    Identifying the persons responsible for low-value items management in each grassroots accounting unit within the department, and clarifying their responsibilities, rights, and obligations;

(III)    Formulating departmental management measures for low-value items, strictly enforcing approval and acceptance procedures, and conducting rigorous inspection and supervision of their usage;

(IV)    Establishing management ledgers for low-value items, conducting regular reconciliation of accounts and physical assets, performing summary analysis, and reporting the aggregated results to the Laboratory and Equipment Management Office.

## Chapter 3 Procurement and Acceptance

**Article 7**    Requisitions for low-value items must be processed through the Equipment Management System. Applicants must complete the Tongji University Low-Value Item Requisition Form, which shall be reviewed by the accounting unit and approved by the College/Department leader before procurement is initiated. Upon completion of procurement, the applicant shall submit an acceptance request. Following verification by the custodian of the accounting unit, a paper Acceptance Form shall be printed and stamped with the official seal of the College/Department. The original copy shall be submitted to the Finance Department for reimbursement, and the duplicate copy shall be retained by the custodian.

### Chapter 4 Supervision and Management

**Article 8**    The Laboratory and Equipment Management Office shall regularly compile low-value item accounts for all units via the Equipment Management System and conduct spot checks on procurement and usage management. These checks verify consistency between ledger accounts and consistency between accounts and physical assets.

### Chapter 5 Scrapping

**Article 9**    Low-value items that are naturally damaged and irreparable may be applied for scrapping. They must be handed over to the Laboratory and Equipment Management Office for centralized recovery and disposal, in strict accordance with the scrapping provisions of the *Tongji University Measures for the Administration of Instrument and Equipment Changes*.

### Chapter 6 Supplementary Provisions

**Article 10**  These Measures shall be interpreted by the Laboratory and Equipment Management Office of Tongji University.

**Article 11**  These Measures shall take effect on the date of promulgation, and the previous corresponding management measures are hereby repealed.

June 17, 2010

# Tongji University Measures for the Administration of Instruments and Equipment

Tongji Shi [2010] No. 92

(Approved by the Vice President in charge on June 11, 2010)

### Chapter 1 Preamble

**Article 1**    These Measures are formulated to strengthen the administration of instruments and equipment and improve their utilization efficiency, in accordance with the *Measures for the Administration of Fixed Assets of Central Administrative Institutions and Public Institutions* issued by the Ministry of Finance, and the *Measures for the Administration of Instruments and Equipment in Higher Education Institutions* issued by the Ministry of Education, taking into account the actual conditions of the University.

**Article 2**    Instruments and equipment of the University constitute state-owned assets. The primary task of instrument and equipment administration is to manage the entire lifecycle, including demonstration, procurement, usage, transfer, and scrapping. The objective is to optimize resource allocation, improve the integrity rate and utilization rate of instruments and equipment, and better serve teaching and scientific research.

**Article 3**    Effective administration of instruments and equipment serves as a reliable guarantee for the University's teaching and research activities. The University shall strengthen the administration of instruments and equipment and prioritize the development and training of the management team.

**Article 4**    All departments must ensure the safety, integrity, and utilization efficiency of instruments and

— 84 —

equipment during usage.

## Chapter 2 Scope of Management

**Article 5**   Instruments and equipment purchased using various University-managed funds, including:

(I)   Low-value instruments and equipment: Instruments and equipment (or software) with a unit price between RMB 200 (inclusive) and RMB 800 (RMB 500 for furniture), and software with a unit price between RMB 500 (inclusive) and RMB 2,000, having a service life exceeding one year.

(II)   Fixed-asset instruments and equipment Instruments and equipment with a service life exceeding one year and a unit price of RMB 800 or more (inclusive); furniture with a unit price of RMB 500 or more (inclusive); and software with a unit price of RMB 2,000 or more (inclusive).

## Chapter 3 Management System

**Article 6**   A two-tier administrative structure at the University and School/Department levels is implemented for instruments and equipment. The Laboratory and Equipment Management Office is the central administrative department for all University instruments and equipment. Colleges/Departments are responsible for the implementation and management of instruments and equipment within their respective grassroots accounting units. Departmental laboratories, offices, research institutes, and administrative departments serve as grassroots accounting units for University instruments and equipment (and must be registered with the Laboratory and Equipment Management Office in advance). Schools/Departments must designate full-time or part-time equipment custodians for each grassroots accounting unit.

Each school (department) shall designate a Vice Dean (or Deputy Director) to oversee instrument and equipment administration, responsible for reviewing and supervising requisition, procurement, usage, and changes. The Laboratory Secretary (Equipment Administrator) shall handle daily management tasks.

## Chapter 4 Responsibilities at Each Level:

**Article 7**   Under the leadership of the Vice President in charge, the Laboratory and Equipment Management Office is responsible for University-wide instrument and equipment administration. Its primary responsibilities include:

(I)   Establishing, revising, and organizing the implementation of administration measures for instruments and equipment;

(II)   Managing requisitions and supervising procurement of instruments and equipment;

(III)   Acceptance and usage management of instruments and equipment;

(IV)   Administration of paid usage and resource sharing for instruments and equipment;

(V)   Administration of changes, scrapping, and loss reporting for instruments and equipment;

(VI)   Conducting inventory checks and clearance of fixed assets to ensure consistency between ledger accounts and consistency between accounts and physical assets. Conducting annual statistical analysis and reporting of information;

(VII)   Developing the management team, organizing technical training, and promoting the sharing of experimental technology resources.

**Article 8**   Under the leadership of the Dean (or Director) in charge, laboratories within Colleges/Departments implement equipment administration tasks. Their primary responsibilities include:

(I)   Building the team of equipment management personnel and experimental technicians, including departmental equipment administrators, heads of grassroots accounting units, custodians, and experimental technicians. Regularly organizing study and training sessions, engaging in comprehensive planning, and facilitating interaction and sharing among experimental personnel and technologies.

(II)    Formulating corresponding implementation rules based on University regulations for instrument and equipment administration.

(III)    Organizing and implementing the management of equipment procurement, acceptance, usage, and changes within the department. Establishing ledgers for fixed assets and low-value items, and regularly organizing reconciliation of accounts and physical assets.

(IV)    Actively participating in the open sharing of large-scale precision instruments. Instruments and equipment valued at over 100,000 Yuan that meet openness criteria must be integrated into the University Instrument and Equipment Sharing Network.

(V)    Organizing annual statistical analysis of instrument and equipment information and conducting performance evaluations.

(VI)    Formulating and implementing detailed rules for the two-tier administration of low-value instruments and equipment at the College/Department and grassroots accounting unit levels.

## Chapter 5 Procurement Application

**Article 9**    The procurement of instruments and equipment shall be conducted in strict accordance with the *Tongji University Measures for the Administration of Domestic Instrument and Equipment Procurement*, the *Tongji University Measures for the Administration of Imported Instrument and Equipment Procurement*, and the *Tongji University Measures for the Administration of Instrument and Equipment Bidding and Tendering.*

The following instruments and equipment require additional procedural formalities:

(I)    For controlled procurement items, the *Controlled Equipment Purchase Application Form* must be completed. It requires countersignature by relevant functional departments, approval by the Vice President in charge, and final approval by the Municipal Education Commission.

(II)    High-power electrical equipment and air conditioners rated at 10 kW or above require countersignature by the Energy Center prior to procurement.

(III)    Donated equipment requires the signing of a donation agreement and the completion of the *Donated Instruments and Equipment Approval Form* prior to acceptance and ledger entry.

(IV)    For instruments and equipment purchased with research funds but owned by external entities, relevant supporting documentation must be attached. Procurement may proceed only after review by the Laboratory and Equipment Management Office.

## Chapter 6 Archiving

**Article 10**  All instrument and equipment fixed assets belonging to the University must be archived and recorded in the ledger, regardless of funding source (teaching, research, special funds, loans, or self-raised funds) or acquisition channel (procurement, transfer, self-manufacture, donation, etc.). Off-ledger retention is strictly prohibited. The Laboratory and Equipment Management Office shall maintain a general ledger for instruments and equipment and detailed ledgers for each grassroots accounting unit, ensuring consistency with the general ledger for equipment funds maintained by the Finance Department. Schools/Departments shall establish detailed ledgers for instruments and equipment, ensuring consistency between ledger accounts and consistency between accounts and physical assets.

**Article 11**  Fixed asset archives for instruments and equipment shall be established according to the following procedures:

(I)    Instruments and equipment with a unit price or batch price under RMB 200,000 shall be accepted by the School/Department. Acceptance involves verifying invoices, manuals, packing lists, and the equipment itself. Upon successful acceptance, the *Tongji University Fixed Asset Acceptance Form* shall be submitted. For equipment valued at RMB 100,000 or more (inclusive), an acceptance report must be compiled and signed by the user/custodian and the departmental equipment administrator. Fixed asset ledgers shall be established upon approval by the Laboratory and Equipment Management Office. For instruments and equipment valued at RMB

100,000 or more (inclusive), the Laboratory and Equipment Management Office shall assign personnel to conduct on-site verification of accounts and physical assets for each item. Other equipment shall be subject to spot checks as deemed necessary.

(II) Acceptance of large-scale instruments and equipment with a unit or batch value of RMB 200,000 or more (inclusive) shall be organized by the Laboratory and Equipment Management Office. Upon successful acceptance, the user shall compile the *Tongji University Large-Scale Precision Instrument and Equipment Acceptance Report*. After signature by the acceptance team members, the Tongji University Instrument and Equipment Acceptance Form shall be submitted for storage acceptance. Fixed asset ledgers shall be established after confirmation by the user/custodian and departmental administrator, and subsequent review by the Laboratory and Equipment Management Office.

(III) Software acceptance shall include verification of: Installation media, operation manuals, technical documentation, and related hardware information; functional testing of the software and verification of license codes.

**Article 12** Low-value instruments and equipment shall be inspected and accepted by departmental management personnel. Corresponding low-value item archives shall be established, and regular reconciliation of accounts and physical assets shall be conducted. Parts and accessories incapable of independent use are not classified as low-value items; their value shall be added to the original instrument's ledger entry.

## Chapter 7 Usage

**Article 13** The Laboratory and Equipment Management Office shall conduct annual surveys and statistical analysis of instrument and equipment usage University-wide. The results shall serve as a key reference for formulating laboratory development plans and funding allocation schemes for the subsequent year.

**Article 14** The use of large-scale precision instruments and equipment valued at over RMB 200,000 shall be governed by the Tongji University Measures

for the Administration of Large-Scale Precision Instruments and Equipment. In the administration of instruments and equipment, any form of idle waste, misappropriation of public property, unauthorized transfer, or abandonment is strictly prohibited.

**Article 15** Schools/Departments shall formulate and enforce operating procedures for instruments and equipment. Training and assessments must be conducted for management and operating personnel. Detailed records of usage, maintenance, and repairs must be maintained. Malfunctions must be repaired promptly to ensure equipment integrity. While ensuring safety, efforts must be made to improve utilization rates and increase operating hours, fully leveraging the role of instruments and equipment in teaching, research, talent cultivation, and social services.

**Article 16** Changes to instruments and equipment (including transfer and scrapping) shall be handled in accordance with the *Tongji University Measures for the Administration of Instrument and Equipment Changes*.

**Article 17** Departmental equipment management personnel shall promptly process procedures for procurement, donation, transfer, scrapping, and loss reporting. Annual reconciliation of accounts and physical assets must be conducted to ensure consistency, with results reported to the Laboratory and Equipment Management Office for record.

## Chapter 8 Supplementary Provisions

**Article 18** These Measures shall be interpreted by the Laboratory and Equipment Management Office of Tongji University.

**Article 19** These Measures shall take effect on the date of promulgation, and the previous corresponding management measures are hereby repealed.

June 17, 2010

# Tongji University Measures for the Administration of Domestic Instrument and Equipment Procurement

Tongji Shi [2010] No. 93

(Approved by the Vice President in charge on June 11, 2010)

### Chapter 1 Preamble

**Article 1**   These Measures are formulated to strengthen the University's procurement administration, standardize procurement practices, and improve fund utilization efficiency, in accordance with the *Government Procurement Law of the People's Republic of China, the Bidding and Tendering Law of the People's Republic of China*, and other relevant laws and regulations, taking into account the actual conditions of the University.

**Article 2**   These Measures apply to all procurement of domestic instruments and equipment using University-managed funds.

### Chapter 2 Management Responsibilities at Each Level

**Article 3**   The Laboratory and Equipment Management Office serves as the supervisory body for University instrument and equipment procurement, responsible for requisition review, approval, and supervision of the procurement process.

**Article 4**   Schools/Departments serve as the implementing bodies for procurement within their jurisdiction. Their responsibilities include reviewing procurement plans, verifying equipment specifications, intended usage, and funding sources, conducting market research to determine budget estimates, and executing procurement and acceptance.

### Chapter 3 Demonstration, Requisition, and Approval

**Article 5**   For large-scale precision instruments and equipment with a budgeted unit price of RMB 200,000 or more (inclusive), a graded demonstration process must be organized. This process shall be conducted in strict accordance with the *Tongji University Measures for the Administration of Large-Scale Precision Instruments and Equipment*.

**Article 6**   Applications for instruments and equipment shall be submitted by the Project Leader or a designated University-affiliated personnel, and must be signed and confirmed by the Project Leader.

**Article 7**   For requisitions using research project funds: those with a budgeted unit price under RMB 100,000 shall be procured upon review and sealing by the School/Department leader.

For those with a budgeted unit price of RMB 100,000 or more (inclusive), procurement shall proceed only after review and sealing by the School/Department leader, followed by review and approval by the Laboratory and Equipment Management Office.

For requisitions using other funds, procurement shall proceed only after review and sealing by the School/Department leader, followed by review and approval by the Laboratory and Equipment Management Office. Large-scale precision instruments and equipment with a budgeted unit price of RMB 1,000,000 or more (inclusive) shall be procured upon approval by the Vice President in charge.

## Chapter 4 Procurement

**Article 8**   University instrument and equipment procurement methods are categorized into: Bidding Procurement and Non-Bidding Procurement. Items included in the Government Centralized Procurement Catalog shall be subject to government centralized procurement.

**Article 9**   Procurement projects falling within the bidding scope shall be conducted in accordance with the *Tongji University Measures for the Administration of Instrument and Equipment Bidding and Tendering*. For non-bidding procurement projects, users may either entrust the Procurement Agency (Logistics Group) or conduct self-procurement.

**Article 10**  The entrusted Procurement Agency (Logistics Group) shall execute procurement based on user entrustment. Procurement catalogs compiled by the entrusted Procurement Agency (Logistics Group) must meet the requirements of pricing below market averages, high procurement efficiency, superior quality, and excellent service.

**Article 11**  Contracts must be signed for the procurement of individual items valued at RMB 20,000 or more (inclusive), or batch purchases valued at RMB 50,000 or more (inclusive). Contract terms shall be agreed upon by the user and the supplier, and must include: names and addresses of the parties; equipment name, quantity, price, and payment terms; technical specifications and acceptance criteria; delivery time, location, and method; after-sales service and warranty retention money; liability for breach of contract; and dispute resolution mechanisms.

**Article 12**  The end user shall review the contract clause by clause, sign to confirm, and assume responsibility for the specific terms. Upon reviewing the contract price, payment terms, delivery details, and the supplier's legal representative signature, the Laboratory and Equipment Management Office shall sign as the authorized representative of the legal entity and affix the Tongji University Science and Education Equipment Contract Seal.

Entrusted procurement contracts shall be reviewed and signed by the head of the Procurement Agency (Logistics Group) and affixed with the Tongji University Science and Education Equipment Contract Seal.

**Article 13**  The Laboratory and Equipment Management Office shall sign an Entrusted Procurement Agency Agreement with the Procurement Agency (Logistics Group) to define the rights and obligations of both parties

## Chapter 5 Acceptance

**Article 14**  Within one week of equipment arrival and acceptance, the user shall complete fixed asset ledger establishment and warehousing procedures using the procurement contract, invoice, and acceptance certificate. An acceptance report must be prepared for individual items or batch purchases valued at over RMB 100,000. In cases involving a warranty retention money, a temporary registration number shall be used for filing. Acceptance procedures for large-scale precision instruments and equipment shall be conducted in accordance with the *Tongji University Measures for the Administration of Large-Scale Precision Instruments and Equipment*.

## Chapter 6 Supervision

**Article 15**  Instrument and equipment procurement activities are subject to supervision and inspection by the Supervision, Audit, and Finance Departments. Key areas of supervision include: compliance with national laws, regulations, and University rules; adherence to defined procurement scopes, methods, and procedures; and the professional ethics, technical skills, and performance of procurement and management personnel.

**Article 16** The entrusted Procurement Agency (Logistics Group) shall establish a sound internal supervision mechanism. Decision-making and execution processes for procurement activities must be clearly defined, ensuring mutual supervision and checks and balances. The responsibilities of procurement handlers must be clearly defined and segregated from those responsible for contract review and acceptance. Procurement standards of the entrusted Procurement Agency (Logistics Group) shall be publicly disclosed.

**Article 17** If the entrusted Procurement Agency (Logistics Group) violates national laws, regulations, or University rules during procurement activities, the University shall revoke its entrusted agency qualification and hold relevant personnel accountable in accordance with the Entrusted Procurement Agency Agreement.

**Article 18** Any organization or individual has the right to report any illegal or disciplinary violations in procurement activities to the University Supervision Department. All relevant personnel must strictly adhere to discipline, rigorously implement prescribed procedures and systems, and proactively accept supervision and inspection. The University shall hold individuals accountable for regulatory or disciplinary violations in procurement activities. Cases constituting legal or criminal offenses shall be transferred to relevant state authorities for handling.

### Chapter 7 Supplementary Provisions

**Article 19** These Measures shall be interpreted by the Laboratory and Equipment Management Office of Tongji University.

**Article 20** These Measures shall take effect on the date of promulgation, and the previous corresponding management measures are hereby repealed.

June 17, 2010

# Tongji University Measures for the Administration of the "Project 985" Construction (2010–2013)

Tongxueke [2010] No. 2

### I.    Preamble

**Article 1** These Measures are formulated to thoroughly implement the National Medium- and Long-Term Education Reform and Development Plan Outline (2010–2020), accelerate the development of world-class and high-level universities, strengthen the administration of Project 985 construction, and ensure the achievement of project goals. This is done in accordance with the *Opinions of the Ministry of Education and the Ministry of Finance on Continuing to Accelerate the Construction of World-Class Universities and High-Level Universities* (Jiaozhong [2010] No. 2)..

**Article 2** The construction goals of Tongji University's Project 985 are: to comprehensively enhance the University's overall standards and comprehensive strength; to further improve independent innovation capabilities and international influence; and to strive for major operational indicators—including overall standards, comprehensive strength, independent innovation capabilities, and international competitiveness—to reach the level of an internationally renowned high-level research university by 2020. The University aims to become a sustainable, internationally renowned high-level research university and advance toward becoming a world-class university.

**Article 3**    The primary missions of Tongji University's Project 985 construction are: To reform the cultivation of top-notch innovative talents; to foster academic leaders and innovative teams; to achieve new breakthroughs in discipline development; to enhance capabilities in independent innovation and social service; to conduct high-level international exchanges and cooperation; and to drive reforms in institutional systems and mechanisms.

**Article 4**    The implementation principles for Tongji University's Project 985 construction are: Adherence to reform and innovation; prioritization of key development areas; and promotion of coordinated progress.

**Article 5**    Innovation of decision-making mechanisms, establishing a management framework that integrates expert consultation and supervision with University decision-making. The University shall invite experts with profound academic attainments and experience in discipline development to form the Project 985 Expert Committee. The University shall establish a Leading Group for Project 985 Construction.

## II.    Management Responsibilities

**Article 6**    The University's Project 985 Construction Leading Group is responsible for deliberating and deciding on major policy issues and overall planning, and for implementing whole-process management of Project 985 construction. An Office shall be established under the Leading Group to handle the day-to-day operations of Project 985 construction. The primary responsibilities of the Office include: Organizing the implementation, inspection, and acceptance of Project 985; monitoring construction progress, the implementation of reform plans, and the management and utilization of funds.

**Article 7**    The Project 985 Expert Committee provides advisory opinions on major construction policies and fund allocation methods; supervises the implementation process; and offers evaluations on construction effectiveness.

## III.    Organization and Implementation

**Article 8**    In accordance with the spirit of the *National Medium- and Long-Term Education Reform and Development Plan Outline (2010–2020)*, and guided by the ideology, goals, and tasks for accelerating the development of world-class and high-level universities, the University has formulated the *Tongji University Project 985 Overall Plan (2010–2020) and the Tongji University Project 985 Reform Plan*, aligning with its strategic development plan and educational objectives.

**Article 9**    The University shall organize and implement the *Tongji University Project 985 Overall Plan (2010–2020)* and the *Tongji University Project 985 Reform Plan* approved by the Ministry of Education and the Ministry of Finance, along with the allocated budget, establishing a scientific and democratic project management and operational mechanism.

(I)    Project construction units shall submit project initiation applications, elaborating on project significance, construction content, budget estimates, equipment procurement, and expected goals, while providing necessary demonstration materials;

(II)    The Project 985 Construction Office, in conjunction with relevant functional departments, shall organize the Expert Committee to conduct project demonstrations;

(III)    Upon final review and approval by the Project 985 Construction Leading Group, funds shall be officially allocated;

(IV)    Construction of each Project 985 sub-project must strictly adhere to the approved initiation and demonstration documents. Arbitrary changes are prohibited. If changes are strictly necessary during initiation or construction, application reports and demonstration materials must be submitted to relevant functional departments and the Project 985 Construction Office. Changes may only be implemented upon approval by the University's Project 985 Construction Leading Group. Major changes require approval from the Ministry of Education and the State Development Planning Commission.

## IV.    Construction Funds

**Article 10**  Sources of Project 985 special funds include special funds from the central finance and co-construction funds from local people's governments.

**Article 11**  Central financial special funds shall be prioritized for achieving breakthroughs in discipline development, accelerating the introduction and fostering of academic leaders and innovative teams, enhancing independent innovation and social service capabilities, and conducting high-level international exchanges and cooperation.

**Article 12**  Co-construction funds from local people's governments shall be allocated in a coordinated manner in accordance with agreements with local governments, the *Tongji University Project 985 Overall Plan (2010–2020)*, and the *Tongji University Project 985 Reform Plan*.

## V.    Inspection and Acceptance

**Article 13**  Phased inspections and final summary acceptance shall be implemented for Project 985 construction.

**Article 14**  Phased inspections shall be uniformly deployed by the University's Project 985 Office. Key inspection areas include: Completion status of phased construction goals and tasks; implementation of reform plans; fund utilization and management; project management; and issues arising during construction.

**Article 15**  The University shall strengthen inspections and assessments of Project 985 construction effectiveness and annual fund utilization, making dynamic adjustments to relevant construction projects and annual budgets based on assessment results.

**Article 16**  The University shall reserve a portion of Project 985 special funds for coordinated allocation, based on fund utilization, management, and construction performance of each project.

**Article 17**  Miscellaneous. In addition to complying with relevant measures promulgated by the Ministry of Education and the Ministry of Finance, Project 985 construction shall adhere to these Measures and other related regulations.

These Measures shall come into effect on the date of promulgation.

The Office of the Leading Group for Academic Development of the University shall be responsible for the interpretation of these Measures.

