# YANG
# EXHIBIT 14

Case 7:24-cv-00232-DC   Document 156-15   Filed 07/09/26   Page 2 of 7



# 中华人民共和国技术进出口管理条例

（2001年12月10日中华人民共和国国务院令第331号公布　根据2011年1月8日《国务院关于废止和修改部分行政法规的决定》修订）

## 第一章　总　　则

**第一条**　为了规范技术进出口管理，维护技术进出口秩序，促进国民经济和社会发展，根据《中华人民共和国对外贸易法》（以下简称对外贸易法）及其他有关法律的有关规定，制定本条例。

**第二条**　本条例所称技术进出口，是指从中华人民共和国境外向中华人民共和国境内，或者从中华人民共和国境内向中华人民共和国境外，通过贸易、投资或者经济技术合作的方式转移技术的行为。

前款规定的行为包括专利权转让、专利申请权转让、专利实施许可、技术秘密转让、技术服务和其他方式的技术转移。

**第三条**　国家对技术进出口实行统一的管理制度，依法维护公平、自由的技术进出口秩序。

**第四条**　技术进出口应当符合国家的产业政策、科技政策和社会发展政策，有利于促进我国科技进步和对外经济技术合作的发展，有利于维护我国经济技术权益。

**第五条**　国家准许技术的自由进出口；但是，法律、行政法规另有规定的除外。

**第六条**　国务院对外经济贸易主管部门（以下简称国务院外经贸主管部门）依照对外贸易法和本条例的规定，负责全国的技术进出口管理工作。省、自治区、直辖市人民政府外经贸主管部门根据国务院外经贸主管部门的授权，负责本行政区域内的技术进出口管理工作。

国务院有关部门按照国务院的规定，履行技术进出口项目的有关管理职责。

## 第二章　技术进口管理

**第七条**　国家鼓励先进、适用的技术进口。

**第八条**　有对外贸易法第十六条规定情形之一的技术，禁止或者限制进口。

国务院外经贸主管部门会同国务院有关部门，制定、调整并公布禁止或者限制进口的技术目录。

**第九条**　属于禁止进口的技术，不得进口。

Case 7:24-cv-00232-DC　　Document 156-15　　Filed 07/08/26　　Page 3 of 7

第十条　属于限制进口的技术，实行许可证管理；未经许可，不得进口。

第十一条　进口属于限制进口的技术，应当向国务院外经贸主管部门提出技术进口申请并附有关文件。

技术进口项目需经有关部门批准的，还应当提交有关部门的批准文件。

第十二条　国务院外经贸主管部门收到技术进口申请后，应当会同国务院有关部门对申请进行审查，并自收到申请之日起30个工作日内作出批准或者不批准的决定。

第十三条　技术进口申请经批准的，由国务院外经贸主管部门发给技术进口许可意向书。

进口经营者取得技术进口许可意向书后，可以对外签订技术进口合同。

第十四条　进口经营者签订技术进口合同后，应当向国务院外经贸主管部门提交技术进口合同副本及有关文件，申请技术进口许可证。

国务院外经贸主管部门对技术进口合同的真实性进行审查，并自收到前款规定的文件之日起10个工作日内，对技术进口作出许可或者不许可的决定。

第十五条　申请人依照本条例第十一条的规定向国务院外经贸主管部门提出技术进口申请时，可以一并提交已经签订的技术进口合同副本。

国务院外经贸主管部门应当依照本条例第十二条和第十四条的规定对申请及其技术进口合同的真实性一并进行审查，并自收到前款规定的文件之日起40个工作日内，对技术进口作出许可或者不许可的决定。

