# YANG
# EXHIBIT 16

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/05/19**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- China_Prohibited_Restricted_Export_Technology_Catalog_2008 - English.pdf

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director

# Catalog of Technologies Prohibited and Restricted from Export in China

**Ministry of Commerce of the People's Republic of China**

**Ministry of Science and Technology of the People's Republic of China**

# Reference Principles for Technologies Prohibited and Restricted from Export in China

**I.    Reference Principles for Technologies Prohibited from Export**

(I)    Technologies that need to be prohibited from export for safeguarding national security, public interests, or public morality;

(II)    Technologies that need to be prohibited from export for protecting human health or safety, protecting the life or health of animals and plants, and protecting the environment;

(III)    Other technologies that need to be prohibited from export according to the provisions of laws and administrative regulations;

(IV)    Other technologies that need to be prohibited from export according to the provisions of international treaties and agreements concluded or acceded to by China.

**Ⅱ.    Reference Principles for Technologies Restricted from Export**

(I)    Technologies that need to be restricted from export for safeguarding national security, public interests, or public morality;

(II)    Technologies that need to be restricted from export for protecting human health or safety, protecting the life or health of animals and plants, and protecting the environment;

(III)    Other technologies that need to be restricted from export according to the provisions of laws and administrative regulations;

(IV)    Other technologies that need to be restricted from export according to the provisions of international treaties and agreements concluded or acceded to by China.

# Catalog Format and Instructions

**Catalog Format:**

No.:                     (1)X X X X X X J (X)

Technology name: (2) _____

Key control points: (3) _____

**Instructions:**

(1)  This catalog is edited and sorted in accordance with the National Economic Industry Classification and Codes (GB/T4754-2002).

(2)  No.: 7 places in total

Annual code + Industry classification code + Technology name sequence number + Pinyin code

2 digits          2 digits          2 digits          1 letter

1)  The annual code consists of the last two digits of the year in which the catalog is compiled.

2)  The industry classification code (in bold) and the technical name sequence number correspond to the numbers in the sorting index table.

3)  "J" represents the first letter of the pinyin for technologies prohibited from export , and "X" represents the first letter of the pinyin for technologies restricted from export.

(3)  Technology name: A general term for a certain class of technology.

(4)  Key control points: The technical contents, characteristics, and scope that need to be controlled in this class of technology.

**Note:** The part in parentheses in the main text is a general explanation of the concept mentioned above.

3

# Sorting Index Table

**01    Agriculture**

    01X.    Crop (including forage grass) propagation technology

    02X.    Economic crop cultivation and propagation technology

**02    Forestry**

    01X.    Forest germplasm resources and their propagation technology

    02X.    Garden plants and ornamental plants propagation technology

    03X.    Wild animal artificial propagation and conservation technology

**03    Livestock**

    01J.    Livestock breeds propagation technology

    02J.    Microbial fertilizer technology

    03J.    China's unique species resources and technology

    04J.    Silkworm breeds, propagation, and silkworm cocoon collection, processing, and utilization technology

    01X.    Livestock breeds propagation technology

**04    Fishery**

    01J.    Aquatic breeds propagation technology

    01X.    Aquatic germplasm propagation technology

**05    Agricultural, Forestry, Livestock and Fishery services**

    01J.    Green plant growth regulator manufacturing technology

    01X.    Veterinary drug manufacturing technology

02X.    Livestock and poultry feed and veterinary growth regulator manufacturing technology

03X.    Livestock product processing technology

04X.    Bee propagation and bee product collection, processing and utilization technology

05X.    Veterinary hygiene and quarantine technology

06X.    Forest pest and disease control technology

07X.    Forest chemical product processing technology

08X.    Newcastle disease vaccine technology

**06    Mining and Washing of Coal**

**07    Extraction of Petroleum and Natural Gas**

**08    Mining and Processing of Ferrous Metal Ores**

**09    Mining and Processing of Non-Ferrous Metal Ores**

01J.    Mining engineering technology

**10    Mining and Processing of Nonmetal Ores**

**11    Mining of Other Ores**

**12    Timber and Bamboo Harvesting and Transportation**

**13    Processing of Food from Agricultural Products**

01J.    Meat processing technology

01X.    Grain processing technology

02X.    Sugar processing technology

03X.    Egg processing technology

**14    Manufacture of Foods**

01X.    Food additive manufacturing technology

**15  Manufacture of Beverages**

    01J.    Beverage manufacturing technology

    01X.    Beverage manufacturing technology

**16  Manufacture of Tobacco**

**17  Manufacture of Textile**

    01X.    Textile natural fiber products and their processing technology

    02X.    Soybean protein fiber manufacturing technology

    03X.    Gambiered Guangdong silk processing technology

    04X.    Textile fiber products and their processing technology

**18  Manufacture of Textile Wearing Apparel, Footwear and Caps**

**19  Manufacture of Leather, Fur, Feather and Related Products**

**20  Processing of Timber, Manufacture of Wood, Bamboo, Rattan, Palm and Straw Products**

**21  Manufacture of Furniture**

**22  Manufacture of Paper and Paper Products**

    01J.    Paper technology

    01X.    Paper technology

**23  Printing, Reproduction of Recording Media**

**24  Manufacture of Articles for Culture, Education and Sport Activities**

**25  Processing of Petroleum, Coking, Processing of Nuclear Fuel**

**26  Manufacture of Raw Chemical Materials and Chemical Products**

    01J.    Fireworks and firecrackers manufacturing technology

    01X.    Raw chemical material manufacturing technology

02X.    Chemical pesticide manufacturing technology

03X.    Biopesticide manufacturing technology

04X.    Dye manufacturing technology

05X.    Coating manufacturing technology

06X.    Catalyst manufacturing technology

07X.    Photosensitive material manufacturing technology

08X.    Synthetic fiber manufacturing technology

09X.    Synthetic resin and its product manufacturing technology

10X.    Industrial explosives and their manufacturing technology

11X.    Industrial detonators and their manufacturing technology

## 27    Manufacture of Medicines

01J.    Chemical synthesis and semi-synthetic caffeine manufacturing technology

02J.    Riboflavin (VB2) manufacture process

03J.    Chinese medicinal resources and manufacturing technology

04J.    Processing technology for traditional Chinese medicine decoction pieces

05J.    Chemical synthesis and semi-synthetic drug manufacturing technology

01X.    Chinese medicinal resources and manufacturing technology

02X.    Biopharmaceutical manufacturing technology

03X.    Chemical synthesis and semi-synthetic drug manufacturing technology

04X.    Natural drug manufacturing technology

05X.    Traditional Chinese medicine formula and manufacturing technology

06X.    Preparation and processing technology for bioactive functional polymer materials

07X.    Preparation and processing technology for tissue engineering medical device product

**28    Manufacture of Chemical Fibers**

**29    Manufacture of Rubber**

01X.    Rubber product manufacturing technology

**30    Manufacture of Plastics**

**31    Manufacture of Non-metallic Mineral Products**

01J.    Amorphous inorganic non-metallic material manufacturing technology

02J.    Low-dimensional inorganic non-metallic material manufacturing technology

01X.    Daily-use ceramics and their products manufacturing technology

02X.    Refractory material manufacturing technology

03X.    Inorganic non-metallic material manufacturing technology

04X.    Artificial crystal growth and processing technology

05X.    Polymer-based composite material manufacturing technology

**32    Smelting and Pressing of Ferrous Metals**

01X.    Iron and steel metallurgical technology

**33    Smelting and Pressing of Non-ferrous Metals**

01J.    Non-ferrous metal metallurgical technology

02J.    Rare earth refining, processing and utilization technology

01X.    Non-ferrous metal metallurgical technology

02X.    Amorphous and microcrystalline metal metallurgical technology

**34    Manufacture of Metal Products**

01X.    Heat treatment technology

02X.    Metal-based composite material manufacturing technology

**35    Manufacture of General Purpose Machinery**

01X.    Casting technology

02X.    General purpose machinery manufacturing technology

03X.    General component manufacturing technology

04X.    Gas turbine manufacturing technology

05X.    Combustion technology in boiler manufacturing

**36    Manufacture of Special Purpose Machinery**

01J.    Agricultural machinery manufacturing technology

01X.    Refrigeration and cryogenic engineering technology

02X.    Firefighting technology

03X.    Criminal technology

04X.    Medical diagnostic instruments and equipment manufacturing technology

**37    Manufacture of Transport Equipment**

01J.    Spacecraft telemetry and control technology

02J.    Aircraft design and manufacturing technology

01X.    Ship type design and testing technology

02X.    Marine equipment manufacturing technology

03X.    Shipbuilding technology

04X.    Marine material manufacturing technology

05X.    Aircraft design and manufacturing technology

06X.    Aircraft component manufacturing and testing technology

07X.  Aerospace material manufacturing technology

**39  Manufacture of Electrical Machinery and Equipment**

01X.  Electrical material manufacturing technology

02X.  Wire and cable manufacturing technology

**40  Manufacture of Communication Equipment, Computers and Other Electronic Equipment**

01J.  Integrated circuit manufacturing technology

02J.  Robot manufacturing technology

01X.  Electronic device manufacturing technology

02X.  Semiconductor device manufacturing technology

03X.  Sensor manufacturing technology

04X.  Microwave technology

05X.  Fiber optic manufacturing and fiber optic communication technology

06X.  Computer hardware and peripheral device manufacturing technology

07X.  Wireless communication technology

08X.  Robot manufacturing technology

09X.  Metrological basis, standard manufacturing and quantity value transfer technology

10X.  Space material manufacturing technology

11X.  Space instrument and equipment manufacturing technology

**41  Manufacture of Measuring Instruments and Machinery for Cultural Activity and Office Work**

01J.  Cartographic technology

01X.  Thermal measurement instrument and meter manufacturing technology

02X.  Mechanical measuring instrument and meter manufacturing technology

03X.    Non-destructive flaw detection technology

04X.    Material testing machine and instrument manufacturing technology

05X.    Timing instrument manufacturing technology

06X.    Precision instrument manufacturing technology

07X.    Cartographic technology

08X.    Earthquake observation instrument manufacturing technology

09X.    Glass and amorphous inorganic non-metallic material manufacturing technology

**42    Manufacture of Artwork and Other Manufacturing**

01J.    The manufacturing technology for calligraphy and painting ink and eight-treasure seal paste

01X.    Artwork manufacturing technology

02X.    Cultural relics conservation and restoration technology

03X.    Cultural relics reproduction technology

04X.    Large-scale bronze reproduction technology

**43    Recycling and Disposal of Waste**

**44    Production and Supply of Electric Power and Heat Power**

**45    Production and Supply of Gas**

**46    Production and Supply of Water**

**47    Building and Civil Engineering Construction**

**48    Construction Installation**

**49    Construction Decoration**

01J.    Traditional Chinese architectural technology

01X.    Traditional Chinese architectural technology

**50   Other Construction**

    01X.    Building environmental control technology

**51   Railway Transport**

**52   Road Transport**

**53   Urban Public Transport**

**54   Water Transport**

    01X.    Port equipment manufacturing technology

    02X.    Liquid cargo transport technology

**55   Air Transport**

**56   Pipeline Transport**

**57   Loading, Unloading and Other Transport Services**

**58   Warehousing**

**59   Post**

**60   Telecommunications and Other Information Transmission Services**

    01J.    Computer network technology

    02J.    Spatial data transmission technology

    03J.    Satellite application technology

    01X.    Communication transmission technology

    02X.    Computer network technology

    03X.    Spatial data transmission technology

    04X.    Satellite application technology

**61   Computer Service**

01X.    Information processing technology

02X.    Computer application technology

**62  Software**

01X.    General computer software development technology

02X.    Information security firewall software technology

**63  Wholesale**

**65  Retail**

**66  Accommodation**

**67  Catering**

**68  Banking**

**69  Securities**

**70  Insurance**

**71  Other Financial Activities**

**72  Real Estate**

**73  Leasing**

**74  Commercial Service**

**75  Science and Experimental Development**

**76  Professional Technology Service**

01J.    Geodesy

01X.    Marine environment simulation technology

02X.    Geodesy

03X.    Precision engineering measurement technology

13

04X.   Vacuum technology

05X.   Acoustic engineering technology

06X.   Metrology and testing technology

07X.   Target feature extraction and recognition technology

**77   Science and Technology Exchange and Promotion**

**78   Geological Exploration**

01X.   Geophysical exploration technology

**79   Water Conservancy Management**

**80   Environmental Management**

**81   Public Facilities Management**

**82   Resident Service**

**83   Other Services**

**84   Education**

**85   Health**

01J.   Traditional Chinese medical technology

01X.   Traditional Chinese medical technology

14

# Catalog of Technologies Prohibited and Restricted from Export in China

## (Those Prohibited from Export)

## Livestock

No.: 050301J

Technology name:    Livestock breeds propagation technology

Key control points:    Propagation technology for breeds listed as "Class I" in the "Catalogue of Classification for Export Management of Livestock and Poultry Breeds in China"

No.: 050302J

Technology name:    Microbial fertilizer technology

Key control points:    Microbial fertilizer technology

No.: 050303J

Technology name:    China's unique species resources and technology

Key control points:    Paclitaxel and related technology

No.: 050304J

Technology name:    Silkworm breeds, propagation, and silkworm cocoon collection, processing, and utilization technology

Key control points: 1. Parent, grandparent and great grandparent eggs for common silkworm varieties

2. Utilization technology for silkworms such as tussah silkworm, castor silkworm, and wild silkworm and closely related silk-producing insects

# Fishery

No.: 050401J

Technology name:    Aquatic breeds propagation technology

Key control points:    Propagation technology for germplasms listed in the "Catalogue of Aquatic Germplasm Resources Not Exchanged with Foreign Countries at Present in China"

# Agricultural, Forestry, Livestock and Fishery services

No.: 050501J

Technology name:    Green plant growth regulator manufacturing technology

Key control points:    Product formula

# Mining and Processing of Non-Ferrous Metal Ores

No.: 050901J

Technology name:    Mining engineering technology

Key control points:    Ion-type rare earth leaching process

# Processing of Food from Agricultural Products

No.: 051301J

Technology name:    Meat processing technology

Key control points:    Jinhua ham manufacture process

# Manufacture of Beverages

No.: 051501J

Technology name:    Beverage manufacturing technology

Key control points: 1. Primary and refined tea making technology

2. Manufacturing technology for gunpowder tea primary processing and drying equipment

# Manufacture of Paper and Paper Products

No.: 052201J

Technology name:    Paper technology

Key control points: 1. Xuan paper manufacture process

2. Formula and manufacture process of Qian'an calligraphy and painting paper

# Manufacture of Raw Chemical Materials and Chemical Products

No.: 052601J

Technology name:    Fireworks and firecrackers manufacturing technology

Key control points:    Firecrackers and fireworks manufacturing process

1. Projectile loading process for ignition and detonation device
2. Filling drug formula and adhesive
3. Mechanical forming process of spherical shell
4. Multi-colored pellet flash firework formula and manufacturing process
5. Alloy powder formula and manufacture process

17

6. Chemical formula and manufacturing process of smokeless fireworks

## Manufacture of Medicines

No.: 052701J

Technology name:    Chemical synthesis and semi-synthetic caffeine manufacturing technology

Key control points:    Caffeine manufacture process technology

No.: 052702J

Technology name:    Riboflavin (VB2) manufacture process

Key control points: 1. Screening, culture conditions, and shake flask formula for genetically engineered bacteria for riboflavin BS-5

2. Riboflavin fermentation seed culture formula, culture, fermenter culture formula, culture conditions, main fermentation process parameters (pH, temperature, tank pressure, air volume, dissolved oxygen)

3. Riboflavin extraction route, solvent, and main process parameters (pH value, temperature)

No.: 052703J

Technology name:    Chinese medicinal resources and manufacturing technology

Key control points: 1. Wild traditional Chinese medicine resources and their propagation technology among rare and endangered protected fauna and flora worldwide

2. Germplasms and genetic resources and their propagation technology for Chinese medical herbs listed in the "Catalogue of Rare and Endangered Protected Plants in China" (1986)

3. Formula and manufacturing technology for substitutes of endangered and rare medicinal materials

4. The species, strains, purification, cultivation, fermentation, and manufacture process of medicinal fungi, including the following strains:

*Ophiocordyceps*

*Morchella esculenta*

*Fistulina hepatica*

*Coriolus*

*Ganoderma applanatum*

*Ganoderma* (*Ganoderma sinense*, *Ganoderma lucidum*)

*Omphalia*

*Polyporus*

*Armillaria mellea*

*Tricholoma matsutake*

*Dictyophora duplicata auct.*

*Dictyophora indusiata*

*Dictyophora muclticolor*

*Calvatia gigantea*

*Xylaria nigripes*

*Poria*

No.: 052704J

Technology name: Processing technology for traditional Chinese medicine decoction pieces

Key control points: 1. Processing technology and origin-based processing technology for toxic traditional Chinese medicines

(1)      *Aconiti radix cocta*

(2)      *Aconiti kusnezoffii radix cocta*

(3)      *Arisaematis rhizoma preparatum, arisaema cum bile*

(4)      *Typhonii rhizoma preparatum*

(5)      *Pinelliae rhizoma praeparatum cum alumine, rhizoma pinelliae praeparatum, pinelliae rhizoma praeparatum cum zingibere et alumine*

