# YANG
# EXHIBIT 17

**中华人民共和国中央人民政府**
www.gov.cn

## 中华人民共和国主席令

### 第十五号

《中华人民共和国对外贸易法》已由中华人民共和国第十届全国人民代表大会常务委员会第八次会议于2004年4月6日修订通过，现将修订后的《中华人民共和国对外贸易法》公布，自2004年7月1日起施行。

中华人民共和国主席　　胡锦涛

二〇〇四年四月六日

## 中华人民共和国对外贸易法

(1994年5月12日第八届全国人民代表大会常务
委员会第七次会议通过　2004年4月6日第十届
全国人民代表大会常务委员会第八次会议修订)

### 目　　录

第一章　总　　则
第二章　对外贸易经营者
第三章　货物进出口与技术进出口
第四章　国际服务贸易
第五章　与对外贸易有关的知识产权保护
第六章　对外贸易秩序
第七章　对外贸易调查
第八章　对外贸易救济
第九章　对外贸易促进
第十章　法律责任
第十一章　附　　则

### 第一章　总　　则

**第一条**　为了扩大对外开放，发展对外贸易，维护对外贸易秩序，保护对外贸易经营者的合法权益，促进社会主义市场经济的健康发展，制定本法。

Case 7:24-cv-00232-DC　Document 156-18　Filed 07/08/26　Page 3 of 10

**第二条**　本法适用于对外贸易以及与对外贸易有关的知识产权保护。

本法所称对外贸易，是指货物进出口、技术进出口和国际服务贸易。

**第三条**　国务院对外贸易主管部门依照本法主管全国对外贸易工作。

**第四条**　国家实行统一的对外贸易制度，鼓励发展对外贸易，维护公平、自由的对外贸易秩序。

**第五条**　中华人民共和国根据平等互利的原则，促进和发展同其他国家和地区的贸易关系，缔结或者参加关税同盟协定、自由贸易区协定等区域经济贸易协定，参加区域经济组织。

**第六条**　中华人民共和国在对外贸易方面根据所缔结或者参加的国际条约、协定，给予其他缔约方、参加方最惠国待遇、国民待遇等待遇，或者根据互惠、对等原则给予对方最惠国待遇、国民待遇等待遇。

**第七条**　任何国家或者地区在贸易方面对中华人民共和国采取歧视性的禁止、限制或者其他类似措施的，中华人民共和国可以根据实际情况对该国家或者该地区采取相应的措施。

## 第二章　对外贸易经营者

**第八条**　本法所称对外贸易经营者，是指依法办理工商登记或者其他执业手续，依照本法和其他有关法律、行政法规的规定从事对外贸易经营活动的法人、其他组织或者个人。

**第九条**　从事货物进出口或者技术进出口的对外贸易经营者，应当向国务院对外贸易主管部门或者其委托的机构办理备案登记；但是，法律、行政法规和国务院对外贸易主管部门规定不需要备案登记的除外。备案登记的具体办法由国务院对外贸易主管部门规定。

对外贸易经营者未按照规定办理备案登记的，海关不予办理进出口货物的报关验放手续。

**第十条**　从事国际服务贸易，应当遵守本法和其他有关法律、行政法规的规定。

从事对外工程承包或者对外劳务合作的单位，应当具备相应的资质或者资格。具体办法由国务院规定。

**第十一条**　国家可以对部分货物的进出口实行国营贸易管理。实行国营贸易管理货物的进出口业务只能由经授权的企业经营；但是，国家允许部分数量的国营贸易管理货物的进出口业务由非授权企业经营的除外。

实行国营贸易管理的货物和经授权经营企业的目录，由国务院对外贸易主管部门会同国务院其他有关部门确定、调整并公布。

违反本条第一款规定，擅自进出口实行国营贸易管理的货物的，海关不予放行。

**第十二条**　对外贸易经营者可以接受他人的委托，在经营范围内代为办理对外贸易业务。

Case 7:24-cv-00232-DC　Document 156-18　Filed 07/08/26　Page 4 of 10

第十三条　对外贸易经营者应当按照国务院对外贸易主管部门或者国务院其他有关部门依法作出的规定，向有关部门提交与其对外贸易经营活动有关的文件及资料。有关部门应当为提供者保守商业秘密。

