# YANG
# EXHIBIT 20

[CLI Code]CLI.4.116502(EN)

**Measures for the Administration of Technologies Prohibited or Restricted from Export (2009 Revision)**

| | |
|---|---|
| Document Number： | Order No. 2 [2009] of the Ministry of Commerce and the Ministry of Science and Technology |
| Area of Law： | Export License and Administration |
| Level of Authority： | Departmental Rules |
| Issuing Authority： | Ministry of Commerce , Ministry of Science & Technology |
| Date Issued： | 04-20-2009 |
| Effective Date： | 05-20-2009 |
| Status： | Effective |

Order of the Ministry of Commerce and the Ministry of Science and Technology

(No. 2 [2009])

In accordance with the Foreign Trade Law of the People's Republic of China and the Regulation of the People's Republic of China on the Administration of Import and Export of Technologies, the Measures for the Administration of Technologies Prohibited or Restricted from Export as amended are hereby promulgated and shall come into force after the lapse of 30 days from the date of promulgation. The Measures for the Administration of Technologies Prohibited or Restricted from Export (Order No.14 [2001] of the Ministry of Foreign Trade and Economic Cooperation and the Ministry of Science and Technology shall be repealed simultaneously.

Minister: Chen Deming

Minister: Wan Gang

April 20, 2009

Measures for the Administration of Technologies Prohibited or Restricted from Export
**Article 1** To regulate the export of technologies of China, these measures are formulated in accordance with the Foreign Trade Law of the People's Republic of China and the Regulation of the People's Republic of China on the Administration of Import and Export of Technologies.

Saved on: 07/08/2026

[CLI Code]CLI.4.116502(EN)

**Article 2** The technologies prohibited from export included in the Catalogue of Technologies Prohibited or Restricted from Export by China (to be promulgated separately) shall not be exported.

**Article 3** The state shall adopt a licensing system for the technologies restricted from export included in the Catalogue of Technologies Prohibited or Restricted from Export by China. The export of technologies restricted by the state from export shall be subject to the export licensing formalities under these Measures.

**Article 4** The export licensing for the technologies restricted from export as mentioned in Article 3 of these Measures shall be administered by the commerce administrative department of a province, autonomous region or municipality directly under the Central Government where a technology exporter is located (hereinafter referred to as the "local commerce department") in conjunction with the science and technology administrative department of the province, autonomous region or municipality directly under the Central Government (hereinafter referred to as the "local science and technology department").

**Article 5** Prior to the export of any technology restricted from export as mentioned in Article 3 of these Measures, a technology exporter shall fill out an Application Form for the Export of Technologies Restricted from Export by China (hereinafter referred to as the "Application Form", see Annex 1) and submit it to the local commerce department for going through the export licensing formalities.

If the technology restricted from export is a confidential technology of the state, the technology exporter shall go through the confidentiality review formalities under the Provisions on the Review of Export of Confidential Technologies of the State before going though the licensing formalities under these Measures, and upon the strength of the Confidentiality Review Approval of the Export of Confidential Technology of the State issued by the confidentiality review administrative department, apply for the export of the technology under the provisions of paragraph 1 of this Article.

**Article 6** The local commerce department shall, within 30 working days from the date of receipt of the Application Form and in conjunction with the local science and technology department, conduct a trade review and a technical review respectively of the technology export project, and decide whether to approve the export.

If the application materials provided by the applicant are incomplete, the contents of the application are unclear, or the application does not conform to the relevant provisions in any other

[CLI Code]CLI.4.116502(EN)

aspect, the local commerce department may require the applicant to amend or supplement the application materials.

**Article 7** The local commerce department shall, within 5 working days from the date of receipt of the Application Form, forward the relevant materials to the local science and technology department. The local science and technology department shall, within 15 working days from the date of receipt of the Application Form, organize experts to conduct a technical review of the technology, the export of which is applied for, report the review result to the local commerce department and at the same time file it with the Ministry of Science and Technology.

**Article 8** The trade review of a technology restricted from export shall cover:

1. whether the export of such a technology conforms to the foreign trade policies of China and contributes to promoting the export in foreign trade;

2. whether the export of such a technology conforms to the industrial export policies of China and contributes to promoting the development of national economy; and

3. whether the export of such a technology conforms to the commitments made by China.

**Article 9** The technical review of a technology restricted from export shall cover:

1. whether the export of such a technology jeopardizes the national security;

2. whether the export of such a technology conforms to the scientific and technological development policies of China and contributes to the scientific and technological advancement; and

3. whether the export of such a technology conforms to the industrial technology policies of China and promotes the production of large-scale and complete plants and equipment and high-tech products and the economic and technological cooperation.

