# YANG
# EXHIBIT 21

中文版 │ English │网站地图│　　　邮箱

[中文版]　　　[English]

首页 │ 宪法 │ 人大机构 │ 赵乐际委员长 │ 代表大会会议 │ 常委会会议 │ 委员长会议 │ 权威发布 │ 立法 │ 监督 │ 代表
对外交往 │ 选举任免 │ 法律研究 │ 理论 │ 机关工作 │ 地方人大 │ 图片 │ 视频 │ 直播 │ 专题 │ 资料库 │ 国旗 │ 国歌 │ 国徽

当前位置：首页　＞　专题集锦　＞　立法

# 中华人民共和国民法通则（2009年修正）

来源：　中国人大网　　　　　　　　　　　　　　　　　　　　浏览字号：　大　中　小

图片报道　　　　　　　　　　　更多>>



访谈　　　│　　直播　　　│　　视频



食品安全法修订在线访谈

3名检察系统全国人大代表与网民...
3名法院系统全国人大代表与网民...
3名公安系统全国人大代表与网民...
三位在地方法院工作的代表与网 ...

**专题集锦**

外商投资法
栗战书委员长访问挪威、奥地利和 ...
第十三届全国人民代表大会常务委 ...
检察官法修订
法官法修订

证券法修订草案
药品管理法修订草案
疫苗管理法草案
十三届全国人大二次会议
第十三届全国人民代表大会常务委 ...

