# EXHIBIT 1

## MARK ALLEN COHEN

Summary: International intellectual property and technology policy expert with more than 30 years of experience in U.S.-China legal affairs, innovation policy, standards, trade, and intellectual property enforcement. Former senior official at the USPTO and U.S. Embassy Beijing, with leadership roles in government, academia, private practice, and industry. Frequent expert witness, public speaker, advisor and professor on Chinese IP and technology policy.

### *PROFESSIONAL EXPERIENCE*

**09/24 – present**

**Principal, China IP Strategies, LLC.**
*Responsibilities:* Advises companies, governments, universities, and NGOs on Chinese intellectual property, innovation policy, standards, trade, and technology transfer issues.

Current affiliations include:
- Senior Technology Fellow, Asia Society Northern California
- Affiliated roles with UC Berkeley Haas School of Business, University of Akron School of Law/IP Policy Institute, UC San Diego, and the National Bureau of Asian Research.

**5/10-8/11**

**Director, International IP Policy Microsoft (China) and Microsoft Corporation (USA)**
*Responsibilities:* Support Microsoft's global IPR policies, with particular focus on China, including corporate IP strategies (licensing, standards, patent prosecution, piracy).

**2008 – 2010**

**Of Counsel, Jones Day (Beijing)**
*Responsibilities:* Advised on antitrust, standards, intellectual property.

**1986 – 1997, 1999 – 2001**

**Of Counsel**, More & Bruce, Washington, DC.  International commercial practice.  Successor firm to Windels, Marx, Davies & Ives  (6/86-6/93).

**11/97 –1/99**

**Partner**, Mezzullo & McCandlish, P.C., responsible for Guangzhou and Washington, DC offices, led IP practice (staff of 8).

### *GOVERNMENT SERVICE*

**4/12- 4/18**

**Senior Advisor to the Undersecretary and Director, USPTO**

*Responsibilities:* Advised PTO on China IPR-related strategies and legal matters, led 21-member China IP team in Washington, DC and three cities in China.

**2004 -- 2008**    **Senior Intellectual Property Attaché, U.S. Embassy-Beijing.** *Responsibilities*:  Supervised staff of 12, coordinated U.S. Mission team of over 50 officers and local staff, represented US government at the WTO, WIPO and other fora.  Spokesperson for U.S. Embassy on IPR issues.  First USPTO representative appointed to a foreign country.

**2001 - 2004**    **Attorney-Advisor,** Office of Legislative and International Affairs, USPTO.  Led China team, assisted on Asian copyright and enforcement issues.

### _ACADEMIC POSITIONS_

**11/17 – 10/24**    **Lecturer in Law, Director and Distinguished Senior Fellow, Berkeley Center for Law and Technology** *Responsibilities:* Taught Chinese Intellectual Property Law, and International Trade Law, and lead a new initiative on intellectual property in Asia that focused on China.

**8/11- 5/17**    **Visiting Professor and Adjunct Professor, Fordham Law School** *Responsibilities***:** Taught one of earliest  Chinese IP classes at an American law school.

**1989 - 2001**    Lecturer on Chinese Law, **Barcelona College of Lawyers** and **Esade** - Barcelona, Spain.

**6/93 – 12/94**    **Fulbright Professor** Maribor and Ljubljana, Slovenia.    Research project on Yugoslav influence on Chinese commercial law.

### _EDUCATION_

**J.D., 6/84**    **Columbia University Law School.** Executive Editor of Columbia Journal of Transnational Law, Certificate in International and Comparative Law.

**M.A., 6/79**    **University of Wisconsin - Madison.**   Major: Chinese literature. University Fellow, 1977-79.

**B.A., 1/77**    **SUNY - Albany**.  Major: Chinese Studies. Summa cum laude, Junior Year Phi Beta Kappa.

**Certificate, '75-'76**    **Nanyang University, Republic of Singapore**  (exchange student in

Chinese language).

<u>*EXPERT WITNESSING AND EXPERT TESTIMONY*</u>

Testified before the following Congressional committees for a total of eleven times: Senate Judiciary Committee including its IP subcommittee, the House Judiciary Committee, the House Ways and Means Committee, the U.S.-China Economic and Security Review Commission and the Congressional Executive Commission on China. Topics have included Chinese intellectual property law, U.S.-China trade relations, technology transfer, standards and licensing, antitrust, innovation policy, trade secrets, strategic competition, and the national security implications of emerging technologies.

Except when in government service, served as an expert witness in such China-related IP issues as: international trade, technology contracts, standards essential patents, real parties in interest, trade secret issues, and as an amicus curiae before US, UK and Chinese courts, beginning in 1999.

<u>*AWARDS*</u> :               2021, 2026: IAM *Top 300 Global IP Strategist*
2018: *Presidential Rank Award* (Meritorious Senior Professional), awarded by the President of the United States
2017: *IP Trailblazer*,(National Law Journal)
2014: *IP Champion* (US Chamber of Commerce)
2004: *Gold Medal Award* (US Department of Commerce)
Numerous other awards.

<u>*OTHER*</u>

Founder and Member, US-China IP Dialogue (2012 – 2023, 2026 - )
Advisory Board Member, Asia Society of Northern California
Guest Professor, Renmin University, Beijing and Jinan University, Guangzhou
Fluent Mandarin Chinese: qualified by U.S. State Department to serve as ad hoc interpreter/translator
Email: chinaipr@yahoo.com