**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| Plaintiff, | Civil Action No.: 7:24-cv-00232-DC |
| v. | **JURY TRIAL DEMANDED** |
| APPLE INC., | |
| Defendant. | |

**TO: THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that Brandi Young of Keith & Lorfing hereby appears as counsel in this matter for Defendant Apple Inc.  I hereby certify that I am admitted to practice in this Court.

Dated:  July 9, 2026

Respectfully submitted,

KEITH & LORFING
By:

/s/ _____
Brandi Young
Texas Bar No. 24045988
brandi@lorfinglaw.com
KEITH & LORFING
312 E Illinois Ave, Ste 4
Midland, TX 79701-4892
Telephone: 432-256-4203

*Attorney for Defendant Apple Inc.*

-1-

-2-

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on July 9, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ _____

Brandi Young