**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **COBBLESTONE WIRELESS, LLC,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | |
| | § | **MO:24-CV-00232-DC-RCG** |
| **APPLE INC.,** | § | |
| *Defendant.* | § | |

**ORDER ON JURY SELECTION PROCEDURE**

A pre-trial conference is set for **July 31, 2026, at 8:00 a.m.** in the First Floor Courtroom of the United States Courthouse, 200 E. Wall Street, Midland, Texas 79701. Jury selection will begin at **8:45 a.m.**

1. Pursuant to Federal Rule of Civil Procedure 48, the Court will seat eight (8) jurors.

2. A prospective panel will be sworn by Deputy Clerk and qualified in the Jury Assembly room. Attorneys and parties will be present no later than 8:00 a.m. for the pre-trial conference. Jury selection will begin at 8:45 a.m.

3. After challenges for cause have been made, the parties will be presented with a blank "strike" list and the Court will allow the panel to stand in recess for fifteen minutes to allow the parties to note strikes on the list. Any challenges to peremptory strikes must be made at the time the jury panel is selected and prior to the dismissal of the venire panel.

It is so **ORDERED**.

SIGNED this 13th day of July, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE