AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| APPLE INC. | ) |
| *Defendant* | ) |

Case No.    7:24 cv 00232 DC

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Apple Inc.                                                                                          .

Date:    07/20/2026

/s/ Michael J. McKeon
*Attorney's signature*

Michal J. McKeon  459780
*Printed name and bar number*

FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W.
Suite 1000
Washington, DC  20024

*Address*

mckeon@fr.com
*E-mail address*

(202) 783 5070
*Telephone number*

(202) 783 2331
*FAX number*