**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>    *Defendant*. | Civil Action No.: 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Craig D. Cherry of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC hereby enters an appearance as additional counsel for Plaintiff Cobblestone Wireless, LLC in the above captioned case.

All counsel are requested to send copies of future pleadings, orders, notices, and correspondence to Craig D. Cherry of the law firm of CHERRY JOHNSON SIEGMUND JAMES, PC. Mr. Cherry's contact information is provided below:

CHERRY JOHSON SIEGMUND JAMES, PC
7901 Fish Pond Rd, 2nd Floor
Waco, TX 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
Email: ccherry@cjsjlaw.com

1

DATED: July 24, 2026

Respectfully submitted,

/s/ Craig D. Cherry
Craig D. Cherry
Texas Bar No. 24012419
**CHERRY JOHNSON SIEGMUND JAMES PC**
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
ccherry@cjsjlaw.com

**ATTORNEYS FOR PLAINTIFF
COBBLESTONE WIRELESS, LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, Local Rule CV-5, I hereby certify that, on July 24, 2026, all counsel of record have been served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Craig D. Cherry
Craig D. Cherry

2