# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

COBBLESTONE WIRELESS, LLC,

                       Plaintiff,

    v.

APPLE INC.,

                       Defendant.

Case No. 7:24-cv-00232-DC

## JOINT NOTICE OF STIPULATION REGARDING ADDITIONAL STIPULATED FACTS

Plaintiff Cobblestone Wireless LLC ("Cobblestone" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") hereby submit the following proposed additional stipulated facts pursuant to the Court Order at the Pre-trial Conference Hearing. The parties agree to the following stipulated facts, in addition to those in the Joint Pre-trial Statement (Dkt. 141):

1. The '347 Patent application was filed with the United States Patent and Trademark Office on July 16, 2012.

2. The priority date for the '347 Patent is July 28, 2011, based on the filing of an international patent application.

3. Apple first began selling the products that support 5G in October 2020.

4. To the extent that liability is found, the damages period for the Asserted Patent is October 23, 2020, to January 22, 2032.

5. Patent application no. 09/539,224 was filed by Mark Wallace et al. on March 30, 2000. After amendments, the application issued as U.S. Patent No. 6,473,467 on October 29, 2002.

6. Patent application no. 12/630,627 was filed by Antonio Forenza et al. on December 3, 2009.

7. Patent application no. 12/340,518 was filed by Robert Hardacker et al. on December 19, 2008 and published as U.S. Patent Application Publication No. 2010/0159855 on June 24, 2010.

8. Patent application no. 14/007,081 was filed by Jonas Medbo on April 14, 2011.

9. The Apple Products have the model numbers, product codes, and release dates described in Attachment A to Apple's Supplemental Responses to Interrogatory Set One.

10. The Apple Products contain wireless chipsets that support 5G that are listed in Attachment B to Apple's Supplemental Responses to Interrogatory Set One.

Dated:   July 24, 2026                          Respectfully submitted,

By: */s/ Mackenzie Paladino*
Reza Mirzaie
CA State Bar No. 246953

1

Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
Mackenzie Paladino
NY State Bar No. 6039366
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com
Email: mpaladino@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*


By: /s/ *Kevin J. Post*

Steven J. Wingard
swingard@scottdoug.com
Stephen L. Burbank
sburbank@scottdoug.com
Robert ("Robby") P. Earle
rearle@scottdoug.com
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701

2

Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Ruffin B. Cordell
cordell@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: 202-626-6449
Fax: 202-783-2331

Roger Allen Denning
denning@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130-2081
Telephone: (858) 678-5070
Fax: 858-678-5099

Steven Pepe
spepe@sheppard.com
Kevin J. Post
kpost@sheppard.com
Alexander E. Middleton
amiddleton@sheppard.com
Lance W. Shapiro
lshapiro@sheppard.com
Brian P. Lebow
blebow@sheppard.com
John J. Healy Jr.
jhealy@sheppard.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
30 Rockefeller Plaza
New York, NY 10112-0015
Telephone: (212) 653-8700
Facsimile: (212) 653-8701

Ryan C. Brunner
rbrunner@sheppard.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006-6801
Telephone: (202) 747-1900
Facsimile: (202) 747-1901

3

*Attorneys for Defendant, Apple Inc.*

4

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that this document is being served upon counsel of record for Plaintiff on July 24, 2026 via electronic service.

*/s/ Mackenzie Paladino*