**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **COBBLESTONE WIRELESS, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:24-CV-00232-DC-RCG** |
| | § | |
| | § | |
| **APPLE INC.,** | § | |
| *Defendant.* | § | |

## ORDER CANCELLING JURY SELECTION

BEFORE THE COURT is the status of the above-entitled case. This case was previously set for a pre-trial conference and jury selection on July 31, 2026. In light of the Court's Order Vacating Trial Setting, Setting Deadlines, and Requiring Apple to Show Cause (Doc. 176), the pre-trial conference and jury selection set for July 31, 2026, are no longer necessary.

Accordingly, the Court hereby **CANCELS** the pre-trial conference and jury selection for July 31, 2026.

It is so **ORDERED**.

SIGNED this 30th day of July, 2026.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE