**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
|    Plaintiff, | § | Case No. 7:24-cv-00232-DC |
| | § | |
| v. | § | |
| | § | |
| APPLE INC., | § | |
|    Defendant. | | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE THE REPSONSE AND REPLY
BRIEFING ON APPLE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

Plaintiff, Cobblestone Wireless LLC ("Plaintiff" or "Cobblestone") and Defendant, Apple,

Inc. ("Defendant" or "Apple") respectfully submit this Joint Motion for Extension of Time to file

the Response and Reply briefs regarding Apple's Motion to Dismiss under Rule 12(b)(1) (Dkt.

175), along with the joint proposed scheduling order.

The Motion to Dismiss was filed on July 23, 2026, and Plaintiff's response is currently due

on August 6, 2026 and Defendant's reply is currently due on August 13, 2026. Counsel for Plaintiff

conferred with counsel for Defendant, and the Parties have stipulated and agreed to extend the

deadline for Plaintiff's response by 3-weeks and to extend the deadline for Defendants' reply. As

such, the stipulated and proposed deadline for Plaintiff's response would be August 27, 2026, and

Defendant's reply would be due on September 11, 2026, subject to the Court's approval.

The Parties represent that this Motion is not filed for purposes of delay. Good cause exists

for the requested extension because this Court has provided Plaintiff until August 21, 2026 to file

a Rule 44.1 submission and accompanying expert declaration (Dkt. 176). Thus, the extension will

allow Plaintiff the opportunity to substantively address Defendant's arguments related to its Rule

44.1 expert declaration. Similarly, the extension for Defendant's Reply would allow Defendant to

incorporate its response to Plaintiff's Rule 44.1 declaration, which Defendant anticipates will be

due on September 4. The parties have met and conferred and are jointly seeking the relief sought

in this Motion.


Dated: August 4, 2026                                    Respectfully submitted,

<table>
<tr><td>

By: <i>/s/ Kevin Post</i>
Brandi Young
brandi@lorfinglaw.com
**KEITH & LORFING**
312 E Illinois Ave Ste 4
Midland, TX 79701
Telephone: (325) 480-8100

Steven J. Wingard
swingard@scottdoug.com
Stephen L. Burbank
sburbank@scottdoug.com
Robert ("Robby") P. Earle
rearle@scottdoug.com
**SCOTT DOUGLASS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Ruffin B. Cordell
cordell@fr.com
**FISH & RICHARDSON, P.C.**
1000 Maine Avenue, SW, Suite 1000
Washington, DC 20024
Telephone: 202-626-6449
Fax: 202-783-2331

Roger Allen Denning
denning@fr.com
**FISH & RICHARDSON, P.C.**
12860 El Camino Real, Suite 400
San Diego, CA 92130-2081
Telephone: (858) 678-5070
Fax: 858-678-5099

Steven Pepe

</td><td>

By: <i>/s/ Mackenzie Paladino</i>
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
Mackenzie Paladino
NY State Bar No. 6039366

**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com
Email: mpaladino@raklaw.com

</td></tr>
</table>

2

| | |
|---|---|
| spepe@sheppard.com<br>Kevin J. Post<br>kpost@sheppard.com<br>Alexander E. Middleton<br>amiddleton@sheppard.com<br>Lance W. Shapiro<br>lshapiro@sheppard.com<br>Brian P. Lebow<br>blebow@sheppard.com<br>John J. Healy Jr.<br>jhealy@sheppard.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>30 Rockefeller Plaza<br>New York, NY 10112-0015<br>Telephone: (212) 653-8700<br>Facsimile: (212) 653-8701<br><br>Ryan C. Brunner<br>rbrunner@sheppard.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, DC 20006-6801<br>Telephone: (202) 747-1900<br>Facsimile: (202) 747-1901<br><br>***Attorneys for Defendant Apple Inc.*** | ***Attorneys for Plaintiff Cobblestone Wireless LLC*** |