**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
|     Plaintiff, | § | Case No. 7:24-cv-00232-DC |
| | § | |
| v. | § | |
| | § | |
| APPLE INC., | § | |
|     Defendant. | | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE THE RESPONSE AND REPLY BRIEFING ON APPLE'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)**

The Court, having considered the Joint Motion for Extension of Time for the submission of Plaintiff's Response and Defendant's Reply to Defendant's Motion to Dismiss Pursuant to Rule 12(b)(1), GRANTS the Motion.

Accordingly, it is hereby ORDERED that the deadline for the Plaintiff to submit its Response shall be extended up to and including August 27, 2026, and the deadline for Defendant's Reply shall be extended up to and including September 11, 2026.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT COURT JUDGE