**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| Cobblestone Wireless, LLC, | | |
| Plaintiff, | Case No. 7:24-cv-00232-DC | |
| vs. | | |
| Apple Inc., | | |
| Defendant. | | |

### NOTICE OF COBBLESTONE'S FORTHCOMING EXPERTS

WHEREAS the Court's July 27, 2026 Order Vacating Trial Setting, Setting Deadlines, and Requiring Apple to Show Cause ordered Cobblestone Wireless LLC to "file a notice identifying the expert or experts it has retained or intends to retain on or before August 7, 2026" (Dkt. 176 at 2);

Plaintiff Cobblestone Wireless, LLC hereby notifies the Court that it has retained the experts Eunice Wu of the Merits & Tree Law Offices in Beijing, China and Yuan Ma of the Beijing Highking Law Firm in Beijing, China to support a forthcoming Rule 44.1 submission with expert declarations by August 21, 2026.

1

Dated: August 7, 2026

By: */s/ Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
Joshua Scheufler
TX State Bar No. 24123406
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com
Email: jscheufler@raklaw.com

*Attorneys for Plaintiff Cobblestone Wireless LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2026, I electronically filed the foregoing document with the Clerk of the Court for the Western District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

*/s/ Reza Mirzaie*