**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>*Plaintiff*,<br>v.<br>APPLE INC.,<br>*Defendant*. | Case No. 7:24-cv-00232-DC<br>**JURY TRIAL DEMANDED** |

**PLAINTIFF COBBLESTONE WIRELESS, LLC.'S PUBLIC EXHIBITS IN SUPPORT OF ITS RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DKT. 176)**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone"), hereby submits Exhibits 1 through 25 in support of its Response to the Courts' Order to Show Cause (Dkt. 176). The Exhibits, 2, 17, 18, 23 and 25 are being filed under seal and are presented in this public filing by slip sheets indicating that the exhibits have been filed under seal. The Response is also being submitted for filing under seal.

Dated: August 17, 2026

Respectfully submitted,

*/s/ Peter Tong*
Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang

CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Minna Jay
CA State Bar No. 305941
Email: mjay@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Joshua Scheufler
TX State Bar No. 24123406
Email: jscheufler@raklaw.com
Mackenzie Paladino
NY State Bar No: 6039366
Email: mpaladino@raklaw.com
Matthew Aichele
VA State Bar No. 77821
Email: maichele@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX Bar No. 24119042
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2026, a true and correct copy of the foregoing document was electronically filed with the Court via ECF and served on all parties of record.

*/s/Peter Tong*
Peter Tong