# Exhibit 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

COBBLESTONE WIRELESS, LLC,

*Plaintiff*,

v.

APPLE INC.,

*Defendant*.

Case No. 7:24-cv-00232-DC

**JURY TRIAL DEMANDED**

**DECLARATION OF PETER TONG IN SUPPORT OF PLAINTIFF COBBLESTONE WIRELESS, LLC.'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DKT. 176)**

I, Peter Tong, declare and state as follows:

I am a member of the State Bar of Texas, an attorney at the firm of Russ August & Kabat, and counsel of record for Plaintiff Cobblestone Wireless LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Response to the Court's Order to Show Cause (Dkt. 176). I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto. Some of the Exhibits may be excerpted and/or include highlighting to call attention of certain parts for the Court's convenience.

1. This declaration is being filed as **Exhibit 1.**

2. Attached as **Exhibit 2** is a Timeline of Facts compiled by Russ August & Kabat.

3. Attached as **Exhibit 3** is a true and correct copy of *Kaist IP US LLC v. Samsung Elec. Co., Ltd.*, No. 2:16-cv-01314-JRG, Dkt. 527 (E.D. Tex. July 10, 2018).

4. Attached as **Exhibit 4** is a true and correct copy of an ECF docket report for *Kaist IP US LLC v. Samsung Elec. Co., Ltd.*, No. 2:16-cv-01314-JRG (E.D. Tex.) (retrieved Aug. 14, 2026).

5. Attached as **Exhibit 5** is a true and correct copy of a document production service email from Cobblestone's counsel to Apple's counsel dated January 27, 2025 referencing bates numbers COBB_APPLE_000001 - COBB_APPLE_000702.

6. Attached as **Exhibit 6** is a true and correct copy of a printout retrieved from the USPTO showing a list of recorded assignments, stamped COBB_APPLE_000466–000467.

7. Attached as **Exhibit 7** is a true and correct copy of the assignment from Xuefeng Yin to Shanghai SAGE Information Technology Co. Ltd. as recorded at the USPTO, stamped COBB_APPLE_000478–000483.

8. Attached as **Exhibit 8** is a true and correct copy of the assignment from Shanghai SAGE Information Technology Co. Ltd. to Empire Technology Development LLC, as recorded at the USPTO, stamped COBB_APPLE_000488–493.

9. Attached as **Exhibit 9** is a true and correct copy of the assignment from Empire Technology Development LLC to Cobblestone Wireless, LLC as recorded at the USPTO, stamped COBB_APPLE_000468–000472.

10. Attached as **Exhibit 10** is a true and correct copy of Cobblestone Wireless LLC's Initial Disclosures with service dated July 15, 2025.

11. Attached as **Exhibit 11** is a true and correct copy of Apple Inc.'s Initial Disclosures with service dated July 15, 2025.

12. Attached as **Exhibit 12** is a true and correct copy of Apple Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1–49) with service dated August 19, 2025.

13. Attached as **Exhibit 13** is a true and correct copy of Apple Inc.'s First Set of Interrogatories (Nos. 1–16) with service dated August 19, 2025.

14. Attached as **Exhibit 14** is a true and correct excerpt of *Petition for Inter Partes Review of United States Patent No. 8,891,347*, IPR2025-01496, Paper 2 (PTAB July 16, 2012).

15. Attached as **Exhibit 15** is a true and correct copy of a document production service email from Cobblestone's counsel to Apple's counsel dated December 8, 2025 referencing bates numbers COBB_APPLE_000703–021159.

16. Attached as **Exhibit 16** is a true and correct copy of Apple's Objections and Responses to Cobblestone Wireless, LLC's Second Set of Interrogatories (Nos. 17–24), with service dated February 6, 2026.

17. Attached as **Exhibit 17** is a true and correct copy of excerpts from the Deposition of Jay Chung on February 18, 2026.

18. Attached as **Exhibit 18** is a true and correct copy of Apple's First Supplemental Objections and Responses to Cobblestone Wireless, LLC's Second Set of Interrogatories (Nos. 17–24), with service dated February 20, 2026.

19. Attached as **Exhibit 19** is a true and correct, highlighted copy of an email chain between Cobblestone's and Apple's counsel in this case, ending with Jonathan Ma's email to Lance Shapiro on May 4, 2026.

20. Attached as **Exhibit 20** is a true and correct, highlighted copy of an email chain between Cobblestone's and Apple's counsel in this case, ending with Lance Shapiro email to Jonathan Ma on May 5, 2026.

21. Attached as **Exhibit 21** is a true and correct copy of an email chain received from Danielle Harlan, dated May 27, 2026.

22. Attached as **Exhibit 22** is a true and correct, highlighted copy of an email change between Cobblestone's and Apple's counsel in this case, ending with Robby Earle's June 30, 2026 email.

23. Attached as **Exhibit 23** is a true and correct copy of the July 10, 2026 Pretrial Conference Transcript from this case.

24. Attached as **Exhibit 24** is a true and correct copy of an email from Russ August & Kabat to Apple's counsel on July 24, 2026, warning about reserving the right to seek all appropriate sanctions.

25. Attached as **Exhibit 25** is a true and correct copy of a deposition transcript of Elizabeth Rudersdorf, taken March 9, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2026, in Dallas, Texas.

/s/ *Peter Tong*
Peter Tong