# Exhibit 2

FILED UNDER SEAL