# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KAIST IP US LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC, SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC, GLOBALFOUNDRIES, INC., GLOBALFOUNDRIES U.S. INC., QUALCOMM INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 2:16-CV-01314-JRG** |

**ORDER**

The Court issues this Order *sua sponte*. On July 6, 2018, Defendants filed their Motion for Reconsideration of Order on Post-Trial Briefing Schedule on Issue of Standing (Dkt. No. 523) (the "Motion"). The Court is of the opinion that expedited briefing is appropriate. Accordingly, it is hereby **ORDERED** that Plaintiff shall submit a response to the Motion by July 13, 2018, at 12:00 P.M. Such response shall address the 2001 Collaboration Agreement with Wonkwang University, which is referenced in the Motion (Dkt. No. 523 at 2–3), as well as Defendants' Notices of Supplemental Evidence (Dkt. Nos. 424, 425, 509, 518).[1] The response shall also include, if

[1] Despite their representations to the contrary, it is becoming clear to the Court that the Defendants are not attempting to "marshal evidence," but rather Defendants appear to have decided that utilizing this case as a piecemeal and strategic filing system for each round of evidence that they collect (both pre- and post-verdict) is an appropriate course of action. Such is not the case. The orderly presentment of evidence and efficient use of this Court's time demands that the parties ensure they engage in a complete presentation of evidence and argument at a single time. When it comes to fundamental issues such as standing, the Court recognizes that at times, it may be necessary to consider newly discovered evidence. However, the Court does not countenance what

appropriate, an additional declaration from Professor Jong-Ho Lee explaining in detail any request made to Wonkwang University regarding the 2001 Collaboration Agreement, and the steps taken, if any, to obtain a copy of the 2001 Collaboration Agreement. Plaintiff's expected response shall not exceed twenty-five (25) pages. The Court notes that nothing related to the Motion or this Order affects the Court's existing deadlines as set forth in the Court's Post-Trial Briefing Schedule (Dkt. No. 517).

**So ORDERED and SIGNED this 10th day of July, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

---

here amounts to Defendants playing one card at a time in an attempt to undermine this Court's ability to resolve the issue which they themselves have raised with the Court. There is a point for every issue at which evidence must close and a decision must be rendered. As to the issue of standing, that time is now. It is **ORDERED** that filings of further supplemental evidence from either party (by way of "Notices" or otherwise) will not be accepted prior to the Court's issuance of a decision on the issue of standing without prior leave of the Court.