# Exhibit 4

CASREF,JRG3,JURY,PROTECTIVE-ORDER

# U.S. District Court
# Eastern District of TEXAS [LIVE] (Marshall)
# CIVIL DOCKET FOR CASE #: 2:16-cv-01314-JRG

KAIST IP US LLC v. Samsung Electronics Co., LTD., et al
Assigned to: Judge Rodney Gilstrap
Case in other court: Federal Circuit, 20-01619
Federal, 20-01621
Cause: 35:271 Patent Infringement

Date Filed: 11/29/2016
Date Terminated: 02/21/2020
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Mediator**

**David Folsom**
Jackson Walker, LLP
6002-B Summerfield Drive
Texarkana, TX 75503
*dfolsom@jw.com*

**Technical Advisor**

**Richard David Egan**
Egan Peterman Enders & Huston, LLP
1101 South Capital of Texas Highway
Building C, Suite
Austin, TX 78746
512-347-1611
*regan@ipaustin.com*

**Plaintiff**

**KAIST IP US LLC** represented by **Andrew Choung**
Nixon Peabody LLP - Los Angeles
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
213-629-6166
Fax: 213-629-6001
Email: achoung@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Ainsworth**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 418
Tyler, TX 75702
903/531-3535

Email: charley@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Charlotte J. Wen**
Irell & Manella - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310-203-7541
Fax: 310-282-5761
Email: cwen@irell.com
*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
(903) 845-5770
Email: ederieux@capshawlaw.com
*TERMINATED: 04/09/2017*

**Guy M Rodgers**
Lathrop GPM LLP
2049 Century Park East
Suite 3500S
Los Angeles, CA 90067
310-789-4623
Fax: 310-789-4601
Email: guy.rodgers@lathropgpm.com
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**
Irell & Manella LLP - Los Angeles
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067-4276
310.203-7096
Fax: 310-203-7199
Email: jsheasby@irell.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rex Hwang**
Skiermont Derby LLP
633 West 5th Street
Ste 5800
Los Angeles, CA 90071
213-788-4500
Fax: 213-788-4545
Email: rhwang@skiermontderby.com

*TERMINATED: 09/24/2018*

**Robert Christopher Bunt**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 418
Tyler, TX 75702
903/531-3535
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Sheng-Wen Desmond Jui**
Nixon Peabody LLP - Los Angeles
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
213-629-6000
Fax: 213-629-6001
Email: Sheng-Wen.Jui@usdoj.gov
*TERMINATED: 09/24/2018*
*PRO HAC VICE*

**Thomas Patrick Burke**
Glaser Weil Fink Howard Avchen & Shapiro, LLP
10250 Constellation Blvd., 19th Floor
Los Angeles, CA 90067
310-553-3000
Fax: 310-843-2607
Email: tburke@glaserweil.com
*TERMINATED: 09/24/2018*

V.

**Defendant**

**Samsung Electronics Co., LTD.,** represented by **Allan M. Soobert**
Paul Hastings LLP - Washington
2050 M Street NW
Washington, DC 20036
202-551-1700
Fax: 202-551-1705
Email: allansoobert@paulhastings.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Van Nguyen**
Fish & Richardson PC - Houston
1221 McKinney Street, Suite 2800
Houston, TX 77010
713-654-5300

Fax: 713-652-0109
Email: nguyen@fr.com
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
Covington & Burling LLP - Palo Alto
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
650-632-4700
Fax: 650-632-4800
Email: asharma@cov.com
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
Paul Hastings LLP - San Diego
4747 Executive Drive
12th Floor
San Diego, CA 92121
858-458-3000
Fax: 858-458-3005
Email: ariellbratton@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
McKool Smith PC - D.C.
1999 K Street, NW
Suite 600
Washington, DC 20006
2023708302
Fax: 2023708344
Email: bjacobs@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Charles Kramer Verhoeven**
Quinn Emanuel Urquhart & Sullivan LLP
- San Francisco
50 California Street
22nd Floor
San Francisco, CA 94111
415/875-6600
Fax: 415/875-6700
Email:
charlesverhoeven@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
Paul Hastings LLP - Palo Alto
1117 S. California Avenue
Palo Alto, CA 94304-1106

650-320-1800
Fax: 650-320-1900
Email: chriskennerly@paulhastings.com
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
Quinn Emanuel Urquhart & Sullivan, LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: davidcooper@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**David A Perlson**
Hogan Lovells US LLP
4 Embarcadero Center
Ste #3500
San Francisco, CA 94111
415-374-2300
Fax: 415-374-2499
Email: david.perlson@hlc.com
*ATTORNEY TO BE NOTICED*

**Francis J Albert**
Fish & Richardson PC - San Diego
12860 El Camino Real
Suite 400
San Diego, CA 92130
858-678-5070
Fax: 858-678-5099
Email: albert@fr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
Stewart Sokol & Larkin LLC
2300 SW First Avenue
Suite 200
Portland, OR 97201
503-221-0699
Fax: 503-223-5706
Email: gmargeson@lawssl.com
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
Wolf, Greenfield & Sacks, P.C. - New York
605 Third Avenue, 25th Floor

New York, NY 10158
212-697-7890
Email: GNieberg@wolfgreenfield.com
*TERMINATED: 11/19/2019*

**Harry Lee Gillam , Jr**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email: gil@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Indranil Mukerji**
Willkie Farr & Gallagher LLP -
Washington DC
1875 K Street, NW
Washington, DC 20006
202/303-1190
Email: IMukerji@cov.com
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
Paul Hastings LLP - San Diego
4747 Executive Drive
12th Floor
San Diego, CA 92121
858/458-3000
Fax: 858/458-3005
Email: jeffreycomeau@paulhastings.com
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
Kirkland & Ellis LLP - Washington DC
655 15th St NW
12th Floor
Washington, DC 20005
202-879-5000
Fax: 202-389-5200
Email: john.oquinn@kirkland.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
Paul Hastings LLP - Palo Alto
1117 S. California Avenue
Palo Alto, CA 94304-1106
650.320.1800
Fax: 650.320.1900

Email: josephrumpler@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
Quinn Emanuel Urquhart & Sullivan, LLP - NY
51 Madison Ave
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: kathleensullivan@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Leonard Davis**
Fish & Richardson P.C. - Dallas
1717 Main Street, Suite 5000
Dallas, TX 75201
214.760.6105
Fax: 214.747.2091
Email: ldavis@fr.com
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
903-934-8450
Fax: 903-934-9257
Email: melissa@gillamsmithlaw.com
*ATTORNEY TO BE NOTICED*

**Michael J McKeon**
Fish & Richardson PC - Washington DC
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: mckeon@fr.com
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
Covington & Burling LLP
850 Tenth Street, NW
Suite 504n
Washington, DC 20001
202-662-5565
Fax: 202-778-5565

Email: rrainey@cov.com
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
Covington & Burling LLP - Palo Alto
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
650-632-4700
Fax: 650-632-4800
Email: rhaslam@cov.com
*ATTORNEY TO BE NOTICED*

**Ruffin B Cordell**
Fish & Richardson PC - Washington DC
1000 Maine Ave., SW
Suite 1000
Washington, DC 20024
202-783-5070
Fax: 202-783-2331
Email: cordell@fr.com
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
Paul Hastings LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA 90071
213-683-6211
Email: soyoungjung@paulhastings.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
Paul Hastings LLP - Washington, DC
875 15th Street NW
Room 9020
Washington, DC 20037
202-551-1842
Fax: 202-551-1705
Email: stephenkinnaird@paulhastings.com
*ATTORNEY TO BE NOTICED*

**Victoria Fishman Maroulis**
Quinn Emanuel Urquhart & Sullivan LLP - Redwood
555 Twin Dolphin Drive
5th Floor
Redwood Shores, CA 94065
650/801-5000

Fax: 650/801-5100
Email:
victoriamaroulis@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**William H Burgess**
Kirkland & Ellis LLP - Washington DC
1301 Pennsylvania Avenue, NW
Washington, DC 20004
202.389.5000
Fax: 202.389.5200
Email: william.burgess@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc** represented by

**Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Van Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Kramer Verhoeven**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A Perlson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis J Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)
*TERMINATED: 11/19/2019*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Indranil Mukerji**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J McKeon**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruffin B Cordell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria Fishman Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Semiconductor, Inc.,** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Van Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Kramer Verhoeven**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis J Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)
*TERMINATED: 11/19/2019*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Indranil Mukerji**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J McKeon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruffin B Cordell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria Fishman Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Austin Semiconductor, LLC** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Van Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles Kramer Verhoeven**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A Perlson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis J Albert**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)

*TERMINATED: 11/19/2019*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Indranil Mukerji**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J McKeon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ruffin B Cordell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victoria Fishman Maroulis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GlobalFoundries, Inc.** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GlobalFoundries U.S. Inc.** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Qualcomm Inc.** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harry Lee Gillam , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Lamken**
MoloLamken LLP
600 New Hampshire Ave NW
Washington, DC 20037
202/556-2000

Fax: 202-556-2001
Email: jlamken@mololamken.com
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin B Weiner**
Bush Seyferth PLLC
100 W. Big Beaver Road
Suite 400
Troy, MI 48084
248-822-7800
Fax: 248-822-7800
Email: weiner@bsplaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Melissa Richards Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Ramey**
*NON-PARTY*

**Counter Claimant**

**Samsung Electronics America, Inc** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)
*TERMINATED: 11/19/2019*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., LTD.,** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)
*TERMINATED: 11/19/2019*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Semiconductor, Inc.,** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)
*TERMINATED: 11/19/2019*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Austin Semiconductor, LLC** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anupam Sharma**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Michael Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Scott Nieberg**
(See above for address)
*TERMINATED: 11/19/2019*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John C O'Quinn**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Marie Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard L Rainey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Thomas Haslam , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William H Burgess**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**KAIST IP US LLC** represented by **Andrew Choung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charlotte J. Wen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
(See above for address)
*TERMINATED: 04/09/2017*

**Guy M Rodgers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rex Hwang**
(See above for address)
*TERMINATED: 09/24/2018*

**Sheng-Wen Desmond Jui**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Burke**
(See above for address)
*TERMINATED: 09/24/2018*

**Counter Claimant**

**GlobalFoundries, Inc.** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**GlobalFoundries U.S. Inc.** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**KAIST IP US LLC** represented by **Andrew Choung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Ainsworth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
(See above for address)
*TERMINATED: 04/09/2017*

**Guy M Rodgers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rex Hwang**
(See above for address)
*TERMINATED: 09/24/2018*

**Robert Christopher Bunt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Burke**
(See above for address)
*TERMINATED: 09/24/2018*

**Counter Claimant**

**Qualcomm Inc.** represented by **Allan M. Soobert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ariell Bratton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Blair M Jacobs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Wood Kennerly**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Grant Nicholas Margeson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey David Comeau**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph John Rumpler , II**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Justin B Weiner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Soyoung Jung**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen B Kinnaird**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**KAIST IP US LLC** represented by **Andrew Choung**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Ainsworth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth L DeRieux**
(See above for address)
*TERMINATED: 04/09/2017*

**Guy M Rodgers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jason G Sheasby**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rex Hwang**
(See above for address)
*TERMINATED: 09/24/2018*

**Robert Christopher Bunt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Burke**
(See above for address)
*TERMINATED: 09/24/2018*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/29/2016 | 1 | COMPLAINT *for Patent Infringement* against GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., ( Filing fee $ 400 receipt number 0540-6047878.), filed by KAIST IP US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Civil Cover Sheet)(DeRieux, Elizabeth) (Entered: 11/29/2016) |
| 11/29/2016 | 2 | NOTICE by KAIST IP US LLC *of Designation of Lead Counsel* (DeRieux, Elizabeth) (Entered: 11/29/2016) |
| 11/29/2016 | 3 | *****FILED IN ERROR PER ATTORNEY***** <br><br> NOTICE of Attorney Appearance by Elizabeth L DeRieux on behalf of KAIST IP US LLC (DeRieux, Elizabeth) Modified on 12/1/2016 (ch, ). (Entered: 11/29/2016) |
| 11/29/2016 | 4 | *****FILED IN ERROR PER ATTORNEY***** <br><br> NOTICE of Attorney Appearance by Elizabeth L DeRieux on behalf of KAIST IP US LLC (DeRieux, Elizabeth) Modified on 12/1/2016 (ch, ). (Entered: 11/29/2016) |
| 11/29/2016 | 5 | NOTICE of Attorney Appearance by Elizabeth L DeRieux on behalf of KAIST IP US LLC (DeRieux, Elizabeth) (Entered: 11/29/2016) |
| 11/29/2016 | 6 | DEMAND for Trial by Jury by KAIST IP US LLC. (DeRieux, Elizabeth) (Entered: 11/29/2016) |
| 11/29/2016 | 7 | CORPORATE DISCLOSURE STATEMENT filed by KAIST IP US LLC (DeRieux, Elizabeth) (Entered: 11/29/2016) |
| 11/29/2016 | 8 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (DeRieux, Elizabeth) (Entered: 11/29/2016) |
| 11/29/2016 | | Case Assigned to Judge Rodney Gilstrap. (nkl, ) (Entered: 11/29/2016) |

