# Exhibit 5

**Subject:** Cobblestone Wireless LLC., v. Apple, Inc., Case No. 7:24-cv-00232 - Document Production
**Date:** Monday, January 27, 2025 at 4:53:41 PM Central Standard Time
**From:** Cynthia Cervini
**To:** Opp.cobblestone_apple@raklaw.com
**CC:** rak_cobblestone@raklaw.com

Counsel,

At the link below, please find Plaintiff's document production bearing the bates-range COBB_APPLE_000001 - COBB_APPLE_000702:

https://rak-dm01.raklaw.com/docmoto/share/Ax0MFcNMOQhv

The link will be valid until midnight on Monday, February 10, 2025.

A password will follow under separate cover.

Kind regards,

**Cynthia Cervini**
General and Patent Litigation Paralegal
Russ, August & Kabat, LLP
12424 Wilshire Boulevard, 12th Floor | Los Angeles, California 90025
Main +1 310 826 7474 | ccervini@raklaw.com | www.raklaw.com
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information
that is legally privileged, confidential or exempt from disclosure, and is intended only for the
named addressee(s). If you are not the intended recipient, please note that any dissemination,
distribution, or copying of this communication is prohibited.