# Exhibit 6

UNITED STATES
PATENT AND TRADEMARK OFFICE

# Assignment abstract of title for Application 13522422

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| USER-FOCUSING TECHNIQUE FOR WIRELESS COMMUNICATION SYSTEMS<br>Xuefeng Yin | 8891347<br>Nov 18, 2014 | 20130107733<br>May 02, 2013 | 13522422<br>Jul 16, 2012 | | |

## Assignments (5 of 5 total)

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 062102/0649 | Oct 14, 2022 | Dec 15, 2022 | 10 | 5 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
EMPIRE TECHNOLOGY DEVELOPMENT, LLC

**Correspondent**
JOHN TUTUNJIAN
401 BROADHOLLOW ROAD
SUITE 402
MELVILLE, NY 11747

**Assignee**
COBBLESTONE WIRELESS, LLC
101 E. PARK BLVD
SUITE 600
PLANO, TEXAS 75074

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 061265/0146 | Sep 28, 2022 | Sep 30, 2022 | 10 | 4 |

**Conveyance**
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

**Assignors**
CRESTLINE DIRECT FINANCE, L.P.

**Correspondent**
TAMARA TUCKER
ALSTON & BIRD LLP
101 SOUTH TRYON STREET, SUITE
4000
CHARLOTTE, NC 28280-4000

**Assignee**
EMPIRE TECHNOLOGY DEVELOPMENT LLC
C/O ALLIED INVENTORS, LLC
16625 REDMOND WAY, SUITE M, PMB 219
REDMOND, WASHINGTON 98052

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 048373/0217 | Dec 28, 2018 | Jan 29, 2019 | 2816 | 209 |

**Conveyance**
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**

**Correspondent**

EMPIRE TECHNOLOGY DEVELOPMENT LLC

MICHELE GLESSNER
ALSTON & BIRD LLP
101 SOUTH TRYON STREET, SUITE 4000
CHARLOTTE, NC 28280-4000

**Assignee**
CRESTLINE DIRECT FINANCE, L.P.
201 MAIN STREET, SUITE 1900
FORT WORTH, TEXAS 76102

## Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 028558/0025 | Feb 15, 2011 | Jul 16, 2012 | 1 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
YIN, XUEFENG

**Correspondent**
R. BURNS ISRAELSEN
1441 W. UTE BLVD., SUITE 100
PARK CITY, UT 84098-7633

**Assignee**
SHANGHAI SAGE INFORMATION TECHNOLOGY CO. LTD.
TONG JI XIN CUN NO. 77
ZHANG WU ROAD, YANG PU DISTRICT
SHANGHAI 200092
CHINA

## Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 028558/0126 | Feb 15, 2011 | Jul 16, 2012 | 1 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
SHANGHAI SAGE INFORMATION TECHNOLOGY CO. LTD.

**Correspondent**
R. BURNS ISRAELSEN
1441 W. UTE BLVD., SUITE 100
PARK CITY, UT 84098-7633

**Assignee**
EMPIRE TECHNOLOGY DEVELOPMENT LLC
2711 CENTERVILLE ROAD
SUITE 400
WILMINGTON, DELAWARE 19808