# Exhibit 14

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Patent of: | Xuefeng Yin | |
| U.S. Patent No.: | 8,891,347 | Attorney Docket No. 50095-0250IP1 |
| Issue Date: | November 18, 2014 | |
| Appl. Serial No.: | 13/522,422 | |
| Filing Date: | July 16, 2012 | |
| Title: | USER-FOCUSING TECHNIQUE FOR WIRELESS COMMUNICATION SYSTEMS | |

**Mail Stop Patent Board**
Patent Trial and Appeal Board
U.S. Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450

## PETITION FOR *INTER PARTES* REVIEW OF UNITED STATES PATENT NO. 8,891,347 PURSUANT TO 35 U.S.C. §§ 311–319, 37 C.F.R. § 42

**TABLE OF CONTENTS**

**I.** REQUIREMENTS FOR IPR UNDER 37 C.F.R. § 42.104 ..... 1
  A. Grounds for Standing Under 37 C.F.R. § 42.104(a) ..... 1
  B. Challenge Under 37 C.F.R. § 42.104(b) and Relief Requested ..... 1
**II.** SUMMARY OF THE '347 PATENT ..... 2
  A. Brief Description ..... 2
  B. Prosecution History ..... 4
**III.** LEVEL OF ORDINARY SKILL ..... 5
**IV.** CLAIM CONSTRUCTION ..... 5
**V.** DETAILED EXPLANATION OF GROUNDS ..... 5
  A. GROUND 1–Hardacker – Claims 1, 6, 8, and 14-15, 19 ..... 5
    1. Hardacker (APPLE-1004) ..... 5
    2. Application to Challenged Claims - 19 ..... 10
    3. Claims 1, 6, 8, 14-15 ..... 22
  B. GROUND 2–Hardacker–Medbo – Claims 2-4, 6, 9-12, 16, and 20-23 ..... 35
    1. Hardacker (APPLE-1004) ..... 35
    2. Medbo (APPLE-1005) ..... 35
    3. Combination of Hardacker-Medbo ..... 37
    4. Application to Challenged Claims – 20-23 ..... 42
    5. Claims 2-4, 6, 9-12, 16 ..... 47
  C. GROUND 3–Wallace – Claims 1-2, 8, 12, 15-17, 19-20, 23 ..... 49
    1. Wallace (APPLE-1006) ..... 49
    2. Application to Challenged Claims – 19-20, 23 ..... 50
    3. Claims 1-2, 8, 12, 15-17 ..... 68
  D. GROUND 4–Wallace-Medbo – Claims 2-4, 16, and 20-22 ..... 78
    1. Wallace (APPLE-1006) ..... 78
    2. Medbo (APPLE-1005) ..... 78
    3. Combination of Wallace and Medbo ..... 78
    4. Application to Challenged Claims -20-22 ..... 82
    5. Claims 2-4, and 16 ..... 85
**VI.** DISCRETIONARY DENIAL IS NOT WARRANTED ..... 86
**VII.** CONCLUSION ..... 86
**VIII.** MANDATORY NOTICES UNDER 37 C.F.R § 42.8(a)(1) ..... 87
  A. Real Party-In-Interest Under 37 C.F.R. § 42.8(b)(1) ..... 87
  B. Related Matters Under 37 C.F.R. § 42.8(b)(2) ..... 87

C. Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3) .................. 88
D. Service Information .................................................................. 88

### C. Lead And Back-Up Counsel Under 37 C.F.R. § 42.8(b)(3)

Petitioner provides the following designation of counsel.

| Lead Counsel | Backup Counsel |
|---|---|
| W. Karl Renner, Reg. No. 41,265<br>Fish & Richardson P.C.<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>Email: IPR50095-0250IP1@fr.com | Hyun Jin In, Reg. No. 70,014<br>Jonathan C. Driesslein, Reg. No. 82,202<br>Fish & Richardson P.C.<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: 202-783-5070<br>Fax: 877-769-7945<br>Email: IPR50095-0250IP1@fr.com |

### D. Service Information

Please address all correspondence and service to the address listed above.

Petitioner consents to electronic service by email at IPR50095-0250IP1@fr.com.

Respectfully submitted,

Dated: August 29, 2025

/W. Karl Renner/
W. Karl Renner, Reg. No. 41,265
Hyun Jin In, Reg. No. 70,014
Jonathan C. Driesslein, Reg. No. 82,202
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
T: 202-783-5070
F: 877-769-7945

(Control No. IPR2025-01496)

*Attorneys for Petitioner*

**CERTIFICATION UNDER 37 CFR § 42.24**

Under the provisions of 37 CFR § 42.24(d), the undersigned hereby certifies that the word count for the foregoing Petition for *Inter Partes* Review totals 13,983 words, which is less than the 14,000 allowed under 37 CFR § 42.24.

Dated: August 29, 2025

/W. Karl Renner/

W. Karl Renner, Reg. No. 41,265
Hyun Jin In, Reg. No. 70,014
Jonathan C. Driesslein, Reg. No. 82,202
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
T: 202-783-5070
F: 877-769-7945

(Control No. IPR2025-01496)

*Attorneys for Petitioner*

**CERTIFICATE OF SERVICE**

Pursuant to 37 CFR §§ 42.6(e)(4)(i) *et seq.* and 42.105(b), the undersigned certifies that on August 29, 2025, a complete and entire copy of this Petition for *Inter Partes* Review, Power of Attorney and all supporting exhibits were provided via Federal Express, to the Patent Owner by serving the correspondence address of record as follows:

Maschoff Brennan/Allied Inventors
111 East Broadway, Suite 725
Salt Lake City, UT 84111
UNITED STATES
(801) 297-1850

/Crena Pacheco/
Crena Pacheco
Fish & Richardson P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
pacheco@fr.com