# Exhibit 15

**From:** **Angeline Alcoriza** aalcoriza@raklaw.com
**Subject:** Cobblestone Wireless v. Apple (Case 7:24-cv-232) - Document Production
**Date:** December 8, 2025 at 4:00 PM
**To:** CT-Apple-Cobblestone@sheppardmullin.com, APPLE-CobblestoneWireless-ROPES-SERVICE@ropesgray.com, rearle@scottdoug.com, sburbank@scottdoug.com, swingard@scottdoug.com
**Cc:** Cobblestone RAK rak_cobblestone@raklaw.com

---

Counsel,

Please use the link below to download Plaintiff's document production bearing bates numbers COBB_APPLE_000703 - COBB_APPLE_021159, some of which have been designated HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY.

https://raklaw.box.com/s/ec26ppdh8cv6bl9ii4tfjhz8xfqorwc6

The password to access will follow.

Best,
Angeline Alcoriza
Patent Litigation Paralegal
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor l Los Angeles, CA 90025
M: (310) 826-7474 l aalcoriza@raklaw.com

EVERLAW CERTIFIED
Storybuilder

-----------------------------------

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.