# Exhibit 21

**Subject:** RE: Cobblestone Wireless, LLC v. Apple, Inc.; 7-24-cv-232 -- Trial Date Conflicts
**Date:** Wednesday, May 27, 2026 at 9:42:21 AM Central Daylight Time
**From:** Danielle Harlan
**To:** Peter Tong, rearle@scottdoug.com, Rak Cobblestone, CT-Apple-Cobblestone@sheppard.com, RBC@fr.com, denning@fr.com, sburbank@scottdoug.com, swingard@scottdoug.com
**Attachments:** image002.png, image003.png

All,

I was just forwarded this e-mail this morning. Please feel free to confer, but the Court is not inclined to move the trial date.

Dani

**Danielle Harlan**
*Law Clerk to the Honorable David Counts*
United States District Judge
U.S. District Court for the Western District of Texas
Midland/Odessa and Pecos Divisions
Office: **432-685-0364**

---

**From:** Peter Tong <ptong@raklaw.com>
**Sent:** Friday, May 22, 2026 10:58 AM
**To:** rearle@scottdoug.com; Cristina Lerma <Cristina_Lerma@txwd.uscourts.gov>
**Cc:** Rak Cobblestone <rak_cobblestone@raklaw.com>; CT-Apple-Cobblestone <CT-Apple-Cobblestone@sheppard.com>; Ruffin Cordell <rbc@fr.com>; Roger Denning <denning@fr.com>; sburbank@scottdoug.com; swingard@scottdoug.com
**Subject:** Re: Cobblestone Wireless, LLC v. Apple, Inc.; 7-24-cv-232 -- Trial Date Conflicts

**CAUTION - EXTERNAL:**

Ms. Lerma,

I write on behalf of Cobblestone.

Cobblestone opposes further adjustments of the schedule. Apple previously expressed no issue with August 3 until after this case was reassigned to Judge Counts. Cobblestone previously identified an August 3 conflict that is now resolved.

Cobblestone asked Apple to discuss specific conflict-free dates to propose to the Court, but Apple has not done so. Cobblestone proposes that the parties further meet and confer before involving the Court, and no Court intervention is needed yet. If Court intervention is needed, Cobblestone proposes that Apple file a motion to reschedule the trial date after proper meet and confer.

**Peter Tong**
**Russ, August & Kabat**

8080 N. Central Expy., Suite 1503 I Dallas, Texas 75206
Main +1 310 826 7474 I ptong@raklaw.com I www.raklaw.com

---

**From:** Robby Earle <rearle@scottdoug.com>
**Date:** Thursday, May 21, 2026 at 4:04 PM
**To:** Cristina_Lerma@txwd.uscourts.gov <Cristina_Lerma@txwd.uscourts.gov>
**Cc:** Rak Cobblestone <rak_cobblestone@raklaw.com>, CT-Apple-Cobblestone <CT-Apple-Cobblestone@sheppard.com>, Ruffin Cordell <rbc@fr.com>, Roger Denning <denning@fr.com>, sburbank@scottdoug.com <sburbank@scottdoug.com>, swingard@scottdoug.com <swingard@scottdoug.com>
**Subject:** Cobblestone Wireless, LLC v. Apple, Inc.; 7-24-cv-232 -- Trial Date Conflicts

Ms. Lerma,

I write on behalf of Defendant Apple, Inc. regarding the upcoming trial in the above-captioned case, which was recently reassigned from Judge Albright to Judge Counts. Prior to reassignment, the parties had notified Judge Albright of conflicts with the August 3, 2026 trial date and their intention to file a joint motion requesting a new trial date. The parties were still engaged in these discussions when the case was reassigned earlier this month.

Yesterday Plaintiff Cobblestone indicated that its conflicts have since been resolved, and all of its experts can now attend trial on August 3. Unfortunately, Apple's conflicts remain. Defendant's primary technical expert witness will be in DC that week to testify in another trial and would not be able to attend trial as currently set. And one of Apple's fact witnesses is also unavailable to testify due to conflicting work obligations. Accordingly, in keeping with the parties' representation in the April 14, 2026 Amended Scheduling Order (Dkt. 63), Apple intends to proceed with the request for a new trial date. But recognizing that the Court is very busy, Apple wants to ensure that any proposals align with the Court's own schedule. We therefore respectfully seek guidance regarding the Court's ability to hold a trial later this fall.

As always, please let us know if there is any additional information we can provide to assist the Court at this time. If the Court would prefer to take this matter up via formal briefing or through a status conference, Apple would of course be happy to proceed accordingly.

Many thanks,
Robby

ROBBY EARLE
PARTNER
rearle@scottdoug.com

50 Years Est. 1976 | SCOTT DOUGLASS McCONNICO
303 Colorado Street, Suite 2400
Austin, TX 78701
p: 512.495.6300
f: 512.495.6399
www.scottdoug.com

---

IMPORTANT - SCOTT DOUGLASS & McCONNICO DISCLAIMER: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at (512) 495-6300 and/or email and delete the original message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.