# Exhibit 22

**Subject:** RE: Cobblestone Wireless, LLC v. Apple, No. 7-24-cv-232 -- Confirmation re PTC
**Date:** Tuesday, June 30, 2026 at 9:25:48 AM Central Daylight Time
**From:** Robby Earle
**To:** Peter Tong, Rak Cobblestone
**CC:** CT-Apple-Cobblestone, swingard@scottdoug.com, sburbank@scottdoug.com, RBC@fr.com, denning@fr.com
**Attachments:** image001.png

Peter,

Thanks again for the call yesterday. As discussed, please find a draft joint email to the Court below. Please let me know if you have any edits or questions. Otherwise, this version is good to go from Apple's perspective.

Best,
Robby

---

Ms. Harlan,

On behalf of the parties in the above-captioned case, we write to respectfully inquire whether the Court wishes to hear argument on any of the pending motions at the Final Pretrial Conference set for July 10, 2026.

For ease of reference, the following motions are currently pending before the Court:

• Plaintiff's Motion to Exclude Opinions of Dr. Bims and Related Opinions of Ms. Rowe (Dkt. 81);
• Plaintiff's Motion for Partial Summary Judgment on Defendant Apple Inc.'s Affirmative Defenses 10 and 11 (Dkt. 83);
• Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. 85);
• Defendant's Motion to Strike Previously Undisclosed Infringement Opinions of Dr. Tim A. Williams (Dkt. 87);
• Defendant's Daubert Motion to Exclude Opinions of Stephen E. Dell (Dkt. 89);
• Plaintiff's Corrected Motion to Exclude Opinions of Julia R. Rowe (Dkt. 93);
• Defendant's Motions *in Limine* (Dkt. 130);
• Plaintiff's Motions *in Limine* (Dkt. 131); and
• Defendant's Motion for Further Claim Construction Pursuant to *O2 Micro* (Dkt. 132).

Each of the above motions is ripe for resolution with the exception of Defendant's Motion for Further Claim Construction Pursuant to *O2 Micro* (Dkt. 132), which will be fully briefed as of June 30, 2026. The parties are prepared to argue any or all of these motions at the conference and will of course defer to the Court's preference regarding which motions, if any, it wishes to take up. For the Court's awareness, Defendant also plans to file a 12(b)(1) motion challenging Plaintiff's standing, though that motion will not be fully briefed in time for the July 10 PTC.

The parties have additionally raised disputes in their proposed Pretrial Order (Dkt. 141) relating to trial exchange procedures, jury instructions, the jury verdict form, and exhibit, deposition, and discovery

designations.

We very much appreciate the Court's time and attention. As always, please let us know if you have any questions or if there is additional assistance the parties can provide.

Respectfully,

Counsel for Plaintiff Cobblestone Wireless, LLC
Counsel for Defendant Apple Inc.

ROBBY EARLE
PARTNER
rearle@scottdoug.com

---

**From:** Peter Tong <ptong@raklaw.com>
**Sent:** Monday, June 29, 2026 10:02 AM
**To:** Robby Earle <rearle@scottdoug.com>; Rak Cobblestone <rak_cobblestone@raklaw.com>
**Cc:** CT-Apple-Cobblestone <ct-apple-cobblestone@sheppard.com>; Steve Wingard <swingard@scottdoug.com>; Stephen Burbank <sburbank@scottdoug.com>; RBC@fr.com; denning@fr.com
**Subject:** Re: Cobblestone Wireless, LLC v. Apple, No. 7-24-cv-232 -- Confirmation re PTC

**EXTERNAL**

Hi Robby,

We're open to writing to the Court about the expectations for the PTC, but it is unnecessary to write to the Court again about the PTC and trial dates.
Can you give me a call to discuss? I'm open this morning.

**Peter Tong**
**Russ, August & Kabat**
8080 N. Central Expy., Suite 1503 I Dallas, Texas 75206
Main +1 310 826 7474 I ptong@raklaw.com I www.raklaw.com

---

**From:** Robby Earle <rearle@scottdoug.com>
**Date:** Sunday, June 28, 2026 at 10:36 PM
**To:** Rak Cobblestone <rak_cobblestone@raklaw.com>
**Cc:** CT-Apple-Cobblestone <ct-apple-cobblestone@sheppard.com>, swingard@scottdoug.com <swingard@scottdoug.com>, sburbank@scottdoug.com <sburbank@scottdoug.com>, RBC@fr.com <RBC@fr.com>, denning@fr.com <denning@fr.com>
**Subject:** Cobblestone Wireless, LLC v. Apple, No. 7-24-cv-232 -- Confirmation re PTC

Counsel,

The parties were due to contact the Court's clerk to confirm pretrial conference and trial dates, but we are not aware of Cobblestone doing so. Additionally, recognizing that Judge Albright and Judge Counts may have different pretrial procedures, we think it would be helpful to get clarification from the Court regarding its expectations for the upcoming PTC. We want to ensure everyone is prepared to address any pending motions or other issues that the Court may want to take up. As part of the email confirming PTC and trial dates, would Cobblestone be open to requesting guidance ahead of the July 10 hearing?

We would be happy to circulate a draft if helpful.

Best,
Robby

ROBBY EARLE
PARTNER
rearle@scottdoug.com

50 Years Est. 1976 SCOTT DOUGLASS McCONNICO
303 Colorado Street, Suite 2400
Austin, TX 78701
p: 512.495.6300
f: 512.495.6399
www.scottdoug.com

---

IMPORTANT - SCOTT DOUGLASS & McCONNICO DISCLAIMER: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at (512) 495-6300 and/or email and delete the original message. Thank you.