# Exhibit 23

## FILED UNDER SEAL