# Exhibit 24

FILED UNDER SEAL

**Subject:** Re: 7:24-cv-00232-DC: Apple's Filing Under Seal - Motion to Dismiss 12(b)(1)
**Date:** Friday, July 24, 2026 at 5:52:13 PM Central Daylight Time
**From:** Minna Jay
**To:** Adriana Ortiz, RBC@fr.com, denning@fr.com, James Pickens, Rak Cobblestone, CT-Apple-Cobblestone@sheppard.com, rbrunner@sheppard.com
**CC:** rearle@scottdoug.com, Adriana Ortiz, swingard@scottdoug.com, sburbank@scottdoug.com, Sammie Frazier, blebow@sheppard.com
**Attachments:** image244890.png

Counsel,

Cobblestone requests that Apple withdraw it's 12(b)(1) Motion filed last evening and pervasive improper edits to the preliminary and final jury instructions referencing standing and ownership issues, given that they are entirely grounded on the false premise that any remaining standing issues exist in light of the Court's Order on our Summary Judgement Motion. Dkt. 166 at 1-2 ("However, the Court does **not find that Apple has raised a material issue of fact as to Article III.** Apple's remaining theories — whether Cobblestone possesses all substantial rights and whether Huawei or ETRI retained licensing rights—are non-jurisdictional and forfeited or waived.").

Cobblestone reserve the right to seek all appropriate sanctions if Apple refuses.

Regards,

**Minna Jay**
**Russ, August & Kabat**
12424 Wilshire Boulevard, 12th Floor I Los Angeles, CA 90025
Main +1 (310) 826-7474 I Direct +1 (310) 979-8254
mjay@raklaw.com
----------------------------------
This communication, including any enclosures, may contain privileged or confidential information and is intended only for the named addressee(s). If you are not an intended recipient, (1) you are not authorized to keep, copy, print, distribute, rely on or otherwise use it in any manner, (2) please notify the sender by replying and noting the inadvertent disclosure and (3) please take all steps to delete this e-mail from your system, including deletion from any "sent" folder or caches. This e-mail does not create, waive or modify any right, privilege, obligation or liability, and is not an electronic signature.

---

**From:** Adriana Ortiz <aortiz@scottdoug.com>
**Date:** Thursday, July 23, 2026 at 6:56 PM
**To:** RBC@fr.com <RBC@fr.com>, denning@fr.com <denning@fr.com>, James Pickens <jpickens@raklaw.com>, Rak Cobblestone <rak_cobblestone@raklaw.com>, CT-Apple-Cobblestone@sheppard.com <CT-Apple-Cobblestone@sheppard.com>, rbrunner@sheppard.com <rbrunner@sheppard.com>

**Cc:** rearle@scottdoug.com <rearle@scottdoug.com>, Adriana Ortiz <aortiz@scottdoug.com>, swingard@scottdoug.com <swingard@scottdoug.com>, sburbank@scottdoug.com <sburbank@scottdoug.com>, Sammie Frazier <sfrazier@scottdoug.com>, blebow@sheppard.com <blebow@sheppard.com>
**Subject:** 7:24-cv-00232-DC: Apple's Filing Under Seal - Motion to Dismiss 12(b)(1)

Some people who received this message don't often get email from aortiz@scottdoug.com. Learn why this is important

Good evening,

Please access Defendant's filing under seal.

1. Motion for Leave to File Under Seal
2. Motion to Dismiss Pursuant to 12(b)(1)
3. Lebow Declaration
4. Exhibits 1-13
5. Proposed Orders

Download Attached Files

Reply to this Secure Message

**Secure Message Info**

| | |
|---|---|
| Message ID | Uz9VSQlsPt1lByJFYe821M |
| Message Expires | Thursday, 6 August |
| Message URL | https://fileshare.scottdoug.com/message/Uz9VSQlsPt1lByJFYe821M |
| Permission | Specified recipients and users from the recipients domains can access the files attached to this message if you forward this email. |

**Files attached to this message**

| Filename | Size |
| --- | --- |
| Ex. 06.pdf | 3.22 MB |
| Ex. 07.pdf | 2.27 MB |
| Ex. 08.pdf | 2.56 MB |
| Ex. 09.pdf | 2.54 MB |
| Ex. 10.pdf | 1.81 MB |
| Ex. 11.pdf | 233 KB |
| Ex. 12.pdf | 255 KB |
| Ex. 13.pdf | 243 KB |
| Motion for Leave to File Under Seal (12b1).pdf | 138 KB |
| Proposed Order - Motion for Leave.pdf | 128 KB |
| Motion to Dismiss Pursuant to 12(b)(1).pdf | 321 KB |
| Proposed Order - 12(b)(1).pdf | 103 KB |
| B. Lebow Declaration 12(b)(1).pdf | 135 KB |
| Ex. 01.pdf | 8.92 MB |
| Ex. 02.pdf | 59.1 KB |
| Ex. 03.pdf | 590 KB |
| Ex. 04.pdf | 378 KB |
| Ex. 05.pdf | 12 MB |

Download Attached Files

Reply to this Secure Message

If you need assistance accessing or using this Secure Message System, please contact

support at helpdesk@scottdoug.com.

Kind regards,

ADRIANA ORTIZ
LEGAL ASSISTANT
aortiz@scottdoug.com

50 Years Est. 1976 SCOTT DOUGLASS McCONNICO

303 Colorado Street, Suite 2400
Austin, TX 78701
p: 512.495.6300
f: 512.495.6399
www.scottdoug.com

---

IMPORTANT - SCOTT DOUGLASS & McCONNICO DISCLAIMER: This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at (512) 495-6300 and/or email and delete the original message. Thank you.