# Exhibit 25

FILED UNDER SEAL