**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>*Plaintiff,*<br>v.<br>APPLE INC.,<br>*Defendant.* | Case No. 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF COBBLESTONE WIRELESS, LLC.'S NOTICE OF FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1**

Pursuant to Federal Rule of Civil Procedure 44.1, Plaintiff Cobblestone Wireless, LLC. provides notice that it intends to raise arguments about Chinese laws in Cobblestone's forthcoming opposition to Apple's Motion to Dismiss Pursuant to Rule 12(b)(1) (Dkt. 175). The Court authorized Cobblestone to file this Notice. Dkt. 176 at 2 ("On or before August 21, 2026, Cobblestone shall file its Rule 44.1 submission and accompanying expert declaration."); *see also* Dkt. 186 (Cobblestone's notice of forthcoming experts).

With this Rule 44.1 Notice, Cobblestone is filing:

- The Declaration of Eunice Wu regarding Chinese Law affecting the ownership of the '347 Patent, along with Wu Exhibits 1–12. Cobblestone is moving to file under seal the Wu Declaration and Wu Exhibits 5–7 for containing the confidential information of third-party Empire.
- The Declaration of Yuan Ma regarding Chinese Export Controls, along with Ma Exhibits 1–12B. Cobblestone is moving to file under seal the Ma Declaration and Ma Exhibits 2–5 for containing the confidential information of third-party Empire.

Accordingly, Wu Exhibits 1–4 and 8–12 and Ma Exhibits 1, 6A–12B are being filed with this Notice. The Wu Declaration with Wu Exhibits 5–7 and the Ma Declaration with Ma Exhibits 2–5 are being filed separately under seal.

Dated: August 21, 2026

Respectfully submitted,

*/s/ Peter Tong*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Minna Jay
CA State Bar No. 305941
Email: mjay@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Joshua Scheufler
TX State Bar No. 24123406
Email: jscheufler@raklaw.com

Mackenzie Paladino
NY State Bar No: 6039366
Email: mpaladino@raklaw.com
Matthew Aichele
VA State Bar No. 77821
Email: maichele@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX Bar No. 24119042
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

**ATTORNEYS FOR PLAINTIFF,**
**COBBLESTONE WIRELESS LLC**

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, a true and correct copy of the foregoing document and attached public exhibits was electronically filed with the Court via ECF and served on all parties of record via ECF.

*/s/ Peter Tong*
Peter Tong