# YUAN MA
# EXHIBT 1



**Yuan Ma, Partner**

**Tel:** +86 15801368068

**E-mail:** mayuan@highking.com.cn

Ms. Ma holds a Master of Engineering degree in Communication and Information Systems from Tianjin University. With nearly 20 years of experience in intellectual property practice, she specializes in administrative IP litigation, civil infringement litigation, and unfair competition disputes, demonstrating exceptional proficiency in handling technically complex IP cases.

Leveraging her communications engineering background, Ms. Ma worked for nearly a decade in the Telecommunications Division of the Patent Reexamination Board of the China National Intellectual Property Administration (CNIPA). During her tenure, she handled numerous high-profile industry cases including *Huawei v. Samsung*, *Huawei v. ZTE*, and *Qualcomm v. Meizu*. She has extensive experience in patent reexamination, invalidation, and administrative litigation in the communications field, having handled hundreds of such cases. Prior to joining Highking Law Firm, Ms. Ma practiced at Fangda Partners and Tiantong Law Firm, where she successfully resolved numerous intricate IP disputes and developed particular expertise in standard essential patent (SEP) litigation. Her clients have included several Fortune Global 500 companies as well as leading domestic enterprises.

**AWARDS & RANKINGS**

- LEGALBAND China Top 15 Intellectual Property Lawyers 2023
- IPR Daily 2023 China's Top 50 Under 50 Elite IP Lawyers

- China Business Law Journal's The A-List Legal Elite (2022, 2023, 2024)
- Chambers Greater China Region Guide 2025, 2026: Special Recommendation for Intellectual Property Litigation

**REPRESENTATIVE MATTERS AND CASES:**

**Patent Disputes**

(1) Represented TCC, a leading Chinese chemical enterprise in patent ownership disputes against its overseas competitor. Handled the second-instance proceedings for all three invention patent ownership cases before the Supreme People's Court (SPC).

(1) Represented Intel in patent infringement and invalidation proceedings initiated by an overseas NPE (Non-Practicing Entity). Played a key role in litigation and invalidation procedures, leading to a negotiated settlement.

(2) Represented InterDigital in SEP (Standard Essential Patent) invalidation and administrative litigation against competitors. Managed multi-year proceedings involving dozens of patents, devised litigation and negotiation strategies, and secured a global settlement.

(3) Represented IP Bridge in SEP invalidation, royalty rate disputes, and licensing negotiations. Advised on technical and commercial negotiations while handling parallel SEP royalty litigation, invalidation proceedings, and related administrative lawsuits in China. Provided critical recommendations during pivotal negotiations, enabling the client to secure a favorable licensing agreement and resolve global disputes.

(4) Represented Shunzao in patent infringement and invalidation disputes. The plaintiff, a UK-based premium home appliance manufacturer with a history of litigation, accused the client of infringing its invention patent in 2019. Filed a targeted invalidation request and successfully invalidated all claims, forcing the plaintiff to withdraw the lawsuit for a full victory.

(5) Represented OPPO in patent infringement and invalidation cases. Prepared dual strategies for invalidation and litigation: invalidated majority claims of the

asserted patent through rigorous tactics, leaving only minimal surviving claims. Designed non-infringement defenses and conducted multiple notarized experiments to refute infringement allegations.

(6) Represented Langbo Company in China's first 5G SEP royalty rate case, a landmark proceeding with pioneering implications for SEP licensing. Achieved a global settlement between parties.

(7) Represented Douyin (TikTok) in patent infringement, invalidation, and related administrative litigation, obtaining favorable outcomes.

**Trade Secret Disputes**

(1)Represented a leading Chinese chemical enterprise in patent ownership and trade secret misappropriation disputes against its overseas competitor.

(2) Represented a top Chinese semiconductor company in a trade secret dispute against a competitor. Quickly formulated an effective response strategy, emphasizing defenses such as independent R&D, reverse engineering, and comparisons of identical/substantially identical technologies. Organized robust evidence to establish a complete independent R&D chain and commissioned third-party evaluations, achieving client-satisfied interim outcomes.

(3) Represented a Chinese optical technology company in a trade secret dispute against an upstream tech firm. Starting in 2020, the client collaborated with a renowned tech company on LiDAR modules, but the partnership deteriorated and entered liquidation. Alleging bad faith and trade secret theft by the counterparty, we analyzed the case from patent infringement, trade secret misappropriation, and patent ownership perspectives. Compiled evidence, reconstructed timelines and technical transfer milestones, and built a comprehensive evidentiary chain to strengthen the client's negotiation position, ultimately facilitating a settlement.