# YUAN MA
# EXHIBT 2
# <u>FILED UNDER SEAL</u>