# YUAN MA

# EXHIBT 3

# FILED UNDER SEAL