# YUAN MA

# EXHIBT 4

# FILED UNDER SEAL