# YUAN MA
# EXHIBT 5
# FILED UNDER SEAL