# YUAN MA
# EXHIBT 6A

国家知识产权局
China National Intellectual Property Administration

邮箱登录 | E
中央纪委国家监委驻市场监管总局纪检监察组
请输入您要搜索的内容

首页 机构 新闻 政务 服务 数据

当前位置：首页>政务>政策文件>公告

# 办理向外国人转让专利申请权或者专利权的审批和登记事宜（第94号）

发布时间：2013-10-23 字号： 大 中 小

## 国家知识产权局公告

第九十四号

《中华人民共和国专利法实施细则》第十四条规定，中国单位或者个人向外国人转让专利申请权或者专利权的，由国务院对外经济贸易主管部门会同国务院科学技术行政部门批准。就如何执行该规定的问题，经与商务部会商，现将按照专利法实施细则第十四条的规定办理向外国人转让专利申请权或者专利权的审批和登记事宜公告如下：

一、若待转让的专利申请权或者专利权涉及禁止类技术，根据《技术进出口管理条例》的规定予以禁止，不得转让；

二、若待转让的专利申请权或者专利权涉及限制类技术，当事人应当按照《技术进出口管理条例》的规定办理技术出口审批手续；获得批准的，当事人凭《技术出口许可证》到我局办理转让登记手续；

三、若待转让的专利申请权或者专利权涉及自由类技术，当事人应当按照《技术出口管理条例》和《技术进出口合同登记管理办法》的规定，办理技术出口登记手续；经登记的，当事人凭国务院商务主管部门或者地方商务主管部门出具的《技术出口合同登记证书》到我局办理转让登记手续。

特此公告。

中华人民共和国国家知识产权局

二○○三年十二月二十六日

相关链接 中国政府网 国务院部门 局属单位 代办处 相关网站

党政机关 政府网站找错 @国务院 我来说 国家知识产权局政务微信 国家知识产权局政务微博 国家知识产权局政务抖音

联系我们 | 网站声明 | 关于局徽 | 网站地图
主办单位：国家知识产权局 版权所有：国家
网站管理：国家知识产权局办公室 网站标识码：bı
京ICP备05069085号-14 京公网安备 110401(