# YUAN MA
# EXHIBT 6B

# TRANSLATION CERTIFICATION

Date: 2026/08/21

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Exhibit 2_Announcement on the Examination, Approval and Registration of Assignments of the Right to Apply for a Patent or Patent Rights to Foreigners.pdf

Wu You, Managing Director of this company, attests to the following:

“To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents.”

Wu You

Signature of Wu You, Managing Director

**China National Intellectual Property Administration**

Email Login | E

Discipline Inspection and Supervision Group of the Central Commission for Discipline Inspection and the National Commission of Supervision Stationed in the State Administration for Market Regulation

Please enter what you want to search

| Home | Institutions | News | Government Affairs | Services | Data |
|---|---|---|---|---|---|

Current Location: Home > Government Affairs > Policy Documents > Announcements

# Handling the Examination and Approval and Registration Matters Concerning the Assignment of the Right to Apply for a Patent or the Patent Right to Foreigners (No. 94)

Release Date: 10/23/2013

Font Size: Large Medium Small

## Announcement of the China National Intellectual Property Administration

No. 94

Article 14 of the *Detailed Rules for the Implementation of the Patent Law of the People's Republic of China* stipulates that where a Chinese entity or individual assigns the right to apply for a patent or the patent right to a foreigner, it shall be approved by the competent department for foreign economic relations and trade of the State Council in conjunction with the science and technology administrative department of the State Council. With respect to how to implement this provision, upon consultation with the Ministry of Commerce, the matters concerning the examination and approval and registration for the assignment of the right to apply for a patent or the patent right to foreigners in accordance with Article 14 of the *Detailed Rules for the Implementation of the Patent Law of the People's Republic of China* are hereby announced as follows:

I. If the right to apply for a patent or the patent right to be assigned involves a prohibited technology, it is prohibited in accordance with the provisions of the *Regulations on the Administration of Import and Export of Technologies* and shall not be assigned;

II. If the right to apply for a patent or the patent right to be assigned involves a restricted technology, the party shall handle the formalities for examination and approval of technology export in accordance with the provisions of the *Regulations on the Administration of Import and Export of Technologies*; upon obtaining approval, the party shall handle the assignment registration formalities with our Administration by presenting the *Technology Export License*;

III. If the right to apply for a patent or the patent right to be assigned involves a freely exportable technology, the party shall handle the formalities for technology export registration in accordance with the provisions of the *Regulations on the Administration of Export of Technologies* and the *Administrative Measures for the Registration of Technology Import and Export Contracts*; upon registration, the party shall handle the assignment registration formalities with our Administration by presenting the *Technology Export Contract Registration Certificate* issued by the competent commerce department of the State Council or the local competent commerce department.

It is hereby announced.

China National Intellectual Property Administration of the People's Republic of China

December 26, 2003

| Related Links | Chinese Government Network | Departments of the State Council | Units Subordinate to the Administration | Agency Offices | Related Websites |
|---|---|---|---|---|---|

Party and Government Organs

Find Errors on Government Websites

@State Council I have something to say

Government WeChat of the China National Intellectual Property Administration

Government Weibo of the China National Intellectual Property Administration

Government Douyin of the China National Intellectual Property Administration

Contact Us | Website Statement | About the Administration Logo | Website Map

Host: China National Intellectual Property Administration Copyright: China

Website Management: General Office of the China National Intellectual Property Administration Website Identification Code: bi

Beijing ICP Registration No.

05069085-14 Beijing Public Security Network Registration 11040102700058

# 办理向外国人转让专利申请权或者专利权的审批和登记事宜（第94号）

发布时间：2013-10-23 字号：大 中 小

## 国家知识产权局公告

第九十四号

《中华人民共和国专利法实施细则》第十四条规定，中国单位或者个人向外国人转让专利申请权或者专利权的，由国务院对外经济贸易主管部门会同国务院科学技术行政部门批准。就如何执行该规定的问题，经与商务部会商，现将按照专利法实施细则第十四条的规定办理向外国人转让专利申请权或者专利权的审批和登记事宜公告如下：

一、若待转让的专利申请权或者专利权涉及禁止类技术，根据《技术进出口管理条例》的规定予以禁止，不得转让；

二、若待转让的专利申请权或者专利权涉及限制类技术，当事人应当按照《技术进出口管理条例》的规定办理技术出口审批手续；获得批准的，当事人凭《技术出口许可证》到我局办理转让登记手续；

三、若待转让的专利申请权或者专利权涉及自由类技术，当事人应当按照《技术出口管理条例》和《技术进出口合同登记管理办法》的规定，办理技术出口登记手续；经登记的，当事人凭国务院商务主管部门或者地方商务主管部门出具的《技术出口合同登记证书》到我局办理转让登记手续。

特此公告。

中华人民共和国国家知识产权局

二○○三年十二月二十六日

BEIJING SPIRIT TRANS 北京思必锐翻译 TRANSLA