# YUAN MA
# EXHIBT 7B

# TRANSLATION CERTIFICATION

Date: 2026/08/21

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Exhibit 3_Regulations of the People's Republic of China on Open Government Information.pdf

Wu You, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Wu You

Signature of Wu You, Managing Director

BEIJING SPIRIT TRANSLATION CO., LTD.
TRANSLATION SEAL
<5>

Central People's Government of the People's Republic of China
www.gov.cn

## Decree of the State Council of the People's Republic of China

No. 492

The *Open Government Information Regulation of the People's Republic of China*, adopted at the 165th Executive Meeting of the State Council on January 17, 2007, is hereby promulgated and shall come into effect on May 1, 2008.

Premier Wen Jiabao

April 5, 2007

## Open Government Information Regulation of the People's Republic of China

### Chapter I General Provisions

**Article 1** These Regulations are formulated in order to ensure that citizens, legal persons, and other organizations obtain government information in accordance with the law, improve the transparency of government work, promote law-based administration, and bring into full play the serving role of government information for the people's production, living, and economic and social activities.

**Article 2** The term "government information" as used in these Regulations refers to the information made or obtained by administrative organs in the course of performing their duties and recorded or preserved in a certain form.

**Article 3** The people's governments at all levels shall strengthen organizational leadership over the disclosure of government information.

The General Office of the State Council is the competent department for the disclosure of government information nationwide and is responsible for advancing, guiding, coordinating, and supervising the disclosure of government information nationwide.

The general office of a local people's government at or above the county level or another competent department for the disclosure of government information determined by a local people's government at or above the county level shall be responsible for advancing, guiding, coordinating, and supervising the disclosure of government information within its administrative region.

**Article 4** People's governments at all levels and departments of people's governments at or above the county level shall establish and improve the government information disclosure working systems of their own administrative organs, and designate an agency (hereinafter collectively referred to as the government information disclosure working agency) to be responsible for the daily work of government information disclosure of their own administrative organs.

The specific duties of the government information disclosure working agency are:

(1) To specifically handle the government information disclosure matters of its own administrative organ;

(2) To maintain and update the government information disclosed by its own administrative organ;

(3) To organize the compilation of the guide to government information disclosure, the catalog of government information disclosure, and the annual report on the work of government information disclosure of its own administrative organ;

(4) To conduct confidentiality review of the government information intended to be disclosed;

(5) Other duties related to the disclosure of government information as prescribed by its own administrative organ.

**Article 5** Administrative organs shall disclose government information in adherence to the principles of justice, fairness, and convenience for the people.

**Article 6** Administrative organs shall disclose government information in a timely and accurate manner. Where

an administrative organ discovers false or incomplete information that affects or may affect social stability or disrupt the order of social management, it shall, within the scope of its duties, release accurate government information for clarification.

**Article 7** Administrative organs shall establish and improve a coordination mechanism for the release of government information. Where the government information released by an administrative organ involves other administrative organs, it shall communicate and confirm with the relevant administrative organs to ensure that the government information released by the administrative organ is accurate and consistent.

Where the release of government information by an administrative organ requires approval in accordance with relevant state provisions, it shall not be released without approval.

**Article 8** The disclosure of government information by administrative organs shall not endanger national security, public security, economic security, and social stability.

Chapter II Scope of Disclosure

**Article 9** An administrative organ shall carry out proactive disclosure of government information that meets one of the following basic requirements:

(1) It involves the vital interests of citizens, legal persons, or other organizations;

(2) It needs to be widely known or participated in by the general public;

(3) It reflects the institutional setup, functions, working procedures, and other situations of the administrative organ itself;

(4) Other government information that should be subject to proactive disclosure in accordance with laws, regulations, and relevant state provisions.

