# YUAN MA
# EXHIBT 8A

附表 4（样）　　　　　　　　　　　　编号：____________

# 中国限制出口技术出口申请书

出　　口　　商：（盖章）________________

出口商法定代表人：（签字）________________

申　　请　日　期：　　年　　月　　日

中华人民共和国商务部

中华人民共和国科学技术部制

年　　月　　日

# 填 写 要 求

一、请严格按表中要求填写各项，如无相关信息请填写“无”；

二、对于第一部分中的多选栏目，采用在所选项编号上划勾的方式确定；

三、申请书文本中外文名词第一次出现时，要写清全称和缩写，再出现同一词时可以使用缩写；

四、申请书文本请登录商务部“技术进出口信息管理系统”（网址为：jsjckqy.fwmys.mofcom.gov.cn）下载，按规定格式填写好后用 A4 纸打印；

五、请如实填写申请书中的内容，对于不实申报，申请人须承担相应法律责任。

## 一、基本信息

<table>
<tr><td rowspan="10">技术出口经营者信息</td><td>单位名称及所在城市</td><td colspan="4"></td></tr>
<tr><td>性质</td><td colspan="4">011 国有 012 私营 013 中外合资（0131 中方控股，0132 外方控股） 014 外商独资 015 中外合作</td></tr>
<tr><td>主营业务分类</td><td colspan="4">021 贸易 022 生产 023 技术研发 024 中介服务 025 其他，请说明</td></tr>
<tr><td>注册时间</td><td colspan="2"></td><td>注册资金</td><td></td></tr>
<tr><td>通讯地址</td><td colspan="4"></td></tr>
<tr><td>上级主管部门</td><td colspan="4">（若无上级主管部门可不填）</td></tr>
<tr><td>企业代码</td><td colspan="2"></td><td>海关出口代码</td><td></td></tr>
<tr><td>法人代表</td><td colspan="2"></td><td>法人代表国籍</td><td></td></tr>
<tr><td>联系人</td><td colspan="2"></td><td>电话/传真</td><td></td></tr>
<tr><td>E-mail</td><td colspan="2"></td><td>单位主页</td><td></td></tr>
<tr><td rowspan="3">技术所有者信息（通过代理出口，填写本栏）</td><td>单位名称及所在城市</td><td colspan="4"></td></tr>
<tr><td>企业性质</td><td colspan="4">031 国有 032 私营 033 中外合资（0331 中方控股，0332 外方控股） 034 外商独资 035 中外合作</td></tr>
<tr><td>联系人</td><td colspan="2"></td><td>电话/传真</td><td></td></tr>
<tr><td rowspan="5">申请出口技术基本信息</td><td>行业类别</td><td colspan="4">（参照《中国禁止出口限制出口技术目录》填写）</td></tr>
<tr><td>技术名称</td><td colspan="4">（参照《中国禁止出口限制出口技术目录》填写）</td></tr>
<tr><td>技术详细名称（中英文）</td><td colspan="4"></td></tr>
<tr><td>控制要点</td><td colspan="4">（参照《中国禁止出口限制出口技术目录》填写）</td></tr>
<tr><td>是否属于国家秘密技术</td><td>041 是 042 否</td><td colspan="2">若为国家秘密技术，是否通过保密审查？</td><td>051 是 052 否 保密审查批准书编号：</td></tr>
</table>

