# YUAN MA
# EXHIBT 8B

# TRANSLATION CERTIFICATION

Date: 2026/08/21

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Exhibit 4_Application for Export of Restricted Technology of China.pdf

Wu You, Managing Director of this company, attests to the following:

“To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents.”

Wu You

Signature of Wu You, Managing Director

BEIJING SPIRIT TRANSLATION CO., LTD.
TRANSLATION SEAL
<5>

Appendix 4 (Sample) No.:__________

# Application Form for the Export of Restricted Technologies of China

Exporter: (Seal) ______________

Legal Representative of the Exporter: (Signature) ______________

Application Date: MM/DD/YYYY

MINISTRY OF COMMERCE PEOPLE'S REPUBLIC OF CHINA

Produced by the Ministry of Science and Technology of the People's Republic of China

MM/DD/YYYY

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

# Filling Requirements

1. Please strictly follow the requirements in the form to fill in each item. If there is no relevant information, please fill in "None";
2. For multiple-choice items in Part I, check the box of the selected number to confirm;
3. When a foreign term appears for the first time in the text of the application form, its full name and abbreviation must be clearly written. When the same term appears again, the abbreviation can be used;
4. Please log in to the "Technology Import and Export Information Management System" of the Ministry of Commerce (Website: jsjckqy.fwmys.mofcom.gov.cn) to download the application form text, fill it out according to the prescribed format, and print it on A4 paper;
5. Please fill in the contents of the application form truthfully. For false declarations, the applicant must bear corresponding legal responsibilities.

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

I. Basic Information

| | | | | |
|---|---|---|---|---|
| **Information of the Technology Export Operator** | Entity Name and City Located | | | |
| | Nature | 011 State-owned 012 **Private** 013 Sino-foreign equity joint venture (0131 Chinese-controlled, 0132 Foreign-controlled) 014 Wholly foreign-owned enterprise 015 **Sino-foreign cooperative joint venture** | | |
| | Main Business Classification | 021 Trade 022 Production 023 Technology R&D 024 Intermediary Service 025 Other, please specify | | |
| | Registration Time | | Registered Capital | |
| | Mailing Address | | | |
| | Higher Competent Department | (Leave blank if there is no higher competent department) | | |
| | Enterprise Code | | Customs Export Code | |
| | Legal Representative | | Nationality of Legal Representative | |
| | Contact Person | | Telephone/Fax | |
| | E-mail | | Entity Homepage | |
| **Information of the Technology Owner (Fill in this column if exporting through an agent)** | **Entity Name and City Located** | | | |
| | **Enterprise Nature** | **031 State-owned 032 Private 033 Sino-foreign equity joint venture (0331 Chinese-controlled, 0332 Foreign-controlled) 034 Wholly foreign-owned enterprise 035 Sino-foreign cooperative joint venture** | | |
| | **Contact Person** | | **Telephone/Fax** | |
| Basic Information of the Technology Applied for Export | Industry Category | (Fill in with reference to the *Catalogue of Technologies Prohibited or Restricted by China from Export*) | | |
| | Technology Name | (Fill in with reference to the *Catalogue of Technologies Prohibited or Restricted by China from Export*) | | |

