# YUAN MA
# EXHIBT 9

附表 6（样）

# 中华人民共和国技术出口许可证

TECHNOLOGY EXPORT LICENCE OF THE PEOPLE’S REPUBLIC OF CHINA

<table>
<tr><td>1．技术出口经营者<br>Exporter</td><td colspan="2">2．技术出口许可证号<br>No. of technology export license</td></tr>
<tr><td>3．进口商<br>Importer</td><td colspan="2">4、技术所有方<br>Technology owner</td></tr>
<tr><td colspan="3">5. 技术名称<br>Technology item<br>控制要点<br>Control point<br>编号<br>Code</td></tr>
<tr><td>6．技术秘密等级<br>Technology item</td><td colspan="2">7．技术出口方式<br>Mode of technology export</td></tr>
<tr><td>8．技术出口许可证附件<br>Licence attachments</td><td>清单名称<br>Attachment title</td><td>页数<br>Pages</td></tr>
<tr><td>9．备注：<br>Supplementary detail</td><td colspan="2">10．发证机关签章<br>Issuing authority stamp & signature<br><br>11．批准日期<br>Issuing date</td></tr>
</table>