# YUAN MA
# EXHIBT 10A

来源：服贸司 2022-12-30 20:20

# 关于《中国禁止出口限制出口技术目录》修订 公开征求意见的通知

为加强技术进出口管理，根据《对外贸易法》和《技术进出口管理条例》相关规定，商务部会同科技部等部门对《中国禁止出口限制出口技术目录》（包括商务部、科技部2008年第12号令和商务部、科技部2020年第38号公告，以下简称《目录》）进行了修订。

本次修订拟删除技术条目32项，修改36项，新增7项，修订后《目录》共139项，其中，禁止出口技术24项，限制出口技术115项。此次修订对《目录》进行较大幅度删减，细化部分技术条目控制要点，为加强国际技术合作创造积极条件。

现就《目录》修订向社会公开征求意见，公众可通过以下途径提出意见：

1. 电子邮件：miaoyang@mofcom.gov.cn (mailto:miaoyang@mofcom.gov.cn)；

2. 传真：010-85093148、010-65197926；

3. 信函：北京市东长安街2号商务部服贸司，邮编：100731。

请在电子邮件主题、传真首页和信封上注明“出口目录公开征求意见”。意见反馈截止时间为2023年1月28日。

附件:中国禁止出口限制出口技术目录（征求公众意见版）(/cms_files/oldfile//fms/202212/20221230202136806.wps)

商务部服贸司

2022年12月30日

---

## 在线办事

办事指南 (https://fms.mofcom.gov.cn/bszn/index.html)

技术贸易管理信息 (https://fms.mofcom.gov.cn/zxdt/art/2024/art_a10a121111ba419abb1d829c92cc44ed.html)

服务贸易信息管理应用 (http://fwmyzb.mofcom.gov.cn)

境内举办涉外经济技术展览会办展项目审批 (https://www.mofcom.gov.cn/zwdt/xzxksx/art/2023/art_1bd0cf7ff05d4e389ef0dfd9be05a241.html)

境内举办涉外经济技术展览会办展项目备案 (http://www.mofcom.gov.cn/zwdt/qtywzx/art/2023/art_a7262bd14731440aae9685ff4e0da3e6.html)

国际货运代理企业信息管理 (http://iffe.mofcom.gov.cn/huodai/index.jsp)

家政服务业信息应用 (https://jz.mofcom.gov.cn/jzjc/notice)

商业特许经营备案管理 (http://txjy.syggs.mofcom.gov.cn/)

全国拍卖行业管理 (http://auc.mofcom.gov.cn/auc_new/)

## 关于我们

内设机构 (https://fms.mofcom.gov.cn/gywm/art/2006/art_bf443cbe17c74a6c8b1fe06054794dea.html)

联系方式 (https://fms.mofcom.gov.cn/gywm/art/2006/art_4cff0f04f7b241afa2730bf8cd296eec.html)

## 联系方式

地址：北京东长安街2号

邮编：100731

电话：010-65197355

传真：010-65197926

## 相关链接

中国服务贸易指南网

China Trade In Service

(http://tradeinservices.mofcom.gov.cn/)

(https://gzlynew.mofcom.gov.cn/mzsm/)

主办单位：中华人民共和国商务部

网站管理 网站地图 网站声明 信息统计 怀念旧站 联系我们 内部邮箱

(https://dzsws.mof