# YUAN MA
# EXHIBT 10B

# TRANSLATION CERTIFICATION

Date: 2026/08/21

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Exhibit 6_Notice on Public Consultation on the Revision of the Catalogue of Technologies Prohibited and Restricted from Export of China pdf

Wu You, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Wu You

Signature of Wu You, Managing Director

北京必锐翻译有限责任公司

1101051472562

BEIJING SPIRIT TRANSLATION CO., LTD.

北京必锐翻译有限责任公司

翻译专用章

TRANSLATION SEAL

<5>

Source: Department of Trade in Services 12/30/2022 20:20

**Notice on Publicly Soliciting Opinions on the Revision of the *Catalogue of Technologies Prohibited or Restricted by China from Export***

In order to strengthen the administration of technology import and export, in accordance with the relevant provisions of the *Foreign Trade Law* and the *Regulations on the Administration of Import and Export of Technologies*, the Ministry of Commerce, in conjunction with the Ministry of Science and Technology and other departments, has revised the *Catalogue of Technologies Prohibited or Restricted by China from Export* (including Order No. 12 of 2008 of the Ministry of Commerce and the Ministry of Science and Technology, and Announcement No. 38 of 2020 of the Ministry of Commerce and the Ministry of Science and Technology, hereinafter referred to as the *Catalog*).

This revision intends to delete 32 technology items, modify 36 items, and add 7 items. The revised *Catalog* consists of 139 items in total, including 24 prohibited technology items and 115 restricted technology items. This revision makes substantial deletions to the *Catalog*, refines the control points of some technology items, and creates positive conditions for strengthening international technical cooperation.

Opinions are now publicly solicited from society on the revision of the *Catalog*. The public may submit opinions through the following channels:

1. Email: miaoyang@mofcom.gov.cn (mailto: miaoyang@mofcom.gov.cn);

2. Fax: 010-85093148, 010-65197926;

3. Mail: Department of Trade in Services, Ministry of Commerce, No. 2 East Chang'an Avenue, Beijing, Postal Code: 100731.

Please indicate "Public Solicitation of Opinions on Export Catalog" in the email subject, on the fax cover page, and on the envelope. The deadline for feedback is January 28, 2023.

Attachment: *Catalogue of Technologies Prohibited or Restricted by China from Export* (Version for Soliciting Public Opinions) (/cms_files/oldfile//fms/202212/20221230202136806.wps)

Department of Trade in Services, Ministry of Commerce

December 30, 2022

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <5>

**Online Services**

Service Guide (https://fms.mofcom.gov.cn/bszn/index.html)

Technology Trade Management Information

(https://fms.mofcom.gov.cn/zxdt/art/2024/art_a10a121111ba419abb1d829c92cc44ed.html)

Trade in Services Information Management Application (http://fwmyzb.mofcom.gov.cn)

Examination and Approval of Hosting Foreign-related Economic and Technical Exhibition Projects in China

(https://www.mofcom.gov.cn/zwdt/xzxksx/art/2023/art_1bd0cf7ff05d4e389ef0dfd9be05a241.html)

Filing of Hosting Foreign-related Economic and Technical Exhibition Projects in China

(http://www.mofcom.gov.cn/zwdt/qtywzx/art/2023/art_a7262bd14731440aae9685ff4e0da3e6.html)

International Freight Forwarding Enterprise Information Management (http://iffe.mofcom.gov.cn/huodai/index.jsp)

Domestic Service Industry Information Application (https://jz.mofcom.gov.cn/jzjc/notice)

Commercial Franchise Filing Management (http://txjy.syggs.mofcom.gov.cn/)

National Auction Industry Management (http://auc.mofcom.gov.cn/auc_new/)

**About Us**

---

Internal Institutions
(https://fms.mofcom.gov.cn/gywm/art/2006/art_bf443cbe17c74a6c8b1fe06054794dea.html)

