# YUAN MA
# EXHIBT 11B

# TRANSLATION CERTIFICATION

Date: 2026/08/21

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Exhibit 7_Civil Procedure Law of the People's Republic of China.pdf

Wu You, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Wu You

Signature of Wu You, Managing Director

BEIJING SPIRIT TRANSLATION CO., LTD.
TRANSLATION SEAL

**Civil Procedure Law of the People's Republic of China (2023 Revision)**

**Issuing Authority:** Standing Committee of the National People's Congress

**Release Date:** September 1, 2023

**Effective Date:** January 1, 2024

**Timeliness:** Currently Effective

---

## Civil Procedure Law of the People's Republic of China

(Adopted at the Fourth Session of the Seventh National People's Congress on April 9, 1991; amended for the first time in accordance with the *Decision on Amending the Civil Procedure Law of the People's Republic of China* adopted at the 30th Session of the Standing Committee of the Tenth National People's Congress on October 28, 2007; amended for the second time in accordance with the *Decision on Amending the Civil Procedure Law of the People's Republic of China* adopted at the 28th Session of the Standing Committee of the Eleventh National People's Congress on August 31, 2012; amended for the third time in accordance with the *Decision on Amending the Civil Procedure Law of the People's Republic of China and the Administrative Litigation Law of the People's Republic of China* adopted at the 28th Session of the Standing Committee of the Twelfth National People's Congress on June 27, 2017; amended for the fourth time in accordance with the *Decision on Amending the Civil Procedure Law of the People's Republic of China* adopted at the 32nd Session of the Standing Committee of the Thirteenth National People's Congress on December 24, 2021; amended for the fifth time in accordance with the *Decision on Amending the Civil Procedure Law of the People's Republic of China* adopted at the 5th Session of the Standing Committee of the Fourteenth National People's Congress on September 1, 2023)

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <5>

## Part I General Provisions

### Chapter I Tasks, Scope of Application, and Basic Principles

**Article 1** The *Civil Procedure Law of the People's Republic of China* is formulated on the basis of the Constitution and in light of the experience and actual conditions of civil trial work in our country.

**Article 2** The tasks of the *Civil Procedure Law of the People's Republic of China* are to protect the exercise of litigation rights by the parties, ensure that the people's courts ascertain facts, distinguish right from wrong, apply the law correctly, try civil cases in a timely manner, confirm property relations and personal relations involving civil rights and obligations, sanction civil illegal acts, protect the lawful rights and interests of the parties, educate citizens to consciously abide by the law, maintain social and economic order, and guarantee the smooth progress of the socialist construction cause.

**Article 3** The provisions of this Law shall apply to civil litigation instituted by citizens, legal persons, or other organizations against one another, or among themselves over property relations and personal relations, which are accepted by the people's courts.

**Article 4** Whoever engages in civil litigation within the territory of the People's Republic of China must abide by this Law.

**Article 5** Foreigners, stateless persons, foreign enterprises and organizations that institute or respond to lawsuits in the people's courts shall have the same litigation rights and obligations as citizens, legal persons, and other organizations of the People's Republic of China.

Where foreign courts impose restrictions on the civil litigation rights of citizens, legal persons, and other organizations of the People's Republic of China, the people's courts of the People's Republic of China shall apply the principle of reciprocity regarding the civil litigation rights of the citizens, enterprises, and organizations of those countries.

**Article 6** The adjudicative power over civil cases shall be exercised by the people's courts.

The people's courts shall try civil cases independently in accordance with the law, and shall not be subject to interference by any administrative organ, social organization, or individual.

**Article 7** When trying civil cases, the people's courts must base themselves on facts and take the law as the criterion.

**Article 8** The parties to a civil litigation shall have equal litigation rights. When trying civil cases, the people's courts shall safeguard and facilitate the parties in exercising their litigation rights, and shall treat the parties equally in the application of the law.

**Article 9** When trying civil cases, the people's courts shall conduct mediation based on the principles of voluntariness and lawfulness; if mediation fails, judgments shall be rendered in a timely manner.

