# YUAN MA
# EXHIBT 12A

# 最高人民法院关于适用《中华人民共和国民事诉讼法》的解释（2022修正）

**发　文　机　关:**最高人民法院

**发　布　日　期:**2022.04.01

**生　效　日　期:**2022.04.10

**时　　效　　性:**现行有效

## 目 录

一、管辖
二、回避
三、诉讼参加人
四、证据
五、期间和送达
六、调解
七、保全和先予执行
八、对妨害民事诉讼的强制措施
九、诉讼费用
十、第一审普通程序
十一、简易程序
十二、简易程序中的小额诉讼
十三、公益诉讼
十四、第三人撤销之诉
十五、执行异议之诉
十六、第二审程序
十七、特别程序
十八、审判监督程序
十九、督促程序
二十、公示催告程序
二十一、执行程序
二十二、涉外民事诉讼程序的特别规定
**二十三、附则**

**最高人民法院关于适用《中华人民共和国民事诉讼法》的解释（2022 修正）**

（2014 年 12 月 18 日最高人民法院审判委员会第 1636 次会议通过；根据 2020 年 12 月 23 日最高人民法院审判委员会第 1823 次会议通过的《最高人民法院关于修改〈最高人民法院关于人民法院民事调解工作若干问题的规定〉等十九件民事诉讼类司法解释的决定》第一次修正；根据 2022 年 3 月 22 日最高人民法院审判委员会第 1866 次会议通过的《最高人民法院关于修改〈最高人民法院关于适用《中华人民共和国民事诉讼法》的解释〉的决定》第二次修正，该修正自 2022 年 4 月 10 日起施行）

2012 年 8 月 31 日，第十一届全国人民代表大会常务委员会第二十八次会议审议通过了《关于修改〈中华人民共和国民事诉讼法〉的决定》。根据修改后的民事诉讼法，结合人民法院民事审判和执行工作实际，制定本解释。

**一、管辖**

**第一条**　民事诉讼法第十九条第一项规定的重大涉外案件，包括争议标的额大的案件、案情复杂的案件，或者一方当事人人数众多等具有重大影响的案件。

**第二条**　专利纠纷案件由知识产权法院、最高人民法院确定的中级人民法院和基层人民法院管辖。

海事、海商案件由海事法院管辖。

**第三条**　公民的住所地是指公民的户籍所在地，法人或者其他组织的住所地是指法人或者其他组织的主要办事机构所在地。

法人或者其他组织的主要办事机构所在地不能确定的，法人或者其他组织的注册地或者登记地为住所地。

**第四条**　公民的经常居住地是指公民离开住所地至起诉时已连续居住一年以上的地方，但公民住院就医的地方除外。

**第五条**　对没有办事机构的个人合伙、合伙型联营体提起的诉讼，由被告注册登记地人民法院管辖。没有注册登记，几个被告又不在同一辖区的，被告住所地的人民法院都有管辖权。

**第六条**　被告被注销户籍的，依照民事诉讼法第二十三条规定确定管辖；原告、被告均被注销户籍的，由被告居住地人民法院管辖。

**第七条**　当事人的户籍迁出后尚未落户，有经常居住地的，由该地人民法院管辖；没有经常居住地的，由其原户籍所在地人民法院管辖。

**第八条**　双方当事人都被监禁或者被采取强制性教育措施的，由被告原住所地人民法院管辖。被告被监禁或者被采取强制性教育措施一年以上的，由被告被监禁地或者被采取强制性教育措施地人民法院管辖。

**第九条**　追索赡养费、扶养费、抚养费案件的几个被告住所地不在同一辖区的，可以由原告住所地人民法院管辖。

**第十条**　不服指定监护或者变更监护关系的案件，可以由被监护人住所地人民法院管辖。

**第十一条**　双方当事人均为军人或者军队单位的民事案件由军事法院管辖。

**第八十三条**　在诉讼中，无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。事先没有确定监护人的，可以由有监护资格的人协商确定；协商不成的，由人民法院在他们之中指定诉讼中的法定代理人。当事人没有民法典第二十七条、第二十八条规定的监护人的，可以指定民法典第三十二条规定的有关组织担任诉讼中的法定代理人。

