**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>APPLE INC.,<br><br>*Defendant*. | Case No. 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF COBBLESTONE WIRELESS, LLC.'S NOTICE OF FILING REDACTED PUBLIC VERSIONS OF PLAINTIFF'S RULE 44.1 DECLARATIONS**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") hereby files redacted public versions of the following Rule 44.1 Declarations, previously filed under seal:

- The Declaration of Yuan Ma regarding Chinese Export Controls (*see* Dkt. 199)
- The Declaration of Eunice Wu regarding Chinese Law affecting the ownership of the '347 Patent (*see* Dkt. 200)

Dated: August 25, 2026

Respectfully submitted,

*/s/ Peter Tong*

Marc Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Benjamin T. Wang
CA State Bar No. 228712
Email: bwang@raklaw.com
Brian Ledahl
CA State Bar No. 186579
Email: bledahl@raklaw.com
Dale Chang

CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
James N. Pickens
CA State Bar No. 307474
Email: jpickens@raklaw.com
Minna Jay
CA State Bar No. 305941
Email: mjay@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
Christian W. Conkle
CA State Bar No. 306374
Email: cconkle@raklaw.com
Joshua Scheufler
TX State Bar No. 24123406
Email: jscheufler@raklaw.com
Mackenzie Paladino
NY State Bar No: 6039366
Email: mpaladino@raklaw.com
Matthew Aichele
VA State Bar No. 77821
Email: maichele@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
TX Bar No. 24119042
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: 310-826-7474
Email: ptong@raklaw.com

## CERTIFICATE OF SERVICE

I certify that on August 25, 2026, a true and correct copy of the foregoing document was electronically filed with the Court via ECF and served on all parties of record.

*/s/Peter Tong*
Peter Tong