FILED

AUG 24 2026

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY Det
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA AND PECOS DIVISIONS**

§
§
§

**STANDING ORDER REGARDING FILING DOCUMENTS UNDER SEAL AND REDACTED PUBLIC VERSIONS**

This Order applies to all patent cases pending before the undersigned. As a public forum, the Court has a policy of providing to the public full access to documents filed with the Court. Because parties in patent cases routinely file confidential information, this Order grants leave for any party in a patent case to file materials containing confidential information under seal. Parties need not file a separate motion for leave.

The filing party shall file a publicly available, redacted version of any motion or pleading filed under seal within seven days. The parties need not file redacted versions of exhibits to such documents. Exhibits that are nonconfidential in their entirety should not be filed under seal at all. The parties shall coordinate to make sure that the publicly available version redacts information that any party deems confidential. Redactions should be targeted to redact only that information. The publicly available version shall not be deemed as agreeing that the redacted information is confidential.

The Court will enter a sealed order to resolve a motion if either party filed its briefing under seal. The movant shall email a redacted version of the Court's sealed order for publication within seven days after the Court enters the sealed Order. The movant shall email the redacted, public version to the Court's law clerk (txwdml_nojudge_chambers_md_judgecounts@txwd.uscourts.gov).

It is so **ORDERED.**

**SIGNED** this 24th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE