**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **COBBLESTONE WIRELESS, LLC,** *Plaintiff,* | § | |
| **v.** | § | **MO:24-CV-00232-DC** |
| **APPLE, INC.,** *Defendant.* | § | |

**ORDER TO PAY TECHNICAL ADVISOR**

For the reasons explained in the Order Appointing Technical Advisor previously entered in the above-captioned case, the Court found the technology in this case to be exceptionally complex. Accordingly, the Court appointed Darryl J. Adams to serve as technical advisor. The Court has reviewed Mr. Adams' invoice for services through today, which include evaluating the parties' pre-trial motions. The Court finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be made within 21 days as follows:

Plaintiff: $35,603.95.00
Defendant: $35,603.95.00

Mr. Adams' contact information has changed to the following:

Darryl J. Adams
12600 Hill Country Blvd.
Suite R130-235
Austin, TX 78738
E-mail: adamsiplawyers@gmail.com
Phone: 512-296-3198

It is so **ORDERED.**

SIGNED this 26th day of August, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE