# DECLARATION OF PU (ALEXANDRA) YANG REGARDING CHINESE LAW

# FILED UNDER SEAL