# Yang Supplemental Ex. 1

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 1

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111





# Research on Multi-Antenna Technology Suitable for High-Speed Railway Communications*

Wang Haibo[1], Yin Xuefeng[2]

(1. Institute of Broadband Wireless Mobile Communications, Beijing Jiaotong University, Beijing 100044; 2. School of Electronics and Information Engineering, Tongji University, Shanghai 201804)

**Abstract** The rapid development of high-speed railways has posed new challenges to broadband wireless access technologies, particularly with respect to whether the widely used MIMO technology in existing cellular mobile network standards can help improve spectral efficiency in high-speed railway scenarios, which has become an important issue. This paper studies the characteristics of the wireless channel between trains and transmitting towers along railway tracks in high-speed railway scenarios, proposes a multi-antenna configuration that maximizes the channel capacity at the cell edge, and compares its performance with that of conventional antenna configurations. Simulation results show that the method adopted in this paper achieves higher channel capacity than the conventional antenna spacing scheme under different low signal-to-noise ratio environments at the cell edge, at different positions near the cell edge, and under different K-factor conditions.

Keywords: High-speed railway; MIMO; channel capacity; line-of-sight path

## 1. Introduction

With the rapid development of high-speed railways in China, providing broadband wireless access services to passengers on high-speed trains has become a new hotspot for mobile services. During journeys lasting several hours, the communication services required by passengers range from traditional voice services, e-mail, Internet browsing, and multimedia services to passenger information system services, requiring railway wireless communications to simultaneously support high-speed mobility and high data rates, thereby posing new challenges to mobile communication technologies. On the one hand, a single high-speed railway train in China can accommodate 500–1,000 passengers, and the data transmission rate required to provide broadband wireless access for such a large number of passengers is at least on the order of 100 Mbit/s to 1 Gbit/s. At a time when spectrum resources are already extremely scarce, regardless of which technical standard is adopted for the train-to-ground link, it must have very high spectral efficiency to meet the requirements for such data transmission rates. On the other hand, unlike ordinary cellular networks, the ground antenna towers of dedicated high-speed railway wireless networks are located very close to the railway tracks (normally within 30 m, and within 2 m in tunnels), while there is also a strong line-of-sight (LoS) path. Therefore, as a train rapidly passes through the coverage areas of multiple cellular cells, the train-to-ground antenna distance changes rapidly and periodically with cell handovers, causing the channel capacity to fluctuate rapidly and periodically. For example, a train traveling at 360 km/h needs only 10 s to pass through a cell with a coverage range of 1,000 m, while the channel capacity simultaneously undergoes a low–high–low fluctuation. Among the various services to be supported by broadband wireless access for high-speed railways, pure data services (such as Internet surfing and e-mail) are not affected by such fluctuations in channel capacity because they are insensitive to delay and jitter. However, the QoS (quality of service) of real-time services, such as VoIP (voice over IP, voice carried over IP) and video telephony, will deteriorate as a result. If the data rate at the cell edge is too low to temporarily transmit real-time services, passengers will experience interruptions or jitter in voice or video.

MIMO (multi input multi output) technology is currently one of the principal technical means used in public cellular networks to improve spectral efficiency and transmission reliability. It is generally believed that MIMO multi-data-stream transmission is suitable for improving spectral efficiency in urban areas, particularly in indoor environments, where multipath propagation effects are strong, because under such conditions the MIMO channel matrix is more likely to satisfy the full-rank condition; whereas in suburban and rural environments, due to the presence of a line-of-sight path, the gain provided by MIMO in terms of spectral efficiency is reduced [1]. This is because the increased correlation between signals arriving via different transmission paths results in rank deficiency of the MIMO channel matrix,

*National Natural Science Foundation of China-funded Project (No. 61001071), Science and Technology Foundation of Beijing Jiaotong University (No. 2010RC010), Shanghai Natural Science Foundation Project (No. 10ZR1432700)





thereby reducing the channel capacity [2,3]. It was not until I Sarris and A R Nix proposed an approach of optimizing MIMO antenna spacing to maintain the orthogonality between spatial subchannels that they revealed the conditions under which a MIMO channel dominated by a line-of-sight path can also achieve full rank and maximize channel capacity [4,5]. This method was also applied by M Matthaiou et al. in their research on automotive communications [6]. Whether the data rate at the cell edge of a dedicated mobile cellular network for high-speed railways can be improved through optimization of MIMO technology is the core issue addressed in this paper. The methods adopted in the above-mentioned studies [4–6] are suitable for high-speed railway wireless channels with strong line-of-sight paths, but they were all developed for environments in which the transmitter–receiver antenna distance is relatively short while the SNR (signal to noise ratio) is relatively high (e.g., 20 dB). At the cell edge of a high-speed railway wireless communication network, however, the transmitter–receiver antenna distance is long and the SNR is low. Whether the above-mentioned MIMO antenna optimization methods can still provide channel capacity gains under such conditions remains to be investigated. Therefore, this paper analyzes the channel capacity at the cell edge of the high-speed railway wireless transmission link by applying the condition for maximizing MIMO channel capacity in the presence of a line-of-sight path, and conducts a performance analysis and comparison with the conventional MIMO antenna configuration under low-SNR conditions.

