# Yang Supplemental Ex. 5

# Intentionally Omitted