# Yang Supplemental Ex. 9

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 9

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111

Enterprise Credit Report
Standard Version
Beijing Fuyi Tongda Customs Declaration Service Co., Ltd.

Innovation | Cooperation | Win-Win | Rise Up

This report was generated on August 31, 2026 at 10:19:36. The content you are reviewing is a snapshot of data as of the cutoff point in time.

Report number: 1788142775869900

As of the relevant point in time, the contents of this report are derived from compilation and analysis of the credit entity's publicly displayed and available information. Our company does not identify or verify the completeness, accuracy, or truthfulness of this report, and does not bear relevant legal liability. The contents of this report do not constitute our express or implied viewpoints or warranties for any person or enterprise, and only seek to provide you with a reference. The published results on various official websites should take precedence as truthful results. This report is only for reference in commercial decision-making, and does not constitute Qichacha's express or implied viewpoints or warranties regarding any person. You shall not sell such data to any third party/transmit it abroad/store or use is abroad; at the same time, you shall not use the data to engage in any activities that violate laws or regulations. Otherwise, you shall bear sole liability for all consequences arising therefrom.
This report only provides key data and information in key dimensions. For more detailed information or historical data, please download the *Professional Version of Enterprise Credit Report*.
Issuing entity: Qichacha Technology Co., Ltd.

Report authentication number: d8R3qq5O

Information on the authentication code:
1. Use the Qichacha app to scan the QR code to authenticate the report
2. This QR code is the only identifying mark of the current report
3. Without approval from the report's right holder, this report shall not be used for purposes that contradict the intent of the right holder
4. The validity period of report authentication shall be within 6 months after the report is generated. Before expiration of the authentication period, authentication may be performed by scanning

[QR code]
Scan the Qichacha app to authenticate the report

Table of Contents

| | | |
|---|---|---|
| 1 | Basic Information | 2 |
| | 1.1 Qichacha Score | 2 |
| | 1.2 Industrial and Commercial Information | 2 |
| | 1.3 Shareholder Information (2) | 2 |
| | 1.4 Key Personnel (2) | 2 |
| | 1.5 External Investments (1) | 3 |
| | 1.6 Amendment Record (5) | 3 |
| 2 | Litigation | 3 |
| | 2.1 Judgment Defaulter (0) | 3 |
| | 2.2 Party Subject to Enforcement (0) | 3 |
| | 2.3 Restriction from High Consumption (0) | 4 |
| | 2.4 Finalized Case (0) | 4 |
| | 2.5 Frozen Equity (0) | 4 |
| 3 | Operational Risks | 4 |
| | 3.1 Operational Anomalies (0) | 4 |
| | 3.2 Administrative Penalties (0) | 4 |
| | 3.3 Disciplinary List (1) | 4 |

# 1 Basic Information

## 1.1 Qichacha Score

Currently no score given

## 1.2 Industrial and Commercial Information

| Enterprise name | Beijing Fuyi Tongda Customs Declaration Service Co., Ltd. | | |
|---|---|---|---|
| Previously used name(s) | - | Enterprise scale | S (small) |
| Unified Social Credit Identifier | 91110105MA02QUJW5K | Taxpayer Identification Number | 91110105MA02QUJW5K |
| Industrial and commercial registration No. | 110105005128309 | Import/export enterprise code | - |
| Legal representative | Jian Chen | Organization code | MA02QUJW-5 |
| Registered capital | 1,500,000 yuan | Paid-in capital | 1,500,000 yuan |
| Enterprise type | Other limited liability company | Registration status | Canceled (2014-07-29) |
| Date established | 1998-04-13 | Date approved | 2014-07-29 |
| Operational term | 1998-04-13 to 2018-04-12 | Registration authority | Chaoyang Branch Bureau, Beijing Administration for Industry and Commerce |
| Number of insured persons | - | Number of insured persons at branch institutions | - |
| State industrial classification | Leasing and Business Services | | |
| Name in English | Beijing Fuyi Tongda Customs Declaration Service Co., Ltd. | | |
| Registered address | 2-1406, No. A-13 Courtyard, Beiyuan Road, Chaoyang District, Beijing | | |
| Scope of operations | Customs declaration services; undertaking of commissions and provision of labor services; information consulting. | | |

## 1.3 Shareholder Information (2)

| Serial No. | Shareholder name | Shareholding percentage | Subscribed capital contribution (yuan) | Subscribed capital contribution date | Initial shareholding date |
|---|---|---|---|---|---|
| 1 | Beijing Fuyitong Bonded Warehouse Co., Ltd. | 66.6667% | 1,000,000 | 2009-03-26 | - |
| 2 | Beijing Fuhaihua Import & Export Corp. Ltd. | 33.3333% | 500,000 | 2009-03-26 | 2010-11-15 |