Appendices: 1.    Tongji University Measures for the Administration of Special Funds for Project 985 (2010–2013)

2.   Tongji University Measures for the Administration of Instruments and Equipment for Project 985 (2010–2013)

3.  Tongji University Guidelines for the Construction and Development Planning of Experimental Teaching for Project 985 (2010–2013)

December 6, 2010

# 同济大学 2010 年行政管理制度汇编



校长办公室

2010 年 12 月

# 2010 年规章制度汇编目录

同济大学信息公开实施细则（试行）·········································（1）

同济大学教育奖励金评定办法 ···············································（6）

同济大学学生在外校、外专业学习等学分认定的实施细则 ···············（8）

同济大学学生不及格课程累计达到 25 个学分及以上的管理办法 ···········（10）

同济大学全日制研究生资助办法修订方案 ·······························（11）

同济大学全日制研究生"三助"工作管理办法 ···························（12）

同济大学全日制研究生学业奖学金管理办法 ···························（15）

同济大学优秀博士生奖学金评选办法 ···································（17）

同济大学 2010 级全日制专业学位硕士研究生奖助办法 ···············（20）

同济大学党政管理科级干部聘任工作实施办法（试行）···············（21）

同济大学师资博士后管理工作暂行办法 ·································（24）

同济大学聘用合同制度管理办法 ·········································（26）

同济大学选拔优秀派遣人员转入学校编制工作的实施细则（2010 年 9 月版）

·····························································（39）

同济大学基本建设项目竣工财务决算审核办法 ·························（49）

同济大学因公出国(境)审批管理办法 ···································（52）

同济大学放射性工作安全防护管理办法 ·································（57）

同济大学病原微生物实验室生物安全管理办法（暂行）···············（61）

同济大学实验室特种设备安全管理办法 ·································（65）

同济大学危险化学品安全管理办法 ·······································（74）

同济大学实验室安全工作规定 ···········································（80）

同济大学低值品管理办法 ················································（81）

同济大学仪器设备管理办法 ·············································（83）

同济大学国内仪器设备采购管理办法 ···································（87）

同济大学"985 工程"(2010-2013)建设管理办法 ·······················（89）

# 同济大学信息公开实施细则（试行）

同 [2010] 18 号

## 第一章  总  则

**第一条**  为了保障公民、法人和其他组织依法获取学校信息，提高学校工作的透明度，促进依法治校，根据《中华人民共和国高等教育法》、国务院《政府信息公开条例》和教育部《高等学校信息公开办法》，结合学校实际，制定本实施细则。

**第二条**  本实施细则所称信息，是指学校在开展办学活动和提供社会公共服务过程中产生、制作、获取的以一定形式记录、保存的信息。应当按照有关法律法规和本细则的规定公开。

**第三条**  学校信息公开的领导体制和工作机制为：由校长领导学校的信息公开工作，分管行政工作的副校长具体分管信息公开工作，校长办公室是学校信息公开工作的主管部门，校办主要负责人推进、指导、协调全校信息公开工作；各部门参与；信息公开的保密审查实行"谁公开谁负责"的原则，由公开部门的主管领导审查，认为有泄密风险的信息，可由公开部门报请校保密办进行审核，批准后公开；监察处进行监督检查。

**第四条**  学校信息公开应当遵循公正、公平、便民的原则。

**第五条**  学校各单位应当建立健全信息发布协调机制。如发布的信息涉及其他部门，应当与有关部门进行沟通、确认，保证发布的信息准确一致。

**第六条**  学校各单位公开的信息，不得危及国家安全、公共安全、经济安全、社会稳定和学校安全稳定。

**第七条**  学校发现不利于校园和社会稳定的虚假信息或者不完整信息的，应当在其职责范围内及时发布准确信息予以澄清。

## 第二章  公开的内容

**第八条**  学校各应当主动公开以下信息：

（一）学校名称、办学地点、办学性质、办学宗旨、办学层次、办学规模，内部管理体制、机构设置、学校领导等基本情况；

（二）学校章程以及学校制定的各项规章制度；

— 2 —

（三）学校发展规划和年度工作计划；

（四）各层次、类型学历教育招生、考试与录取规定，学籍管理、学位评定办法，学生申诉途径与处理程序；毕业生就业指导与服务情况等；

（五）学科与专业设置，重点学科建设情况，课程与教学计划，实验室、仪器设备配置与图书藏量，教学与科研成果评选，国家组织的教学评估结果等；

（六）学生奖学金、助学金、学费减免、助学贷款与勤工俭学的申请与管理规定等；

（七）教师和其他专业技术人员数量、专业技术职务等级，岗位设置管理与聘用办法，教师争议解决办法等；

（八）收费的项目、依据、标准与投诉方式；

（九）财务、资产与财务管理制度，学校经费来源、年度经费预算决算方案，财政性资金、受捐赠财产的使用与管理情况，仪器设备、图书、药品等物资设备采购和重大基建工程的招投标；

（十）自然灾害等突发事件的应急处理预案、处置情况，涉及学校的重大事件的调查和处理情况；

（十一）对外交流与中外合作办学情况，外籍教师与留学生的管理制度；

（十二）法律、法规和规章规定需要公开的其他事项。

**第九条**　除已公开的信息外，公民、法人和其他组织还可以根据自身学习、科研、工作等特殊需要，以书面形式（信函和数据电文形式）向学校申请获取相关信息。

**第十条**　学校对下列信息不予公开：

（一）涉及国家秘密的；

（二）涉及商业秘密的；

（三）涉及个人隐私的；

（四）法律、法规和规章以及学校规定的不予公开的其他信息。

其中第（二）项、第（三）项所列的信息，经权利人同意公开或者学校认为不公开可能对公共利益造成重大影响的，可以予以公开。

## 第三章　工作机构职责

**第十一条**　校长办公室为学校信息公开工作机构，负责学校信息公开的日常工作，具体职责是：

（一）具体承办本校信息公开事宜；

（二）管理、协调、维护和更新本校公开的信息；

（三）统一受理、协调处理、统一答复向本校提出的信息公开申请；

（四）组织编制本校的信息公开指南、信息公开目录和信息公开工作年度报告；

（五）协调对拟公开的学校信息进行保密审查；

（六）组织学校信息公开工作的内部评议；

（七）推进监督学校内设组织机构的信息公开；

（八）承担与本校信息公开有关的其他职责。

学校应当向社会公开信息公开工作机构的名称、负责人、办公地址、办公时间、联系电话、传真号码、电子邮箱等。

学校各职能部门应当建立健全本部门信息公开工作制度，并指定专人负责信息公开日常工作。

第十二条　学校公开信息前，应当依照《中华人民共和国保守国家秘密法》以及其他法律、法规和国家有关规定对拟公开的学校信息进行保密审查。学校对信息不能确定是否可以公开时，应当依照法律、法规和国家有关规定报有关部门确定。

## 第四章　公开的途径和要求

第十三条　对依照本细则规定需要公开的信息，应当采取符合其特点的以下一种或几种方式进行公开：

（一）同济大学主页及相关网站；

（二）校报、校刊、校内广播等校内媒体和报刊、杂志、广播、电视等校外媒体；

（三）文件、简报、年鉴、会议纪要；

（四）新闻发布会和其他相关会议；

（五）信息公告栏、电子显示屏、公共查阅室、资料索取点；

（六）其他便于公众及时准确获得信息的形式。

第十四条　信息公开分为主动公开、依申请公开和不予公开三种属性。

学校各单位在完成制作或者获取信息后，应当及时明确信息的公开属性。确定公开的，应当明确公开的受众；确定不予公开的，应当说明理由；难以确定是否公开的，应当及时报学校审定。

第十五条　属于学校主动公开范围的信息，信息拥有单位应当在该信息形成之日起 20 个工作日内予以公开。

公开的信息内容发生变更的，信息拥有单位应当自变更后 20 个工作日内予以更新。

学校决策事项需要征求教师、学生和学校其他工作人员意见的，公开征求意见的期限不得少于 10 个工作日。

法律、法规对信息公开的期限另有规定的，从其规定。

第十六条　学校编制、公布学校信息公开指南和信息公开目录，并及时更新。

学校信息公开指南，包括学校信息的分类、编排体系和获取方式，依申请公开的处理和答复流程，学校信息公开工作机构的名称、办公地址、办公时间、联系电话、

— 4 —

传真号码、电子邮箱等内容。

学校信息公开目录，包括学校信息的索引、名称、生成日期、责任部门等内容。

## 第五章　信息公开申请程序

第十七条　公民、法人或者其他组织依照本细则第十条规定向学校申请获取学校信息的，应当采用书面形式（信函和数据电文形式）；采用书面形式确有困难的，可以当面口头提出，由受理该申请的信息公开工作办公室代为填写学校信息公开申请。

第十八条　学校信息公开申请应该包括以下内容：

（一）申请人的姓名或者名称、身份证明、联系方式；

（二）申请公开的信息的内容描述；

（三）申请公开信息的形式要求；

（四）申请公开的目的和用途；

（五）申请人或组织应当出示有效身份证件或者证明文件。

第十九条　对于申请人的信息公开申请，学校根据下列情况在十五个工作日内分别做出答复：

（一）属于主动公开范围的，应当告知申请人获取该信息的方式和途径；

（二）属于不予公开范围的，应当告知申请人并说明理由；

（三）不属于学校职责范围的或者该信息不存在的，应当告知申请人；对于能够确定该信息的职责单位的，应当告知申请人该单位的名称、联系方式；

（四）申请公开的信息含有不应公开的内容但能够区分处理的，应当告知申请人并提供可以公开的信息内容；对于不予公开的部分，应当说明理由；

（五）申请内容不明确的，应当告知申请人作出更改、补充；申请人逾期未补正的，视为放弃本次申请。

（六）同一申请人无正当理由重复申请公开同一信息，学校已经作出答复且该信息未发生变化的，应当告知申请人，不再重复处理；

（七）根据实际情况作出的其他答复。

第二十条　申请公开的信息涉及第三方权益的，学校以书面形式征求第三方的意见。第三方同意公开的，可以公开；不同意公开的，不得公开。第三方在要求的期限内未作答复的，视为不同意公开。但是，学校认为不公开可能对公共利益造成重大影响的，应当予以公开，并将决定公开的学校信息内容和理由书面通知第三方。

征求第三方意见所需时间不计算在第二十条规定的期限内。

第二十一条　学校向申请人提供信息，除可以按照学校所在地省级价格部门和财政部门规定的收费标准收取检索、复制、邮寄等成本费用外，不得收取其他费用。收取的费用应当纳入学校财务管理。

学校各单位不得通过其他组织、个人以有偿方式提供信息。

### 第六章　监督和保障

学校信息公开工作接受国家和上海市教育行政部门的监督检查。学校将信息公开工作开展情况纳入学校领导干部岗位责任考核内容。考核工作可与年终考核结合进行。学校监察处负责组织对本校信息公开工作的监督检查，监督检查应当有教师、学生和学校其他工作人员代表参加。

第二十二条　学校各职能部门应当编制上一年信息公开工作年度总结，于每年 9 月底之前报送校长办公室。校长办公室负责编制学校信息公开工作年度报告，于每年 10 月底前报送上海市教委和教育部。

第二十三条　学校信息公开工作年度报告应当包括下列内容：

（一）主动公开信息的情况；

（二）依申请公开和不予公开信息的情况；

（三）信息公开的收费及减免情况；

（四）信息公开工作存在的主要问题及改进情况；

（五）其他需要报告的事项。

第二十四条　公民、法人和其他组织认为学校或职能部门未按照本细则规定履行信息公开义务的，可以向学校纪检监察处、校长办公室或上级主管部门举报。收到举报的部门应当及时处理，并以适当方式向举报人告知处理结果。

第二十五条　学校职能部门如违反有关法律法规或者本细则规定，有下列情形之一的，由纪检监察处责令改正；情节严重的予以通报批评，对直接负责的主管领导和其他直接责任人员依据有关规定给予处分：

（一）不依法履行信息公开义务的；

（二）不及时更新公开的信息内容、信息公开指南和目录的；

（三）公开不应当公开的信息的；

（四）在信息公开工作中隐瞒或者捏造事实的；

（五）违反规定收取费用的；

（六）通过其他组织、个人以有偿服务方式提供信息的；

（七）违反有关法律法规和本细则规定的其他行为的。

如上述行为侵害当事人合法权益，造成损失，应当依法追究其民事责任。

第二十六条　信息公开工作所需经费纳入学校年度预算。

第二十七条　本实施细则自公布之日起施行，由校长办公室负责解释。

二〇一〇年十一月四日

# 同济大学教育奖励金评定办法

同教［2010］28号

（2010年4月主管校长批准）

为奖励我校广大教师、教学管理人员在本科、研究生教学建设、教学改革、教书育人和教学管理等方面作出的突出贡献，鼓励和吸引更多的优秀教师和教学管理人员在教学和培养学生上投入更多的精力，规范我校各类教育奖励金的评定工作，特制订本办法。

**第一条**　同济大学教育奖励金来源包括同济大学奖教金（教师系列、管理系列）和校外单位或个人捐资设立的教育基金。

**第二条**　同济大学教育奖励金奖励对象

（一）长期坚持在本科生、研究生教学工作第一线并在教学和培养方面有突出成果的教师。

（二）基础课及专业基础课工作量饱满、课堂教学效果好和学生评价高的教师。

（三）教学管理方面作出突出贡献的教学管理人员。

**第三条**　同济大学教育奖励金每年评定一次。一般在下半年进行评定，部分特殊要求的奖励金将按相应要求时间评定。

**第四条**　奖励范围、名额及奖励额度按照各类教育基金理事会制定的章程或办法执行。

**第五条**　奖励条件

（一）基本条件

1.热爱教育事业，治学严谨，教书育人，教学效果好；

2.积极主动承担教学任务，认真完成或超额完成一学年教学工作量，教学质量优良，且无不良评价或反映；

3.认真进行教学研究，积极参与教学改革，在教学建设包括课程建设、教材建设、实验室建设等方面成绩突出；

4.在本学年无任何教学事故（含无故迟到、早退、缺课、擅自调课、停课、请人代课、长时间不指导学生等），且在教学环节中无任何违规表现；

5.申请人工作需满三年，本校校龄需满二年。

（二）满足下列条件中三条，可获同济大学教育奖励金级别高，影响大的奖项

1.教学效果好，获得学生高度评价，并被评为校、市或国家教学名师，或获得学

校师德、师风十佳教师，或在校青年教师讲课竞赛中获一、二等奖。

2.承担校级以上教学改革、教学研究和建设项目，成绩突出，在近三年内发表2篇以上教学研究论文，或出版高水平的教材（但三年内各类奖励金申请中已用过的论文和教材将不作计算）。

3.获得上海市教学成果或优秀教材一等奖或国家教学成果或优秀教材二等奖以上（包括二等奖）。

4.获得上海市精品课程或国家精品课程。

5.指导学生获得上海市、国家优秀博士研究生学位论文。

6.指导本科生获得国家级二等奖以上（包括二等奖）和省、部级一等奖项。

7.获上海或国家先进教育工作奖、上海市优秀青年教师奖或其它同等奖项。

8.对全校教学工作有突出贡献。

**第六条**　评选程序

（一）同济大学教育奖励金的评选工作由教务处组织实施，研究生院参与组织实施相关工作。

（二）每年三月，教务处向各学院(系)发出评选通知。

1.教育奖励金级别高、影响大的奖项：各学院(系)教师根据各奖项的评选要求自由申报，经各学院（系）确认后交教务处，学校将组织专家进行初评。

2.教学成果突出，获国家、上海市、相应部委教学成果奖，国家级精品课程教师教材奖，上海和国家优博论文的教师，由学校专门下达名额并由学校负责评定。

3.教育奖励金的一般普通奖项：各学院(系)根据各奖项的评选要求组织教师（在本年度有课）申报，同时同济大学教学质量督导专家将对申报教师进行随堂听课，由同济大学教学质量督导组根据听课结果及学生评价进行初评。

4.同济大学奖励金中教学管理系列奖项：由相关职能部（处）和学院提名，本人申报，并经教务处和研究生院初评后提交终评。

（三）下半年，教务处汇总各奖励金初评意见，提交同济大学教育奖励金评审委员会评定，评定结果将在网上公示。

（四）同济大学教育奖励金评审委员会根据设奖情况分别评出各类教育奖励金获奖名单。

（五）校外单位或个人捐资设立的各类教育奖励金的最后获奖名单由各类教育基金奖理事会评审。

**第七条**　表彰

学校每学年年底召开各类教育奖励金、奖学金颁奖会，宣布获奖名单，并向获奖者颁发证书，予以表彰。

**第八条**　奖金发放

同济大学各类教育奖励金奖金一般在颁奖大会后两周内发放。各类教育奖励金奖金归获奖者所有，除按国家有关规定交纳个人所得税外，任何单位或个人不得截留。

**第九条**　获得同济大学教育奖励金者，记入本人考绩档案，作为评定职称的依据之一。

**第十条**　凡以弄虚作假等行为骗取奖励者，一经查实，学校将撤销奖励，收回证书、奖金，并根据情节轻重及态度给予处分。

**第十一条**　为保证评奖工作的公正、公平、公开，全校教职工有权对评奖过程进行监督、质询，向学校领导和有关部门反映情况。

**第十二条**

（一）本办法自公布之日起实施，由教务处负责解释。

（二）原《同济大学优秀教师奖教金评定办法》（同教[2005]154号）同时废止。

二〇一〇年四月十六日

# 同济大学学生在外校、外专业学习等学分认定的实施细则

同教[2010]108号

按照我校"培养面向未来国家发展需要，适应未来科技进步，德智体全面发展，知识、能力、人格协调统一，知识面宽、基础厚重、素质高、能力强，具有国际视野和领导意识，有理想抱负，有社会责任感和职业操守的高级专门人才和拔尖创新人才"的培养目标，努力提高教育教学和人才培养质量，学校及各学院（系）应加强与国内外、港澳台地区高校间的合作与交流。为便于对交流学生的管理，鼓励学生通过多种途径取得学分，特制定本实施细则。

**第一条**　各学院（系）应努力与国内外高水平大学之间建立联合培养、对等交换、联合设计等学生培养方式，应签订相关校际联合培养协议。该协议可以由两校校长签订，也可以由两校所管辖的二级学院院长签订并报教务处备案。

**第二条**　我校学生在赴他校交流之前，必须签订交流协议，此协议应包含以下内容：所适用的校际联合培养协议，学生在他校学习期间的学费支付、意外事故处置、违纪违规处理等。协议由双方学校或学校授权的二级学院及交流学生三方签署。填写《同济大学交流学生修读计划表》，由学生所属院系认定学生在他校修读课程与我校

— 9 —

培养计划中相应课程的对应关系，并报教务处备案。

第三条　毕业班的学生在征得所属院系书面同意后，可在他校完成毕业论文（设计）及论文答辩，回校后上交毕业论文（设计）（如为外文撰写，还须有相应中文版），须有他校指导教师签名，同时附有他校组织的论文答辩成绩及相关评定资料。

第四条　学生在他校修读课程的成绩将在同济大学学生成绩总表的附页中如实记载。

第五条　申请学分认定的范围

1. 学生在本专业以外的他校或他专业所学课程教学内容和教学要求与本专业课程相同或相近的，经开课院系审核同意后，可直接认定为本专业课程学分。

2. 创新能力与拓展课程或项目等。

第六条　申请学分认定的手续

1. 申请学分认定的学生，须填写学分认定申请表并提交成绩单原件及教学大纲（或教材）至学生所在院系教务科。

2. 学生所属院系教务科将申请表及有关资料转开课院系教务科，经开课院系教学院长（系主任）审核（必要时可进行复核，以便实际评价学生的成绩），并由开课院系教务科负责办理成绩登记。

3. 学生申请认定的学分一经确认不得修改。

4. 创新能力与拓展课程（或项目）学分认定参照《同济大学本科生创新能力与拓展学分认定管理办法》执行。

第七条　对于学院（系）认定必须补修的课程，可采用以下处理方法：学生回校后随下一年级学生修读；或学生回校后，于期末考核（或重考）前向开课院系提出申请，经同意后直接参加相关课程的考核。

第八条　本实施细则自印发之日起施行，《同济大学关于短期交流学生学分认定的实施细则》同时废止。

第九条　本实施细则由教务处负责解释。

二〇一〇年十月十八日

# 同济大学学生不及格课程
# 累计达到 25 个学分及以上的管理办法

同教[2010]119 号

为了更好地体现学分制管理中学生学习的自主性，同时加强对学习困难学生的管理，特制定本办法。

每学期开学初补考成绩输入完毕后，各学院（系）教务科打印不及格课程累计"<25 个学分"和">=25 个学分"的学生名单，并按以下情况分别处理：

一、不及格课程累计<25 个学分：各学院（系）班主任联系学生本人及家长，告知学习情况和学校相关政策，学生本人在名单上签名，与学生家长联系的情况记录在"学院处理结果"栏内。

二、不及格课程累计第一次达到 25 个学分及以上的学生，编入下一年级学习，编级报告在每学期开学四周内通过 OA 办公自动化系统提交教务处审核，审核通过后由学院（系）安排学生按以下要求选课。

1. 25-40 学分：秋季学期选课总学分控制在 20 学分内，春学期选课总学分控制在 27 学分内。学生应把主要精力放在不及格课程重修上，新修课程一般不超过 10 学分。

2. 40 学分以上：秋季学期选课总学分控制在 18 学分内，春季学期选课总学分控制在 22 学分内。学生应把主要精力放在不及格课程重修上，新修课程一般不超过 5 学分。

三、不及格课程累计再一次达到 25 学分及以上的学生应予退学。

1. 由学院（系）教务科打印《同济大学学生退学处理告知书》，班主任通知学生本人将作退学处理。

2. 对于在规定的修业年限内还有可能完成学业的学生，每学期开学四周内，可向学院（系）提出试读申请。申请试读的学生需对今后的学习制定完整的学习计划，并做出学习承诺，经批准同意后编入下一年级试读。试读期间的学籍管理要求不变，且试读开始一年内不能将不及格课程累计学分降至 25 学分以内，或以后不及格课程累计学分再次达到 25 学分及以上的，或有违背承诺的行为，则取消试读资格，作退学处理。试读期的选课要求参照第二条中的规定执行。

3. 对于明显在规定的修业年限内无法完成学业的学生，不得申请试读，直接退学。

本办法适用于所有在校学生，自主管校长批准之日起实行。

二〇一〇年十月二十一日

# 同济大学全日制研究生资助办法修订方案

同研[2010]13号

**一、提高全日制博士研究生助学金标准**

从 2009 年 9 月 1 日起在册全日制博士研究生的助学金标准提高到 1.3 万元/学年。

在不增加导师资助负担以及控制导师招生数的原则下，2010 年起每位博士研究生导师招收的前两名全日制博士研究生，导师需资助的助学金维持 0.3 万元/学年不变；招收的第三、四名全日制博士研究生，导师需资助的助学金分别提高到 1 万元/学年、1.3 万元/学年。

**二、增加全日制硕士研究生 A 类学业奖学金资助面，提高 B 类学业奖学金标准**

2010 年科学学位硕士研究生 A 类学业奖学金比例为 66%，学业奖学金标准为 1 万元/学年；B 类学业奖学金比例为 34%，学业奖学金标准为 0.5 万元/学年。各学科专业 A、B 类研究生具体比例将根据《同济大学办学质量白皮书》考核指标和导师资助情况做适当调整。

**三、改革优秀博士资助办法，推出"优秀博士生奖学金"**

从 2010 级开始将优秀博士研究生资助定义为"优秀博士生奖学金"。资助对象为全日制博士研究生。分设四个阶段。新生入学时，设 100 名新生奖学金（0.5 万元），奖励入学时成绩优秀、具有良好的教育经历及较强的科研能力的博士生；中期考核时，设 50 名优秀博士一等奖学金（1 万元）、100 名优秀博士二等奖学金（0.5 万元），奖励在学期间努力学习、刻苦钻研、撰写了高水平论文及高质量科研成果博士生；满学制时，设 80 名优博培育奖学金（1.5 万元），奖励在校期间具有较强科研能力，并愿意继续参与科学研究、撰写高水平论文的博士生；第四学年结束时，设 40 名优博培育成果奖学金（1.5 万元），奖励在校期间取得优秀科研成果及培育优秀博士论文的博士生。

2010 级优秀博士奖学金等级一览表

| 评审时间 | 类别 | 奖学金标准（万元） | 名额（人） | 合计（万元） |
|---|---|---|---|---|
| 入学时 | 新生奖学金 | 0.5 | 100 | 50 |
| 中期考核时 | 优博一等奖学金 | 1 | 50 | 50 |
| | 优博二等奖学金 | 0.5 | 100 | 50 |
| 满学制时 | 优博培育奖学金 | 1.5 | 80 | 120 |
| 第四学年结束时 | 优博培育成果奖学金 | 1.5 | 40 | 60 |

— 12 —

优秀博士奖学金评选办法另行颁布。

**四、优化扶持基金**

本着研究生招生规模与导师科研成果及科研项目相结合的原则，博士生导师的扶持基金发放将与当年度招生时导师的科研项目及经费挂钩。

原资助办法中与本方案不符处，以本修订方案为准。

二〇一〇年三月十日

# 同济大学全日制研究生"三助"工作管理办法

同研[2010] 39 号

为加强我校的研究生教育，优化拔尖创新人才培养环境，配合研究生奖助体系改革，进一步发挥研究生在学校科研、教学、管理与服务中的作用，培养研究生的创新能力、实践能力和责任意识，规范研究生"三助"（助教、助研和助管）岗位的管理，特制定我校研究生"三助"工作管理办法。本办法自 2010 级全日制研究生开始实施（全日制专业学位研究生另见《同济大学全日制专业学位研究生资助办法》）。

**一、"三助"岗位说明**

1. 助研：指研究生参与导师的科研工作。如承担科学实验、工程设计、文献检索、编制程序、设备维修与调试、技术后勤和社会调查等。

2. 助教：指研究生在完成必要的教学实践任务以外，从事教学辅导、答疑、批改作业、指导实验、上习题课和协助指导生产实习等。

3. 助管：指研究生兼任思想政治教育工作、行政管理和后勤服务管理等。

**二、"三助"工作的组织**

研究生教育创新基金管理办公室（以下简称创新基金办公室）负责拟订"三助"工作的整体方案，协调各院（系、所）及各有关部门开展"三助"工作，督促落实学校设立的助教和助管岗位。聘用单位负责岗位设置、人员聘任及考核。

各院（系、所）负责本单位"三助"工作的具体实施。

**三、"三助"岗位设置**

1. 岗位数量及岗位金额

设置全日制硕士研究生 2550 个/级"三助"岗位（其中助研约 1800 个/级、助教约 250 个/级和助管约 500 个/级），助学金为 0.4 万元/年/岗；设置全日制博士研究

生约 650 个/级助研岗位，助学金为 1．3 万元/年/岗。

2．岗位来源

全日制研究生的助研岗位由其导师或经导师同意由其他教师聘任。

全日制硕士研究生的助教岗位由教务处依据本科生教学任务及当年可聘用助教的数量分配助教名额。

全日制硕士助管岗位由学校党委、行政、后勤等部门根据实际需要设置。原则上岗位设置时间以学年为单位。每学年末各院（系、所）、各部门根据工作实际需要，填写《研究生"三助"岗位设置汇总表》，聘任单位在汇总表中明确写明岗位能力要求，工作时间安排，工作内容说明等，并向创新基金办公室申请助管岗位名额。基金办根据申报情况核实后分配助管名额。