第十六条　技术进口经许可的，由国务院外经贸主管部门颁发技术进口许可证。技术进口合同自技术进口许可证颁发之日起生效。

第十七条　对属于自由进口的技术，实行合同登记管理。

进口属于自由进口的技术，合同自依法成立时生效，不以登记为合同生效的条件。

第十八条　进口属于自由进口的技术，应当向国务院外经贸主管部门办理登记，并提交下列文件：

（一）技术进口合同登记申请书；

（二）技术进口合同副本；

（三）签约双方法律地位的证明文件。

第十九条　国务院外经贸主管部门应当自收到本条例第十八条规定的文件之日起3个工作日内，对技术进口合同进行登记，颁发技术进口合同登记证。

第二十条　申请人凭技术进口许可证或者技术进口合同登记证，办理外汇、银行、税务、海关等相关手续。

第二十一条　依照本条例的规定，经许可或者登记的技术进口合同，合同的主要内容发生变更的，应当重新办理许可或者登记手续。

经许可或者登记的技术进口合同终止的，应当及时向国务院外经贸主管部门备案。

第二十二条　设立外商投资企业，外方以技术作为投资的，该技术的进口，应当按照外商投资企业设立审批的程序进行审查或者办理登记。

第二十三条　国务院外经贸主管部门和有关部门及其工作人员在履行技术进口管理职责中，对所知悉的商业秘密负有保密义务。

第二十四条　技术进口合同的让与人应当保证自己是所提供技术的合法拥有者或者有权转让、许可者。

技术进口合同的受让人按照合同约定使用让与人提供的技术，被第三方指控侵权的，受让人应当立即通知让与人；让与人接到通知后，应当协助受让人排除妨碍。

技术进口合同的受让人按照合同约定使用让与人提供的技术，侵害他人合法权益的，由让与人承担责任。

第二十五条　技术进口合同的让与人应当保证所提供的技术完整、无误、有效，能够达到约定的技术目标。

第二十六条　技术进口合同的受让人、让与人应当在合同约定的保密范围和保密期限内，对让与人提供的技术中尚未公开的秘密部分承担保密义务。

在保密期限内，承担保密义务的一方在保密技术非因自己的原因被公开后，其承担的保密义务即予终止。

第二十七条　在技术进口合同有效期内，改进技术的成果属于改进方。

第二十八条　技术进口合同期满后，技术让与人和受让人可以依照公平合理的原则，就技术的继续使用进行协商。

第二十九条　技术进口合同中，不得含有下列限制性条款：

（一）要求受让人接受并非技术进口必不可少的附带条件，包括购买非必需的技术、原材料、产品、设备或者服务；

（二）要求受让人为专利权有效期限届满或者专利权被宣布无效的技术支付使用费或者承担相关义务；

（三）限制受让人改进让与人提供的技术或者限制受让人使用所改进的技术；

（四）限制受让人从其他来源获得与让与人提供的技术类似的技术或者与其竞争的技术；

（五）不合理地限制受让人购买原材料、零部件、产品或者设备的渠道或者来源；

（六）不合理地限制受让人产品的生产数量、品种或者销售价格；

（七）不合理地限制受让人利用进口的技术生产产品的出口渠道。

## 第三章　技术出口管理

第三十条　国家鼓励成熟的产业化技术出口。

第三十一条　有对外贸易法第十六条规定情形之一的技术，禁止或者限制出口。

国务院外经贸主管部门会同国务院有关部门，制定、调整并公布禁止或者限制出口的技术目录。

第三十二条　属于禁止出口的技术，不得出口。

第三十三条　属于限制出口的技术，实行许可证管理；未经许可，不得出口。

第三十四条　出口属于限制出口的技术，应当向国务院外经贸主管部门提出申请。

第三十五条　国务院外经贸主管部门收到技术出口申请后，应当会同国务院科技管理部门对申请出口的技术进行审查，并自收到申请之日起30个工作日内作出批准或者不批准的决定。