(6)      *Aconiti coreani radix preparata*

(7)      *Aconiti radix lateralis cocta*

(8)      *Phytolaccae radix preparata*

(9)      *Strychni semen preparatum*

(10)     *Myristicae semen tostum*

(11)     *Genkwa flos preparata*

(12)     *Bufonis venenum preparatum*

(13)     *Gambir resina preparata*

(14)     *Kansui radix preparata*

(15)     *Stellerae radix preparata*

(16)     *Crotonis semen pulveratum*

(17)     *Mylabris preparatum*

(18)     *Lytta preparatum*

(19)     *Realgar levigatum*

(20)     *Cinnabaris levigata*

(21)     *Euphorbiae pekinensis radix preparata*

(22)     *Euphorbiae semen pulveratum*

2. Processing technology and origin-based processing technology for commonly used bulk traditional Chinese medicines

(1) *Rhei radix et rhizoma preparata*

(2) *Rehmanniae radix preparata*

(3) *Polygoni multiflori radix preparata*

(4) *Cyperi rhizoma preparata*

(5) *Cervi cornu pantotrichum*

(6) *Hominis placenta*

(7) *Massa medicata fermentata*

(8) *Massa medicata fermentata* (Jianqu)

(9) *Manis squama preparata*

(10) *Cistanches herba preparata*

(11) *Polygonati rhizoma preparata*

(12) *Corni fructus preparatus*

(13) *Ligustri lucidi fructus preparatus*

(14) Ginseng radix et rhizoma rubra

(15) *Magnoliae officinalis cortex*

(16) *Asini corii colla*

(17) *Draconis sanguis*

No.: 052705J

Technology name: Chemical synthesis and semi-synthetic drug manufacturing technology

Key control points: Two-step fermentation preparation technology for vitamin C intermediate 2-keto-L-gulonic acid

# Manufacture of Non-metallic Mineral Products

No.: 053101J

Technology name: Amorphous inorganic non-metallic material manufacturing technology

Key control points: Preparation technology of high-power, large-size neodymium glass for laser technology

No.: 053102J

Technology name: Low-dimensional inorganic non-metallic material manufacturing technology

Key control points: Manufacturing technology for rigid, low-density thermal insulation materials bonded with carbon fibers or non-fibrous carbon, possessing one of the following characteristics

1. Can be used at high temperatures above 2273 K (2000°C)
2. Density 100~300 kg/m³
3. Compressive strength 0.1~1.0 MPa
4. Flexural strength ≥ 1.0 MPa
5. Carbon content accounts for more than 99.9% of the total solids

# Smelting and Pressing of Non-Ferrous Metals

No.: 053301J

Technology name: Non-ferrous metal metallurgical technology

Key control points: Ion adsorption type rare earth heap leaching extraction technology and formula

No.: 053302J

Technology name:  Rare earth refining, processing and utilization technology

Key control points: 1. Full extraction continuous separation of rare earth elements and "multi-outlet" process and parameters for rare earth extraction

2. Synthesis process of rare earth extractants

3. Process technology for extracting a single rare earth element (purity $\geq$ 99%)

4. Rare earth addition technology for metallic materials

5. Manufacturing technology for rare earth alloy materials and their products

6. Process and parameters for extracting rare earth elements from ion-type rare earth ores

# Manufacture of Special Purpose Machinery

No.: 053601J

Technology name:    Agricultural machinery manufacturing technology

Key control points:    Forming process and equipment design and manufacturing technology for gunpowder tea and flat tea

# Manufacture of Transport Equipment

No.: 053701J

Technology name:    Spacecraft telemetry and control technology

Key control points:    Encryption technology for satellites and their onboard radio telemetry

No.: 053702J

Technology name:    Aircraft design and manufacturing technology

Key control points:    Design and manufacturing technology for aero-gas turbine core

## Manufacture of Communication Equipment, Computers and Other Electronic Equipment

No.: 054001J

Technology name:    Integrated circuit manufacturing technology

Key control points:    Radiation protection technology and process

    (1)    CMOS/SOS (Complementary Metal-Oxide-Semiconductor/Sapphire-on-Silicon) device manufacturing technology with antistatic value $\geq$ 2,500 V and resistance instantaneous dose rate $> 1 \times 10^{11}$ rad(Si)-s.

    (2)    Manufacturing technology for bipolar device with antistatic value $\geq$ 3,000 V and resistance instantaneous dose rate $> 1 \times 10^{11}$ rad(Si)-s.

No.: 054002J

Technology name:    Robot manufacturing technology

Key control points:    Manufacturing technology for remote-controlled nuclear and chemical reconnaissance robot

## Manufacture of Measuring Instruments and Machinery for Cultural Activity and Office Work

No.: 054101J

Technology name:    Cartographic technology

Key control points:    Image products that can directly output Chinese topographic map elements with scale $\geq$ 1:100,000 and their application technology

## Manufacture of Artwork and Other Manufacturing

No.: 054201J

Technology name:    The manufacturing technology for calligraphy and painting ink and eight-treasure seal paste

Key control points:    1. Formula of calligraphy and painting ink

2. The formula for eight-treasure seal paste

## Construction Decoration

No.: 054901J

Technology name:    Traditional Chinese architectural technology

Key control points:    1. Traditional building material manufacturing process

2. Traditional architectural decoration process

## Telecommunications and Other Information Transmission Services

No.: 056001J

Technology name:    Computer network technology

Key control points:    Security and confidentiality technology for information involving national secrets used by China's government, political, economic, and financial departments

No.: 056002J

Technology name:    Spatial data transmission technology

Key control points:    Transmission confidentiality technology for satellite control information involving one of the following

1. Confidentiality principles, schemes, and circuit design technology

2. Encryption and decryption software and hardware

No.: 056003J

Technology name:    Satellite application technology

25

Key control points:    Encryption technology for information transmission in dual-satellite navigation and positioning systems

## Professional Technology Service

No.: 057601J

Technology name:    Geodesy

Key control points: 1. Satellite positioning technology that directly outputs China's geodetic coordinates

2. China's geodetic, satellite, gravity, and elevation databases and their development and application technology

3. China's earth gravity field model

## Health

No.: 058501J

Technology name:    Traditional Chinese medical technology

Key control points:    Key acupoints for acupuncture anesthesia for craniotomy

# Catalog of Technologies Prohibited and Restricted from Export in China

## (Those Restricted from Export)

## Agriculture

No.: 050101X

Technology name:  Crop (including forage grass) propagation technology

Key control points: 1. Seed production technology utilizing the heterosis of two-line and three-line hybrids in grain, cotton, and oil crops

2. Seed production technology for dominant nuclear male sterile rapeseed three-lines

3. Breeding and application technology for self-incompatible and male-sterile lines in vegetables

4. Maize anther culture medium preparation process

5. Artificial seed production and propagation technology for *Nostoc flagelliforme*

No.: 050102X

Technology name:  Economic crop cultivation and propagation technology

Key control points:  Ramie cultivation and propagation technology

1. New ramie variety supporting cultivation technology

2. Rapid propagation technology for ramie by softwood shoot cutting

3. Ramie layering propagation technology

## Forestry

No.: 050201X

Technology name:    Forest germplasm resources and their propagation technology

Key control points: 1. Propagation technology for Class I wild plants listed in the "Catalogue of Protected Wild Plants in China"

    2. Poplar triploids and their propagation technology

    3. Propagation technology for wild plants listed in the "Convention on International Trade in Endangered Species of Wild Fauna and Flora"

No.: 050202X

Technology name:    Garden plants and ornamental plants propagation technology

Key control points:    Propagation technology for ornamental plants listed in the "Catalogue of Protected Wild Plants in China"

No.: 050203X

Technology name:    Wild animal artificial propagation and conservation technology

Key control points: 1. Propagation technology for animals listed as Class III in the "Catalogue of Key Protected Wild Animals in China", and key feeding methods, feed formulas and additives for their offspring and chicks before six months of age.

    2. Feed formula and processing technology for the rare bird, the crested ibis

    3. Artificial propagation technology for giant pandas, a rare mammal

## Livestock

No.: 050301X

Technology name:    Livestock breeds propagation technology

Key control points: 1. Propagation technology for breeds listed as "Class II" in the "Catalogue of Classification for Export Management of Livestock and Poultry Breeds in China"

2. Baise pony propagation technology

3. Bama (Huanjiang) Fragrant Pig propagation technology

4. Beijing Oil Chicken propagation technology

# Fishery

No.: 050401X

Technology name:    Aquatic germplasm propagation technology

Key control points: 1. The propagation technology for germplasms listed in the "Catalogue of Aquatic Germplasm Resources Conditionally Exchanged with Foreign Countries at Present in China"

2. Freshwater microalgae cultivation and manufacture process

   (1)   Algal strain purification and mixed algae inhibition and control technology

   (2)   Algae cultivation process and concentration technology

   (3)   Related monitoring process

   (4)   Monitoring and control technology of water quality of water bodies for cultivation

3. Barracuda artificial propagation technology

   (1)   Freshwater broodstock breeding and drug-induced artificial propagation and fry rearing technology

4. Artificial fry rearing and artificial feed cultivation technology for mandarin fish

   (1)   Artificial fry rearing and spawning induction technology for mandarin fish

   (2)   First feed for juvenile fishes and their synchronous culture technology

5. River crab artificial propagation technology

   (1)   Spawning induction technology, facilities, and process

   (2)   Larval breeding and first feed

29

      (3)     Disease prevention and control

      (4)     River crab parent breeding

6. Grouper artificial fry rearing technology

      (1)     Broodstock breeding

      (2)     Ripening and spawning induction technology and drugs

      (3)     Seedling cultivation, diet conversion, transitional feed

7. Bostrichthys sinensis artificial fry rearing technology

      (1)     Juvenile fish breeding technology and process

      (2)     Broodstock breeding, spawning induction technology and process

8. Artificial propagation technology for Hepu mitten crab

# Agricultural, Forestry, Livestock and Fishery services

No.: 050501X

Technology name:     Veterinary drug manufacturing technology

Key control points: 1. Attenuated seed and vaccine manufacture process of equine infectious anemia virus

2. Attenuated seed and vaccine manufacture process of swine respiratory disease virus

3. Manufacture process of attenuated vaccine for goatpox

4. Sheep pox vaccine seed and vaccine manufacture process

5. Attenuated seed and vaccine manufacture process of bovine pleuropneumoniae virus

6. Manufacture process of attenuated vaccine for rinderpest

7. Manufacture process of attenuated vaccine for swine fever

8. Attenuated seed and vaccine manufacture process of duck plague virus

9. Manufacture process of cell vaccine and vaccine for theileria annulata

10. Attenuated seed of swine erysipelas

11. Fowl cholera propolis inactivated bacterial vaccine

   (1) Propolis adjuvant manufacture process

   (2) Bacterial vaccine manufacture process

12. Inactivated vaccine emulsification technology

13. Vaccine adjuvant formula

14. Attenuated strain and bacterial vaccine manufacture process for avian pasteurella multocida (B26-T1200)

15. Manufacture process of highly pathogenic avian influenza vaccine

16. Manufacture process of foot-and-mouth disease vaccine

No.: 050502X

Technology name:  Livestock and poultry feed and veterinary growth regulator manufacturing technology

Key control points: 1. Ascorbic acid polyphosphate manufacturing technology

2. Formula and manufacturing process of Zengrongling

3. Manufacture process of water-dispersible feed vitamin A, D, E dry powder and their premix

No.: 050503X

Technology name:   Livestock product processing technology

Key control points:   Processing techniques and technical route for processing deer antler using microwave energy and far-infrared rays

No.: 050504X

Technology name:   Bee propagation and bee product collection, processing and utilization technology

Key control points: 1. Bee venom extraction technology

2. Beeswax decolorization technology

3. Pollen cell wall breaking technology

4. Anti-cancer bee product formulation technology

No.: 050505X

Technology name:  Veterinary hygiene and quarantine technology

Key control points: 1. Detection technology for viable and attenuated swine fever antibodies

    (1)    Monoclonal antibody hybridoma cell lines

    (2)    Reagent manufacture process

2. Detection technology for viable and attenuated equine infectious anemia virus antibodies

    (1)    Monoclonal antibody hybridoma cell lines

    (2)    Reagent manufacture process

No.: 050506X

Technology name:    Forest pest and disease control technology

Key control points: 1. Predatory and parasitic natural enemies (insect species, fungal species, and other biological species) that have a significant inhibitory effect on forest pests, and their preservation and propagation technology.

2. Adjuvant formula in the preparation of Bacillus thuringiensis inoculants

3. Highly toxic Beauveria bassiana spore powder and its manufacturing technology

No.: 050507X

Technology name:    Forest chemical product processing technology

Key control points: 1. Extraction process and deep processing technology for polypentenol from plants

2.  Processing of plant-based polypentenol preparations and their hepatoprotective, antiviral, and antitumor drugs

3.  Synthesis process and deep processing technology for polypentenol phosphate

4.  Preparation method of ginkgo leaf polypentenol and ginkgo leaf extract

5.  Deep processing technology for ginkgo seed coat

6.  Processing technology and deep processing technology for olive leaf extract

7.  Manufacturing technology for activated carbon for large-capacity capacitors

8.  Extraction process and deep processing technology for eucommia ulmoides gum

9.  Performance indicators of main fast-growing pulping materials in China

10. Pulping and papermaking technology using non-wood fibers and forestry processing residues (pulping technology using fruit shell fibers, bast fibers, and agricultural residues).

11. Traditional handmade paper manufacturing technology

No.: 050508X

Technology name:    Newcastle disease vaccine technology

Key control points:    Newcastle disease vaccine technology

## Processing of Food from Agricultural Products

No.: 051301X

Technology name:    Grain processing technology

Key control points: 1. Comprehensive utilization technology for rice bran

2. Manufacturing technology for oryzanol, sterols, and inositol

No.: 051302X

Technology name:    Sugar processing technology

Key control points:    Sandwich single crystal rock sugar manufacture process

No.: 051303X

Technology name:    Egg processing technology

Key control points:    Lead-free preserved egg processing techniques

## Manufacture of Foods

No.: 051401X

Technology name:    Food additive manufacturing technology

Key control points: 1. Extraction process of carotene from Dunaliella salina

2. Monascus pigment producing strain and pigment extraction technology

3. Citric acid production strains using dried sweet potato as a raw material

4. Purification, crystallization, and catalytic hydrogenation technology of xylitol manufactured using corn cobs or bagasse as a raw material

## Manufacture of Beverages

No.: 051501X

Technology name:    Beverage manufacturing technology

Key control points: 1. Non-alcoholic beverage manufacturing technology

(1) Manufacture process of Coconut Palm Brand Natural Coconut Juice

(2) Future Cola main component formula and manufacture process

(3) Specific functional beverage manufacturing technology

34

   2.  Alcoholic beverage manufacturing technology

      (1)    Computerized blending & flavoring technology for Sichuan liquors

      (2)    Manufacture process of Moutai liquor

      (3)    Manufacture process technology of Qu making and rice wine medicinal starter for Huangjiu

# Manufacture of Textile

No.: 051701X

Technology name:    Textile natural fiber products and their processing technology

Key control points: 1. Ramie fabric finishing technology

          2.  Loose pile mercerizing process

No.: 051702X

Technology name:    Soybean protein fiber manufacturing technology

Key control points:    Soybean protein fiber manufacturing technology

No.: 051703X

Technology name:    Gambiered Guangdong silk processing technology

Key control points:    Processing techniques of gambiered Guangdong silk

No.: 051704X

Technology name:    Textile fiber products and their processing technology

Key control points: 1. Indigo dyeing process based on unique traditional formula

      (1)  Indigo dyeing process for handwoven fabrics

     2.  Traditional handmade tie-dye process technology

      (1)  Traditional handmade tie-dye process technology

3. Batik technique for silk broadcloth products

    (1) Silk broadcloth batik technique

4. Silk broadcloth anti-shrinkage and anti-wrinkle processing technology

    (1) Silk broadcloth anti-shrinkage and anti-wrinkle processing techniques

    (2) Silk broadcloth anti-shrinkage and anti-wrinkle adjuvant formula

## Manufacture of Paper and Paper Products

No.: 052201X

Technology name:    Paper technology

Key control points: 1. Formula and process of aviation oil filter paper with filtration accuracy $\leq 5\ \mu$

    2. Manufacture process of water-soluble or fast-burning document paper

    3. Cotton stalk newsprint manufacturing technology and process

    4. Chemical agent liquid droplet detector paper technology

    5. Manufacture process and formula for capacitor paper made from sisal

## Manufacture of Raw Chemical Materials and Chemical Products

No.: 052601X

Technology name:    Raw chemical material manufacturing technology

Key control points: 1. One-step manufacturing technology for cyanuric chloride

    2. Ion exchange method for producing ammonium paratungstate

    3. p-aminobenzenesulfonic acid refining process

    4. Electrochemical preparation process of succinic acid

No.: 052602X

Technology name:    Chemical pesticide manufacturing technology

Key control points: 1. Cypermethrin manufacturing technology

2. Bisultap and monosultap manufacturing technology

3. Bismerthiazol manufacturing technology

4. Brofluthrinate manufacturing technology

5. Flucythrinate preparation process

(1) Synthetic process of this product using methoxyphenylacetonitrile as a raw material

(2) Yield ≥ 50%

6. Preparation process of diamphenethide

(1) Preparation of intermediate dichloroethyl ether and condensation process of finished product

(2) Condensation yield ≥ 75%

7. Ethyl 1H-imidazole-4-carboxylate preparation process

(1) Process for preparing this product using chloroacetic acid as a raw material

(2) Total yield ≥ 24%

8. Preparation process of fenvalerate

9. Preparation technology for plant-based pesticides mainly based on Chinese herbal medicines

No.: 052603X

Technology name:    Biopesticide manufacturing technology

Key control points: 1. Manufacture process of nosema locustae preparation

2. Seed and manufacture process of preparations of fusiform polyhedrosis virus for prevention and treatment of grassland caterpillars