## 第三章　货物进出口与技术进出口

第十四条　国家准许货物与技术的自由进出口。但是，法律、行政法规另有规定的除外。

第十五条　国务院对外贸易主管部门基于监测进出口情况的需要，可以对部分自由进出口的货物实行进出口自动许可并公布其目录。

实行自动许可的进出口货物，收货人、发货人在办理海关报关手续前提出自动许可申请的，国务院对外贸易主管部门或者其委托的机构应当予以许可；未办理自动许可手续的，海关不予放行。

进出口属于自由进出口的技术，应当向国务院对外贸易主管部门或者其委托的机构办理合同备案登记。

第十六条　国家基于下列原因，可以限制或者禁止有关货物、技术的进口或者出口：

（一）为维护国家安全、社会公共利益或者公共道德，需要限制或者禁止进口或者出口的；

（二）为保护人的健康或者安全，保护动物、植物的生命或者健康，保护环境，需要限制或者禁止进口或者出口的；

（三）为实施与黄金或者白银进出口有关的措施，需要限制或者禁止进口或者出口的；

（四）国内供应短缺或者为有效保护可能用竭的自然资源，需要限制或者禁止出口的；

（五）输往国家或者地区的市场容量有限，需要限制出口的；

（六）出口经营秩序出现严重混乱，需要限制出口的；

（七）为建立或者加快建立国内特定产业，需要限制进口的；

（八）对任何形式的农业、牧业、渔业产品有必要限制进口的；

（九）为保障国家国际金融地位和国际收支平衡，需要限制进口的；

（十）依照法律、行政法规的规定，其他需要限制或者禁止进口或者出口的；

（十一）根据我国缔结或者参加的国际条约、协定的规定，其他需要限制或者禁止进口或者出口的。

第十七条　国家对与裂变、聚变物质或者衍生此类物质的物质有关的货物、技术进出口，以及与武器、弹药或者其他军用物资有关的进出口，可以采取任何必要的措施，维护国家安全。

在战时或者为维护国际和平与安全，国家在货物、技术进出口方面可以采取任何必要的措施。

Case 7:24-cv-00232-DC  Document 156-18  Filed 07/08/26  Page 5 of 10

第十八条　国务院对外贸易主管部门会同国务院其他有关部门，依照本法第十六条和第十七条的规定，制定、调整并公布限制或者禁止进出口的货物、技术目录。

国务院对外贸易主管部门或者由其会同国务院其他有关部门，经国务院批准，可以在本法第十六条和第十七条规定的范围内，临时决定限制或者禁止前款规定目录以外的特定货物、技术的进口或者出口。

第十九条　国家对限制进口或者出口的货物，实行配额、许可证等方式管理；对限制进口或者出口的技术，实行许可证管理。

实行配额、许可证管理的货物、技术，应当按照国务院规定经国务院对外贸易主管部门或者经其会同国务院其他有关部门许可，方可进口或者出口。

国家对部分进口货物可以实行关税配额管理。

第二十条　进出口货物配额、关税配额，由国务院对外贸易主管部门或者国务院其他有关部门在各自的职责范围内，按照公开、公平、公正和效益的原则进行分配。具体办法由国务院规定。