**Article 10** After approving an export application, the local commerce department shall issue to the applicant a Letter of Intent of the People's Republic of China for Technology Export Licensing (hereinafter after referred to as the "Letter of Intent for Technology Export Licensing", see Annex 2) uniformly printed, produced and numbered by the Ministry of Commerce. The Letter of Intent for Technology Export Licensing shall be valid for 3 years.

When applying for intent commitments about export credit and insurance, the applicant must present the Letter of Intent for Technology Export Licensing. The financial or insurance institution shall handle the relevant business upon the strength of the Letter of Intent for Technology Export Licensing.

**Article 11** In the absence of the Letter of Intent for Technology Export Licensing for a project on a technology restricted from export, no entity or individual shall conduct any substantive negotiation

[CLI Code]CLI.4.116502(EN)

with the foreign party or make any commitment with legal binding force in respect of the export of the relevant technology.

**Article 12** Where a technology exporter fails to conclude a technology export contract within the valid period of the Letter of Intent for Technology Export Licensing, it shall file a new export application with the local commerce department under the procedures in Article 5 of these Measures.

**Article 13** After signing a technology export contract, a technology exporter shall apply to the local commerce department for a technology export license, upon the strength of the Letter of Intent for Technology Export Licensing, a duplicate of the contract, a checklist of technical references (documents, data, drawings, etc.) (see Annex 4) and documents certifying the legal status of both parties to the contract.

**Article 14** The local commerce department shall examine the authenticity of a technological export contract, make a decision on whether to approve the technology export within 15 working days from the date of receipt of the documents as mentioned in Article 13 of these Measures, and in the case of approval, issue a Technology Export License of the People's Republic of China (hereinafter referred to as the "Technology Export License", see Annex 3) uniformly printed, produced and numbered by the Ministry of Commerce.

**Article 15** A technology export contract on a technology restricted from export shall come into force as of the date of issuance of the Technology Export License.

**Article 16** Before collecting a Technology Export License at the local commerce department, a technology exporter shall log onto the Technology Import and Export Contract Information Management System (website: jsjckqy.fwmys.mofcom.gov.cn) and enter the contents of the contract by following the relevant procedures.

**Article 17** If a technology exporter needs to change any content of technology export after obtaining a Technology Export License, it shall go through again the technology export licensing formalities under the procedures as prescribed in these Measures.

**Article 18** For an export project on the export of a technology restricted from export by the state, which has been approved, the technology exporter shall produce the Technology Export License at the time of handling the relevant customs matters. The customs shall handle the relevant release formalities upon verification.

**Article 19** The Ministry of Commerce shall, in conjunction with the Ministry of Science and Technology, be responsible for supervising and inspecting the technology export licensing work of the local commerce departments and local science and technology departments, and strengthen

the training and guidance on the administration of technologies restricted from export.

The local commerce department shall, before January 31 every year, file a document on the technology export licensing matters approved during the last year with the Ministry of Commerce.

**Article 20** For a violation of these Measures, the relevant parties and entities shall be held liable in accordance with the Regulation of the People's Republic of China on the Administration of Import and Export of Technologies and other relevant legal provisions.

**Article 21** These Measures shall not apply to the export of nuclear technologies, technologies relevant to dual-purpose nuclear products, technologies relevant to chemical dual-purpose products, technologies relevant to biological dual-purpose products, relevant missile technologies, and know-how of national defense and military industry.

**Article 22** These Measures shall come into force after the lapse of 30 days from the date of promulgation. The Measures for the Administration of Technologies Prohibited or Restricted from Export (Order No.14 [2001] of the Ministry of Foreign Trade and Economic Cooperation and the Ministry of Science and Technology), which came into force as of January 1, 2002, shall be repealed simultaneously.

©Pkulaw：(www.pkulaw.com) provides various professional solutions in such fields as legal information, law knowledge and legal software. Pkulaw provides you with abundant reference materials. When you invoke articles of laws and regulations, please check them with the standard texts. You are welcome to view all our products and services.

Pkulaw Express: How to quickly find information you need? What are the new features of Pkulaw V6?




Saved on: 07/08/2026

[CLI Code]CLI.4.116502(EN)



Scan QR Code for instant access to the original text

Original Link: https://www.pkulaw.com/en_chl/055b67e09db89699bdfb.html