**延伸阅读**

　　（1986年4月12日第六届全国人民代表大会第四次会议通过根据2009年8月27日第十一届全国人民代表大会常务委员会第十次会议《关于修改部分法律的决定》修正）

　　第一章　基本原则

　　第一条　为了保障公民、法人的合法的民事权益，正确调整民事关系，适应社会主义现代化建设事业发展的需要，根据宪法和我国实际情况，总结民事活动的实践经验，制定本法。

　　第二条　中华人民共和国民法调整平等主体的公民之间、法人之间、公民和法人之间的财产关系和人身关系。

　　第三条　当事人在民事活动中的地位平等。

　　第四条　民事活动应当遵循自愿、公平、等价有偿、诚实信用的原则。

　　第五条　公民、法人的合法的民事权益受法律保护，任何组织和个人不得侵犯。

　　第六条　民事活动必须遵守法律，法律没有规定的，应当遵守国家政策。

　　第七条　民事活动应当尊重社会公德，不得损害社会公共利益，扰乱社会经济秩序

　　第八条　在中华人民共和国领域内的民事活动，适用中华人民共和国法律，法律另有规定的除外。

　　本法关于公民的规定，适用于在中华人民共和国领域内的外国人、无国籍人，法律另有规定的除外。第二章　公民（自然人）　第一节　民事权利能力和民事行为能力

　　第九条　公民从出生时起到死亡时止，具有民事权利能力，依法享有民事权利，承担民事义务。

　　第十条　公民的民事权利能力一律平等。

　　第十一条　十八周岁以上的公民是成年人，具有完全民事行为能力，可以独立进行民事活动，是完全民事行为能力人。

十六周岁以上不满十八周岁的公民，以自己的劳动收入为主要生活来源的，视为完全民事行为能力人。

第十二条 十周岁以上的未成年人是限制民事行为能力人，可以进行与他的年龄、智力相适应的民事活动；其他民事活动由他的法定代理人代理，或者征得他的法定代理人的同意。

不满十周岁的未成年人是无民事行为能力人，由他的法定代理人代理民事活动。

第十三条 不能辨认自己行为的精神病人是无民事行为能力人，由他的法定代理人代理民事活动。

不能完全辨认自己行为的精神病人是限制民事行为能力人，可以进行与他的精神健康状况相适应的民事活动；其他民事活动由他的法定代理人代理，或者征得他的法定代理人的同意。

第十四条 无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。

第十五条 公民以他的户籍所在地的居住地为住所，经常居住地与住所不一致的，经常居住地视为住所。第二节 监护

第十六条 未成年人的父母是未成年人的监护人。

未成年人的父母已经死亡或者没有监护能力的，由下列人员中有监护能力的人担任监护人：

（一）祖父母、外祖父母；

（二）兄、姐；

（三）关系密切的其他亲属、朋友愿意承担监护责任，经未成年人的父、母的所在单位或者未成年人住所地的居民委员会、村民委员会同意的。

对担任监护人有争议的，由未成年人的父、母的所在单位或者未成年人住所地的居民委员会、村民委员会在近亲属中指定。对指定不服提起诉讼的，由人民法院裁决。

没有第一款、第二款规定的监护人的，由未成年人的父、母的所在单位或者未成年人住所地的居民委员会、村民委员会或者民政部门担任监护人。

第十七条 无民事行为能力或者限制民事行为能力的精神病人，由下列人员担任监护人：

（一）配偶；

（二）父母；

（三）成年子女；

（四）其他近亲属；

（五）关系密切的其他亲属、朋友愿意承担监护责任，经精神病人的所在单位或者住所地的居民委员会、村民委员会同意的。

对担任监护人有争议的，由精神病人的所在单位或者住所地的居民委员会、村民委员会在近亲属中指定。对指定不服提起诉讼的，由人民法院裁决。

没有第一款规定的监护人的，由精神病人的所在单位或者住所地的居民委员会、村民委员会或者民政部门担任监护人。

第十八条 监护人应当履行监护职责，保护被监护人的人身、财产及其他合法权益，除为被监护人的利益外，不得处理被监护人的财产。

监护人依法履行监护的权利，受法律保护。

监护人不履行监护职责或者侵害被监护人的合法权益的，应当承担责任；给被监护人造成财产损失的，应当赔偿损失。人民法院可以根据有关人员或者有关单位的申请，撤销监护人的资格。

第十九条 精神病人的利害关系人，可以向人民法院申请宣告精神病人为无民事行为能力人或者限制民事行为能力人。

被人民法院宣告为无民事行为能力人或者限制民事行为能力人的，根据他健康恢复的状况，经本人或者利害关系人申请，人民法院可以宣告他为限制民事行为能力人或者完全民事行为能力人。第三节 宣告失踪和宣告死亡

第二十条 公民下落不明满二年的，利害关系人可以向人民法院申请宣告他为失踪人.

战争期间下落不明的，下落不明的时间从战争结束之日起计算。

第二十一条 失踪人的财产由他的配偶、父母、成年子女或者关系密切的其他亲属、朋友代管。代管有争议的，没有以上规定的人或者以上规定的人无能力代管的，由人民法院指定的人代管。

失踪人所欠税款、债务和应付的其他费用，由代管人从失踪人的财产中支付。

第二十二条 被宣告失踪的人重新出现或者确知他的下落，经本人或者利害关系人申请，人民法院应当撤销对他的失踪宣告。

第二十三条 公民有下列情形之一的，利害关系人可以向人民法院申请宣告他死亡：

（一）下落不明满四年的；

（二）因意外事故下落不明，从事故发生之日起满二年的。

战争期间下落不明的，下落不明的时间从战争结束之日起计算。

第二十四条 被宣告死亡的人重新出现或者确知他没有死亡，经本人或者利害关系人申请，人民法院应当撤销对他的死亡宣告。

有民事行为能力人在被宣告死亡期间实施的民事法律行为有效。

第二十五条　被撤销死亡宣告的人有权请求返还财产。依照继承法取得他的财产的公民或者组织，应当返还原物；原物不存在的，给予适当补偿。第四节　个体工商户，农村承包经营户