| | | |
|---|---|---|
| 11/29/2016 | 9 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 11/29/2016. (nkl, ) (Entered: 11/29/2016) |
| 11/29/2016 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 11/29/2016) |
| 12/01/2016 | 10 | SUMMONS Issued as to Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Semiconductor, Inc.,. (Attachments: # 1 Summons(es), # 2 Summons(es), # 3 Summons(es))(ch, ) (Entered: 12/01/2016) |
| 12/01/2016 | | *****FILED IN ERROR. PER ATTORNEY Document # 3 and 4, Notice of Appearance. PLEASE IGNORE.*****<br><br>(ch, ) (Entered: 12/01/2016) |
| 12/01/2016 | 11 | NOTICE of Attorney Appearance by Andrew Choung on behalf of KAIST IP US LLC (Choung, Andrew) (Entered: 12/01/2016) |
| 12/02/2016 | 12 | NOTICE of Attorney Appearance - Pro Hac Vice by Jason G Sheasby on behalf of KAIST IP US LLC. Filing fee $ 100, receipt number 0540-6055192. (Sheasby, Jason) (Entered: 12/02/2016) |
| 12/09/2016 | 13 | SUMMONS Returned Executed by KAIST IP US LLC. Samsung Electronics America, Inc served on 12/5/2016, answer due 12/26/2016. (nkl, ) (Entered: 12/09/2016) |
| 12/09/2016 | 14 | SUMMONS Returned Executed by KAIST IP US LLC. Samsung Semiconductor, Inc., served on 12/5/2016, answer due 12/26/2016. (nkl, ) (Entered: 12/09/2016) |
| 12/09/2016 | 15 | SUMMONS Returned Executed by KAIST IP US LLC. Samsung Austin Semiconductor, LLC served on 12/5/2016, answer due 12/26/2016. (nkl, ) (Entered: 12/09/2016) |
| 12/09/2016 | 16 | SUMMONS Returned Executed by KAIST IP US LLC. Qualcomm Inc. served on 12/5/2016, answer due 12/26/2016. (nkl, ) (Entered: 12/09/2016) |
| 12/12/2016 | 17 | SUMMONS Issued as to GlobalFoundries U.S. Inc. c/o Corporation Service Company. (nkl, ) (Entered: 12/12/2016) |
| 12/12/2016 | 18 | NOTICE of Attorney Appearance by Rex Hwang on behalf of KAIST IP US LLC (Hwang, Rex) (Entered: 12/12/2016) |
| 12/19/2016 | 19 | SUMMONS Returned Executed by KAIST IP US LLC. GlobalFoundries, Inc. served on 12/13/2016, answer due 1/3/2017. (nkl, ) (Entered: 12/19/2016) |
| 12/20/2016 | 20 | Agreed MOTION for Extension of Time to File Answer *(Agreed Motion Regarding Waiver of Service of Summons and Extension of Certain Answer Deadlines)* by KAIST IP US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(DeRieux, Elizabeth) (Entered: 12/20/2016) |

| | | |
|---|---|---|
| 12/21/2016 | 21 | ORDER granting 20 Motion for Extension of Time to Answer. Signed by Magistrate Judge Roy S. Payne on 12/21/2016. (nkl, ) (Entered: 12/21/2016) |
| 12/21/2016 | | Answer Due Deadline Updated for GlobalFoundries U.S. Inc. to 3/6/2017; GlobalFoundries, Inc. to 3/6/2017; Qualcomm Inc. to 3/6/2017; Samsung Austin Semiconductor, LLC to 3/6/2017; Samsung Electronics America, Inc to 3/6/2017; Samsung Electronics Co., LTD., to 3/6/2017; Samsung Semiconductor, Inc., to 3/6/2017. (nkl, ) (Entered: 12/21/2016) |
| 03/06/2017 | 22 | ORDER - Scheduling Conference set for 3/27/2017 01:30 PM before Judge Rodney Gilstrap. Signed by Magistrate Judge Roy S. Payne on 3/3/2017. (ch, ) (Entered: 03/06/2017) |
| 03/06/2017 | 23 | NOTICE of Attorney Appearance by Allan M. Soobert on behalf of All Defendants (Soobert, Allan) (Entered: 03/06/2017) |
| 03/06/2017 | 24 | NOTICE of Attorney Appearance by Christopher Wood Kennerly on behalf of All Defendants (Kennerly, Christopher) (Entered: 03/06/2017) |
| 03/06/2017 | 25 | ANSWER to 1 Complaint, *Affirmative Defenses*, COUNTERCLAIM against KAIST IP US LLC by Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC.(Soobert, Allan) (Entered: 03/06/2017) |
| 03/06/2017 | 26 | CORPORATE DISCLOSURE STATEMENT filed by Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., (Soobert, Allan) (Entered: 03/06/2017) |
| 03/06/2017 | 27 | ANSWER to 1 Complaint, *Affirmative Defenses*, COUNTERCLAIM against KAIST IP US LLC by GlobalFoundries, Inc., GlobalFoundries U.S. Inc..(Soobert, Allan) (Entered: 03/06/2017) |
| 03/06/2017 | 28 | CORPORATE DISCLOSURE STATEMENT filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc. identifying Corporate Parent Advanced Technology Investment Company (Cayman), Corporate Parent ATIC International Investment Co. (Abu Dhabi) for GlobalFoundries, Inc.. (Soobert, Allan) (Entered: 03/06/2017) |
| 03/06/2017 | 29 | ANSWER to 1 Complaint, *Affirmative Defenses*, COUNTERCLAIM against KAIST IP US LLC by Qualcomm Inc..(Soobert, Allan) (Entered: 03/06/2017) |
| 03/06/2017 | 30 | CORPORATE DISCLOSURE STATEMENT filed by Qualcomm Inc. (Soobert, Allan) (Entered: 03/06/2017) |
| 03/07/2017 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (nkl, ) (Entered: 03/07/2017) |

| | | |
|---|---|---|
| 03/07/2017 | 31 | NOTICE of Attorney Appearance by Melissa Richards Smith on behalf of GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., (Smith, Melissa) (Entered: 03/07/2017) |
| 03/13/2017 | 32 | NOTICE by KAIST IP US LLC *of Disclosure of Asserted Claims and Infringement Contentions and Related Document Production Pursuant to Patent Local Rules 3-1 and 3-2* (Choung, Andrew) (Entered: 03/13/2017) |
| 03/27/2017 | 33 | ANSWER to 25 Answer to Complaint, Counterclaim,, *and Affirmative Defenses to Counterclaims* by KAIST IP US LLC.(Choung, Andrew) (Entered: 03/27/2017) |
| 03/27/2017 | 34 | ANSWER to 27 Answer to Complaint, Counterclaim *and Affirmative Defenses to Counterclaims* by KAIST IP US LLC.(Choung, Andrew) (Entered: 03/27/2017) |
| 03/27/2017 | 35 | ANSWER to 29 Answer to Complaint, Counterclaim *and Affirmative Defenses to Counterclaims* by KAIST IP US LLC.(Choung, Andrew) (Entered: 03/27/2017) |
| 03/27/2017 | | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 3/27/2017. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Tammy Goolsby) (jml) (Entered: 03/28/2017) |
| 03/28/2017 | 36 | MOTION to Stay *Pending Inter Partes Review* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Text of Proposed Order)(Soobert, Allan) (Entered: 03/28/2017) |
| 03/29/2017 | 37 | NOTICE of Designation of Mediator, David Folsom, filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Smith, Melissa) (Entered: 03/29/2017) |
| 03/30/2017 | 38 | ORDER REFERRING CASE to Mediator. Hon. David Folsom is hereby appointed as mediator in the above referenced case. Signed by Magistrate Judge Roy S. Payne on 03/30/2017. (nkl, ) (Entered: 03/30/2017) |
| 03/30/2017 | 39 | NOTICE of Attorney Appearance by Jeffrey David Comeau on behalf of GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., (Comeau, Jeffrey) (Entered: 03/30/2017) |
| 04/05/2017 | 40 | Unopposed MOTION to Withdraw as Attorney *and Substitute Counsel* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(DeRieux, Elizabeth) (Entered: 04/05/2017) |
| 04/09/2017 | 41 | ORDER granting 40 Motion to Withdraw as Attorney. Added attorney Charles Ainsworth,Robert Christopher Bunt for KAIST IP US LLC. Attorney Elizabeth L DeRieux terminated. Signed by Magistrate Judge Roy S. Payne on 4/9/2017. (ch, ) (Entered: 04/10/2017) |

| | | |
|---|---|---|
| 04/10/2017 | 42 | **FILED IN ERROR**<br><br>Opposed MOTION Joint Motion for Modification of Docket Control Order for Good Cause and Notice of Competing Proposals by KAIST IP US LLC. (Choung, Andrew) Modified on 4/11/2017 (nkl, ). (Entered: 04/10/2017) |
| 04/10/2017 | 43 | **FILED IN ERROR**<br><br>Opposed MOTION Joint Submission of Discovery Order by KAIST IP US LLC. (Choung, Andrew) Modified on 4/11/2017 (nkl, ). (Entered: 04/10/2017) |
| 04/11/2017 | | *****FILED IN ERROR - Please re-file motion with attached exhibits for Plaintiff and Defendant. Document # 42 and 43, Opposed MOTION Joint Motion for Modification of Docket Control Order for Good Cause and Notice of Competing Proposals and Opposed MOTION Joint Submission of Discovery Order. PLEASE IGNORE.*****<br><br>(nkl, ) (Entered: 04/11/2017) |
| 04/11/2017 | 44 | Opposed MOTION Jooint Motion for Modification of Docket Control Order for Good Cause and Notice of Competing Proposals *(replaces Dkt. # 42)* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 04/11/2017) |
| 04/11/2017 | 45 | Opposed MOTION for Entry of Discovery Order *(replaces Dkt. # 43)* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 04/11/2017) |
| 04/11/2017 | 46 | DOCKET CONTROL ORDER granting 44 Opposed MOTION Jooint Motion for Modification of Docket Control Order for Good Cause and Notice of Competing Proposals *(replaces Dkt. # 42)* filed by KAIST IP US LLC., Pretrial Conference set for 4/11/2018 01:30 PM before Magistrate Judge Roy S. Payne., Amended Pleadings due by 10/4/2017., Jury Selection set for 5/7/2018 09:00AM before Judge Rodney Gilstrap., Mediation Completion due by 2/16/2018., Markman Hearing set for 12/13/2017 01:30 PM before Magistrate Judge Roy S. Payne., Motions in Limine due by 3/28/2018., Proposed Pretrial Order due by 4/2/2018. Signed by Magistrate Judge Roy S. Payne on 4/11/2017. (nkl, ) (Entered: 04/12/2017) |
| 04/12/2017 | 47 | DISCOVERY ORDER re 45 Opposed MOTION for Entry of Discovery Order *(replaces Dkt. # 43)* filed by KAIST IP US LLC.. Signed by Magistrate Judge Roy S. Payne on 4/11/2017. (nkl, ) (Entered: 04/12/2017) |
| 04/12/2017 | 48 | RESPONSE in Opposition re 36 MOTION to Stay *Pending Inter Partes Review filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Rex Hwang, # 2 Exhibit 1 to Hwang Declaration, # 3 Exhibit 2 to Hwang Declaration, # 4 Text of Proposed Order Denying Motion to Stay)(Hwang, Rex) (Entered: 04/12/2017) |
| 04/17/2017 | 49 | **DEFICEINT DOCUMENT**<br><br>Opposed MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER by KAIST IP US LLC. (Attachments: # 1 Exhibit A, Plaintiff's Proposal, # 2 Exhibit B, Defendants' Proposal)(Hwang, Rex) Modified on 4/18/2017 (nkl, ). (Entered: 04/17/2017) |

| | | |
|---|---|---|
| 04/17/2017 | 50 | NOTICE of Discovery Disclosure by KAIST IP US LLC *(Initial and Additional Disclosures)* (Hwang, Rex) (Entered: 04/17/2017) |
| 04/18/2017 | 51 | Opposed MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER *(replacing Dkt. # 49)* by KAIST IP US LLC. (Attachments: # 1 Exhibit A, Plaintiff's Proposal, # 2 Exhibit B, Defendants' Proposal)(Hwang, Rex) (Entered: 04/18/2017) |
| 04/18/2017 | | NOTICE of Deficiency regarding the Opposed MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER submitted document 49 does not contain a Certificate of Conference. Correction should be made by one business day. (nkl, ) (Entered: 04/18/2017) |
| 04/18/2017 | 52 | NOTICE of Discovery Disclosure by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *Regarding Defendants' Initial and Additional Disclosures* (Soobert, Allan) (Entered: 04/18/2017) |
| 04/19/2017 | 53 | REPLY to Response to Motion re 36 MOTION to Stay *Pending Inter Partes Review filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11)(Soobert, Allan) (Entered: 04/19/2017) |
| 04/19/2017 | 54 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 4/19/2017. (nkl, ) (Entered: 04/20/2017) |
| 04/21/2017 | 55 | MOTION for Protective Order *on Subpoenas Issued to Dr. Jeffrey Bokor* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Dr. Jeffrey Bokor, # 2 Declaration of Allan M. Soobert, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 04/21/2017) |
| 05/04/2017 | 56 | ORDER denying without prejudice 36 Motion to Stay Pending Inter Partes Review. Signed by Magistrate Judge Roy S. Payne on 5/4/2017. (nkl, ) (Entered: 05/04/2017) |
| 05/08/2017 | 57 | **WITHDRAWN PER ORDER 61**<br><br>RESPONSE in Opposition re 55 MOTION for Protective Order *on Subpoenas Issued to Dr. Jeffrey Bokor filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Rex Hwang, # 2 Exhibit 1 to Hwang Declaration, # 3 Exhibit 2 to Hwang Declaration, # 4 Exhibit 3 to Hwang Declaration, # 5 Exhibit 4 to Hwang Declaration, # 6 Exhibit 5 to Hwang Declaration, # 7 Exhibit 6 to Hwang Declaration, # 8 Exhibit 7 to Hwang Declaration, # 9 Exhibit 8 to Hwang Declaration, # 10 Text of Proposed Order)(Hwang, Rex) Modified on 5/11/2017 (nkl, ). (Entered: 05/08/2017) |
| 05/09/2017 | 58 | NOTICE of Discovery Disclosure by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD., *Regarding P.R. 3-3 and 3-4 Disclosures* (Smith, Melissa) (Entered: 05/09/2017) |