**Article 10** People's governments at or above the county level and their departments shall, in accordance with the provisions of Article 9 of these Regulations, determine the specific contents of government information subject to proactive disclosure within the scope of their respective duties, and proactively disclose the following government information as a priority:

(1) Administrative regulations, rules, and normative documents;

(2) National economic and social development plans, special plans, regional plans, and related policies;

(3) Statistical information on national economic and social development;

(4) Fiscal budget and final accounts reports;

(5) Items, legal basis, and standards for administrative and institutional fees;

(6) The catalog, standards, and implementation of government centralized procurement projects;

(7) The matters, legal basis, conditions, quantities, procedures, and deadlines for administrative licensing, as well as the catalog of all materials required to be submitted when applying for administrative licensing and the processing status;

(8) The approval and implementation of major construction projects;

(9) Policies, measures, and their implementation regarding poverty alleviation, education, medical care, social security, employment promotion, etc.;

(10) Emergency response plans, early warning information, and response situations for unexpected public emergencies;

(11) Supervision and inspection situations regarding environmental protection, public health, work safety, food and drugs, and product quality.

**Article 11** The government information primarily disclosed by people's governments of municipalities divided into districts, county people's governments, and their departments shall also include the following contents:

(1) Major matters concerning urban and rural construction and management;

(2) Construction of social public welfare undertakings;

(3) Requisition or expropriation of land, housing demolition, and the distribution and use of compensation and subsidy funds;

(4) Management, use, and distribution of funds and materials for emergency rescue and disaster relief,

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <5>

preferential treatment and appeasement, relief, social donations, etc.

**Article 12** Township (town) people's governments shall, in accordance with the provisions of Article 9 of these Regulations, determine the specific contents of government information subject to proactive disclosure within the scope of their duties and proactively disclose the following government information as a priority:

(1) Implementation of national policies concerning rural work;

(2) Financial revenues and expenditures, and the management and use of various special funds;

(3) General plans for township (town) land use and the examination and approval of rural homestead use;

(4) Requisition or expropriation of land, housing demolition, and the distribution and use of compensation and subsidy funds;

(5) Creditor's rights and debts, and the raising of funds and labor in townships (towns);

(6) Distribution of funds and materials for emergency rescue and disaster relief, preferential treatment and appeasement, relief, social donations, etc.;

(7) Contracting, leasing, auction, etc., of township collective enterprises and other township economic entities;

(8) Implementation of the family planning policy.

**Article 13** In addition to the government information subject to proactive disclosure by administrative organs as stipulated in Articles 9, 10, 11, and 12 of these Regulations, citizens, legal persons, or other organizations may, according to their special needs such as production, living, and scientific research, apply to the departments of the State Council, local people's governments at all levels, and departments of local people's governments at or above the county level to obtain relevant government information.

**Article 14** Administrative organs shall establish and improve a confidentiality review mechanism for the release of government information, clarifying the procedures and responsibilities for review.

Before disclosing government information, an administrative organ shall conduct a review of the government information intended to be disclosed in accordance with the *Guarding State Secrets Law of the People's Republic of China* as well as other laws, regulations, and relevant state provisions.

Where an administrative organ cannot determine whether certain government information can be disclosed, it shall, in accordance with laws, regulations, and relevant state provisions, submit the matter to the relevant competent department or the secrecy work department at the same level for determination.

Administrative organs shall not disclose government information involving state secrets, commercial secrets, or personal privacy. However, government information involving commercial secrets or personal privacy may be disclosed with the consent of the rights holder or if the administrative organ considers that non-disclosure may have a major impact on the public interest.

Chapter III Modes and Procedures of Disclosure

**Article 15** Administrative organs shall disclose the government information subject to proactive disclosure through government gazettes, government websites, press conferences, as well as newspapers, periodicals, radio, television, and other means convenient for the public to know.

**Article 16** People's governments at all levels shall set up government information access locations at national archives and public libraries, and equip them with corresponding facilities and equipment to provide convenience for citizens, legal persons, or other organizations to obtain government information.

Administrative organs may, according to needs, set up public reading rooms, material requesting spots, information bulletin boards, electronic information screens, and other venues and facilities to disclose government information.

Administrative organs shall timely provide national archives and public libraries with government information subject to proactive disclosure.

**Article 17** The government information made by an administrative organ shall be disclosed by the administrative organ that made it; The government information obtained by an administrative organ from citizens, legal persons, or other organizations shall be disclosed by the administrative organ preserving it. Where laws and regulations provide otherwise regarding the authority for government information disclosure, such provisions shall prevail.