<table>
<tr><td rowspan="3"></td><td colspan="3">技术成熟度</td><td colspan="3">061 实验室阶段技术 062 正处于中试、工程化技术<br>063 已经规模化量产技术</td></tr>
<tr><td colspan="3">是否具备<br>军事用途</td><td>071 是 072 否</td><td>技术出口是否附带有<br>相关资源出口</td><td>081 是 082 否</td></tr>
<tr><td colspan="3">是否代理出口</td><td>091 是 092 否</td><td colspan="2">若为代理出口，则委托方是：</td></tr>
<tr><td rowspan="10">申请<br>出口<br>技术<br>基本<br>信息<br>（续）</td><td rowspan="6">技术研究开发情况</td><td rowspan="3">申请出口技术为自主研发的填写本栏</td><td>研发资金来源</td><td colspan="3">101 企业自筹 102 外商投资 103 中国政府投资 104 银行贷款 105 其他</td></tr>
<tr><td>研发周期</td><td colspan="3">从年月 至年月</td></tr>
<tr><td>自主研发过程中<br>主要合作单位</td><td colspan="3">111 大学 112 科研院所 113 企业研发中心<br>114 其他</td></tr>
<tr><td rowspan="3">申请出口技术为合作或委托研发的填写本栏</td><td>中国合作<br>或委托单位</td><td colspan="3"></td></tr>
<tr><td>外国合作<br>或委托单位</td><td colspan="3"></td></tr>
<tr><td>合作或委托单位<br>负责内容</td><td colspan="3"></td></tr>
<tr><td rowspan="4">知识产权状况</td><td colspan="2">专利名称</td><td colspan="3"></td></tr>
<tr><td colspan="2">专利申请及授权时间</td><td colspan="3"></td></tr>
<tr><td colspan="2">专有技术秘密</td><td colspan="3"></td></tr>
<tr><td colspan="2">专有技术秘密所有权人</td><td colspan="3"></td></tr>
<tr><td rowspan="3">进口商</td><td colspan="3">名称（中文、英文）</td><td colspan="3"></td></tr>
<tr><td colspan="3">所在国别、城市</td><td colspan="3"></td></tr>
<tr><td colspan="3">业务范围</td><td colspan="3"></td></tr>
</table>

| | | |
|---|---|---|
| | 与申请人的关系 | 121 申请方母公司 122 长期合作伙伴<br>123 首次合作伙伴 124 其他 |
| | 通讯地址单位主页/E-mail | |
| | 联系电话/传真 | |
| 技术出口目的 | 131 履行技术委托合同 132 实现技术转移获得技术收益 133 以技术出口带成套设备出口<br>134 其它，请说明________________________________________ | |

## 二、申请出口技术详细说明

| |
|---|
| 1．技术简介<br>（1）简要描述拟出口技术的主要内容（不超过 1000 字） |

（2）**主要技术指标**（技术指标的检测数据、图表和报告等材料请附于附件材料中）

（3）**与同类技术比较，申请出口技术的水平评价**（不超过 300 字）

2．**技术出口方式和理由**（不超过 300 字）

3．**技术研究开发方式及主要过程**（在研究开发过程如果使用了他人知识产权，需说明其来源，以及对本技术研究开发的作用和影响，不超过 500 字）

**4．技术在国内外的应用情况、开发前景和社会、经济效益及影响**（包括对科技、经济、文化等方面的影响，不超过 600 字）

**5．承诺**

本单位承诺以上所填内容属实，申请出口的技术符合中华人民共和国法律，无侵犯他人知识产权的情况，所出口的技术不会危害中华人民共和国国家安全和利益。

签字(法人代表)：__________________

盖章(单位公章)：__________________

______年______月______日

## 三、审查批准机关意见

| | |
|---|---|
| **处室初审意见：**<br><br><br>**日期：** | **处室初审意见：**<br><br><br>**日期：** |
| _________省（市、自治区）科技厅（委、局）厅长（副厅长）：<br>签字：<br>日期：<br>盖章： | _________省（市、自治区）商务厅（委、局）厅长（副厅长）：<br>签字：<br>日期：<br>盖章： |
| 科技部备案号： | |
| 商务部备案号： | |

## 四、审查所需要的技术资料及说明材料

1、技术委托开发协议；
2、技术合作研发协议；
3、申请出口技术的完整使用说明书；
4、知识产权证明文件；
5、主要技术指标图表；
6、单位信息（注册、出口资质等）；
7、保密审查批准书；
8、若技术出口涉及到相关资源出口的资源出口许可文件；
9、完成技术审查所需的其他材料。