BEIJING SPIRIT TRANSLATION CO. LTD.
翻译专用章
TRANSLATION SEAL
<5>

<table>
<tr><td rowspan="6"></td><td>Detailed Technology Name (Chinese and English)</td><td colspan="3"></td></tr>
<tr><td>Control Points</td><td colspan="3">(Fill in with reference to the Catalogue of Technologies Prohibited or Restricted by China from Export)</td></tr>
<tr><td>Whether it belongs to state secret technology</td><td>041 Yes 042 No</td><td>If it is a state secret technology, has it passed the confidentiality review?</td><td>051 Yes 052 No Confidentiality Review Approval No.:</td></tr>
<tr><td>Technology Maturity</td><td colspan="3">061 Laboratory Stage Technology 062 Technology in Pilot Scale or Engineering Stage 063 Technology of Large-scale Production</td></tr>
<tr><td>Whether it has military applications</td><td>071 Yes 072 No</td><td>Whether the technology export is accompanied by the export of relevant resources</td><td>081 Yes 082 No</td></tr>
<tr><td>Whether it is an agency export</td><td>091 Yes 092 No</td><td colspan="2">If it is an agency export, the principal is:</td></tr>
<tr><td rowspan="4">Basic Information of the Technology Applied for Export (Continued)</td><td rowspan="4">Technology Research and Development Situation</td><td rowspan="3">Fill in this column if the technology applied for export is independent research and development</td><td>Source of R&D Funds</td><td>101 Enterprise Self-funded 102 Foreign Investment 103 Chinese Government Investment 104 Bank Loan 105 Other</td></tr>
<tr><td>R&D Cycle</td><td>From MM/YYYY To MM/YYYY</td></tr>
<tr><td>Main Cooperative Entities during the Independent Research and Development Process</td><td>111 Universities 112 Research Institutes 113 Enterprise R&D Centers 114 Other</td></tr>
<tr><td>Fill in this column if the</td><td>Chinese Cooperative or Commissioned Entity</td><td></td></tr>
</table>

BEIJING SPIRIT TRANSLATION CO., LTD.
翻译专用章
TRANSLATION SEAL
<5>

| | | | | |
|---|---|---|---|---|
| | | technology applied for export is cooperative or commissioned R&D | Foreign Cooperative or Commissioned Entity | |
| | | | Responsible Content of the Cooperative or Commissioned Entity | |
| | Status of Intellectual Property Rights | Patent Name | | |
| | | Patent Application and Authorization Time | | |
| | | Know-how and Trade Secret | | |
| | | Owner of Know-how and Trade Secret | | |
| Importer | Name (Chinese, English) | | | |
| | Country, City Located | | | |
| | Business Scope | | | |
| | Relationship with Applicant | | | 121 Parent company of the applicant 122 Long-term partner 123 First-time partner 124 Other |
| | Mailing Address Entity Homepage/E-mail | | | |
| | Contact Telephone/Fax | | | |
| Purpose of Technology Export | 131 To fulfill a technology commission contract 132 To realize technology transfer and obtain technology revenue 133 To drive the export of complete equipment sets via technology export 134 Other, please specify ______ | | | |

II. Detailed Description of the Technology Applied for Export

| |
|---|
| 1. Brief Introduction of Technology<br>(1) Briefly describe the main contents of the technology proposed for export (no more than 1000 words) |

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

| |
|---|
| (2) Main technical indicators (Please attach test data, charts, reports, and other materials of technical indicators to the attachment materials) |
| (3) Compared with similar technologies, the level evaluation of the technology applied for export (no more than 300 words) |

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <5>

2. Mode and Reasons for Technology Export (no more than 300 words)

3. Method and Main Process of Technology Research and Development (If the intellectual property rights of others are used in the research and development process, explain their sources and their role and impact on the research and development of this technology, no more than 500 words)

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必达翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

4. Application Status at Home and Abroad, Development Prospects, and Social and Economic Benefits and Impacts of the Technology (Including impacts on science and technology, economy, culture, etc., no more than 600 words)

5. Commitment

This entity promises that the above filled contents are true, the technology applied for export complies with the laws of the People's Republic of China, does not infringe on the intellectual property rights of others, and the exported technology will not endanger the national security and interests of the People's Republic of China.

Signature (Legal Representative):________________

Seal (Official Seal of the Entity):________________

MM/DD/YYYY

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <5>

III. Opinions of the Examination and Approval Authority

| | |
|---|---|
| **Preliminary Examination Opinions of the Division:**<br><br>**Date:** | **Preliminary Examination Opinions of the Division:**<br><br>**Date:** |
| Director (Deputy Director) of the Science and Technology Department (Commission, Bureau) of ________Province (Municipality, Autonomous Region):<br>Signature:<br>Date:<br>Seal: | Director (Deputy Director) of the Department (Commission, Bureau) of Commerce of _________ ____Province (Municipality, Autonomous Region):<br>Signature:<br>Date:<br>Seal: |
| Ministry of Science and Technology Filing No.: | |
| Ministry of Commerce Filing No.: | |

IV. Technical Materials and Explanatory Materials Required for Examination

1. Technology Commissioned Development Agreement;
2. Technology Cooperative R&D Agreement;
3. Complete Instruction Manual for the Technology Applied for Export;
4. Proof Documents of Intellectual Property Rights;
5. Charts of Main Technical Indicators;
6. Entity Information (Registration, Export Qualifications, etc.);
7. Confidentiality Review Approval;
8. Resource export license documents if the technology export involves the export of relevant resources;
9. Other materials necessary for completing the technical examination.