Contact Information
(https://fms.mofcom.gov.cn/gywm/art/2006/art_4cff0f04f7b241afa2730bf8cd296eec.html)

**Contact Information**

---

Address: No. 2 East Chang'an Avenue, Beijing

Postal Code: 100731

Telephone: 010-65197355

Fax: 010-65197926

**Related Links**

---

## China Trade In Service

(http://tradeinservices.mofcom.gov.cn/)

(https://gzlynew.mofcom.gov.cn/mzsm/)

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

Host: Ministry of Commerce People's Republic of China

| Website Management | Website Map | Website Statement | Information Statistics | Miss the Old Website | Contact Us | Internal Email |
|---|---|---|---|---|---|---|

(https://dzsws.mof

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

来源：服贸司 2022-12-30 20:20

# 关于《中国禁止出口限制出口技术目录》修订 公开征求意见的通知

为加强技术进出口管理，根据《对外贸易法》和《技术进出口管理条例》相关规定，商务部会同科技部等部门对《中国禁止出口限制出口技术目录》（包括商务部、科技部2008年第12号令和商务部、科技部2020年第38号公告，以下简称《目录》）进行了修订。

本次修订拟删除技术条目32项，修改36项，新增7项，修订后《目录》共139项，其中，禁止出口技术24项，限制出口技术115项。此次修订对《目录》进行较大幅度删减，细化部分技术条目控制要点，为加强国际技术合作创造积极条件。

现就《目录》修订向社会公开征求意见，公众可通过以下途径提出意见：

1. 电子邮件：miaoyang@mofcom.gov.cn (mailto:miaoyang@mofcom.gov.cn)；

2. 传真：010-85093148、010-65197926；

3. 信函：北京市东长安街2号商务部服贸司，邮编：100731。

请在电子邮件主题、传真首页和信封上注明“出口目录公开征求意见”。意见反馈截止时间为2023年1月28日。

附件:中国禁止出口限制出口技术目录（征求公众意见版）(/cms_files/oldfile//fms/202212/20221230202136806.wps)

商务部服贸司

2022年12月30日

---

## 在线办事

办事指南 (https://fms.mofcom.gov.cn/bszn/index.html)

技术贸易管理信息 (https://fms.mofcom.gov.cn/zxdt/art/2024/art_a10a121111ba419abb1d829c92cc44ed.html)

服务贸易信息管理应用 (http://fwmyzb.mofcom.gov.cn)

境内举办涉外经济技术展览会办展项目审批 (https://www.mofcom.gov.cn/zwdt/xzxksx/art/2023/art_1bd0cf7ff05d4e389ef0dfd9be05a241.html)

境内举办涉外经济技术展览会办展项目备案 (http://www.mofcom.gov.cn/zwdt/qtywzx/art/2023/art_a7262bd14731440aae9685ff4e0da3e6.html)

国际货运代理企业信息管理 (http://iffe.mofcom.gov.cn/huodai/index.jsp)

家政服务业信息应用 (https://jz.mofcom.gov.cn/jzjc/notice)

商业特许经营备案管理 (http://txjy.syggs.mofcom.gov.cn/)

全国拍卖行业管理 (http://auc.mofcom.gov.cn/auc_new/)

## 关于我们

内设机构 (https://fms.mofcom.gov.cn/gywm/art/2006/art_bf443cbe17c74a6c8b1fe06054794dea.html)

联系方式 (https://fms.mofcom.gov.cn/gywm/art/2006/art_4cff0f04f7b241afa2730bf8cd296eec.html)

## 联系方式

地址：北京东长安街2号

邮编：100731

电话：010-65197355

传真：010-65197926

**相关链接**

中国服务贸易指南网

China Trade In Service

(http://tradeinservices.mofcom.gov.cn/)

(https://gzlynew.mofcom.gov.cn/mzsm/)

主办单位：中华人民共和国商务部

网站管理 网站地图 网站声明 信息统计 怀念旧站 联系我们 内部邮箱

(https://dzsws.mof