**Article 10** When trying civil cases, the people's courts shall implement the systems of a collegial panel, withdrawal, public trial, and the two-tier appellate system in accordance with the provisions of the law.

**Article 11** Citizens of all nationalities shall have the right to engage in civil litigation using their spoken and written languages.

In areas where people of an ethnic minority live in concentrated communities or where a number of nationalities live together, the people's courts shall conduct trials and issue legal documents in the commonly used spoken and written languages of the local nationalities.

The people's courts shall provide translations for litigation participants who are not proficient in the commonly used spoken and written languages of the local nationalities.

**Article 12** When the people's courts try civil cases, the parties have the right to debate.

**Article 13** Civil litigation shall adhere to the principle of good faith.

The parties have the right to dispose of their civil rights and litigation rights within the scope prescribed by law.

**Article 14** The people's procuratorates have the right to exercise legal supervision over civil litigation.

**Article 15** State organs, social organizations, enterprises, and public institutions may support injured units or individuals to institute lawsuits in the people's courts against acts that harm the civil rights and interests of the state, collectives, or individuals.

**Article 16** With the consent of the parties, civil litigation activities may be conducted online via an information network platform.

Civil litigation activities conducted online via an information network platform shall have the same legal effect as offline litigation activities.



BEIJING SPIRIT TRANSLATION CO. LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION

**Article 58** For conduct that pollutes the environment, infringes upon the lawful rights and interests of a large number of consumers, or otherwise prejudices the public interest, the authorities and relevant organizations prescribed by law may institute public interest litigation in the people's court.

If, in the course of performing their duties, the people's procuratorates discover acts that undermine the ecological environment and resource protection, infringe upon the lawful rights and interests of a large number of consumers in the field of food and drug safety, or otherwise prejudice the public interest, they may institute public interest litigation in the people's court if there are no authorities or organizations prescribed in the preceding paragraph or if the authorities or organizations prescribed in the preceding paragraph do not institute lawsuits. Where the authorities or organizations prescribed in the preceding paragraph institute lawsuits, the people's procuratorates may support the prosecution.

**Article 59** If a third party claims an independent claim regarding the object of action between the two parties, it has the right to institute a lawsuit.

If a third party does not claim an independent claim regarding the object of action between the two parties, but the outcome of the case will affect its legal interests, it may apply to participate in the litigation, or the people's court may notify it to participate. A third party judged by the people's court to bear civil liability shall have the litigation rights and obligations of a party.

If the third party prescribed in the preceding two paragraphs fails to participate in the litigation due to reasons not attributable to itself, but has evidence proving that the legally effective judgment, ruling, or mediation statement is wholly or partially erroneous and harms its civil rights and interests, it may, within six months from the date when it knows or should know that its civil rights and interests are harmed, institute a lawsuit in the people's court that made the judgment, ruling, or mediation statement. If the people's court, upon trial, finds the litigation request established, it shall alter or revoke the original judgment, ruling, or mediation statement; if the litigation request is not established, it shall dismiss the litigation request.

### Section II Agent Ad Litem

**Article 60** A person without capacity for civil litigation shall be represented in litigation by his or her guardian as the statutory agent. If the statutory agents shift the agency responsibility onto one another, the people's court shall appoint one of them to act as the agent ad litem.

**Article 61** A party or a statutory agent may entrust one or two persons to act as his or her agent ad litem.

The following persons may be entrusted as an agent ad litem:

(1) Lawyers and grass-roots legal service workers;

(2) Close relatives or staff members of the party;

(3) Citizens recommended by the community or unit to which the party belongs, or by relevant social organizations.

**Article 62** To entrust another person to act as a representative in litigation, a power of attorney signed or sealed by the principal must be submitted to the people's court.

The power of attorney must clearly specify the entrusted matters and the scope of authority. An agent ad litem must obtain special authorization from the principal to acknowledge, waive, or alter litigation requests, to reach a settlement, to file a counterclaim, or to file an appeal on behalf of the principal.