**第八十四条**　无民事行为能力人、限制民事行为能力人以及其他依法不能作为诉讼代理人的，当事人不得委托其作为诉讼代理人。

**第八十五条**　根据民事诉讼法第六十一条第二款第二项规定，与当事人有夫妻、直系血亲、三代以内旁系血亲、近姻亲关系以及其他有抚养、赡养关系的亲属，可以当事人近亲属的名义作为诉讼代理人。

**第八十六条**　根据民事诉讼法第六十一条第二款第二项规定，与当事人有合法劳动人事关系的职工，可以当事人工作人员的名义作为诉讼代理人。

**第八十七条**　根据民事诉讼法第六十一条第二款第三项规定，有关社会团体推荐公民担任诉讼代理人的，应当符合下列条件：

(一)社会团体属于依法登记设立或者依法免予登记设立的非营利性法人组织；

(二)被代理人属于该社会团体的成员，或者当事人一方住所地位于该社会团体的活动地域；

(三)代理事务属于该社会团体章程载明的业务范围；

(四)被推荐的公民是该社会团体的负责人或者与该社会团体有合法劳动人事关系的工作人员。

专利代理人经中华全国专利代理人协会推荐，可以在专利纠纷案件中担任诉讼代理人。

**第八十八条**　诉讼代理人除根据民事诉讼法第六十二条规定提交授权委托书外，还应当按照下列规定向人民法院提交相关材料：

(一)律师应当提交律师执业证、律师事务所证明材料；

(二)基层法律服务工作者应当提交法律服务工作者执业证、基层法律服务所出具的介绍信以及当事人一方位于本辖区内的证明材料；

(三)当事人的近亲属应当提交身份证件和与委托人有近亲属关系的证明材料；

(四)当事人的工作人员应当提交身份证件和与当事人有合法劳动人事关系的证明材料；

(五)当事人所在社区、单位推荐的公民应当提交身份证件、推荐材料和当事人属于该社区、单位的证明材料；

(六)有关社会团体推荐的公民应当提交身份证件和符合本解释第八十七条规定条件的证明材料。

**第八十九条**　当事人向人民法院提交的授权委托书，应当在开庭审理前送交人民法院。授权委托书仅写“全权代理”而无具体授权的，诉讼代理人无权代为承认、放弃、变更诉讼请求，进行和解，提出反诉或者提起上诉。

适用简易程序审理的案件，双方当事人同时到庭并径行开庭审理的，可以当场口头委托诉讼代理人，由人民法院记入笔录。

**四、证据**

**第九十条**　当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实，应当提供证据加以证明，但法律另有规定的除外。

在作出判决前，当事人未能提供证据或者证据不足以证明其事实主张的，由负有举证证明责任的当事人承担不利的后果。

**第九十一条** 人民法院应当依照下列原则确定举证证明责任的承担，但法律另有规定的除外：

(一) 主张法律关系存在的当事人，应当对产生该法律关系的基本事实承担举证证明责任；

(二) 主张法律关系变更、消灭或者权利受到妨害的当事人，应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。

**第九十二条** 一方当事人在法庭审理中，或者在起诉状、答辩状、代理词等书面材料中，对于己不利的事实明确表示承认的，另一方当事人无需举证证明。

对于涉及身份关系、国家利益、社会公共利益等应当由人民法院依职权调查的事实，不适用前款自认的规定。

自认的事实与查明的事实不符的，人民法院不予确认。

**第九十三条** 下列事实，当事人无须举证证明：

(一) 自然规律以及定理、定律；

(二) 众所周知的事实；

(三) 根据法律规定推定的事实；

(四) 根据已知的事实和日常生活经验法则推定出的另一事实；

(五) 已为人民法院发生法律效力的裁判所确认的事实；

(六) 已为仲裁机构生效裁决所确认的事实；

(七) 已为有效公证文书所证明的事实。

前款第二项至第四项规定的事实，当事人有相反证据足以反驳的除外；第五项至第七项规定的事实，当事人有相反证据足以推翻的除外。

**第九十四条** 民事诉讼法第六十七条第二款规定的当事人及其诉讼代理人因客观原因不能自行收集的证据包括：

(一) 证据由国家有关部门保存，当事人及其诉讼代理人无权查阅调取的；

(二) 涉及国家秘密、商业秘密或者个人隐私的；

(三) 当事人及其诉讼代理人因客观原因不能自行收集的其他证据。

当事人及其诉讼代理人因客观原因不能自行收集的证据，可以在举证期限届满前书面申请人民法院调查收集。

**第九十五条** 当事人申请调查收集的证据，与待证事实无关联、对证明待证事实无意义或者其他无调查收集必要的，人民法院不予准许。

**第九十六条** 民事诉讼法第六十七条第二款规定的人民法院认为审理案件需要的证据包括：

(一) 涉及可能损害国家利益、社会公共利益的；

(二) 涉及身份关系的；

(三) 涉及民事诉讼法第五十八条规定诉讼的；

(四) 当事人有恶意串通损害他人合法权益可能的；