## 2. System Model and Problem Definition

The high-speed railway broadband wireless access system architecture on which this paper is based is shown in Figure 1. The multi-mode base station inside the train carriage provides wireless access for various types of user terminals and communicates with network units along the railway tracks through roof-mounted antennas. Along the railway tracks, a small number of train-to-ground connection control units control a large number of low-cost RAUs (remote antenna units) through RoF (radio over fiber, radio frequency carried over fiber) technology, and connect to the mobile core network or the Internet through a gateway. That is, the network elements along the railway tracks and the roof-mounted antenna transceivers jointly provide a transparent high-speed transmission channel in high-speed mobility for the onboard base station and the mobile/Internet core network. Among them, the train-to-ground connection control unit is responsible for functions such as baseband signal processing, signal modulation and demodulation, media access control, routing, radio resource management, and mobility management, while the RAU is only responsible for radio-frequency signal amplification, transmission, and reception [7]. From the perspective of physical-layer transmission, the coverage area of each RAU is hereinafter referred to as an RAU cell, in order to distinguish it from a conventional base station cell.

This paper assumes that the RAU in the system shown in Figure 1 contains M antenna elements and that N antenna elements are installed in the roof-mounted antenna. Therefore, the input–output relationship of the complex discrete baseband signals can be expressed as:

$$y = Hx + n \qquad (1)$$

where $x \in C^{M+1}$ is the transmit signal vector, $y \in C$ N+1 is the received signal vector containing noise, $n \in C^{N\times 1}$ is additive white Gaussian noise conforming to a circular normal distribution, and $H \in C^{M\times N}$ is the MIMO channel transmission matrix. In the presence of a line-of-sight path, assuming that the channel follows the Rician channel model, H can be decomposed into two components, namely, the deterministic free-space propagation component HL and the random scattering component (multipath propagation component) HW:

$$H=\sqrt{\frac{K}{K+1}}H_L+\sqrt{\frac{K}{K+1}}H_W \qquad (2)$$

where *K* represents the *K*-factor in the Rician model. Let m and n denote the indices of the transmit and receive antenna elements, respectively. Then, the channel response between the m-th transmit antenna element and the n-th receive antenna element in matrix $H_L$ can be written as $\frac{\varepsilon^{-jkd_{n,m}}}{d_{n,m}}$, where k=2π/λ is the wave number corresponding to








Figure 1 High-Speed Railway Broadband Wireless Access System Architecture

the carrier wavelength λ,

and $d_{n,m}$ is the distance between antenna elements m and n. Assuming that the differences in electromagnetic wave propagation energy loss caused by the different $d_{n,m}$ values between the transmit and receive antenna array elements are small and can be ignored, the normalized matrix $H_L$ can be expressed as:

$$H_L = \begin{bmatrix} e^{-jkd_{1,1}} & \cdots & e^{-jkd_{1,M}} \\ & \ddots & \\ e^{-jkd_{N,1}} & \cdots & e^{-jkd_{N,M}} \end{bmatrix} \quad (3)$$

For a system in which ideal channel state information is available at the receiver side but no channel state information is available at the transmitter side, the channel capacity (or spectral efficiency) per unit bandwidth is:

$$C=\log_2\left(\det\left(I_N+\frac{SNR}{M}HH^{H}\right)\right) \quad (4)$$

where $I_N$ is the $M\times N$ identity matrix, $SNR$ is the average signal-to-noise ratio received at the receive antennas, and $[\cdot]^H$ denotes the conjugate transpose operation.

3. Maximizing MIMO Channel Capacity under LoS Conditions

For a MIMO channel with only a line-of-sight path and no multipath scattering component,





$H = H_L$. Let the condition for maximizing the channel capacity in Equation (4) be as follows:

$$HH^{H}=MI_N \quad (5)$$

That is, the spatial subchannels in the MIMO channel are completely orthogonal, and the channel capacity per unit bandwidth is equivalent to the sum of N independent subchannels, $C_{max} = N\log_2$
(1+SNR). Starting with the simplest case, we first consider the special case where $M = N = 2$
. Reference [5] has proven that the condition for maximizing the channel capacity in this case is:

$$|d_{1,1}-d_{2,1}+d_{2,2}-d_{1,2}|=\left(r+\frac{1}{2}\right)\lambda,\ \ r\in Z^{+} \quad (6)$$

where $Z^+$ is the set of positive integers. To satisfy this condition, the actual train-to-ground
antenna configuration of the high-speed railway must be taken into consideration.

Assume that the top view of the high-speed railway train-to-ground wireless transmission scenario is shown in Figure 2.