## 1.4 Key Personnel (2)

| Serial No. | Name | Position | Shareholding percentage |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | Jian Chen | Executive Director, General Manager | - |
| 2 | Lei Guo | Supervisor | - |

1.5 External Investments (1)

| Serial No. | Name of enterprise under investment | Status | Shareholding percentage | Subscribed capital contribution/shares held | Subscribed capital contribution date | Province | Industry |
|---|---|---|---|---|---|---|---|
| 1 | Beijing Fuyi Tongda Logistics Co., Ltd. | Canceled | 23.6783 % | 284,140 yuan | 2002-09-05 | Beijing | Transportation and transport, warehousing and postal service |

1.6 Amendment Record (5)

| Serial No. | Amendment date | Amended item | Before amendment | After amendment |
|---|---|---|---|---|
| 1 | 2014-02-28 | Amended shareholder capital contribution | - | Beijing Fuyitong Bonded Warehouse Co., Ltd., corporate person; Beijing Fuyi Tongda Commercial Trading Co., Ltd., corporate person |
| 2 | 2010-11-15 | Address | 7/F, Building No. 2, North Street, Xiaohuangzhuang, Chaoyang District, Beijing | 2-1406, No. A-13 Courtyard, Beiyuan Road, Chaoyang District, Beijing |
| 3 | 2010-11-15 | Investor | Beijing Fuyitong Bonded Warehouse Co., Ltd., corporate person; Beijing Fuyi Tongda Commercial Trading Co., Ltd., corporate person [withdrawn] | Beijing Fuyitong Bonded Warehouse Co., Ltd., corporate person; Beijing Fuhaihua Import & Export Corp. Ltd., corporate person (shareholding + 33.3333%) [new] |
| 4 | 2009-03-26 | Scope of operations | Customs declaration services; undertaking of commissions and provision of labor services; information consulting. | Undertaking of commissions for customs declaration services, provision of labor services; information consulting. |
| 5 | 2009-03-26 | Amended shareholder capital contribution | - | Beijing Fuyitong Bonded Warehouse Co., Ltd., corporate person; Beijing Fuyi Tongda Commercial Trading Co., Ltd., corporate person |

2 Litigation

2.1 Judgment Defaulter (0)

As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.2 Party Subject to Enforcement (0)

As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.3 Restriction from High Consumption (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.4 Finalized Case (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.5 Frozen Equity (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

3 Operational Risks

3.1 Operational Anomalies (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

3.2 Administrative Penalties (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

3.3 Disciplinary List (1)

| Serial No. | Type | Disciplinary list type | Reason for inclusion | Including authority | Inclusion date | Removal date |
|---|---|---|---|---|---|---|
| 1 | Seriously Dishonest Entities List for the Import/Export Customs Regulatory Field | Customs | - | General Administration of Customs | - | - |

Qichacha
Qcc.com

Visit Qichacha to Query Enterprises

Telephone
400-928-2212

[QR code]
Scan with WeChat to Upgrade to Qichacha VIP
Enjoy Various Member Privileges

企查查 Qcc.com

查企业 上企查查 | 联系电话：400-928-2212

创新 · 合作 · 共赢 · 崛起

# 企业信用报告

## 标准版

## 北京富亿通达报关服务有限责任公司

本报告生成时间为 2026 年 08 月 31 日 10:19:36，您所看的内容为截止时间点的数据快照。

报告编号：1788142775869900

本报告内容为截至该时间点信用主体在相关信息公示、公开信息数据整理分析所得，我司不对本报告的全面、准确、真实性进行分辨和核验，不负相关法律责任，本报告内容不构成我们对任何人或企业之明示或暗示的观点或保证，仅为您提供参考，真实结果请以各官方网站的公布结果为准。

本报告仅供商业决策参考之用，不构成企查查对任何人之明示或暗示的观点或保证。您不得将本数据向任何第三方出售/向境外传输/在境外存储、使用；同时您不得利用本数据从事任何违法违规行为。否则，由此产生的一切后果由您自行承担。

本报告仅提供重要维度重要数据信息，如需更多详细信息或历史数据，请下载《企业信用报告专业版》。

出具单位：企查查科技股份有限公司。

报告验真编号：d8R3qq5O

验真码说明：

1、使用企查查 APP 扫描二维码进行报告验真

2、此二维码为当前报告的唯一身份标识

3、未经报告权属人同意，不得将此报告用于违背权属人意愿之用途

4、报告验真有效期为报告生成之日起 6 个月内，在报告验真到期前可进行扫码验真

企查查 APP 扫一扫，报告验真

# 目录

**1 基本信息........................................................2**
1.1 企查分........................................................2
1.2 工商信息........................................................2
1.3 股东信息（2）........................................................2
1.4 主要人员（2）........................................................2
1.5 对外投资（1）........................................................3
1.6 变更记录（5）........................................................3
**2 法律诉讼........................................................3**
2.1 失信被执行人（0）........................................................3
2.2 被执行人（0）........................................................3
2.3 限制高消费（0）........................................................4
2.4 终本案件（0）........................................................4
2.5 股权冻结（0）........................................................4
**3 经营风险........................................................4**
3.1 经营异常（0）........................................................4
3.2 行政处罚（0）........................................................4
3.3 惩戒名单（1）........................................................4