**四、管理原则**

1．研究生"三助"工作由学校统一协调管理。

2．各院（系、所）可根据本办法，结合本单位实际情况制定管理细则，并将细则报研究生创新基金管理办公室备案。

3．所有"三助"岗位遵循"公开、公平、公正"的原则招聘。研究生从事助教、助管工作应征得导师同意，且不影响正常科研和学习工作。

4．硕士研究生从事"三助"工作岗位一般不兼任。但允许担任助研岗位的 5%优秀硕士研究生兼任助管。

5．全日制硕士研究生均有资格竞聘获得"三助"岗位。

6．研究生在担任"三助"工作期间应有一定的工作量和时间投入，同时不影响研究生的论文写作与科研工作，一年级研究生担任助教、助管工作时间最低不少于 8 小时/周，不高于 10 小时/周；二年级及以上研究生担任助教、助管工作时间最低不少于 10 小时/周，不高于 12 小时/周。

**五、"三助"酬金的管理**

1．研究生"三助"酬金中学校承担部分由学校直接划拨至研究生教育创新基金帐户。

2．助研酬金中由聘用教师支付部分的管理流程为：

（1）各院（系）根据研究生院下达的"三助"名额，将助研、助教名额分配至导师，助管名额分配至管理部门。

（2）获得助研名额的导师在研究生入学前填写《同济大学招收研究生导师经费资助确认书》，并交各院（系、所）相关管理部门。由各院（系、所）将导师资助经费统一划拨到学院导师资助专用账户。

（3）各院（系、所）将汇总表收齐后交基金办，基金办核准后报财务处。

（4）财务处将岗位聘用人资助的经费额度从其指定经费卡上划入各院（系、所）

— 14 —

导师资助专用账户，并将扣款成功的导师名单反馈至各院（系、所）。

3.扶持学科专项基金的发放，由基金办根据受扶持批准情况将相关数据材料报财务处，财务处将扶持基金转入院（系、所）导师资助专用帐户。

4.为了保障研究生的权益，学校按导师资助总额的 5%设立风险准备金，在导师经费因意外不到位的情况下预支给应资助的研究生。

5.院（系、所）落实导师资助专用账户管理人员，管理人员需掌握该账户的动态使用情况，每学年度定期结算，并报基金管理办公室备案。

## 六、"三助"岗位聘用、考核

"三助"岗位实行网络化管理。研究生登录同济大学研究生信息管理系统，网上填写相关申请信息，按要求签章后交各院（系、所）管理部门。管理部门根据学生申请，网上审核。

1. 助研人员聘任

研究生担任助研工作应由导师与研究生双方协议，网上审核评聘。

2. 助教人员聘任

研究生助教资格由聘用单位负责教学工作的领导组织面试，与拟聘任的研究生签订聘用协议，各院（系、所）管理部门根据学生申请，网上审核评聘。

各院（系、所）应对担任助教的研究生进行岗前培训。

3. 助管人员聘任

各院（系、所）助管岗位原则上面向本单位研究生招聘，学校各部门助管岗位面向全校研究生招聘。用人单位组织面试。在批准的名额内与拟聘任的研究生签订协议，网上审核评聘。

院（系、所）、用人单位负责对"三助"工作考核，据聘任协议规定的工作任务与要求，由负责指导的教师或聘用部门对聘任的"三助"研究生做出工作评价，根据双向选择的结果，决定对被考核研究生续聘、调岗或解聘。

## 七、酬金发放

基金办根据网上学生上岗情况按月发放酬金。（每年 2 月、8 月为假期，原则上不聘用"三助"岗位）

## 八、解聘

如获"三助"岗位的研究生有以下任一情况发生，停止聘用：

1.获聘研究生因任何原因中止或终止学业；

2.获聘研究生违反校纪校规；

3.获聘研究生工作不投入、工作态度不认真；或工作有重大失误并带来不良影响；

4.署名的（不论署名次序）公开发表论文有剽窃或伪造试验数据等学术不端现象并被认定；

5.获聘研究生提出解除聘用协议；

6.获聘研究生离岗超过一月者。

**九、附　则**

（一）本方案解释权属于学校研究生教育创新基金委员会。

（二）本方案经主管校长批准，自 2010 年 7 月起实行。

二〇一〇年七月二十八日

# 同济大学全日制研究生学业奖学金管理办法

同研[2010]40 号

根据同研[2010]13 号文件及《同济大学全日制研究生资助办法》，学校设立研究生教育创新基金，其中学业奖学金用于资助研究生在校期间的部分或全部学费。为规范研究生学业奖学金的管理，特制定本办法。本办法适用于 2010 级全日制研究生（全日制专业学位研究生另见《同济大学全日制专业学位研究生资助办法》）。

1.学业奖学金标准

研究生学业奖学金的发放标准见表 1。

表 1　同济大学研究生学业奖学金金额标准

| 学生类别 | 资助类别 | 学业奖学金 |
|---|---|---|
| 博士研究生 | 全日制 | 1.18 万/年 |
| 硕士研究生 | 全日制　A 类 | 1 万/年 |
|  | 全日制　B 类 | 0.5 万/年 |

2.申请的基本条件

（1）热爱社会主义祖国，拥护中国共产党的领导；

（2）遵守国家有关法律和学校的规章制度；

（3）勤奋学习，努力掌握专业知识，各门课程学习成绩合格；

（4）在规定的学制内；

（5）按学校规定报到和注册。

3.学业奖学金评定与操作程序

学校根据各院（系、所）研究生报考情况、初试上线人数、学院评估排名情况、

— 16 —

学科特点等确定各院（系、所）博士研究生学业奖学金名额、硕士研究生 A、B 类学业奖学金名额。

各院（系、所）依据研究生入学考试成绩和教育科研经历等在研究生复试时确定学业奖学金资助对象及其类别。各院（系、所）在上报拟录取研究生名单时同时将学业奖学金资助对象及类别报研究生招生办公室。

（1）博士学业奖学金按学年发放。

（2）硕士学业奖学金：3 年学制按学年发放；2.5 学制按一年、半年、一年发放。

（3）研究生报到注册时确认学业奖学金等级。非全额资助的研究生需缴纳抵扣后的学费差额。

（4）各院（系、所）负责对研究生进行考核和动态调整。2.5 年学制研究生第三学期结束前二周、3 年学制研究生第四学期结束前二周按原规模重新评定学业奖学金，并将评定结果报基金办。

4.学业奖学金的取消

研究生在学期间发生下列情况之一者取消其学业奖学金：

（1）学位课考试二门次不合格者；

（2）违反校纪校规受到处分者；

（3）署名的（不论署名次序）公开发表论文有剽窃或伪造试验数据等学术不端现象并被认定者；

（4）未经导师同意自行在校外兼职者。

5.其他事项

提前攻博、直博研究生以及硕博连读研究生，在进入博士阶段后申请转为硕士研究生的将取消其博士研究生学业奖学金，按硕士研究生学费标准向学校缴纳学费，可申请硕士生"三助"岗位。

6.附则

（1）本方案的解释权属于学校研究生教育创新基金委员会。

（2）本方案经主管校长批准，自 2010 年 7 月起实行。

二〇一〇年七月二十八日

# 同济大学优秀博士生奖学金评选办法

同研［2010］043 号

为进一步深化培养机制改革，提高博士生培养质量，鼓励博士生潜心科研，积极创新，同济大学从每年入学的全日制博士生中选拔优秀学生给予资助。本办法自 2010 级全日制博士生开始实施。

本资助分三阶段落实，每阶段分别选拔。

**一、奖学金设立目标及标准**

优秀博士生第一阶段奖学金（新生奖学金）：

新生入学时，设 100 名新生奖学金，标准 0.5 万/人，鼓励入学时成绩优秀、具有良好的教育经历及较强的科研能力的博士生；

研究生院按照每级各院（系、所）全日制博士生人数占全校全日制博士生总数的比例、生源质量情况、学科建设、培养能力、培养质量、院系贡献等绩效，向各院（系、所）下达优秀博士生资助名额。各院（系、所）根据本单位优秀博士生资助名额，按照入学时生源质量等因素选拔资助对象。

优秀博士生第二阶段奖学金：

第三学年初，设 50 名优秀博士生一等奖学金，标准 1 万/人；100 名优秀博士生二等奖学金，标准 0.5 万/人，奖励在学期间努力学习、刻苦钻研、完成中期考核、撰写了高水平论文及取得高质量科研成果的博士生；

各院（系、所）遴选在科研、博士学位论文写作等方面具有培养潜力的博士生作为资助对象。

优秀博士生第三阶段奖学金：

第四学年初（满学制），设 80 名优博培育奖学金，标准 1.5 万/人，奖励在校期间具有较强科研能力，并愿意继续参与科学研究、撰写高水平论文的博士生。

各院（系、所）在学生满学制时，对延期毕业的博士生进行遴选，遴选在科研、博士学位论文写作等方面具有培养潜力的博士生给予优秀博士生奖学金资助，资助期至第四学年结束。

第五学年初，在原有 80 名获奖者中遴选 40 名在学博士生，继续给予优秀博士生奖学金资助，标准 1.5 万/人。资助期至第五学年结束。

**二、奖学金选拔依据**

第一阶段：

— 18 —

该阶段奖学金在招生工作中评定。

1. 奖励优质生源的直博生。具体要求：

（1）本科来自全国重点学科专业，本科成绩排名在所在专业前 10%的直博生（包含本校直博生）。

（2）本科来自 985 工程院校，本科成绩排名在所在专业为前 10%的直博生（含本校直博生）。

2. 奖励有突出科研能力的硕博连读生。在申请硕博连读时，已具有本学科所认定的科研成果。具体要求：达到所攻读学科我校博士毕业标准所要求成果的一半。

3. 奖励有突出科研能力的普通招考全日制博士生。具体要求：已有成果达到其所攻读学科我校博士毕业标准所要求成果的一半。

第二阶段：

各院（系、所）按下达的名额推荐优秀博士生候选人。通过对候选博士生在校期间主持或参与的科研项目、发表的与博士学位论文相关的学术论文的数量和质量等进行综合评定。

科研学术成果认定标准参照表 1 执行。

表 1　科研学术成果认定标准

| 项次 | 成果等级 | 评分（每项、篇、本） |
|---|---|---|
| 1 | 获国家级自然科学奖、科技进步奖、发明奖的前 5 名 | 30 分 |
| 2 | 获省部级自然科学奖、科技进步奖、发明奖二等奖以上的前 5 名 | 25 分 |
| 3 | SCI、EI、SSCI、SCIE、A&HCI 全文检索刊源论文或已被检索论文（为外文期刊刊登的论文，期刊目录以分委员会认定的为准）、国际发明专利前 5 名 | 25 分 |
| 4 | 独立完成出版的专著 | 15 分 |
| 5 | 除 1、2 项以外的获省部级及以上自然科学奖、科技进步奖、发明奖前 10 名 | 10 分 |
| 6 | SCI、EI 检索的中文期刊刊登论文；ISTP、CSSCI 检索论文（为外文期刊刊登的论文，期刊目录以分委员会认定的为准）、获得发明专利的前 2 名 | 10 分 |
| 7 | 获得实用新型专利和外观设计专利（前 2 名） | 5 分 |

注：

1.中文核心期刊与 SCI、EI 等索引有重复时，按"就高不就低"的原则计算得分。

2.发表论文要求：本人为第一作者，且第一署名单位为同济大学；或其导师为第一作者，本人为第二作者，且第一、第二作者署名单位均为同济大学。

3.按各学科毕业要求规定，作为申请者科研学术成果的基本条件。

第三阶段：

按第二阶段评审条件进行之外，学生还需提交延期期间学习和科研计划、两位专

家推荐意见。学院需组织学科专家组对学生进行评审答辩，提出申报建议。

**三、优秀博士生奖学金获奖者义务**

获奖博士生应主动参与学校各类学术活动，撰写高水平论文，在"博思论坛"中交流学术思想，遵守学术道德规范等。

**四、程序**

1. 每年研究生院向各院（系、所）公布本学年各院（系、所）优秀博士生各阶段名额。

2. 博士生向院（系、所）递交"同济大学优秀博士生申请表"及相关材料。

3. 各院（系、所）根据博士生申请情况，进行评审及公示，将申报名单报至研究生教育创新基金管理办公室审核。

4. 研究生教育创新基金管理办公室将审核后的名单提交研究生教育创新基金管理委员会。

5. 研究生教育创新基金管理委员会讨论并审批优秀博士生获奖名单并予以公布。

6. 评审结束后，第一、二阶段奖学金一次性发放到学生账户；第三阶段按 1500 元/月发放，每年发放 10 个月。

**五、资助终止与中止**

如获资助的博士生有以下任一情况发生，资助自动终止。

1. 因任何原因终止学业；

2. 违反校纪校规受到处分者；

3. 申请材料造假者；

4. 署名的（不论署名次序）公开发表论文有剽窃或伪造试验数据等学术不端现象并被认定；

5. 课程考试（考查）一门不及格。

如获优秀博士生第三阶段奖学金资助的博士生有以下任何一种情况发生，资助中止。

（1）因私出国（境）一个月以上的博士生出国（境）期间；

（2）因事、因病休学的博士生休学期间。

**六、附则**

1. 本方案的解释权属于学校研究生教育创新基金委员会。

2. 本方案经主管校长批准，自 2010 年 7 月起实行。

二〇一〇年八月三日

— 20 —

# 同济大学 2010 级全日制
# 专业学位硕士研究生奖助办法

同研[2010]46 号

**一、奖助原则**

（一）符合《教育部办公厅关于切实做好普通高校全日制专业学位硕士研究生资助工作的通知》（教财厅[2010]2 号）的文件精神；

（二）满足实施"卓越工程师计划"的要求；

（三）为调整优化研究生教育结构，吸引优秀生源，建立和完善有利于专业学位硕士研究生的培养体系。

**二、奖助对象**

本办法仅针对 2010 级全日制专业学位硕士研究生【除法律硕士（非法学）、工商管理硕士、公共管理硕士、软件工程领域工程硕士以外】。

**三、奖助方案**

（一）设置学业奖学金，用于资助研究生的学费。其中：全额奖学金标准为 1 万元/学年，奖励参与学校"卓越工程师计划"的推免学生、其他推免学生，以及优异的统考学生，2010 级的比例在 40%左右；半额奖学金标准为 0.5 万元/学年，2010 级的比例在 10％左右。

（二）设置普通奖学金，用于资助研究生在学期间的生活费。标准为 300 元/月，每年发放 10 个月（每年 2 月和 8 月不发）。

（三）校外捐赠奖学金、国家助学贷款和帮困基金等，参照学术型硕士研究生的有关规定执行。

**四、奖助金的审定和发放**

学业奖学金根据招生阶段的评定结果发放。

普通奖学金根据研究生的报到注册情况按月发放，停发的月份不再补发。

**五、学业奖学金的取消和普通奖学金终止与中止**

（一）研究生在学期间发生下列情况之一者终止其学业奖学金：

1. 学位课考试二门次不合格者；

2. 违反校纪校规受到处分者；

3. 署名的（不论署名次序）公开发表论文有剽窃或伪造试验数据等学术不端现象

并被认定者；

4.规定学制结束者。

（二）研究生有以下任一情况发生，普通奖学金自动中止：

1.因事、因病休学的研究生休学期间；

2.出国（境）一个月以上的研究生出国（境）期间。

停发期结束后，本人须向所在院（系、所）提出恢复享受普通奖学金的申请，报研究生院审批后，方能恢复发放。

**六、本办法由研究生院负责解释。**

二〇一〇年九月二十七日

# 同济大学党政管理科级干部聘任工作实施办法(试行)

同人事 [2010] 47 号

### 第一章　总　则

**第一条**　根据学校人事制度改革及岗位聘任制度要求，为进一步完善校内党政管理科级岗位选聘上岗和考核评价机制，强化岗位管理，提高办事效率和服务质量，加强干部队伍建设，特制订本办法。

**第二条**　选拔任用科级干部，必须坚持下列原则：

1.德才兼备、任人唯贤原则；

2.群众公认、注重实绩原则；

3.公开、平等、竞争、择优原则；

4.按岗选任原则。

**第三条**　学校人事安排小组会议负责全校科级岗位的设置及科级干部的聘任工作。

### 第二章　岗位设置及任期

**第四条**　学校机关党政各部门、各基层单位经学校批准成立的科级机构可设正、副科级岗位；各基层党委（总支）可设正、副科级组织人事员。对于其他非科级机构，根据实际工作需要可设正、副主任科员非领导职务岗位或认定行政级别。

**第五条**　科级干部应严格按照学校核定的科级岗位职数聘任。科级机构中一般设

一正一副科级岗位；职责单一或人数较少的科室，只设一正或一副科级岗位；确属工作需要经校人事安排小组会议审核可增设副科级岗位。各基层党委（总支）组织人事员职数设置参照有关办法执行。

第六条　科级干部实行聘任制，聘期三年。聘期届满经考核胜任的干部，且因工作需要，可以连任。

## 第三章　选拔任用条件

第七条　选拔任用科级干部，拟任人选应具备下列基本条件：

1.遵纪守法、爱岗敬业、品行端正、近两年年度考核合格；

2.具备管理人员履行岗位职责所需的思想道德水平、管理知识、专业知识和组织协调能力；

3.身体健康。

第八条　提拔任用科级干部应具备下列资格条件：

1.提拔任用副科级职务者，需具备以下条件之一：

（1）具有本（专）科学历，3 年以上相关工作经历且取得显著工作成绩；

（2）具有研究生学历，2 年以上相关工作经历且取得显著工作成绩。

2.提拔任用正科级职务者，需在副科级岗位工作 3 年以上且取得显著工作成绩。具有副高级专业技术职务任职经历者可放宽。

第九条　距法定退休年龄不满 3 年者，原则上不再新聘任正、副科级职务。

第十条　至法定退休年龄不能完成半个聘期者，原则上不再续聘。

## 第四章　选拔任用程序

第十一条　科级干部选拔任用程序：

1.各单位根据本单位科级岗位设岗情况和工作需要，推荐考察对象，并由基层党委（总支）组织进行民主测评；

2.在民主测评的基础上，由本单位党政联席会议确定考察对象，并由基层党委（总支）依据干部选拔任用条件和职责要求，进行全面考察并形成书面考察材料。考察材料必须写实，全面、准确、清楚地反映考察对象德、能、勤、绩、廉方面的主要表现，尤其要注重工作实绩；同时要反映主要缺点及不足，以及民主推荐、民主测评情况；

3.各基层单位科级干部拟任人选经本单位党政联席会议讨论通过后，相关材料上报人事处；机关各部门科级干部拟任人选材料需经机关党委会签后上报人事处；

4.人事处对拟任人选相关材料进行初审，并报校人事安排小组会议审定；

5.学校发文聘任；

6.凡晋升任职的，相关书面材料归入本人档案。

**第十二条**　党、团系统干部需认定行政级别的，由相关组织报校党委组织部初审，经校人事安排小组会议审定后，确定相应行政级别。

**第十三条**　考察科级干部拟任人选，必须征求拟任人选所在单位纪委的意见。

**第十四条**　讨论、审定干部任免事项，涉及与会人员本人及其亲属的，本人必须回避。

## 第五章　培训与考核

**第十五条**　人事处负责科级干部的集中教育培训。各基层党委（总支）负责本单位科级干部的日常教育、管理工作。

**第十六条**　学校对科级干部工作情况进行年度考核，考核工作由所在单位具体实施。

**第十七条**　各单位制定本单位所设科级岗位的岗位职责，分别报组织部、人事处备案。

**第十八条**　科级干部有下列情况之一的，应当予以免职。

1.经组织考核认定为不称职的；

2.连续出国（境）满半年的；

3.拒不服从组织调动或者轮岗交流决定的；

4.因工作需要或其他原因应当免去现职的。

**第十九条**　科级干部因各种原因需要辞去相应科级职务的，本人递交书面申请，经申请人所在单位党政联席会议同意，报校人事安排小组会议审批。

**第二十条**　对违法违纪的科级干部，根据情节由有关部门予以党纪、政纪处理。

## 第六章　附　则

**第二十一条**　本办法自发布之日起实施。此前所发文件与本办法不相一致的，以本办法为准。

**第二十二条**　本办法由人事处负责解释。

二〇一〇年六月三十日

# 同济大学师资博士后管理工作暂行办法

同人师 [2010] 26 号

（2010 年 4 月 22 经主管校长批准）

## 第一章  总  则

**第一条**  为进一步加强学校师资队伍建设，优化师资队伍结构，加大优秀年轻人才、后备人才的引进和培养力度，同时充分利用博士后制度平台为学校学科建设、师资队伍建设服务，结合同济大学实际，特制定本办法。

## 第二章  适用对象

**第二条**  根据学校有关规定，从 2010 年起，对于各单位师资队伍的补充，除个别特殊学科、专业外，各单位应坚持以录用具有博士学位的留学归国人员或具有博士后经历的人员为主。对于在国内高校、科研机构取得博士学位的毕业生，凡申请应聘同济大学各单位教师系列岗位的人员（含教学科研型、教学型、科研型等），纳入学校师资博士后进行管理。申请人应首先进入学校设立的有关博士后科研流动站或与学校签定合作协议的企业博士后科研工作站进行两年博士后研究工作，经考核合格出站后，方可受聘进入同济大学教师系列编制和岗位。

## 第三章  申请程序

**第三条**  各基层单位根据师资队伍规划及建设的岗位需要，根据学校批准的师资补充计划，对于应纳入师资博士后管理的人员岗位，报学校人事处审核批准后，在教师及博士后招聘信息中公开发布。

**第四条**  申请人需首先向设岗单位提出做师资博士后的申请，有关单位的教师职务评聘组织根据设岗需要对申请人进行教学、科研能力及学术发展潜力的全面考核，经考核通过的推荐人选，在批准的师资补充限额范围内，由党政领导签署推荐入选师资博士后的意见。以后的程序与同济大学正常博士后申请相同。

**第五条**  已经在站的科研博士后，经本人申请、单位推荐、人事处审核批准后，也可以申请转为师资博士后，但须占用本单位当年师资补充的额度。院系考核程序与第四条相同。

## 第四章    师资博士后的身份及职责

**第六条**    师资博士后的身份仍然是博士后。

**第七条**    在学校博士后流动站工作的师资博士后人员，在站期间以科学研究为主，同时履行作为教师的部分职责，主要为：

（一）完成所确定的科学研究任务；

（二）承担学院安排的教学任务；

（三）承担其他社会工作；

（四）参加学校规定的新教师岗前培训和考核；

（五）申请并获得高等学校教师资格。

**第八条**    在企业博士后科研工作站工作的师资博士后在站期间以科学研究为主，完成与企业签订工作协议中确定的科研任务，并履行作为教师的部分职责。

## 第五章    待    遇

**第九条**    在学校博士后科研流动站工作的师资博士后享有下列待遇。

（一）享受学校同类博士后的基本待遇（住房以货币化政策执行）；

（二）学校以货币补贴形式提供住房，提供每月 2500 元的津贴；

（三）享受每月 1000 元的师资博士后专项津贴；

（四）中期（进站后 12 个月）考核合格后，考核合格的下月起至正常办理出站期间，可另外享受每月 1000 元的师资博士后专项奖励金（累计 12 个月）；

（五）享受完成有关教学、科研工作业绩的业绩津贴；

（六）师资博士后出站考核合格后，可以直接申请留校转入事业编制；

（七）师资博士后人员转入学校教师编制后，仍然可以享受学校规定的一次性博士津贴；

（八）博士后合作导师招收的师资博士后人员，免交管理费。

**第十条**    在企业博士后科研工作站工作的师资博士后，除享受完成校内有关教学、科研工作业绩的业绩津贴外，其他相应待遇由企业提供。

**第十一条**    师资博士后工作期满考核合格留校工作者，签订聘用合同之日即为进校时间。

## 第六章    考核及教师岗位聘用

**第十二条**    在学校博士后科研流动站或企业博士后工作站工作的师资博士后，需参加师资博士后专项考核。

**第十三条**    中期考核及期满出站考核由各院系组织教师职务聘任委员会对其教学、科研、社会服务等工作进行全面的考核和评估，尤其要对其是否适合作为高校教师、是否具备良好的学术发展潜力做出评估结论。师资博士后出站考核合格标准由各学科参照有关学科副教授或副研究员晋升标准制定，至少应在师资博士后期间申请获得过主持的省部级科研项目（或中国博士后基金项目），并发表过申报有关学科副教授、副研究员必备的重要学术刊物第一作者论文。

**第十四条**    中期考核没有达到师资博士后要求的，从考核的下个月起，不再享受师资博士后的有关待遇。符合一般科研博士后考核要求的，可以继续作为一般科研博士后工作至出站，期间享受普通博士后待遇。对于不租住学校博士后公寓的全职博士后，原作为师资博士后享受的每月 2500 元的住房补贴，降为每月 2000 元。对于经考核既不符合师资博士后、也不符合科研博士后要求的，作退站处理。

**第十五条**    师资博士后工作期满考核合格者，申请留校相关程序按学校选留补充师资的办法办理，但本人不申请的，可以自主择业。

## 第七章    附    则

**第十六条**    本细则自发布之日起施行，由人事处负责解释。

二〇一〇年四月二十九日

# 同济大学聘用合同制度管理办法

同人合[2010]1号

## 第一章  总  则

**第一条**  （目的和意义）

为进一步贯彻落实同济大学（以下简称"学校"）人员聘用制，加强学校教职工队伍建设、管理，建立符合法律法规规范的聘用合同关系，保障聘用合同双方的合法权益，维护和谐稳定的聘用合同关系，制定本办法。