限制出口的技术需经有关部门进行保密审查的，按照国家有关规定执行。

第三十六条　技术出口申请经批准的，由国务院外经贸主管部门发给技术出口许可意向书。

申请人取得技术出口许可意向书后，方可对外进行实质性谈判，签订技术出口合同。

第三十七条　申请人签订技术出口合同后，应当向国务院外经贸主管部门提交下列文件，申请技术出口许可证：

（一）技术出口许可意向书；

（二）技术出口合同副本；

（三）技术资料出口清单；

（四）签约双方法律地位的证明文件。

国务院外经贸主管部门对技术出口合同的真实性进行审查，并自收到前款规定的文件之日起15个工作日内，对技术出口作出许可或者不许可的决定。

第三十八条　技术出口经许可的，由国务院外经贸主管部门颁发技术出口许可证。技术出口合同自技术出口许可证颁发之日起生效。

第三十九条　对属于自由出口的技术，实行合同登记管理。

出口属于自由出口的技术，合同自依法成立时生效，不以登记为合同生效的条件。

第四十条　出口属于自由出口的技术，应当向国务院外经贸主管部门办理登记，并提交下列文件：

（一）技术出口合同登记申请书；

（二）技术出口合同副本；

（三）签约双方法律地位的证明文件。

第四十一条　国务院外经贸主管部门应当自收到本条例第四十条规定的文件之日起3个工作日内，对技术出口合同进行登记，颁发技术出口合同登记证。

第四十二条　申请人凭技术出口许可证或者技术出口合同登记证办理外汇、银行、税务、海关等相关手续。

第四十三条　依照本条例的规定，经许可或者登记的技术出口合同，合同的主要内容发生变更的，应当重新办理许可或者登记手续。

经许可或者登记的技术出口合同终止的，应当及时向国务院外经贸主管部门备案。

第四十四条　国务院外经贸主管部门和有关部门及其工作人员在履行技术出口管理职责中，对国家秘密和所知悉的商业秘密负有保密义务。

第四十五条　出口核技术、核两用品相关技术、监控化学品生产技术、军事技术等出口管制技术的，依照有关行政法规的规定办理。

## 第四章　法 律 责 任

第四十六条　进口或者出口属于禁止进出口的技术的，或者未经许可擅自进口或者出口属于限制进出口的技术的，依照刑法关于走私罪、非法经营罪、泄露国家秘密罪或者其他罪的规定，依法追究刑事责任；尚不够刑事处罚的，区别不同情况，依照海关法的有关规定处罚，或者由国务院外经贸主管部门给予警告，没收违法所得，处违法所得1倍以上5倍以下的罚款；国务院外经贸主管部门并可以撤销其对外贸易经营许可。

第四十七条　擅自超出许可的范围进口或者出口属于限制进出口的技术的，依照刑法关于非法经营罪或者其他罪的规定，依法追究刑事责任；尚不够刑事处罚的，区别不同情况，依照海关法的有关规定处罚，或者由国务院外经贸主管部门给予警告，没收违法所得，处违法所得1倍以上3倍以下的罚款；国务院外经贸主管部门并可以暂停直至撤销其对外贸易经营许可。

第四十八条　伪造、变造或者买卖技术进出口许可证或者技术进出口合同登记证的，依照刑法关于非法经营罪或者伪造、变造、买卖国家机关公文、证件、印章罪的规定，依法追究刑事责任；尚不够刑事处罚的，依照海关法的有关规定处罚；国务院外经贸主管部门并可以撤销其对外贸易经营许可。

第四十九条　以欺骗或者其他不正当手段获取技术进出口许可的，由国务院外经贸主管部门吊销其技术进出口许可证，暂停直至撤销其对外贸易经营许可。

第五十条　以欺骗或者其他不正当手段获取技术进出口合同登记的，由国务院外经贸主管部门吊销其技术进出口合同登记证，暂停直至撤销其对外贸易经营许可。

第五十一条　技术进出口管理工作人员违反本条例的规定，泄露国家秘密或者所知悉的商业秘密的，依照刑法关于泄露国家秘密罪或者侵犯商业秘密罪的规定，依法追究刑事责任；尚不够刑事处罚的，依法给予行政处分。

第五十二条　技术进出口管理工作人员滥用职权、玩忽职守或者利用职务上的便利收受、索取他人财物的，依照刑法关于滥用职权罪、玩忽职守罪、受贿罪或者其他罪的规定，依法追究刑事责任；尚不够刑事处罚的，依法给予行政处分。

## 第五章　附　　则

第五十三条　对国务院外经贸主管部门作出的有关技术进出口的批准、许可、登记或者行政处罚决定不服的，可以依法申请行政复议，也可以依法向人民法院提起诉讼。

第五十四条 本条例公布前国务院制定的有关技术进出口管理的规定与本条例的规定不一致的，以本条例为准。

第五十五条 本条例自2002年1月1日起施行。1985年5月24日国务院发布的《中华人民共和国技术引进合同管理条例》和1987年12月30日国务院批准、1988年1月20日对外经济贸易部发布的《中华人民共和国技术引进合同管理条例施行细则》同时废止。