37

3. Validamycin strain and manufacturing technology

4. Nikkomycin Z strain and manufacturing technology

5. Lividomycin A sulfate strain and manufacturing technology

6. Aureonuclemycin strain and manufacturing technology

7. Ningnanmycin strain and manufacturing technology

No.: 052604X

Technology name:    Dye manufacturing technology

Key control points:    Synthesis technology for white fluorescent dyes with ultraviolet reflectance $\geq 80\%$

No.: 052605X

Technology name:    Coating manufacturing technology

Key control points:    Multi-color, multi-wavelength laser stealth coating formula and manufacturing technology

No.: 052606X

Technology name:    Catalyst manufacturing technology

Key control points: 1. One-step preparation technology for a catalyst for the production of tertiary amines from alcohols

2. Titanium dioxide carrier preparation technology

3. Formula and preparation process of gas deoxygenation catalyst with oxygen content < 1 ppm

No.: 052607X

Technology name:    Photosensitive material manufacturing technology

Key control points: 1. Preparation technology for colored negative photosensitive material emulsion

2. Preparation technology for photosensitive material emulsion for aerospace and aviation

3. Synthesis technology for special chemicals for photosensitive material manufacturing

No.: 052608X

Technology name:    Synthetic fiber manufacturing technology

Key control points: 1. One-step nitric acid processing technology for polyacrylonitrile precursor and carbon fiber

2. Aramid synthesis technology

No.: 052609X

Technology name:    Synthetic resin and its product manufacturing technology

Key control points:    Formula and synthesis process of bismaleimide resin

No.: 052610X

Technology name:    Industrial explosives and their manufacturing technology

Key control points: 1. Ammonium nitrate modification technology and process

2. Formula and manufacture process of modified ammonium nitrate series explosives

No.: 052611X

Technology name:    Industrial detonator manufacturing technology

Key control points: 1. Manufacturing and assembly technology for columnar safety elements for magnetoelectric detonators

2. Detonation and detection technology for iron leg wire magnetic detonators

3. Chemical formula, structure and manufacturing technology for non-primary explosive detonators

## Manufacture of Medicines

No.: 052701X

Technology name:    Chinese medicinal resources and manufacturing technology

Key control points: 1. Artificial cultivation technology for cordyceps militaris

2. The species protected as Class II or III under the "Regulations on the Protection and Management of Wild Medicinal Materials Resources" and their propagation technology

3. Artificial musk deer (Moschus berezovskii, Moschus chrysogaster) live musk extraction technology and propagation technology

4. Nucleus implantation technology for calculus bovis cultivation in cattle

5. Formula and technology for artificial bezoar, artificial tiger bone, artificial musk, and other varieties

6. The species protected as Class I under the "Regulations on the Protection and Management of Wild Medicinal Materials Resources" and their propagation technology

7. Plant seeds (including seed-based crude drugs), seedlings, and animal germplasm and their propagation technology for bulk medicinal material varieties listed in the Pharmacopoeia of the People's Republic of China

No.: 052702X

Technology name:    Biopharmaceutical manufacturing technology

Key control points: 1. Penicillin manufacturing technology

    (1)   High-yielding strain of *Penicillium chrysogenum*

    (2)   Fermentation units $\geq 55,000$ μ/ml

2. Streptomycin manufacturing technology

    (1)   Filtration, centrifugation, separation, and refining processes

    (2)   Streptomycin manufacturing technology with fermentation units $\geq 27,000$ μ/ml or total yield $\geq 75\%$

3. Manufacturing technology for high-yield cephalosporin C strain with fermentation units $\geq 25,000$ μ/ml or cephalosporin C with a total yield $\geq 70\%$

4. Chlortetracycline preparation process

    (1)   Chlortetracycline production strain

  (2) Fermentation units $\geq$ 20,000 μ/ml

  (3) Yield $\geq$ 90%

5. Attenuated bacterial or viral seed used in live vaccine manufacture and their breeding technology

  (1) Production virus seed for Hepatitis A (Live) Vaccine

  (2) Production virus seed for Japanese Encephalitis Vaccine, Live

6. The bacterial or viral seed suitable for industrial manufacture obtained through separation and screening, along with their breeding technology.

  (1) Production viral seed for inactivated vaccines against hemorrhagic fever with renal syndrome (including Hantaan virus type and Seoul virus type)

7. Bioengineered strains and cell lines that are obtained through genetic engineering methods and are suitable for industrial manufacture, and their breeding technology

  (1) Recombinant hepatitis B-Chinese hamster ovary cell line for the manufacture of hepatitis B vaccine

  (2) Recombinant hepatitis B-vaccinia virus seed for manufacture of hepatitis B vaccine

  (3) Bioengineered bacterial strain for producing interferon

8. Preparation process for snake venom single-component thrombin-like enzyme

  (1) Electrophoresis detection technology for single-component thrombin-like enzyme

  (2) 100% content of a single component

No.: 052703X

Technology name: Chemical synthesis and semi-synthetic drug manufacturing technology

Key control points: 1. Rifapentine preparation process

    (1)  Side chain yield $\geq 41\%$

    (2)  Condensation yield $\geq 78\%$

2. Rifandine preparation process

    (1)  Process for preparing this product from rifamycin S sodium salt via rifamycin S and other reactions

    (2)  Total yield $\geq 70\%$

3. Ketoprofen (formerly known as ketoibuprofen) preparation process

    (1)  Process for preparing this product using acetophenone as a raw material

    (2)  Total yield of p-acetophenone $\geq 34\%$

    (3)  Individual impurity $\leq 0.2\%$ (HPLC) in ketoprofen (formerly known as ketoibuprofen)

4. Ibuprofen preparation process

    (1)  Process for preparing this product using isobutylene as a raw material

    (2)  Total yield based on isobutylene $\geq 85\%$

5. Fosfomycin preparation process

    (1)  Fosfomycin sodium

    Process for preparing this product from propynyl alcohol as a starting material through esterification, rearrangement, hydrolysis, and other reactions

    (2)  Fosfomycin calcium

    Process for preparing fosfomycin using the intermediate for fosfomycin, i.e., levofosfomycin dextrophenylethylamine salt, as a raw material, through steps such as alkali release and salt formation

(3) Fosfomycin tromethamine

Process for preparing fosfomycin using the intermediate for fosfomycin, i.e., levofosfomycin dextrophenylethylamine salt, as a raw material, through steps such as double salt formation, resin exchange, and neutralization to form a salt

6. Doxorubicin preparation process

   (1) Process for synthesizing this product using daunorubicin as a raw material

   (2) Semi-synthetic yield $\geq 45\%$

7. Preparation process of vitamin $B_6$ with a total yield $\geq 44\%$

8. Process for separating and preparing huperzine A from *Huperzia serrata*

9. Process for preparing fluocinolone acetonide via direct introduction of 6α-fluorination and removal of inversion-elongation steps

10. Halcinonidi preparation process

   (1) Process for preparing this product using tetrahydroxypregn-cycloacetone as a raw material

   (2) Total yield $\geq 80\%$

No.: 052704X

Technology name:   Natural drug manufacturing technology

Key control points: 1. Artesunate preparation technology

   2. Preparation process of artemisinin and dihydroartemisinin

   3. Artemether preparation process

   4. Preparation process of erycibe alkaloid II with an extraction yield $\geq 0.007\%$.

5. Harringtonine preparation process

    (1) Fully synthetic process

    (2) Process for extracting this product and its alkaloids from *Cephalotaxus mannii*

6. Process for extracting and preparing crystalline trichosanthin from *Trichosanthis radix* (Snakegourd root)

7. Di'ao Xinxuekang (Chinese patent medicine) raw material and manufacture process

8. Preparation of marine and extraction process of matrine from sophora alopecuroides seed

No.: 052705X

Technology name: Traditional Chinese medicine formula and manufacturing technology

Key control points: Technology for controlling heavy metals in Shihu Yeguang Pills below the limit

No.: 052706X

Technology name: Preparation and processing technology for bioactive functional polymer materials

Key control points: 1. Synthesis technology for active functional polymer materials

    2. Technology for studying biological activity and pharmacological effects

No.: 052707X

Technology name: Preparation and processing technology for tissue engineering medical device product

Key control points: 1. Tissue cell isolation and culture technology

    2. Formula and technology for tissue cell culture medium

    3. Material support processing technology

    4. Tissue engineering product cultivation and processing technology

    5. Preservation technology for tissue-engineered products

# Manufacture of Rubber

No.: 052901X

Technology name:    Rubber product manufacturing technology

Key control points: 1. Aircraft tire manufacturing technology

2. Rubber heavy-duty tire manufacturing technology

# Manufacture of Non-metallic Mineral Products

No.: 053101X

Technology name:  Daily-use ceramics and their products manufacturing technology

Key control points: 1. Traditional ceramic formula and manufacture process

2. Traditional ceramic glaze formula and manufacture process

3. Formula and manufacture process for fine daily-use porcelain with a high quartz, talc quartz, or high feldspar texture.

4. Formula and firing process of rare earth color glaze for ceramics

5. Ceramic painting and modern black pottery techniques

6. Jun porcelain fixed-point reduction process, Jun porcelain body and glaze formula and firing process

7. Technology to achieve a glaze thickness of $\leq 0.4$ mm

8. Glaze raw material, formula and firing process

9. In-glaze colored crystal porcelain manufacturing technology

10. Underglaze colored glaze formula and manufacture process

11. Ceramic crystalline glaze formula and its continuous manufacture process

No.: 053102X

Technology name:    Refractory material manufacturing technology

Key control points:  Composition of low-ablation-rate refractory concrete and technology for forming a uniform silicate melt capping layer

No.: 053103X

Technology name:    Inorganic non-metallic material manufacturing technology

Key control points: 1. Preparation technology for non-metallic fiber asbestos-free reinforced wear-resistant materials

(1)  Formula and processing techniques for a non-metallic fiber asbestos-free reinforced material

(2)  Anti-wear agent manufacturing technology

2. Continuous SiC (silicon carbide) fiber manufacturing technology

(1)  Polycarbosilane molecular weight and molecular weight distribution control technology

(2)  Organosilicon polymer continuous spinning technology

(3)  Two-step non-melting treatment technology

(4)  Polycarbosilane pyrolysis synthesis process

3. Carbon fiber product processing technology with the following characteristics

(1)  Fine-weave puncture fabric technology

(2)  Tri-cone fabric technology

4. Preparation technology for boron nitride (BN) fiber moisture-proof coating

5. Preparation technology for zirconia fiber thermal insulation material

6. Technology for preparing silicon carbide (SiC) fibers by chemical vapor deposition (CVD)

No.: 053104X

Technology name:    Artificial crystal growth and processing technology

Key control points: 1. Growth process and substrate finishing technology for tellurium dioxide ($TeO_2$) and aluminum molybdate ($Al_2[MoO_4]_3$) single crystal

2. Fabrication method of ultra-long (> 250 mm) lithium niobate wafers

   (1)    Growth technology for lithium niobate crystal with a length > 280 mm and a diameter > 40 mm

   (2)    Finishing technology for lithium niobate single crystal wafer with a length > 250 mm

3. Growth processes and wafer processing technology for bismuth silicate (BSO) and bismuth germanate (BGO) single crystal with a length > 180 mm

4. Preparation process of 75-3 water-soluble photoresist masking dry film

5. Growth process of photorefractive single crystal of tungsten bronze for self-pumped phase-conjugate mirrors (SPPCMs)

6. Raw material processing technology and growth process of potassium niobate ($KNbO_3$) crystal

7. Potassium oxytitanium phosphate (KTP) crystal growth control technology

8. Radiation-resistant artificial crystal growth process with the following properties

   (1)    Quality factor (Q) value $\geq 3 \times 10^6$

   (2)    The inclusion level is not lower than IECI (international electrotechnical commission) Class A

   (3)    Aluminum (Al) content $\leq 1$ ppm

   (4)    Corrosion tunnel density $\leq 10$ tunnels/cm$^2$

9. Preparation technology for rare earth-iron (Tb-Dy-Fe system) giant magnetostrictive single crystal material

47

(1) Process for crystal growth in pollution-free magnetic levitation cold crucible by Czochralski method

(2) Single crystal composition and structure control technology

10. Growth process of lithium tetraborate and lithium triborate (LBO) crystals

11. Growth process of neodymium-doped yttrium aluminum borate (NYAB) crystals

12. Growth process of barium strontium titanate (SBT) crystals

13. Growth process of barium metaborate (BBO) crystals

14. Growth process of strontium borate (SBBO) crystals

No.: 053105X

Technology name:    Polymer-based composite material manufacturing technology

Key control points: 1. Manufacturing technology for fiber-reinforced resin-based composite materials for spacecraft shells

2. Manufacturing technology for fiber-reinforced resin-based ablation-resistant, heat-insulating, and heat-resistant composite materials for high-pressure vessels (pressure $\geq 25$ MPa)

3. Manufacturing technology for fiber-reinforced resin-based ablation-resistant composite materials with bulk density 1.5~1.7 $g/cm^2$ and an ablation rate $\leq 0.22$ mm/s

4. Resin matrix formula in hot-melt process

## Smelting and Pressing of Ferrous Metals

No.: 053201X

Technology name:    Iron and steel metallurgical technology

Key control points: 1. Manufacturing technology for high temperature alloys with a temperature resistance of $\geq 850℃$

2. Formula and manufacturing technology for military stealth materials

3. Formula and manufacturing technology for transpiration (sweat) cooling materials with temperature resistance $\geq 2000°C$

# Smelting and Pressing of Non-ferrous Metals

No.: 053301X

Technology name:    Non-ferrous metal metallurgical technology

Key control points: 1. Non-toxic (cyanide-free) heap leaching gold extraction technology and formula

2. The "dissolution method" process for recovering gallium from the raw solution using a seeded mother liquor in alumina manufacture

3. Powdering and consolidation process for preparing beryllium materials with strength $\geq 520$ MPa

4. High-temperature superconducting wire and tape manufacturing technology with the following characteristics

(1) Critical temperature > 77 K, length > 100 m, critical current density > $1×10^4$ A/cm$^2$ (At 77 K, under self-field)

5. High-temperature superconducting thin film manufacturing technology with the following characteristics

(1) Critical temperature > 77 K, area > 5 cm$^2$ critical current density > $1×10^6$ A/cm$^2$ (At 77 K, under zero field)

No.: 053302X

Technology name:  Amorphous and microcrystalline metal metallurgical technology

Key control points: 1. Amorphous material winding technology

2. Self-propagating high-temperature synthesis and preparation technology

(1) Hard impact-resistant material preparation technology

49

(2)   Nanoscale grain preparation technology

3. Preparation technology for nanoscale ultrafine powder

## Manufacture of Metal Products

No.: 053401X

Technology name:    Heat treatment technology

Key control points: 1. Mold heat treatment technology

(1)   Rare earth-boron co-diffusion agent formula

(2)   Rare earth-boron co-diffusion treatment process

2. Formula and process for rare earth-carbon-nitrogen co-diffusion and rare earth-carbon co-diffusion.

3. Formula and heat treatment process of loader bucket teeth material

No.: 053402X

Technology name:    Metal-based composite material manufacturing technology

Key control points: 1. Metal-ceramic nanoscale material preparation technology

(1)   WC-Co (Tungsten carbide-cobalt) submicron powder preparation technology

(2)   Preparation technology for WC-Co (tungsten carbide-cobalt) submicron grain composite materials

2. Preparation technology for fiber reinforced aluminum-based composite materials

3. Preparation technology for ultra-hybrid aluminum-based composite plates

       (1)  Bamboo modification process

       (2)  Modified bamboo-reinforced aluminum composite process

       (3)  Vinylon reinforced aluminum composite process

4. Chemical vapor infiltration technology for preparing composite materials

## Manufacture of General Purpose Machinery

No.: 053501X

Technology name:    Casting technology

Key control points: 1. Formula of high-temperature resistant coated sand additive

2. Electroslag casting technology for the following large and medium-sized and thin-walled variable curvature surface castings

    (1)  Determination of various temperature fields under unsteady conditions

    (2)  Software package for constructing components for electroslag cast variable surface

No.: 053502X

Technology name:    General purpose machinery manufacturing technology

Key control points: 1. Metal centrifuge rotor forming technology

    (1)  Corrugated forming process

    (2)  Cylinder spinning process and finish process

    (3)  Rotor assembly and debugging process

2. Manufacturing technology for upper and lower dampers for metal centrifuges

    (1)  Upper damping shell forming process

    (2)  Assembly and adjustment process

    (3)  Structural parameters and performance parameters testing principles, methods and experimental test devices for upper and lower damping structures

No.: 053503X

Technology name:    General component manufacturing technology

Key control points: 1. Integral forming process of titanium alloy spherical high-pressure vessel

2. Manufacturing technology for three-ring speed reducing (or increasing) transmission device

(1)   Selection of design parameters

(2)   Manufacturing process technology

No.: 053504X

Technology name:    Gas turbine manufacturing technology

Key control points:  Manufacturing technology for high-temperature blade material for gas turbine that simultaneously possesses the following indicators

1. Casting and machining of tantalum-free nickel-based alloys

2. High-temperature corrosion resistant coating for surfaces operating at $\geq 850°C$, with a lifespan of $\geq 10,000$ hours

No.: 053505X

Technology name:    Combustion technology in boiler manufacturing

Key control points: 1. Software technology for coal characteristic testing and research to provide coal quality data for boiler design

2. Reliability evaluation for subcritical cycle (including controlled cycle and natural cycle) coal-fired boilers

## Manufacture of Special Purpose Machinery

No.: 053601X

Technology name:    Refrigeration and cryogenic engineering technology

Key control points:    Dewar flask design technology at temperature < 6 K

No.: 053602X

Technology name:    Firefighting technology

Key control points: 1. Electrical fire identification technology

2. Smoke extinguishing technology for flammable liquid storage tanks

(1)  Structure design and its process parameters

(2)  Smoke agent formula and preparation process

No.: 053603X

Technology name:  Criminal technology

Key control points: 1. Fingerprint automatic recognition algorithms and processing technology

2. Human post-mortem time testing technology

(1)  Manufacture process of tubular flow-through assembled chemical sensors

(2)  Sensor-specific reagent formula

3. Laser trace inspection technology

(1)  Resonant cavity self-calibration design technology

(2)  Dye laser design technology

4. Preparation technology for enzyme-labeled monoclonal antibodies

No.: 053604X

Technology name:  Medical diagnostic instruments and equipment manufacturing technology

Key control points: 1. Manufacturing technology for the main magnet of a medical magnetic resonance imaging device that simultaneously possesses the following indicators

53

(1) Magnetic field uniformity: 50 cm diameter sphere volume (DSV), maximum deviation $\leq 18.3\times10^{-6}$, root mean square value $\leq 5.1\times10^{-6}$; 30 cm diameter sphere volume (DSV), maximum deviation $\leq 2.4\times10^{-6}$, root mean square value $\leq 0.7\times10^{-6}$

(2) Central magnetic field induction intensity $\geq 0.6$ T (Tesla) (6000 Gauss).