第二十一条　国家实行统一的商品合格评定制度，根据有关法律、行政法规的规定，对进出口商品进行认证、检验、检疫。

第二十二条　国家对进出口货物进行原产地管理。具体办法由国务院规定。

第二十三条　对文物和野生动物、植物及其产品等，其他法律、行政法规有禁止或者限制进出口规定的，依照有关法律、行政法规的规定执行。

第四章　国际服务贸易

第二十四条　中华人民共和国在国际服务贸易方面根据所缔结或者参加的国际条约、协定中所作的承诺，给予其他缔约方、参加方市场准入和国民待遇。

第二十五条　国务院对外贸易主管部门和国务院其他有关部门，依照本法和其他有关法律、行政法规的规定，对国际服务贸易进行管理。

第二十六条　国家基于下列原因，可以限制或者禁止有关的国际服务贸易：

(一)为维护国家安全、社会公共利益或者公共道德，需要限制或者禁止的；

(二)为保护人的健康或者安全，保护动物、植物的生命或者健康，保护环境，需要限制或者禁止的；

(三)为建立或者加快建立国内特定服务产业，需要限制的；

(四)为保障国家外汇收支平衡，需要限制的；

(五)依照法律、行政法规的规定，其他需要限制或者禁止的；

(六)根据我国缔结或者参加的国际条约、协定的规定，其他需要限制或者禁止的。

第二十七条　国家对与军事有关的国际服务贸易，以及与裂变、聚变物质或者衍生此类物质的物质有关的国际服务贸易，可以采取任何必要的措施，维护国家安全。

Case 7:24-cv-00232-DC　　Document 156-18　　Filed 07/08/26　　Page 6 of 10

在战时或者为维护国际和平与安全，国家在国际服务贸易方面可以采取任何必要的措施。

**第二十八条**　国务院对外贸易主管部门会同国务院其他有关部门，依照本法第二十六条、第二十七条和其他有关法律、行政法规的规定，制定、调整并公布国际服务贸易市场准入目录。

## 第五章　与对外贸易有关的知识产权保护

**第二十九条**　国家依照有关知识产权的法律、行政法规，保护与对外贸易有关的知识产权。

进口货物侵犯知识产权，并危害对外贸易秩序的，国务院对外贸易主管部门可以采取在一定期限内禁止侵权人生产、销售的有关货物进口等措施。

**第三十条**　知识产权权利人有阻止被许可人对许可合同中的知识产权的有效性提出质疑、进行强制性一揽子许可、在许可合同中规定排他性返授条件等行为之一，并危害对外贸易公平竞争秩序的，国务院对外贸易主管部门可以采取必要的措施消除危害。

**第三十一条**　其他国家或者地区在知识产权保护方面未给予中华人民共和国的法人、其他组织或者个人国民待遇，或者不能对来源于中华人民共和国的货物、技术或者服务提供充分有效的知识产权保护的，国务院对外贸易主管部门可以依照本法和其他有关法律、行政法规的规定，并根据中华人民共和国缔结或者参加的国际条约、协定，对与该国家或者该地区的贸易采取必要的措施。