第二十六条　公民在法律允许的范围内，依法经核准登记，从事工商业经营的，为个体工商户。个体工商户可以起字号。

第二十七条　农村集体经济组织的成员，在法律允许的范围内，按照承包合同规定从事商品经营的，为农村承包经营户。

第二十八条　个体工商户，农村承包经营户的合法权益，受法律保护。

第二十九条　个体工商户，农村承包经营户的债务，个人经营的，以个人财产承担；家庭经营的，以家庭财产承担。第五节　个人合伙

第三十条　个人合伙是指两个以上公民按照协议，各自提供资金、实物、技术等，合伙经营、共同劳动。

第三十一条　合伙人应当对出资数额、盈余分配、债务承担、入伙、退伙、合伙终止等事项，订立书面协议。

第三十二条　合伙人投入的财产，由合伙人统一管理和使用。

合伙经营积累的财产，归合伙人共有。

第三十三条　个人合伙可以起字号，依法经核准登记，在核准登记的经营范围内从事经营。

第三十四条　个人合伙的经营活动，由合伙人共同决定，合伙人有执行或监督的权利。

合伙人可以推举负责人。合伙负责人和其他人员的经营活动，由全体合伙人承担民事责任。

第三十五条　合伙的债务，由合伙人按照出资比例或者协议的约定，以各自的财产承担清偿责任。

合伙人对合伙的债务承担连带责任，法律另有规定的除外。偿还合伙债务超过自己应当承担数额的合伙人，有权向其他合伙人追偿。第三章　法人　第一节　一般规定

第三十六条　法人是具有民事权利能力和民事行为能力，依法独立享有民事权利和承担民事义务的组织。

法人的民事权利能力和民事行为能力，从法人成立时产生，到法人终止时消灭。

第三十七条　法人应当具备下列条件：

（一）依法成立；

（二）有必要的财产或者经费；

（三）有自己的名称、组织机构和场所；

中华人民共和国民法通则（2009年修正）_中国人大网

（四）能够独立承担民事责任。

第三十八条 依照法律或者法人组织章程规定，代表法人行使职权的负责人，是法人的法定代表人。

第三十九条 法人以它的主要办事机构所在地为住所。

第四十条 法人终止，应当依法进行清算，停止清算范围外的活动。第二节 企业法人

第四十一条 全民所有制企业、集体所有制企业有符合国家规定的资金数额，有组织章程、组织机构和场所，能够独立承担民事责任，经主管机关核准登记，取得法人资格。

在中华人民共和国领域内设立的中外合资经营企业，中外合作经营企业和外资企业，具备法人条件的，依法经工商行政管理机关核准登记，取得中国法人资格。

第四十二条 企业法人应当在核准登记的经营范围内从事经营。

第四十三条 企业法人对它的法定代表人和其他工作人员的经营活动，承担民事责任。

第四十四条 企业法人分立、合并上或有其他重要事项变更，应当向登记机关办理登记并公告。

企业法人分立、合并，它的权利和义务由变更后的法人享有和承担。

第四十五条 企业法人由于下列原因之一终止：

（一）依法被撤销；

（二）解散；

（三）依法宣告破产；

（四）其他原因。

第四十六条 企业法人终止，应当向登记机关办理注销登记并公告。

第四十七条 企业法人解散，应当成立清算组织，进行清算。企业法人被撤销、被宣告破产的，应当由主管机关或者人民法院组织有关机关和有关人员成立清算组织，进行清算。

第四十八条 全民所有制企业法人以国家授予它经营管理的财产承担民事责任。集体所有制企业法人以企业所有的财产承担民事责任。中外合资经营企业法人、中外合作经营企业法人和外资企业法人以企业所有的财产承担民事责任，法律另有规定的除外。

第四十九条 企业法人有下列情形之一的，除法人承担责任外，对法定代表人可以给予行政处分、罚款，构成犯罪的，依法追究刑事责任：

（一）超出登记机关核准登记的经营范围从事非法经营的；

（二）向登记机关、税务机关隐瞒真实情况、弄虚作假的；

（三）抽逃资金、隐匿财产逃避债务的；

（四）解散、被撤销、被宣告破产后，擅自处理财产的；

（五）变更、终止时不及时申请办理登记和公告，使利害关系人遭受重大损失的；

（六）从事法律禁止的其他活动，损害国家利益或者社会公共利益的。第三节 机关、事业单位和社会团体法人

第五十条 有独立经费的机关从成立之日起，具有法人资格。

具备法人条件的事业单位、社会团体，依法不需要办理法人登记的，从成立之日起，具有法人资格；依法需要办理法人登记的，经核准登记，取得法人资格。第四节 联营

第五十一条 企业之间或者企业、事业单位之间联营，组成新的经济实体，独立承担民事责任，具备法人条件的，经主管机关核准登记，取得法人资格。

第五十二条 企业之间或者企业、事业单位之间联营，共同经营、不具备法人条件的，由联营各方按照出资比例或者协议的约定，以各自所有的或者经营管理的财产承担民事责任。依照法律的规定或者协议的约定负连带责任的，承担连带责任。

第五十三条 企业之间或者企业、事业单位之间联营，按照合同的约定各自独立经营的，它的权利和义务由合同约定，各自承担民事责任。第四章 民事法律行为和代理 第一节 民事法律行为

第五十四条 民事法律行为是公民或者法人设立、变更、终止民事权利和民事义务的合法行为。

第五十五条 民事法律行为应当具备下列条件：

（一）行为人具有相应的民事行为能力；

（二）意思表示真实；

（三）不违反法律或者社会公共利益。

第五十六条 民事法律行为可以采用书面形式、口头形式或者其他形式。法律规定用特定形式的，应当依照法律规定。

第五十七条 民事法律行为从成立时起具有法律约束力。行为人非依法律规定或者取得对方同意，不得擅自变更或者解除。

第五十八条 下列民事行为无效：

（一）无民事行为能力人实施的；

（二）限制民事行为能力人依法不能独立实施的；

（三）一方以欺诈、胁迫的手段或者乘人之危，使对方在违背真实意思的情况下所为的；

（四）恶意串通，损害国家、集体或者第三人利益的；

（五）违反法律或者社会公共利益的；

（六）以合法形式掩盖非法目的的；

无效的民事行为，从行为开始起就没有法律约束力。

第五十九条 下列民事行为，一方有权请求人民法院或者仲裁机关予以变更或者撤销：

（一）行为人对行为内容有重大误解的；

（二）显失公平的。

被撤销的民事行为从行为开始起无效。

第六十条 民事行为部分无效，不影响其他部分的效力的，其他部分仍然有效。

第六十一条 民事行为被确认为无效或者被撤销后，当事人因该行为取得的财产，应当返还给受损失的一方。有过错的一方应当赔偿对方因此所受的损失，双方都有过错的，应当各自承担相应的责任。