| | | |
|---|---|---|
| 05/09/2017 | 59 | RESPONSE in Opposition re 55 MOTION for Protective Order *on Subpoenas Issued to Dr. Jeffrey Bokor THIS FILING REPLACES DKT. 57 filed by KAIST IP US LLC*. (Attachments: # 1 Hwang Declaration, # 2 Exhibit 1 to Hwang Declaration, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 05/09/2017) |
| 05/10/2017 | 60 | Unopposed MOTION to Withdraw *Dkt. # 57* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 05/10/2017) |
| 05/11/2017 | 61 | ORDER granting 60 Motion to Withdraw 57 Response in Opposition to Motion. Signed by Magistrate Judge Roy S. Payne on 5/11/2017. (nkl, ) (Entered: 05/11/2017) |
| 05/15/2017 | 62 | NOTICE by KAIST IP US LLC *(Plaintiff's Notice of Filing Opposition to Motion to Quash Subpoenas to Non-Party Dr. Jeffrey Bokor in the N.D. of California)* (Bunt, Robert) (Entered: 05/15/2017) |
| 05/23/2017 | 63 | **FILED IN ERROR PER ATTORNEY**<br><br>NOTICE by KAIST IP US LLC re 55 MOTION for Protective Order *on Subpoenas Issued to Dr. Jeffrey Bokor (NOTICE OF FILING ORDER FROM NORTHERN DISTRICT OF CALIFORNIA REGARDING MOTION TO QUASH SUBPOENAS TO NON-PARTY DR. JEFFREY BOKOR)* (Attachments: # 1 Exhibit A)(Bunt, Robert) Modified on 5/23/2017 (nkl, ). (Entered: 05/23/2017) |
| 05/23/2017 | | *****FILED IN ERROR PER ATTORNEY. Document # 63, Notice. PLEASE IGNORE.*****<br><br>(nkl, ) (Entered: 05/23/2017) |
| 05/23/2017 | 64 | NOTICE by KAIST IP US LLC re 55 MOTION for Protective Order *on Subpoenas Issued to Dr. Jeffrey Bokor (NOTICE OF FILING ORDER FROM NORTHERN DISTRICT OF CALIFORNIA REGARDING MOTION TO QUASH SUBPOENAS TO NON-PARTY DR. JEFFREY BOKOR)* (Attachments: # 1 Exhibit A)(Bunt, Robert) (Entered: 05/23/2017) |
| 07/25/2017 | 65 | ORDER denying 55 Motion for Protective Order on Subpoenas Issued to Dr Jeffrey Bokor. Signed by Magistrate Judge Roy S. Payne on 7/25/2017. (ch, ) (Entered: 07/26/2017) |
| 07/28/2017 | 66 | **WITHDRAWN PER ORDER 74**<br><br>SEALED MOTION *for Protective Order Regarding Rule 30 Notice of Deposition of Si-Young Choi* by Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Declaration of Si-Young Choi, # 3 Text of Proposed Order)(Soobert, Allan) Modified on 8/22/2017 (nkl, ). (Entered: 07/28/2017) |
| 08/14/2017 | 67 | Unopposed MOTION for Extension of Time to File Response/Reply as to 66 SEALED MOTION *for Protective Order Regarding Rule 30 Notice of Deposition of Si-Young Choi* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order) (Hwang, Rex) (Entered: 08/14/2017) |

| | | |
|---|---|---|
| 08/15/2017 | 68 | ORDER granting 67 Motion for Extension of Time to File Response/Reply re 66 SEALED MOTION *for Protective Order Regarding Rule 30 Notice of Deposition of Si-Young Choi* Responses due by 8/21/2017. Signed by Magistrate Judge Roy S. Payne on 8/15/2017. (nkl, ) (Entered: 08/15/2017) |
| 08/16/2017 | 69 | NOTICE of Discovery Disclosure by KAIST IP US LLC *Regarding Proposed Terms and Claim Elements for Construction Pursuant to P.R. 4-1* (Hwang, Rex) (Entered: 08/16/2017) |
| 08/17/2017 | 70 | NOTICE of Discovery Disclosure by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *Regarding P.R. 4-1 Disclosures* (Soobert, Allan) (Entered: 08/17/2017) |
| 08/18/2017 | 71 | SEALED Joint Stipulation Regarding Samsung's Motion for Protective Order Regarding Rule 30 Notice of Deposition of Si-Young Choi. (Soobert, Allan) (Entered: 08/18/2017) |
| 08/18/2017 | 72 | Unopposed SEALED MOTION *to Withdraw Motion for Protective Order Regarding Rule 30 Notice of Deposition of Si-Young Choi* by Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 08/18/2017) |
| 08/21/2017 | 74 | ORDER granting 72 Sealed Motion to Withdraw Motion for Protective Order Regarding Rule 30 Notice of Deposition of Si-Young Choi. Signed by Magistrate Judge Roy S. Payne on 8/21/2017. (nkl, ) (Entered: 08/22/2017) |
| 08/22/2017 | 73 | NOTICE of Attorney Appearance by Guy M Rodgers on behalf of KAIST IP US LLC (Rodgers, Guy) (Entered: 08/22/2017) |
| 09/15/2017 | 75 | SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue* by GlobalFoundries U.S. Inc.. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Declaration of Reed M. Content, # 4 Text of Proposed Order)(Soobert, Allan) (Entered: 09/15/2017) |
| 09/27/2017 | 76 | Joint Claim Construction and Prehearing Statement by KAIST IP US LLC. (Attachments: # 1 Appendix 1)(Choung, Andrew) (Entered: 09/27/2017) |
| 09/29/2017 | 77 | **FILED IN ERROR PER ATTORNEY**<br><br>RESPONSE in Opposition re 75 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Guy M. Rodgers in Support of Plaintiff KAIST IP US LLC's Response in Opposition to Globalfoundries U.S. Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Affidavit Declaration of Rex Hwang in Support of Plaintiff KAIST IP US LLC's Response in Opposition to Globalfoundries U.S. Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue, # 14 Text of Proposed Order)(Rodgers, Guy) Modified on 10/2/2017 (nkl, ). (Entered: 09/29/2017) |

| | | |
|---|---|---|
| 09/29/2017 | 78 | RESPONSE in Opposition re 75 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Guy M. Rodgers in Support of Plaintiff KAIST IP US LLC's Response in Opposition to Globalfoundries U.S. Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Affidavit Declaration of Rex Hwang in Support of Plaintiff KAIST IP US LLC's Response in Opposition to Globalfoundries U.S. Inc.'s Motion to Dismiss or, in the Alternative, Transfer Venue, # 13 Text of Proposed Order)(Rodgers, Guy) (Entered: 09/29/2017) |
| 10/02/2017 | | *****FILED IN ERROR PER ATTORNEY. Document # 77, RESPONSE in Opposition. PLEASE IGNORE.*****<br><br>(nkl, ) (Entered: 10/02/2017) |
| 10/04/2017 | 79 | NOTICE by KAIST IP US LLC *of Activity in Related Inter Partes Review Proceedings* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Bunt, Robert) (Entered: 10/04/2017) |
| 10/05/2017 | 80 | MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention* by KAIST IP US LLC. (Attachments: # 1 Affidavit Declaration of Andrew Y. Choung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Text of Proposed Order)(Choung, Andrew) (Entered: 10/05/2017) |
| 10/10/2017 | 81 | MOTION for Issuance of Letters Rogatory by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order)(Soobert, Allan) Modified on 10/10/2017 (nkl, ). Modified on 10/10/2017 (nkl, ). (Entered: 10/10/2017) |
| 10/10/2017 | | **FILED IN ERROR**<br><br>NOTICE of Deficiency regarding the MOTION for Issuance of Letters Rogatory submitted document 81 does not contain a Certificate of Conference. Correction should be made by one business day. (nkl, ) Modified on 10/10/2017 (nkl, ). (Entered: 10/10/2017) |
| 10/10/2017 | | *****FILED IN ERROR PER CLERK. Document #, NOTICE of Deficiency regarding the MOTION for Issuance of Letters Rogatory. PLEASE IGNORE.*****<br><br>(nkl, ) (Entered: 10/10/2017) |
| 10/10/2017 | 82 | SEALED REPLY to Response to Motion re 75 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue* filed by GlobalFoundries U.S. Inc.. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17)(Soobert, Allan) (Entered: 10/10/2017) |

| | | |
|---|---|---|
| 10/12/2017 | 83 | MOTION to Compel *Discovery Responses from Defendants* by KAIST IP US LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Rodgers, Guy) (Entered: 10/12/2017) |
| 10/18/2017 | 84 | SUR-REPLY to Reply to Response to Motion re 75 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue filed by KAIST IP US LLC*. (Rodgers, Guy) (Entered: 10/18/2017) |
| 10/19/2017 | 85 | RESPONSE in Opposition re 80 MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Text of Proposed Order)(Soobert, Allan) (Entered: 10/19/2017) |
| 10/20/2017 | 86 | NOTICE by KAIST IP US LLC re 81 MOTION for Issuance of Letters Rogatory *[Notice of Non-Opposition]* (Bunt, Robert) (Entered: 10/20/2017) |
| 10/23/2017 | 87 | NOTICE by KAIST IP US LLC re 76 Claim Construction Chart or Claim Construction and Prehearing Statement *(Notice of Supplemental Joint Claim Construction and Prehearing Statement)* (Attachments: # 1 Appendix 1)(Bunt, Robert) (Entered: 10/23/2017) |
| 10/24/2017 | 88 | ORDER granting 81 Motion for Issuance of Letters Rogatory. Signed by Magistrate Judge Roy S. Payne on 10/24/2017. (nkl, ) (Entered: 10/24/2017) |
| 10/24/2017 | 89 | NOTICE of Attorney Appearance by Joseph John Rumpler, II on behalf of GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., (Rumpler, Joseph) (Entered: 10/24/2017) |
| 10/25/2017 | 90 | Unopposed MOTION to Amend/Correct 46 Order, Terminate Motions, Scheduling Order,,,,,, by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 10/25/2017) |
| 10/25/2017 | 91 | Joint MOTION Motion For Leave To Take Deposition After The Deadline To Complete Claim Construction Discovery by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 10/25/2017) |
| 10/26/2017 | 92 | NOTICE by GlobalFoundries U.S. Inc. re 75 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue [Request for Judicial Notice]* (Attachments: # 1 Exhibit 18)(Soobert, Allan) (Entered: 10/26/2017) |
| 10/26/2017 | 93 | OPENING CLAIM CONSTRUCTION BRIEF filed by KAIST IP US LLC. (Attachments: # 1 Exhibit 1 to Opening Claim Construction Brief by KAIST IP US LLC (U.S. Patent No. 6,885,055), # 2 Affidavit Declaration of Rex Hwang, # 3 Exhibit 1 to Hwang Declaration, # 4 Affidavit Declaration of Kelin Kuhn, Ph.D., # 5 Exhibit A to Kuhn Declaration, # 6 Exhibit B to Kuhn Declaration, # 7 Exhibit C to Kuhn Declaration, # 8 Exhibit D to Kuhn Declaration, # 9 Exhibit E to Kuhn Declaration, # 10 Exhibit F to Kuhn Declaration, # 11 Exhibit G to Kuhn Declaration, # 12 Exhibit H to Kuhn Declaration, # 13 Exhibit I to Kuhn Declaration, # 14 Exhibit J to Kuhn |