**Article 18** Government information falling within the scope of proactive disclosure shall be disclosed within

20 working days from the date the government information is formed or changed. Where laws and regulations provide otherwise regarding the deadline for government information disclosure, such provisions shall prevail.

**Article 19** Administrative organs shall compile and publish a guide to government information disclosure and a catalog of government information disclosure, and update them in a timely manner.

The guide to government information disclosure shall include the classification, arrangement system, and methods of obtaining government information, as well as the name, office address, office hours, contact telephone number, fax number, and email address of the government information disclosure working agency.

The catalog of government information disclosure shall include the index, name, content overview, generation date, and other contents of the government information.

**Article 20** Where citizens, legal persons, or other organizations apply to administrative organs for government information in accordance with the provisions of Article 13 of these Regulations, they shall do so in written form (including the form of a data message); Where it is genuinely difficult to do so in written form, the applicant may apply orally, and the administrative organ receiving the application shall fill out the government information disclosure application on the applicant's behalf.

A government information disclosure application shall include the following contents:

(1) The name or title and contact information of the applicant;

(2) A description of the content of the government information applied to be disclosed;

(3) The format requirements for the government information applied to be disclosed.

**Article 21** Regarding the government information applied to be disclosed, the administrative organ shall make a reply respectively according to the following circumstances:

(1) If it falls within the scope of disclosure, it shall inform the applicant of the ways and channels to obtain the government information;

(2) If it falls within the scope of non-disclosure, it shall inform the applicant and explain the reasons;

(3) If, according to the law, the information does not fall within the disclosure scope of the administrative organ or the government information does not exist, it shall inform the applicant; if the administrative organ responsible for disclosing the government information can be determined, it shall inform the applicant of the name and contact information of that administrative organ;

(4) If the content of the application is unclear, it shall inform the applicant to make modifications or supplements.

**Article 22** If the government information applied to be disclosed contains content that should not be disclosed, but it can be processed separately, the administrative organ shall provide the applicant with the information content that can be disclosed.

**Article 23** Where an administrative organ considers that the government information applied to be disclosed involves commercial secrets or personal privacy, and its disclosure might harm the lawful rights and interests of a third party, it shall solicit the opinions of the third party in writing; If the third party disagrees with the disclosure, it shall not be disclosed. However, if the administrative organ considers that non-disclosure might have a major impact on the public interest, it shall disclose it, and notify the third party in writing of the content of the government information decided to be disclosed and the reasons.

**Article 24** When an administrative organ receives an application for government information disclosure and can reply on the spot, it shall reply on the spot.

If the administrative organ cannot reply on the spot, it shall reply within 15 working days from the date of receiving the application; If the deadline for reply needs to be extended, it shall be approved by the person in charge of the government information disclosure working agency, and the applicant shall be informed. The extension of the deadline for reply shall not exceed 15 working days at most.

If the government information applied to be disclosed involves the rights and interests of a third party, the time required for the administrative organ to solicit the opinions of the third party shall not be counted in the deadline stipulated in paragraph 2 of this Article.

**Article 25** Where citizens, legal persons, or other organizations apply to administrative organs to provide government information related to their own tax payments, social security, medical and health care, etc., they shall present a valid identity document or proof documents.

Where citizens, legal persons, or other organizations have evidence to prove that the government information records related to themselves provided by an administrative organ are inaccurate, they have the right to request the administrative organ to make corrections. If the administrative organ has no right to make corrections, it shall forward the matter to the administrative organ with the right to make corrections for processing, and inform the applicant.

**Article 26** An administrative organ providing government information upon application shall provide it in the format requested by the applicant; If it cannot be provided in the format requested by the applicant, it may be provided by arranging for the applicant to consult relevant materials, providing copies, or through other appropriate forms.

**Article 27** When providing government information upon application, an administrative organ shall not charge any fees other than the fees for retrieval, copying, mailing, etc. Administrative organs shall not provide government information as a paid service through other organizations or individuals.

The standards for cost fees such as retrieval, copying, and mailing charged by administrative organs shall be formulated by the price competent department of the State Council in conjunction with the finance department of the State Council.