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

附表 4（样） 编号：___________

# 中国限制出口技术出口申请书

出　　口　　商：（盖章）______________

出口商法定代表人：（签字）______________

申　　请　日　期：　　年　　月　　日

中华人民共和国商务部

中华人民共和国科学技术部制

年　　月　　日

BEIJING SP

# 填 写 要 求

一、请严格按表中要求填写各项，如无相关信息请填写“无”；

二、对于第一部分中的多选栏目，采用在所选项编号上划勾的方式确定；

三、申请书文本中外文名词第一次出现时，要写清全称和缩写，再出现同一词时可以使用缩写；

四、申请书文本请登录商务部“技术进出口信息管理系统”（网址为：jsjckqy.fwmys.mofcom.gov.cn）下载，按规定格式填写好后用 A4 纸打印；

五、请如实填写申请书中的内容，对于不实申报，申请人须承担相应法律责任。

## 一、基本信息

<table>
<tr><td rowspan="10">技术出口经营者信息</td><td>单位名称及所在城市</td><td colspan="3"></td></tr>
<tr><td>性质</td><td colspan="3">011 国有 012 私营 013 中外合资（0131 中方控股，0132 外方控股） 014 外商独资 015 中外合作</td></tr>
<tr><td>主营业务分类</td><td colspan="3">021 贸易 022 生产 023 技术研发 024 中介服务 025 其他，请说明</td></tr>
<tr><td>注册时间</td><td></td><td>注册资金</td><td></td></tr>
<tr><td>通讯地址</td><td colspan="3"></td></tr>
<tr><td>上级主管部门</td><td colspan="3">（若无上级主管部门可不填）</td></tr>
<tr><td>企业代码</td><td></td><td>海关出口代码</td><td></td></tr>
<tr><td>法人代表</td><td></td><td>法人代表国籍</td><td></td></tr>
<tr><td>联系人</td><td></td><td>电话/传真</td><td></td></tr>
<tr><td>E-mail</td><td></td><td>单位主页</td><td></td></tr>
<tr><td rowspan="3">技术所有者信息（通过代理出口，填写本栏）</td><td>单位名称及所在城市</td><td colspan="3"></td></tr>
<tr><td>企业性质</td><td colspan="3">031 国有 032 私营 033 中外合资（0331 中方控股，0332 外方控股） 034 外商独资 035 中外合作</td></tr>
<tr><td>联系人</td><td></td><td>电话/传真</td><td></td></tr>
<tr><td rowspan="5">申请出口技术基本信息</td><td>行业类别</td><td colspan="3">（参照《中国禁止出口限制出口技术目录》填写）</td></tr>
<tr><td>技术名称</td><td colspan="3">（参照《中国禁止出口限制出口技术目录》填写）</td></tr>
<tr><td>技术详细名称（中英文）</td><td colspan="3"></td></tr>
<tr><td>控制要点</td><td colspan="3">（参照《中国禁止出口限制出口技术目录》填写）</td></tr>
<tr><td>是否属于国家秘密技术</td><td>041 是 042 否</td><td>若为国家秘密技术，是否通过保密审查？</td><td>051 是 052 否 保密审查批准书编号：</td></tr>
</table>

<table>
<tr><td rowspan="3"></td><td>技术成熟度</td><td colspan="3">061 实验室阶段技术 062 正处于中试、工程化技术<br>063 已经规模化量产技术</td></tr>
<tr><td>是否具备<br>军事用途</td><td>071 是 072 否</td><td>技术出口是否附带有<br>相关资源出口</td><td>081 是 082 否</td></tr>
<tr><td>是否代理出口</td><td>091 是 092 否</td><td colspan="2">若为代理出口，则委托方是：</td></tr>
</table>