A power of attorney mailed or delivered by a citizen of the People's Republic of China residing abroad must be certified by the embassy or consulate of the People's Republic of China stationed in that country; if there is no embassy or consulate, it shall be certified by the embassy or consulate of a third country that has diplomatic relations with the People's Republic of China stationed in that country and then transferred for certification by the embassy or consulate of the People's Republic of China stationed in that third country, or be certified by a local patriotic overseas Chinese organization.

**Article 63** If the authority of an agent ad litem is altered or revoked, the party shall inform the people's court in writing, and the people's court shall notify the opposing party.

**Article 64** Lawyers and other agents ad litem representing clients in litigation have the right to investigate and collect evidence, and may consult materials relating to the case. The scope and measures for consulting materials relating to the case shall be prescribed by the Supreme People's Court.

**Article 65** In a divorce case where there is an agent ad litem, the party concerned shall still appear in court, unless he or she is incapable of expressing his or her will; if the party is genuinely unable to appear in court due to special circumstances, a written opinion must be submitted to the people's court.

## Chapter VI Evidence

**Article 66** Evidence includes:

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL (5)

(1) Statements of the Parties;

(2) Documentary Evidence;

(3) Physical Evidence;

(4) Audio-visual Materials;

(5) Electronic Data;

(6) Witness Testimony;

(7) Expert Opinion;

(8) Record of Inspection.

Evidence must be verified as true before it can be used as the basis for ascertaining facts.

**Article 67** A party bears the responsibility to provide evidence for his or her own claims.

For evidence that a party and his or her agent ad litem cannot collect themselves due to objective reasons, or evidence that the people's court considers necessary for the trial of the case, the people's court shall investigate and collect it.

The people's court shall comprehensively and objectively examine and verify evidence in accordance with legal procedures.

**Article 68** A party shall promptly provide evidence for his or her own claims.

The people's court shall, based on the claims of the parties and the circumstances of the case trial, determine the evidence to be provided by the parties and the deadline for doing so. If a party has genuine difficulty in providing evidence within the deadline, he or she may apply to the people's court for an extension, and the people's court may appropriately extend the deadline based on the application of the party. If a party provides evidence after the deadline, the people's court shall order him or her to explain the reasons; if the party refuses to explain the reasons or the reasons are untenable, the people's court may, depending on the circumstances, refuse to adopt the evidence, or adopt the evidence but reprimand or fine the party.

**Article 69** Upon receiving evidentiary materials submitted by a party, the people's court shall issue a receipt stating the name, number of pages, number of copies, original or photocopy of the evidence, time of receipt, and other details, and it shall be signed or sealed by the handler.

**Article 70** The people's court has the right to investigate and collect evidence from relevant units and individuals, and the relevant units and individuals shall not refuse.

The people's court shall ascertain the authenticity of the certifying documents provided by relevant units and individuals and examine and determine their validity.

**Article 71** Evidence shall be presented in court and subject to cross-examination by the parties. Evidence involving state secrets, commercial secrets, and personal privacy shall be kept confidential; if it needs to be presented in court, it shall not be presented in public sessions.

**Article 72** The people's court shall take legal facts and documents proved through legal notarization procedures as the basis for ascertaining facts, unless there is contrary evidence sufficient to overturn the notarial certification.

**Article 73** For documentary evidence, the original document shall be submitted. For physical evidence, the original object shall be submitted. If it is genuinely difficult to submit the original document or object, reproductions, photographs, copies, or excerpts may be submitted.

When submitting documentary evidence in a foreign language, a Chinese translation must be attached.

**Article 74** The people's court shall ascertain the authenticity of audio-visual materials and, in conjunction with other evidence in the case, examine and determine whether they can be used as the basis for ascertaining facts.

**Article 75** Any unit or individual who knows the circumstances of a case has the obligation to appear in court to testify. The persons in charge of relevant units shall support witnesses to testify.