The train travels from south to north in a direction parallel to the y-axis. Taking the position of RAU antenna element 1 as the origin, the RAU antenna spacing is $S_1$; the distance from onboard antenna element 1 to the y-axis is $x_0$, and the spacing between onboard antenna elements is $S_{20}$ $D$ is the distance between RAU antenna element 1 and onboard antenna element 1, and $\theta$ is the angle between the line connecting RAU antenna element 1 and onboard antenna element 1 and the x-axis. To reduce the aerodynamic resistance of the train during high-speed operation, the onboard antenna elements should be installed as parallel to the ground as possible; meanwhile, in order to make the AoA (angle of arrival) of different line-of-sight paths easier to distinguish at the edge of the RAU cell ($D > x_0$), the two antenna arrays in this paper are placed parallel to the x-axis. To simplify the problem, it is assumed that the RAU and the onboard antenna are approximately at the same height. By conducting a two-dimensional analysis of the scenario shown in Figure 2, the Euclidean distance between all pairs of antenna elements is obtained as follows:




Figure 2 Top View of the Antenna Configuration of the High-Speed Railway Broadband Access System

$$d_{1,1}=D \quad (7)$$

$$d_{1,2}=\sqrt{(D-S_1\cos\theta)^2+(S_1\sin\theta)^2} \quad (8)$$

$$d_{2,1}=\sqrt{(D+S_2\cos\theta)^2+(S_2\sin\theta)^2} \quad (9)$$

$$d_{2,2}=\sqrt{[D-(S_1-S_2)\cos\theta]^2+[(S_1-S_2)\sin\theta]^2} \quad (10)$$

Equations (7)–(10) can be simplified by introducing a set of Taylor series:

$$\sqrt{(D+a)^2+b^2}=(D+a)\sqrt{1+\frac{b^2}{(D+a)^2}}$$
$$\approx(D+a)+\frac{b^2}{2(D+a)^2} \quad (11)$$

This method is exact provided that $(D+a)^2 > b^2$ is satisfied. Obviously, this condition is satisfied in the cell-edge scenario studied in this paper. Applying Equation (11) to Equations (7)–(10) and substituting the results into Equation (6), the condition for maximizing the MIMO channel capacity in the scenario under study can be obtained as follows:

$$S_1\ S_2\approx\left(r+\frac{1}{2}\right)\frac{\lambda D}{(\sin\theta)^2} \quad (12)$$

4. Performance Analysis

In this section, the aforementioned channel capacity maximization condition is applied to analyze the MIMO channel performance at the edge of a typical high-speed railway wireless access cell and to compare it with the conventional antenna configuration. Assume that the signal carrier frequency is 2.6 GHz, which may be used outdoors under the LTE standard in China, the cell radius is 500 m, and $x_0 = 14$ m. At the cell edge, $D \approx 500\text{ m} > x_0$, and therefore $\theta \approx 90°$,

$\sin\theta \approx 1$. Let r=0, $S_1S_2 \approx \frac{1}{2}\lambda D = 28.8262$ m.

Considering the limitation imposed by the width of the train, according to the channel capacity maximization condition, $S_1 = 28.8262$ m and $S_2 = 1$ m are selected. This configuration is referred to as the optimal antenna configuration in this paper. At this time, $S_1 > x_0$, and the spacing between the two RAU antenna elements is already greater than the distance from the RAU to the railway track. This means that the RAU-side antenna elements satisfying the condition for maximizing channel capacity at the cell edge need to be installed across the railway track, respectively, similar to what is commonly referred to as the CoMP (cooperative multi-point, coordinated multipoint) approach. The channel capacities of the optimal antenna configuration, $S_1 = S_2 = 0.5\lambda$ (half-wavelength configuration), and $S_1 = S_2 = 10\lambda$ (antenna spacing of 10 wavelengths) will be compared below under the same conditions.

4.1 Performance under Different Signal-to-Noise Ratios in a Deterministic LoS Channel

When $H = H_L$, the MIMO channel capacities resulting from different antenna configurations at D = 500 m, as derived according to Equation (4), are shown in Figure 3.

As can be seen from Figure 3, under low-SNR conditions, the optimized antenna configuration still
provides a significant spectral efficiency (or channel capacity per unit bandwidth) gain over the conventional antenna configuration, and this gain continues to increase as the SNR increases, reaching 1 bit/(s·Hz) at an SNR of 5 dB. The performance of the 10-wavelength antenna spacing and the conventional half-wavelength antenna spacing is basically the same.








Figure 3 Spectral Efficiency under Different Antenna Configurations at Low SNR

This indicates that simply increasing the distance between antenna elements to reduce the correlation between subchannels of different transmit–receive antenna element pairs cannot effectively improve channel capacity in a pure line-of-sight channel.

4.2 Effect of Distance Variation in a Deterministic LoS Channel

The aforementioned optimal antenna condition is established based on a specific position. The channel capacity when the train moves at the cell edge and deviates from the specific position is discussed below. For this purpose, we calculated the channel spectral efficiency for different antenna configurations as the train travels along the track within the range of y∈[-500, -400] at the cell edge, as shown in Figure 4.