# 1 基本信息

## 1.1 企查分

暂不予评分

## 1.2 工商信息

| | | | |
|---|---|---|---|
| **企业名称** | 北京富亿通达报关服务有限责任公司 | | |
| **曾用名** | - | **企业规模** | S（小型） |
| **统一社会信用代码** | 91110105MA02QUJW5K | **纳税人识别号** | 91110105MA02QUJW5K |
| **工商注册号** | 110105005128309 | **进出口企业代码** | - |
| **法定代表人** | 陈建 | **组织机构代码** | MA02QUJW-5 |
| **注册资本** | 150 万元 | **实缴资本** | 150 万元 |
| **企业类型** | 其他有限责任公司 | **登记状态** | 注销（2014-07-29） |
| **成立日期** | 1998-04-13 | **核准日期** | 2014-07-29 |
| **营业期限** | 1998-04-13 至 2018-04-12 | **登记机关** | 北京市工商行政管理局朝阳分局 |
| **参保人数** | - | **分支机构参保人数** | - |
| **国标行业** | 租赁和商务服务业 | | |
| **英文名** | Beijing Fuyi Tongda Customs Declaration Service Co., Ltd. | | |
| **注册地址** | 北京市朝阳区北苑路甲 13 号院 2-1406 | | |
| **经营范围** | 报关服务；接受委托、提供劳务服务；信息咨询。 | | |

## 1.3 股东信息（2）

| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 首次持股日期 |
|---|---|---|---|---|---|
| 1 | 北京富亿通保税仓储有限责任公司 | 66.6667% | 100 | 2009-03-26 | - |
| 2 | 北京富海华进出口有限公司 | 33.3333% | 50 | 2009-03-26 | 2010-11-15 |

## 1.4 主要人员（2）

| 序号 | 姓名 | 职务 | 持股比例 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1 | 陈建 | 执行董事,总经理 | - |
| 2 | 郭蕾 | 监事 | - |

### 1.5 对外投资（1）

| 序号 | 被投资企业名称 | 状态 | 持股比例 | 认缴出资额/持股数 | 认缴出资日期 | 所属省份 | 所属行业 |
|---|---|---|---|---|---|---|---|
| 1 | 北京富亿通达物流有限公司 | 注销 | 23.6783% | 28.414 万元 | 2002-09-05 | 北京市 | 交通运输、仓储和邮政业 |

### 1.6 变更记录（5）

| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2014-02-28 | 股东出资变更 | - | 北京富亿通保税仓储有限责任公司,企业法人，北京富亿通达经贸有限责任公司,企业法人 |
| 2 | 2010-11-15 | 住所 | 北京市朝阳区小黄庄北街 2 号楼房 7 层 | 北京市朝阳区北苑路甲 13 号院 2-1406 |
| 3 | 2010-11-15 | 投资人 | 北京富亿通保税仓储有限责任公司,企业法人，北京富亿通达经贸有限责任公司,企业法人【退出】 | 北京富亿通保税仓储有限责任公司,企业法人，北京富海华进出口有限公司,企业法人（持股+33.3333%）【新进】 |
| 4 | 2009-03-26 | 经营范围 | 报关服务，接受委托、提供劳务服务，信息咨询。 | 报关服务接受委托、提供劳务服务，信息咨询。 |
| 5 | 2009-03-26 | 股东出资变更 | - | 北京富亿通保税仓储有限责任公司,企业法人，北京富亿通达经贸有限责任公司,企业法人 |

## 2 法律诉讼

### 2.1 失信被执行人（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.2 被执行人（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.3 限制高消费（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.4 终本案件（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.5 股权冻结（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

## 3 经营风险

### 3.1 经营异常（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 3.2 行政处罚（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 3.3 惩戒名单（1）

| 序号 | 类型 | 惩戒名单领域 | 列入原因 | 列入机关 | 列入日期 | 移出日期 |
|---|---|---|---|---|---|---|
| 1 | 进出口海关监管领域严重失信主体名单 | 海关 | - | 海关总署 | - | - |

企查查
Qcc.com

查企业 上企查查

联系电话

400-928-2212

微信扫码升级企查查VIP
享多项会员特权