**第二条**  （制定依据）

本办法依据《中华人民共和国高等教育法》、《中华人民共和国教师法》、《关于在事业单位试行人员聘用制度的意见》、《上海市事业单位聘用合同办法》及相关法律、法规、规章和相关精神，同时参照《中华人民共和国劳动合同法》制定。

**第三条**  （聘用合同的定义）

聘用合同是指学校与受聘人员确立聘用关系、明确双方权利和义务的协议。聘用合同依法订立即具有法律约束力，当事人必须履行聘用合同规定的义务。

聘用合同文本及相关的岗位责任书、协议、补充说明、附属约定、附件等均适用本办法。

**第四条**  （聘用合同的适用范围）

本办法适用于学校在编的所有专业技术人员、管理人员、工勤技能人员（以下统称"受聘人员"）。

对学校因临时性工作需要而招收的非学校编制人员的使用和管理，不适用本办法。对前述人员的使用和管理，按照国家、上海市有关规定执行。

**第五条**  （聘用合同的签订）

学校聘用的人员都应按照本办法的要求与学校或学校授权的下属学院、部门签订书面的聘用合同。

学校实行人员聘用制。首次签订聘用合同时，学校与在编人员原则上均应签订聘用合同。但被学校指定的医疗单位确诊患有难以治愈的严重疾病、精神病的学校在编人员或者在本办法生效前已经待岗、待退休人员，应暂缓签订聘用合同，缓签期延续至前述情况消失；或学校只保留与该人员的人事关系和工资关系，直至该人员办理退休（退职）手续。

— 28 —

对于上级任命的领导干部，其由上级主管部门出具的任命书可视为聘书，该类领导干部无需另行签订聘用合同。

**第六条**　（聘用原则、报到）

学校按照科学设岗、公开招聘、平等竞争、择优聘用的原则，经综合考核后进行录用。

受聘人员应当在接到学校录用通知后，在学校规定的时间内，携带录用通知中所要求的有效证明文件（正本），包括介绍信（或通知、报到证）、本人户籍证明（或居住证）、身份证、劳动手册（或聘用手册）、解除聘用关系证明（或退工证明）、体检证明以及相关学历、学位、专业资格证明等，前往学校人事处报到。

未经学校人事处书面同意，受聘人员未在规定时间内报到的，视为违约；给学校教学、科研和管理工作造成损失的，学校有权向违约人主张赔偿。

**第七条**　（信息登记）

受聘人员报到时必须根据有关规定如实、全面、完整地填写《同济大学干部履历表》或《同济大学职工登记表》等相关表格。当相关信息发生变更时，受聘人员应当及时以书面形式告知学校人事处。

## 第二章　聘用合同的订立

**第八条**　（订立和变更的原则）

订立和变更聘用合同，应当遵循平等自愿、协商一致的原则，并符合法律、法规和规章的规定。

**第九条**　（聘用合同的份数）

聘用合同一式四份，受聘人员及受聘人员所在部门各持一份，学校持两份。

**第十条**　（聘用方式）

学校对于因人员变动或新增岗位而需要聘用的各类人员应进行公开招聘，但特殊岗位确需使用其他方式选拔人员的除外。

面向社会公开招聘的，同等条件下学校内部的应聘人员可以优先聘用。

具体办法详见《关于规范学校各类人员招聘工作的通知》等相关规定。

**第十一条**　（受聘人员的基本要求）

学校对受聘人员的基本要求如下：

（一）热爱祖国，拥护党的基本路线和各项方针政策，遵守国家法律，遵守校纪校规；具有良好的职业道德，爱岗敬业，工作勤奋踏实；

（二）具备能履行岗位职责所必需的学历学位、业务知识、工作能力等条件，能够完成聘用合同中约定的工作任务；

（三）身体健康，能坚持正常工作。

第十二条　（聘用工作组织）

在学校党政领导下，学校成立校聘用合同工作领导小组和工作小组，工作小组的日常工作由人事处负责。各学院或部门指定相应聘用负责人，具体负责本学院或部门的聘用工作。

具体办法详见《同济大学岗位聘任工作实施细则》。

第十三条　（学校与待聘人员的相互了解）

聘用合同订立前，学校与待聘人员均有权向另一方了解与其建立聘用关系相关的情况，双方均应如实说明。

第十四条　（聘用程序）

聘用程序具体如下：

（一）学校人事处公布岗位及其职责、聘用条件、工资福利待遇等事项，公开招聘；

（二）应聘人员提出申请；

（三）各学院或部门聘用组织对应聘人员的资格、条件进行初审；

（四）聘用组织对通过初审的人员进行考试或考察，根据集体讨论结果择优提出拟聘用人员名单，并报学校审批；

（五）学校与经批准的拟聘人员协商聘用合同内容，拟聘人员有权了解学校的各类规章制度和工作条件，学校有权对拟聘人员提供的个人信息进行真实性核查；

（六）学校通知拟聘人员报到，学校法定代表人或其委托人与拟聘人员签订聘用合同。

第十五条　（聘用合同的生效）

聘用合同自双方签字盖章之日起生效。对聘用合同生效的期限或者条件另有约定的，从其约定。

聘用合同生效后，双方应严格履行，任何一方不遵守聘用合同约定的，构成违约，应承担相应的违约责任。

第十六条　（聘用合同的内容）

聘用合同应当具备以下条款：

（一）学校和受聘人员的相关信息；

（二）聘用合同期限；

（三）岗位名称、类别及其职责要求；

（四）岗位纪律；

（五）岗位工作条件和职业危害防护；

（六）工资福利待遇和社会保险；

（七）聘用合同变更、解除和终止的条件；

（八）违反聘用合同的责任；

（九）法律、法规规定应当纳入聘用合同的其他事项。

聘用合同双方可以协商约定试用期、培训和继续教育、知识产权保护、解除聘用合同提前通知时限等聘用合同的条款，也可以另行签订专项协议。专项协议与聘用合同具有同等的法律效力。

第十七条　（聘用合同的期限）

聘用合同期限由学校和受聘人员协商确定：

（一）根据学校的实际情况，首次聘用期限一般为 3 年，续聘期限一般也为 3 年。新进受聘人员可以约定 3～6 个月的试用期。新参加工作的大学本科及以下学历的毕业生，实行一年的试用期。聘期届满之日，不得迟于受聘人员的法定退休时间；

（二）在国有单位工作已满 25 年，或者在本校连续工作已满 10 年且年龄距国家法定退休时间不足 10 年的人员，受聘人员书面提出订立聘用至退休的合同的，聘期应至法定退休时间。

受聘人员在聘期内可以竞聘校内其他岗位，未能竞聘成功的，应在原岗位上继续履行聘用合同。

第十八条　（聘用合同的无效）

有下列情形之一的，聘用合同无效：

（一）损害国家利益和公共利益的；

（二）以欺诈、胁迫等手段或者乘人之危，使聘用合同另一方在违背真实意思的情况下订立或者变更聘用合同的；

（三）学校免除自己的法定责任、排除受聘人员权利，聘用合同内容显失公平的；

（四）违反法律、法规和规章的规定订立的。

无效的聘用合同，自订立起就没有法律约束力。确认聘用合同部分无效的，其余部分仍然有效。聘用合同的无效，应由人事争议仲裁机构或者有管辖权的人民法院确认。

## 第三章　聘用合同的履行、变更和中止

第十九条　（高等学校教师资格）

凡受聘于专业技术岗位从事教学、科研、实验等有关教育教学工作的人员，应按照《中华人民共和国教师法》和《同济大学<教师资格条例>实施办法》的规定取得高等学校教师资格。

新进受聘人员应根据相关规定，在规定期限内具备申请认定高等学校教师资格的必备条件，提出资格申请并取得高等学校教师资格。

若在规定期限内，新进受聘人员未具备申请认定高等学校教师资格的必备条件的，学校可根据实际情况，对受聘人员的岗位进行调整，同时变更聘用合同的相关内容；或解除聘用合同。

第二十条 （聘用合同履行时间）

聘用合同双方应当按照聘用合同约定的期间履行聘用合同。

聘用合同约定的起始时间与实际履行的起始时间不一致的，以实际履行聘用合同的起始时间为聘用合同的起始时间。

第二十一条 （受聘人员的考核）

学校对受聘人员的工作进行平时考核、年度考核和聘期考核。考核应坚持客观、公正的原则，实行领导考核与群众评议相结合、工作实绩考核与工作态度考核相统一的方法。

具体办法详见《同济大学年度考核工作暂行办法》。

第二十二条 （学校变更岗位）

受聘人员年度考核或聘期考核不合格的，学校可以调整其工作岗位，并变更聘用合同的相关内容。

第二十三条 （协商变更）

除本办法第十九条、第二十二条规定的情形之外，学校或受聘人员需变更聘用合同内容的，应当经双方协商一致，并采用书面形式；协商不成的，学校与受聘人员均应继续履行原聘用合同。

第二十四条 （聘用合同的中止）

聘用合同期限内，有下列情形（"中止情形"）之一的，聘用合同可以中止履行：

（一）受聘人员履行国家规定的法定义务的；

（二）受聘人员暂时无法履行聘用合同的义务，但仍有继续履行条件和可能的；

（三）法律、法规规定的或者聘用合同约定的其他情形。

聘用合同的中止履行，自学校确认前款所列情形发生并作出中止履行聘用合同的决定之日起生效。

聘用合同中止履行期间，中止情形消失的，聘用合同尚未履行部分应继续履行，但是法律、法规、规章另有规定的除外。

聘用合同中止履行期间，受聘人员被依法宣告失踪、宣告死亡的，聘用合同终止。

聘用合同中止履行期间，聘用合同期满的，聘用合同可以终止。

第二十五条 （聘用合同中止期间双方的权利义务）

聘用合同中止履行期间，学校和受聘人员均暂停行使和履行聘用合同中约定的权利和义务。

中止履行聘用合同期间，不计算受聘人员在学校的工作年限；但是受聘人员因履行国家规定的法定义务而中止履行聘用合同的除外。

聘用合同恢复履行的，聘用合同中止履行期间受聘人员的社会保险金，学校不予补缴。

## 第四章　聘用合同的终止、续签和解除

**第二十六条**　（聘用合同终止的情形）

有下列情形之一的，聘用合同终止：

（一）聘用合同期满不再续聘的；

（二）聘用合同双方约定的聘用合同终止条件出现的；

（三）学校被撤销、解散的；

（四）受聘人员符合退休、退职条件，应当办理退休、退职手续的；

（五）受聘人员死亡，或被人民法院宣告死亡、宣告失踪的；

（六）法律、法规规定聘用合同终止的其他情形。

聘用合同一方实际不履行聘用合同满 3 个月，又不属于本办法第二十四条规定的中止情形的，聘用合同可以终止。

**第二十七条**　（学校不得终止聘用合同的情形）

聘用合同期满或者聘用合同双方约定的聘用合同终止条件出现，受聘人员有下列情形之一的，聘用单位不得终止聘用合同：

（一）因工负伤，治疗终结后经劳动能力鉴定机构鉴定为 1 至 4 级丧失劳动能力的；

（二）患职业病以及现有医疗条件下难以治愈的严重疾病或者精神病的；

（三）属于国家规定不得终止聘用合同的其他情形的。

**第二十八条**　（特殊情形的聘用合同期限顺延）

聘用合同期满或者聘用合同双方约定的聘用合同终止条件出现，受聘人员有下列情形之一，聘用合同期限顺延至下列情形消失：

（一）受聘人员患病或者负伤，在规定的医疗期内的；

（二）女性受聘人员在孕期、产期和哺乳期内的；

（三）正在接受违纪审查尚未作出结论的；

（四）属于国家规定的其他情形的。

**第二十九条**　（聘用合同的续签）

聘用合同期满前 30 日，学校应书面通知受聘人员聘用合同到期时间，及学校是否存在与受聘人员续签聘用合同的意向。

如学校向受聘人员表明续聘意愿，而受聘人员也愿意续聘的，学校可以续聘其从事原岗位工作，并于聘用合同期满前，与受聘人员续聘。

符合本办法第十七条第一款第（二）项之规定的受聘人员，学校可与其续签聘用期限至受聘人员退休的聘用合同。

聘用合同期满后，聘用合同双方未续签聘用合同，受聘人员仍继续工作的，视为聘用合同双方以原条件继续履行聘用合同。受聘人员可以随时终止聘用关系。学校提

出终止聘用关系的，应当提前 30 日通知受聘人员，但是受聘人员具有本办法第二十七条、第二十八条规定的情形的，按本办法第二十七条、第二十八条的规定处理。

**第三十条** （聘用合同的协商解除）

经聘用合同双方协商一致，聘用合同可以解除。

**第三十一条** （学校可随时解除聘用合同的情形）

受聘人员有下列情形之一的，学校可以随时解除聘用合同，并书面通知受聘人员：

（一）在试用期内未达到岗位要求又不同意学校调整其工作岗位的；

（二）连续旷工超过 10 个工作日或者 1 年内累计旷工超过 20 个工作日的；

（三）未经学校同意，擅自出国或者出国逾期不归的；

（四）严重违反学校规章制度的；

（五）违反工作规定、操作规程，发生责任事故，或者失职、渎职，造成严重后果的；

（六）严重扰乱教学、工作秩序，致使工作不能正常进行的；

（七）被判处有期徒刑（含缓刑），或者被拘役、被劳动教养的；

（八）同时与其他单位建立人事关系或者劳动关系，拒不改正的；

（九）因受聘人员个人原因致使本办法第十八条第一款第（二）项规定的情形出现，导致聘用合同无效的；

（十）法律、法规、规章规定的其他情形。

**第三十二条** （学校经提前通知可解除聘用合同的情形）

受聘人员有下列情形之一的，学校提前 30 日以书面形式通知受聘人员或额外支付受聘人员 1 个月工资后，可以解除聘用合同：

（一）受聘人员患病或者非因工负伤，医疗期满后，不能从事原工作也不能从事学校安排的其他工作的；

（二）受聘人员年度考核或者聘期考核不合格，又不同意学校调整其工作岗位的；或者虽同意学校调整其工作岗位，但到新岗位后考核仍不合格的；

（三）聘用合同订立时所依据的客观情况发生重大变化，致使原聘用合同无法履行，经聘用合同双方协商不能就变更聘用合同达成一致的；

（四）受聘人员连续两个年度考核被确定为不合格的；

（五）聘用合同双方约定的其他情形。

**第三十三条** （学校不得解除聘用合同的情形）

受聘人员具有下列情形之一的，学校不得解除聘用合同：

（一）受聘人员患病或者负伤，在规定的医疗期内的；

（二）女性受聘人员在孕期、产期和哺乳期内的；

（三）因工负伤，治疗终结后经劳动能力鉴定机构鉴定为 1 至 4 级丧失劳动能力的；

（四）患职业病以及现有医疗条件下难以治愈的严重疾病或者精神病的；

— 34 —

（五）受聘人员正在接受违法、违规、违纪审查或调查，但尚未作出结论的；

（六）法律、法规规定的其他情形。

**第三十四条** （受聘人员可随时解除聘用合同的情形）

有下列情形之一的，受聘人员可以随时解除聘用合同，并书面通知学校人事处和所在学院、部门：

（一）在试用期内的（特殊岗位或另有服务期等特别约定的除外）；

（二）考入普通高等院校的；

（三）被录用或者选调到国家机关工作的；

（四）依法服兵役的；

（五）学校未按照聘用合同的约定支付工资报酬、提供工作条件和福利待遇的；

（六）学校以暴力、威胁或者非法限制人身自由的手段强迫受聘人员工作的；

（七）因学校的原因致使本办法第十八条第一款第（二）项之情形出现，导致聘用合同无效的；

（八）法律、法规规定的其他情形。

除上述情形外，受聘人员提出解除聘用合同未能与学校协商一致的，受聘人员应当坚持正常工作，继续履行聘用合同；6 个月后再次提出解除聘用合同，仍未能与学校协商一致的，即可解除聘用合同。

**第三十五条** （受聘人员要求解除聘用合同的程序）

受聘人员要求解除聘用合同的，应当提前 30 日以书面形式通知学校及所在学院、部门。学校应当自收到受聘人员辞聘申请之日起 20 日内予以答复；未予答复的，视为同意受聘人员的解除聘用合同的申请。

涉及国家秘密或者正在接受审查、调查尚未作出结论的受聘人员，不得依据本办法第三十四条解除聘用合同。

承担国家和省部级重点项目的主要技术负责人和技术骨干不得依据本办法第三十四条第二款解除聘用合同。

法律、法规规定暂时不能流动的特殊岗位工作人员的解除聘用合同或者工作调动，按照国家有关规定执行。

**第三十六条** （自动离职／开除处分）

按照学校的规章制度，受聘人员有下列情形之一的，自学校下发文件中注明之日起，学校与受聘人员之间的聘用合同自动解除：

（一）受聘人员被按自动离职处理的；

（二）受聘人员受开除处分的。

学校应及时将上述情况通知受聘人员。受聘人员和学校应及时办理相关的解聘退工手续。

**第三十七条** （离校手续）

聘用合同终止或解除的，受聘人员应按学校的书面通知，亲自或以书面形式委托他人前往学校各部门办理离校手续，并应于约定的离校日之前完成办理手续。

若受聘人员未能依照书面通知按期完成离校手续，应按受聘人员自动离职处理。学校应将自动离职的认定，书面通知受聘人员，即自动离职人员。

自动离职人员应根据学校通知，按时结清与学校的未了事宜，完成离校手续。

若自动离职人员仍未能按时完成离校手续的，则学校各职能部门应当审核自动离职人员与学校之间的未了事宜，并将审核结果告知自动离职人员，同时报自动离职人员所在学院、或部门和人事处备案；学校有权依据审核结果，向自动离职人员追究相关责任。

## 第五章　工作报酬和福利待遇

**第三十八条** （工资与津贴）

受聘人员的工资、奖金、津贴、补贴等待遇，按照国家和本市规定及学校的相关办法执行。

具体办法详见《同济大学岗位聘任及津贴实施办法》等相关规定。

**第三十九条** （休假）

受聘人员的寒暑假、法定节假日、事假、婚丧假、产假等待遇按国家和本市规定及学校的相关办法执行。

具体办法详见《同济大学教职工考勤和请假制度的暂行规定》。

**第四十条** （职业病、工伤）

受聘人员患职业病或因工负伤的待遇，因工或因病死亡后的丧葬费、抚恤金等，按照国家和本市的规定执行。

**第四十一条** （医疗期待遇）

受聘人员在患病医疗期内的病假待遇按国家和本市规定及学校制定的相关办法执行。

**第四十二条** （在职进修）

受聘人员在学校工作两年及以上的，经学校批准后，可申请在职学历进修，应与学校签订《同济大学受聘人员在职进修协议》。

具体办法详见《同济大学教职工在职学历进修管理工作暂行规定》。

**第四十三条** （公派出国）

学校根据人才培养和事业发展的需要，可以派遣受聘人员出国（境）进修。受聘人员接受派遣的，应与学校签订《同济大学因公出国（境）人员协议》。

**第四十四条** （因私出境）

除寒暑假及公共假期外，受聘人员因私出境（探亲、访友、旅行等），应递交书面申请，学校根据国家有关政策及学校有关规定，予以批准。

国家或学校对因私出境另有规定的，从其规定。

受聘人员应当严格按照学校批准文件的规定，按时回校销假。

具体办法详见《同济大学因私出国（境）人员管理暂行规定》。

**第四十五条**    （住房补贴）

学校向受聘人员提供住房、住寓补贴的，可与受聘人员另行签订书面协议。

**第四十六条**    （首次聘期）

受聘人员履行首次聘期不满两年的，学校原则上不批准受聘人员提出的 3 个月以上因公、因私出国（境）申请。

## 第六章    服务期和经济补偿

**第四十七条**    （服务期）

学校可以与由学校出资招聘、培训或者学校向其提供特殊待遇的受聘人员，另行约定服务期。

具有本办法第四十二条、第四十三条情形的受聘人员，应与学校另行签订服务期协议，并同时变更聘用合同中的聘用期限。

服务期届满之日迟于聘用合同中约定的聘期届满之日的，聘期届满，学校有权要求受聘人员继续履行剩余服务期。若学校放弃对剩余服务期的要求，则聘用合同到期终止。

**第四十八条**    （保守秘密的义务）

受聘人员在涉及国家机密的岗位工作的，应当遵守国家有关涉密人员管理的规定。

受聘人员在涉及学校秘密的岗位工作或工作事项涉密的，可以签订保密协议，遵守协议规定的保密义务。

**第四十九条**    （聘用合同终止的补偿）

有下列情形之一，聘用合同终止的，学校依据本办法第五十三条向受聘人员给予经济补偿：

（一）除学校提出维持或者提高聘用合同约定的对受聘人员有利的条件续签聘用合同，受聘人员不同意续签的情形外，依据本办法第二十六条第一款第（一）（二）项规定终止聘用合同的；

（二）学校依据本办法第二十六条第一款第（三）项终止聘用合同的。

**第五十条**    （协商解除的补偿）

聘用合同双方协商决定解除聘用合同的，学校可按本办法第五十三条向受聘人员给予经济补偿。

**第五十一条**    （学校解除聘用合同的补偿）

学校依据本办法第十九条第三款、第三十二条第一款第（一）（二）（三）项解除聘用合同的，应按照本办法第五十三条向受聘人员支付经济补偿金。

**第五十二条**　（受聘人员解除聘用合同的补偿）

受聘人员依据本办法第三十四条第一款第（五）（六）（七）（八）项，事先告知学校后辞聘的，学校应按照本办法第五十三条向受聘人员支付经济补偿金。

**第五十三条**　（经济补偿金的计算）

学校应当根据受聘人员在本校的实际工作年限，每工作 1 年给予其 1 个月工资的经济补偿金。

计算经济补偿金的月工资，以受聘人员上年月平均工资为标准；上年聘用不满 12 个月但聘用期限满 12 个月的，以解除或者终止聘用合同前 12 个月的月平均工资为标准；聘用期限不满 12 个月的，以实际聘用月份数计算月平均工资。

受聘人员月平均工资高于市统计行政部门公布的事业单位上年月平均工资 3 倍以上的，按公布的事业单位上年月平均工资的 3 倍支付经济补偿金。

受聘人员在本校的工作年限，以年为单位计算；不足整年的部分，满 6 个月的，按 1 年计算；不满 6 个月的，按半年计算。

**第五十四条**　（医疗补助费）

学校依据本办法第三十二条第一款第（一）项的规定解聘的，除按规定向受聘人员给予经济补偿金外，还应当向受聘人员支付相当于 6 个月工资的医疗补助费。

## 第七章　兼职和职务成果

**第五十五条**　（兼职）

受聘人员在本职工作之余兼任校外工作的，应当向所在学院、部门申报，并填写《兼职情况申报表》，交学校人事处审核后备案。如果学校认为所申报的兼职工作影响受聘人员履行其岗位职责的，或该兼职工作将对学校的利益或声誉造成不利影响的，学校可视具体情况，限制或禁止受聘人员从事该项兼职工作。

若受聘人员怠于履行申报义务，或未按照学校向其发出的限制或禁止的要求立即纠正，并给学校造成经济上或声誉上损害的，受聘人员应承担相应的赔偿责任。

**第五十六条**　（职务成果）

受聘人员在聘期内以及离职后一年内继续从事与原岗位职责或者交付的任务有关的工作所取得的教学、科研等成果均属职务成果，其发表的有关论文、著作或申报有关奖励、专利和科研项目及经费等，均需同时署受聘人员及学校的名称。但法律、行政法规另有规定的除外。

职务成果必须同时署作者及作者单位，作者单位只能署同济大学或隶属于同济大学的单位。

**第五十七条**　（职务成果未署学校名的处理）

若受聘人员的职务成果未署名作者单位为同济大学，或署名作者单位非同济大学，经查属实的，学校有权要求受聘人员立即纠正。

受聘人员拒绝纠正的，按学校的相关规定处理。

## 第八章　违约责任

**第五十八条**　（违约责任的形式）

聘用合同的一方违反法律、法规、规章的规定或者聘用合同的约定的，均应按照法律、法规、规章的规定、聘用合同的约定或者本办法的规定承担违约责任。若给对方造成经济损失的，应承担赔偿责任。

**第五十九条**　（学校的违约责任）

学校有下列情形之一的，应当向受聘人员支付赔偿金：

（一）克扣或者无故拖欠受聘人员工资的；

（二）解除聘用合同后，未依照有关规定给予受聘人员经济补偿金的。

学校依据本办法第五十三条的规定，按照经济补偿金标准的二倍向受聘人员支付赔偿金。

学校向受聘人员支付了赔偿金的，不再支付经济补偿金。

**第六十条**　（受聘人员的违约责任）

除本办法第三十四条第一款第（五）（六）（七）（八）项规定的情形之外，在服务期尚未届满时，受聘人员要求解除聘用合同的，或学校依据本办法第三十一条要求解除聘用合同的，受聘人员应依法承担违约责任。