(3) Magnetic field stability $< 0.1\times10^{-6}$/h

2. Manufacturing technology for a medical image bundle

(1) Optical fiber monofilament drawing technology with a diameter $\leq 0.012$ mm

(2) Manufacturing technology for a optical fiber image bundle with a cross-sectional diameter $\leq 1.1$ mm and a length $\geq 780$ mm

3. Transducer structure, materials, and manufacturing process of B-mode ultrasound diagnostic instrument

4. Medical sensor manufacturing technology

(1) Manufacturing technology for breathing oxygen partial pressure sensors

(2) Respiratory flow sensor manufacturing technology

(3) Manufacturing technology for respiratory rate and respiratory wave sensors

(4) Manufacturing technology for breathing pressure differential sensors

(5) Human blood pressure sensor manufacturing technology

(6) Pulse rate and pulse wave sensor manufacturing technology

(7) Cardiac function sensor manufacturing technology

(8) Enzyme immunosensor manufacturing technology

(9) Design, manufacturing process and testing technology for physiological sensors

(10) Design, manufacturing process, and testing technology for digital capacitive micro-displacement sensors (resolution $\geq 0.01\ \mu m$)

# Manufacture of Transport Equipment

No.: 053701X

Technology name:    Ship type design and testing technology

Key control points: 1. Formula and structure of floating body and sealing materials for underwater robots

2. Technology for shallow draft and ultra-shallow draft full-bodied ships

   (1)  Shallow draft full-bodied ships: The breadth-to-draught ratio (B/T) $\geq 3.5$; block coefficient ($C_b$) $\geq 0.82$

   (2)  Ultra-shallow draft full-bodied ships: The breadth-to-draught ratio (B/T) $\geq 4.0$; block coefficient ($C_b$) $\geq 0.82$

3. Hovercraft skir technology

4. Hull form design and testing technology for ram-wing-ground effect crafts

5. Hull form technology for air-wing-ground effect crafts

6. Waterjet propulsion technology

7. Inland waterway pushboat and tugboat [1.1 $\leq$ (propeller diameter/draft) $\leq$ 1.4] reversing rudder, ducted rudder, flap rudder propulsion operating system technology

8. Stern flow field technology for inland waterway vessels [1.1 $\leq$ (propeller diameter/draft) $\leq$ 1.4]

9. Marine propeller rectifier hub cap technology

   (1)  Technology for eliminating hub cap cavitation

        (2)  Hub-shaped and small-blade airfoil section design methods

10. Marine oil-water separation technology

No.: 053702X

Technology name:  Marine equipment manufacturing technology

Key control points:  Ship docking sonar

    1. Software

    2. Transducer manufacturing process

    3. Signal processing module

No.: 053703X

Technology name:  Shipbuilding technology

Key control points: 1. Anti-deformation technology for casting copper alloy propellers with diameters > 3 m

    (1)  Blade pressure surface pitch and blade inclination angle deformation

    (2)  Optimal geometric shape for reduction of machining allowance on blade suction surface

2. Diesel engine double-layer vibration isolation technology

No.: 053704X

Technology name:  Marine material manufacturing technology

Key control points:  Chemical formula and manufacturing processes of a series of polymer vibration damping and noise reduction material

No.: 053705X

Technology name:  Aircraft design and manufacturing technology

Key control points:  Source program for subsonic aerodynamic calculation of complex combinations [< 340 m/s]

No.: 053706X

Technology name:    Aircraft component manufacturing and testing technology

Key control points:    Speed adjustment and testing system for helicopter rotor dynamic balancing test bench

No.: 053707X

Technology name:    Aerospace material manufacturing technology

Key control points: 1. Preparation technology for rare earth-containing aluminum-lithium alloys

    (1)  The types and contents of rare earth elements contained therein and the methods of adding rare earth elements.

2. Manufacturing technology for directionally solidified superalloys containing tungsten [W] and hafnium [Hf], both at 1.5%~2.5%

    (1)  Selection and control of alloy composition

    (2)  Smelting process and directional crystallization process

    (3)  Heat treatment process flow and specifications

3. Manufacturing technology for multipolar anisotropic cast magnet steel

    (1)  Manufacturing process

    (2)  Magnetic measurement technology

4. Preparation technology for interlayer alloy for single crystal turbine blade connection

    (1)  Composition of Ni-Co-Cr-W-Hf [nickel-cobalt-chromium-tungsten-hafnium] alloys

    (2)  Preparation process of intermediate layer alloy

## Manufacture of Electrical Machinery and Equipment

No.: 053901X

Technology name:     Electrical material manufacturing technology

Key control points: 1. Manufacturing technology for contact materials for medium-voltage (10~35 kV) vacuum circuit breakers

2. Formula and manufacturing technology for flame-retardant and arc-resistant unsaturated polyester glass fiber reinforced plastics

3. Formula for composite insulators with tensile strengths of 330 kV, 500 kV, 100 kN, 160 kN, 210 kN, and 300 kN

4. Manufacturing technology for copper-tungsten-tungsten carbide (Cu-W-W C) contact materials for vacuum contactors

No.: 053902X

Technology name:     Wire and cable manufacturing technology

Key control points: 1. Formula and preparation process of non-combustible cable insulation material that simultaneously meets the following conditions

(1) Operating temperature > 250°C

(2) No burning after being exposed to an open flame at 800°C for ≥ 1.5 hours

(3) Withstand voltage ≥ 2,500V

2. Manufacturing process of symmetrical radio frequency cables for nuclear power plants

3. Formula and manufacturing process of rare earth aluminum wire for electrical conductivity

4. Formula of high-speed extruded polyvinyl chloride cable material

5. Manufacturing process of power, control and meter cables for nuclear power plants

6. Manufacturing technology for high-temperature (120°C) aluminum-sheathed submersible pump cables

# Manufacture of Communication Equipment, Computers and Other Electronic Equipment

No.: 054001X

Technology name:    Electronic device manufacturing technology

Key control points: 1. Manufacturing technology for broadband miniaturized isolator

    (1) Design and manufacturing process of miniaturized isolators with ultra-octave bandwidth (relative bandwidth $\geq 70\%$)

    (2) Formula and preparation process of ferrite material with extremely narrow ferromagnetic resonance linewidth $\Delta H < 2$ Oersted

    (3) Ultra-wideband (relative bandwidth $\geq 70\%$) matching technology and wide-temperature (-55°C ~ +125°C) compensation technology

2. Design technology and manufacturing process of broadband (2~8 GHz) suspended bandline frequency divider

3. Piezoelectric gyroscope sensors manufacturing technology

    (1) Design and manufacturing process of support system

    (2) Bonding process of piezoelectric transducers

    (3) Structural design, process and heat treatment technology for metal vibrating beams

    (4) Zero-calibration system structural design and assembly technology

    (5) Zero-correction signal processing technology

4. Surface acoustic wave device design technology

    (1) Surface acoustic wave filter (frequency > 2 GHz, out-of-band rejection > 70 dB, insertion loss < 1.5 dB)

    (2) Surface acoustic wave tapped delay line (code points > 1023 bits, operating frequency > 600 MHz)

    (3) Surface acoustic wave convolutional converter (code points > 1023 bits, operating frequency > 600 MHz)

    (4) Surface acoustic wave fixed delay line (frequency > 2 GHz,

delay time > 300 μs)

    (5) Surface acoustic wave dispersion delay line (frequency > 500 MHz, time-band product > 10000, sidelobe suppression > 32 dB)

    (6) Surface acoustic wave pulse compression line (sidelobe suppression > 32 dB, second-order clutter signal simulation calculation technology, sidelobe suppression weighted compensation method, phase error compensation technology)

5. Surface acoustic wave device manufacturing technology

    (1) Combination technology

    (2) Matching technology

    (3) Large-area [220 mm×20 mm] photolithography technology

6. Design and manufacturing technology for electron gun with resistance to back-bombing of standing wave accelerator tube

7. Multi-beam klystron design and focusing technology

8. Technology of ion beam treatment for improving grid electron emission

No.: 054002X

Technology name:    Semiconductor device manufacturing technology

Key control points: 1. High-power optically controlled bidirectional thyristor with a centrally tapered slotted photosensitive gate

    (1) Cr-Ni-Ag [Chromium-Nickel-Silver] metal barrier layer sintering technology

          (2) $SiO_2$ [silicon dioxide] and $Si_3N_4$ silicon nitride insulating film gate formation process

2. Manufacturing technology for diodes with conductivity resistance < 2 Ω

3. Raw material preparation technology and epitaxial technology for single crystal light-emitting screen

No.: 054003X

Technology name:    Sensor manufacturing technology

Key control points: 1. Design, manufacturing, and calibration technology for Hall probes for electron collider spectrometers

2. Design and manufacturing technology for far-field eddy current test probe

No.: 054004X

Technology name:    Microwave technology

Key control points:    High-power [hundred-megawatt level] microwave technology

1. Pulsed power technology and high-current electron beam acceleration technology

2. Explosive magnetic compression technology

No.: 054005X

Technology name: Fiber optic manufacturing and fiber optic communication technology

Key control points: 1. Manufacturing technology for carbon dioxide [$CO_2$] laser transmission optical fibers

          (1) Composition and fabrication technology for glass optical fiber with optical loss < 1 dB/m at 10.6 μm

          (2) Fabrication technology for crystal fiber with optical loss < 0.5 dB/m at 10.6 μm

          (3) Fabrication technology for hollow-core fiber with optical loss < 1 dB/m at 10.6μm

2. Manufacturing of double crucibles and technology for drawing optical glass fibers using 20-hole crucibles

3. Process parameters for fiber drawing and coating production line technology

4. Programmable digital phase-locked loop frequency synthesis technology; DDS+PLL frequency hopping signal source

No.: 054006X

Technology name:  Computer hardware and peripheral device manufacturing technology

Key control points: 1. Manufacturing technology for supercomputers [$\geq$ 130 billion operations]

    (1) Overall design technology

    (2) Host and operating system technology

    (3) Manufacturing and development technology for mainframes, auxiliary equipment, and external devices

2. Implementation technology for high-speed communication mechanism for multi-port memory in parallel computers

3. Design technology for bus and interrupt control of fully symmetric multiprocessors in parallel computers

No.: 054007X

Technology name:  Wireless communication technology

Key control points: 1. Antenna array technology

    (1) Broadband antenna arrays exceeding one octave [center frequency $\geq$ 100%]

    (2) Precision machining technology for broadband feeds [> 800 MHz, in the C-band]

2. Microwave direct modulation frequency division phase-locked solid-state source fabrication technology

3. Integrated acousto-optic heterodyne reception technology with bandwidth >100 MHz and dynamic range > 90 Db

4. Fast acquisition technology for CDMA burst signals with C/No below 46 dB.Hz

No.: 054008X

Technology name:　Robot manufacturing technology

Key control points:　Manufacturing and control technology for underwater autonomous or semi-autonomous robots

No.: 054009X

Technology name:　Metrological basis, standard manufacturing and quantity value transfer technology

Key control points: 1. Manufacturing technology for bracelet toroidal inductors with accuracy $\leq 2\times10^{-4}$ and annual stability $\leq 10^{-4}$

    (1) Winding and shielding technology of inductive coils

    (2) Temperature compensation technology for bracelet toroidal inductive coil

    (3) Moisture-proof and shockproof technology

2. Structure design of RF voltage standard RF socket and manufacturing technology for thin film radial strip thermistors

3. Standard time satellite transmission technology

4. Manufacturing process and parameters of helium-neon frequency stabilization (relative wavelength change $\triangle\lambda/\lambda = 10^{-10}\sim10^{-11}$) optical iodine chamber, laser tube, and resonant cavity mirror

5. Manufacturing technology for electrical alternative radiometer receiving cavity

    (1) Manufacturing process of the metal cavity in an electrical substitution radiometer with an absorptivity $\geq 0.998$

    (2) Manufacturing technology for electric heaters for metal cavities

No.: 054010X

Technology name:    Space material manufacturing technology

Key control points: 1. Formula and manufacture process of ablation material for recoverable satellites

2. Formula and manufacture process of catalyst for satellite attitude control thruster

No.: 054011X

Technology name:    Space instrument and equipment manufacturing technology

Key control points:    Manufacturing technology for remote sensing imaging spectrometers with more than 150 channels

## Manufacture of Measuring Instruments and Machinery for Cultural Activity and Office Work

No.: 054101X

Technology name:  Thermal measurement instrument and meter manufacturing technology

Key control points:  Manufacturing technology for dual vortex flowmeters that simultaneously possess the following indicators

1. For pipe diameters of 50~2,000 mm

2. Measurement accuracy > 0.5%

3. Flow velocity $\geq$ 0.2 m/s

4. The pipeline media are water and steam with temperature $\leq$ 300°C

No.: 054102X

Technology name:  Mechanical measuring instrument and meter manufacturing technology

Key control points:    High-precision roundness tester

1. On-line measurement technology for roundness and cylindricity of large-size workpieces ($\Phi$250~$\Phi$1000)

2. Error separation and error compensation technology to improve spindle rotation accuracy and measurement accuracy ($\pm$0.005$\mu$m)

No.: 054103X

Technology name:   Non-destructive flaw detection technology

Key control points: Manufacturing technology for accelerating tubes for standing-wave electron linear accelerators for flaw detection

No.: 054104X

Technology name: Material testing machine and instrument manufacturing technology

Key control points: 1. Online, dynamic, and synchronous detection technology for patch photoelasticity

2. Design technology for high-speed liquid hydrogen bearing testing machine (> 40,000 rpm)

   (1) Control technology for spindle deformation at low temperature (below -240°C)

   (2) Heat conduction and thermal isolation technology

   (3) Loading system

No.: 054105X

Technology name:   Timing instrument manufacturing technology

Key control points: 1. Charged coupled device (CCD) imaging sensing technology and control methods in dedicated equipment for end-point image capture timing and interpretation

2. Sensing method and manufacturing process for touchpad in complete timing and scoring equipment for swimming (finswimming)

No.: 054106X

Technology name:   Precision instrument manufacturing technology

Key control points: 1. High-precision (resolution > 20 μm at 5.1 mm) reflective acoustic microscope

   (1) Acoustic mirror manufacturing technology

      (2) Acoustic mirror imaging and V(Z) curve principle, and shadow imaging method

2. Modern laser optical measurement research on diesel engine vibration modes

      (1) Aspherical lens design and manufacturing technology

      (2) Optical two-way system design and structural technology

3. Four-coordinate probe displacement mechanism technology

      (1) Design and manufacturing process of a four-coordinate displacement mechanism

      (2) Design and manufacturing process of high frequency response ($\geq$ 20 kHz) pressure probes

No.: 054107X

Technology name:    Cartographic technology

Key control points:    Key algorithms in China's geographic information systems and topographic and geographic coordinate data with a scale > 1:1,000,000 in systems

No.: 054108X

Technology name:    Earthquake observation instrument manufacturing technology

Key control points: 1. Manufacturing technology for seismograph with observation frequency band up to DC and sensitivity $\geq$ 1,000 V·s/m

      2. Manufacturing technology for downhole triaxial seismograph with borehole diameter < 130 mm, period > 1 s, and sensitivity $\geq$ 500 V·s/m

No.: 054109X

Technology name: Glass and amorphous inorganic non-metallic material manufacturing technology

Key control points: 1. Multi-head small ion source manufacturing technology for coating machines

      (1) Ion beam assisted evaporation process

66

(2)  Ion beam spot synthesis technology

2.  Composition and manufacturing technology for $F_1$ enhanced platinum for making crucibles

# Manufacture of Artwork and Other Manufacturing

No.: 054201X

Technology name:    Artwork manufacturing technology

Key control points: 1. Metal artwork manufacturing technology and process

(1)  Speckle copper finish process

2. Lacquerware artwork manufacturing technology and process

(1)  Raw material processing and manufacturing process of lacquerware dotted mother-of-pearl inlay

3. Embroidery making technology and craftsmanship

(1)  Double-sided three-variation embroidery, three-variation kesi weaving technique and stitch trimming method

(2)  Technical know-how of the four-dragon gold-woven gauze dragon robe, floral satin dragon robe and peacock feather gold-woven Zhuanghua robe at the Ming Dynasty