## 第六章　对外贸易秩序

**第三十二条**　在对外贸易经营活动中，不得违反有关反垄断的法律、行政法规的规定实施垄断行为。

在对外贸易经营活动中实施垄断行为，危害市场公平竞争的，依照有关反垄断的法律、行政法规的规定处理。

有前款违法行为，并危害对外贸易秩序的，国务院对外贸易主管部门可以采取必要的措施消除危害。

**第三十三条**　在对外贸易经营活动中，不得实施以不正当的低价销售商品、串通投标、发布虚假广告、进行商业贿赂等不正当竞争行为。

在对外贸易经营活动中实施不正当竞争行为的，依照有关反不正当竞争的法律、行政法规的规定处理。

有前款违法行为，并危害对外贸易秩序的，国务院对外贸易主管部门可以采取禁止该经营者有关货物、技术进出口等措施消除危害。

**第三十四条**　在对外贸易活动中，不得有下列行为：

（一）伪造、变造进出口货物原产地标记，伪造、变造或者买卖进出口货物原产地证书、进出口许可证、进出口配额证明或者其他进出口证明文件；

（二）骗取出口退税；

（三）走私；

（四）逃避法律、行政法规规定的认证、检验、检疫；

（五）违反法律、行政法规规定的其他行为。

第三十五条　对外贸易经营者在对外贸易经营活动中，应当遵守国家有关外汇管理的规定。

第三十六条　违反本法规定，危害对外贸易秩序的，国务院对外贸易主管部门可以向社会公告。

## 第七章　对外贸易调查

第三十七条　为了维护对外贸易秩序，国务院对外贸易主管部门可以自行或者会同国务院其他有关部门，依照法律、行政法规的规定对下列事项进行调查：

（一）货物进出口、技术进出口、国际服务贸易对国内产业及其竞争力的影响；

（二）有关国家或者地区的贸易壁垒；

（三）为确定是否应当依法采取反倾销、反补贴或者保障措施等对外贸易救济措施，需要调查的事项；

（四）规避对外贸易救济措施的行为；

（五）对外贸易中有关国家安全利益的事项；

（六）为执行本法第七条、第二十九条第二款、第三十条、第三十一条、第三十二条第三款、第三十三条第三款的规定，需要调查的事项；

（七）其他影响对外贸易秩序，需要调查的事项。

第三十八条　启动对外贸易调查，由国务院对外贸易主管部门发布公告。

调查可以采取书面问卷、召开听证会、实地调查、委托调查等方式进行。

国务院对外贸易主管部门根据调查结果，提出调查报告或者作出处理裁定，并发布公告。

第三十九条　有关单位和个人应当对对外贸易调查给予配合、协助。

国务院对外贸易主管部门和国务院其他有关部门及其工作人员进行对外贸易调查，对知悉的国家秘密和商业秘密负有保密义务。

## 第八章　对外贸易救济

第四十条　国家根据对外贸易调查结果，可以采取适当的对外贸易救济措施。

第四十一条　其他国家或者地区的产品以低于正常价值的倾销方式进入我国市场，对已建立的国内产业造成实质损害或者产生实质损害威胁，或者对建立国内产业造成实质阻碍的，国家可以采取反倾销措施，消除或者减轻这种损害或者损害的威胁或者阻碍。

**第四十二条**　其他国家或者地区的产品以低于正常价值出口至第三国市场，对我国已建立的国内产业造成实质损害或者产生实质损害威胁，或者对我国建立国内产业造成实质阻碍的，应国内产业的申请，国务院对外贸易主管部门可以与该第三国政府进行磋商，要求其采取适当的措施。

**第四十三条**　进口的产品直接或者间接地接受出口国家或者地区给予的任何形式的专向性补贴，对已建立的国内产业造成实质损害或者产生实质损害威胁，或者对建立国内产业造成实质阻碍的，国家可以采取反补贴措施，消除或者减轻这种损害或者损害的威胁或者阻碍。

**第四十四条**　因进口产品数量大量增加，对生产同类产品或者与其直接竞争的产品的国内产业造成严重损害或者严重损害威胁的，国家可以采取必要的保障措施，消除或者减轻这种损害或者损害的威胁，并可以对该产业提供必要的支持。

**第四十五条**　因其他国家或者地区的服务提供者向我国提供的服务增加，对提供同类服务或者与其直接竞争的服务的国内产业造成损害或者产生损害威胁的，国家可以采取必要的救济措施，消除或者减轻这种损害或者损害的威胁。

**第四十六条**　因第三国限制进口而导致某种产品进入我国市场的数量大量增加，对已建立的国内产业造成损害或者产生损害威胁，或者对建立国内产业造成阻碍的，国家可以采取必要的救济措施，限制该产品进口。

**第四十七条**　与中华人民共和国缔结或者共同参加经济贸易条约、协定的国家或者地区，违反条约、协定的规定，使中华人民共和国根据该条约、协定享有的利益丧失或者受损，或者阻碍条约、协定目标实现的，中华人民共和国政府有权要求有关国家或者地区政府采取适当的补救措施，并可以根据有关条约、协定中止或者终止履行相关义务。

**第四十八条**　国务院对外贸易主管部门依照本法和其他有关法律的规定，进行对外贸易的双边或者多边磋商、谈判和争端的解决。

**第四十九条**　国务院对外贸易主管部门和国务院其他有关部门应当建立货物进出口、技术进出口和国际服务贸易的预警应急机制，应对对外贸易中的突发和异常情况，维护国家经济安全。

**第五十条**　国家对规避本法规定的对外贸易救济措施的行为，可以采取必要的反规避措施。

## 第九章　对外贸易促进

**第五十一条**　国家制定对外贸易发展战略，建立和完善对外贸易促进机制。

**第五十二条**　国家根据对外贸易发展的需要，建立和完善为对外贸易服务的金融机构，设立对外贸易发展基金、风险基金。

**第五十三条**　国家通过进出口信贷、出口信用保险、出口退税及其他促进对外贸易的方式，发展对外贸易。

第五十四条　国家建立对外贸易公共信息服务体系，向对外贸易经营者和其他社会公众提供信息服务。

第五十五条　国家采取措施鼓励对外贸易经营者开拓国际市场，采取对外投资、对外工程承包和对外劳务合作等多种形式，发展对外贸易。

第五十六条　对外贸易经营者可以依法成立和参加有关协会、商会。

有关协会、商会应当遵守法律、行政法规，按照章程对其成员提供与对外贸易有关的生产、营销、信息、培训等方面的服务，发挥协调和自律作用，依法提出有关对外贸易救济措施的申请，维护成员和行业的利益，向政府有关部门反映成员有关对外贸易的建议，开展对外贸易促进活动。