双方恶意串通，实施民事行为损害国家的、集体的或者第三人的利益的，应当追缴双方取得的财产，收归国家、集体所有或者返还第三人。

第六十二条 民事法律行为可以附条件，附条件的民事法律行为在符合所附条件时生效。第二节 代理

第六十三条 公民、法人可以通过代理人实施民事法律行为。

代理人在代理权限内，以被代理人的名义实施民事法律行为。被代理人对代理人的代理行为，承担民事责任。

依照法律规定或者按照双方当事人约定，应当由本人实施的民事法律行为，不得代理。

第六十四条 代理包括委托代理、法定代理和指定代理。

委托代理人按照被代理人的委托行使代理权，法定代理人依照法律的规定行使代理权，指定代理人按照人民法院或者指定单位的指定行使代理权。

第六十五条 民事法律行为的委托代理，可以用书面形式，也可以用口头形式。法律规定用书面形式的，应当用书面形式。

书面委托代理的授权委托书应当载明代理人的姓名或者名称、代理事项、权限和期间，并由委托人签名或盖章。

委托书授权不明的，被代理人应当向第三人承担民事责任，代理人负连带责任。

第六十六条 没有代理权、超越代理权或者代理权终止后的行为，只有经过被代理人的追认，被代理人才承担民事责任。未经追认的行为，由行为人承担民事责任。本人知道他人以本人名义实施民事行为而不作否认表示的，视为同意。

代理人不履行职责而给被代理人造成损害的，应当承担民事责任。

代理人和第三人串通、损害被代理人的利益的，由代理人和第三人负连带责任。

第三人知道行为人没有代理权、超越代理权或者代理权已终止还与行为人实施民事行为给他人造成损害的，由第三人和行为人负连带责任。

第六十七条 代理人知道被委托代理的事项违法仍然进行代理活动的，或者被代理人知道代理人的代理行为违法不表示反对的，由被代理人和代理人负连带责任。

第六十八条 委托代理人为被代理人的利益需要转托他人代理的，应当事先取得被代理人的同意。事先没有取得被代理人同意的，应当在事后及时告诉被代理人，如果被代理人不同意，由代理人对自己所转托的人的行为负民事责任，但在紧急情况下，为了保护被代理人的利益而转托他人代理的除外。

第六十九条 有下列情形之一的，委托代理终止：

（一）代理期间届满或者代理事务完成；

（二）被代理人取消委托或者代理人辞去委托；

（三）代理人死亡；

（四）代理人丧失民事行为能力；

（五）作为被代理人或者代理人的法人终止。

第七十条 有下列情形之一的，法定代理或者指定代理终止：

（一）被代理人取得或者恢复民事行为能力；

（二）被代理人或者代理人死亡；

（三）代理人丧失民事行为能力；

（四）指定代理的人民法院或者指定单位取消指定；

（五）由其他原因引起的被代理人和代理人之间的监护关系消灭。第五章 民事权利 第一节 财产所有权和与财产所有权有关的财产权

第七十一条 财产所有权是指所有人依法对自己的财产享有占有、使用、收益和处分的权利。

第七十二条 财产所有权的取得，不得违反法律规定。按照合同或者其他合法方式取得财产的，财产所有权从财产交付时起转移，法律另有规定或者当事人另有约定的除外。

第七十三条 国家财产属于全民所有。

国家财产神圣不可侵犯，禁止任何组织或者个人侵占、哄抢、私分、截留、破坏。

第七十四条 劳动群众集体组织的财产属于劳动群众集体所有，包括：

（一）法律规定为集体所有的土地和森林、山岭、草原、荒地、滩涂等；

（二）集体经济组织的财产；

（三）集体所有的建筑物、水库、农田水利设施和教育、科学、文化、卫生、体育等设施；

（四）集体所有的其他财产。

集体所有的土地依照法律属于村农民集体所有，由村农业生产合作社等农业集体经济组织或者村民委员会经营、管理。已经属于乡（镇）农民集体经济组织所有的，可以属于乡（镇）农民集体所有。