| | | |
|---|---|---|
| | | Declaration, # 15 Exhibit K to Kuhn Declaration, # 16 Exhibit L to Kuhn Declaration, # 17 Exhibit M to Kuhn Declaration, # 18 Exhibit N to Kuhn Declaration, # 19 Exhibit O to Kuhn Declaration, # 20 Exhibit P to Kuhn Declaration, # 21 Exhibit Q to Kuhn Declaration, # 22 Exhibit R to Kuhn Declaration, # 23 Exhibit S to Kuhn Declaration, # 24 Exhibit T to Kuhn Declaration, # 25 Exhibit U to Kuhn Declaration, # 26 Exhibit V to Kuhn Declaration, # 27 Exhibit W to Kuhn Declaration)(Choung, Andrew) (Entered: 10/26/2017) |
| 10/26/2017 | 94 | NOTICE by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *of Submission of Technology Tutorial* (Soobert, Allan) (Entered: 10/26/2017) |
| 10/27/2017 | 95 | NOTICE by KAIST IP US LLC *of Submission of Technical Tutorial* (Bunt, Robert) (Entered: 10/27/2017) |
| 10/27/2017 | 96 | RESPONSE in Opposition re 83 MOTION to Compel *Discovery Responses from Defendants filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit A, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 10/27/2017) |
| 10/27/2017 | 97 | SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue* by Qualcomm Inc.. (Attachments: # 1 Declaration of Daniel A. Torpey, # 2 Declaration of Jeffrey D. Comeau, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Text of Proposed Order)(Soobert, Allan) (Entered: 10/27/2017) |
| 10/27/2017 | 98 | REPLY to Response to Motion re 80 MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention filed by KAIST IP US LLC*. (Choung, Andrew) (Entered: 10/27/2017) |
| 10/30/2017 | 99 | ORDER granting 90 Motion to Amend/Correct. Signed by Magistrate Judge Roy S. Payne on 10/29/2017. (nkl, ) (Entered: 10/30/2017) |
| 10/30/2017 | 100 | ORDER granting 91 Motion For Leave To Take Deposition After The Deadline To Complete Claim Construction Discovery. Signed by Magistrate Judge Roy S. Payne on 10/29/2017. (nkl, ) (Entered: 10/30/2017) |
| 10/31/2017 | 101 | NOTICE of Attorney Appearance - Pro Hac Vice by Soyoung Jung on behalf of GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. Filing fee $ 100, receipt number 0540-6534087. (Jung, Soyoung) (Entered: 10/31/2017) |
| 11/03/2017 | 102 | ORDER APPOINTING TECHNICAL ADVISOR. Signed by Magistrate Judge Roy S. Payne on 11/03/2017. (nkl, ) (Entered: 11/03/2017) |
| 11/06/2017 | 103 | SUR-REPLY to Reply to Response to Motion re 80 MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Soobert, Allan) (Entered: 11/06/2017) |

| | | |
|---|---|---|
| 11/13/2017 | 104 | RESPONSE in Opposition re 97 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Guy M. Rodgers, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Bunt, Robert) (Entered: 11/13/2017) |
| 11/14/2017 | 105 | NOTICE by KAIST IP US LLC re 7 Corporate Disclosure Statement *[NOTICE OF NAME CHANGE AND SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT]* (Bunt, Robert) (Entered: 11/14/2017) |
| 11/15/2017 | | NOTICE of Hearing on Motion 80 MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention*, 83 MOTION to Compel *Discovery Responses from Defendants* : Motion Hearing set for 12/13/2017 01:30 PM before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 11/15/2017) |
| 11/16/2017 | 106 | CLAIM CONSTRUCTION BRIEF filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Vivek Subramanian, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P, # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S, # 21 Exhibit T, # 22 Exhibit U)(Soobert, Allan) (Entered: 11/16/2017) |
| 11/17/2017 | 107 | Additional Attachments to Main Document: 106 Claim Construction Brief,,.. (Attachments: # 1 Exhibit 1)(Smith, Melissa) (Entered: 11/17/2017) |
| 11/17/2017 | 108 | Joint MOTION for Extension of Time to File *[Motion for Extension of Time to Comply with Standing Order Regarding "Meet and Confer" Obligations to Discovery Disputes]* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 11/17/2017) |
| 11/20/2017 | 109 | NOTICE by KAIST IP US LLC re 80 MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention*, 83 MOTION to Compel *Discovery Responses from Defendants* (Bunt, Robert) (Entered: 11/20/2017) |
| 11/21/2017 | 110 | REPLY to Response to Motion re 97 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue filed by Qualcomm Inc.*. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 6)(Soobert, Allan) (Entered: 11/21/2017) |
| 11/22/2017 | 111 | ORDER granting 108 Motion for Extension of Time to File [Motion for Extension of Time to Comply with Standing Order Regarding "Meet and Confer" Obligations to Discovery Disputes]. Signed by Magistrate Judge Roy S. Payne on 11/22/2017. (nkl, ) (Entered: 11/22/2017) |
| 11/24/2017 | 112 | Opposed MOTION for Discovery *to Compel Production of Emails from Defendants* by KAIST IP US LLC. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order) (Choung, Andrew) (Entered: 11/24/2017) |
| 11/24/2017 | 113 | REPLY CLAIM CONSTRUCTION BRIEF filed by KAIST IP US LLC. (Attachments: # 1 Affidavit Declaration of G. Rodgers, # 2 Exhibit 1, # 3 Exhibit 2) (Bunt, Robert) (Entered: 11/24/2017) |

| | | |
|---|---|---|
| 11/24/2017 | 114 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: 113 Claim Construction Brief. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6)(Bunt, Robert) (Entered: 11/24/2017) |
| 11/27/2017 | | NOTICE of Hearing on Motion 112 Opposed MOTION for Discovery *to Compel Production of Emails from Defendants* : Motion Hearing set for 12/13/2017 01:30 PM before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 11/27/2017) |
| 11/29/2017 | 115 | SUR-REPLY to Reply to Response to Motion re 97 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue filed by KAIST IP US LLC*. (Choung, Andrew) (Entered: 11/29/2017) |
| 12/01/2017 | 116 | MOTION for Leave to File *Sur-Reply Claim Construction Brief* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 12/01/2017) |
| 12/01/2017 | 117 | Sur-Reply in Response to REPLY to 113 Claim Construction Brief *filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Soobert, Allan) (Entered: 12/01/2017) |
| 12/01/2017 | 118 | MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 12/01/2017) |
| 12/04/2017 | 119 | NOTICE by KAIST IP US LLC re 112 Opposed MOTION for Discovery *to Compel Production of Emails from Defendants [JOINT REPORT OF PARTIES REGARDING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF EMAILS FROM DEFENDANTS]* (Bunt, Robert) (Entered: 12/04/2017) |
| 12/04/2017 | 120 | MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Text of Proposed Order)(Soobert, Allan) (Entered: 12/04/2017) |
| 12/04/2017 | 121 | **DEFICIENT DOCUMENT**<br><br>SEALED ADDITIONAL ATTACHMENTS to Main Document: Exhibit 14 to Declaration of Jeffrey D. Comeau in Support of 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions . (Soobert, Allan) Modified on 12/5/2017 (nkl, ). (Entered: 12/04/2017) |
| 12/04/2017 | 122 | RESPONSE in Opposition re 116 MOTION for Leave to File *Sur-Reply Claim Construction Brief filed by KAIST IP US LLC*. (Attachments: # 1 Text of Proposed |

| | | |
|---|---|---|
| | | Order)(Choung, Andrew) (Entered: 12/04/2017) |
| 12/05/2017 | | NOTICE of Deficiency regarding the SEALED ADDITIONAL ATTACHMENTS to Main Document submitted document 121 does not contain a Certificate of Authorization to File Under Seal per Local Rule CV-5(a)(7)(A) and does not contain a Certificate of Service. Correction should be made by one business day. (nkl, ) (Entered: 12/05/2017) |
| 12/05/2017 | 123 | Opposed MOTION to Compel *Production of Damages Documents* by KAIST IP US LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 12/05/2017) |
| 12/05/2017 | 124 | NOTICE by KAIST IP US LLC re 83 MOTION to Compel *Discovery Responses from Defendants [JOINT REPORT OF PARTIES REGARDING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSE DKT. NO.83]* (Bunt, Robert) (Entered: 12/05/2017) |
| 12/05/2017 | 125 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions . (Attachments: # 1 Exhibit 14)(Soobert, Allan) (Entered: 12/05/2017) |
| 12/06/2017 | 126 | Opposed MOTION to Compel *Technical Documents* by KAIST IP US LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 12/06/2017) |
| 12/06/2017 | 127 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: 126 Opposed MOTION to Compel *Technical Documents*. (Attachments: # 1 Exhibit 2) (Bunt, Robert) (Entered: 12/06/2017) |
| 12/06/2017 | 128 | REDACTION to 127 Sealed Patent Additional Attachments to Main Document by KAIST IP US LLC. (Bunt, Robert) (Entered: 12/06/2017) |
| 12/06/2017 | 129 | Joint Claim Construction Chart. (Attachments: # 1 Exhibit A)(Choung, Andrew) (Entered: 12/06/2017) |
| 12/07/2017 | 130 | REPLY to Response to Motion re 116 MOTION for Leave to File *Sur-Reply Claim Construction Brief filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Soobert, Allan) (Entered: 12/07/2017) |
| 12/07/2017 | 131 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 130 Reply to Response to Motion,. (Attachments: # 1 Exhibit 1)(Soobert, Allan) (Entered: 12/07/2017) |
| 12/08/2017 | 132 | SEALED RESPONSE to Motion re 112 Opposed MOTION for Discovery *to Compel Production of Emails from Defendants* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 12/08/2017) |
| 12/11/2017 | 133 | SEALED PATENT DOCUMENT NOTICE OF CORRECTION REGARDING EXHIBIT 3 TO PLAINTIFF'S REPLY CLAIM CONSTRUCTION BRIEF 113 AND 114 . (Attachments: # 1 Exhibit 3)(Bunt, Robert) (Entered: 12/11/2017) |

| | | |
|---|---|---|
| 12/13/2017 | 134 | NOTICE by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *Notice of Filing of Hearing Presentations* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Smith, Melissa) (Entered: 12/13/2017) |
| 12/13/2017 | 136 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Markman Hearing held on 12/13/2017, Motion Hearing held on 12/13/2017 re 80 MOTION to Strike *to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention* filed by KAIST IP US LLC, 83 MOTION to Compel *Discovery Responses from Defendants* filed by KAIST IP US LLC, 112 Opposed MOTION for Discovery *to Compel Production of Emails from Defendants* filed by KAIST IP US LLC. (Court Reporter Tammy Goolsby.) (Attachments: # 1 Attorney Sign-In Sheet) (bga, ) (Entered: 12/14/2017) |
| 12/14/2017 | 135 | NOTICE by KAIST IP US LLC *OF FILING CLAIM CONSTRUCTION PRESENTATION* (Attachments: # 1 Exhibit A)(Bunt, Robert) (Entered: 12/14/2017) |
| 12/14/2017 | 137 | ORDER denying 80 Motion to Strike to Exclude Defendants' Claim Construction Expert and Strike Defendants' Indefiniteness Contention. Signed by Magistrate Judge Roy S. Payne on 12/14/2017. (nkl, ) (Entered: 12/14/2017) |
| 12/14/2017 | 138 | NOTICE by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *Regarding Claim Construction Hearing* (Soobert, Allan) (Entered: 12/14/2017) |
| 12/15/2017 | 139 | ORDER denying 83 Motion to Compel. Signed by Magistrate Judge Roy S. Payne on 12/15/2017. (ch, ) (Entered: 12/15/2017) |
| 12/15/2017 | 140 | ORDER granting 116 Motion for Leave to File Sur-Reply Claim ConstructionBrief. Signed by Magistrate Judge Roy S. Payne on 12/15/2017. (ch, ) (Entered: 12/15/2017) |
| 12/15/2017 | 141 | RESPONSE in Opposition re 118 MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee filed by KAIST IP US LLC*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 12/15/2017) |
| 12/18/2017 | 142 | NOTICE by KAIST IP US LLC re 138 Notice (Other), (Bunt, Robert) (Entered: 12/18/2017) |
| 12/18/2017 | 143 | REPORT AND RECOMMENDATIONS re 75 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue* filed by GlobalFoundries U.S. Inc., 97 SEALED MOTION *to Dismiss or, in the Alternative, Transfer Venue* filed by Qualcomm Inc... Signed by Magistrate Judge Roy S. Payne on 12/18/2017. (nkl, ) (Entered: 12/18/2017) |

| | | |
|---|---|---|
| 12/18/2017 | 144 | RESPONSE in Opposition re 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions *filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Andrew Y. Choung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7 (Redacted), # 9 Exhibit 8, # 10 Exhibit 9 (Redacted), # 11 Exhibit 10 (Redacted), # 12 Exhibit 11 (Redacted), # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14 (Redacted), # 16 Text of Proposed Order)(Choung, Andrew) (Entered: 12/18/2017) |
| 12/18/2017 | 145 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: 144 Response in Opposition to Motion to Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions. (Attachments: # 1 Exhibit 7, # 2 Exhibit 9, # 3 Exhibit 10, # 4 Exhibit 11, # 5 Exhibit 14)(Choung, Andrew) (Entered: 12/18/2017) |
| 12/19/2017 | 146 | NOTICE of Attorney Appearance by Thomas Patrick Burke on behalf of KAIST IP US LLC (Burke, Thomas) (Entered: 12/19/2017) |
| 12/19/2017 | 147 | SEALED RESPONSE to 123 Opposed MOTION to Compel *Production of Damages Documents* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 12/19/2017) |
| 12/20/2017 | 148 | SEALED RESPONSE to 126 Opposed MOTION to Compel *Technical Documents* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Exhibit 1, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 12/20/2017) |
| 12/21/2017 | 149 | ORDER denying 112 Motion to Compel Production of Emails. Signed by Magistrate Judge Roy S. Payne on 12/21/2017. (nkl, ) (Entered: 12/21/2017) |
| 12/22/2017 | | NOTICE of Hearing on Motion 118 MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee*, 123 Opposed MOTION to Compel *Production of Damages Documents*, 126 Opposed MOTION to Compel *Technical Documents* : Motion Hearing set for 1/11/2018 09:00 AM before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 12/22/2017) |
| 12/26/2017 | 150 | Emergency MOTION to Compel *Itemized Discovery Ahead of Scheduled Depositions and Expert Reports* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order) (Bunt, Robert) (Entered: 12/26/2017) |
| 12/26/2017 | 151 | SEALED REPLY to Response to Motion re 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 15, # 3 Exhibit 16, # 4 Exhibit 17, # 5 Exhibit 18, # 6 Exhibit 19, # 7 Exhibit 20, # 8 Exhibit 21, # 9 Exhibit 22)(Soobert, Allan) (Entered: 12/26/2017) |
| 12/26/2017 | 153 | ORDER - The Court, sua sponte, grants the parties leave to file a reply as to the followingmotions no later than January 5, 2018 re 126 Opposed MOTION to Compel |