**Article 28** For a citizen applying for the disclosure of government information who genuinely has financial difficulties, relevant fees may be reduced or waived upon the person's application and approval by the person in charge of the government information disclosure working agency.

Where a citizen applying for the disclosure of government information has reading difficulties or visual or hearing impairments, the administrative organ shall provide necessary assistance.

Chapter IV Supervision and Safeguards

**Article 29** People's governments at all levels shall establish and improve an assessment system, a social appraisal system, and an accountability system for the work of government information disclosure, and conduct regular assessments and appraisals of the government information disclosure work.

**Article 30** The competent department for government information disclosure work and the supervisory organ shall be responsible for supervising and inspecting the implementation of government information disclosure by administrative organs.

**Article 31** Administrative organs at all levels shall publish the annual report on the work of government information disclosure of their respective administrative organs before March 31 of each year.

**Article 32** The annual report on the work of government information disclosure shall include the following contents:

(1) The situation of proactive disclosure of government information by the administrative organ;

(2) The situation of disclosure of government information upon application and non-disclosure of government information by the administrative organ;

(3) The situation of charging fees for government information disclosure and reductions or waivers thereof;

(4) The situation of administrative reconsideration applied for or administrative litigation instituted due to government information disclosure;

(5) Major problems existing in the government information disclosure work and improvement measures;

(6) Other matters that need to be reported.

**Article 33** Where a citizen, legal person, or other organization considers that an administrative organ has failed to fulfill its government information disclosure obligations according to the law, it may report it to a higher-level administrative organ, a supervisory organ, or the competent department for government information disclosure work. The organ receiving the report shall investigate and handle it.

Where a citizen, legal person, or other organization considers that a specific administrative act of an administrative organ in the government information disclosure work has infringed upon its lawful rights and interests, it may apply for administrative reconsideration or institute administrative litigation according to the law.

**Article 34** Where an administrative organ violates the provisions of these Regulations by failing to establish and improve a confidentiality review mechanism for the release of government information, the supervisory organ or the administrative organ at the next higher level shall order it to make corrections; If the circumstances are serious, the principal persons in charge of the administrative organ shall be given sanctions in accordance with the law.

**Article 35** Where an administrative organ violates the provisions of these Regulations in any of the following circumstances, the supervisory organ or the administrative organ at the next higher level shall order it to make corrections; If the circumstances are serious, the persons directly in charge and other directly responsible persons of the administrative organ shall be given sanctions in accordance with the law; If a crime is constituted, criminal responsibility shall be investigated according to the law:

(1) Failing to fulfill government information disclosure obligations according to the law;

(2) Failing to timely update the disclosed government information content, the guide to government information disclosure, and the catalog of government information disclosure;

(3) Charging fees in violation of regulations;

(4) Providing government information as a paid service through other organizations or individuals;

(5) Disclosing government information that should not be disclosed;

(6) Other acts violating the provisions of these Regulations.

Chapter V Supplementary Provisions

**Article 36** These Regulations shall apply to the government information disclosure activities of organizations authorized by laws and regulations with functions of managing public affairs.

**Article 37** The disclosure of information made or obtained in the course of providing social public services by public enterprises and institutions closely related to the interests of the people, such as education, medical and health care, family planning, water supply, electricity supply, gas supply, heating supply, environmental protection, and public transportation, shall be implemented by reference to these Regulations. Specific measures shall be formulated by the relevant competent departments or agencies of the State Council.