<table>
<tr><td rowspan="10">申请<br>出口<br>技术<br>基本<br>信息<br>（续）</td><td rowspan="6">技术研究开发情况</td><td rowspan="3">申请出口技术为自主研发的填写本栏</td><td>研发资金来源</td><td>101 企业自筹 102 外商投资 103 中国政府投资 104 银行贷款 105 其他</td></tr>
<tr><td>研发周期</td><td>从年月 至年月</td></tr>
<tr><td>自主研发过程中<br>主要合作单位</td><td>111 大学 112 科研院所 113 企业研发中心<br>114 其他</td></tr>
<tr><td rowspan="3">申请出口技术为合作或委托研发的填写本栏</td><td>中国合作<br>或委托单位</td><td></td></tr>
<tr><td>外国合作<br>或委托单位</td><td></td></tr>
<tr><td>合作或委托单位<br>负责内容</td><td></td></tr>
<tr><td rowspan="4">知识产权状况</td><td colspan="2">专利名称</td><td></td></tr>
<tr><td colspan="2">专利申请及授权时间</td><td></td></tr>
<tr><td colspan="2">专有技术秘密</td><td></td></tr>
<tr><td colspan="2">专有技术秘密所有权人</td><td></td></tr>
</table>

<table>
<tr><td rowspan="3">进口商</td><td>名称（中文、英文）</td><td></td></tr>
<tr><td>所在国别、城市</td><td></td></tr>
<tr><td>业务范围</td><td></td></tr>
</table>

<table>
<tr><td rowspan="3"></td><td>与申请人的关系</td><td>121 申请方母公司　122 长期合作伙伴<br>123 首次合作伙伴　124 其他</td></tr>
<tr><td>通讯地址单位主页/E-mail</td><td></td></tr>
<tr><td>联系电话/传真</td><td></td></tr>
<tr><td>技术出口目的</td><td colspan="2">131 履行技术委托合同　132 实现技术转移获得技术收益　133 以技术出口带成套设备出口<br>134 其它，请说明____________</td></tr>
</table>

## 二、申请出口技术详细说明

| |
|---|
| 1．技术简介<br>（1）简要描述拟出口技术的主要内容（不超过 1000 字） |

（2）主要技术指标（技术指标的检测数据、图表和报告等材料请附于附件材料中）

（3）与同类技术比较，申请出口技术的水平评价（不超过 300 字）

2．技术出口方式和理由（不超过 300 字）

3．技术研究开发方式及主要过程（在研究开发过程如果使用了他人知识产权，需说明其来源，以及对本技术研究开发的作用和影响，不超过 500 字）

4．技术在国内外的应用情况、开发前景和社会、经济效益及影响（包括对科技、经济、文化等方面的影响，不超过 600 字）

5．承诺

本单位承诺以上所填内容属实，申请出口的技术符合中华人民共和国法律，无侵犯他人知识产权的情况，所出口的技术不会危害中华人民共和国国家安全和利益。

签字(法人代表)：________________

盖章(单位公章)：________________

______年______月______日

## 三、审查批准机关意见

| | |
|---|---|
| **处室初审意见：**<br><br>**日期：** | **处室初审意见：**<br><br>**日期：** |
| ________省（市、自治区）科技厅（委、局）厅长（副厅长）：<br>签字：<br>日期：<br>盖章： | ________省（市、自治区）商务厅（委、局）厅长（副厅长）：<br>签字：<br>日期：<br>盖章： |
| 科技部备案号： | |
| 商务部备案号： | |

## 四、审查所需要的技术资料及说明材料

1、技术委托开发协议；
2、技术合作研发协议；
3、申请出口技术的完整使用说明书；
4、知识产权证明文件；
5、主要技术指标图表；
6、单位信息（注册、出口资质等）；
7、保密审查批准书；
8、若技术出口涉及到相关资源出口的资源出口许可文件；
9、完成技术审查所需的其他材料。