Persons incapable of expressing their will properly cannot testify.

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<5>

# 中华人民共和国民事诉讼法（2023 修正）

**发 文 机 关:**全国人民代表大会常务委员会

**发 布 日 期:**2023.09.01

**生 效 日 期:**2024.01.01

**时 效 性:**现行有效

## 中华人民共和国民事诉讼法

（1991 年 4 月 9 日第七届全国人民代表大会第四次会议通过根据 2007 年 10 月 28 日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正根据 2012 年 8 月 31 日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正根据 2017 年 6 月 27 日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正根据 2021 年 12 月 24 日第十三届全国人民代表大会常务委员会第三十二次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第四次修正根据 2023 年 9 月 1 日第十四届全国人民代表大会常务委员会第五次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第五次修正）

BEIJING SPIRIT 北京思 翻 TRAN

# 第一编 总 则

## 第一章 任务、适用范围和基本原则

**第一条** 中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。

**第二条** 中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

**第三条** 人民法院受理公民之间、法人之间、其他组织之间以及他们相互之间因财产关系和人身关系提起的民事诉讼，适用本法的规定。

**第四条** 凡在中华人民共和国领域内进行民事诉讼，必须遵守本法。

**第五条** 外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，同中华人民共和国公民、法人和其他组织有同等的诉讼权利义务。

外国法院对中华人民共和国公民、法人和其他组织的民事诉讼权利加以限制的，中华人民共和国人民法院对该国公民、企业和组织的民事诉讼权利，实行对等原则。

**第六条** 民事案件的审判权由人民法院行使。

人民法院依照法律规定对民事案件独立进行审判，不受行政机关、社会团体和个人的干涉。

**第七条** 人民法院审理民事案件，必须以事实为根据，以法律为准绳。

**第八条** 民事诉讼当事人有平等的诉讼权利。人民法院审理民事案件，应当保障和便利当事人行使诉讼权利，对当事人在适用法律上一律平等。

**第九条** 人民法院审理民事案件，应当根据自愿和合法的原则进行调解；调解不成的，应当及时判决。

**第十条** 人民法院审理民事案件，依照法律规定实行合议、回避、公开审判和两审终审制度。

**第十一条** 各民族公民都有用本民族语言、文字进行民事诉讼的权利。

在少数民族聚居或者多民族共同居住的地区，人民法院应当用当地民族通用的语言、文字进行审理和发布法律文书。

人民法院应当对不通晓当地民族通用的语言、文字的诉讼参与人提供翻译。

**第十二条** 人民法院审理民事案件时，当事人有权进行辩论。

**第十三条** 民事诉讼应当遵循诚信原则。

当事人有权在法律规定的范围内处分自己的民事权利和诉讼权利。

**第十四条** 人民检察院有权对民事诉讼实行法律监督。

**第十五条** 机关、社会团体、企业事业单位对损害国家、集体或者个人民事权益的行为，可以支持受损害的单位或者个人向人民法院起诉。

**第十六条** 经当事人同意，民事诉讼活动可以通过信息网络平台在线进行。

民事诉讼活动通过信息网络平台在线进行的，与线下诉讼活动具有同等法律效力。

**第五十八条** 对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，法律规定的机关和有关组织可以向人民法院提起诉讼。

人民检察院在履行职责中发现破坏生态环境和资源保护、食品药品安全领域侵害众多消费者合法权益等损害社会公共利益的行为，在没有前款规定的机关和组织或者前款规定的机关和组织不提起诉讼的情况下，可以向人民法院提起诉讼。前款规定的机关或者组织提起诉讼的，人民检察院可以支持起诉。

**第五十九条** 对当事人双方的诉讼标的，第三人认为有独立请求权的，有权提起诉讼。

对当事人双方的诉讼标的，第三人虽然没有独立请求权，但案件处理结果同他有法律上的利害关系的，可以申请参加诉讼，或者由人民法院通知他参加诉讼。人民法院判决承担民事责任的第三人，有当事人的诉讼权利义务。