Figure 4 Spectral Efficiency at Different Positions at the Cell Edge

The results in Figure 4 show that, while maintaining a constant average SNR, the spectral efficiency of the optimal antenna configuration decreases only slightly (by less than 0.1 bit/(s·Hz)) as the train moves from the cell edge toward the cell center (the location of the RAU). Combined with the results in Reference [5], it can be seen that this is because, over this distance range, the movement of the onboard antenna along the y-axis causes only a small change in angle θ. It can therefore be concluded that the channel capacity gain of the optimal antenna configuration proposed in this paper over the conventional MIMO antenna configuration under a LoS channel remains stable over a relatively large range of positions at the edge of the high-speed railway RAU cell.

4.3 Performance in the Presence of a Multipath Scattering Channel

The performance curves presented above were all obtained under the ideal LoS condition of $H = H_L$.

The performance of different antenna configurations is analyzed below using the MIMO channel model in Equation (2), in which Hw includes the non-LoS component. $H_w$ in Equation (2) represents the multipath scattering component of the channel and needs to be described using a stochastic process. Since, in the optimal antenna configuration studied in this paper, the antenna element spacing at the transmitter and receiver is relatively large and the correlation between them is relatively small, it can be assumed that each element of $H_w$ follows an independent and identically distributed distribution, $h_{n,m} \sim CN(0,\sigma^2)$. Thus, the channel composed jointly of the deterministic and random components has the following ergodic capacity:

$$C_{\text{Ergodic}}=E\left\{\log_2\left(\det\left(I_N+\frac{SNR}{M}HH^{\mathrm{H}}\right)\right)\right\} \qquad (13)$$

Figure 5 shows the cumulative distribution functions of the channel capacity obtained for different antenna configurations and different $K$-factors after 10^5 independent realizations of Hw at the cell edge ($D$ = 500 m), where $SNR$ = 5 dB and $K$ takes values of 5, 10, and 15 dB, respectively. It can be seen from Figure 5 that, as the $K$-factor increases, the spectral efficiency gain of the optimal antenna configuration relative to the half-wavelength antenna configuration continuously increases. This is because the CDF (cumulative distribution function) curve of the channel capacity for the optimal antenna configuration shifts to the right as the $K$-factor increases, whereas the CDF curve for the half-wavelength antenna configuration shifts to the left. This result indicates that, in environments with a strong line-of-sight path, such as high-speed railway train-to-ground wireless access scenarios,

SNR = 5 dB, $10^5$ Independent Simulations




Figure 5 Cumulative Distribution Functions of Channel Capacity under Different Antenna Configurations and Different $K$-Factors





the MIMO channel capacity achieved under the optimal antenna configuration condition is significantly higher than that achieved with the conventional half-wavelength antenna configuration. The reason is that conventional half-wavelength antenna configuration MIMO technology relies on environments rich in multipath scattering, such as urban or indoor environments, to increase the rank of the channel and thereby obtain channel capacity gains; under strong line-of-sight conditions, however, it loses the full-rank condition due to the strong correlation between its antenna elements. In contrast, the optimal antenna configuration proposed in this paper achieves a full-rank channel under a line-of-sight path. Therefore, the stronger the line-of-sight path, the more significant the channel capacity gain.

## 5. Conclusion

This paper studies a multi-antenna configuration that maximizes the channel capacity at the cell edge based on the characteristics of the wireless channel between high-speed railway trains and RAUs along the railway tracks in high-speed railway scenarios, and compares its performance with that of conventional antenna configurations. This optimized antenna spacing can be jointly determined according to the carrier wavelength, the distance from the cell edge to the RAU, and the geometric dimensional constraints of the train. Simulation results show that the proposed method achieves higher channel capacity than the conventional antenna spacing under different low-SNR conditions at the cell edge, at different positions near the cell edge, and under different K-factor conditions.

## References


1. Foschini G,Gans M. On limits of wireless communication in a fading environment when using multiple antennas.Wireless Pers Comm,1998,6(3):311~335
2. MeNamara D P, Beach MA, Fletcher P N, et al. Capacity variation of indoor multiple input multiple output (MIMO) channels. IEE Electronics Letters, 2000, 36(24):2 037~2 038
3. Cottatelluci L, Debbah M.On the capacity of MIMO rice channels. In: Proc of 42nd Allerton Conference, Illinois, USA, 2004
4. Sarris I, Nix A R. Design and performance assessment of high-capacity MIMO architectures in the presence of a line-of-sight component. IEEE Transactions onVehicular Technology, 2007, 56(4): 2 194-2 202
5. Sarris I, Nix A R. Design and performance assessment of maximum capacity MIMO architectures in line-of-sight. IEE Proceedingsin Communications, 2006, 153(4): 482-488
6. Matthaiou M, Laurenson D I,Wang Chengxiang. Capacity study of vehicle-to-roadside MIMO channels with a line-of-sight component. In: Wireless Communications and Networking Conference 2008, Las Vegas, U SA, March 31 - April 3 2008
7. Yu Xiaoxi, Tan Zhenhui, Zhang Jiayi, et al. “A Broadband Wireless Access Network Architecture Suitable for High-Speed Railways.” Telecommunications Science, 2010, 26(7): 32–36.


[Author Biographies] Wang Haibo, Lecturer at Beijing Jiaotong University, whose main research interests include terrestrial ultra-high-speed mobile communications, mobile multicast, and TDD channel reciprocity; Yin Xuefeng, Associate Professor at Tongji University, whose main research interests include signal processing in wireless communications and channel modeling technologies.