**第六十一条**　（培训费）

受聘人员由学校出资招聘、进修、培训，约定的服务期尚未届满，要求解除聘用合同的，受聘人员须按照约定向学校赔偿。

## 第九章　监督和争议解决

**第六十二条**　（监督）

学校所有受聘人员都有权监督本办法的实施。

学校教代会、工会、纪检部门有权对实施本办法进行监督，依法维护受聘人员在订立和履行聘用合同时的合法权益。

学校单方解除聘用合同的，应当将解除理由提前 3 日通知工会，工会有权提出书面意见。学校应当重视并研究工会的意见，并将处理结果书面通知工会。

**第六十三条**　（争议解决）

聘用合同双方因履行聘用合同发生争议的，一方可向同济大学工会提交书面材料，由同济大学人事争议调解委员会依照《同济大学人事争议调解处理办法》进行调解；调解不成的，可申请仲裁，提起诉讼。

### 第十章  附  则

**第六十四条**  （本办法和补充规定）

学校可根据本办法实施的实际情况制定实施细则或补充规定。实施细则和补充规定作为本办法的组成部分，具有与本办法同等的效力。

**第六十五条**  （本办法的解释）

本办法由学校人事处负责解释。

**第六十六条**  （本办法的效力）

学校在本办法施行之前发布的规章制度，如与本办法相冲突的，应以本办法为准。

本办法内容如与国家、地方有关法律、法规相抵触的，按国家、地方有关法律、法规执行。

**第六十七条**  （施行日期）

本办法提交学校教职工代表大会审议通过，自公布之日起施行。

二〇一〇年十一月三日

# 同济大学选拔优秀派遣人员
# 转入学校编制工作的实施细则（2010 年 9 月版）

同人中心[2010] 3 号

**一、组织机构**

学校人事工作安排小组负责学校被派遣人员转编选拔审定工作；

学校成立派遣人员选拔转编工作小组负责面试工作；

人事处（人才中心）负责学校被派遣人员转编选拔的考核组织工作；

各用工单位党政领导配合人事处（人才中心）负责落实本单位被派遣人员的考核工作；

纪委、监察处负责受理群众意见及申诉。

二、选拔范围

由学校承担用工经费（即由学校各单位向人事处申报、经校人事安排小组讨论通过、主管校长批准）、以"人才派遣"用工方式在校内行政管理和教学辅助岗位工作的人员。

三、选拔基本条件

（一）在学校同一岗位工作满两年（年限计算截止时间为每年的 7 月 31 日）及以上的全日制专科及以上学历毕业的、年龄在 40 周岁及以下的被派遣人员，具有本科及以上学历，取得计算机中级（省级二级）合格证书（计算机类专业毕业人员可免）和通过 CET-4 级成绩达到 425 分及以上或专业英语四级（外语类专业毕业或国外一年以上留学经历人员可免），可以申请转编。学校每年从符合上述条件人员中选拔部分优秀者转入学校编制，选拔比例为符合本款要求被派遣人员总数的 30 %左右，对从事实验技术等专业技术岗位工作的被派遣人员的选拔比例适当提高。

（二）被派遣人员派遣至学校工作以后，在符合上一款基本要求的条件下，用工单位拟聘任为管理系列副科级及以上岗位、同级别的教辅系列管理岗位，经用工单位党政领导签署推荐意见，报学校人事安排小组研究同意、主管校长批准后可以在上一款规定的转编比例内优先转入学校事业编制。

（三）因学校工作特殊岗位需要，经所在单位推荐，由本人提出申请并填写"附表 1"，申请人所在用工单位党政领导签署推荐意见，校人事安排小组研究同意，主管校长批准后，也可转入学校事业编制。

四、选拔程序及时间安排（符合第二条第 1 款要求的人员适用）

（一）本人自愿申请并如实填写"附表 1"，递交所在用工单位党政领导核实并签署意见，由单位汇总后送交人事处（人才中心）。

（二）学校对经审核符合条件的被派遣人员进行全面考核：

1.考核原则

客观公正，领导评议与群众考核并重，职业操守与工作实绩结合。

2.考核内容

（1）职业操守要求：爱国爱校，遵纪守法，恪守职业道德和社会公德规范，作风正派，身心健康；有高度责任心和协作精神。

（2）工作能力要求：熟悉岗位职责相关的操作规范，具有履行岗位职责的知识技能、表达能力和动手能力。

（3）工作业绩要求：胜任本职工作，优质完成岗位工作任务，得到用工单位领导和工作对象的普遍好评。

（4）工作态度要求：爱岗敬业，有责任心和协作精神，工作任劳任怨、积极主动，诚信礼貌待人，不迟到、早退，无旷工，无有效投诉和责任事故。

3.考核评分标准

| 序号 | 考 核 内 容 | 评 分 | | |
|---|---|---|---|---|
| | | 优秀 | 合格 | 不合格 |
| 1 | 职业操守（占 20%） | 16—20 | 12—15 | 0—11 |
| 2 | 工作能力（占 20%） | 16—20 | 12—15 | 0—11 |
| 3 | 工作业绩（占 30%） | 24—30 | 18—23 | 0—17 |
| 4 | 工作态度（占 30%） | 24—30 | 18—23 | 0—17 |

考核评分=群众评分平均分×60%+领导评分平均分×40%

在以上四项考核中，有任何一项考核评分为不合格者，学校将不接受其转编的申请。

4.附加分

（1）岗位资格附加分：

取得与现工作岗位相一致的中级执业资格等证书 3 分；

取得与现工作岗位相一致的初级执业资格等证书 2 分；

取得与现工作岗位相一致的岗位证书 1 分。

（2）工作业绩附加分：

在工作岗位上由于表现优秀获得与实际岗位工作相关的奖励或成果的，每个奖励或成果可以获得 2 分附加分。

注：附加分作为学校对同类岗位人员进行综合评定的参考依据，被派遣人员在提交"附表 1"时，需同时提交相关证明材料（原件和复印件一份）。

5.考核程序

（1）用工单位需提前向人事处（人才中心）提交"参加对_____同志转入学校编制考核工作的名单"（附表 4），人数为 30 人左右，应包括单位领导、同事、工作对象（包括与工作有联系的职能部处工作人员），并对考核工作的时间、地点安排提出建议。

（2）人事处（人才中心）根据用工单位提交的名单随机抽取 15-20 人，由用工单位配合，组织考核评分。由被考核人先行述职，领导与群众填写"被派遣人员近两年工作考核表"（附表 2），由人事处（人才中心）负责分类汇总统计（附表 3），考核结果反馈用工单位。

（三）人事处（人才中心）根据各单位符合条件的被派遣人员人数，按照第二条

第 1 款的比例数确定各单位推荐参加面试考评额度，由各单位党政领导确定具体推荐人选并填写附表 5，由人事处（人才中心）汇总后，提交学校派遣人员选拔转编工作小组，学校派遣人员选拔转编工作小组对入选人员进行面试考评。

（四）根据学校派遣人员选拔转编工作小组考评推荐的转编人员名单，学校人事安排小组综合学校及各单位总体情况，结合被派遣人员所从事岗位、考核评分及附加分等具体情况进行综合审议，确定转入学校编制人员名单，并在人事处（人才中心）网页公示，公示期 15 天（自公示之日起）。

（五）具体时间安排每年由学校人事安排小组确定，另行通知。

**五、其他**

（一）被派遣人员转入学校编制时，必须按原派遣岗位与学校签订聘用合同，且在首个合同期内不得因个人原因提出转岗、校内调动等申请。

（二）被派遣人员由原派遣岗位自愿申请应聘学校其他派遣岗位工作并应聘成功的，其岗位工作年限（即第二条第 1 款所指年限）自派遣至新岗位工作之日起重新计算。

（三）对于个人申请中不按规定提供个人真实有效信息或提供虚假信息的申请人，一经查实，将取消其申请转编的资格。

（四）本实施细则自印发之日起执行，之前所印发的相关派遣人员转编工作实施细则即行废止。

**六、本实施细则由人事处（人才中心）负责解释。**


附表 1：《被派遣人员转入学校编制申请表》

附表 2：《被派遣人员近两年工作考核表》

附表 3：《被派遣人员考核评分汇总表》

附表 4：《参加对＿＿＿＿＿＿同志转入学校编制考核工作的候选人名单》

附表 5：转编候选人单位推荐表


二〇一〇年九月二十一日

附表 1

# 被派遣人员转入学校编制申请表

| 临 时<br>工 作 证 号 | | 姓　名 | | 性　别 | | 出生<br>年月 | | 照<br>片 |
|---|---|---|---|---|---|---|---|---|
| 户　口<br>所 在 地 | | 身　份<br>证　号 | | 参加工<br>作时间 | | 健康<br>状况 | | |
| 何 时 参 加<br>何 党 派 | | 现专技职务<br>及任职时间 | | | | | | |
| 现用工单位<br>及 岗 位 | | | 实 际 工<br>作 岗 位 | | | 从事现岗位<br>工作时间 | | |

| 主 要 学 习、进 修 经 历 （从中学填起） | | | | | |
|---|---|---|---|---|---|
| 从何<br>年月 | 至何<br>年月 | 在何学校（机构）学习（或进修） | 取得何种学<br>位（或证书） | 证　明　人<br>**非全日制类<br>成人高校学<br>习必须注明** | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 工 作 经 历（完整，不得间断） | | | |
|---|---|---|---|
| 从何<br>年月 | 至何<br>年月 | 在 何 单 位 任 何 职 | 证 明 人 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 何时何地受何种奖<br>励、处分 | | | |

— 44 —

| 岗位资格附加分<br>（根据相关附加分<br>要求填写） | | 得分： |
|---|---|---|
| 工作业绩附加分<br>（根据相关附加分<br>要求填写） | | 得分： |
| **本　人　总　结**<br>（在现岗位工作以来的职业操守、工作能力、工作业绩、工作态度等全面总结） | | |

（可附页）

**本人保证上述内容真实可靠。如有不实之处，由本人承担有关法律责任。**
本人自愿申请转入同济大学事业编制。

签名：＿＿＿＿＿＿＿＿＿

年　　　月　　　日

| 用 工 单 位 全 面 审 查 意 见 |
|---|
| |

同意推荐 □　　　不同意推荐 □　　　　　　　党政负责人（签字）＿＿＿＿＿＿＿＿＿＿

公　　章　　年　　月　　日

附表 2

# 被派遣人员近两年工作考核表

| 姓名 | 职业操守<br>（1）<br>（占 20%） | 工作能力<br>（2）<br>（占 20%） | 工作业绩<br>（3）<br>（占 30%） | 工作态度<br>（4）<br>（占 30%） | 合计<br>（1）+（2）<br>+（3）+（4） |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

说明：

1）职业操守方面：有违反校规、职业道德和社会公德规范中的任何一项均为不合格；

2）工作能力方面：有经常不按工作程序（规程）办事、工作经常出错、不能胜任本职工作中的任何一项均为不合格；工作量不满扣 5—8 分；

3）工作态度方面：有经常迟到早退或旷工、工作拖拉、经常不按期完成任务中的任何一项为不合格；有 3 次合理投诉或 1 次责任事故扣 10 分。

附表 3

# 被派遣人员考核评分汇总表

| 姓名 | 用工单位领导评议平均分 | | | | | 群众评议平均分 | | | | | 考核评分 (1)＊ 40%+ (2)＊60% | 附加分 | 备　注 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 职业操守 | 工作能力 | 工作业绩 | 工作态度 | 小计(1) | 职业操守 | 工作能力 | 工作业绩 | 工作态度 | 小计(2) | | | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |
| | | | | | | | | | | | | 岗位资格：<br>工作业绩： | |

人才中心　　　　　　　　　　　　年　　月　　日

附表 4

# 参加对_____同志转入
# 学校编制考核工作的候选人名单

（单位盖章）

| 序号 | 姓名 | 单位 | 部门 | 单位领导 | 单位同事 | 工作对象 | 备注 |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |

建议考核安排在____月____日____午____时____分在_____进行。

附表 5

# 转编候选人单位推荐表

人事处（人才中心）：

经我单位党政领导集体讨论，现推荐以下被派遣人员为本次转编工作面试考评候选人：

| 姓名 | 性别 | 学历 | 派遣起始时间 | 派遣岗位 |
|------|------|------|-------------|----------|
|      |      |      |             |          |
|      |      |      |             |          |
|      |      |      |             |          |
|      |      |      |             |          |
|      |      |      |             |          |

单位党政负责人（签字）＿＿＿＿＿＿＿＿＿＿

单位盖章：

年　　　月　　　日

# 同济大学基本建设项目竣工财务决算审核办法

同审[2010] 2 号

**第一条**　根据财政部《基本建设财务管理规定》（财建〔2002〕394 号）、《财政部关于加强中央级教科文部门基建竣工财务决算审批的通知》（财教〔2006〕11 号）、《关于进一步加强中央基本建设项目竣工财务决算工作的通知》（财办建〔2008〕91 号）等有关规定，为了规范项目管理，控制基本建设成本，提高投资效益，加强基本建设项目竣工财务决算管理，结合我校实际情况，制定本办法。

— 50 —

第二条　基本建设项目竣工财务决算是正确核定建设单位新增固定资产价值、反映竣工项目建设成果的文件，是办理固定资产交付使用手续的依据。

第三条　基本建设项目竣工财务决算由学校财务处会同基建处编制，项目竣工财务决算审核除教育部特别规定外，由审计处委托社会中介机构实施。社会中介机构的选择实行招投标准入制，审核费用从工程成本中列支。

第四条　基建处负责协调设计、施工、监理等单位做好竣工财务决算编制的配合工作。财务处会同基建处负责在项目竣工决算后三个月内完成竣工财务决算编制工作。

第五条　基本建设项目竣工财务决算审核必须具备以下条件：

1. 工程项目已经完成竣工验收；

2. 已经完成工程竣工结算；

3. 已经完成账务清理；

4. 已经完成竣工财务决算的编制且资料完整。

第六条　基本建设项目竣工财务决算审核前，由财务处负责准备的资料主要包括：

1. 基本建设项目竣工财务决算报表说明；

2. 基建拨款及资金使用情况相关资料；

3. 会计凭证、账册、报表等财务档案资料；

4. 建设单位基建财务管理制度及办法；

5. 现金、财务盘点及银行存款，债权债务对帐资料。

第七条　基本建设项目竣工财务决算审核前，由基建处负责准备的资料主要包括：

1. 项目可行性研究报告；

2. 初步设计及概算、概算调整等批准文件；

3. 招投标文件；

4. 历年投资计划；

5. 勘察设计合同、工程承包合同、监理合同、材料及设备采购合同、工程签证单、监理报告、工程预决算审计报告、经监理机构等有关各方签字认可的竣工验收报告、项目工程价款结算清单和竣工决算报告，以及项目各种建筑物、设备、材料、工具、器具等实物清单、项目各类账表。

第八条　竣工财务决算审核报告内容：

社会中介机构需附完整的审核报告，其主要内容应包括：

1. 竣工财务决算编制依据；

2. 建设项目基本情况，主要包括建设内容、建设地点、施工方式、实际建筑面积及实际投资等情况的审核说明；

3. 工程建设程序情况，主要包括对工程立项、可行性研究报告、初步设计批复及

执行情况的审核说明；

4. 质量评定情况，主要包括在验收时勘查、设计、施工、监理和建设单位的验收意见及结论情况的审核说明；

5. 工程和物资设备招投标情况，主要包括工程招标方式、招标文件等合规性、合理性和准确性的审核说明；

6. 合同管理情况，主要包括合同签订、合同履行情况的审核说明；

7. 工程概预算情况，主要包括工程概预算执行情况及与工程造价相关的其他情况的审核说明；

8. 项目资金到位和使用情况主要包括项目资金管理是否执行国家有关规章制度，各项资金的使用、管理情况，以及配套资金的筹集情况及资金到位是否与工程建设进度相适应等情况的审核说明；

9. 工程实施过程中发生的重大设计变更及索赔情况的审核说明；

10. 对评审过程中发现的问题作说明并提出的建议；

11. 其他应说明并提出的建议；

12. 竣工财务决算审核机构从业资质文件。

第九条　基本建设项目竣工财务决算审核程序

1. 基本建设项目竣工财务决算资料备齐后，中介机构实施基本建设项目竣工财务决算审核，审计处负责联系及协调工作。

2. 中介机构在项目竣工财务决算审核阶段结束后，出具《建设项目竣工财务决算审核报告》征求意见稿并征求财务处及基建处的意见，财务处及基建处一般应在 10 个工作日内向中介机构提交反馈意见，若在规定期限内未提出书面意见，则视同无异议。

3. 中介机构收到反馈意见后，连同《建设项目竣工财务决算审核报告》征求意见稿报送审计处。审计处一般应在 10 个工作日内审核《建设项目竣工财务决算审核报告》，与中介机构、财务处及基建处沟通、协调后，中介机构出具正式审核报告。

4. 中介机构接受审计处委托，一般在收到报送审核资料一个月内出具竣工财务决算审核报告，特殊情况适当顺延。

第十条　审计处将建设项目竣工财务决算正式审核报告提供给财务处和基建处。财务处、基建处配合审计处开展建设工程项目竣工财务决算审核，并积极落实审核意见。

第十一条　本办法由审计处负责解释。

第十二条　本办法自发布之日起施行。

二〇一〇年三月十八日

# 同济大学因公出国（境）审批管理办法

同外[2010]87 号

（2010 年 5 月 31 日经校长办公会议批准）

## 第一章    总    则

**第一条**    目的

为进一步推动我校国际合作与交流，规范管理我校公派出国（境）审批工作，根据中华人民共和国外交部《关于同意授予吉林大学等 6 所高校一定外事审批权的复函》（外外管函[2007]152 号）、教育部《教育部关于授予吉林大学等 6 所高校一定的派遣因公临时出国（境）人员和邀请外国相关人员来华事项审批权的通知》（教外综[2007]74 号）和教育部、国务院港澳事务办公室《教育部  国务院港澳事务办公室关于吉林大学等六所高校人员赴港澳地区交流访问和邀请港澳地区人士来访审批权下放事宜的通知》（教港澳台[2007]67 号）文，及上级有关出国（境）文件精神，结合我校实际，特制订本办法。

**第二条**    归口部门

同济大学因公出国及赴港澳地区审批工作，在校党委的领导下开展工作。管理归口部门为学校外事办公室。我校因公出国（境）工作接受教育部和上海市人民政府外事办公室的监督和指导。

**第三条**    审批范围

（一）现任党委书记和校长因公出国和赴港澳地区出访，报教育部审批。

（二）同济大学正式编制人员和全日制在校学生公派出国，包括参加外单位组团，都由同济大学审批并下发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》；受聘于我校的在职人才派遣人员公派出国，包括参加外单位组团，原则上也由同济大学审批并下发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

（三）同济大学正式编制人员和全日制在校学生公派赴港澳地区考察、访问、参加学术会议、学术交流、比赛等，停留时间不超过３０天（含３０天），包括参加外单位组团，都由同济大学审批并下发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》；受聘于我校的在职人才派遣人员公派赴港澳地区，包括参加外单位组团，原则上也由同济大学审批并下发《同济大学因公出国、

赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

（四）参加国际会议的内容或出访任务涉及敏感问题的各类团组和人员，须报教育部或上海市人民政府外事办公室审批。

（五）赴台人员的审批工作，仍按原规定办理。

**第四条** 因公出国（境）审批的原则

（一）因公出国（境）人员任务应明确，讲究实效

学校负责人率团组出访，出访任务应与其公职身份相称，出访人数应控制在 7 人以内且必须有外方对口部门的正式邀请函；访问一个国家（地区），时间一般为 5 至 7 天，最多不超过 10 天；访问两个以上国家（地区），时间一般为 10 天，最多不超过 12 天。

学校负责人原则上不得同团出访或同时率团出访同一国家或地区，同一年内出国（境）考察、交流的主题不得重复，不得照顾性安排出访。

根据国家有关规定，应严格控制学校负责人公务出访，一次出访一般不得超过两个国家（地区）。

教职工因公出国（境）必须有明确的公务目的和实质内容，组团人员要少而精，必须按批准的方案行事，不得绕道，不得增加出访国家和地区，不得延长在外停留时间，不得改变身份。公务出访时间一般不超过 12 天，其中亚洲国家一般不超过 10 天，港、澳地区不超过 7 天，如因航班原因可增加一至二天。

教职工因公出国（境）参加国际学术会议，必须要有论文在会议上进行交流，而且原则上批准第一作者及通讯作者出访。

为了保证学校工作正常有序进行，同一单位的主要负责人原则上不得同时出访或同时率团出访同一国家或地区。

在派遣执行公务时，原则上可由较低级别人员完成的任务，不派较高级别人员完成；可由专业人员完成的任务，不派非专业人员完成。

（二）组团因公出国（境），应回避团中有直系亲属、配偶同行。

（三）离退休人员原则上不再派遣因公出国（境）。

对已经离退休人员，一般不再派遣出国（境）执行公务。对于特殊专业的人员，离退休后又受学校正式返聘的，年龄在 70 周岁以下（包括 70 周岁），确属工作需要，如出国（境）参加国际专业学术会议、并在大会上作主题发言的，别人不能代替，本人身体健康，能够承担出国（境）任务的，按照"确属必须，从严掌握"的原则，各派出单位需说明必须派出的理由，学校可酌情批准出国（境）执行公务，但需出具一年之内上海市市级医院的健康证明及家属同意书。

（四）按中央有关规定：我校不能组织跨地区、跨部门的团组（简称"双跨团组"）。如确因工作需要组织双跨团组的，需上报教育部审批。

— 54 —

（五）教职工因公出国（境）执行公务时，原则上应持因公护照（通行证）。如持有所往国（地区）长期签证、签注或具有永久居留权，经学校批准方可持因私护照（通行证）执行公务。

（六）在校学生因公出国（境）执行公务，各职能部门必须严格把关，同样要有明确的出访任务。根据中央有关规定，学生因公出国原则上应持因私护照。

（七）因公出国（境）应本着勤俭节约的原则，注重出访效果，尽可能减少在国（境）外的停留时间，以降低出访费用。

学校临时因公出国人员经费用于校领导、外办、港澳台办及其他职能部处工作人员出访，也包括经学校批准的其他人员出访。

学院各类项目经费仅限项目相关人员出访使用。

个人、学科组科研经费一般只限用于参加国际会议及两周以内的公务出访，如确实有明确的科研合作项目、梯队队伍建设任务，也可使用科研经费用于两周以上的出访。

短期因公出国（境）人员使用经费按"临时出国人员费用开支标准和管理办法"执行。

长期因公出国（境）人员使用经费参照"国家公派留学人员奖学金资助标准"执行。

## 第二章　出国（境）报批审核程序

**第五条**　一般出国（境）审批程序

（一）本人申请，按出访身份不同，填写相应的"同济大学因公出国（境）申请表"等表格，同时提交邀请信和除英语以外的邀请信翻译件，由所在单位行政领导对出国（境）人员出访进行初审，由所在单位党组织对出国（境）人员进行政审，并到相关职能部门会签，同意后送学校外办。

（二）学校外办收到材料后进行登记、审核，报主管外事校长助理审批，副处以上人员报主管副校长审批。

（三）审批通过后，由学校外办签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》，并通知出国（境）人员来办理护照（通行证）、签证（签注）、用汇等有关出访手续。

（四）因公出国（境）签证（签注）仍委托上海市外办签证处办理，由学校外办专管员协办。

**第六条**　副校级领导出国（境）审批程序

现任副校级领导因公出国（境），须填写"同济大学领导干部因公出国（境）审批表"，报校党委书记和校长审批，同意后转学校外办，签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

第七条　处级（含副处级）领导出国（境）审批程序

现任各单位处级（含副处级）干部因公出国（境），由所在单位正职领导审批，经组织部会签后送学校外办，按校审批程序审批，同意后签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

现任各单位正职领导因公出国（境），先由所在单位报分管校领导审批，审批同意后报组织部备案，后送学校外办，按校审批程序审批，同意后签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

第八条　一般教职工出国（境）审批程序

一般教职工因公长期、短期出国（境），由所在单位党组织和行政主要领导审批后报学校外办，按校审批程序审批，同意后签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

第九条　全日制在校学生出国（境）审批程序

本、专科生因公长、短期出国（境），由所在单位党组织和行政主要领导审批后送学生处、教务处会签，再送学校外办，按校审批程序审批，同意后签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

研究生因公长、短期出国（境），由所在单位党组织和行政主要领导审批后送研究生院会签，再送学校外办，按校审批程序审批，同意后签发《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》。

第十条　出国（境）审批时间

（一）鉴于审批、办理护照及签证所需时间，对于申请赴一个国家或地区出境者，自正式出境之日计算至少提前 30 天将有关出国（境）材料交至学校外办；对于申请赴两个及以上国家或地区出国境并办理两次及以上签证者，至少提前 45 天将有关出国（境）材料交至学校外办。如所往国签证时间特别长，则相应提前申请办理出国（境）时间。