4. Other artworks manufacturing technology and process

(1)  Inside painting techniques for snuff bottles and other artworks

No.: 054202X

Technology name:    Cultural relics conservation and restoration technology

Key control points: 1. Application of catalysts and formula in dehydration and shaping technology for ancient water-saturated lacquered wood artifacts

2. Ancient Chinese painting and calligraphy unmounting & remounting technology

No.: 054203X

Technology name:    Cultural relics reproduction technology

Key control points: 1. Ancient silk fabric replication technology

2. Emulsion formula process for photographic reproduction of ancient calligraphy and paintings

3. Ancient bronze mirror finish process

No.: 054204X

Technology name:    Large-scale bronze reproduction technology

Key control points: 1. Complete ancient chime bell replication technology

2. Replication technology for bronze chariots and horses unearthed from the Mausoleum of the First Qin Emperor, etc.

## Construction Decoration

No.: 054901X

Technology name:    Traditional Chinese architectural technology

Key control points:    Oil painting pigments and painting process

## Other Construction

No.: 055001X

Technology name:    Building environmental control technology

Key control points:    Constant temperature control technology with an accuracy of ±0.01°C

# Water Transport

No.: 055401X

Technology name:    Port equipment manufacturing technology

Key control points: 1. Manufacturing technology for equipment with non-powered, automatic balancing, and uninterrupted operation functions

2. Design technology for sliding block single-rope multi-lobed grab buckets for timber and scrap steel, and asynchronous opening and closing grab buckets for scrap steel blocks

3. Technical data of hanging chain bucket ore ship unloader

4. Key technology numbers for container loading and unloading

No.: 055402X

Technology name:    Liquid cargo transport technology

Key control points: 1. Formula and monomer synthesis process of chemical treatment agents for oil spills

2. Manufacturing technology for oil slick monitoring and alarm equipment

# Telecommunications and Other Information Transmission Services

No.: 056001X

Technology name:   Communication transmission technology

Key control points: 1. Television and telephone confidentiality technology

(1)    Password design technology

2. Information transmission, encryption, and decryption technology in the military field developed independently and applied by China

69

3. Underwater low-frequency electromagnetic communication technology

    (1)   Technology for underwater communication using low-frequency electromagnetic fields

    (2)   Low noise amplification technology

    (3)   High sensitivity and anti-interference technology

4. Communication confidentiality technology

    Various communication confidentiality devices and communication encryption technology specifically developed, designed, and manufactured for China

No.: 056002X

Technology name:    Computer network technology

Key control points:    Supercomputer [$\geq$ 130 billion operations] network systems, parallel processing technology

No.: 056003X

Technology name:    Spatial data transmission technology

Key control points: 1. Design and manufacture process of L-band portable, foldable, and umbrella-shaped parabolic antenna with efficiency of 65%

2. Manufacturing technology for medium material with the loss less than $10^{-4}$ for the Ku-band planar antenna

3. Encoding and compression technology for aircraft-satellite-earth real-time transmission data

No.: 056004X

Technology name:    Satellite application technology

Key control points: 1. Two-satellite navigation and positioning systems involving one of the following

    (1)   Signal format, device structure and manufacturing process of the inbound signal real-time acquisition unit

(2)    Signal acquisition method, circuit structure and dedicated chip of the outbound signal fast acquisition unit

(3)    The system's information transmission system, modulation method, and frame structure

2.    Fast image processing methods and softwares

## Computer Service

No.: 056101X

Technology name:    Information processing technology

Key control points:  1. Intelligent Chinese character voice development tool technology

2.    Design and manufacturing process of character-based Chinese character display controller

3.    Core technology for computer Chinese system

4.    Raster/vector hybrid information processing methods in computer aided design (CAD) and document management systems for engineering drawings

5.    Chinese platform technology (core technology for Chinese processing)

6.    Information access, encryption and decryption technology

7.    Chinese-foreign language translation technology

8.    Minority language processing technology

9.    Chinese character and voice recognition technology

10. Chinese or minority language voice synthesis technology

11. Chinese character compression and restoration technology

12. Printed Chinese character recognition technology, program structure, main algorithms and source code

71

13. Videotex system's Chinese character processing technology and internetwork control technology

14. Offline handwritten Chinese character recognition system and method with interactive and self-learning functions

15. Handwritten and printed samples, as well as Chinese corpora, used in computer Chinese character input recognition methods

16. The source code for feature extraction methods and text segmentation technology for Chinese character recognition

No.: 056102X

Technology name:     Computer application technology

Key control points: 1. Parallel graph reduction intelligent workstation

2. CIMS (computer integrated manufacturing system) experimental engineering

## Software

No.: 056201X

Technology name:     General computer software development technology

Key control points: 1. Supercomputer [$\geq$ 130 billion operations] software technology

2. Microkernel and multithreading implementation technology for parallel computers, program parallelism identification technology, and parallel optimization compilation source code

No.: 056202X

Technology name:     Information security firewall software technology

Key control points:    Information security firewall software technology

# Professional Technology Service

No.: 057601X

Technology name:    Marine environment simulation technology

Key control points: 1. Marine environment simulation, background interference simulation

2. Interpolation filtering technology and analog channel delay error correction technology

3. Modeling

No.: 057602X

Technology name:    Geodesy

Key control points:    Methods and software technology for overall adjustment of geodetic control network in China

No.: 057603X

Technology name:    Precision engineering measurement technology

Key control points:    Technology and method for precision measurement in key projects in China

No.: 057604X

Technology name:    Vacuum technology

Key control points:    Acquisition technology for ultra-high vacuum at $< 10^{-6}$ mPa

No.: 057605X

Technology name:    Acoustic engineering technology

Key control points: 1. System design technology and algorithm software for active noise control

2. Design technology and manufacturing process of aerodynamic sound sources with sound power $> 10,000W$

73

No.: 057606X

Technology name:    Metrology and testing technology

Key control points: 1. Measurement technology for trace moisture content in sulfur hexafluoride

    (1)   Manufacturing technology for a sensor with a detection limit of 0.003% (volume fraction)

2. Sodium chloride temperature fixed-point technology

    (1)   Density of sodium chloride at phase equilibrium

    (2)   Heat conduction improvement and anticorrosion technology for sealed cavity

    (3)   Fixed-point blackbody anti-leakage technology

No.: 057607X

Technology name:    Target feature extraction and recognition technology

Key control points: 1. Target characteristic spectrum

2. Target characteristics and related databases

3. Target image feature extraction

# Geological Exploration

No.: 057801X

Technology name:    Geophysical exploration technology

Key control points:    Manufacturing technology for helium optically pumped magnetometer probes with a sensitivity $\leq 0.01$ nT (including single-beam and multi-beam systems) for geomagnetic field measurement.

# Health

No.: 058501X

Technology name:    Traditional Chinese medical technology

Key control points:  1. Medical theory design and effective prescriptions from nationally renowned traditional Chinese medicine practitioners and disease diagnosis and treatment systems that have won first or second prizes in provincial or ministerial-level or higher technology progress awards

2. Technology of femoral neck reconstruction for neck absorption after femoral neck fracture with avascular necrosis of femoral head

# 中国禁止出口限制出口 技 术 目 录

中华人民共和国商务部

中华人民共和国科学技术部

# 中国禁止出口限制出口技术参考原则

## 一、禁止出口技术参考原则

（一）为维护国家安全、社会公共利益或者公共道德，需要禁止出口的；

（二）为保护人的健康或者安全，保护动物、植物的生命或者健康，保护环境，需要禁止出口的；

（三）依据法律、行政法规的规定，其他需要禁止出口的；

（四）根据我国缔结或者参加的国际条约、协定的规定，其他需要禁止出口的。

## 二、限制出口技术参考原则

（一）为维护国家安全、社会公共利益或者公共道德，需要限制出口的；

（二）为保护人的健康或者安全，保护动物、植物的生命或者健康，保护环境，需要限制出口的；

（三）依据法律、行政法规的规定，其他需要限制出口的；

（四）根据我国缔结或者参加的国际条约、协定的规定，其他需要限制出口的。

# 目录格式说明

**目录格式：**

编　　号：<sup>(1)</sup>X X X X X X J(X)