第五十七条　中国国际贸易促进组织按照章程开展对外联系，举办展览，提供信息、咨询服务和其他对外贸易促进活动。

第五十八条　国家扶持和促进中小企业开展对外贸易。

第五十九条　国家扶持和促进民族自治地方和经济不发达地区发展对外贸易。

## 第十章　法律责任

第六十条　违反本法第十一条规定，未经授权擅自进出口实行国营贸易管理的货物的，国务院对外贸易主管部门或者国务院其他有关部门可以处五万元以下罚款；情节严重的，可以自行政处罚决定生效之日起三年内，不受理违法行为人从事国营贸易管理货物进出口业务的申请，或者撤销已给予其从事其他国营贸易管理货物进出口的授权。

第六十一条　进出口属于禁止进出口的货物的，或者未经许可擅自进出口属于限制进出口的货物的，由海关依照有关法律、行政法规的规定处理、处罚；构成犯罪的，依法追究刑事责任。

进出口属于禁止进出口的技术的，或者未经许可擅自进出口属于限制进出口的技术的，依照有关法律、行政法规的规定处理、处罚；法律、行政法规没有规定的，由国务院对外贸易主管部门责令改正，没收违法所得，并处违法所得一倍以上五倍以下罚款，没有违法所得或者违法所得不足一万元的，处一万元以上五万元以下罚款；构成犯罪的，依法追究刑事责任。

自前两款规定的行政处罚决定生效之日或者刑事处罚判决生效之日起，国务院对外贸易主管部门或者国务院其他有关部门可以在三年内不受理违法行为人提出的进出口配额或者许可证的申请，或者禁止违法行为人在一年以上三年以下的期限内从事有关货物或者技术的进出口经营活动。

第六十二条　从事属于禁止的国际服务贸易的，或者未经许可擅自从事属于限制的国际服务贸易的，依照有关法律、行政法规的规定处罚；法律、行政法规没有规定的，由国务院对外贸易主管部门责令改正，没收违法所得，并处违法所得一倍以上五倍以下罚款，没有违法所得或者违法所得不足一万元的，处一万元以上五万元以下罚款；构成犯罪的，依法追究刑事责任。

Case 7:24-cv-00232-DC  Document 156-18  Filed 07/08/26  Page 10 of 10

国务院对外贸易主管部门可以禁止违法行为人自前款规定的行政处罚决定生效之日或者刑事处罚判决生效之日起一年以上三年以下的期限内从事有关的国际服务贸易经营活动。

第六十三条  违反本法第三十四条规定，依照有关法律、行政法规的规定处罚；构成犯罪的，依法追究刑事责任。

国务院对外贸易主管部门可以禁止违法行为人自前款规定的行政处罚决定生效之日或者刑事处罚判决生效之日起一年以上三年以下的期限内从事有关的对外贸易经营活动。

第六十四条  依照本法第六十一条至第六十三条规定被禁止从事有关对外贸易经营活动的，在禁止期限内，海关根据国务院对外贸易主管部门依法作出的禁止决定，对该对外贸易经营者的有关进出口货物不予办理报关验放手续，外汇管理部门或者外汇指定银行不予办理有关结汇、售汇手续。

第六十五条  依照本法负责对外贸易管理工作的部门的工作人员玩忽职守、徇私舞弊或者滥用职权，构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予行政处分。

依照本法负责对外贸易管理工作的部门的工作人员利用职务上的便利，索取他人财物，或者非法收受他人财物为他人谋取利益，构成犯罪的，依法追究刑事责任；尚不构成犯罪的，依法给予行政处分。

第六十六条  对外贸易经营活动当事人对依照本法负责对外贸易管理工作的部门作出的具体行政行为不服的，可以依法申请行政复议或者向人民法院提起行政诉讼。

第十一章  附    则

第六十七条  与军品、裂变和聚变物质或者衍生此类物质的物质有关的对外贸易管理以及文化产品的进出口管理，法律、行政法规另有规定的，依照其规定。

第六十八条  国家对边境地区与接壤国家边境地区之间的贸易以及边民互市贸易，采取灵活措施，给予优惠和便利。具体办法由国务院规定。

第六十九条  中华人民共和国的单独关税区不适用本法。

第七十条  本法自2004年7月1日起施行。