集体所有的财产受法律保护，禁止任何组织或者个人侵占、哄抢、私分、破坏或者非法查封、扣押、冻结、没收。

第七十五条 公民的个人财产，包括公民的合法收入、房屋、储蓄、生活用品、文物、图书资料、林木、牲畜和法律允许公民所有的生产资料以及其他合法财产。

公民的合法财产受法律保护，禁止任何组织或者个人侵占、哄抢、破坏或者非法查封、扣押、冻结、没收。

第七十六条 公民依法享有财产继承权。

第七十七条 社会团体包括宗教团体的合法财产受法律保护。

第七十八条 财产可以由两个以上的公民、法人共有。

共有分为按份共有和共同共有。按份共有人按照各自的份额，对共有财产分享权利，分担义务。共同共有人对共有财产享有权利，承担义务。

按份共有财产的每个共有人有权要求将自己的份额分出或者转让。但在出售时，其他共有人在同等条件下，有优先购买的权利。

第七十九条 所有人不明的埋藏物、隐藏物，归国家所有。接收单位应当对上缴的单位或者个人，给予表扬或者物质奖励。

拾得遗失物、漂流物或者失散的饲养动物，应当归还失主，因此而支出的费用由失主偿还。

第八十条 国家所有的土地，可以依法由全民所有制单位使用，也可以依法确定由集体所有制单位使用，国家保护它的使用、收益的权利；使用单位有管理、保护、合理利用的义务。

公民、集体依法对集体所有的或者国家所有由集体使用的土地的承包经营权，受法律保护。承包双方的权利和义务，依照法律由承包合同规定。

土地不得买卖、出租、抵押或者以其他形式非法转让。

第八十一条　国家所有的森林、山岭、草原、荒地、滩涂、水面等自然资源，可以依法由全民所有制单位使用，也可以依法确定由集体所有制单位使用，国家保护它的使用、收益的权利；使用单位有管理、保护、合理利用的义务。

国家所有的矿藏，可以依法由全民所有制单位和集体所有制单位开采，也可以依法由公民采挖。国家保护合法的采矿权。

公民、集体依法对集体所有的或者国家所有由集体使用森林、山岭、草原、荒地、滩涂、水面的承包经营权，受法律保护。承包双方的权利和义务，依照法律由承包合同规定。

国家所有的矿藏、水流，国家所有的和法律规定属于集体所有的林地、山岭、草原,荒地、滩涂不得买卖、出租、抵押或者以其他形式非法转让。

第八十二条　全民所有制企业对国家授予它经营管理的财产依法享有经营权，受法律保护。

第八十三条　不动产的相邻各方，应当按照有利生产、方便生活、团结互助、公平合理的精神，正确处理截水、排水、通行、通风、采光等方面的相邻关系。给相邻方造成妨碍或者损失的，应当停止侵害，排除妨碍，赔偿损失。第二节　债权

第八十四条　债是按照合同的约定或者依照法律的规定，在当事人之间产生的特定的权利和义务关系。享有权利的人是债权人，负有义务的人是债务人。

债权人有权要求债务人按照合同的约定或者依照法律的规定履行义务。

第八十五条　合同是当事人之间设立、变更、终止民事关系的协议。依法成立的合同，受法律保护。

第八十六条　债权人为二人以上的，按照确定的份额分享权利。债务人为二人以上的，按照确定的份额分担义务。

第八十七条　债权人或者债务人一方人数为二人以上的，依照法律的规定或者当事人的约定，享有连带权利的每个债权人，都有权要求债务人履行义务；负有连带义务的每个债务人，都负有清偿全部债务的义务，履行了义务的人，有权要求其他负有连带义务的人偿付他应当承担的份额。