| | | |
|---|---|---|
| | | *Technical Documents* filed by KAIST IP US LLC, 118 MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee* filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc., 123 Opposed MOTION to Compel *Production of Damages Documents* filed by KAIST IP US LLC. Signed by Magistrate Judge Roy S. Payne on 12/26/2017. (ch, ) (Entered: 12/28/2017) |
| 12/27/2017 | 152 | NOTICE by KAIST IP US LLC re 126 Opposed MOTION to Compel *Technical Documents*, 118 MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee*, 123 Opposed MOTION to Compel *Production of Damages Documents [JOINT REPORT OF PARTIES REGARDING MOTIONS TO COMPEL]* (Bunt, Robert) (Entered: 12/27/2017) |
| 12/28/2017 | 154 | RESPONSE in Opposition re 150 Emergency MOTION to Compel *Itemized Discovery Ahead of Scheduled Depositions and Expert Reports filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 12/28/2017) |
| 01/02/2018 | 155 | OBJECTION to 143 Report and Recommendations *on Motions to Dismiss or Alternatively Transfer for Improper Venue* by GlobalFoundries U.S. Inc., Qualcomm Inc.. (Soobert, Allan) (Entered: 01/02/2018) |
| 01/03/2018 | | NOTICE of Hearing: Jury Selection RESET for 5/14/2018 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (jml) (Entered: 01/03/2018) |
| 01/03/2018 | 156 | SUR-REPLY to Reply to Response to Motion re 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions *filed by KAIST IP US LLC*. (Choung, Andrew) (Entered: 01/03/2018) |
| 01/04/2018 | | NOTICE of Hearing on Motion 150 Emergency MOTION to Compel *Itemized Discovery Ahead of Scheduled Depositions and Expert Reports*, 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions : Motion Hearing set for 1/11/2018 09:00 AM before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 01/04/2018) |
| 01/05/2018 | 157 | NOTICE by KAIST IP US LLC re 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions , 150 Emergency MOTION to Compel *Itemized Discovery Ahead of Scheduled Depositions and Expert Reports [Joint Notice regarding Meet & Confer Obligations]* (Bunt, Robert) (Entered: 01/05/2018) |
| 01/05/2018 | 158 | SEALED REPLY to Response to Motion re 118 MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Soobert, Allan) (Entered: 01/05/2018) |
| 01/05/2018 | 159 | REPLY to Response to Motion re 126 Opposed MOTION to Compel *Technical Documents filed by KAIST IP US LLC*. (Attachments: # 1 Exhibit 4)(Rodgers, Guy) (Entered: 01/05/2018) |

| | | |
|---|---|---|
| 01/05/2018 | 160 | REPLY to Response to Motion re 123 Opposed MOTION to Compel *Production of Damages Documents filed by KAIST IP US LLC*. (Attachments: # 1 Exhibit A)(Burke, Thomas) (Entered: 01/05/2018) |
| 01/05/2018 | 161 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Markman Hearing and Motion Hearing Proceedings held on 12/13/17 before Judge Payne. Court Reporter/ Transcriber: Tammy Goolsby, Telephone number: 903/445-5355.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 1/29/2018. Redacted Transcript Deadline set for 2/8/2018. Release of Transcript Restriction set for 4/9/2018. (dlc, ) (Entered: 01/08/2018) |
| 01/08/2018 | 162 | NOTICE by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., re 149 Order on Motion for Discovery *Notice of Compliance Regarding Production of Emails* (Soobert, Allan) (Entered: 01/08/2018) |
| 01/09/2018 | 163 | REDACTION to 158 Sealed Reply to Response to Motion, *re 118 Motion to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Soobert, Allan) (Entered: 01/09/2018) |
| 01/10/2018 | 164 | NOTICE of Attorney Appearance by Harry Lee Gillam, Jr on behalf of GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., (Gillam, Harry) (Entered: 01/10/2018) |
| 01/11/2018 | 165 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 1/11/2018 re 126 Opposed MOTION to Compel *Technical Documents* filed by KAIST IP US LLC, 120 MOTION Enforce the Patent Rules or, Alternatively, Strike Plaintiffs Supplemental Infringement Contentions filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc., 150 Emergency MOTION to Compel *Itemized Discovery Ahead of Scheduled Depositions and Expert Reports* filed by KAIST IP US LLC, 118 MOTION to Compel *Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee* filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc., 123 Opposed MOTION to Compel *Production of Damages Documents* filed by KAIST IP US LLC. (Court Reporter Tammy Goolsby.) (bga, ) (Entered: 01/12/2018) |

| | | |
|---|---|---|
| 01/16/2018 | 166 | Joint MOTION to Amend/Correct 99 Order on Motion to Amend/Correct *Docket Control Order* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 01/16/2018) |
| 01/17/2018 | 167 | DOCKET CONTROL ORDER granting 166 Joint MOTION to Amend/Correct 99 Order on Motion to Amend/Correct *Docket Control Order. Pretrial Conference set for 4/18/2018 01:30 PM before Magistrate Judge Roy S. Payne., Mediation Completion due by 2/16/2018., Motions due by 4/4/2018., Proposed Pretrial Order due by 4/9/2018. Signed by Magistrate Judge Roy S. Payne on 1/17/2018. (ch, ) (Entered: 01/17/2018)* |
| 01/17/2018 | 168 | RESPONSE to 155 Objection to Report and Recommendations *filed by KAIST IP US LLC*. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 01/17/2018) |
| 01/24/2018 | 169 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion Hearing Proceedings held on 1/11/18, before Judge Payne. Court Reporter/Transcriber: Tammy Goolsby, Telephone number: 903/445-5355.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 2/19/2018. Redacted Transcript Deadline set for 3/1/2018. Release of Transcript Restriction set for 4/27/2018. (dlc, ) (Entered: 01/24/2018) |
| 01/24/2018 | 170 | ORDER REGARDING JANUARY 11, 2018, MOTIONS HEARING - granting in part and denying in part 118 Motion to Compel; granting in part and denying in part 123 Motion to Compel; granting in part and denying in part 126 Motion to Compel; finding as moot 150 Motion to Compel. Signed by Magistrate Judge Roy S. Payne on 1/24/2018. (nkl, ) (Entered: 01/24/2018) |
| 01/31/2018 | 171 | Opposed MOTION to Compel *Damages-Related Discovery* by KAIST IP US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 01/31/2018) |
| 01/31/2018 | 172 | Opposed MOTION to Compel *Technical Discovery* by KAIST IP US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 01/31/2018) |
| 01/31/2018 | 173 | SEALED MOTION *Interrogatory Responses from Plaintiff* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 01/31/2018) |

| | | |
|---|---|---|
| 01/31/2018 | 174 | Second SEALED MOTION *to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 01/31/2018) |
| 01/31/2018 | 175 | Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions* by KAIST IP US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 01/31/2018) |
| 02/01/2018 | 176 | **DEFICIENT DOCUMENT**<br><br>SEALED PATENT DOCUMENT - CORRECTED MOTION 174 Second SEALED MOTION to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition. (Smith, Melissa) Modified on 2/1/2018 (nkl, ). (Entered: 02/01/2018) |
| 02/01/2018 | | NOTICE of Deficiency regarding the SEALED PATENT DOCUMENT - CORRECTED MOTION submitted document 176 was filed using the wrong docket event. Correction should be made by one business day. (nkl, ) (Entered: 02/01/2018) |
| 02/01/2018 | 177 | Amended SEALED MOTION *DEFENDANTS AMENDED 174 SECOND MOTION TO COMPEL Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Affidavit Soobert Declaration, # 2 Text of Proposed Order)(Smith, Melissa) (Entered: 02/01/2018) |
| 02/02/2018 | 178 | REDACTION to 175 Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions* by KAIST IP US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 02/02/2018) |
| 02/02/2018 | 179 | CLAIM CONSTRUCTION MEMORANDUM OPINION AND ORDER -. Signed by Magistrate Judge Roy S. Payne on 2/2/18. (ch, ) (Entered: 02/02/2018) |
| 02/02/2018 | 180 | REDACTION to 173 SEALED MOTION *Interrogatory Responses from Plaintiff* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 02/02/2018) |
| 02/02/2018 | 181 | REDACTION to 177 Amended SEALED MOTION *DEFENDANTS AMENDED 174 SECOND MOTION TO COMPEL Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 02/02/2018) |
| 02/05/2018 | | NOTICE of Hearing on Motion 175 Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions*, 171 Opposed MOTION to Compel *Damages-Related* |

| | | |
|---|---|---|
| | | *Discovery*, 174 Second SEALED MOTION *to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition*, 173 SEALED MOTION *Interrogatory Responses from Plaintiff*, 172 Opposed MOTION to Compel *Technical Discovery* : Motion Hearing set for 2/26/2018 01:30 PM before Magistrate Judge Roy S. Payne. (bga, ) (Entered: 02/05/2018) |
| 02/07/2018 | 182 | REPORT of Mediation by David Folsom. Mediation result: suspended (Samsung) (Folsom, David) (Entered: 02/07/2018) |
| 02/09/2018 | 183 | ORDER to Pay Technical Advisor. Signed by Magistrate Judge Roy S. Payne on 2/9/2018. (nkl, ) (Entered: 02/09/2018) |
| 02/15/2018 | 184 | Joint MOTION to Amend/Correct 167 Order,, Terminate Motions,, Scheduling Order, by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 02/15/2018) |
| 02/15/2018 | 185 | RESPONSE in Opposition re 177 Amended SEALED MOTION *DEFENDANTS AMENDED 174 SECOND MOTION TO COMPEL Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Lee Declaration, # 2 Affidavit Kang Declaration, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 02/15/2018) |
| 02/15/2018 | 186 | RESPONSE in Opposition re 173 SEALED MOTION *Interrogatory Responses from Plaintiff filed by KAIST IP US LLC*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 02/15/2018) |
| 02/15/2018 | 187 | SEALED RESPONSE to Motion re 171 Opposed MOTION to Compel *Damages-Related Discovery* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 02/15/2018) |
| 02/15/2018 | 188 | SEALED RESPONSE to Motion re 172 Opposed MOTION to Compel *Technical Discovery* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 02/15/2018) |
| 02/15/2018 | 189 | SEALED RESPONSE to Motion re 175 Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Youngkyoo Jang, # 2 Declaration of Allan M. Soobert, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 02/15/2018) |

| | | |
|---|---|---|
| 02/16/2018 | 190 | **FILED IN ERROR**<br><br>RESPONSE to 179 Memorandum & Opinion *on Claim Construction* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Soobert, Allan) Modified on 2/20/2018 (nkl, ). (Entered: 02/16/2018) |
| 02/16/2018 | 191 | **DEFICIENT DOCUMENT**<br><br>SEALED MOTION *for Leave to Amend Infringement Disclosures* by KAIST IP US LLC. (Attachments: # 1 Affidavit of Andrew Y. Choung, # 2 Exhibit 1 to Choung Decl., # 3 Exhibit 2 to Choung Decl.)(Burke, Thomas) Modified on 2/20/2018 (nkl, ). (Entered: 02/16/2018) |
| 02/20/2018 | 192 | Opposed SEALED MOTION *for Leave to Amend Infringement Disclosures (REPLACES DKT. NO. 191)* by KAIST IP US LLC. (Attachments: # 1 Affidavit of Andrew Y. Choung, # 2 Exhibit 1 to Choung Decl., # 3 Exhibit 2 to Choung Decl., # 4 Text of Proposed Order)(Bunt, Robert) (Entered: 02/20/2018) |
| 02/20/2018 | | *****FILED IN ERROR - Your pleading is a two-part document/motion and was filed using the wrong docket event. Document # 190, RESPONSE. PLEASE IGNORE.*****<br><br>(nkl, ) (Entered: 02/20/2018) |
| 02/20/2018 | | NOTICE of Deficiency regarding the SEALED MOTION for Leave to Amend Infringement Disclosures submitted document 191 does not contain a Certificate of Conference. Correction should be made by one business day. (nkl, ) (Entered: 02/20/2018) |
| 02/20/2018 | 193 | OBJECTION TO CLAIM CONSTRUCTION filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Soobert, Allan) (Entered: 02/20/2018) |
| 02/20/2018 | 194 | REDACTION to 192 Opposed SEALED MOTION *for Leave to Amend Infringement Disclosures (REPLACES DKT. NO. 191)* by KAIST IP US LLC. (Attachments: # 1 Affidavit Andrew Y. Choung, # 2 Exhibit 1 to Choung Decl., # 3 Exhibit 2 to Choung Decl., # 4 Text of Proposed Order)(Bunt, Robert) (Entered: 02/20/2018) |
| 02/20/2018 | 195 | REDACTION to 187 Sealed Response to Motion, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 02/20/2018) |
| 02/20/2018 | 196 | REDACTION to 188 Sealed Response to Motion, *to Compel Technical Discovery* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 02/20/2018) |