**Article 38** These Regulations shall come into effect on May 1, 2008.

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

中华人民共和国中央人民政府
www.gov.cn

中华人民共和国国务院令

第 492 号

《中华人民共和国政府信息公开条例》已经2007年1月17日国务院第165次常务会议通过，现予公布，自2008年5月1日起施行。

总 理 温家宝
二〇〇七年四月五日

# 中华人民共和国政府信息公开条例

## 第一章 总 则

**第一条** 为了保障公民、法人和其他组织依法获取政府信息，提高政府工作的透明度，促进依法行政，充分发挥政府信息对人民群众生产、生活和经济社会活动的服务作用，制定本条例。

**第二条** 本条例所称政府信息，是指行政机关在履行职责过程中制作或者获取的，以一定形式记录、保存的信息。

**第三条** 各级人民政府应当加强对政府信息公开工作的组织领导。

国务院办公厅是全国政府信息公开工作的主管部门，负责推进、指导、协调、监督全国的政府信息公开工作。

县级以上地方人民政府办公厅（室）或者县级以上地方人民政府确定的其他政府信息公开工作主管部门负责推进、指导、协调、监督本行政区域的政府信息公开工作。

**第四条** 各级人民政府及县级以上人民政府部门应当建立健全本行政机关的政府信息公开工作制度，并指定机构（以下统称政府信息公开工作机构）负责本行政机关政府信息公开的日常工作。

政府信息公开工作机构的具体职责是：

（一）具体承办本行政机关的政府信息公开事宜；

（二）维护和更新本行政机关公开的政府信息；

（三）组织编制本行政机关的政府信息公开指南、政府信息公开目录和政府信息公开工作年度报告；

（四）对拟公开的政府信息进行保密审查；

（五）本行政机关规定的与政府信息公开有关的其他职责。

**第五条** 行政机关公开政府信息，应当遵循公正、公平、便民的原则。

BEIJING SPIRIT 北京思必 翻 TRANS

**第六条** 行政机关应当及时、准确地公开政府信息。行政机关发现影响或者可能影响社会稳定、扰乱社会管理秩序的虚假或者不完整信息的，应当在其职责范围内发布准确的政府信息予以澄清。

**第七条** 行政机关应当建立健全政府信息发布协调机制。行政机关发布政府信息涉及其他行政机关的，应当与有关行政机关进行沟通、确认，保证行政机关发布的政府信息准确一致。

行政机关发布政府信息依照国家有关规定需要批准的，未经批准不得发布。

**第八条** 行政机关公开政府信息，不得危及国家安全、公共安全、经济安全和社会稳定。

## 第二章 公开的范围

**第九条** 行政机关对符合下列基本要求之一的政府信息应当主动公开：

（一）涉及公民、法人或者其他组织切身利益的；

（二）需要社会公众广泛知晓或者参与的；

（三）反映本行政机关机构设置、职能、办事程序等情况的；

（四）其他依照法律、法规和国家有关规定应当主动公开的。

**第十条** 县级以上各级人民政府及其部门应当依照本条例第九条的规定，在各自职责范围内确定主动公开的政府信息的具体内容，并重点公开下列政府信息：

（一）行政法规、规章和规范性文件；

（二）国民经济和社会发展规划、专项规划、区域规划及相关政策；

（三）国民经济和社会发展统计信息；

（四）财政预算、决算报告；

（五）行政事业性收费的项目、依据、标准；

（六）政府集中采购项目的目录、标准及实施情况；

（七）行政许可的事项、依据、条件、数量、程序、期限以及申请行政许可需要提交的全部材料目录及办理情况；

（八）重大建设项目的批准和实施情况；

（九）扶贫、教育、医疗、社会保障、促进就业等方面的政策、措施及其实施情况；

（十）突发公共事件的应急预案、预警信息及应对情况；

（十一）环境保护、公共卫生、安全生产、食品药品、产品质量的监督检查情况。

**第十一条** 设区的市级人民政府、县级人民政府及其部门重点公开的政府信息还应当包括下列内容：

（一）城乡建设和管理的重大事项；

（二）社会公益事业建设情况；

（三）征收或者征用土地、房屋拆迁及其补偿、补助费用的发放、使用情况；

（四）抢险救灾、优抚、救济、社会捐助等款物的管理、使用和分配情况。