前两款规定的第三人，因不能归责于本人的事由未参加诉讼，但有证据证明发生法律效力的判决、裁定、调解书的部分或者全部内容错误，损害其民事权益的，可以自知道或者应当知道其民事权益受到损害之日起六个月内，向作出该判决、裁定、调解书的人民法院提起诉讼。人民法院经审理，诉讼请求成立的，应当改变或者撤销原判决、裁定、调解书；诉讼请求不成立的，驳回诉讼请求。

**第二节 诉讼代理人**

**第六十条** 无诉讼行为能力人由他的监护人作为法定代理人代为诉讼。法定代理人之间互相推诿代理责任的，由人民法院指定其中一人代为诉讼。

**第六十一条** 当事人、法定代理人可以委托一至二人作为诉讼代理人。

下列人员可以被委托为诉讼代理人：

（一）律师、基层法律服务工作者；

（二）当事人的近亲属或者工作人员；

（三）当事人所在社区、单位以及有关社会团体推荐的公民。

**第六十二条** 委托他人代为诉讼，必须向人民法院提交由委托人签名或者盖章的授权委托书。

授权委托书必须记明委托事项和权限。诉讼代理人代为承认、放弃、变更诉讼请求，进行和解，提起反诉或者上诉，必须有委托人的特别授权。

侨居在国外的中华人民共和国公民从国外寄交或者托交的授权委托书，必须经中华人民共和国驻该国的使领馆证明；没有使领馆的，由与中华人民共和国有外交关系的第三国驻该国的使领馆证明，再转由中华人民共和国驻该第三国使领馆证明，或者由当地的爱国华侨团体证明。

**第六十三条** 诉讼代理人的权限如果变更或者解除，当事人应当书面告知人民法院，并由人民法院通知对方当事人。

**第六十四条** 代理诉讼的律师和其他诉讼代理人有权调查收集证据，可以查阅本案有关材料。查阅本案有关材料的范围和办法由最高人民法院规定。

**第六十五条** 离婚案件有诉讼代理人的，本人除不能表达意思的以外，仍应出庭；确因特殊情况无法出庭的，必须向人民法院提交书面意见。

**第六章 证 据**

**第六十六条** 证据包括：

（一）当事人的陈述；

（二）书证；

（三）物证；

（四）视听资料；

（五）电子数据；

（六）证人证言；

（七）鉴定意见；

（八）勘验笔录。

证据必须查证属实，才能作为认定事实的根据。

**第六十七条** 当事人对自己提出的主张，有责任提供证据。

当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。

人民法院应当按照法定程序，全面地、客观地审查核实证据。

**第六十八条** 当事人对自己提出的主张应当及时提供证据。

人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。

**第六十九条** 人民法院收到当事人提交的证据材料，应当出具收据，写明证据名称、页数、份数、原件或者复印件以及收到时间等，并由经办人员签名或者盖章。

**第七十条** 人民法院有权向有关单位和个人调查取证，有关单位和个人不得拒绝。

人民法院对有关单位和个人提出的证明文书，应当辨别真伪，审查确定其效力。

**第七十一条** 证据应当在法庭上出示，并由当事人互相质证。对涉及国家秘密、商业秘密和个人隐私的证据应当保密，需要在法庭出示的，不得在公开开庭时出示。

**第七十二条** 经过法定程序公证证明的法律事实和文书，人民法院应当作为认定事实的根据，但有相反证据足以推翻公证证明的除外。

**第七十三条** 书证应当提交原件。物证应当提交原物。提交原件或者原物确有困难的，可以提交复制品、照片、副本、节录本。

提交外文书证，必须附有中文译本。

**第七十四条** 人民法院对视听资料，应当辨别真伪，并结合本案的其他证据，审查确定能否作为认定事实的根据。

**第七十五条** 凡是知道案件情况的单位和个人，都有义务出庭作证。有关单位的负责人应当支持证人作证。

不能正确表达意思的人，不能作证。