Capacity Study of MIMO Technique for
High-Speed Train Communications

Wang Haibo[1], Yin Xuefeng[2]
(1. Research Institute of Broadband Wireless Mobile Communications, Beijing JiaoTong University, Beijing 100044, China;
2. School of Electronic and Information Engineering, Tongji University, Shanghai 201804, China)

**Abstract** In this paper, the performance of MIMO systems for high-speed train communication systems was investigated. For a train-to-trackside channel with strong line-of-sight(LoS) component, a specific antenna geometry was adopted to optimize the channel capacity at the cell-edge which achieve sub-channel orthogonality. Numerical result proves that the investigated scheme achieves significant capacity gain comparing to conventional MIMO antenna settings.

**Key words** high speed railway, MIMO, channel capacity, line of sight (**Manuscript Received**: December 29, 2010)





# 适合高速铁路通信的多天线技术研究 *

王海波[1],尹学锋[2]

(1.北京交通大学宽带无线移动通信研究所 北京 100044;2.同济大学电子信息学院 上海 201804)

**摘 要** 迅猛发展的高速铁路对宽带无线接入技术提出了新的挑战,特别是现有蜂窝移动网络标准中广泛使用的 MIMO 技术在高速铁路场景下能否有助于提高频谱效率成为一个重要的问题。本文针对高速铁路场景下的列车与轨道沿线发射塔之间的无线信道特性研究了一种最大化小区边缘信道容量的多天线设置方式,并将其性能和传统的天线设置方式进行了对比。仿真结果表明,本文所采用的方法在不同的小区边缘低信噪比环境下、小区边缘附近的不同位置上和不同的 $K$ 因子环境下都取得了优于传统天线间隔的信道容量。

关键词 高速铁路;MIMO;信道容量;直射径

## 1 引言

随着我国高速铁路的迅猛发展,为高速移动中的列车乘客提供宽带无线接入服务成为移动业务新的业务热点。在长达数小时的旅程中,乘客所需的通信服务从传统的语音、电子邮件、上网浏览、多媒体业务到乘客信息系统服务,要求列车无线通信同时满足高速移动和高数据速率, 这对移动通信技术提出了新的挑战。一方面,在我国单列高铁列车中就集中了 500~1 000 名乘客, 为如此众多的乘客提供宽带无线接入所需的数据传输速率至少在100 Mbit/s~1 Gbit/s 数量级。在频谱资源已经十分稀缺的今天,无论车—地链路采用何种技术标准,都必须具备很高的频谱效率才能满足这一数据传输速率的要求。另一方面,与普通的蜂窝网络不同, 高铁专用无线网络的地面天线塔距离轨道很近(正常距离 30 m 以内,隧道内 2 m 以内),同时有很强的直射径(line of sight, LoS),因此列车快速穿越多个蜂窝小区覆盖范围使车—地天线距离随着小区切换而周期性地快速变化,导致信道容量周期性地快速波动。例如,时速360 km/h 的列车只需 10 s 即可穿越一个覆盖范围 1 000 m 的小区,同时信道容量将经历低—高—低的波动。在高铁宽带无线接入所要承载的多种业务中,纯数据业务(如上网冲浪、电子邮件等)因对时延和抖动不敏感而不受这种信道容量波动的影响,但实时业务如 VoIP(voice over IP,IP 承载语音)、视频电话等业务的 QoS(quality of service,服务质量)将因此恶化。如果小区边缘的数据速率太低而暂时无法传输实时业务,乘客将体会到语音或视频的停顿或抖动。

MIMO(multi input multi output, 多入多出)技术是目前公众蜂窝网中用以提升频谱效率和传输可靠性的主要技术手段之一。通常认为,在多径传输效应强烈的城市内特别是室内环境下适合用 MIMO 多数据流传输提高频谱效率, 因为这时的 MIMO 信道矩阵容易满足满秩的条件;而在郊区和乡村环境由于直射径的存在,MIMO 在频谱效率方面的增益被减弱了[1],这是因为沿不同传输路径到达的信号之间的相关性增强导致 MIMO 信道矩阵的秩缺失,从

* 国家自然科学基金资助项目(No.61001071),北京交通大学校科技基金(No.2010RC010),上海市自然科学基金项目(No.10ZR1432700)



中国知网 https://www.cnki.net

而降低了信道容量[2,3]。直到 I Sarris 和 A R Nix 提出了通过优化 MIMO 天线间距的方法来保持空间子信道之间的正交性，揭示了直射径主导的 MIMO 信道也可以满秩而最大化信道容量的条件[4,5]。这种方法也被 Matthaiou M 等应用于汽车通信的研究中[6]。