（二）出国（境）审核、审批手续一般在所需材料收齐之日起的五个工作日内办完（需报教育部审批或需征求中国驻外使领馆及驻境外办事机构意见的除外）。

## 第三章　出访总结

第十一条　因公出访总结

因公出访个人或团体需在出访任务结束后两周内将填写好的"同济大学出访汇报表"交给学校外办。

第十二条　因公出访证件收回

因公出访人员应在出访任务结束后两周内将护照或赴港澳台通行证交至学校外办保管。如不及时交还，学校将暂缓或停止办理其再次出国境的审批手续。

**第十三条**  报销和结算

所有出国（境）财务报销均凭《同济大学因公出国、赴港澳任务批件》或《同济大学因公出国、赴港澳任务确认件》执行。

出访人员回国后在提交了"同济大学出访汇报表"和返还了因公出访证件后，方可到学校外办办理报销审核事宜。

## 第四章  出访纪律

**第十四条**  行前培训

初次公派出国（境）人员出访前，须到学校外办接受外事培训，内容包括进出海关、购买保险、遵守纪律、维护安全、处理突发事件等。

**第十五条**  外事纪律

因公出访人员在对外交往中应自觉维护国家利益和学校利益，不得损害国家形象、危害学校声誉。在出访期间，应自觉遵守当地的法律、法规，尊重当地的风俗习惯；应增强知识产权保护意识，未经对方许可，不得随意复制、影印或下载境外机构的内部资料。

因公出访人员在对外交流交往中不得涉及国家政治、军事、经济和科技秘密，并应自觉维护学校的知识产权。凡是教学、科研、生产中有密级的资料，未经保密主管部门的批准，不得带往境外进行学术交流。

## 第五章  附  则

**第十六条**  出国、赴港澳任务批件（或任务确认件）文号

同济大学因公出国、赴港澳任务批件（任务确认件）文号为：同济外出（某某年：某某号）[序号]加盖同济大学出国（境）任务审批专用章。

**第十七条**  出国、赴港澳任务批件抄送单位

（一）校外单位：上海市人民政府外事办公室、上海市财政局及国家外汇管理局上海分局；

（二）校内单位：党委办公室、财务处，以及有关部处。

**第十八条**  本办法由同济大学外事办公室负责解释

**第十九条**  执行日期

本办法自发布之日起实施。以往有关办法与本办法不一致的以本规定为准。本规定未涉及的相关事宜，按国家及学校的有关规定执行。

二〇一〇年六月十一日

# 同济大学放射性工作安全防护管理办法

同实 [2010] 43 号

## 第一章　总　则

第一条　为了加强我校对放射性同位素与射线装置的安全使用及防护工作的监督管理、确保学校各实验室教学、科研顺利进行，保障所有从事放射性工作的师生员工的健康和安全，保护学校周围环境，依据《中华人民共和国放射性污染防治法》、《放射性同位素与射线装置安全和防护条例》（2005 年国务院令第 449 号）和《放射性同位素与射线装置安全许可管理办法》（2006 年国家环保总局令第 31 号）及相关规定，结合我校的实际情况重新修订。

第二条　本办法适用于我校各实验室内涉及放射性工作的教学、科研、生产场所的监督管理。

第三条　校内使用放射源的各实验室主要负责人应当对本部门的放射保护工作的安全、辐射防护工作的安全负责，应当建立健全相应的管理制度。并指定实验室专人负责。

第四条　实验室与设备管理处负责各实验室使用放射性安全防护工作的检查监督。每学期进行一次检查，各实验室每学期进行两次检查，并将检查结果记录在案，并保全有关资料。

第五条　各实验室对接触放射性工作的师生员工，在接触放射性工作之前，应进行安全防护教育及考查，并经健康检查后方能从事放射性工作，未经学习与考查，一律不得接触放射性工作。

## 第二章　使用及保管

第六条　放射性源的订购，均由各实验室专人提出申请，报学院主管领导批准后送学校安全生产办公室审核批准、登记备案，并抄送实验室与设备管理处后方能购置。

第七条　放射源均由各实验室统一保管，并指定专人切实负责使用和保管。放射性同位素应当单独存放，不得与易燃、易爆、腐蚀性物品等一起存放。贮存场所采取有效的防火防盗措施，确保万无一失。放射性同位素要放在保险柜，在存放的保险柜、门口等位置设置警示标志。

第八条　实验中根据各种射线的性质和辐射能量必须设置与之相适应的有效防护设施。射线装置的使用也必须有专人负责，设置铅板等保护设施，在使用地点设置

— 58 —

警示标志。

**第九条** 建立放射性同位素和射线装置台帐，记载放射性同位素的核素名称、出厂时间和活度、标号、编码、来源和去向；射线装置的名称、型号、射线种类、类别、用途、来源和去向等事项。领用放射源必须由领用人填写申请单，由实验室负责人同意并经学院主管领导审批同意后领用。使用时详细记录使用情况、消耗情况及废物处理的情况，建立帐目，定期检查帐物是否相符，发现不符，查明原因，及时上报。

**第十条** 各实验室保管的放射源，总强度只能为微量，如果超过允许量必须经过学院和校安全办特许并加强安全防护措施。

**第十一条** 学生使用放射源必须经教师同意，不能用手触摸放射源活性区表面，不准吃东西、喝水，实验结束后必须洗手。

**第十二条** 放射源要轻拿轻放，不许跌落，放射源的液态部分不得取出，若遇意外则与生产单位联系。

**第十三条** 放射源严禁拿出实验室使用或转借（如欲转借必须经过专人批准）；如有遗失，专人应负完全责任；如发现遗失或无故损耗时应立即报告并进行追查。

**第十四条** 在操作放射源时应当小心谨慎，严格遵守操作规程，以避免发生意外事故。为了在万一发生事故时能迅速及时加以处理，减少可能造成的危害，工作人员在平时应懂得处理意外事故的方法，了解安全设备的用法。工作场所除有一般的安全设备（如灭火机）外，还应有处理意外事故的设备，如急救箱等（其中有供清理皮肤伤口、眼睛污染用的物品等）。

**第十五条** 每次意外事故的经过和处理情况均应详细记录，以作为追查事故的原因、改进防护工作和日后查定工作人员健康状况的一项重要根据。记录应妥为存放。

**第十六条** 发生事故后必须立即报告实验室主管，在实验室专人指导下定出措施进行处理，处理完毕，经过剂量检查合格，在实验室主管同意后，方可重新进行工作。发生小量放射性物质泼洒或散落时，应采取下述措施：

1.如系液体立即用吸水纸将其吸干，防止污染扩散。如是固体先用适当方法收集，再滴少量水使其浸湿，然后用吸水纸吸干擦拭。

2.迅速标志污染区域，防止其他人员进入该区域。

3.用温水及洗涤精洗涤污染处，如洗不净时，应根据同位素的化学性能用特殊的洗涤去除沾污。

4.处理事故之人员应当穿上适当的防护物，携带必须的防护用具，经学院同意，方能进入污染区进行处理工作。

5.衣服受污染时，应立即脱换，同时将衣服放在污染区。

6.皮肤或伤口受污染后立即清洗，可能有放射性核素进入体内时，应尽快喝大量清水，服催吐剂催吐，并迅速通知医务人员。

**第十七条** 如果发生严重污染事故，污染区的工作人员应立即采取措施，防止污染扩散，并通知同一实验室的工作人员，立即离开实验室，并报告有关部门。

第十八条  关于污染的检查，每两月全面彻底的检查一次，沾污事故和污染情况的检查，应有详细记录。

## 第三章  放射性废物处理

第十九条  各实验室应尽一切可能减少放射性废物的量，严禁任意丢弃放射性废物。实验室放射性废物必须同普通垃圾分开，严禁与普通垃圾混放，或倒入普通水槽及垃圾箱中，存放时放射性固态与液态废物要分开，而且要有详细标志。

第二十条  固体放射性废物必须倒入指定的脚踏开关废物桶内，液体废物按分类，储存于统一的容器内，存放废物的量不能超过容器容积的三分之二。

第二十一条  废物积存一定数量后，需要处理时，必须具有清楚的标记（如化学性质，寿命，状态，毒性等），然后向实验室与设备管理处提出书面申请报废，经获准后，报具有资质的专业单位处理。

## 第四章  奖  惩

第二十二条  对严格执行放射性工作安全防护管理办法的单位及个人给予表彰和奖励。违反该管理办法而造成事故的视情节轻重给予行政处罚，构成犯罪的由司法机关追究刑事责任。

## 第五章  附  则

第二十三条  本管理办法附件：
（1）放射性实验室的工作规则；
（2）放射性实验的个人防护及卫生。
应遵照执行。

第二十四条  在放射性工作安全防护管理方面本办法中若有未尽事宜，则按国家、上海市的有关规定进行。

第二十五条  本办法由实验室与设备管理处负责解释，自印发之日起实施。原《同济大学放射性工作安全防护管理办法》（2004 年 6 月 2 日经主管校长批准）同时废除。

附件：1. 放射性实验室的工作规则
　　　2. 放射性实验的个人防护及卫生

二〇一〇年三月三十日

附件 1

# 放射性实验室的工作规则

一、实验室内应划分活性区和非活性区，操作和存放放射性物质的器皿必须作出标记。如果没有专用的实验室，经院领导同意，在做放射性实验时必须临时划分一下，实验结束后按规定处理相关事宜。

二、实验室内只能放置必须的用具，与操作无关的物品，特别是办公用品，如图书等严禁携入。

三、使用、贮存放射性同位素和射线装置的场所，应当按照国家有关规定设置明显的放射性标志，其入口处应当按照国家有关安全和防护标准的要求，设置安全和防护设施以及必要的防护安全联锁、报警装置或者工作信号。

四、放射性同位素的包装容器、含放射性同位素的设备和射线装置，应当设置明显的放射性标识和中文警示说明；放射源上能够设置放射性标识的，应当一并设置。

五、实验人员应了解所用的放射源的性能，操作前应作好充分的准备，操作时必须严格遵守操作规程，切实做好安全防护，以免发生事故。

六、贮存、领取、使用、归还放射性同位素时，应当进行登记、检查，做到账物相符。对放射性同位素贮存场所应当采取防火、防水、防盗、防丢失、防破坏、防射线泄漏的安全措施。

七、有可能产生放射性气体、烟雾、粉尘的操作，以及加热溶液（包括样品烘干）都必须在通风柜或密闭的工作箱内进行。一般的放化操作（特别是操作液体）都必须在铺有吸水纸的瓷盒内进行。

八、操作 0.5 毫克镭当量放射物质及 0.5 毫居以上能量较高的β放射性物质都必须有防护屏并戴好防护眼镜。

九、戴了防护手套后只能按触直接盛放和操作放射性物资的器皿，严禁戴了手套后按触电源开关、试剂等一切非放射性的器皿物品。

十、实验室每天必须进行湿洗打扫，禁止使用易扬灰尘的器具，每星期至少大扫除一次，工具必须专用。

十一、放射性废物必须同普通垃圾分开，严禁与普通垃圾混放，或将放射性废物倒入普通水槽及垃圾箱中，放射性废物应按放射性寿命长短和固体或液体分类存放，并贴好标签。

十二、强放射源分装、转化，以及合成标记化合物实验都必须先做空白实验。

十三、若发生事故，应及时报告，妥善处理。

十四、未尽事宜参照国家有关规定实行。

附件 2

# 放射性实验的个人防护及卫生

一、操作放射性物质，必须穿戴工作服、工作帽、工作鞋，戴好手套和口罩，在特殊情况下应穿戴好必须的、特别准备的防护服装，工作服必须经常清洗。

二、实验前必须仔细检查防辐射装置是否安全、可靠。

三、工作人员离开工作场所进入食堂、图书馆或其他非活性区之前，必须脱掉原来穿戴的防护用品。

四、实验室严禁进食、饮水、吸烟或存放食物。

五、禁止将与实验无关的衣、物带入实验室，或同工作服混在一起。

六、工作人员皮肤暴露部分划破或伤口未愈合时，不得操作放射性物质，如果必要时，须经学院同意采取必要的措施，方可进入实验室。

七、工作人员在每次离开实验室前，必须仔细洗手（三至五次），洗后需经仪器测量，如有污染应继续洗涤，必须将放射性污染全部洗净。在任何情况下，如发现身体部分有污染，应立即洗涤，工作人员的指甲必须经常修剪。

# 同济大学病原微生物实验室生物安全管理办法（暂行）

同实［2010］44 号

## 第一章 总 则

**第一条** 为加强同济大学实验室病原微生物安全管理，防止实验室病原微生物在采集、贮存、运输、实验过程中可能产生的不必要事故及由此引发的公共安全事故，保护实验室工作人员和公众的身体健康，依据国务院颁布的《病原微生物实验室生物安全管理条例》（国务院 424 号令）、《病原微生物实验室生物安全环境管理办法》(国家环境保护总局令第 32 号)、《上海市一、二级病原微生物实验室生物安全管理规范》、《教育部办公厅关于进一步加强学校实验室病原微生物管理的通知》（教高厅［2009］1 号）的有关精神，特制定本办法。

**第二条** 本办法适用于我校病原微生物实验室以及从事病原微生物教学实验及

科研活动的生物安全管理。

**第三条**　实验室生物安全管理必须严格执行国家及上海市有关的法律法规，坚持"预防为主、依法管理、科学规范"的原则。

## 第二章　分类与范围

**第四条**　根据病原微生物的传染性、感染后对个体或者群体的危害程度，国家将病原微生物分为四类：

第一类病原微生物，是指能够引起人类或者动物非常严重疾病的微生物，以及我国尚未发现或者已经宣布消灭的微生物。

第二类病原微生物，是指能够引起人类或者动物严重疾病，比较容易直接或者间接在人与人、动物与人、动物与动物间传播的微生物。

第三类病原微生物，是指能够引起人类或者动物疾病，但一般情况下对人、动物或者环境不构成严重危害，传播风险有限，实验室感染后很少引起严重疾病，并且具备有效治疗和预防措施的微生物。

第四类病原微生物，是指在通常情况下不会引起人类或者动物疾病的微生物。

其中第一类和第二类病原微生物属于高致病性病原微生物。

国家根据实验室对病原微生物的生物安全防护水平，并依照实验室生物安全国家标准的规定，将实验室分为一级、二级、三级、四级（分别对应与上述的第四类、第三类、第二类、第一类）。一级、二级实验室不得从事高致病性病原微生物实验活动。三级、四级实验室在从事高致病性病原微生物实验活动前必须通过国家认可并应获得相应级别的生物安全实验室证书。

## 第三章　评估与审批

**第五条**　各学院新建、改建或者扩建病原微生物实验室（特别是属于第一类、第二类、第三类的），必须事先向有关部门递交使用致病微生物的申请报告，并说明以下问题：

（一）致病微生物的风险评估说明；

（二）有与采集、贮存、运输、实验相适应的防护水平的设备；

必须符合国家与上海市政府制定的相关法律法规及条例的规定。运输高致病性病原微生物菌（毒）种或者样本，应当由不少于 2 人的专人护送，并采取相应的防护措施。有关单位或者个人不得通过公共电（汽）车和城市铁路运输病原微生物菌（毒）种或者样本。

（三）有掌握相关专业知识的技术人员操作；

（四）有有效防止病原微生物扩散、感染的措施和手段。

其申请报告必须经过下列负责人员签字同意后方可进行：

（一）学院实验中心主任（或实验秘书）；

（二）学院分管院长；

（三）校保卫处、科研处、实验室与设备管理处、校长办公室；

（四）分管校领导；

（五）必要时需到上海市卫生行政主管部门进行备案，并依法履行有关审批手续。

具体参照《病原微生物实验室生物安全管理条例》的规定执行。

## 第四章　　制度与管理

**第六条**　病原微生物实验室的设立单位负责该实验室的生物安全管理。实验室负责人为实验室生物安全的第一责任人，负责实验室日常的生物安全管理。严防扩散、泄漏，对人类和动物造成感染。

**第七条**　病原微生物菌（毒）种和样本的保藏，必须有专门加锁设备贮藏，严防扩散、失窃。未经报告和批准，任何单位和个人不得擅自转移、运输、接收赠送和保存病原微生物菌（毒）种和样本。

**第八条**　各有关学院及实验中心应结合本部门实际，编制相应的病原微生物实验室生物安全手册（包括生物安全、化学品安全及生物、化学品废物处理等），制定严格的病原微生物安全管理制度（包括实验室人员培训制度、实验室准入制度、实验室设施设备管理制度、健康医疗监督制度、事故和职业性疾病报告制度、生物安全工作自查制度、实验室资料档案管理制度、安全保卫防盗、防火制度等）等。

**第九条**　各相关病原微生物实验室从事的实验活动应当严格遵守有关国家标准和实验室技术规范、操作规程。编制本实验室标准操作规程。包括实验室生物安全标准操作规程、检测研究实验操作规程、相关仪器设备使用规程、个人防护设备使用规程、实验室消毒规程、危险废弃物的处置规程、实验紧急情况处理规程等。实验室负责人应当指定经培训的专人监督检查实验室技术规范和操作规程的落实情况。从事高致病性病原微生物相关实验活动应当有 2 名以上的工作人员共同进行。

**第十条**　各相关学院和病原微生物实验室应当按照本办法及国家有关病原微生物实验室生物安全方面的相关管理制度，定期或不定期地对有关病原微生物安全规定的落实情况进行检查，定期对实验室设施、设备、材料等进行检查、维护和更新，以确保其符合国家标准。定期检查每年不应于 2 次。

**第十一条**　各病原微生物实验室应每年定期对从事实验活动的教职人员及相关学生进行培训，保证其掌握实验室技术规范、操作规程、病原微生物安全防护知识和实际操作技能，并进行考核。工作人员经考核合格方可上岗。建立并保存人员培训和考

核记录档案。

第十二条　生物安全柜每年必须进行一次常规现场检测。在移动、检修和更换高效过滤器后也要进行必要的检测。

第十三条　病原微生物实验室必须建立实验档案，包括实验室安全记录、工作日志、实验原始记录、设备条件监控及检测记录、消毒记录、事故（暴露）记录、人员培训记录、员工健康档案等。实验室从事高致病性病原微生物教学科研工作的相关实验档案保存期不得少于 20 年。

第十四条　从事高致病性病原微生物教学科研工作的相关部门必须制定实验室生物安全应急预案。各部门应当指定专门人员承担实验室感染控制工作，定期检查实验室的生物安全防护、病原微生物菌（毒）种和样本保存与使用、安全操作、实验室排放的废水和废气以及其他废物处置等规章制度的实施情况。一旦发生实验室感染事件，相关学院及其工作人员应按照国家有关规定程序立即报告，并按应急预案进行处置。

第十五条　从事病原微生物教学科研工作的相关部门应当依照环境保护的有关法律、法规和规定，对废水、废气以及其它废物进行有效处置，防止环境污染。具体可参照《病原微生物实验室生物安全环境管理办法》（国家环境保护总局令第 32 号）的有关规定执行。

第十六条　定期组织病原微生物实验室相关工作人员进行健康体检，并建立健康档案。必要时，应当对实验室工作人员进行预防接种。

## 第四章　责任与奖罚

第十七条　凡从事上述病原微生物教学和科研工作的部门和个人，因违反操作规定，存在安全隐患的，实验室与设备管理处、科研处、学校安全生产办公室有权责令其停止工作并限期改正，相关情况应及时向学校领导报告。

第十八条　凡从事上述病原微生物教学和科研工作的有关人员或管理者，因玩忽职守引发公共卫生安全事故的，将依据《病原微生物实验室生物安全管理办法》追究其相应责任。

第十九条　对遵纪守法，严格按照规章制度和病原微生物实验室操作规程进行实验活动，全年无事故发生的实验室和个人，应予以表彰并适当给予奖励。

## 第五章　附　则

第二十条　本暂行办法由实验室与设备管理处负责解释。
第二十一条　本暂行办法自印发之日起施行。

二〇一〇年三月三十日

# 同济大学实验室特种设备安全管理办法

同实[2010]45号

## 第一章  总  则

**第一条**  为确保学校各实验室教学、科研的顺利进行，保障师生生命和财产安全，防止和减少事故，根据国务院第373号《特种设备安全监察条例》及《国务院关于修改〈特种设备安全监察条例〉的决定》（国务院第549号），结合我校的实际情况重新修订。

**第二条**  本办法所称特种设备主要是指各实验室内的起重设备及压力容器（含气瓶、空压机）。

**第三条**  压力容器，是指盛装气体或者液体，承载一定压力的密闭设备。其范围规定为：最高工作压力大于或者等于0.1MPa（表压），且压力与容积的乘积大于或等于2.5 MPa·L的气体、液化气体和最高工作温度高于或者等于标准沸点的液体的固定式容器和移动式容器；盛装公称工作压力大于或者等于0.2 MPa （表压），且压力与容积的乘积大于或者等于 1.0Mpa·L 的气体、液化气体和标准沸点等于或者低于60℃液体的气瓶；氧舱等。具体见《特种设备安全监察条例》。

**第四条**  起重机械，是指用于垂直升降或者垂直升降并水平移动重物的机电设备，其范围规定为额定起重量大于或者等于0.5t的升降机；额定起重量大于或者等于1t，且提升高度大于或者等于2m的起重机和承重形式固定的电动葫芦等。具体见《特种设备安全监察条例》。

**第五条**  本办法适用于学校各实验室内涉及特种设备的教学、科研、生产场所的监督管理。

**第六条**  学校实验室与设备管理处负责实验室在用特种设备的安全监督管理，负责学校各实验室申购、报废、验检的审核审批工作。

**第七条**  校安全生产办公室负责特种设备的安全生产管理，负责特种设备发生事故应急抢救的组织和协调，协调使用部门申购、报废、验检的相关工作。

**第八条**  校内使用特种设备的各实验室主要负责人应当对本部门特种设备安全全面负责，并应当建立健全特种设备安全管理制度。

## 第二章  使用与申购

**第九条**  校内各实验室应当严格执行本管理办法和有关安全生产的法规和规定，

— 66 —

保证特种设备的安全使用。

**第十条**　校内各实验室在新购的特种设备投入使用前 15 日内将有关材料送到实验室与设备管理处，由实验室与设备管理处统一报上级主管部门登记。

**第十一条**　校内各实验室应当经常对在用特种设备进行维修保养，发现异常情况应及时处理并及时与实验室与设备管理处联系。

**第十二条**　特种设备的操作人员及其相关管理人员应按国家有关规定，经特种设备安全监督管理部门考核合格，取得国家统一格式的特种设备作业人员证，方可从事相应作业或者管理工作。

**第十三条**　实验室与设备管理处今后将不定期的提供有关特种设备操作人员的培训班信息，以保证作业人员具备必要的特种设备安全作业知识。

**第十四条**　校内各实验室需要新购特种设备，除了正常办理同济大学仪器设备申购手续之外，还需办理特种设备审批登记手续，确保特种设备不遗漏。

**第十五条**　校内各实验室单位或个人一律禁止自行采购特种设备（如遇特殊情况需向实验室与设备管理处提出，协商解决）。

## 第三章　报废与验检

**第十六条**　校内各实验室不得使用未经检验或者检验不合格的特种设备，在安全检验合格有效期届满前 1 个月向实验室与设备管理处提出要求验检，由实验室与设备管理处统一向上级有关单位申请办理相关事宜。

**第十七条**　校内各实验室发现特种设备存在严重事故隐患，无改造维修价值或者使用年限已达到根据安全技术规定使用年限的，应及时上报实验室与设备管理处办理报废手续，由实验室与设备管理处统一处理并向上级主管部门办理注销。

## 第四章　奖　惩

**第十八条**　对严格执行特种设备管理办法的使用单位和个人给予表彰和奖励。违反此管理办法而造成事故的，视情节轻重给予行政处罚，构成犯罪的由司法机关追究刑事责任。

## 第五章　附　则

**第十九条**　本办法同时附以下四种规则及规程，望使用单位遵照执行：
1. 各种气瓶的颜色标志及使用规则；
2. 空压机安装使用及保养规则；
3. 电动葫芦安全操作规程；

4.行车安全操作规程。

**第二十条**  在特种设备管理方面，本办法中若有未尽事宜，则按国务院及上海市的有关规定进行。

**第二十一条**  本办法由实验室与设备管理处负责解释，自印发之日起实施，原"同济大学实验室特种设备安全管理办法"(2004 年 6 月 2 日经主管校长批准)同时废除。

附件：1.各种气瓶的颜色标志及使用规则

2.空压机安装使用与保养规则

3.空压机每次使用前安全检查表

4.行车安全操作规程

5.电动葫芦安全操作规程

二〇一〇年三月三十日

附件 1

# 各种气瓶的颜色标志及使用规则

## 一、气瓶颜色标志（GB 7144—1999）

（国家质量技术监督局 1999—12—17 批准 2000—10—01 实施）

气瓶颜色标志一览表

| 序号 | 充装气体名称 | 化学式 | 瓶色 | 字样 | 字色 | 色环 |
|---|---|---|---|---|---|---|
| 1 | 乙炔 | $CH \equiv CH$ | 白 | 乙炔不可近火 | 大红 | |
| 2 | 氢 | $H_2$ | 淡绿 | 氢 | 大红 | P＝20，淡黄色单环<br>P＝30，淡黄色双环 |
| 3 | 氧 | $O_2$ | 淡(酞）兰 | 氧 | 黑 | P＝20，白色单环<br>P＝30，白色双环 |
| 4 | 氮 | $N_2$ | 黑 | 氮 | 淡黄 | |
| 5 | 空气 | | 黑 | 空气 | 白 | |
| 6 | 二氧化碳 | $CO_2$ | 铝白 | 液化二氧化碳 | 黑 | P＝20，黑色单环 |
| 7 | 氨 | $NH_3$ | 淡黄 | 液化氨 | 黑 | |
| 8 | 氯 | $Cl_2$ | 深绿 | 液化氯 | 白 | |
| 9 | 氟 | $F_2$ | 白 | 氟 | 黑 | |