技术名称：<sup>(2)</sup>＿＿＿＿＿＿＿＿

控制要点：<sup>(3)</sup>＿＿＿＿＿＿＿

**说明：**

(1) 此目录参照国民经济行业分类与代码（GB/T4754-2002）进行编辑和排序。

(2) 编号：共 7 位

年度代码+行业分类代码+技术名称顺序号+拼音代码

2 位数字　　 2 位数字　　　 2 位数字　　 1 位字母

1) 年度代码由目录编制年度的后两位数字构成

2) 行业分类代码(粗体字)和技术名称顺序号与排序索引表中数字相对应

3) "J"为禁止出口技术的拼音第一位字母，"X"为限制出口技术的拼音第一位字母。

(3) 技术名称：某一类技术的总称。

(4) 控制要点：该类技术中需要控制的技术内容、特征及范围。

**注：**　正文中(圆括号)部分是对前面概念的一般性说明。

3

# 排 序 索 引 表

## 01 农业

01X. 农作物（含牧草）繁育技术

02X. 经济作物栽培繁育技术

## 02 林业

01X. 林木种质资源及其繁育技术

02X. 园林植物、观赏植物繁育技术

03X. 野生动物人工繁育及保护技术

## 03 畜牧业

01J. 畜牧品种的繁育技术

02J. 微生物肥料技术

03J. 中国特有的物种资源技术

04J. 蚕类品种、繁育和蚕茧采集加工利用技术

01X. 畜牧品种的繁育技术

## 04 渔业

01J. 水产品种的繁育技术

01X. 水产种质繁育技术

## 05 农、林、牧、渔服务业

01J. 绿色植物生长调节剂制造技术

01X. 兽药生产技术

02X. 畜禽饲料及兽用生长调节剂生产技术

03X. 畜产品加工技术

04X. 蜂类繁育和蜂产品采集、加工及利用技术

05X. 兽医卫生检疫技术

06X. 森林病虫害防治技术

07X. 林产化学产品加工技术

08X. "新城疫"疫苗技术

## 06 煤炭开采和洗选业

## 07 石油和天然气开采业

## 08 黑色金属矿采选业

## 09 有色金属矿采选业

01J. 采矿工程技术

## 10 非金属矿采选业

## 11 其他采矿业

## 12 木材及竹材采运业

## 13 农副食品加工业

01J. 肉类加工技术

01X. 粮食加工技术

02X. 糖加工技术

03X. 蛋品加工技术

## 14 食品制造业

01X. 食品添加剂生产技术

5

15 饮料制造业

    01J. 饮料生产技术

    01X. 饮料生产技术

16 烟草制品业

17 纺织业

    01X. 纺织天然纤维制品及其加工技术

    02X. 大豆蛋白纤维制造技术

    03X. 莨香绸加工技术

    04X. 纺织纤维制品及其加工技术

18 纺织服装、鞋、帽制造业

19 皮革、毛皮、羽毛（绒）及其制品业

20 木材加工及木、竹、藤、棕、草制品业

21 家具制造业

22 造纸及纸制品业

    01J. 造纸技术

    01X. 造纸技术

23 印刷业和记录媒介的复制

24 文教体育用品制造业

25 石油加工、炼焦及核燃料加工业

26 化学原料及化学制品制造业

    01J. 焰火、爆竹生产技术

    01X. 化学原料生产技术

02X. 化学农药生产技术

03X. 生物农药生产技术

04X. 染料生产技术

05X. 涂料生产技术

06X. 催化剂生产技术

07X. 感光材料生产技术

08X. 合成纤维生产技术

09X. 合成树脂及其制品生产技术

10X. 工业炸药及其生产技术

11X. 工业雷管及其生产技术

## 27 医药制造业

01J. 化学合成及半合成咖啡因生产技术

02J. 核黄素 (VB2) 生产工艺

03J. 中药材资源及生产技术

04J. 中药饮片炮制技术

05J. 化学合成及半合成药物生产技术

01X. 中药材资源及生产技术

02X. 生物技术药物生产技术

03X. 化学合成及半合成药物生产技术

04X. 天然药物生产技术

05X. 中药的配方和生产技术

06X. 带生物活性的功能性高分子材料制备和加工技术

07X．组织工程医疗器械产品的制备和加工技术

## 28 化学纤维制造业

## 29 橡胶制品业

01X．橡胶制品生产技术

## 30 塑料制品业

## 31 非金属矿物制品业

01J．非晶无机非金属材料生产技术

02J．低维无机非金属材料生产技术

01X．日用陶瓷及其制品生产技术

02X．耐火材料生产技术

03X．无机非金属材料生产技术

04X．人工晶体生长与加工技术

05X．聚合物基复合材料生产技术

## 32 黑色金属冶炼及压延加工业

01X．钢铁冶金技术

## 33 有色金属冶炼及压延加工业

01J．有色金属冶金技术

02J．稀土的提炼、加工、利用技术

01X．有色金属冶金技术

02X．非晶、微晶金属冶金技术

## 34 金属制品业

01X．热处理技术

02X. 金属基复合材料生产技术

## 35 通用设备制造业

01X. 铸造技术

02X. 通用设备制造技术

03X. 通用零部件制造技术

04X. 燃气轮机制造技术

05X. 锅炉制造的燃烧技术

## 36 专用设备制造业

01J. 农用机械制造技术

01X. 制冷与低温工程技术

02X. 消防技术

03X. 刑事技术

04X. 医用诊断器械及设备制造技术

## 37 交通运输设备制造业

01J. 航天器测控技术

02J. 航空器设计与制造技术

01X. 船型设计与试验技术

02X. 船用设备制造技术

03X. 船舶建造工艺

04X. 船用材料制造技术

05X. 航空器设计与制造技术

06X. 航空器零部件制造及试验技术

9

07X. 航空材料生产技术

## 39 电气机械及器材制造业

01X. 电工材料生产技术

02X. 电线、电缆制造技术

## 40 通信设备、计算机及其他电子设备制造业

01J. 集成电路制造技术

02J. 机器人制造技术

01X. 电子器件制造技术

02X. 半导体器件制造技术

03X. 传感器制造技术

04X. 微波技术

05X. 光纤制造及光纤通信技术

06X. 计算机硬件及外部设备制造技术

07X. 无线通信技术

08X. 机器人制造技术

09X. 计量基、标准制造及量值传递技术

10X. 空间材料生产技术

11X. 空间仪器及设备制造技术

## 41 仪器仪表及文化、办公用机械制造业

01J. 地图制图技术

01X. 热工量测量仪器、仪表制造技术

02X. 机械量测量仪器、仪表制造技术

10

03X. 无损探伤技术

04X. 材料试验机与仪器制造技术

05X. 计时仪器制造技术

06X. 精密仪器制造技术

07X. 地图制图技术

08X. 地震观测仪器生产技术

09X. 玻璃与非晶无机非金属材料生产技术

## 42 工艺品及其他制造业

01J. 书画墨、八宝印泥制造技术

01X. 工艺品制造技术

02X. 文物保护及修复技术

03X. 文物复制技术

04X. 大型青铜器复制技术

## 43 废弃资源和废旧材料回收加工业

## 44 电力、热力的生产和供应业

## 45 燃气生产和供应业

## 46 水的生产和供应业

## 47 房屋及土木工程建筑业

## 48 建筑安装业

## 49 建筑装饰业

01J. 中国传统建筑技术

01X. 中国传统建筑技术

11

50 其他建筑业

    01X. 建筑环境控制技术

51 铁路运输业

52 道路运输业

53 城市公共交通业

54 水上运输业

    01X. 港口设备制造技术

    02X. 液体货物运输技术

55 航空运输业

56 管道运输业

57 装卸搬运和其他运输服务业

58 仓储业

59 邮政业

60 电信和其他信息传输服务业

    01J. 计算机网络技术

    02J. 空间数据传输技术

    03J. 卫星应用技术

    01X. 通信传输技术

    02X. 计算机网络技术

    03X. 空间数据传输技术

    04X. 卫星应用技术

61 计算机服务业

01X. 信息处理技术

02X. 计算机应用技术

## 62 软件业

01X. 计算机通用软件编制技术

02X. 信息安全防火墙软件技术

## 63 批发业

## 65 零售业

## 66 住宿业

## 67 餐饮业

## 68 银行业

## 69 证券业

## 70 保险业

## 71 其他金融活动业

## 72 房地产业

## 73 租赁业

## 74 商务服务业

## 75 科学和试验发展

## 76 专业技术服务业

01J. 大地测量技术

01X. 海洋环境仿真技术

02X. 大地测量技术

03X. 精密工程测量技术

04X. 真空技术

05X. 声学工程技术

06X. 计量测试技术

07X. 目标特征提取及识别技术

## 77 科技交流和推广业

## 78 地质勘查业

01X. 地球物理勘查技术

## 79 水利管理业

## 80 环境管理业

## 81 公共设施管理业

## 82 居民服务业

## 83 其他服务业

## 84 教育

## 85 卫生

01J. 中医医疗技术

01X. 中医医疗技术

# 中国禁止出口限制出口技术目录

## （禁止出口部分）

## 畜 牧 业

编号：050301J

技术名称：畜牧品种的繁育技术

控制要点：《国家畜禽品种出口管理分级名录》列为"一级"
类品种的繁育技术

编号：050302J

技术名称：微生物肥料技术

控制要点：微生物肥料技术

编号：050303J

技术名称：中国特有的物种资源技术

控制要点：紫杉醇及相关技术

编号：050304J

技术名称：蚕类品种、繁育和蚕茧采集加工利用技术

控制要点：1．桑蚕一般品种的原种、原原种、母种

2．柞蚕、蓖麻蚕、天蚕等蚕类及近缘绢丝昆虫
利用技术

15

## 渔　业

编号：050401J

技术名称：水产品种的繁育技术

控制要点：《我国现阶段不对外交换的水产种质资源名录》所列种质的繁育技术

## 农、林、牧、渔服务业

编号：050501J

技术名称：绿色植物生长调节剂制造技术

控制要点：产品配方

## 有色金属矿采选业

编号：050901J

技术名称：采矿工程技术

控制要点：离子型稀土矿山浸取工艺

## 农副食品加工业

编号：051301J

技术名称：肉类加工技术

控制要点：金华火腿生产工艺

16

## 饮料制造业

编号：051501J

技术名称：饮料生产技术

控制要点：1．初、精制茶制作技术

2．珠茶初制炒干设备的生产技术

## 造纸及纸制品业

编号：052201J

技术名称：造纸技术

控制要点：1．宣纸的生产工艺

2．迁安书画纸的配方及生产工艺

## 化学原料及化学制品制造业

编号：052601J

技术名称：焰火、爆竹生产技术

控制要点：鞭炮、烟花制造工艺

1．引燃点爆装置的弹体装填工艺

2．装填药物配方及粘合剂

3．球壳的机械成形工艺

4．多色彩药粒闪光炮药物配方及制作工艺

5．合金粉的配方及生产工艺

17

6. 无烟礼花的药物配方及制作工艺

## 医药制造业

编号：052701J

技术名称：化学合成及半合成咖啡因生产技术

控制要点：咖啡因生产工艺技术

编号：052702J

技术名称：核黄素（VB2）生产工艺

控制要点： 1. 核黄素 BS-5 基因工程菌的筛选、培养条件、摇瓶配方

2. 核黄素发酵种子培养配方、培养、发酵罐培养配方、培养条件，发酵主要工艺参数（pH 值、温度、罐压、风量、溶氧）

3. 核黄素提取路线、溶媒、主要工艺参数（pH 值、温度）

编号：052703J

技术名称：中药材资源及生产技术

控制要点：1. 世界珍稀、濒危保护动植物中的野生中药资源及其繁育技术

2.《中国珍稀、濒危保护植物名录》（1986 年）中收录的我国药材种质和基因资源及其繁育技术

18

3. 濒危、珍稀药材代用品的配方和生产技术

4. 菌类药材的菌种、菌株、纯化、培养、发酵
和生产工艺包括下列菌种：

冬虫夏草

羊肚菌

牛舌菌

云芝

树舌

灵芝（紫芝、赤芝）

雷丸

猪苓

密环菌

松茸

短裙竹荪

长裙竹荪

黄裙竹荪

大马勃

黑柄炭角菌

茯苓

编号：052704J

技术名称：中药饮片炮制技术

控制要点：1. 毒性中药的炮制工艺和产地加工技术

19

（1）制川乌

（2）制草乌

（3）制南星、胆南星

（4）制白附子

（5）清半夏、法半夏、姜半夏

（6）制关白附

（7）制附子

（8）制商陆

（9）制马钱子

（10）煨肉豆蔻

（11）制芫花

（12）制蟾酥

（13）制藤黄

（14）制甘遂

（15）制狼毒

（16）巴豆霜

（17）制斑蝥

（18）制青娘子

（19）飞雄黄

（20）飞朱砂

（21）制金大戟

（22）千金子霜

2. 常用大宗中药的炮制工艺和产地加工技术

（1）熟大黄

（2）熟地黄

（3）制何首乌

（4）制香附

（5）鹿茸

（6）紫河车

（7）六神曲

（8）建神曲

（9）炮山甲

（10）制肉苁蓉

（11）制黄精

（12）制山茱萸

（13）制女贞子

（14）红参

（15）厚朴

（16）阿胶

（17）龙血竭

编号：052705J

技术名称：化学合成及半合成药物生产技术

控制要点：维生素 C 中间体 2－酮基－L－古龙酸二步发酵制备技术

# 非金属矿物制品业

编号：053101J

技术名称：非晶无机非金属材料生产技术

控制要点：激光技术用大功率、大尺寸钕玻璃制备工艺技术

编号：053102J

技术名称：低维无机非金属材料生产技术

控制要点：具有下列特征之一的硬质低密度、粘结着碳纤维或非纤维状碳的绝热材料生产技术

1. 可在 2273K〔2000℃〕以上高温条件下使用

2. 密度在 100～300kg／m 3 之间

3. 压缩强度在 0.1～1.0MPa 之间

4. 挠曲强度≥1.0MPa

5. 碳含量占总固体的 99.9％以上

# 有色金属冶炼及压延加工业

编号：053301J

技术名称：有色金属冶金技术

控制要点：离子吸附型稀土堆浸提取技术及配方

编号：053302J

技术名称：稀土的提炼、加工、利用技术

控制要点：1. 全萃取连续分离稀土元素及稀土萃取的"多

22

出口"工艺及参数

2. 稀土萃取剂的合成工艺

3. 提取单一稀土〔纯度≥99％〕的工艺技术

4. 金属材料的稀土添加技术

5. 稀土合金材料及其制品的生产技术

6. 从离子型稀土矿中提取稀土元素的工艺和参数

## 专用设备制造业

编号：053601J

技术名称：农用机械制造技术

控制要点：珠茶、扁茶成形工艺及设备设计、制造技术

## 交通运输设备制造业

编号：053701J

技术名称：航天器测控技术

控制要点：卫星及其运载无线电遥测的加密技术

编号：053702J

技术名称：航空器设计与制造技术

控制要点：航空燃气轮机核心机的设计技术和制造技术

## 通信设备、计算机及其他电子设备制造业

编号：054001J

技术名称：集成电路制造技术

控制要点：抗辐照技术、工艺

（1）抗静电≥2,500V，抗瞬时剂量率＞1×10 11 rad（Si）－s 的 CMOS／SOS〔蓝宝石上外延硅／互补型金属氧化物半导体〕器件制造技术

（2）抗静电≥3,000V，抗瞬时剂量率＞1×10 11 rad （Si）－s 的双极器件制造技术

编号：054002J

技术名称：机器人制造技术

控制要点：遥控核化侦察机器人制造技术

## 仪器仪表及文化、办公用机械制造业

编号：054101J

技术名称：地图制图技术

控制要点：直接输出比例尺＞＝1∶10 万我国地形图要素的图象产品及其应用技术

## 工艺品及其他制造业

编号：054201J

24

技术名称：书画墨、八宝印泥制造技术

控制要点：1.书画墨的配方

2.八宝印泥的配方

## 建筑装饰业

编号：054901J

技术名称：中国传统建筑技术

控制要点：1．传统建筑材料的制作工艺

2．传统建筑装饰工艺

## 电信和其他信息传输服务业

编号：056001J

技术名称：计算机网络技术

控制要点：我国政府、政治、经济、金融部门使用的涉及国
家秘密的信息安全保密技术

编号：056002J

技术名称：空间数据传输技术

控制要点：涉及下列其中之一的卫星控制信息传输保密技术

1．保密原理、方案及线路设计技术

2．加密与解密的软件、硬件

编号：056003J

技术名称：卫星应用技术

控制要点：双星导航定位系统信息传输加密技术

## 专业技术服务业

编号：057601J

技术名称：大地测量技术

控制要点：1. 直接输出我国大地坐标的卫星定位技术

2. 我国大地、卫星、重力、高程数据库及其开

发应用技术

3. 我国地球重力场模型

## 卫　生

编号：058501J

技术名称：中医医疗技术

控制要点：针麻开颅手术的关键穴位

# 中国禁止出口限制出口技术目录

## （限制出口部分）

## 农　业

编号：050101X

技术名称：农作物（含牧草）繁育技术

控制要点：1. 粮、棉、油作物两系、三系杂交优势利用制种技术

2. 显性核不育油菜三系制种技术

3. 蔬菜自交不亲和系及雄性不育系选育和应用技术

4. 玉米花药培养基制备工艺

5. 发菜人工制种增殖技术

编号：050102X

技术名称：经济作物栽培繁育技术

控制要点：苎麻栽培繁育技术

1.苎麻新品种配套栽培技术

2.苎麻嫩梢扦插快繁技术

3.苎麻压条繁殖技术

## 林　业

编号：050201X

27

技术名称: 林木种质资源及其繁育技术

控制要点: 1.《国家保护野生植物名录》所列Ⅰ级野生植物繁育技术

2. 杨树三倍体及其繁育技术

3. 列入《濒危野生动植物种国际贸易公约》的野生植物繁育技术

编号: 050202X

技术名称: 园林植物、观赏植物繁育技术

控制要点:《国家保护野生植物名录》所列观赏植物的繁育技术

编号: 050203X

技术名称: 野生动物人工繁育及保护技术

控制要点: 1. 列入《国家重点保护野生动物名录》Ⅲ级动物的繁育技术及幼子、幼雏半岁前关键哺育手段和饲料配方、添加剂

2. 珍稀鸟类朱鹮饲料配方及加工技术

3. 珍稀哺乳类大熊猫的人工育幼技术

# 畜 牧 业

编号: 050301X

技术名称: 畜牧品种的繁育技术

控制要点: 1.《国家畜禽品种出口管理分级名录》列为"二级"类品种的繁育技术

28

2．百色矮马繁育技术

3．巴马（环江）香猪繁育技术

4．北京油鸡繁育技术

# 渔　业

编号：050401X

技术名称：水产种质繁育技术

控制要点：1．《我国现阶段有条件对外交换的水产种质资源名录》所列种质的繁育技术

2．淡水微藻的培养生产工艺

（1）藻种纯化和杂藻抑控制技术

（2）藻类培养工艺和浓缩技术

（3）有关监测工艺

（4）培养水体水质测控技术

3．梭鱼人工繁殖技术

（1）淡水培育亲鱼，药物诱导人工繁殖育苗技术

4．鳜鱼人工育苗及人工饲料养殖技术

（1）鳜鱼人工育苗催产技术

（2）稚鱼开口饵料及其同步培养技术

5．河蟹人工繁殖技术

（1）催产技术、设施、工艺

（2）幼体培育、开口饵料

（3）病害防治

（4）河蟹亲体培育

6．石斑鱼人工育苗技术

（1）亲鱼培育

（2）催熟、催产技术、药物

（3）苗种培育，食性转换，过渡饵料

7．乌塘鳢人工育苗技术

（1）幼鱼培育技术、工艺

（2）亲鱼培育、催产技术、工艺

8．合浦绒螯蟹人工繁殖技术

# 农、林、牧、渔服务业

编号：050501X

技术名称：兽药生产技术

控制要点：1．马传贫弱毒毒种及疫苗生产工艺

2．猪喘气病弱毒毒种及疫苗生产工艺

3．山羊痘弱毒疫苗生产工艺

4．羊痘疫苗毒种及疫苗生产工艺

5．牛肺疫弱毒毒种及疫苗生产工艺

6．牛瘟弱毒疫苗生产工艺

7．猪瘟弱毒疫苗生产工艺

8．鸭瘟弱毒毒种及疫苗生产工艺

9. 牛环形泰勒焦虫病细胞苗及疫苗生产工艺