第八十八条　合同的当事人应当按照合同的约定，全部履行自己的义务。

合同中有关质量、期限、地点或者价款约定不明确，按照合同有关条款内容不能确定，当事人又不能通过协商达成协议的，适用下列规定：

（一）质量要求不明确的，按照国家质量标准履行，没有国家质量标准的，按照通常标准履行。

（二）履行期限不明确的，债务人可以随时向债权人履行义务，债权人也可以随时要求债务人履行义务，但应当给对方必要的准备时间。

（三）履行地点不明确，给付货币的，在接受给付一方的所在地履行，其他标的在履行义务一方的所在地履行。

（四）价格约定不明确，按照国家规定的价格履行；没有国家规定价格的，参照市场价格或者同类物品的价格或者同类劳务的报酬标准履行。

合同对专利申请权没有约定的，完成发明创造的当事人享有申请权。

合同对科技成果的使用权没有约定的，当事人都有使用的权利。

第八十九条　依照法律的规定或者按照当事人的约定，可以采用下列方式担保债务的履行：

（一）保证人向债权人保证债务人履行债务，债务人不履行债务的，按照约定由保证人履行或者承担连带责任；保证人履行债务后，有权向债务人追偿。

（二）债务人或者第三人可以提供一定的财产作为抵押物。债务人不履行债务的，债权人有权依照法律的规定以抵押物折价或者以变卖抵押物的价款优先得到偿还。

（三）当事人一方在法律规定的范围内可以向对方给付定金。债务人履行债务后，定金应当抵作价款或者收回。给付定金的一方不履行债务的，无权要求返还定金；接受定金的一方不履行债务的，应当双倍返还定金。

（四）按照合同约定一方占有对方的财产，对方不按照合同给付应付款项超过约定期限的，占有人有权留置该财产，依照法律的规定以留置财产折价或者以变卖该财产的价款优先得到偿还。

第九十条　合法的借贷关系受法律保护。

第九十一条　合同一方将合同的权利、义务全部或者部分转让给第三人的，应当取得合同另一方的同意，并不得牟利。依照法律规定应当由国家批准的合同，需经原批准机关批准。但是，法律另有规定或者原合同另有约定的除外。

第九十二条　没有合法根据，取得不当利益，造成他人损失的，应当将取得的不当利益返还受损失的人。

第九十三条　没有法定的或者约定的义务，为避免他人利益受损失进行管理或者服务的，有权要求受益人偿付由此而支付的必要费用。第三节　知识产权

第九十四条　公民、法人享有著作权（版权），依法有署名、发表、出版、获得报酬等权利。

第九十五条　公民、法人依法取得的专利权受法律保护。

第九十六条　法人、个体工商户、个人合伙依法取得商标专用权受法律保护。

第九十七条　公民对自己的发现享有发现权。发现人有权申请领取发现证书、奖金或者其他奖励。

公民对自己的发明或者其他科技成果，有权申请领取荣誉证书、奖金或者其他奖励。第四节　人身权

第九十八条　公民享有生命健康权。

第九十九条　公民享有姓名权、有权决定、使用和依照规定改变自己的姓名，禁止他人干涉、盗用、假冒。

法人、个体工商户、个人合伙享有名称权。企业法人、个体工商户、个人合伙有权使用、依法转让自己的名称。

第一百条　公民享有肖像权，未经本人同意，不得以营利为目的使用公民的肖像。

第一百零一条　公民、法人享有名誉权，公民的人格尊严受法律保护，禁止用侮辱、诽谤等方式损害公民、法人的名誉。

第一百零二条　公民、法人享有荣誉权，禁止非法剥夺公民、法人的荣誉称号。

第一百零三条　公民享有婚姻自主权，禁止买卖、包办婚姻和其他干涉婚姻自由的行为。

第一百零四条　婚姻、家庭、老人、母亲和儿童受法律保护。

残疾人的合法权益受法律保护。

第一百零五条　妇女享有同男子平等的民事权利。第六章　民事责任　第一节　一般规定

第一百零六条　公民、法人违反合同或者不履行其他义务的，应当承担民事责任。

公民、法人由于过错侵害国家的、集体的财产，侵害他人财产、人身的应当承担民事责任。

没有过错，但法律规定应当承担民事责任的，应当承担民事责任。

第一百零七条　因不可抗力不能履行合同或者造成他人损害的，不承担民事责任，法律另有规定的除外。

第一百零八条　债务应当清偿。暂时无力偿还的，经债权人同意或者人民法院裁决，可以由债务人分期偿还。有能力偿还拒不偿还的，由人民法院判决强制偿还。

第一百零九条　因防止、制止国家的、集体的财产或者他人的财产、人身遭受侵害而使自己受到损害的，由侵害人承担赔偿责任，受益人也可以给予适当的补偿。

第一百一十条　对承担民事责任的公民、法人需要追究行政责任的，应当追究行政责任；构成犯罪的，对公民、法人的法定代表人应当依法追究刑事责任。第二节　违反合同的民事责任