| | | |
|---|---|---|
| 02/20/2018 | 197 | REDACTION to 189 Sealed Response to Motion, *to Compel Discovery and Depositions* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Youngkyoo Jang, # 2 Declaration of Allan M. Soobert, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 02/20/2018) |
| 02/23/2018 | 198 | NOTICE by KAIST IP US LLC re 175 Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions*, 172 Opposed MOTION to Compel *Technical Discovery*, 177 Amended SEALED MOTION *DEFENDANTS AMENDED 174 SECOND MOTION TO COMPEL Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition*, 173 SEALED MOTION *Interrogatory Responses from Plaintiff*, 171 Opposed MOTION to Compel *Damages-Related Discovery [JOINT REPORT OF PARTIES REGARDING MOTIONS TO COMPEL]* (Bunt, Robert) (Entered: 02/23/2018) |
| 02/23/2018 | 199 | Emergency MOTION for Leave to File *Reply in Support of Defendants' Motion to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 02/23/2018) |
| 02/23/2018 | 200 | REPLY to Response to Motion re 177 Amended SEALED MOTION *DEFENDANTS AMENDED 174 SECOND MOTION TO COMPEL Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,*. (Attachments: # 1 Declaration of Yooseok Kim, # 2 Exhibit A to Kim Declaration, # 3 Exhibit B to Kim Declaration, # 4 Exhibit C to Kim Declaration, # 5 Declaration of Han Kyu Lee, # 6 Exhibit A to Lee Declaration, # 7 Declaration of Hyeon Gil Ryoo, # 8 Exhibit A to Ryoo Declaration, # 9 Exhibit B to Ryoo Declaration)(Soobert, Allan) (Entered: 02/23/2018) |
| 02/25/2018 | 201 | Additional Attachments to Main Document: 200 Reply to Response to Motion,,,,. (Attachments: # 1 Exhibit English translation of Exhibit A to the Ryoo Declaration (Dkt. 200-8), # 2 Exhibit English translation of Exhibit B to the Ryoo Declaration (Dkt. 200-9), # 3 Exhibit English translation of Exhibit A to the Kim Declaration (Dkt. 200-2))(Smith, Melissa) (Entered: 02/25/2018) |
| 02/26/2018 | 205 | Minute Entry for proceedings held before Magistrate Judge Roy S. Payne: Motion Hearing held on 2/26/2018 re 174 Second SEALED MOTION *to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition* filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc., 175 Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions* filed by KAIST IP US LLC, 172 Opposed MOTION to Compel *Technical Discovery* filed by KAIST IP US LLC, 173 SEALED MOTION *Interrogatory Responses from Plaintiff* filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, |

| | | |
|---|---|---|
| | | Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc., 171 Opposed MOTION to Compel *Damages-Related Discovery* filed by KAIST IP US LLC. (Court Reporter Tammy Goolsby.) (bga, ) (Entered: 02/27/2018) |
| 02/27/2018 | 202 | DOCKET CONTROL ORDER re 184 Joint MOTION to Amend/Correct 167 Order,, Terminate Motions,, Scheduling Order, filed by KAIST IP US LLC., Mediation Completion due by 4/13/2018., Motions in Limine due by 4/6/2018. Signed by Magistrate Judge Roy S. Payne on 2/27/2018. (nkl, ) (Entered: 02/27/2018) |
| 02/27/2018 | 203 | ORDER granting 199 Motion for Leave to File Reply in Support of Defendants' Motion to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition. Signed by Magistrate Judge Roy S. Payne on 2/27/2018. (nkl, ) (Entered: 02/27/2018) |
| 02/27/2018 | 204 | Sealed Document [Plaintiff's Notice of Filing Presentation Materials from Motion to Compel Hearing]. Attachments: # 1 Exhibit A - presentation materials from hearing 02-26-2018)(Bunt, Robert) (Entered: 02/27/2018) |
| 02/28/2018 | 206 | ORDER REGARDING FEBRUARY 26, 2018 MOTIONS HEARING - granting in part and denying in part 172 Opposed MOTION to Compel *Technical Discovery* filed by KAIST IP US LLC, denied 175 Opposed SEALED PATENT MOTION *to Compel Discovery and Depositions* filed by KAIST IP US LLC, granting in part and denying in part 173 SEALED MOTION *Interrogatory Responses from Plaintiff* filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc., granting in part and denying in part 171 Opposed MOTION to Compel *Damages-Related Discovery* filed by KAIST IP US LLC, denied 177 Amended SEALED MOTION *DEFENDANTS AMENDED 174 SECOND MOTION TO COMPEL Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee, and to Continue His Deposition* filed by GlobalFoundries U.S. Inc., Qualcomm Inc., Samsung Semiconductor, Inc.,, Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, GlobalFoundries, Inc... Signed by Magistrate Judge Roy S. Payne on 2/28/2018. (nkl, ) (Entered: 02/28/2018) |
| 02/28/2018 | 207 | PAPER TRANSCRIPT REQUEST by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., for proceedings held on 2/26/2018 Motions Hearing before Judge Payne. (Smith, Melissa) (Entered: 02/28/2018) |
| 03/01/2018 | 208 | PAPER TRANSCRIPT REQUEST by KAIST IP US LLC for proceedings held on 02/26/2018 before Judge Payne. (Bunt, Robert) (Entered: 03/01/2018) |
| 03/01/2018 | 209 | REDACTION to 204 Sealed Document *[Plaintiff's Notice of Filing Presentation Materials from Motion to Compel Hearing]* by KAIST IP US LLC. (Attachments: # 1 Exhibit A)(Bunt, Robert) (Entered: 03/01/2018) |
| 03/05/2018 | 210 | SEALED RESPONSE to Motion re 192 Opposed SEALED MOTION *for Leave to Amend Infringement Disclosures (REPLACES DKT. NO. 191)* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., |

| | | |
|---|---|---|
| | | LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order) (Soobert, Allan) (Entered: 03/05/2018) |
| 03/05/2018 | 211 | Additional Attachments to Main Document: 210 Sealed Response to Motion,.. (Attachments: # 1 Exhibit 1 (1 of 6), # 2 Exhibit 1 (2 of 6), # 3 Exhibit 1 (3 of 6), # 4 Exhibit 1 (4 of 6), # 5 Exhibit 1 (5 of 6), # 6 Exhibit 1 (6 of 6))(Soobert, Allan) (Entered: 03/05/2018) |
| 03/07/2018 | 212 | PAPER TRANSCRIPT REQUEST by KAIST IP US LLC for proceedings held on 01/11/2018 before Judge Payne. (Bunt, Robert) (Entered: 03/07/2018) |
| 03/07/2018 | 213 | RESPONSE to 193 Objection to Claim Construction, *filed by KAIST IP US LLC*. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 03/07/2018) |
| 03/08/2018 | 214 | REDACTION to 210 Sealed Response to Motion, *for Leave to Amend Infringement Disclosures* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 03/08/2018) |
| 03/12/2018 | 215 | Opposed SEALED PATENT MOTION *for Leave to Supplement Expert Reports of David B. Witt and Roy Weinstein* by KAIST IP US LLC. (Attachments: # 1 Exhibit A - supp of David B. Witt, # 2 Exhibit B - supp of Roy Weinstein, # 3 Text of Proposed Order)(Bunt, Robert) (Entered: 03/12/2018) |
| 03/13/2018 | 216 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Motion hearing Proceedings held on 2/26/18 before Judge Payne. Court Reporter/Transcriber: Tammy Goolsby, Telephone number: 903/445-5355.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) business days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.txed.uscourts.gov**<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.. Redaction Request due 4/6/2018. Redacted Transcript Deadline set for 4/16/2018. Release of Transcript Restriction set for 6/14/2018. (dlc, ) (Entered: 03/13/2018) |
| 03/13/2018 | 217 | REPLY to Response to Motion re 192 Opposed SEALED MOTION *for Leave to Amend Infringement Disclosures (REPLACES DKT. NO. 191) filed by KAIST IP US LLC*. (Attachments: # 1 Affidavit Declaration of Andrew Y. Choung, # 2 Exhibit 3) (Bunt, Robert) (Entered: 03/13/2018) |
| 03/13/2018 | 218 | NOTICE of Attorney Appearance - Pro Hac Vice by Sheng-Wen Desmond Jui on behalf of KAIST IP US LLC. Filing fee $ 100, receipt number 0540-6697539. (Jui, Sheng-Wen) (Entered: 03/13/2018) |
| 03/16/2018 | 219 | Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Rebuttal Expert Report of Vivek Subramanian, Ph.D.* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of S. Desmond Jui, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Bunt, Robert) (Entered: 03/16/2018) |

| | | |
|---|---|---|
| 03/16/2018 | 220 | Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Opening Expert Report of Vivek Subramanian Ph.D. Contrary to the Court's Claim Construction and Orders* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of S. Desmond Jui, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Bunt, Robert) (Entered: 03/16/2018) |
| 03/16/2018 | 221 | Opposed SEALED PATENT MOTION *for Summary Judgment Against Defendants Based on Standing and Inventorship* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of Guy M. Rodgers, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Text of Proposed Order)(Bunt, Robert) (Entered: 03/16/2018) |
| 03/16/2018 | 222 | SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Expert Yon-Taek Chong* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Soobert, Allan) (Entered: 03/16/2018) |
| 03/16/2018 | 223 | SEALED MOTION *for Summary Judgment of No Infringement* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc.. (Attachments: # 1 Declaration of Bill Barrett, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 03/16/2018) |
| 03/16/2018 | 224 | Opposed SEALED PATENT MOTION *to Strike Expert Report of Stephen Becker* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of Desmond Jui, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Text of Proposed Order)(Bunt, Robert) (Entered: 03/16/2018) |
| 03/16/2018 | 225 | SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Damages Expert Roy Weinstein* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Text of Proposed Order)(Kennerly, Christopher) (Entered: 03/16/2018) |
| 03/16/2018 | 226 | SEALED MOTION *for Summary Judgment of No Damages Prior to the Filing Date of the Complaint for Failure to Mark* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Text of Proposed Order)(Soobert, |

| | | |
|---|---|---|
| | | Allan) (Entered: 03/16/2018) |
| 03/16/2018 | 227 | Opposed SEALED PATENT MOTION *to Strike and Exclude the Expert Report of Jeong Kye Choe* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl of S. Desmond Jui, # 2 Exhibit A, # 3 Exhibit B, # 4 Text of Proposed Order)(Bunt, Robert) (Entered: 03/16/2018) |
| 03/16/2018 | 228 | SEALED MOTION *for Summary Judgment of Infringement* by KAIST IP US LLC. (Attachments: # 1 Affidavit Declaration of Guy M. Rodgers, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Text of Proposed Order)(Choung, Andrew) (Entered: 03/16/2018) |
| 03/16/2018 | 229 | SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeong Kyu Choe, # 2 Exhibit A, # 3 Declaration of Allan Soobert, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, Part 1, # 14 Exhibit 10, Part 2, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Exhibit 26) (Soobert, Allan) (Additional attachment(s) added on 3/19/2018: # 31 Text of Proposed Order) (nkl, ). (Entered: 03/16/2018) |
| 03/16/2018 | 230 | SEALED MOTION *Motion to Exclude Opinion and Testimony of Plaintiffs Expert Kelin Kuhn* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Text of Proposed Order)(Kennerly, Christopher) (Entered: 03/16/2018) |
| 03/16/2018 | 231 | SEALED MOTION *to Exclude Opinions and Testimony of Plaintiff's Expert David Witt* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order) (Soobert, Allan) (Entered: 03/16/2018) |
| 03/16/2018 | 232 | **DEFICIENT DOCUMENT**<br><br>SEALED ADDITIONAL ATTACHMENTS to Main Document: 231 SEALED MOTION *to Exclude Opinions and Testimony of Plaintiff's Expert David Witt*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4a, # 5 Exhibit 4b, # 6 Exhibit 5)(Soobert, Allan) Modified on 3/19/2018 (nkl, ). (Entered: 03/17/2018) |
| 03/17/2018 | 233 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing*. (Attachments: # 1 Declaration of Kyongman Kim, # 2 Declaration of Yooseok Kim, # |