**第十二条** 乡（镇）人民政府应当依照本条例第九条的规定，在其职责范围

内确定主动公开的政府信息的具体内容，并重点公开下列政府信息：

（一）贯彻落实国家关于农村工作政策的情况；

（二）财政收支、各类专项资金的管理和使用情况；

（三）乡（镇）土地利用总体规划、宅基地使用的审核情况；

（四）征收或者征用土地、房屋拆迁及其补偿、补助费用的发放、使用情况；

（五）乡（镇）的债权债务、筹资筹劳情况；

（六）抢险救灾、优抚、救济、社会捐助等款物的发放情况；

（七）乡镇集体企业及其他乡镇经济实体承包、租赁、拍卖等情况；

（八）执行计划生育政策的情况。

**第十三条**　除本条例第九条、第十条、第十一条、第十二条规定的行政机关主动公开的政府信息外，公民、法人或者其他组织还可以根据自身生产、生活、科研等特殊需要，向国务院部门、地方各级人民政府及县级以上地方人民政府部门申请获取相关政府信息。

**第十四条**　行政机关应当建立健全政府信息发布保密审查机制，明确审查的程序和责任。

行政机关在公开政府信息前，应当依照《中华人民共和国保守国家秘密法》以及其他法律、法规和国家有关规定对拟公开的政府信息进行审查。

行政机关对政府信息不能确定是否可以公开时，应当依照法律、法规和国家有关规定报有关主管部门或者同级保密工作部门确定。

行政机关不得公开涉及国家秘密、商业秘密、个人隐私的政府信息。但是，经权利人同意公开或者行政机关认为不公开可能对公共利益造成重大影响的涉及商业秘密、个人隐私的政府信息，可以予以公开。

## 第三章　公开的方式和程序

**第十五条**　行政机关应当将主动公开的政府信息，通过政府公报、政府网站、新闻发布会以及报刊、广播、电视等便于公众知晓的方式公开。

**第十六条**　各级人民政府应当在国家档案馆、公共图书馆设置政府信息查阅场所，并配备相应的设施、设备，为公民、法人或者其他组织获取政府信息提供便利。

行政机关可以根据需要设立公共查阅室、资料索取点、信息公告栏、电子信息屏等场所、设施，公开政府信息。

行政机关应当及时向国家档案馆、公共图书馆提供主动公开的政府信息。

**第十七条**　行政机关制作的政府信息，由制作该政府信息的行政机关负责公开；行政机关从公民、法人或者其他组织获取的政府信息，由保存该政府信息的行政机关负责公开。法律、法规对政府信息公开的权限另有规定的，从其规定。

**第十八条**　属于主动公开范围的政府信息，应当自该政府信息形成或者变更之日起20个工作日内予以公开。法律、法规对政府信息公开的期限另有规定的，从其规定。

**第十九条**　行政机关应当编制、公布政府信息公开指南和政府信息公开目录，并及时更新。

政府信息公开指南，应当包括政府信息的分类、编排体系、获取方式，政府信息公开工作机构的名称、办公地址、办公时间、联系电话、传真号码、电子邮箱等内容。

政府信息公开目录，应当包括政府信息的索引、名称、内容概述、生成日期等内容。

**第二十条** 公民、法人或者其他组织依照本条例第十三条规定向行政机关申请获取政府信息的，应当采用书面形式（包括数据电文形式）；采用书面形式确有困难的，申请人可以口头提出，由受理该申请的行政机关代为填写政府信息公开申请。

政府信息公开申请应当包括下列内容：

（一）申请人的姓名或者名称、联系方式；

（二）申请公开的政府信息的内容描述；

（三）申请公开的政府信息的形式要求。

**第二十一条** 对申请公开的政府信息，行政机关根据下列情况分别作出答复：

（一）属于公开范围的，应当告知申请人获取该政府信息的方式和途径；

（二）属于不予公开范围的，应当告知申请人并说明理由；

（三）依法不属于本行政机关公开或者该政府信息不存在的，应当告知申请人，对能够确定该政府信息的公开机关的，应当告知申请人该行政机关的名称、联系方式；

（四）申请内容不明确的，应当告知申请人作出更改、补充。

**第二十二条** 申请公开的政府信息中含有不应当公开的内容，但是能够作区分处理的，行政机关应当向申请人提供可以公开的信息内容。

**第二十三条** 行政机关认为申请公开的政府信息涉及商业秘密、个人隐私，公开后可能损害第三方合法权益的，应当书面征求第三方的意见；第三方不同意公开的，不得公开。但是，行政机关认为不公开可能对公共利益造成重大影响的，应当予以公开，并将决定公开的政府信息内容和理由书面通知第三方。