能否通过优化 MIMO 技术提高高铁专用移动蜂窝小区边缘的数据速率是本文的核心问题。上述工作[4~6]所采用的方法适合于存在较强直射径的高铁无线信道，但都是针对发射—接收天线距离很近而 SNR（signal to noise ratio，信噪比）却很高（例如 20 dB）的环境。高铁无线通信的小区边缘却具有发射—接收天线距离远和低 SNR 的特点，在此环境中上述 MIMO 天线优化方法是否还能带来信道容量增益是有待研究的。为此，本文利用直射径下的 MIMO 信道容量最大化条件对高铁无线传输链路的小区边缘信道容量进行了分析，并在低 SNR 条件下将其与传统的 MIMO 天线设置方式进行了性能分析和对比。

## 2 系统模型和问题定义

本文所基于的高速铁路宽带无线接入系统架构如图 1 所示。车厢内部的多模式基站为多种类型的用户终端提供无线接入，并通过车顶天线与铁轨沿线的网络单元进行通信。铁轨沿线由少数车地连接控制单元通过 RoF（radio




图 1 高速铁路宽带无线接入系统架构

over fiber，光纤承载射频）技术控制大量低成本的 RAU（remote antenna unit，远端天线单元），并通过网关连接移动核心网或 Internet。即铁轨沿线的网元和车顶天线收发信机共同为车载基站和移动/Internet 核心网提供了一条高速移动中的透明传输通道，其中车地连接控制单元负责基带信号处理、信号调制解调、媒体接入控制、路由、无线资源管理和移动性管理等功能，RAU 仅负责射频信号放大、发送和接收[7]。从物理层传输角度，下文称每个 RAU 覆盖的范围为一个 RAU 小区，以区别于传统的基站小区。

本文假设图 1 所示系统中 RAU 含有 $M$ 个天线单元，车顶天线设置了 $N$ 个天线单元，因此基带复离散信号的输入—输出关系可以表示为：

$$y=Hx+n \tag{1}$$

其中，$x\in C^{M\times1}$ 是发射信号向量，$y\in C^{N\times1}$ 是含有噪音的接收信号向量，$n\in C^{N\times1}$ 是符合循环正态分布的加性高斯白噪声，$H\in C^{M\times N}$ 是 MIMO 信道传输矩阵。在直射径存在时，假设信道为莱斯信道模型，则 $H$ 可以被分解为两部分，即确定性的自由空间传播分量 $H_L$ 和随机性的散射分量（多径传播部分）$H_W$：

$$H=\sqrt{\frac{K}{K+1}}H_L+\sqrt{\frac{K}{K+1}}H_W \tag{2}$$

其中，$K$ 代表莱斯模型中的 $K$ 因子。用 $m$、$n$ 分别代表发射和接收天线单元的索引，则矩阵 $H_L$ 中第 $m$ 个发射天线单元到第 $n$ 个接收天线单元之间的信道响应可以写作 $\frac{\varepsilon^{-jkd_{n,m}}}{d_{n,m}}$，其中 $k=2\pi/\lambda$ 是对应于载波波长 $\lambda$ 的波数，$d_{n,m}$ 是天线单元 $m$、$n$ 之间的距离。假设发射和接收天线阵列单元之间各个 $d_{n,m}$ 不同造成的电磁波传播能量损耗区别很小可以忽略，则归一化的矩阵 $H_L$ 可以表示为：

$$H_L=\begin{bmatrix} e^{-jkd_{1,1}} & \cdots & e^{-jkd_{1,M}} \\ & \ddots & \\ e^{-jkd_{N,1}} & \cdots & e^{-jkd_{N,M}} \end{bmatrix} \tag{3}$$

对一个在接收机侧具有理想信道信息，而发射机侧没有信道信息的系统而言，单位带宽内的信道容量（或频谱效率）为：

$$C=\log_2\left(\det\left(I_N+\frac{SNR}{M}HH^{H}\right)\right) \tag{4}$$

其中，$I_N$ 是 $M\times N$ 的单位矩阵，$SNR$ 为接收天线上收到的平均信噪比，$[\cdot]^{H}$ 表示共轭转置运算。

## 3 最大化 LoS 条件下的 MIMO 信道容量

对只有直射径，没有多径散射部分的 MIMO 信道而

中国知网 https://www.cnki.net

言，$H=H_L$，令式(4)中的信道容量最大化的条件如下：

$$HH^{H}=MI_N \tag{5}$$

即 MIMO 信道中的各空间子信道是完全正交的，而单位带宽信道容量等效于 $N$ 个独立的子信道之和 $C_{max}=N\log_2(1+SNR)$。从简单的情况开始，首先考虑 $M=N=2$ 的特殊情况。参考文献[5]已证明此时信道容量最大化的条件是：

$$|d_{1,1}-d_{2,1}+d_{2,2}-d_{1,2}|=\left(r+\frac{1}{2}\right)\lambda,\quad r\in Z^{+} \tag{6}$$