— 68 —

| 10 | 一氧化氮 | NO | 白 | 一氧化氮 | 黑 | |
| 11 | 二氧化氮 | $NO_2$ | 白 | 液化二氧化氮 | 黑 | |
| 12 | 碳酰氯 | $COCl_2$ | 白 | 液化光气 | 黑 | |
| 13 | 砷化氢 | $AsH_3$ | 白 | 液化砷化氢 | 大红 | |
| 14 | 磷化氢 | $PH_3$ | 白 | 液化磷化氢 | 大红 | |
| 15 | 乙硼烷 | $B_2H_6$ | 白 | 液化乙硼烷 | 大红 | |
| 16 | 四氟甲烷 | $CF_4$ | 铝白 | 氟氯烷 14 | 黑 | |
| 17 | 二氟二氯甲烷 | $CCl_2F_2$ | 铝白 | 液化氟氯烷 12 | 黑 | |
| 18 | 二氟溴氯甲烷 | $CBrClF_2$ | 铝白 | 液化氟氯烷 12B1 | 黑 | |
| 19 | 三氟氯甲烷 | $CClF_3$ | 铝白 | 液化氟氯烷 13 | 黑 | |
| 20 | 三氟溴甲烷 | $CBrF_3$ | 铝白 | 液化氟氯烷 B1 | 黑 | P＝12.5，深绿色单环 |
| 21 | 六氟乙烷 | $CF_3CF_3$ | 铝白 | 液化氟氯烷 116 | 黑 | |
| 22 | 一氟二氯甲烷 | $CHCl_2F$ | 铝白 | 液化氟氯烷 21 | 黑 | |
| 23 | 二氟氯甲烷 | $CHClF_2$ | 铝白 | 液化氟氯烷 22 | 黑 | |
| 24 | 三氟甲烷 | $CHF_3$ | 铝白 | 液化氟氯烷 23 | 黑 | |
| 25 | 四氟二氯乙烷 | $CClF_2—CClF_2$ | 铝白 | 液化氟氯烷 114 | 黑 | |
| 26 | 五氟氯乙烷 | $CF_3—CClF_2$ | 铝白 | 液化氟氯烷 115 | 黑 | |
| 27 | 三氟氯乙烷 | $CH_2Cl—CF_3$ | 铝白 | 液化氟氯烷 133a | 黑 | |
| 28 | 八氟环丁烷 | $CF_2CF_2CF_2CF_2$ | 铝白 | 液化氟氯烷 C318 | 黑 | |
| 29 | 二氟氯乙烷 | $CH_3CClF_2$ | 铝白 | 液化氟氯烷 142b | 大红 | |
| 30 | 1，1，1 三氟乙烷 | $CH_3CF_3$ | 铝白 | 液化氟氯烷 143a | 大红 | |
| 31 | 1，1 二氟乙烷 | $CH_3CHF_2$ | 铝白 | 液化氟氯烷 152a | 大红 | |
| 32 | 甲烷 | $CH_4$ | 棕 | 甲烷 | 白 | P＝20，淡黄色单环<br>P＝30，淡黄色双环 |
| 33 | 天然气 | | 棕 | 天然气 | 白 | |
| 34 | 乙烷 | $CH_3CH_3$ | 棕 | 液化乙烷 | 白 | P＝15，淡黄色单环<br>P＝20，淡黄色双环 |
| 35 | 丙烷 | $CH_3CH_2CH_3$ | 棕 | 液化丙烷 | 白 | |
| 36 | 环丙烷 | $CH_2CH_2CH_2$ | 棕 | 液化环丙烷 | 白 | |
| 37 | 丁烷 | $CH_3CH_2CH_2CH_3$ | 棕 | 液化丁烷 | 白 | |
| 38 | 异丁烷 | $(CH_3)_3CH$ | 棕 | 液化异丁烷 | 白 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 39 | 液化石油气 | 工业用 | | 棕 | 液化石油气 | 白 | |
| | | 民用 | | 银灰 | 液化石油气 | 大红 | |
| 40 | 乙烯 | | $CH_2=CH_2$ | 棕 | 液化乙烯 | 淡黄 | P＝15，白色单环 P＝20，白色双环 |
| 41 | 丙稀 | | $CH_3CH=CH_2$ | 棕 | 液化丙稀 | 淡黄 | |
| 42 | 丁烯－1 | | $CH_3CH_2CH=CH_2$ | 棕 | 液化丁烯 | 淡黄 | |
| 43 | 顺丁烯－2 | | $\begin{array}{c}H_3C-CH\\ \parallel\\ H_3C-CH\end{array}$ | 棕 | 液化顺丁烯 | 淡黄 | |
| 44 | 反丁烯－2 | | $\begin{array}{c}H_3C-CH\\ \parallel\\ HC-CH_3\end{array}$ | 棕 | 液化反丁烯 | 淡黄 | |
| 45 | 异丁烯 | | $(CH_3)_2C=CH_2$ | 棕 | 液化异丁烯 | 淡黄 | |
| 46 | 丁二烯－1，3 | | $CH_2=(CH)_2=CH_2$ | 棕 | 液化丁二烯 | 淡黄 | |
| 47 | 氩 | | $Ar$ | 银灰 | 氩 | 深绿 | |
| 48 | 氦 | | $He$ | 银灰 | 氦 | 深绿 | P＝20，白色单环 P＝30，白色双环 |
| 49 | 氖 | | $Ne$ | 银灰 | 氖 | 深绿 | |
| 50 | 氪 | | $Kr$ | 银灰 | 氪 | 深绿 | |
| 51 | 氙 | | $Xe$ | 银灰 | 液氙 | 深绿 | |
| 52 | 三氟化硼 | | $BF_3$ | 银灰 | 氟化硼 | 黑 | |
| 53 | 一氧化二氮 | | $N_2O$ | 银灰 | 液化笑气 | 黑 | P＝15，深绿色单环 |
| 54 | 六氟化硫 | | $SF_6$ | 银灰 | 液化六氟化硫 | 黑 | P＝12.5,深绿色单环 |
| 55 | 二氧化硫 | | $SO_2$ | 银灰 | 液化二氧化硫 | 黑 | |
| 56 | 三氯化硼 | | $BCl_3$ | 银灰 | 液化氯化硼 | 黑 | |
| 57 | 氟化氢 | | $HF$ | 银灰 | 液化氟化氢 | 黑 | |
| 58 | 氯化氢 | | $HCl$ | 银灰 | 液化氯化氢 | 黑 | |
| 59 | 溴化氢 | | $HBr$ | 银灰 | 液化溴化氢 | 黑 | |
| 60 | 六氟丙稀 | | $CF_3CF=CF_2$ | 银灰 | 液化全氟丙稀 | 黑 | |
| 61 | 硫酰氟 | | $SO_2F_2$ | 银灰 | 液化硫酰氟 | 黑 | |
| 62 | 氘 | | $D_2$ | 银灰 | 氘 | 大红 | |
| 63 | 一氟化碳 | | $CO$ | 银灰 | 一氟化碳 | 大红 | |
| 64 | 氟乙烯 | | $CH_2=CHF$ | 银灰 | 液化氟乙烯 | 大红 | P＝12.5,深黄色单环 |
| 65 | 1，1二氟乙烯 | | $CH_2=CF_2$ | 银灰 | 液化偏二氟乙烯 | 大红 | |

| 66 | 甲硅烷 | $SiH_4$ | 银灰 | 液化甲硅烷 | 大红 | |
| 67 | 氯甲烷 | $CH_3Cl$ | 银灰 | 液化氯甲烷 | 大红 | |
| 68 | 溴甲烷 | $CH_3Br$ | 银灰 | 液化溴甲烷 | 大红 | |
| 69 | 氯乙烷 | $C_2H_5Cl$ | 银灰 | 液化氯乙烷 | 大红 | |
| 70 | 氯乙烯 | $CH_2=CHCl$ | 银灰 | 液化氯乙烯 | 大红 | |
| 71 | 三氟氯乙烯 | $CF_2=CClF$ | 银灰 | 液化三氟氯乙烯 | 大红 | |
| 72 | 溴乙烯 | $CH_2=CHBr$ | 银灰 | 液化溴乙烯 | 大红 | |
| 73 | 甲胺 | $CH_3NH_2$ | 银灰 | 液化甲胺 | 大红 | |
| 74 | 二甲胺 | $(CH_3)_2NH$ | 银灰 | 液化二甲胺 | 大红 | |
| 75 | 三甲胺 | $(CH_3)_3N$ | 银灰 | 液化三甲胺 | 大红 | |
| 76 | 乙胺 | $C_2H_5NH_2$ | 银灰 | 液化乙胺 | 大红 | |
| 77 | 二甲醚 | $CH_3OCH_3$ | 银灰 | 液化甲醚 | 大红 | |
| 78 | 甲基乙烯基醚 | $CH_2=CHOCH_3$ | 银灰 | 液化乙烯基甲醚 | 大红 | |
| 79 | 环氧乙烷 | $\mathrm{CH_2OCH_2}$ | 银灰 | 液化环氧乙烷 | 大红 | |
| 80 | 甲硫醇 | $CH_3SH$ | 银灰 | 液化甲硫醇 | 大红 | |
| 81 | 硫化氢 | $H_2S$ | 银灰 | 液化硫化氢 | 大红 | |

注：1.色环栏内的 P 是气瓶的公称工作压力，MPa。

2。序号 39，民用液化石油气瓶上的字样应排成二行，"家用燃料"居中的下方为"（LPG）"。

## 二、气瓶使用规则

1.各种气瓶涂漆标志要正确，使用时必须直立放置，加以适当固定，防止倾倒。

2.气瓶应放置在通风良好的地方，防雨淋和日光曝晒，不应放置在焊割施工的钢板上及电流通过的导体上。

3.气瓶，尤其是瓶阀周围严禁沾有油脂等易燃物质；安装减压表时，要检查瓶阀和出气口内有无油脂等杂质。

4.气瓶严禁近火，乙炔瓶温不得超过 40℃，液化气瓶温不得超过 45℃，明火操作之间的距离大于 10 米，瓶阀带路不得漏气，严禁明火试漏。

5.瓶内气体不应全部用完，防止气体倒灌。

6.气瓶应定期在指定的单位进行检查,检测 3 年一次,表头至少 6 个月检测一次。

7.不准将氧气代替空气或氧气作通风使用；气瓶装置的防爆紫铜片不准私自调换；气瓶用后要将气瓶阀关闭。

附件 2

# 空压机安装使用与保养规则

### 一、新机的安装与使用

1. 压缩机应安放在有合格供电系统和通风良好的场所，工作环境不高于摄氏 40 度；压缩机四周应当有一定空间，以利于散热和维修保养；

2. 新机启动前，必须在曲轴箱内加入规定的压缩机润滑油，未经加油严禁启动，润滑油加至曲轴箱示油芯的中部；

3. 安装三角皮带时，应检查皮带的松紧是否合适，以将皮带压下，能压低 10—15cm 为宜；

4. 按规定接电线时，严格接好接地线，正确的转向应使皮带轮产生的冷却气流吹向汽缸，错误的转向会引起压缩机过热和相应危害，应立即停机；

5. 压缩机启动后先在空载或轻载状态动转约半小时，若无故障可逐渐升压投入正常运转。

### 二、正常运转的检查和保养

1. 每次启动前应检查曲轴箱内油位，当油位低于油芯下限时应及时补加。压缩机每工作 500 小时后，机内润滑油应全部更换；

2. 压缩机每工作 16—24 小时，须将储气罐底部放水阀打开，排尽罐内积液，在多湿天气时，应相应缩短排放时间间隔；

3. 进气消声滤清器应视工作环境，适时检查清洗，防止堵塞；

4. 做好空压机运行情况记录，安全阀的工作可靠性每季度检查一次，保持安全阀开启压力为压缩机额定排气压力的 1.1 倍左右，并灵敏可靠；

5. 空压机的使用与定期检查检测按国家特种设备安全监察局颁布的《简单压力容器安全技术监察规程》进行；

6. 压缩机长期停用时，应作好防锈处理，封好进气口，放置在干燥的库房内，重新启用时，应全面清洗维护。

附件 3

# 空压机每次使用前安全检查表

检查人员：                检查日期：

| 检查内容 | 检查结果 | | 备注： 异常状况下需要注明采取的措施 |
| --- | --- | --- | --- |
| | 是（√） | 否（×） | |
| 压力表是否正常有效 | | | |
| 自动启动、停装置灵敏度是否可靠、有效 | | | |
| 安全阀是否正常、有效 | | | |
| 机箱内润滑油量是否符合安全要求 | | | |
| 运转期间各部件声音是否异常 | | | |
| 机身是否由漏气、漏油、漏水等现象 | | | |
| 排气压力超过额定时是否能正常卸荷 | | | |
| 机身进气口附近有无堆放杂物 | | | |
| 电器线路是否符合防爆安全要求 | | | |
| 线路有无破损现象 | | | |
| 机身与周围是否清洁卫生 | | | |

附件 4

# 行车安全操作规程

一、行车工须经训练考试，并持有操作证者方能独立操作，未经专门训练和考试不得单独操作。

二、开车前应认真检查设备机械、电气部分和防护保险装置是否完好、可靠。控制器、制动器、限位器、电铃、紧急开关等主要附件失灵，严禁吊运。

三、必须听从挂钩起重人员指挥，但对任何人发出的紧急停车信号，都应立即停车。

四、行车工必须在得到指挥信号后方能进行操作，行车起动时应先鸣铃。

五、操作控制器手柄时，应先从"0"位转到第一档，然后逐级增减速度。换向时，必须先转回"0"位。

六、当接近卷扬限位器，大小车临近终端或与邻近行车相遇时，速度要缓慢。不准用倒车代替制动、限位代停车，紧急开关代普通开关。

七、应在规定的安全走道、专用站台或扶梯上行走和上下。大车轨道两侧除检修外不准行走。小车轨道上严禁行走。不准从一台行车跨越到另一台行车。

八、工作停歇时，不得将起重物悬在空中停留。运行中，地面有人或落放吊件时应鸣铃警告，严禁吊物在人头上越过。吊运物件离地不得过高。

九、两台行车同时起吊一物件时，要听从指挥，步调一致。

十、运行时，行车与行车之间要保持一定的距离，严禁撞车。

十一、检修行车应停靠在安全地点，切断电源挂上"禁止合闸"的警示牌。地面要设围栏，并挂"禁止通行"的标志。

十二、重吨位物件起吊时，应先稍离地试吊，确定吊挂平稳，制动良好，然后升高，缓慢运行。不准同时操作三只控制手柄。

十三、行车运行时，严禁有人上下。也不准在运行时进行检修和调整机件。

十四、运行中发生突然停电，必须将开关手柄放置到"0"。起吊件未放下或索具未脱钩，不准离开驾驶室。

十五、露天行车遇有暴风、雷击或六级以上大风时应停止工作，切断电源。车轮前后应塞垫块卡牢。

十六、夜间作业应有充足的照明。

十七、龙门吊安全操作按本规程执行，行驶时注意轨道上有无障碍物；吊运高大物件防碍视线时，两旁应设专人监视和指挥。

十八、行车工必须认真做到"十不吊"：

1.斜吊不吊；

2.超载不吊；

3.散装物装得太满或捆扎不牢不吊；

4.指挥信号不明不吊；

5.吊物边缘锋利无防护措施不吊；

6.吊物上站人不吊；

— 74 —

7. 埋在地下的工件不吊；

8. 安全装置失灵不吊；

9. 光线阴暗看不清吊物不吊；

10. 六级以上强风不吊。

十九、工作完毕或离开驾驶室前，行车应停在规定位置，升起吊钩，小车开到轨道两端，并将控制手柄放置"0"位，切断电源。

附件 5

# 电动葫芦安全操作规程

一、每次起吊前，应空载试吊，检查机械运转是否正常，如有异常必须查明原因，待修复后启用。

二、使用前认真查看钢丝绳、钓钩、吊攀等部件是否完好。

三、作业时吊钩底下严禁站人，操作者应主动避让并制止无关人员进入工作区。

四、操纵者应充分掌握安全操作规程，必须集中思想与搭档人员密切配合，在确保安全状况下起吊，作业时严禁谈笑嬉闹。

五、对电动葫芦要定期检查、维修、保养，使设备随时处于良好状态，严禁带病作业。

六、操作由专人负责，严禁无关人员随便开车起吊。每次使用完毕及时切断电源。

# 同济大学危险化学品安全管理办法

同实[2010]46 号

## 第一章　总　则

**第一条**　为确保全校师生生命、财产安全，保证学校教学、科研和生产的顺利进行，保护环境，根据国务院《危险化学品安全管理条例》（2002 年中华人民共和国国务院令第 344 号）、《上海市危险化学品安全管理办法》（2006 年上海市人民政府令第 56 号），结合我校的实际情况重新修订。

第二条　本办法所指的危险化学品为以下七大类：爆炸品、压缩气体和液化气体、易燃液体、易燃固体、自燃物品和遇湿易燃物品、氧化剂和有机过氧化物、有毒物品和腐蚀品。

第三条　本办法适用于同济大学教学实验、科学研究、临床医学、科技开发及校属产业等工作所使用的危险化学品的管理。

第四条　学校内对危险化学品的申请、审批、采购、储存、领用和对废弃（多余）危险化学品处置实施监督管理的有关部门，依照下列规定履行职责：

1. 校实验室与设备管理处负责实验室在用危险化学品的安全监督管理与危险化学品废弃物和制剂的处理。

2. 校保卫处和后勤集团科教技术物资中心负责受理危险化学品申请、审批、采购、储存、保管、发放等方面的管理；负责危险化学品仓库值班人员安排及有关人员出入的登记；负责危险化学品仓库日常管理。

3. 危险化学品的申请、审批、采购、储存、保管与发放办法及危险化学品仓库管理办法，均由校保卫处和后勤集团科教技术物资中心另定。

第五条　涉及危险化学品的工作人员（采购、保管、运输、领用人员）必须经过有关的安全操作培训，并取得由公安消防部门核发的《安全操作证》，或是具有一定技术等级的专业人员，否则不得从事涉及危险化学品的工作。

第六条　危险化学品的储存、使用必须符合环境保护的要求，不得有造成环境污染的现象存在。

第七条　危险化学品储存、使用场所必须做好安全防范措施，应配备相应的防范器材及水源。

第八条　发现危险化学品事故隐患时，相关职能部门应发出立即停止使用的通知，并提出相应的整改建议。

第九条　凡使用危险化学品的部门，必须接受相关职能部门的监督和检查，不得有拒绝和阻挠现象的发生。

第十条　对于违反有关规定的使用部门及有私自储存现象的部门，相关职能部门有权当场予以纠正，并予以没收有关物品或给予通报批评等处罚。

## 第二章　领用和使用

第十一条　危险化学品的申购、领用要坚持专人负责制，坚持专人领用，专人保管。各实验室应将领用保管人名单送实验室与设备管理处、校保卫处及后勤集团科教技术物资中心备案，人员变动时，各部门应及时通知实验室与设备管理处、校保卫处及后勤集团科教技术物资中心。

第十二条　使用单位必须建立危险化学品帐册，从购进、入库、领用、使用、处

理都必须及时准确作好记录，做到帐物、帐帐相符。

第十三条　使用剧毒品的管理必须从严，领用剧毒品时必须有领用监督人到场，坚持"五双"制度，即双人收发，双人记帐，双人双锁管理，双人运输，双人使用，用多少买多少，用多少领多少，定期核查，做到帐物相符。

第十四条　使用危险化学品的单位与个人，必须遵守各项安全生产制度和操作规程，严格落实安全防护措施。使用单位在危险化学品工作场所应建立事故应急处理方案和落实措施。

第十五条　领取危险化学品时，务必仔细核对品名、规格、数量和检查包装，确认无误后，方可签收。领取危险化学品后应及时返回实验室或使用地点，不得携带危险化学品到别处办理其它事情，严禁携带危险化学品进入公共场所和其它重要场所。

第十六条　学生实验使用危险化学品时，实验指导老师必须向学生讲清楚操作规程、安全事项及应急处置办法，整个实验过程，要加强巡视和指导，实验结束后必须做好危险化学品残留物清理工作，严禁学生把危险化学品带出实验室和在实验过程中打闹嬉戏。

第十七条　购买危险化学品必须通过学校的正常渠道，严禁私自购买、运输、携带危险化学品。

## 第三章　废弃（多余）危险化学品（及制剂）处置

第十八条　实验结束或生产任务完成，对于多余的危险化学品及制剂必须集中妥善保管并及时交回后勤集团科教技术物资中心所属的危险化学品仓库代保管，防止流失造成环境污染和危害。

第十九条　盛放过危险化学品的器具，在实验结束或生产任务完成后要妥善清洗解危，或已做过实验（工作）而仍有危害性质的危险化学品，应按其属性进行解危处理，对于属性一时难以确定的残留物、制剂，应集中存放，严禁任意丢弃，否则，将追究由此而引发的事故当事人责任。

第二十条　废弃危险化学品及制剂各单位应专人负责分类收集，妥善储存，容器外加贴废弃物品标签，容器封闭可靠。

第二十一条　废弃危险化学品及制剂的处理，使用部门应向实验室与设备管理处提出书面申请，报校保卫处获准后，由实验室与设备管理处请有资质的专业单位处理。

## 第四章　奖　惩

第二十二条　对严格执行危险化学品安全管理办法的使用单位及个人给予表彰和奖励。违反此管理办法而造成事故的，视情节轻重给予行政处罚，构成犯罪的由司

法机关追究刑事责任。

### 第五章　附　则

**第二十三条**　在危险化学品安全管理方面,本办法中若有未尽事宜,则按国务院、上海市的有关规定进行。

**第二十四条**　本办法由实验室与设备管理处负责解释,自印发之日起实施。1987年11月同济大学生产设备处印发的《同济大学化学危险品安全实施细则（草案）》及《同济大学危险化学品安全管理办法》（2004年6月2日经主管校长批准）同时废止。

注：《剧毒化学品目录-335种（02版）》、《国家危险废物名录》可在同济大学实验室与设备管理处网站上下载。(http://shbc.tongji.edu.cn → 下载中心 → 实验室安全管理)

附件：1. 同济大学实验室化学废弃物回收、处理工作的暂行规定
　　　　2. 同济大学危险化学品申购表

二〇一〇年三月三十日

附件1

# 同济大学实验室化学废弃物回收、处理工作的暂行规定

**第一条**　为规范和加强我校实验室排污管理工作，防止实验废弃物污染危害环境，维护校园环境和公共安全，保障我校师生员工的身体健康，根据教育部和上海市政府有关规定，制定本规定。

**第二条**　本规定适用于列入《国家危险废物名录》的有机溶剂、含重金属化合物、废酸、废碱等危险废物的排放管理。

**第三条**　全校师生员工必须树立环境保护意识,在本职工作和日常生活中不能随意掩埋、丢弃有毒、有害废固,不能随意倾倒有毒、有害废液。

**第四条**　凡可能产生污染环境的废弃物的实验室和单位，都应遵守本规定。

**第五条**　各学院、实验室必须有专人负责有毒、有害废液、废固的管理工作，保

证本部门实验室的安全。

**第六条** 各学院、实验室必须定期登记本单位实验室使用的各类试剂、药品的种类和数量，并存档备查。

**第七条** 为防治危险废物环境污染，各实验室应当遵循减少危险废物的产生、充分合理利用危险废物和无害化处置危险废物的原则。

**第八条** 使用化学药品、试剂的实验室，必须配备回收装置，将实验后的化学废液、固体废弃物分类收集。严禁将实验产生的可能污染环境的废液、废渣随便倒入水池或随意堆放填埋。

**第九条** 不得将危险废物（含沾染危险废物的实验用具）混入生活垃圾和其他非危险废物中贮存。

**第十条** 使用性质调整、改变或废弃的实验室，应彻底消除污染隐患；不得将废弃药品及受污染的场地、设备、器皿等转移给不具备污染治理条件的单位或个人。

**第十一条** 污染物产生频繁的实验室，要建立环境污染事故预防和应急体系及报告机制，并配备应急设备，消除安全隐患，防止环境污染事故的发生。

**第十二条** 实验室与设备管理处负责组织全校有毒、有害废液、废固的集中处理工作，监督、检查各使用单位的管理情况；定期联系专业回收公司对有毒、有害废液、废固进行处置，并指定专人进行负责。

**第十三条** 各学院及实验室或使用单位必须指定专人负责收集、存放、监督、检查有毒、有害废液、废固的管理工作。各实验室或使用单位须设置专门容器，随时分级、分类收集有毒、有害废液、废固，定点存放，做到有专人负责安全保管。

**第十四条** 学校鼓励和支持实验室对有毒、有害废液、废固进行充分回收与合理利用。

**第十五条** 对排污防治措施不得力，造成污染事故的单位和实验室，根据情节轻重和后果严肃处理。违反法律、法规的，依法给予处罚，并追究有关当事人法律责任。

**第十六条** 本规定由学校实验室与设备管理处负责解释。

**第十七条** 本规定自发布之日起实施。

附件 2

# 同济大学危险化学品申购表

学院（系）_____    申请日期：    年    月    日    编号：

| 使用部门 | | 用 途 | | | | |
|---|---|---|---|---|---|---|
| 序号 | 物 品 名 称 | 物品规格 | 危险品种类 | 现存数量 | 申购数量 | 使用数量 |
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |

| 使用人承诺 | 我承诺严格执行学校有关危险化学品、放射性物品等管理规定，做好安全防范工作。保证所申购的物品用于教学和科研实验用途，如有违反，后果自负。<br>　　使用人签名：　　　　　　　联系电话：　　　　　　　　年　　月　　日 |
|---|---|
| 实验室负责人承诺 | 本实验室此次所购危险物品数量适当。承诺严格按照学校有关危险化学品、放射性物品等管理规定，对所申购危险物品的使用和保管进行有效监管。<br>　　实验室负责人签名：　　　　　联系电话：　　　　　　　　年　　月　　日 |