10. 猪丹毒弱毒毒种

11. 禽霍乱蜂胶灭活菌苗

    （1）蜂胶佐剂生产工艺

    （2）菌苗生产工艺

12. 灭活疫苗乳化技术

13. 疫苗佐剂配方

14. 禽出败 B26－T1200 弱毒菌种及菌苗生产工艺

15. 高致病性禽流感疫苗生产工艺

16. 口蹄疫疫苗生产工艺

编号：050502X

技术名称：畜禽饲料及兽用生长调节剂生产技术

控制要点：1. 抗坏血酸多聚磷酸酯生产技术

2. 增茸灵的处方及制造工艺

3. 水弥散型饲用维生素 A、D、E 干粉及其预混剂生
   产工艺

编号：050503X

技术名称：畜产品加工技术

控制要点：微波能和远红外线加工鹿茸的加工工艺和技术路线、
方法

编号：050504X

技术名称：蜂类繁育和蜂产品采集、加工及利用技术

控制要点：1. 蜂毒采毒技术

2. 蜂蜡脱色技术

3. 花粉破壁技术

4. 防癌蜂产品制品配制技术

编号：050505X

技术名称：兽医卫生检疫技术

控制要点：1. 猪瘟强弱毒抗体检测技术

（1）单克隆抗体杂交瘤细胞株

（2）试剂生产工艺

2. 马传贫强弱毒抗体检测技术

（1）单克隆抗体杂交瘤细胞株

（2）试剂生产工艺

编号：050506X

技术名称：森林病虫害防治技术

控制要点：1. 针对森林害虫有明显抑制作用的捕食性、寄生性
天敌（昆虫种、菌种和其他生物种）及其保存、
繁殖技术

2. 苏云金杆菌菌剂制备中的助剂配方

3. 高毒力白僵菌孢子粉及其生产技术

编号：050507X

技术名称：林产化学产品加工技术

控制要点： 1. 植物聚戊烯醇的提取工艺及深加工技术

32

2. 植物聚戊烯醇制剂的加工及其护肝、抗病毒、抑制肿瘤的药物

3. 聚戊烯醇磷酸酯的合成工艺及深加工技术

4. 银杏叶聚戊烯醇及银杏叶提取物制备方法

5. 银杏外种皮的深加工技术

6. 橄榄叶提取物的加工技术及其深加工技术

7. 大容量电容器用活性炭的制造技术

8. 杜仲胶的提取工艺及深加工技术

9. 中国主要速生制浆材材性性能指标

10. 非木材纤维和林产加工剩余物制浆造纸技术（果壳纤维、韧皮纤维、农业剩余物制浆技术）

11. 传统手工纸生产技术

编号：050508X

技术名称：新城疫疫苗技术

控制要点：新城疫疫苗技术

## 农副食品加工业

编号：051301X

技术名称：粮食加工技术

控制要点：1. 米糠综合利用技术

2. 谷维素、甾醇、肌醇生产工艺技术

编号：051302X

技术名称：糖加工技术

控制要点：夹心单晶冰糖生产工艺

编号：051303X

技术名称：蛋品加工技术

控制要点：无铅松花蛋加工工艺

## 食品制造业

编号：051401X

技术名称：食品添加剂生产技术

控制要点：1. 盐藻中胡罗卜素提取工艺

2. 红曲色素菌种及色素的提取技术

3. 以薯干为原料的柠檬酸生产菌种

4. 以玉米芯或以蔗渣为原料生产木糖醇净化及
   结晶、催化氢化技术

## 饮料制造业

编号：051501X

技术名称：饮料生产技术

控制要点：1. 非酒精饮料生产技术

（1）椰树牌天然椰子汁的生产工艺

（2）非常可乐主剂配方及生产工艺

（3）特定功能性饮料的生产技术

34

2．酒精饮料生产技术

（1）运用计算机勾兑调味川酒技术

（2）茅台酒的生产工艺

（3）黄酒生产制曲、酒药生产工艺技术

# 纺 织 业

编号：051701X

技术名称：纺织天然纤维制品及其加工技术

控制要点：1.苎麻织物后整理技术

2.松堆丝光工艺

编号：051702X

技术名称：大豆蛋白纤维制造技术

控制要点：大豆蛋白纤维制造技术

编号：051703X

技术名称：莨香绸加工技术

控制要点：莨香绸加工工艺

编号：051704X

技术名称：纺织纤维制品及其加工技术

控制要点：1．独特传统处方的靛蓝染色工艺

（1）手织布的靛蓝染色工艺

2．传统手工扎染工艺技术

（1）传统手工扎染工艺技术

35

3. 真丝绸制品的蜡染工艺

（1）真丝绸蜡染工艺

4. 真丝绸防缩抗皱加工技术

（1）真丝绸防缩抗皱加工工艺

（2）真丝绸防缩抗皱助剂配方

## 造纸及纸制品业

编号：052201X

技术名称：造纸技术

控制要点：1. 过滤精度≤5μ级航空油滤纸的配方及工艺

2. 水溶性或速燃文件用纸生产工艺

3. 棉杆新闻纸生产技术及工艺

4. 毒剂液滴侦检纸技术

5. 剑麻为原料生产的电容器纸的生产工艺与配方

## 化学原料及化学制品制造业

编号：052601X

技术名称：化学原料生产技术

控制要点：1. 三聚氯氰一步法生产技术

2. 离子交换法生产仲钨酸铵技术

3. 对氨基苯磺酸精制工艺

4. 电化学法制备丁二酸工艺

36

编号：052602X

技术名称：化学农药生产技术

控制要点：1. 氯氰菊酯生产技术

2. 杀虫双及杀虫单生产技术

3. 噻枯唑生产技术

4. 溴氟菊酯生产技术

5. 氟氰戊菊酯制备工艺

（1）以甲氧基苯乙腈为原料合成本品工艺

（2）收率 ≥50%

6. 双酰胺氧醚制备工艺

（1）中间体二氯乙醚的制备和成品缩合工艺

（2）缩合收率 ≥75%

7. 咪唑酸酯制备工艺

（1）以氯乙酸为原料制备本品工艺

（2）总收率 ≥24%

8. 杀灭菊酯制备工艺

9. 以中草药为主的植物性农药制备技术

编号：052603X

技术名称：生物农药生产技术

控制要点：1. 灭蝗微孢子虫制剂生产工艺

2. 防治草原毛虫的梭形多角体病毒毒种及制剂生产工艺

37

3. 井岗霉素菌种及生产技术

4. 华光霉素菌种及生产技术

5. 浏阳霉素菌种及生产技术

6. 金核霉素菌种及生产技术

7. 宁南霉素菌种及生产技术

编号：052604X

技术名称：染料生产技术

控制要点：紫外反射率≥80%的白色荧光染料合成技术

编号：052605X

技术名称：涂料生产技术

控制要点：多色彩、多波长激光隐身涂料配方及生产技术

编号：052606X

技术名称：催化剂生产技术

控制要点：1. 醇一步法制叔胺催化剂制备技术

2. 二氧化钛载体制备技术

3. 氧含量<1ppm 的气体脱氧催化剂的配方及制备工艺

编号：052607X

技术名称：感光材料生产技术

控制要点：1. 彩色负性感光材料乳剂制备技术

2. 航天、航空用感光材料乳剂制备技术

3. 感光材料制造专用化学品合成技术

编号：052608X

技术名称：合成纤维生产技术

控制要点：1. 硝酸一步法聚丙烯腈原丝和碳纤维加工技术

　　　　　　2. 芳纶合成技术

编号：052609X

技术名称：合成树脂及其制品生产技术

控制要点：双马来酰亚胺树脂的配方及合成工艺

编号：052610X

技术名称：工业炸药及其生产技术

控制要点：1. 硝酸铵改性处理技术、工艺

　　　　　　2. 改性硝酸铵系列炸药的配方、生产工艺

编号：052611X

技术名称：工业雷管生产技术

控制要点：1. 磁电雷管的柱状安全元件的制造与装配技术

　　　　　　2. 铁脚线磁电雷管的引爆及检测技术

　　　　　　3. 无起爆药雷管的药剂配方、结构及其工艺技术

## 医药制造业

编号：052701X

技术名称：中药材资源及生产技术

控制要点：1. 蛹虫草人工培植技术

　　　　　　2.《野生药材资源保护管理条例》中规定的属于Ⅱ、

　　　　　　　　Ⅲ级保护级别的物种及其繁育技术

3. 人工养麝（林麝、马麝）活体取香技术及繁育技术

4. 牛体培植牛黄的埋核技术

5. 人工牛黄、人工虎骨、人工麝香等品种配方技术

6. 《野生药材资源保护管理条例》中规定的属于 I 级保护级别的物种及其繁育技术

7. 《中华人民共和国药典》中收录的大宗品种药材的植物种子（包括种子类生药）、种苗和动物种源及其繁育技术

编号：052702X

技术名称：生物技术药物生产技术

控制要点：1. 青霉素生产技术

（1）青霉素高产菌株

（2）发酵单位≥55,000μ／ml

2. 链霉素生产技术

（1）过滤、离心、分离、精制工艺

（2）发酵单位≥27,000μ／ml 或总收率≥75％的链霉素生产技术

3. 发酵单位≥25,000μ／ml 头孢菌素 C 高产菌株或总收率≥70％的头孢菌素 C 生产技术

4. 金霉素制备工艺

（1）金霉素生产菌种

40

（2）发酵单位≥20,000μ／ml

（3）收率≥90%

5. 用于活疫苗生产的减毒的菌种或毒种及其选育技术

（1）甲型肝炎减毒活疫苗生产毒种

（2）乙型脑炎减毒活疫苗生产毒种

6. 通过分离、筛选得到的具有工业化生产条件的菌种、毒种及其选育技术

（1）流行性出血热灭活疫苗生产毒种（含野鼠型及家鼠型）

7. 用基因工程方法获得的具有工业化生产条件的生物工程菌株、细胞株及其选育技术

（1）用于生产乙肝疫苗的乙肝－中国地鼠卵细胞重组细胞株

（2）用于生产乙肝疫苗的乙肝－痘苗病毒重组痘苗毒种

（3）用于生产干扰素的生物工程菌株

8. 蛇毒单一组份类凝血酶制备工艺

（1）电泳检测单一组份类凝血酶技术

（2）单一组份含量100%

编号：052703X

技术名称：化学合成及半合成药物生产技术

控制要点：1．利福喷丁制备工艺

（1）侧链收率≥41％

（2）缩合收率≥78％

2．利福定制备工艺

（1）由利福 S 钠盐经利福 S 等反应制备本品的工艺

（2）总收率≥70％

3．酮洛芬（原名酮基布洛芬）制备工艺

（1）以苯乙酮为原料制备本品工艺

（2）对苯乙酮总收率≥34％

（3）酮洛芬（原名酮基布洛芬）单个杂质≤0.2％（HPLC 法则）

4．布洛芬制备工艺

（1）以异丁苯为原料制备本品工艺

（2）以异丁苯计总收率≥85％

5．磷霉素制备工艺

（1）磷霉素钠

以丙炔醇为起始原料，经酯化、重排、水解等反应制备本品的工艺

（2）磷霉素钙

以磷霉素中间体左旋磷霉素右旋苯乙胺盐为原料，经碱游离、成盐等步骤制备本品的

42

工艺

（3）磷霉素氨丁三醇

以磷霉素中间体左旋磷霉素右旋苯乙胺盐为原料，经双盐、树脂交换、中和成盐等步骤制备本品的工艺

6. 阿霉素制备工艺

（1）用柔红霉素为原料合成本品工艺

（2）半合成收率≥45％

7. 总收率≥44％的维生素 $B_6$ 制备工艺

8. 从千层塔中分离制备石杉碱甲工艺

9. 直接引入 6α氟，割除转拉工序制备醋酸肤轻松工艺

10. 氯氟舒松制备工艺

（1）以四羟孕甾－环缩丙酮为原料制备本品工艺

（2）总收率≥80％

编号：052704X

技术名称：天然药物生产技术

控制要点：1. 青蒿琥酯制备技术

2. 青蒿素及双氢青蒿素制备工艺

3. 蒿甲醚制备工艺

4. 提取收率≥0.007％的丁公藤碱 2 制备工艺

5. 三尖杉酯碱制备工艺

（1）全合成工艺

（2）从海南粗榧中提取本品及其生物碱工艺

6. 从扶根－天花粉中提取结晶天花粉蛋白工艺

7. 地奥心血康〔中成药〕原料及生产工艺

8. 苦参素制备及从苦豆籽中提取苦参碱工艺

编号：052705X

技术名称：中药的配方和生产技术

控制要点：石斛夜光丸内重金属低于限量标准的技术

编号：052706X

技术名称：带生物活性的功能性高分子材料制备和加工技术

控制要点：1. 活性功能性高分子材料的合成技术

2. 生物活性和药理作用研究技术

编号：052707X

技术名称：组织工程医疗器械产品的制备和加工技术

控制要点：1. 组织细胞分离和培养技术

2. 组织细胞培养基的配方技术

3. 材料支架的加工技术

4. 组织工程产品的培养加工技术

5. 组织工程产品的保存技术

# 橡胶制品业

编号：052901X

技术名称：橡胶制品生产技术

控制要点：1. 飞机轮胎制造技术

2. 橡胶负重轮胎制造技术

# 非金属矿物制品业

编号：053101X

技术名称：日用陶瓷及其制品生产技术

控制要点：1. 传统陶瓷配方及生产工艺

2. 传统陶瓷色釉料配方及生产工艺

3. 高石英质、滑石英质、高长石质日用细瓷的配方及生产工艺

4. 陶瓷用稀土色釉料配方及烧成工艺

5. 陶瓷彩绘及现代黑陶工艺

6. 钧瓷定点还原工艺及钧瓷胎、釉配方和烧成工艺

7. 使釉彩厚度≤0.4 mm的技术

8. 釉原料、配方和烧成工艺

9. 釉中彩水晶瓷生产技术

10. 釉下彩色釉料配方及生产工艺

11. 陶瓷结晶釉配方及其连续化生产工艺

编号：053102X

技术名称：耐火材料生产技术

控制要点：低烧蚀率耐火混凝土成份及形成均匀硅酸盐熔体覆盖层技术

编号：053103X

技术名称：无机非金属材料生产技术

控制要点：1. 非金属纤维无石棉增强抗磨材料制备技术

（1）非金属纤维无石棉增强材料的配方和加工工艺

（2）抗磨剂生产技术

2. 连续 SiC〔碳化硅〕纤维生产技术

（1）聚碳硅烷分子量及分子量分布控制技术

（2）有机硅聚合物连续纺丝技术

（3）二步不熔化处理技术

（4）聚碳硅烷裂解合成工艺

3. 具有下列特征的碳纤维制品加工技术

（1）细编穿刺织物技术

（2）三向锥体织物技术

4. 氮化硼〔BN〕纤维防潮涂层制备技术

5. 氧化锆纤维隔热材料制备技术

6. 化学气相沉积法〔CVD〕法制备碳化硅〔SiC〕纤维技术

46

编号： 053104X

技术名称：人工晶体生长与加工技术

控制要点： 1. 二氧化碲〔$TeO_2$〕及钼酸铝〔$Al_2(MoO_4)_3$〕单晶生长工艺及基片的精加工技术

2. 超长〔＞250mm〕铌酸锂晶片的制作方法

   （1）长度＞280mm，直径＞40mm 铌酸锂晶的生长技术

   （2）长度＞250mm，铌酸锂单晶片精加工技术

3. 长度＞180mm 的硅酸铋〔BSO〕、锗酸铋〔BGO〕单晶生长工艺及晶片加工技术

4. 75－3 水溶性光致抗蚀掩孔干膜制备工艺

5. 制造自泵浦相位共轭器〔SPPCM〕用钨青铜光析变单晶生长工艺

6. 铌酸钾〔KNbO3〕晶体的原料处理技术和生长工艺

7. 磷酸氧钛钾〔KTP〕晶体生长控制技术

8. 具有下列性能的抗辐射人造水晶生长工艺

   （1）品质因数〔Q〕值 $\geqslant 3 \times 10^6$

   （2）包裹体级别不低于 IECI〔国际电工技术委员会〕的 A 级

   （3）铝〔Al〕含量 $\leqslant 1ppm$

   （4）腐蚀隧道密度 $\leqslant 10$ 条／$cm^2$

9. 稀土－铁（Tb－Dy－Fe 系）超磁致伸缩单晶材料

的制备技术

（1）提拉法无污染磁悬浮冷坩埚晶体生长工艺

（2）单晶成份及结构控制技术

10. 四硼酸锂、三硼酸锂〔LBO〕晶体的生长工艺

11. 掺钕硼酸铝钇〔NYAB〕晶体的生长工艺

12. 钛酸钡锶〔SBT〕晶体的生长工艺

13. 偏硼酸钡〔BBO〕晶体的生长工艺

14. 硼铍酸锶〔SBBO〕晶体的生长工艺

编号：053105X

技术名称：聚合物基复合材料生产技术

控制要点：1. 用于航天器壳体的纤维增强树脂基复合材料生产技术

2. 用于高压容器〔压力 ≥25MPa〕的纤维增强树脂基耐烧蚀、隔热、防热、复合材料生产技术

3. 容重 $1.5 \sim 1.7 \mathrm{g}／\mathrm{cm}^{2}$，烧蚀率 $\leqslant 0.22 \mathrm{mm}／\mathrm{s}$ 的纤维增强树脂基耐烧蚀复合材料生产技术

4. 热熔法工艺中树脂基体配方

## 黑色金属冶炼及压延加工业

编号：053201X

技术名称：钢铁冶金技术

控制要点：1. 耐温 $\geqslant 850℃$ 高温合金生产技术

48

2．军用隐身材料的配方及生产技术

3．耐温≥2000℃的发散（汗）冷却材料的配方及生产技术

# 有色金属冶炼及压延加工业

编号：053301X

技术名称：有色金属冶金技术

控制要点：1．无毒（不含氰化物）堆浸提金技术及配方

2．氧化铝生产中以种分母液回收原液中镓的"溶解法"工艺

3．强度≥520MPa 铍材制备的制粉和固结工艺

4．同时具有下列特性的高温超导线、带制造技术

（1）临界温度＞77K，长度＞100m，临界电流密度＞ $1 \times 10^{4}$ A／$cm^{2}$（在 77K，自场强下）

5．同时具有下列特性的高温超导薄膜制造技术

（1）临界温度＞77K，面积＞5$cm^{2}$，临界电流密度＞1$\times 10^{6}$ A／$cm^{2}$（在 77K，零场强下）

编号：053302X

技术名称：非晶、微晶金属冶金技术

控制要点：1．非晶材料的卷取技术

2．自蔓延高温合成与制备技术

（1）硬质耐冲击材料制备技术

49

（2）纳米级晶粒制备技术

3. 纳米级超细粉的制备技术

## 金属制品业

编号：053401X

技术名称：热处理技术

控制要点：1. 模具热处理技术

（1）稀土－硼共渗剂配方

（2）稀土－硼共渗处理工艺

2. 稀土、碳、氮共渗和稀土、碳共渗的配方及工艺

3. 装载机斗齿材料的配方及热处理工艺

编号：053402X

技术名称：金属基复合材料生产技术

控制要点：1. 金属－陶瓷纳米级材料制备技术

（1）WC－Co〔碳化钨－钴〕亚微米级粉末制备技术

（2）WC－Co〔碳化钨－钴〕亚微米晶粒复合材料制

备技术

2. 纤维增强铝基复合材料的制备技术

3. 超混杂铝基复合板的制备技术

（1）竹材改性工艺

（2）改性竹材增强铝复合工艺

（3）维尼纶增强铝复合工艺

4．化学气相渗制备复合材料技术

# 通用设备制造业

编号：053501X

技术名称：铸造技术

控制要点：1．耐高温覆膜砂添加剂的配方

2．下列大中型薄壁变曲面铸件电渣熔铸技术

（1）非稳定状态下各种温度场的确定

（2）构造电渣熔铸变曲面构件的软件包

编号：053502X

技术名称：通用设备制造技术

控制要点：1．金属离心机转子成型技术

（1）波纹成型工艺

（2）转筒旋压工艺及表面处理工艺

（3）转子装配、调试工艺

2．金属离心机上、下阻尼器制造技术

（1）上阻尼壳体成型工艺

（2）装配调整工艺

（3）上、下阻尼结构参数、性能参数检测原理、

51

方法及所用实验测试装置

编号： 053503X

技术名称： 通用零部件制造技术

控制要点： 1. 钛合金球形高压容器整体成形工艺

2. 三环式减速（或增速）传动装置制造技术

（1）设计参数的选择

（2）制造工艺技术

编号： 053504X

技术名称： 燃气轮机制造技术

控制要点： 同时具有下列指标的燃气轮机高温叶片材料生产技术

1. 不含钽的镍基合金铸造与加工

2. 用于工作温度 $\geq 850℃$ 的表面防高温腐蚀涂层，寿命 $\geq 10,000h$

编号： 053505X

技术名称： 锅炉制造的燃烧技术

控制要点： 1. 为锅炉设计提供煤质资料的煤特性试验研究软件技术

2. 亚临界循环（包括控制循环和自然循环）燃煤锅炉的可靠性评价

## 专用设备制造业

编号： 053601X

技术名称：制冷与低温工程技术

控制要点：温度＜6K 的杜瓦瓶设计技术

编号：053602X

技术名称：消防技术

控制要点：1. 电气火灾鉴定技术

2. 可燃液体贮罐烟雾灭火技术

（1）结构设计及其工艺参数

（2）烟雾剂配方及其制备工艺

编号：053603X

技术名称：刑事技术

控制要点：1. 指纹自动识别的算法、处理技术

2. 人体死后时间测试技术

（1）制造管状流通组装式化学传感器生产工艺

（2）传感器专用的试剂配方

3. 激光痕检技术

（1）谐振腔自校准设计技术

（2）染料激光器设计技术

4. 酶标单克隆抗体的制备技术

编号：053604X

技术名称：医用诊断器械及设备制造技术

控制要点：1. 同时具有下列指标的医用核磁共振成象装置主磁

体制造技术

53

（1）磁场均匀性：50cm 球空间〔DSV〕，最大偏差 ≤ $18.3 \times 10^{-6}$，均方根值≤$5.1 \times 10^{-6}$；30cm 球空间〔DSV〕，最大偏差≤$2.4 \times 10^{-6}$，均方根值≤$0.7 \times 10^{-6}$