第一百一十一条　当事人一方不履行合同义务或者履行合同义务不符合约定条件的，另一方有权要求履行或者采取补救措施，并有权要求赔偿损失。

第一百一十二条　当事人一方违反合同的赔偿责任，应当相当于另一方因此所受到的损失。

当事人可以在合同中约定，一方违反合同时，向另一方支付一定数额的违约金；也可以在合同中约定对于违反合同而产生的损失赔偿额的计算方法。

第一百一十三条　当事人双方都违反合同的，应当分别承担各自应负的民事责任。

第一百一十四条　当事人一方因另一方违反合同受到损失的，应当及时采取措施防止损失的扩大；没有及时采取措施致使损失扩大的，无权就扩大的损失要求赔偿。

第一百一十五条　合同的变更或者解除，不影响当事人要求赔偿损失的权利。

第一百一十六条　当事人一方由于上级机关的原因，不能履行合同义务的，应当按照合同约定向另一方赔偿损失或者采取其补救措施，再由上级机关对它因此受到的损失负责处理。第三节　侵权的民事责任

第一百一十七条　侵占国家的、集体的财产或者他人财产的，应当返还财产，不能返还财产的，应当折价赔偿。

损坏国家的、集体的财产或者他人财产的，应当恢复原状或者折价赔偿。

受害人因此遭受其他重大损失的，侵害人并应当赔偿损失。

第一百一十八条　公民、法人的著作权（版权），专利权、商标专用权、发现权、发明权和其他科技成果权受到剽窃、篡改、假冒等侵害的，有权要求停止侵害，消除影响，赔偿损失。

第一百一十九条　侵害公民身体造成伤害的，应当赔偿医疗费、因误工减少的收入、残废者生活补助费等费用；造成死亡的，并应当支付丧葬费、死者生前扶养的人必要的生活费等费用。

第一百二十条　公民的姓名权、肖像权、名誉权、荣誉权受到侵害的，有权要求停止侵害，恢复名誉，消除影响，赔礼道歉，并可以要求赔偿损失。

法人的名称权、名誉权、荣誉权受到侵害的，适用前款规定。

第一百二十一条　国家机关或者国家机关工作人员在执行职务，侵犯公民、法人的合法权益造成损害的，应当承担民事责任。

第一百二十二条　因产品质量不合格造成他人财产、人身损害的，产品制造者、销售者应当依法承担民事责任。运输者仓储者对此负有责任的，产品制造者、销售者有权要求赔偿损失。

第一百二十三条　从事高空、高压、易燃、易爆、剧毒、放射性、高速运输工具等对周围环境有高度危险的作业造成他人损害的，应当承担民事责任；如果能够证明损害是由受害人故意造成的，不承担民事责任。

第一百二十四条　违反国家保护环境防止污染的规定，污染环境造成他人损害的，应当依法承担民事责任。

第一百二十五条　在公共场所、道旁或者通道上挖坑、修缮安装地下设施等，没有设置明显标志和采取安全措施造成他人损害的，施工人应当承担民事责任。

第一百二十六条　建筑物或者其他设施以及建筑物上的搁置物、悬挂物发生倒塌、脱落、坠落造成他人损害的，它的所有人或者管理人应当承担民事责任，但能够证明自己没有过错的除外。

第一百二十七条　饲养的动物造成他人损害的，动物饲养人或者管理人应当承担民事责任；由于受害人的过错造成损害的，动物饲养人或者管理人不承担民事责任；由于第三人的过错造成损害的，第三人应当承担民事责任。

第一百二十八条　因正当防卫造成损害的，不承担民事责任。正当防卫超过必要的限度，造成不应有的损害的，应当承担适当的民事责任。

第一百二十九条　因紧急避险造成损害的，由引起险情发生的人承担民事责任。如果危险是由自然原因引起的，紧急避险人不承担民事责任或者承担适当的民事责任。因紧急避险采取措施不当或者超过必要的限度，造成不应有的损害的，紧急避险人应当承担适当的民事责任。

第一百三十条　二人以上共同侵权造成他人损害的，应当承担连带责任。

第一百三十一条　受害人对于损害的发生也有过错的，可以减轻侵害人的民事责任。

第一百三十二条　当事人对造成损害都没有过错的，可以根据实际情况，由当事人分担民事责任。

第一百三十三条　无民事行为能力人、限制民事行为能力人造成他人损害的，由监护人承担民事责任。监护人尽了监护责任的，可以适当减轻他的民事责任。

有财产的无民事行为能力人、限制民事行为能力人造成他人损害的，从本人财产中支付赔偿费用。不足部分，由监护人适当赔偿，但单位担任监护人的除外。第四节　承担民事责任的方式