| | | |
|---|---|---|
| | | 3 Declaration of Youngjoon Lee)(Soobert, Allan) (Entered: 03/17/2018) |
| 03/17/2018 | 234 | **FILED IN ERROR**<br><br>Additional Attachments to Main Document: 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing*.. (Soobert, Allan) Modified on 3/19/2018 (nkl, ). (Entered: 03/17/2018) |
| 03/19/2018 | | NOTICE of Deficiency regarding the SEALED ADDITIONAL ATTACHMENTS to Main Document submitted document 232 does not contain a Certificate of Authorization to File Under Seal per Local Rule CV-5(a)(7)(A) and does not contain a Certificate of Service. Correction should be made by one business day. (nkl, ) (Entered: 03/19/2018) |
| 03/19/2018 | | *****FILED IN ERROR - a proposed order should not be filed on the docket as a separate entry. Document # 234, Additional Attachments to Main Document. PLEASE IGNORE.*****<br><br>(nkl, ) (Entered: 03/19/2018) |
| 03/19/2018 | 235 | SEALED ADDITIONAL ATTACHMENTS to Main Document: 231 SEALED MOTION *to Exclude Opinions and Testimony of Plaintiff's Expert David Witt*. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4a, # 5 Exhibit 4b, # 6 Exhibit 5)(Soobert, Allan) (Entered: 03/19/2018) |
| 03/19/2018 | 236 | NOTICE of Attorney Appearance - Pro Hac Vice by Charlotte J. Wen on behalf of KAIST IP US LLC. Filing fee $ 100, receipt number 0540-6705095. (Wen, Charlotte) (Entered: 03/19/2018) |
| 03/20/2018 | | NOTICE of Hearing: Jury Selection RESET for 5/7/2018 09:00 AM in Ctrm 106 (Marshall) before District Judge Rodney Gilstrap. (jml) (Entered: 03/20/2018) |
| 03/20/2018 | 237 | REDACTION to 219 Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Rebuttal Expert Report of Vivek Subramanian, Ph.D.* by KAIST IP US LLC. (Attachments: # 1 Affidavit Declaration of S. Desmond Jui [Public], # 2 Exhibit A [Redacted], # 3 Exhibit B [Redacted], # 4 Exhibit C [Redacted], # 5 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 03/20/2018) |
| 03/20/2018 | 238 | REDACTION to 221 Opposed SEALED PATENT MOTION *for Summary Judgment Against Defendants Based on Standing and Inventorship* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of Guy M. Rodgers [Redacted], # 2 Exhibit 1 [Public], # 3 Exhibit 2 [Public], # 4 Exhibit 3 [Redacted], # 5 Exhibit 4 [Redacted], # 6 Exhibit 5 [Public], # 7 Exhibit 6 [Redacted], # 8 Exhibit 7 [Public], # 9 Exhibit 8 [Redacted], # 10 Exhibit 9 [Public], # 11 Exhibit 10 [Public], # 12 Exhibit 11 [Redacted], # 13 Exhibit 12 [Redacted], # 14 Exhibit 13 [Redacted], # 15 Exhibit 14 [Public], # 16 Exhibit 15 [Redacted], # 17 Exhibit 16 [Redacted], # 18 Exhibit 17 [Public], # 19 Exhibit 18 [Redacted], # 20 Exhibit 19 [Redacted], # 21 Exhibit 20 [Public], # 22 Exhibit 21 [Public], # 23 Exhibit 22 [Public], # 24 Exhibit 23 [Public], # 25 Exhibit 24 [Public], # 26 Exhibit 25 [Public], # 27 Exhibit 26 [Public], # 28 Exhibit 27 [Public], # 29 Exhibit 28 [Public], # 30 Exhibit 29 [Redacted], # 31 Exhibit 30 [Public], # 32 Exhibit 31 [Redacted], # 33 Exhibit 32 [Public], # 34 Exhibit 33 [Public], # 35 Exhibit 34 -[Public], # 36 Exhibit 35 [Redacted], # 37 Exhibit 36 [Redacted], # 38 Exhibit 37 [Public], # 39 Exhibit 38 [Public], # 40 Exhibit 39 |

| | | |
|---|---|---|
| | | [Public], # 41 Exhibit 40 [Redacted], # 42 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 03/20/2018) |
| 03/20/2018 | 239 | REDACTION to 224 Opposed SEALED PATENT MOTION *to Strike Expert Report of Stephen Becker* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of S. Desmond Jui [Public], # 2 Exhibit 1 [Redacted], # 3 Exhibit 2 [Redacted], # 4 Exhibit 3 [Redacted], # 5 Exhibit 4 [Redacted], # 6 Exhibit 5 [Public], # 7 Exhibit 6 [Redacted], # 8 Exhibit 7 [Redacted], # 9 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 03/20/2018) |
| 03/20/2018 | 240 | REDACTION to 227 Opposed SEALED PATENT MOTION *to Strike and Exclude the Expert Report of Jeong Kye Choe* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of S. Desmond Jui [Public], # 2 Exhibit A [Public], # 3 Exhibit B [Redacted], # 4 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 03/20/2018) |
| 03/20/2018 | 241 | REDACTION to 228 SEALED MOTION *for Summary Judgment of Infringement* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of Guy M. Rodgers [Public], # 2 Exhibit 1 [Public], # 3 Exhibit 2 [Redacted], # 4 Exhibit 3 [Redacted], # 5 Exhibit 4 [Redacted], # 6 Exhibit 5 [Redacted], # 7 Exhibit 6 [Redacted], # 8 Exhibit 7 [Redacted], # 9 Exhibit 8 [Redacted], # 10 Exhibit 9 [Redacted], # 11 Exhibit 10 [Redacted], # 12 Exhibit 11 [Redacted], # 13 Exhibit 12 [Redacted], # 14 Exhibit 13 [Redacted], # 15 Exhibit 14 [Public], # 16 Exhibit 15 [Public], # 17 Exhibit 16 [Redacted], # 18 Exhibit 17 [Redacted], # 19 Text of Proposed Order [Public]) (Choung, Andrew) (Entered: 03/20/2018) |
| 03/20/2018 | 242 | **FILED IN ERROR**<br><br>SEALED SUR-REPLY re 192 Opposed SEALED MOTION *for Leave to Amend Infringement Disclosures (REPLACES DKT. NO. 191)* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Soobert, Allan) Modified on 3/21/2018 (nkl, ). (Entered: 03/20/2018) |
| 03/20/2018 | 243 | REDACTION to 231 SEALED MOTION *to Exclude Opinions and Testimony of Plaintiff's Expert David Witt* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 03/20/2018) |
| 03/20/2018 | 244 | REDACTION to 235 Sealed Additional Attachments to Main Document, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4a, # 5 Exhibit 4b, # 6 Exhibit 5)(Soobert, Allan) (Entered: 03/20/2018) |
| 03/21/2018 | 245 | REDACTION to 223 SEALED MOTION *for Summary Judgment of No Infringement* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Bill Barrett, # 2 Text of Proposed Order)(Soobert, Allan) (Entered: 03/21/2018) |

| | | |
|---|---|---|
| 03/21/2018 | 246 | REDACTION to 225 SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Damages Expert Roy Weinstein* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeffrey D. Comeau, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Text of Proposed Order) (Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | 247 | REDACTION to 226 SEALED MOTION *for Summary Judgment of No Damages Prior to the Filing Date of the Complaint for Failure to Mark* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Soyoung Jung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Text of Proposed Order)(Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | 248 | REDACTION by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeong Kyu Choe, # 2 Exhibit A, # 3 Declaration of Allan Soobert, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, Part 1, # 14 Exhibit 10, Part 2, # 15 Exhibit 11, # 16 Exhibit 12, # 17 Exhibit 13, # 18 Exhibit 14, # 19 Exhibit 15, # 20 Exhibit 16, # 21 Exhibit 17, # 22 Exhibit 18, # 23 Exhibit 19, # 24 Exhibit 20, # 25 Exhibit 21, # 26 Exhibit 22, # 27 Exhibit 23, # 28 Exhibit 24, # 29 Exhibit 25, # 30 Exhibit 26, # 31 Text of Proposed Order)(Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | 249 | REDACTION to 233 Sealed Additional Attachments to Main Document, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Kyongman Kim, # 2 Declaration of Yooseok Kim, # 3 Declaration of Youngjoon Lee)(Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | 250 | REDACTION to 222 SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Expert Yon-Taek Chong* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | 251 | REDACTION to 230 SEALED MOTION *Motion to Exclude Opinion and Testimony of Plaintiffs Expert Kelin Kuhn* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit |

| | | |
|---|---|---|
| | | 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Text of Proposed Order)(Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | | *****FILED IN ERROR - was filed using the wrong docket event. Document # 242, SEALED SUR-REPLY. PLEASE IGNORE.***** (nkl, ) (Entered: 03/21/2018) |
| 03/21/2018 | 252 | NOTICE by KAIST IP US LLC *of Request for Daily Transcripts and Real-Time Reporting* (Bunt, Robert) (Entered: 03/21/2018) |
| 03/21/2018 | 253 | SEALED PATENT SUR-REPLY to Reply to Response to PATENT Motion re 192 Opposed SEALED MOTION *for Leave to Amend Infringement Disclosures (REPLACES DKT. NO. 191) filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,.* (Soobert, Allan) (Entered: 03/21/2018) |
| 03/21/2018 | 254 | NOTICE by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *REQUEST FOR DAILY TRANSCRIPTS AND REALTIME REPORTING OF COURT PROCEEDINGS* (Smith, Melissa) (Entered: 03/21/2018) |
| 03/26/2018 | 255 | NOTICE by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc., *Regarding Pretrial Disclosures* (Smith, Melissa) (Entered: 03/26/2018) |
| 03/26/2018 | 256 | NOTICE by KAIST IP US LLC *REGARDING PRETRIAL DISCLOSURES* (Bunt, Robert) (Entered: 03/26/2018) |
| 03/27/2018 | 257 | REDACTION to 220 Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Opening Expert Report of Vivek Subramanian Ph.D. Contrary to the Court's Claim Construction and Orders* by KAIST IP US LLC. (Attachments: # 1 Affidavit Desmond Jui [Public], # 2 Exhibit A [Public], # 3 Exhibit B [Public], # 4 Exhibit C [Public], # 5 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 03/27/2018) |
| 03/27/2018 | 258 | SEALED RESPONSE to Motion re 215 Opposed SEALED PATENT MOTION *for Leave to Supplement Expert Reports of David B. Witt and Roy Weinstein* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Text of Proposed Order)(Soobert, Allan) (Entered: 03/27/2018) |
| 03/28/2018 | 259 | REDACTION to 258 Sealed Response to Motion,, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 03/28/2018) |

| | | |
|---|---|---|
| 03/29/2018 | 260 | SEALED MOTION *re Defendants' Violation of Protective Order and Improper Inducements,* by KAIST IP US LLC. (Attachments: # 1 Affidavit Declaration of Andrew Choung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17)(Choung, Andrew) (Additional attachment(s) added on 3/29/2018: # 19 Text of Proposed Order) (nkl, ). (Entered: 03/29/2018) |
| 03/30/2018 | 261 | SEALED MOTION *to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Declaration of Yooseok Kim, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 03/30/2018) |
| 03/30/2018 | 262 | MOTION to Expedite *Briefing on Renewed Motion to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) (Entered: 03/30/2018) |
| 04/02/2018 | 263 | RESPONSE in Opposition re 262 MOTION to Expedite *Briefing on Renewed Motion to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee and to Continue His Deposition filed by KAIST IP US LLC*. (Attachments: # 1 Text of Proposed Order)(Bunt, Robert) (Entered: 04/02/2018) |
| 04/02/2018 | | NOTICE TO COUNSEL AND PARTIES RE JURY QUESTIONNAIRES: The Court permits the parties to submit proposed Juror Questionnaires to the Court to be sent to potential jurors with the Jury Summons. If the parties wish to have a Juror Questionnaire sent to potential jurors, the parties must meet and confer and submit a JOINT Proposed Juror Questionnaire to Ashbey Morgan, Ashbey_Morgan@txed.uscourts.gov by 10:00 a.m. April 13, 2018. The Questionnaire should not exceed two single-sided pages in length. (jml) (Entered: 04/02/2018) |
| 04/02/2018 | 264 | SEALED RESPONSE to Motion re 222 SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Expert Yon-Taek Chong* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit decl. of A. Choung, # 2 Exhibit A, # 3 Text of Proposed Order)(Choung, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 265 | SEALED RESPONSE to Motion re 230 SEALED MOTION *Motion to Exclude Opinion and Testimony of Plaintiffs Expert Kelin Kuhn* filed by KAIST IP US LLC. Attachments: # 1 Affidavit Decl. Hwang, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order)(Choung, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 266 | SEALED RESPONSE to Motion re 225 SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Damages Expert Roy Weinstein* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Choung, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 |