**第二十四条** 行政机关收到政府信息公开申请，能够当场答复的，应当当场予以答复。

行政机关不能当场答复的，应当自收到申请之日起15个工作日内予以答复；如需延长答复期限的，应当经政府信息公开工作机构负责人同意，并告知申请人，延长答复的期限最长不得超过15个工作日。

申请公开的政府信息涉及第三方权益的，行政机关征求第三方意见所需时间不计算在本条第二款规定的期限内。

**第二十五条** 公民、法人或者其他组织向行政机关申请提供与其自身相关的税费缴纳、社会保障、医疗卫生等政府信息的，应当出示有效身份证件或者证明文件。

公民、法人或者其他组织有证据证明行政机关提供的与其自身相关的政府信息记录不准确的，有权要求该行政机关予以更正。该行政机关无权更正的，应当转送有权更正的行政机关处理，并告知申请人。

**第二十六条** 行政机关依申请公开政府信息，应当按照申请人要求的形式予以提供；无法按照申请人要求的形式提供的，可以通过安排申请人查阅相关资

料、提供复制件或者其他适当形式提供。

**第二十七条** 行政机关依申请提供政府信息，除可以收取检索、复制、邮寄等成本费用外，不得收取其他费用。行政机关不得通过其他组织、个人以有偿服务方式提供政府信息。

行政机关收取检索、复制、邮寄等成本费用的标准由国务院价格主管部门会同国务院财政部门制定。

**第二十八条** 申请公开政府信息的公民确有经济困难的，经本人申请、政府信息公开工作机构负责人审核同意，可以减免相关费用。

申请公开政府信息的公民存在阅读困难或者视听障碍的，行政机关应当为其提供必要的帮助。

## 第四章 监督和保障

**第二十九条** 各级人民政府应当建立健全政府信息公开工作考核制度、社会评议制度和责任追究制度，定期对政府信息公开工作进行考核、评议。

**第三十条** 政府信息公开工作主管部门和监察机关负责对行政机关政府信息公开的实施情况进行监督检查。

**第三十一条** 各级行政机关应当在每年3月31日前公布本行政机关的政府信息公开工作年度报告。

**第三十二条** 政府信息公开工作年度报告应当包括下列内容：

（一）行政机关主动公开政府信息的情况；

（二）行政机关依申请公开政府信息和不予公开政府信息的情况；

（三）政府信息公开的收费及减免情况；

（四）因政府信息公开申请行政复议、提起行政诉讼的情况；

（五）政府信息公开工作存在的主要问题及改进情况；

（六）其他需要报告的事项。

**第三十三条** 公民、法人或者其他组织认为行政机关不依法履行政府信息公开义务的，可以向上级行政机关、监察机关或者政府信息公开工作主管部门举报。收到举报的机关应当予以调查处理。

公民、法人或者其他组织认为行政机关在政府信息公开工作中的具体行政行为侵犯其合法权益的，可以依法申请行政复议或者提起行政诉讼。

**第三十四条** 行政机关违反本条例的规定，未建立健全政府信息发布保密审查机制的，由监察机关、上一级行政机关责令改正；情节严重的，对行政机关主要负责人依法给予处分。

**第三十五条** 行政机关违反本条例的规定，有下列情形之一的，由监察机关、上一级行政机关责令改正；情节严重的，对行政机关直接负责的主管人员和其他直接责任人员依法给予处分；构成犯罪的，依法追究刑事责任：

（一）不依法履行政府信息公开义务的；

（二）不及时更新公开的政府信息内容、政府信息公开指南和政府信息公开目录的；

（三）违反规定收取费用的；

（四）通过其他组织、个人以有偿服务方式提供政府信息的；

（五）公开不应当公开的政府信息的；

（六）违反本条例规定的其他行为。

## 第五章 附 则

**第三十六条** 法律、法规授权的具有管理公共事务职能的组织公开政府信息的活动，适用本条例。

**第三十七条** 教育、医疗卫生、计划生育、供水、供电、供气、供热、环保、公共交通等与人民群众利益密切相关的公共企事业单位在提供社会公共服务过程中制作、获取的信息的公开，参照本条例执行，具体办法由国务院有关主管部门或者机构制定。

**第三十八条** 本条例自2008年5月1日起施行。