其中，$Z^{+}$ 为正整数的集合。要实现这一条件，必须考虑现实的高铁车—地天线设置方式。

假设高铁车—地无线传输场景俯视图如图 2 所示，列车自南向北沿平行于 $y$ 轴的方向行驶，以 RAU 天线单元 1 所在位置为原点，RAU 天线间距为 $S_1$；车载天线单元 1 距 $y$ 轴的距离为 $x_0$，车载天线单元间距为 $S_2$。$D$ 为 RAU 天线单元 1 和车载天线单元 1 之间的距离，$\theta$ 为 RAU 天线单元 1 和车载天线单元 1 之间的连线和 $x$ 轴的夹角。为了减少列车高速行驶的空气阻力，车载天线单元应尽量和地面平行布放；同时为了令不同直射径的 AoA(angle of arrival，到达角)在 RAU 小区边缘($D\gg x_0$)时更易于分辨，本文中的两组天线平行于 $x$ 轴放置。为了简化问题，假定 RAU 和车载天线近似处于同一高度。对图 2 中的场景进行二维分析，得到所有天线单元对之间的欧氏距离为：




图 2　高铁宽带接入系统天线设置的俯视图

$$d_{1,1}=D \tag{7}$$

$$d_{1,2}=\sqrt{(D-S_1\cos\theta)^2+(S_1\sin\theta)^2} \tag{8}$$

$$d_{2,1}=\sqrt{(D+S_2\cos\theta)^2+(S_2\sin\theta)^2} \tag{9}$$

$$d_{2,2}=\sqrt{[D-(S_1-S_2)\cos\theta]^2+[(S_1-S_2)\sin\theta]^2} \tag{10}$$

式(7)~(10)可以通过引入一组泰勒级数简化：

$$\sqrt{(D+a)^2+b^2}=(D+a)\sqrt{1+\frac{b^2}{(D+a)^2}}$$
$$\approx(D+a)+\frac{b^2}{2(D+a)^2} \tag{11}$$

此方法在满足$(D+a)^2\gg b^2$ 的前提下是精确的，显然该前提在本文所研究的小区边缘场景内是成立的。将式(11)应用于式(7)~(10)并将结果代入式(6)，可以得到所研究场景内的 MIMO 信道容量最大化条件为：

$$S_1\ S_2\approx\left(r+\frac{1}{2}\right)\frac{\lambda D}{(\sin\theta)^2} \tag{12}$$

## 4　性能分析

在本节中，将应用前述的容量最大化条件对一个典型高铁无线接入小区的边缘进行 MIMO 信道性能分析并与普通的天线设置方式进行比较。假设信号载频为我国 LTE 标准可能在户外使用的2.6 GHz，小区半径 500 m，$x_0$=14 m，在小区边缘 $D\approx$500 m$\gg x_0$，因此 $\theta\approx90°$，$\sin\theta\approx1$。令 $r$=0，$S_1S_2\approx\frac{1}{2}\lambda D$=28.8262 m。考虑到列车宽度的限制，根据容量最大化条件取 $S_1$=28.8262 m，$S_2$=1 m，此设置在本文中称为最优天线设置。此时 $S_1>x_0$，RAU 天线的两个单元间距已经大于 RAU 到铁轨的距离，这意味着满足小区边缘信道容量最大化条件的 RAU 侧天线单元需要横跨铁轨分别设置，类似于通常所说的 CoMP(cooperative muli point，协作多点）方式。下面将在同等条件下将最优天线设置和 $S_1=S_2=0.5\lambda$(半波长设置) 及 $S_1=S_2=10\lambda$ (10 倍波长设置)的信道容量进行比较。

### 4.1　在确定性的 LoS 信道不同信噪比下的性能

当 $H=H_L$，在 $D$=500 m 处根据式(4)导出的不同天线设置导致的 MIMO 信道容量如图 3 所示。

从图 3 中可以看到，在低信噪比的条件下，最优化的天线设置依然比常规的天线设置方式有着显著的频谱效率(或单位带宽信道容量)增益，并且该增益随着 SNR 的提高而持续增加，在 SNR 为 5 dB 时该增益即达1 bit/(s·Hz)。而 10 倍波长天线间距和常规的半波长天线间距性能基本



中国知网　https://www.cnki.net




图 3 低信噪比下不同天线设置的频谱效率

一致，这说明简单地增大天线单元距离以减少不同发射—接收天线单元对之间子信道相关性的做法在纯直射径信道下并不能有效提高信道容量。

### 4.2 在确定性的 LoS 信道下距离变化的影响

上述天线最优的条件是根据一个特定的位置设定的，下面讨论当列车在小区边缘移动而偏离了特定位置时的信道容量。为此我们计算了列车沿轨道在小区边缘$y\in[-500,-400]$ 的范围内不同天线设置的信道频谱效率，如图 4 所示。




图 4 小区边缘不同位置的频谱效率

图 4 中的结果显示，在保持平均 SNR 不变的条件下，最优天线设置的频谱效率随着列车位置由小区边缘向小区中心(RAU 所在位置)方向的移动只有轻微的下降(小于 0.1 bit/(s·Hz))。结合参考文献[5]中的结果，可以发现这是由于在这个距离范围上，车载天线沿 $y$ 轴移动位置对角度 $\theta$ 的改变很小所致。由此可以得出结论，本文提出的最优天线设置方法在 LoS 信道下相对常规 MIMO 天线设置的信道容量增益在高铁 RAU 小区边缘的较大范围内都稳定地存在。