学院主管审核意见：

　　经审核本单位所申购的危险物品将全部用于教学和科研实验。

　　　　　　　院（系）主管签名：
　　　　　　　年　　月　　日　　盖章

后勤集团科教技术物资中心意见：

　　同意申购，申购单位应做好监管工作，确保安全。

　　　　　　　部门负责人签名：
　　　　　　　年　　月　　日　　盖章

实验室与设备管理处意见：
　　同意申购以上危险物品，必须确保用于教学或科研实验，并要求遵守《同济大学危险化学品安全管理办法》中的有关规定。

　　　部门负责人签名：
　　　年　月　日　盖章

保卫处意见：

　　　部门负责人签名：
　　　年　月　日　盖章

校办意见：

　　　年　月　日　盖章

填表说明：1. 此表一式 2 份，"物品名称"和"申购数量"不得私自涂改；
　　　　　2. 如果一个单位有多人使用所购危险品，则可由实验室负责人或学科组负责人签名；
　　　　　3. 危险品种类填："易燃"、"易爆"、"有毒"、"腐蚀"、"放射性"或"其他"。

# 同济大学实验室安全工作规定

同实[2010]47 号

一、为加强实验室安全工作管理，根据实验室工作的特点，对实验室安全工作作如下规定。

二、实验室主任负责实验室的安全工作，并选派一名责任心强的同志任安全员，院（系）领导要切实关心和高度重视实验室的安全工作，消除各种事故隐患。

三、各实验室必须认真贯彻"安全第一、预防为主"的方针，根据各实验室的具体情况，制定相应的安全管理办法和操作规程，并应悬挂公示。

四、学生做实验，必须有教师或实验室技术人员在场指导。每学期的第一次实验课，必须进行安全教育。毕业设计或研究生进行单独实验由导师批准，并在实验前进行必要的安全教育。对有可能导致危险发生的实验，实验室应发放安全操作规范告知书，学生应认真仔细阅读，并签字确认。实验室安排人员监护并落实安全防范措施。

五、使用易燃、易爆、自燃、氧化、过氧化、有毒和腐蚀等危险化学品的实验室要严格执行同济大学危险化学品安全管理办法。严禁烟火，不准吸烟或动用明火。要做好防火、防盗、防爆、防毒、防腐蚀的工作。需要少量存储易燃、易爆物品的，必须符合安全存放的要求（具体可参照国家"危险化学品安全管理条例"），在实验室入口处醒目位置安放危险实验室警示牌，在存放危险品容器上张贴相应的危险品标签。建立管理制度，报实验室与设备管理处备案。

六、实验室的特种设备如：压力容器、行车等，应做好验收、年检等工作，并指定专人持证上岗。对上岗人员必须按规定进行培训，并经考核合格后持有合格的上岗证，方能上岗操作，严禁无证上岗操作。实验室需建立特种设备运行档案，确保安全实验。

七、实验室放射性物品的使用及保存必须符合国家及上海市有关法律、法规的规定（具体可参照《中华人民共和国放射性污染防治法》），严格执行防放射性辐射的安全保护制度。

八、实验室严禁使用电炉等电加热设备。因教学、科研工作必须使用时，要经安全员同意，注意安全。停电或停用后要及时切断电源。用电设备周围不得堆放杂物，电源线不得有任何裸露、破损，要随时加强检查，发现问题及时处理。

九、实验室必须按规定配齐对口、专业消防器材。消防器材要放在明显和便于取用的位置，周围不得堆放杂物，注意经常检查、及时更换并建立记录制度。严禁将消

防器材移作他用，并保持消防通道畅通、整洁。

十、实验室在实验中产生的各种有毒有害废弃物不得未经处理任意排放、丢弃，各实验室应指定专人按照废弃物处理的有关规范集中收集封存并妥善保管，实验室与设备管理处负责联系有关部门定期上门回收处理。

十一、实验室必须加强安全防范措施。重要的实验室，除要有物防、技防措施外，还应有人防措施。要设置专人值班制度。对值班人员要加强责任心的教育，对因责任心不强而造成被盗等事故的，要追究领导和值班人员的责任。

十二、实验结束前清理好各种器材、工具、资料，切断电源，熄灭火源，关好门窗和水龙头，对易燃物品、纸屑等杂物，必须清扫干净，消除隐患。

十三、对实验室工作人员和学生要加强"防火、防盗、防毒、防爆"等安全教育，对进入实验室进行危险品操作的人员要发放相关的安全告知书，安全告知书样本需送实验室与设备管理处备案，以提高实验室人员和学生的自我防范意识和遵纪守法观念，确保各项工作能够正常、有序地进行。

十四、实验室如发生安全事故，必须在事故发生后及时将情况上报所属院（系）、保卫处和实验室与设备管理处。

十五、建立完善的安全检查制度，国家法定节假日前和每学期放假前，院（系）应进行例行的安全检查，平时进行不定期的安全检查，并做好记录。实验室安全员或任课老师须在实验前、后对实验室进行安全检查并作好记录后，才能开始或结束实验。

十六、本规定由实验室与设备管理处负责解释，自印发之日起实施，原《同济大学实验室安全工作暂行规定（2004 年 6 月经主管校长批准）》同时废除。

二〇一〇年三月三十日

# 同济大学低值品管理办法

同实［2010］91 号

（2010 年 6 月 11 日经主管校长批准）

## 第一章 总 则

**第一条** 为加强和规范低值物品的管理，防止购置、使用过程中的积压、浪费和公物私化现象的发生，防止国有资产的流失，根据《高等学校材料、低值品、易耗品

管理办法》的有关规定，结合我校实际情况，制定本办法。

**第二条**　本办法所称的低值品，是指单价低于固定资产标准 800 元（家具 500 元）大于 200 元，能独立使用，并且耐用期超过一年的物品，主要包括以下几大类：

（一）低值仪器、仪表、教具；

（二）低值工具和量具；

（三）低值文艺和体育用品；

（四）低值家具；

（五）低值其他用品，如电风扇、电话机等。

**第三条**　学校的各院（系）、研究所、实验室、行政单位，用校内各项经费（包括教学设备费、包干经费、学科建设费、985 工程经费、211 工程经费和科研经费等）购置的低值品，均适用本办法。

## 第二章　管理模式

**第四条**　低值品的购置、建账、使用实行院(系)、建账基层单位两级管理模式。

**第五条**　实验室与设备管理处负责制定学校低值品的管理办法，主要职责包括：

（一）制定低值品管理办法；

（二）编制并公布学校低值品目录；

（三）组织报废低值品的回收和处理。

**第六条**　院（系）负责本部门低值品的购置审核、采购、验收和使用管理，主要职责包括：

（一）确定本部门低值品管理员，并明确其责任、权利义务；

（二）明确本部门各建账基层单位低值品管理责任人，并明确其责任、权利义务；

（三）制定本部门低值品管理制度，并严格审批、验收程序，严格使用检查、监督；

（四）建立本部门低值品管理账目，定期进行账、物核对，总结分析，并将汇总情况报至实验室与设备管理处。

## 第三章 采购与验收

**第七条**　低值品申购须通过设备管理系统的程序办理，填写《同济大学低值品申购单》，由建账单位审核，经院（系）主管领导审批后实施采购。采购结束后，由申请人提交验收申请，经建账单位保管员验收审核后，打印纸质验收单，加盖院（系）单位公章后，第一联交财务处办理报销手续，第二联由建账单位保管员留存。

## 第四章　监督管理

**第八条**　实验室与设备管理处通过设备管理系统定期统计各单位低值品账目，并抽查相关低值品的实际购置及使用管理情况，包括账、账相符，账、物相符等。

## 第五章　报　废

**第九条**　低值品自然损坏无法修复的可申请报废，交实验室与设备管理处统一回收处理，具体参照《同济大学仪器设备变动管理办法》关于报废的相关规定执行。

## 第六章　附　则

**第十条**　本办法由实验室与设备管理处负责解释。

**第十一条**　本办法自公布之日起实施，原相应管理办法废止。

二〇一〇年六月十七日

# 同济大学仪器设备管理办法

同实 [2010] 92 号

（2010 年 6 月 11 日经主管校长批准）

## 第一章　总　则

**第一条**　为了加强对仪器设备的管理，提高仪器设备的使用效益，根据财政部《中央行政事业单位固定资产管理办法》和教育部《高等学校仪器设备管理办法》的有关规定，结合学校的实际情况制定本办法。

**第二条**　学校的仪器设备是国有资产。仪器设备管理的主要任务是对仪器设备的论证、购置使用、调拨直至报废的全过程实施管理。仪器设备管理的目的是优化资源配置，提高仪器设备的完好率、使用率，更好地为教学、科研服务。

**第三条**　仪器设备管理是学校教学、科研工作的可靠保证。学校应加强对仪器设备的管理工作，重视仪器设备管理队伍的建设和培养。

**第四条**　各部门在仪器设备的使用过程中要保证仪器设备的安全、完好和使用效益。

— 84 —

## 第二章　管理范围

**第五条**　使用学校管理的各类经费购置的仪器设备，包括：

（一）低值仪器设备：单价在 200 元（含）以上、800 元（家具 500 元）以下，软件单价在 500 元（含）以上、2000 元以下，使用年限在一年以上的仪器设备（软件）。

（二）固定资产仪器设备：使用年限在一年以上，单价在 800 元（含）以上的仪器设备、500 元（含）以上的家具、2000 元（含）以上的软件。

## 第三章　管理体制

**第六条**　学校仪器设备实行校、院（系）两级管理体制。实验室与设备管理处是学校各类仪器设备的归口管理部门，院（系）是本部门各分户建账基层单位仪器设备的实施管理部门。院（系）实验室、办公室、科研所和行政部处为学校仪器设备分户建账基层单位（应事先在实验室与设备管理处备案），院（系）须明确各基层建账单位的专（兼）职设备保管员。

院（系）应明确一位副院长（副主任）主管仪器设备工作，负责本部门仪器设备的申购、采购、使用、变动的审核、领导工作，院（系）实验秘书（设备管理员）负责仪器设备的各项日常管理工作。

## 第四章　各级职责

**第七条**　实验室与设备管理处在主管校长领导下，负责全校的仪器设备管理工作，主要职责包括：

（一）仪器设备管理制度的建立、修订和组织实施；

（二）仪器设备的申购管理和采购监督管理；

（三）仪器设备的验收和使用管理；

（四）仪器设备有偿使用和资源共享管理；

（五）仪器设备的变动和报废报失管理；

（六）仪器设备固定资产的清查和清理，保证账、账相符，账、物相符。进行年度信息统计、分析、上报；

（七）仪器设备管理队伍建设，组织技术培训、促进实验技术资源共享。

**第八条**　院（系）各实验室在主管院长（主任）领导下，实施各项设备管理工作，主要职责包括：

（一）本部门设备管理人员、实验技术人员队伍建设，包括部门设备管理员，各建账基层单位负责人、保管员、实验技术人员等。定期组织学习、培训，统筹规划，实现实验人员和实验技术互动、共享。

（二）参照学校各项仪器设备管理规章制度，制定相应的实施细则。

（三）组织实施本部门设备的购置、验收、使用、变动管理。建立本部门固定资产和低值品账目，定期组织账、物核对工作。

（四）积极参加大型精密仪器设备开放共享，符合开放条件的 10 万元以上的仪器设备应加入学校仪器设备共享网。

（五）组织年度仪器设备信息统计、分析工作，进行设备绩效考核。

（六）制定低值仪器设备院（系）、分户建账基层单位两级管理实施细则，并组织实施。

## 第五章  申  购

**第九条**  仪器设备的购置按照《同济大学国内仪器设备采购管理办法》、《同济大学进口仪器设备采购管理办法》和《同济大学仪器设备招标投标管理办法》的有关规定执行。

下列仪器设备还需办理相应手续：

（一）控购仪器设备需填写《控购设备申请单》，经相关职能部门会签后报主管校领导审批，最后报市教委审批。

（二）10KW 以上大功率用电设备及空调，须报能源中心会签，经批准后方可购置。

（三）赠送设备须签订捐赠协议，填写《受赠仪器设备审批表》，验收入账。

（四）对科研项目经费所购、产权归外单位的仪器设备，须附相关的佐证材料，经实验室与设备管理处审核后，方可执行。

## 第六章  建  档

**第十条**  凡属学校的仪器设备固定资产，不论其经费来源（教学、科研、各项专款或基金、贷款或自筹资金）及进入渠道（购置、调拨、自制、赠送等）都要建档入账，不得滞留账外。实验室与设备管理处建立相应的仪器设备总账及各分户基层单位的明细账，并与财务处仪器设备资金总账保持一致。院（系）应建立本部门的仪器设备明细账，并保证账账相符、账物相符。

**第十一条**  仪器设备固定资产应按照以下程序建立固定资产档案：

（一）单价或批量在 20 万元以下的仪器设备由院（系）组织验收，验收内容包括对发票、说明书、装箱单、仪器设备进行核对、校验，验收合格后，提交《同济大学固定资产验收单》，单价或批量 10 万元（含）以上的设备须编制验收报告，由使用管理人（含保管员）、院（系）设备管理员签字确认，经实验室与设备管理处审核

通过后，建立固定资产账目。10 万元（含）以上的仪器设备，实验室与设备管理处一般派专人逐台实地检查账、物，其它设备根据情况进行抽查。

（二）单价或批量在 20 万元（含）以上大型仪器设备的验收由实验室与设备管理处组织，验收合格后用户整理编制《同济大学大型精密仪器设备验收报告》，经验收组成员签字后，提交《同济大学仪器设备验收单》申请验收入库，经使用管理人（含保管员）、院（系）设备管理员签字确认，实验室与设备管理处审核后，建立固定资产账目。

（三） 软件验收内容包括：程序安装光盘、操作手册、说明书及相关硬件信息等，并运行测试软件的功能及验证码。

第十二条　低值仪器设备由院（系）仪器设备管理人员组织验收，建立相应的低值品档案，并定期进行账物核对。不能独立使用的零、附件不属于低值品，应在原仪器（账）上增值。

## 第七章　使　用

第十三条　实验室与设备管理处每年对全校仪器设备的使用情况组织调查、统计分析，并将调查分析结果作为下一年度制定实验室建设计划和经费分配方案的重要参考。

第十四条　20 万元以上大型精密仪器设备的使用按照《同济大学大型精密仪器设备管理办法》的有关规定执行。在仪器设备管理中，禁止任何形式的闲置浪费、公物私化、私自转让、丢弃等行为。

第十五条　各院（系）要认真制定并执行仪器设备的操作规程，对仪器设备管理、使用人员进行培训考核，要做好使用和维护、维修记录，在仪器设备发生故障时及时组织修复，保证仪器设备的完好。在保证安全的前提下，要努力提高仪器设备的使用率，增加开机时间，充分发挥仪器设备在教学科研、人才培养和社会服务工作中的作用。

第十六条　仪器设备的变动（调拨、报废等）遵照《同济大学仪器设备变动管理办法》的有关规定执行。

第十七条　院（系）仪器设备管理人员应及时办理仪器设备的购置、获赠、调拨、报废、报失等手续，每年进行账、物核对，做到账、物相符，将核对结果报实验室与设备管理处备案。

## 第八章　附　则

第十八条　本办法由实验室与设备管理处负责解释。
第十九条　本办法自公布之日起实施，原相应管理办法废止。

二〇一〇年六月十七日

# 同济大学国内仪器设备采购管理办法

同实 [2010] 93 号

（2010 年 6 月 11 日经主管校长批准）

## 第一章　总　则

**第一条**　为加强学校对仪器设备的采购管理，规范采购行为，提高资金的使用效益，根据《中华人民共和国政府采购法》、《中华人民共和国招标投标法》等相关法律法规的规定，结合学校实际情况，特制定本办法。

**第二条**　凡使用学校管理的资金采购国内仪器设备，均适用于本办法。

## 第二章　各级管理职责

**第三条**　实验室与设备管理处是学校仪器设备采购的监督管理机构，负责仪器设备的申购审核、审批和采购过程的监督管理。

**第四条**　院（系）是本部门仪器设备采购的实施管理机构，负责审核仪器设备的采购计划；负责审核仪器的性能、用途、经费等；负责组织调研、拟定预算价格；实施采购、验收等。

## 第三章　论证、申购与审批

**第五条**　购置预算单价在 20 万元人民币（含）以上的大型精密仪器设备，须按程序分级组织论证，论证程序参照《同济大学大型精密仪器设备管理办法》的有关规定执行。

**第六条**　仪器设备的申购由项目负责人或其指定的学校在册相关人员提出申请，项目负责人签字、确认。

**第七条**　使用科研项目经费申购预算单价在 10 万元人民币以下的仪器设备，院（系）主管领导审核、盖章后实施采购，申购预算单价在 10 万元人民币（含）以上的仪器设备，由院（系）主管领导审核、盖章后，经实验室与设备管理处审核、审批后实施采购。

使用其它经费申购仪器设备，由院（系）主管领导审核、盖章后，经实验室与设备管理处审核、审批后实施采购。预算单价在 100 万元人民币（含）以上的大型精密

仪器设备报请主管校长审批后实施采购。

## 第四章 采 购

**第八条** 学校仪器设备采购方式分为：招标采购和非招标采购。纳入政府集中采购目录的项目，由政府集中采购。

**第九条** 属于招标采购范围的采购项目，参照《同济大学仪器设备招标投标管理办法》的相关规定执行。属于非招标采购范围的采购项目用户可选择委托采购代理机构（后勤集团）采购或自购。

**第十条** 委托采购代理机构（后勤集团）根据用户委托实施采购。委托采购代理机构（后勤集团）编制采购目录，应当满足采购价格低于市场平均价格、采购效率高、采购质量优良、服务良好的要求。

**第十一条** 单件 2 万元（含）、批量 5 万元（含）以上仪器设备的购置，必须签订合同。合同内容由用户与供货商约定，应包括以下条款：当事人名称、地址；设备名称、数量、价款及付款方式；技术指标与验收标准；交货期限、地点和方式；售后服务条款、质保金；违约责任、解决争议的方法等。

**第十二条** 最终用户对合同文本逐条研究后签字确认，并对合同的具体条款负责。实验室与设备管理处审核合同的价格、付款方式、交货时间、地点及供货商法人签章等内容后，作为法人授权代表在合同上签字、加盖"同济大学科教设备合同专用章"。

委托采购合同由委托采购代理机构（后勤集团）负责人审核后、签字，加盖"同济大学科教设备合同专用章"。

**第十三条** 实验室与设备管理处与委托采购代理机构（后勤集团）签订"委托采购代理协议"，规范双方的权利义务。

## 第五章 验 收

**第十四条** 设备到货验收后一周内，用户凭采购合同、发票、验收证明等办理固定资产建账、入库手续，10 万元以上单件或批量设备须编制验收报告。有质保金的情况，以暂存号备案。大型精密仪器设备的验收程序参照《同济大学大型精密仪器设备管理办法》的有关规定执行。

## 第六章 监 督

**第十五条** 仪器设备采购工作接受监察、审计、财务等部门的监督检查。监督检查的主要内容有：政府法律、法规及学校相关规定的执行情况；采购范围、采购方式、采购程序的执行情况；采购人员、采购管理人员的职业素质、专业技能及工作效果。

第十六条　委托采购代理机构（后勤集团）应当健全内部监督机制，采购活动的决策、执行过程应当明确，并相互监督、相互制约。经办采购的人与负责采购合同审核、验收人员职责应当明确，并相互分离。委托采购代理机构（后勤集团）的采购标准应当公开。

第十七条　委托采购代理机构（后勤集团）在采购代理活动中违反政府法律、法规及学校相关规定的，学校将停止其委托采购代理资格，并根据"委托采购代理协议"追究相关人员的责任。

第十八条　任何单位和个人对采购活动中的违法、违纪行为，有权向学校监察部门检举和反映情况。各相关人员必须严守纪律、严格执行规定程序和制度，主动接受有关部门的监督检查。对于在采购活动中的违规违纪行为，学校将根据有关规定追究其责任，构成违法犯罪的，移送国家有关部门处理。

## 第七章 附　则

第十九条　本办法由实验室与设备管理处负责解释。

第二十条　本办法自公布之日起实施，原相应管理办法废止。

二〇一〇年六月十七日

# 同济大学"985 工程"(2010–2013)建设管理办法

同学科[2010]2 号

## 一、总　则

第一条　为深入贯彻实施《国家中长期教育改革和发展规划纲要（2010-2020年）》，加快推进世界一流大学和高水平大学建设，加强"985 工程"建设管理，确保工程实现建设目标，根据《教育部　财政部关于继续加快推进世界一流大学和高水平大学建设的意见》（教重〔2010〕2 号），特制定本办法。

第二条　同济大学"985 工程"建设目标是：全面提升学校的整体水平和综合实力，进一步提高学校的自主创新能力和国际影响力，力争到 2020 年，学校的整体水平、综合实力、自主创新能力、国际竞争力等主要办学指标达到国际知名高水平研究

型大学水平，建设成为可持续发展的国际知名高水平研究型大学，并努力向世界一流大学的方向迈进。

第三条　同济大学"985 工程"建设的主要任务是：进行拔尖创新人才培养的改革，造就学术领军人物和创新团队，实现学科建设新的突破，提升自主创新和社会服务能力，开展高水平国际交流与合作，进行体制机制改革创新。

第四条　同济大学"985 工程"建设的实施原则是：坚持改革创新、坚持重点发展、坚持协调推进。

第五条　创新决策机制，建立专家咨询监督与学校决策相结合的管理机制。学校邀请学术造诣深厚和具备学科建设经验的专家成立"985 工程"专家委员会。学校成立"985 工程"建设领导小组。

## 二、管理职责

第六条　学校"985 工程"建设领导小组负责协商决定工程建设中的重大方针政策问题和总体规划，同时负责对"985 工程"建设实行全过程管理。"985 工程"领导小组下设办公室，具体负责"985 工程"建设的日常工作。办公室的主要职责包括：组织"985 工程"的实施、检查、验收等工作；检查建设进展情况、改革方案的实施情况、资金使用管理情况等。

第七条　"985 工程"专家委员会对工程建设重大政策、建设资金分配办法等提出咨询意见；对实施进程进行监督，对建设成效提出评价意见。

## 三、组织实施

第八条　学校按照《国家中长期教育改革和发展规划纲要（2010-2020 年）》精神，根据加快推进世界一流大学和高水平大学建设的指导思想、建设目标和主要任务，结合学校的发展战略规划和办学目标，研究制定继续实施《同济大学"985 工程"总体规划（2010-2020 年）》和《同济大学"985 工程"改革方案》。

第九条　学校按照教育部、财政部批复的《同济大学"985 工程"总体规划（2010-2020 年）》和《同济大学"985 工程"改革方案》以及下达的预算组织实施，建立科学、民主的项目管理和运行机制。

（一）各项目建设单位提出立项申请，阐述项目的建设意义、建设内容、经费预算、设备购置、预期建设目标等，提供必要的论证材料；

（二）"985 工程"建设办公室会同相关职能部门组织专家委员会进行项目论证；

（三）"985 工程"建设领导小组最终审核批准后，正式拨款；

（四）"985 工程"各项目的建设应严格按照我校"985 工程"立项论证批复文件

的内容进行，不得随意变更。在立项和建设过程中如确需变更，必须向学校有关职能部门和"985 工程"建设办公室提交相应的申请报告和论证材料，经校"985 工程"建设领导小组批准后方可实施，重大变更需报国家教育部和国家计委审批。

## 四、建设资金

**第十条** "985 工程"专项资金来源包括中央财政专项资金和地方人民政府共建资金。

**第十一条** 中央财政专项资金重点用于"985 工程"学校实现学科建设新的突破、加快引进和造就学术领军人物和创新团队、加快提升自主创新和社会服务能力、开展高水平国际交流与合作等方面。

**第十二条** 地方人民政府共建资金根据地方人民政府和《同济大学"985 工程"总体规划（2010-2020 年）》和《同济大学"985 工程"改革方案》统筹安排。

## 五、检查验收

**第十三条** "985 工程"建设实行阶段检查和总结验收。

**第十四条** 阶段检查由学校"985 工程"办公室统一部署。检查的重点是：阶段建设目标和任务完成情况，改革方案的实施情况，资金使用管理情况，项目管理情况以及建设中存在的问题等。

**第十五条** 学校加强"985 工程"建设成效和年度资金使用情况的检查和考核，并根据检查考核结果对有关建设项目和分年度预算进行动态调整。

**第十六条** 学校预留一部分"985 工程"专项资金，根据各建设项目资金使用管理情况和建设绩效等情况，统筹安排。

**第十七条** 其他。学校"985 工程"建设除执行教育部、财政部颁布的有关管理办法外，应执行本管理办法和相关管理办法。

本办法自颁布之日起执行。

本办法由学校学科建设领导小组办公室负责解释。

附件：1.同济大学"985 工程"（2010-2013）专项资金管理办法
   2.同济大学"985 工程"（2010-2013）仪器设备管理办法
   3.同济大学"985 工程"（2010-2013）实验教学建设与发展规划指南

二〇一〇年十二月六日