（2）中心磁场感应强度≥0.6T（特斯拉）（6000 高斯）

（3）磁场稳定性＜$0.1 \times 10^{-6}$／h

2. 医用传象束制造技术

（1）直径≤0.012mm 光学纤维单丝拉制技术

（2）截面直径≤1.1mm，长度≥780mm 光学纤维传象束制造技术

3. B 型超声波诊断仪换能器结构、材料及制造工艺

4. 医学传感器制造技术

（1）呼吸氧分压传感器制造技术

（2）呼吸流量传感器制造技术

（3）呼吸率及呼吸波传感器制造技术

（4）呼吸压差传感器制造技术

（5）人体血压传感器制造技术

（6）脉率及脉波传感器制造技术

（7）心功能传感器制造技术

（8）酶免疫传感器制造技术

（9）生理传感器的设计制造工艺和测试技术

54

（10）数字电容式微位移（分辨率≥0.01μm）传感器的设计制造工艺和测试技术

# 交通运输设备制造业

编号：053701X

技术名称：船型设计与试验技术

控制要点：1．水下机器人浮体材料和密封材料的配方与结构

2．浅吃水及超浅吃水肥大型船技术

（1）浅吃水肥大型: 型宽与吃水深度比（B/T）≥3.5; 方型系数（$C_b$）≥0.82

（2）超浅吃水肥大型: 型宽与吃水深度比（B/T）≥4.0; 方型系数（$C_b$）≥0.82

3．气垫船的围裙技术

4．冲翼艇船型设计与试验技术

5．气翼艇船型的技术

6．喷水推进技术

7．内河推轮、拖轮[1.1≤（螺旋桨直径/吃水）≤1.4] 倒车舵、导管舵、襟翼舵推进操作系统技术

8．内河船舶[1.1≤（螺旋桨直径/吃水）≤1.4]艉型流场技术

9．船舶螺旋桨整流毂帽技术

（1）消除毂帽空泡技术

（2）毂形、小叶翼型剖面设计方法

    10．船舶油水分离技术

编号：053702X

技术名称：船用设备制造技术

控制要点：船舶靠岸声纳

    1．软件

    2．换能器制造工艺

    3．信号处理模块

编号：053703X

技术名称：船舶建造工艺

控制要点：1．直径>3m 的铜合金螺旋桨铸造反变形技术

    （1）叶片压力面螺距和叶片倾角的变形

    （2）叶片背面加工余量的减少的保证最佳几何形

    状

    2．柴油机双层隔振技术

编号：053704X

技术名称：船用材料制造技术

控制要点：系列高分子减振降噪材料的化学配方及制造工艺

编号：053705X

技术名称：航空器设计与制造技术

控制要点：复杂组合体亚音速[<340m/s]气动力计算源程序

编号：053706X

技术名称：航空器零部件制造及试验技术

控制要点：直升机旋翼动平衡试验台的调速和测试系统

编号：053707X

技术名称：航空材料生产技术

控制要点：1. 含稀土的铝锂合金的制备技术

（1）所含稀土元素的种类与含量及加入稀土元素的方法

2. 含钨[W]同时含铪[Hf]量1.5%～2.5%的定向凝固高温合金生产技术

（1）合金成分的选择与控制

（2）冶炼工艺和定向结晶工艺

（3）热处理工艺流程及规范

3. 多极各向异性铸造磁钢的生产技术

（1）制造工艺

（2）测磁技术

4. 单晶涡轮叶片连接用中间层合金的制备技术

（1）Ni-Co-Cr-W-Hf[镍-钴-铬-钨-铪]系合金的成分

（2）中间层合金的制备工艺

## 电气机械及器材制造业

编号： 053901X

技术名称：电工材料生产技术

控制要点：1. 中压（10～35kV）等级真空断路器触头材料制造技术

2. 滞燃、耐弧不饱和聚脂玻璃纤维增强塑料的配方与制造技术

3. 330kV、500kV、100kN、160kN、210kN、300kN 抗拉强度合成绝缘子的配方

4. 真空接触器用铜－钨－碳化钨（Cu－W－WC）触头材料的生产技术

编号：053902X

技术名称：电线、电缆制造技术

控制要点：1. 同时满足下列条件的不燃烧电缆绝缘材料的配方及制备工艺

（1）使用温度＞250℃

（2）800℃明火≥1.5h 不燃烧

（3）耐电压≥2,500V

2. 核电站用对称射频电缆的制造工艺

3. 导电用稀土铝导线的配方和制造工艺

4. 高速挤出聚氯乙烯电缆料的配方

5. 核电站用电力、控制和仪表电缆的制造工艺

6. 高温（120℃）铝护套潜油泵电缆的制造技术

58

# 通信设备、计算机及其他电子设备制造业

编号：054001X

技术名称：电子器件制造技术

控制要点：1. 宽带小型化隔离器制造技术

    （1）超倍频程宽带〔相对带宽≥70％〕小型化隔离器设计及制造工艺

    （2）极窄铁磁共振线宽△H＜2奥斯特的铁氧体材料配方及制备工艺

    （3）超宽带〔相对带宽≥70％〕匹配技术及宽温〔－55℃～＋125℃〕补偿技术

  2. 宽带〔2～8GHz〕悬置带线频分器设计技术及制造工艺

  3. 压电陀螺敏感器件制造技术

    （1）支撑系统的设计与制造工艺

    （2）压电换能器的贴接工艺

    （3）金属振梁的结构设计、工艺及热处理技术

    （4）校零系统结构设计及组装技术

    （5）校零信号处理技术

  4. 声表面波器件设计技术

    （1）声表面波滤波器（频率＞2GHz，带外抑制＞70dB，插入衰耗＜1.5dB）

    （2）声表面波抽头延迟线（码位＞1023位，工作

59

频
率＞600MHz）

（3）声表面波卷积器（码位＞1023位，工作频率
＞ 600MHz）

（4）声表面波固定延迟线（频率＞2GHz，延迟时
间＞300μs）

（5）声表面波色散延迟线（频率＞500MHz，时带
积 ＞10000，旁瓣抑制＞32dB）

（6）声表面波脉压线（旁瓣抑制＞32dB，二阶杂
波信号模拟计算技术，副瓣抑制加权补偿方
法，相位误差补偿技术）

5. 声表面波器件制造技术

（1）组合技术

（2）匹配技术

（3）大面积[220㎜×20㎜]光刻技术

6. 驻波加速管耐回轰电子枪设计及制造技术

7. 多注速调管设计及聚焦技术

8. 离子束处理改善栅网电子发射技术

编号：054002X

技术名称：半导体器件制造技术

控制要点：1. 中心锥形槽状光敏门极的大功率光控双向晶闸管

（1）Cr-Ni-Ag[铬-镍-银]金属阻挡层烧结技术

（2）$SiO_2$[二氧化硅]和 $Si_3N_4$[氮化硅]绝缘膜门极

形成工艺

2．导电电阻<2Ω的二极管制造技术

3．单晶发光屏用原材料配备技术和外延技术

编号：054003X

技术名称：传感器制造技术

控制要点：1．电子对撞机谱仪用霍尔探头的设计制造与标定技术

术

2．远场涡流测试探头的设计与制造技术

编号：054004X

技术名称：微波技术

控制要点：高功率[百兆瓦级]微波技术

1．脉冲功率技术与强流电子束加速技术

2．爆炸磁压缩技术

编号：054005X

技术名称：光纤制造及光纤通信技术

控制要点：1．二氧化碳[$CO_2$]激光传输光纤制造技术

（1）10.6μm 处光损耗<1dB/m 的玻璃光纤的成份

及制备技术

（2）10.6μm 处光损耗<0.5dB/m 的晶体光纤制备技术

（3）10.6μm 处光损耗<1dB/m 的空芯光纤制备技

术

61

2. 双坩埚的制造及 20 孔坩埚拉制光学玻璃纤维技术

3. 光纤拉丝被覆流水线技术的工艺参数

4. 可编程数字锁相频率合成技术；DDS+PLL 跳频信号源

编号：054006X

技术名称：计算机硬件及外部设备制造技术

控制要点：1. 巨型计算机[运算次数≥1300亿次]制造技术

（1）总体设计技术

（2）主机、操作系统技术

（3）主机、辅机、外部设备的制造和开发技术

2. 并行计算机多端口存储器高速通信机制的实现技术

3. 并行计算机全对称多处理机的总线和中断控制的设计技术

编号：054007X

技术名称：无线通信技术

控制要点：1. 天线阵技术

（1）超过一个倍频程的宽带[中心频率≥100%]天线阵

（2）宽带[在 C 波段>800MHz]馈源精密加工工艺

2. 微波直接调制分频锁相固态源加工工艺技术

3. 带宽>100MHz、动态范围>90dB 的集成声光外差接

62

收技术

4. C/No 低于 46dB.Hz 的 CDMA 突发信号快速捕获技术

编号：054008X

技术名称：机器人制造技术

控制要点：水下自治或半自治机器人制造技术及控制技术

编号：054009X

技术名称：计量基、标准制造及量值传递技术

控制要点：1. 准确度 $\leqslant 2 \times 10^{-4}$，年稳定性 $\leqslant 10^{-4}$ 的镯环形电感器的制造技术

（1）电感线圈的绕制、屏蔽技术

（2）镯环形电感线圈温度补偿技术

（3）防潮防震技术

2. 射频电压标准射频座结构设计及薄膜辐条状热变电阻制造技术

3. 标准时间的卫星传递技术

4. 氦-氖稳频〔波长相对变化量 $\triangle \lambda / \lambda = 10^{-10} \sim 10^{-11}$〕光器碘室、激光管、谐振腔镜制造工艺及参数

5. 电替代辐射计接收腔制造技术

（1）吸收率 $\geqslant 0.998$ 的电替代辐射计中金属腔的制造工艺

（2）金属腔的电加热器制造技术

编号：054010X

技术名称：空间材料生产技术

控制要点：1. 返回式卫星烧蚀材料的配方及生产工艺

2. 卫星姿态控制推力器催化剂的配方及生产工艺

编号：054011X

技术名称：空间仪器及设备制造技术

控制要点：通道数>150 的遥感成像光谱仪制造技术

## 仪器仪表及文化、办公用机械制造业

编号：054101X

技术名称：热工量测量仪器、仪表制造技术

控制要点：同时具有下列指标的双涡街流量计制造技术

1. 用于管道直径 50~2,000mm

2. 测量精度高于 0.5%

3. 流速 ≥ 0.2m／s

4. 管道介质为水与温度≤300℃蒸汽

编号：054102X

技术名称：机械量测量仪器、仪表制造技术

控制要点：高精度圆度仪

1. 大尺寸（Φ250~Φ1,000）圆度与圆柱度在线测量技术

2. 为提高主轴回转精度和测量精度（±0.005μm）的

误差分离与误差补偿技术

编号：054103X

技术名称：无损探伤技术

控制要点：探伤用驻波电子直线加速器用加速管的制造技术

编号：054104X

技术名称：材料试验机与仪器制造技术

控制要点：1. 贴片光弹性在线、动态、同步检测技术

2. 液氢高速〔＞4 万转／分〕轴承试验机设计技术

（1）主轴低温〔低于－240℃〕变形控制技术

（2）热传导及热隔离技术

（3）加载系统

编号：054105X

技术名称：计时仪器制造技术

控制要点：1. CCD〔光电耦合器件〕终点摄象计时及判读专用设备中成象传感技术及控制方式

2. 游泳〔蹼泳〕成套计时记分专用设备中的触摸板传感方式及制作工艺

编号：054106X

技术名称：精密仪器制造技术

控制要点：1. 高精度〔在 5.1mm 处分辨率＞20μm〕反射式声显微镜

（1）声镜制造技术

（2）声镜成象和Ｖ（Ｚ）曲线原理和阴影成象法

2．柴油机振型现代激光光测研究

（1）非球面透镜设计和制造技术

（2）二路光路系统设计结构技术

3．四坐标探针位移机构技术

（1）四坐标位移机构的设计及制造工艺

（2）高频率响应〔≥20kHz〕压力探针的设计制造

工艺

编号：054107X

技术名称：地图制图技术

控制要点：我国地理信息系统的关键算法和系统中具有比例尺

＞1：100万的地形及地理坐标数据

编号：054108X

技术名称：地震观测仪器生产技术

控制要点：1．观测频带到直流，灵敏度≥1,000V·s／m的地震

计生产技术

2．井孔径＜130mm，周期＞1s，灵敏度≥500V·s／m

的井下三分向地震计生产技术

编号：054109X

技术名称：玻璃与非晶无机非金属材料生产技术

控制要点：1．镀膜机多头小离子源制造技术

（1）离子束辅助蒸发工艺

66

（2）离子束斑合成技术

2．制作坩埚用 F1 强化铂的成份及其制作技术

## 工艺品及其他制造业

编号：054201X

技术名称：工艺品制造技术

控制要点：1．金属工艺品生产技术及工艺

（1）斑铜表面处理工艺

2．漆器工艺品制造技术及工艺

（1）点螺漆器的原料加工及制作工艺

3．刺绣品的制作技术及工艺

（1）双面三异绣、三异缂丝工艺及摘小针处理方
法

（2）明代四团龙织金纱龙袍、花缎龙袍、孔雀羽
织金妆花的技术诀窍

4．其它工艺品的制作技术及工艺

（1）鼻烟壶等工艺品的内画技艺

编号：054202X

技术名称：文物保护及修复技术

控制要点：1．古代饱水漆木器脱水定型技术的催化剂应用及配
方

2．古代字画揭裱技术

编号：054203X

技术名称：文物复制技术

控制要点：1．古代丝织品复制技术

2．古代字画照相复制技术的乳剂配方工艺

3．古铜镜表面处理工艺

编号：054204X

技术名称：大型青铜器复制技术

控制要点：1．成套古代编钟复制技术

2．秦始皇帝陵出土铜车马复制技术等

## 建筑装饰业

编号：054901X

技术名称：中国传统建筑技术

控制要点：油饰彩画颜料与绘制工艺

## 其他建筑业

编号：055001X

技术名称：建筑环境控制技术

控制要点：精度为±0.01℃的恒温控制技术

# 水上运输业

编号：055401X

技术名称：港口设备制造技术

控制要点：1．具有无动力、自动平衡、不间断作业功能设备的制造技术

2．木材、废钢专用滑块式单索多瓣抓斗、异步启闭废钢块料抓斗设计技术

3．悬链斗矿石卸船机技术资料

4．集装箱装卸关键技术

编号：055402X

技术名称：液体货物运输技术

控制要点：1．溢油化学处理制剂的配方及单体合成工艺

2．水面浮油监视报警设备制造技术

# 电信和其他信息传输服务业

编号：056001X

技术名称：通信传输技术

控制要点：1．电视、电话保密技术

（1）密码设计技术

2．我国自行研制并用于军事领域的信息传输、加、解密技术

69

3．水下低频电磁通信技术

（1）应用低频电磁场进行水下通信的技术

（2）低噪声放大技术

（3）高灵敏度和抗干扰技术

4．通信保密技术

专为我国研制、设计、生产的各类通信保密机和通信加密技术

编号：056002X

技术名称：计算机网络技术

控制要点：巨型计算机[运算次数 ≥1300 亿次]网络系统、并行处理技术

编号：056003X

技术名称：空间数据传输技术

控制要点：1. L 频段便携式、效率为 65%、可折叠式、伞状抛物面天线的设计与生产工艺

2. Ku 频段平面天线用的损耗小于 $10^{-4}$ 的介质材料生产技术

3. 机星地实时传输数据的编码及压缩技术

编号：056004X

技术名称：卫星应用技术

控制要点：1. 涉及下列内容之一的双星导航定位系统

（1）入站信号实时捕获单元的信号格式、器件结

构和制造工艺

（2）出站信号快速捕获单元的信号捕获方法、电路结构和专用芯片

（3）系统的信息传输体制、调制方式、帧结构

2．图象快速处理方法及软件

## 计算机服务业

编号：056101X

技术名称：信息处理技术

控制要点：1．智能汉字语音开发工具技术

2．字符式汉字显示控制器的设计、制造工艺

3．计算机中文系统的核心关键技术

4．工程图纸计算机辅助设计[CAD]及档案管理系统光栅/矢量混合信息处理方法

5．中文平台技术（中文处理核心技术）

6．信息存取加、解密技术

7．中外文翻译技术

8．少数民族语言处理技术

9．汉字、语音识别技术

10．汉语或少数民族语音合成技术

11．汉字压缩、还原技术

12．印刷体汉字识别技术、程序结构、主要算法和源程

71

序

13. Videotex[可视图文]系统的汉字处理技术及网间控制技术

14. 具有交互和自学习功能的脱机手写汉字识别系统及方法

15. 用于计算机汉字输入识别方法中的手写体样张、印刷体样张以及汉语语料库

16. 汉字识别的特征抽取方法和实现文本切分技术的源程序

编号: 056102X

技术名称: 计算机应用技术

控制要点: 1. 并行图归约智能工作站

2. CIMS[计算机集成制造]实验工程

# 软 件 业

编号: 056201X

技术名称: 计算机通用软件编制技术

控制要点: 1. 巨型计算机[运算次数≥1300亿次]软件技术

2. 并行计算机的微内核和多线程的实现技术, 程序并行性识别技术及并行优化编译源程序

编号: 056202X

技术名称: 信息安全防火墙软件技术

控制要点: 信息安全防火墙软件技术

# 专业技术服务业

编号: 057601X

技术名称: 海洋环境仿真技术

控制要点: 1. 海洋环境仿真、背景干扰仿真

2. 内插滤波技术和模拟通道时延误差的修正技术

3. 建模

编号: 057602X

技术名称: 大地测量技术

控制要点: 我国大地控制网整体平差方法及软件技术

编号: 057603X

技术名称: 精密工程测量技术

控制要点: 我国重点工程精密测量的技术和方法

编号: 057604X

技术名称: 真空技术

控制要点: 真空度 $< 10^{-6}$ mPa 的超高真空获取技术

编号: 057605X

技术名称: 声学工程技术

控制要点: 1. 有源噪声控制的系统设计技术和算法软件

2. 声功率 $>10,000$W 的气动声源设计技术和制造工艺

73

编号：057606X

技术名称：计量测试技术

控制要点：1．六氟化硫微量含水量测量技术

　　　　　　　（1）检测限十万分之三（体积分数）的传感器制

　　　　　　　　　　造技术

　　　　　　2．氯化钠温度定点技术

　　　　　　　（1）相平衡态时氯化钠密度值

　　　　　　　（2）密封腔改善热传导技术和防腐蚀技术

　　　　　　　（3）定点黑体防泄漏技术

编号：057607X

技术名称：目标特征提取及识别技术

控制要点：1．目标特征光谱

　　　　　　2．目标特性及相关数据库

　　　　　　3．目标图象特征提取

## 地质勘查业

编号：057801X

技术名称：地球物理勘查技术

控制要点：地磁场测定灵敏度≤0.01nT（包括单光系、多光系）

　　　　　　氦光泵磁力仪探头制造技术

# 卫　生

编号：058501X

技术名称：中医医疗技术

控制要点：1. 国家名老中医及获省部级以上科技进步一、二等
　　　　　　　奖的疾病诊疗系统的医理设计及有效方药

　　　　　　2. 股骨颈重建术治疗股骨颈骨折颈吸收伴头缺血性
　　　　　　　坏死的技术