第一百三十四条　承担民事责任的方式主要有：

（一）停止侵害；

（二）排除妨碍；

（三）消除危险；

（四）返还财产；

（五）恢复原状；

（六）修理、重作、更换；

（七）赔偿损失；

（八）支付违约金；

（九）消除影响、恢复名誉；

（十）赔礼道歉。

以上承担民事责任的方式，可以单独适用，也可以合并适用。

人民法院审理民事案件，除适用上述规定外，还可以予以训诫、责令具结悔过，收缴进行非法活动的财物和非法所得，并可以依照法律规定处以罚款、拘留。第七章　诉讼时效

第一百三十五条　向人民法院请求保护民事权利的诉讼时效期间为二年，法律另有规定的除外。

第一百三十六条　下列的诉讼时效期间为一年：

（一）身体受到伤害要求赔偿的；

（二）出售质量不合格的商品未声明的；

（三）延付或者拒付租金的；

（四）寄存财物被丢失或者损毁的。

第一百三十七条　诉讼时效期间从知道或者应当知道权利被侵害时起计算。但是，从权利被侵害之日起超过二十年的，人民法院不予保护。有特殊情况的，人民法院可以延长诉讼时效期间。

第一百三十八条　超过诉讼时效期间，当事人自愿履行的，不受诉讼时效限制。

第一百三十九条　在诉讼时效期间的最后六个月内，因不可抗力或者其他障碍不能行使请求权的，诉讼时效中止。从中止时效的原因消除之日起，诉讼时效期间继续计算。

第一百四十条　诉讼时效因提起诉讼、当事人一方提出要求或者同意履行义务而中断。从中断时起，诉讼时效期间重新计算。

第一百四十一条　法律对诉讼时效另有规定的，依照法律规定。第八章　涉外民事关系的法律适用

第一百四十二条　涉外民事关系的法律适用，依照本章的规定确定。

中华人民共和国缔结或者参加的国际条约同中华人民共和国的民事法律有不同规定的，适用国际条约的规定，但中华人民共和国声明保留的条款除外。

中华人民共和国法律和中华人民共和国缔结或者参加的国际条约没有规定的，可以适用国际惯例。

第一百四十三条　中华人民共和国公民定居国外的，他的民事行为能力可以适用定居国法律。

第一百四十四条　不动产的所有权，适用不动产所在地法律。

第一百四十五条　涉外合同的当事人可以选择处理合同争议所适用的法律，法律另有规定的除外。

涉外合同的当事人没有选择的，适用与合同有最密切联系的国家的法律。

第一百四十六条　侵权行为的损害赔偿，适用侵权行为地法律。当事人双方国籍相同或者在同一国家有住所的，也可以适用当事人本国法律或者住所地法律。

中华人民共和国法律不认为在中华人民共和国领域外发生的行为是侵权行为的，不作为侵权行为处理。

第一百四十七条　中华人民共和国公民和外国人结婚适用婚姻缔结地法律，离婚适用受理案件的法院所在地法律。

第一百四十八条　扶养适用与被扶养人有最密切联系的国家的法律。

第一百四十九条　遗产的法定继承，动产适用被继承人死亡时住所地法律，不动产适用不动产所在地法律。

第一百五十条　依照本章规定适用外国法律或者国际惯例的，不得违背中华人民共和国的社会公共利益。第九章　附则

第一百五十一条　民族自治地方的人民代表大会可以根据本法规定的原则，结合当地民族的特点，制定变通的或者补充的单行条例或者规定。自治区人民代表大会制定的，依照法律规定报全国人民代表大会常务委员会批准或者备案；自治州，自治县人民代表大会制定的，报省，自治区人民代表大会常务委员会批准。

第一百五十二条　本法生效以前，经省、自治区、直辖市以上主管机关批准开办的全民所有制企业，已经向工商行政管理机关登记的，可以不再办理法人登记，即具有法人资格。

第一百五十三条　本法所称的"不可抗力"，是指不能预见、不能避免并不能克服的客观情况。

第一百五十四条　民法所称的期间按照公历年、月、日、小时计算。

规定按照小时计算期间的，从规定时开始计算。规定按照日、月、年计算期间的，开始的当天不算入，从下一天开始计算。

期间的最后一天是星期日或者其他法定休假日的，以休假日的次日为期间的最后一天。

期间的最后一天的截止时间为二十四点。有业务时间的，到停止业务活动的时间截止。

第一百五十五条　民法所称的"以上"、"以下"、"以内"、"届满"，包括本数；所称的"不满"、"以外"，不包括本数。

第一百五十六条　本法自一九八七年一月一日起施行。

责任编辑：　冯涛

<< 返回首页

[打印本页]　　[关闭窗口]　　[返回顶部]

关于我们　　|　　网站地图

Copyright ©2004-2023 www.npc.gov.cn  All Rights Reserved　　版权所有：《中国人大》杂志社

京ICP备06005931号　　（浏览本网主页，建议将电脑显示屏的分辨率调为1024*768）