| | | |
|---|---|---|
| | | Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Text of Proposed Order)(Choung, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 267 | SEALED RESPONSE to Motion re 231 SEALED MOTION *to Exclude Opinions and Testimony of Plaintiff's Expert David Witt* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Choung, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Text of Proposed Order)(Choung, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 268 | SEALED RESPONSE to Motion re 227 Opposed SEALED PATENT MOTION *to Strike and Exclude the Expert Report of Jeong Kye Choe* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order) (Soobert, Allan) (Entered: 04/02/2018) |
| 04/02/2018 | 269 | Unopposed MOTION for Extension of Time to File Response/Reply as to 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Choung, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 270 | REDACTION to 260 SEALED MOTION *re Defendants' Violation of Protective Order and Improper Inducements,* by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Choung [Redacted], # 2 Exhibit 1 [Redacted], # 3 Exhibit 2 [Redacted], # 4 Exhibit 3 [Redacted], # 5 Exhibit 4 [Redacted], # 6 Exhibit 5 [Redacted], # 7 Exhibit 6 [Redacted], # 8 Exhibit 7 [Redacted], # 9 Exhibit 8 [Public], # 10 Exhibit 9 [Redacted], # 11 Exhibit 10 [Redacted], # 12 Exhibit 11 [Redacted], # 13 Exhibit 12 [Redacted], # 14 Exhibit 13 [Redacted], # 15 Exhibit 14 [Redacted], # 16 Exhibit 15 [Redacted], # 17 Exhibit 16 [Redacted], # 18 Exhibit 17 [Redacted], # 19 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 04/02/2018) |
| 04/02/2018 | 271 | SEALED RESPONSE to Motion re 224 Opposed SEALED PATENT MOTION *to Strike Expert Report of Stephen Becker* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Affidavit Declaration of Christopher W. Kennerly, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Text of Proposed Order Denying Motion to Strike the Expert Report of S. Becker)(Kennerly, Christopher) (Entered: 04/02/2018) |
| 04/02/2018 | 272 | SEALED RESPONSE to Motion re 220 Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Opening Expert Report of Vivek Subramanian Ph.D. Contrary to the Court's Claim Construction and Orders* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Affidavit Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order Denying Motion to Strike Opening Expert Report of V. Subramanian regarding Claim |

| | | |
|---|---|---|
| | | Construction)(Soobert, Allan) (Entered: 04/02/2018) |
| 04/02/2018 | 273 | SEALED RESPONSE to Motion re 219 Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Rebuttal Expert Report of Vivek Subramanian, Ph.D.* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Text of Proposed Order)(Soobert, Allan) (Entered: 04/02/2018) |
| 04/03/2018 | 274 | Unopposed MOTION for Extension of Time to File Response/Reply as to 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Choung, Andrew) (Entered: 04/03/2018) |
| 04/03/2018 | 275 | SEALED REPLY to Response to Motion re 215 Opposed SEALED PATENT MOTION *for Leave to Supplement Expert Reports of David B. Witt and Roy Weinstein* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit decl. Burke, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Burke, Thomas) (Entered: 04/03/2018) |
| 04/04/2018 | 276 | REDACTION to 261 SEALED MOTION *to Compel Plaintiff to Produce Documents of the Sole Named Inventor, Professor Jong-Ho Lee and to Continue His Deposition* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Declaration of Yooseok Kim, # 3 Text of Proposed Order)(Soobert, Allan) (Entered: 04/04/2018) |
| 04/04/2018 | 277 | ORDER granting 269 Motion for Extension of Time to File Response/Reply re 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing* Responses due by 4/4/2018. Signed by Magistrate Judge Roy S. Payne on 4/3/2018. (nkl, ) (Entered: 04/04/2018) |
| 04/04/2018 | 278 | REDACTION to 264 Sealed Response to Motion, by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl Choung [Public], # 2 Exhibit A [Public], # 3 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 04/04/2018) |
| 04/04/2018 | 279 | REDACTION to 265 Sealed Response to Motion, by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Hwang [Public], # 2 Exhibit 1 [Redacted], # 3 Exhibit 2 [Redacted], # 4 Exhibit 3 [Redacted], # 5 Exhibit 4 [Redacted], # 6 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 04/04/2018) |
| 04/04/2018 | 280 | REDACTION to 266 Sealed Response to Motion,,, by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Choung [Public], # 2 Exhibit 1 [Redacted], # 3 Exhibit 2 [Redacted], # 4 Exhibit 3 [Redacted], # 5 Exhibit 4 [Redacted], # 6 Exhibit 5 [Redacted], # 7 Exhibit 6 [Redacted], # 8 Exhibit 7 [Redacted], # 9 Exhibit 8 [Redacted], # 10 Exhibit 9 [Redacted], # 11 Exhibit 10 [Public], # 12 Exhibit 11 [Redacted], # 13 Exhibit 12 [Redacted], # 14 Exhibit 13 [Redacted], # 15 Exhibit 14 [Redacted], # 16 Exhibit 15 [Redacted], # 17 Exhibit 16 [Redacted], # 18 Exhibit 17 [Redacted], # 19 Exhibit 18 [Redacted], # 20 Exhibit 19 [Redacted], # 21 Exhibit 20 [Redacted], # 22 Exhibit 21 [Redacted], # 23 Exhibit 22 [Redacted], # 24 Exhibit 23 [Redacted], # 25 Exhibit 24 [Redacted], # 26 Exhibit 25 [Redacted], # 27 Exhibit 26 [Redacted], # 28 Exhibit 27 [Redacted], # 29 Exhibit 28 [Public], # 30 Exhibit 29 |

| | | |
|---|---|---|
| | | [Public], # 31 Exhibit 30 [Redacted], # 32 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 04/04/2018) |
| 04/04/2018 | 281 | REDACTION to 267 Sealed Response to Motion, by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Choung [Public], # 2 Exhibit A [Redacted], # 3 Exhibit B [Redacted], # 4 Exhibit C [Redacted], # 5 Exhibit D [Redacted], # 6 Exhibit E [Public], # 7 Exhibit F [Public], # 8 Exhibit G [Redacted], # 9 Exhibit H [Redacted], # 10 Exhibit I [Redacted], # 11 Exhibit J [Redacted], # 12 Exhibit K [Redacted], # 13 Exhibit L [Redacted], # 14 Text of Proposed Order [Public])(Choung, Andrew) (Entered: 04/04/2018) |
| 04/04/2018 | 282 | REDACTION to 268 Sealed Response to Motion, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order) (Soobert, Allan) (Entered: 04/04/2018) |
| 04/04/2018 | 283 | REDACTION to 271 Sealed Response to Motion,,, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Christopher Kennerly, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Text of Proposed Order)(Soobert, Allan) (Entered: 04/04/2018) |
| 04/04/2018 | 284 | REDACTION to 272 Sealed Response to Motion,, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Soobert, Allan) (Entered: 04/04/2018) |
| 04/04/2018 | 285 | REDACTION to 273 Sealed Response to Motion,, by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Text of Proposed Order)(Soobert, Allan) (Entered: 04/04/2018) |
| 04/05/2018 | 286 | REDACTION to 275 Sealed Reply to Response to Motion, by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. Burke, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Burke, Thomas) (Entered: 04/05/2018) |
| 04/05/2018 | 287 | MOTION to Stay by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of John Choong Wook Ro, # 2 Exhibit A, # 3 Text of Proposed Order) (Soobert, Allan) (Entered: 04/05/2018) |
| 04/05/2018 | 288 | MOTION to Expedite *Briefing on Defendants' Motion to Stay* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Soobert, Allan) |

| | | |
|---|---|---|
| | | (Entered: 04/05/2018) |
| 04/06/2018 | 289 | ORDER granting 274 Motion for Extension of Time to File Response/Reply re 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing* Responses due by 4/9/2018. Signed by Magistrate Judge Roy S. Payne on 4/6/2018. (nkl, ) (Entered: 04/06/2018) |
| 04/06/2018 | 290 | RESPONSE in Opposition re 288 MOTION to Expedite *Briefing on Defendants' Motion to Stay filed by KAIST IP US LLC*. (Attachments: # 1 Text of Proposed Order)(Choung, Andrew) (Entered: 04/06/2018) |
| 04/06/2018 | 291 | Opposed MOTION in Limine *[Opposed in part]* by KAIST IP US LLC. (Attachments: # 1 Text of Proposed Order)(Burke, Thomas) (Entered: 04/06/2018) |
| 04/06/2018 | 292 | SEALED MOTION *in Limine* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Comeau Decl, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Text of Proposed Order)(Comeau, Jeffrey) (Entered: 04/06/2018) |
| 04/09/2018 | 293 | Joint MOTION to Amend/Correct *Docket Control Order* by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Text of Proposed Order)(Smith, Melissa) (Entered: 04/09/2018) |
| 04/09/2018 | 294 | SEALED RESPONSE to Motion re 223 SEALED MOTION *for Summary Judgment of No Infringement* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit Guy M. Rodgers, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Text of Proposed Order)(Choung, Andrew) (Entered: 04/09/2018) |
| 04/09/2018 | 295 | SEALED RESPONSE to Motion re 226 SEALED MOTION *for Summary Judgment of No Damages Prior to the Filing Date of the Complaint for Failure to Mark* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit S. Desmond Jui, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Affidavit Karen Jeong, # 35 Exhibit A to Jeong Decl., # 36 Exhibit B to Jeong Decl., # 37 Text of Proposed Order)(Choung, Andrew) (Entered: 04/09/2018) |
| 04/09/2018 | 296 | SEALED RESPONSE to Motion re 292 SEALED MOTION *in Limine* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit of Thomas P. Burke Jr., # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4)(Burke, Thomas) (Entered: 04/09/2018) |
| 04/09/2018 | 297 | SEALED RESPONSE to Motion re 229 SEALED MOTION *to Dismiss Pursuant to Fed. R. Civ. P. 12(c) for Lack of Standing* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit S. Desmond Jui, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9a, # 11 Exhibit 9b, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Affidavit |

| | | |
|---|---|---|
| | | Chong, # 17 Exhibit 1 to Chong, # 18 Exhibit 2 to Chong, # 19 Exhibit 3 to Chong, # 20 Exhibit 4 to Chong, # 21 Exhibit 4a to Chong, # 22 Exhibit 5 to Chong, # 23 Exhibit 5a to Chong, # 24 Exhibit 6 to Chong, # 25 Exhibit 7 to Chong, # 26 Exhibit 8 to Chong, # 27 Exhibit 8a to Chong, # 28 Exhibit 9 to Chong, # 29 Exhibit 10 to Chong, # 30 Exhibit 10a to Chong, # 31 Exhibit 11 to Chong, # 32 Exhibit 12a to Chong, # 33 Exhibit 12b to Chong, # 34 Exhibit 13a to Chong, # 35 Exhibit 13b to Chong, # 36 Exhibit 14 to Chong, # 37 Exhibit 15 to Chong, # 38 Exhibit 16a to Chong, # 39 Exhibit 16b to Chong, # 40 Appendix A, # 41 Appendix B, # 42 Text of Proposed Order)(Choung, Andrew) (Entered: 04/09/2018) |
| 04/09/2018 | 298 | SEALED RESPONSE to Motion re 291 Opposed MOTION in Limine *[Opposed in part]* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Jeffrey Comeau, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order)(Comeau, Jeffrey) (Entered: 04/09/2018) |
| 04/09/2018 | 299 | SEALED RESPONSE to Motion re 221 Opposed SEALED PATENT MOTION *for Summary Judgment Against Defendants Based on Standing and Inventorship* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Affidavit Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Exhibit 2a, # 4 Exhibit 2b, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Proposed Order)(Soobert, Allan) (Entered: 04/09/2018) |
| 04/09/2018 | 300 | SEALED RESPONSE to Motion re 228 SEALED MOTION *for Summary Judgment of Infringement* filed by Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Declaration of Allan M. Soobert, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Text of Proposed Order)(Kennerly, Christopher) (Entered: 04/09/2018) |
| 04/10/2018 | 301 | SEALED REPLY to Response to Motion re 224 Opposed SEALED PATENT MOTION *to Strike Expert Report of Stephen Becker* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of S. Desmond Jui, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 11, # 6 Exhibit 12, # 7 Exhibit 13)(Choung, Andrew) (Entered: 04/10/2018) |
| 04/10/2018 | 302 | SEALED REPLY to Response to Motion re 220 Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Opening Expert Report of Vivek Subramanian Ph.D. Contrary to the Court's Claim Construction and Orders* filed by KAIST IP US LLC. (Choung, Andrew) (Entered: 04/10/2018) |
| 04/10/2018 | 303 | SEALED REPLY to Response to Motion re 219 Opposed SEALED PATENT MOTION *to Strike and Exclude Portions of the Rebuttal Expert Report of Vivek Subramanian, Ph.D.* filed by KAIST IP US LLC. (Choung, Andrew) (Entered: 04/10/2018) |

| | | |
|---|---|---|
| 04/10/2018 | 304 | SEALED REPLY to Response to Motion re 227 Opposed SEALED PATENT MOTION *to Strike and Exclude the Expert Report of Jeong Kye Choe* filed by KAIST IP US LLC. (Attachments: # 1 Affidavit Decl. of S. Desmond Jui [Public], # 2 Exhibit C)(Choung, Andrew) (Entered: 04/10/2018) |
| 04/10/2018 | 305 | SEALED REPLY to Response to Motion re 222 SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Expert Yon-Taek Chong* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Supplemental Declaration of Allan Soobert, # 2 Exhibit 3, # 3 Exhibit 4)(Soobert, Allan) (Entered: 04/10/2018) |
| 04/10/2018 | 306 | SEALED REPLY to Response to Motion re 225 SEALED MOTION *to Exclude Opinion and Testimony of Plaintiff's Damages Expert Roy Weinstein* filed by GlobalFoundries U.S. Inc., GlobalFoundries, Inc., Qualcomm Inc., Samsung Austin Semiconductor, LLC, Samsung Electronics America, Inc, Samsung Electronics Co., LTD.,, Samsung Semiconductor, Inc.,. (Attachments: # 1 Supplemental Declaration of Jeffrey Comeau, # 2 Exhibit 11, # |