### 4.3 存在多径散射信道下的性能

前面的性能曲线都是在 $H=H_L$ 的理想 LoS 条件下取得的，下面采用式(2)中的 $H_W$ 包含非 LoS 分量的 MIMO 信道模型分析不同天线设置方式的性能。式(2)中的 $H_W$ 代表信道的多径散射部分，需要用随机过程描述。由于本文研究的最优天线设置方式中发射和接收端的天线单元间距较大，其相关性较小，因此可以假定 $H_W$ 中的每个元素符合独立同分布 $h_{n,m}\sim CN(0,\sigma^2)$。从而由确定性和随机性部分共同组成的信道具有遍历性容量：

$$C_{\text{Ergodic}}=E\left\{\log_2\left(\det\left(I_N+\frac{SNR}{M}HH^{\text{H}}\right)\right)\right\} \tag{13}$$

图 5 显示了在小区边缘($D$=500 m)经过 $10^5$ 次独立的 $H_W$ 实现后得到的不同天线设置和不同 $K$ 因子下的信道容量累积分布函数，其中 $SNR$=5 dB，$K$ 分别取值为 5、10 和 15 dB。从图 5 中可以发现，随着 $K$ 因子的增大，最优天线设置相对半波长天线设置的频谱效率增益不断扩大。因为最优天线的信道容量 CDF (cumulative distribution function，累积分布函数) 曲线随着 $K$ 因子的增大向右移动，而半波长天线设置的 CDF 却向左移动。这一结果说明，在存在强烈直射径的环境下例如高铁车—地无线接入




图 5 不同天线设置和不同 $K$ 因子下的信道容量累积分布函数

中国知网 https://www.cnki.net

的场景,符合最优天线设置条件的 MIMO 信道容量明显优于常规的半波长天线设置。其中的原因在于,通常的半波长天线设置 MIMO 技术是利用城市或室内多径散射丰富的环境来增加信道的秩从而获得信道容量增益的,在直射径强烈的条件下由于其天线单元的强相关性而丧失了满秩的条件。本文中的最优天线设置却是在直射径下获得信道满秩的,因此直射径越强其容量增益越明显。

## 5 结束语

本文针对高速铁路场景下的列车与轨道沿线 RAU 之间的无线信道特性研究了一种最大化小区边缘信道容量的多天线设置方式,并将其性能和传统的天线设置方式进行了对比。这种最优化的天线间距可以根据载波波长、小区边缘到 RAU 的距离以及列车的几何尺寸限制共同决定。仿真结果表明,本方法在不同的小区边缘低信噪比环境下、小区边缘附近的不同位置上和不同的 $K$ 因子环境下都取得了优于传统天线间隔的信道容量。

## 参考文献

1 Foschini G, Gans M. On limits of wireless communication in a fading environment when using multiple antennas.Wireless Pers Comm, 1998, 6(3):311~335

2 McNamara D P, Beach M A, Fletcher P N, *et al*. Capacity variation of indoor multiple input multiple output (MIMO) channels.IEE Electronics Letters, 2000,36(24):2 037~2 038

3 Cottatelluci L, Debbah M.On the capacity of MIMO rice channels. In: Proc of 42nd Allerton Conference, Illinois, USA, 2004

4 Sarris I, Nix A R. Design and performance assessment of high-capacity MIMO architectures in the presence of a line-of-sight component.IEEE Transactions on Vehicular Technology, 2007, 56(4): 2 194~2 202

5 Sarris I, Nix A R. Design and performance assessment of maximum capacity MIMO architectures in line-of-sight.IEE Proceedings in Communications, 2006,153(4):482~488

6 Matthaiou M, Laurenson D I, Wang Chengxiang.Capacity study of vehicle-to-roadside MIMO channels with a line-of-sight component. In: Wireless Communications and Networking Conference 2008, Las Vegas, USA, March 31-April 3 2008

7 于晓溪,谈振辉,章佳懿等.一种适合高速铁路的宽带无线接入网络架构.电信科学,2010,26 (7):32~36

[作者简介] 王海波,北京交通大学讲师,主要研究方向为陆地超高速移动通信、移动组播、TDD 信道互易性;尹学锋,同济大学副教授,主要研究方向为无线通信中的信号处理、信道建模技术。

# Capacity Study of MIMO Technique for High-Speed Train Communications

Wang Haibo[1], Yin Xuefeng[2]

(1. Research Institute of Broadband Wireless Mobile Communications, Beijing JiaoTong University, Beijing 100044, China;

2. School of Electronic and Information Engineering, Tongji University, Shanghai 201804, China)

**Abstract** In this paper, the performance of MIMO systems for high-speed train communication systems was investigated. For a train-to-trackside channel with strong line-of-sight(LoS) component, a specific antenna geometry was adopted to optimize the channel capacity at the cell-edge which achieve sub-channel orthogonality. Numerical result proves that the investigated scheme achieves significant capacity gain comparing to conventional MIMO antenna settings.

**Key words** high speed railway, MIMO, channel capacity, line of sight

(收稿日期:2010-12-29)



中国知网 https://www.cnki.net