# Yang Supplemental Ex. 10

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 10

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111

Enterprise Credit Report
Standard Version
Beijing Fuhaihua Import and Export Corp., Ltd.

Innovation | Cooperation | Win-Win | Rise Up

This report was generated on August 31, 2026 at 10:21:55. The content you are reviewing is a snapshot of data as of the cutoff point in time.

Report number: 1788142914782343

As of the relevant point in time, the contents of this report are derived from compilation and analysis of the credit entity's publicly displayed and available information. Our company does not identify or verify the completeness, accuracy, or truthfulness of this report, and does not bear relevant legal liability. The contents of this report do not constitute our express or implied viewpoints or warranties for any person or enterprise, and only seek to provide you with a reference. The published results on various official websites should take precedence as truthful results. This report is only for reference in commercial decision-making, and does not constitute Qichacha's express or implied viewpoints or warranties regarding any person. You shall not sell such data to any third party/transmit it abroad/store or use is abroad; at the same time, you shall not use the data to engage in any activities that violate laws or regulations. Otherwise, you shall bear sole liability for all consequences arising therefrom.
This report only provides key data and information in key dimensions. For more detailed information or historical data, please download the *Professional Version of Enterprise Credit Report*.
Issuing entity: Qichacha Technology Co., Ltd.

Report authentication number: 8ZLY8NSM

Information on the authentication code:
1. Use the Qichacha app to scan the QR code to authenticate the report
2. This QR code is the only identifying mark of the current report
3. Without approval from the report's right holder, this report shall not be used for purposes that contradict the intent of the right holder
4. The validity period of report authentication shall be within 6 months after the report is generated. Before expiration of the authentication period, authentication may be performed by scanning

[QR code]
Scan the Qichacha app to authenticate the report

Table of Contents


| | | |
|---|---|---|
| 1 | Basic Information | 2 |
| | 1.1 Qichacha Score | 2 |
| | 1.2 Industrial and Commercial Information | 2 |
| | 1.3 Shareholder Information (5) | 3 |
| | 1.4 Key Personnel (4) | 3 |
| | 1.5 External Investments (4) | 3 |
| | 1.6 Amendment Record (5) | 4 |
| 2 | Litigation | 4 |
| | 2.1 Judgment Defaulter (0) | 4 |
| | 2.2 Party Subject to Enforcement (0) | 5 |
| | 2.3 Restriction from High Consumption (0) | 5 |
| | 2.4 Finalized Case (0) | 5 |
| | 2.5 Frozen Equity (0) | 5 |
| 3 | Operational Risks | 5 |
| | 3.1 Operational Anomalies (0) | 5 |
| | 3.2 Administrative Penalties (0) | 5 |
| | 3.3 Disciplinary List (0) | 5 |

# 1 Basic Information

## 1.1 Qichacha Score

| | | | |
|---|---|---|---|
| 817 | Ordinary credit performance | Segmentation basis | Excellent credit performance |
| 0 | 600 | 700 | 2000 |

Last update: Updated on August 24, 2026 L-10

Qichacha Score is a score value computed by utilizing a big data model based on publicly available information on the enterprise, and it changes according to updated information. The score value is for reference only, to assist with assessment of the general credit condition of the enterprise. It does not represent any express or implied viewpoint or warranty made by Qichacha.
This report only shows the score result. For more information, please log into the main page for the enterprise on QCC.COM or download the Professional Version of the Enterprise Credit Report.

## 1.2 Industrial and Commercial Information

| | | | |
|---|---|---|---|
| Enterprise name | Beijing Fuhaihua Import and Export Corp., Ltd. | | |
| Previously used name(s) | - | Enterprise scale | XS (micro) |
| Unified Social Credit Identifier | 91110105101500717Q | Taxpayer Identification Number | 91110105101500717Q |
| Industrial and commercial registration No. | 110105005043436 | Import/export enterprise code | 1100101500717 |
| Legal representative | Jian Chen | Organization code | 10150071-7 |
| Registered capital | 11,690,000 yuan | Paid-in capital | 11,690,000 yuan (2025 annual report) |
| Enterprise type | Limited liability company (under investment or control by natural person) | Registration status | Existing (operating, open for business, registered) |
| Date established | 1995-04-20 | Date approved | 2025-01-23 |
| Operational term | 1995-04-20 to no fixed term | Registration authority | Chaoyang Branch Bureau, Beijing Administration for Industry and Commerce |
| Number of insured persons | 4 (2025 annual report) | Number of insured persons at branch institutions | - |
| State industrial classification | Wholesale and retail industries | | |
| Name in English | Beijing Fuhaihua Import and Export Corp., Ltd. | | |
| Registered address | 2-1406, 14/F, Building No. 2, No. A-13 Courtyard, Beiyuan Road, Chaoyang District, Beijing | | |
| Scope of operations | Purchase/sale of metal materials, construction materials, timber, chemical engineering and light industrial materials, daily goods, air-conditioning and cooling equipment, computers and external equipment, sundries, knitted products, medical devices, hardware and electrical equipment for chemical engineering, mechanical and electrical devices; sale of computer networking products; technical development, technological transfer, technical consulting, technical services, and technical training for computer networking products; information consulting; self-operated and agency for import/export business of merchandise and technologies other than those uniformly organized by the state for unified export and those imported by companies approved by the state, operating processing of imported materials and “three forms of processing and assembly operations or compensatory trade”, operation of counter trade and entrepot trade; undertaking exhibition and demonstration events; leasing of office space. (Market entities shall lawfully and autonomously choose operating items to develop operating activities; business activities that require approval may only commence after approval by competent authorities; the enterprise shall not engage in operating activities | | |

| | |
|---|---|
| | in prohibited and restricted categories established by state and municipal industrial policies.) |

1.3 Shareholder Information (5)

| Serial No. | Shareholder name | Shareholding percentage | Subscribed capital contribution (yuan) | Subscribed capital contribution date | Initial shareholding date |
|---|---|---|---|---|---|
| 1 | Sudsino Industrial Co., Ltd. | 40.0342% | 468 | 2007-01-15 | - |
| 2 | Yu Song | 34.9872% | 409 | 2007-01-15 | - |
| 3 | Li Zhang | 11.2062% | 131 | 2007-02-02 | - |
| 4 | Jian Chen | 11.2062% | 131 | 2007-02-02 | - |
| 5 | Beijing Fuyitong Bonded Warehouse Co., Ltd. | 2.5663% | 30 | 2000-01-01 | - |

1.4 Key Personnel (4)

| Serial No. | Name | Position | Shareholding percentage |
|---|---|---|---|
| 1 | Jian Chen | Chairperson of the Board of Directors, Manager, Finance Director | 11.2062% |
| 2 | Li Zhang | Director | 11.2062% |
| 3 | Jingsheng Zhang | Director | - |
| 4 | Wenfu Cao | Supervisor | - |

1.5 External Investments (4)

| Serial No. | Name of enterprise under investment | Status | Shareholding percentage | Subscribed capital contribution/shares held | Subscribed capital contribution date | Province | Industry |
|---|---|---|---|---|---|---|---|
| 1 | Beijing Fuyitong Bonded Warehouse Co., Ltd. | Existing | 20% | 300,000 yuan | 2009-04-02 | Beijing | Transportation and transport, warehousing and postal service |
| 2 | Beijing Aaisi Technology Development Co., Ltd. | Canceled | 68% | 3,400,000 yuan | 1998-07-28 | Beijing | Scientific research and technical services |
| 3 | Beijing Fuyi Tongda Logistics Co., Ltd. | Canceled | 76.3217 % | 915,860 yuan | 2002-09-05 | Beijing | Transportation and transport, warehousing and postal service |
| 4 | Beijing Fuyi Tongda Customs Declaration | Canceled | 33.3333 | 500,000 yuan | 2009-03-26 | Beijing | Leasing and business |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Service Co., Ltd. | | % | | | | services |

1.6 Amendment Record (5)

| Serial No. | Amendment date | Amended item | Before amendment | After amendment |
|---|---|---|---|---|
| 1 | 2015-11-23 | Legal representative | Yu Song | Jian Chen* |
| 2 | 2015-11-23 | Director (standing director), manager, supervisor | Wenfu Cao (Supervisor)<br>Jian Chen* (General Manager, Director)<br>Yu Song (Chairperson of the Board of Directors) [withdrawn]<br>Zhengti Yu (Director) [withdrawn] | Wenfu Cao (Supervisor)<br>Jian Chen* (General Manager, Director)<br>Jingsheng Zhang (Director) [new]<br>Li Zhang (Director) [new] |
| 3 | 2015-03-02 | Scope of operations | Purchase/sale of metal materials, construction materials, timber, chemical engineering and light industrial materials, daily goods, air-conditioning and cooling equipment, computers and external equipment, sundries, knitted products, medical devices, hardware and electrical equipment for chemical engineering, mechanical and electrical devices; sale of computer networking products; technical development, technological transfer, technical consulting, technical services, and technical training for computer networking products; information consulting; self-operated and agency for import/export business of merchandise and technologies other than those uniformly organized by the state for unified export and those imported by companies approved by the state, operating processing of imported materials and "three forms of processing and assembly operations or compensatory trade", operation of counter trade and entrepot trade; undertaking exhibition and demonstration events. | Purchase/sale of metal materials, construction materials, timber, chemical engineering and light industrial materials, daily goods, air-conditioning and cooling equipment, computers and external equipment, sundries, knitted products, medical devices, hardware and electrical equipment for chemical engineering, mechanical and electrical devices; sale of computer networking products; technical development, technological transfer, technical consulting, technical services, and technical training for computer networking products; information consulting; self-operated and agency for import/export business of merchandise and technologies other than those uniformly organized by the state for unified export and those imported by companies approved by the state, operating processing of imported materials and "three forms of processing and assembly operations or compensatory trade", operation of counter trade and entrepot trade; undertaking exhibition and demonstration events; leasing of office space. (Business activities that require approval may only commence after approval by competent authorities.) |
| 4 | 2014-02-28 | Amended shareholder capital contribution | - | Jian Chen*, natural person shareholder; Yu Song, natural person shareholder; Li Zhang, natural person shareholder; Beijing Fuyitong Bonded Warehouse Co., Ltd., corporate person; Sudsino Industrial Co., Ltd., corporate person |
| 5 | 2010-11-15 | Address | Room 715, 7/F, Block C, No. 2 North Street, Xiaohuangzhuang, Heping Li, Chaoyang District, Beijing | 2-1405, No. A-13 Courtyard, Beiyuan Road, Chaoyang District, Beijing |

## 2 Litigation

2.1 Judgment Defaulter (0)

As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.2 Party Subject to Enforcement (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.3 Restriction from High Consumption (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.4 Finalized Case (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

2.5 Frozen Equity (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

3 Operational Risks
3.1 Operational Anomalies (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

3.2 Administrative Penalties (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

3.3 Disciplinary List (0)
As of August 31, 2026, there is currently no relevant information available after querying relevant public websites and Qichacha Big Data Analysis.

Qichacha
Qcc.com

Visit Qichacha to Query Enterprises

Telephone
400-928-2212

[QR code]
Scan with WeChat to Upgrade to Qichacha VIP
Enjoy Various Member Privileges

企查查 Qcc.com

查企业 上企查查 | 联系电话：400-928-2212

# 企业信用报告

## 标准版

### 北京富海华进出口有限公司

创新 · 合作 · 共赢 · 崛起

本报告生成时间为 2026 年 08 月 31 日 10:21:55，您所看的内容为截止时间点的数据快照。

报告编号：1788142914782343

本报告内容为截至该时间点信用主体在相关信息公示、公开信息数据整理分析所得，我司不对本报告的全面、准确、真实性进行分辨和核验，不负相关法律责任，本报告内容不构成我们对任何人或企业之明示或暗示的观点或保证，仅为您提供参考，真实结果请以各官方网站的公布结果为准。
本报告仅供商业决策参考之用，不构成企查查对任何人之明示或暗示的观点或保证。您不得将本数据向任何第三方出售/向境外传输/在境外存储、使用；同时您不得利用本数据从事任何违法违规行为。否则，由此产生的一切后果由您自行承担。
本报告仅提供重要维度重要数据信息，如需更多详细信息或历史数据，请下载《企业信用报告专业版》。
出具单位：企查查科技股份有限公司。

报告验真编号：8ZLY8NSM

验真码说明：
1、使用企查查 APP 扫描二维码进行报告验真
2、此二维码为当前报告的唯一身份标识
3、未经报告权属人同意，不得将此报告用于违背权属人意愿之用途
4、报告验真有效期为报告生成之日起 6 个月内，在报告验真到期前可进行扫码验真

企查查 APP 扫一扫，报告验真

# 目录

**1 基本信息……2**
1.1 企查分……2
1.2 工商信息……2
1.3 股东信息（5）……3
1.4 主要人员（4）……3
1.5 对外投资（4）……3
1.6 变更记录（5）……4
**2 法律诉讼……4**
2.1 失信被执行人（0）……4
2.2 被执行人（0）……5
2.3 限制高消费（0）……5
2.4 终本案件（0）……5
2.5 股权冻结（0）……5
**3 经营风险……5**
3.1 经营异常（0）……5
3.2 行政处罚（0）……5
3.3 惩戒名单（0）……5

# 1 基本信息

## 1.1 企查分




企查分是基于企业公开信息运用大数据模型计算得出的分值，会随公开信息的更新而相应变化。分值仅供参考，用于辅助评估企业的综合信用状况，并不代表企查查任何明示、暗示之观点或保证。

本报告仅展示企查分结果，如需查看更多信息，请登录 QCC.COM 企业主页或下载企业信用报告-专业版。

## 1.2 工商信息

| | | | |
|---|---|---|---|
| **企业名称** | 北京富海华进出口有限公司 | | |
| **曾用名** | - | **企业规模** | XS（微型） |
| **统一社会信用代码** | 91110105101500717Q | **纳税人识别号** | 91110105101500717Q |
| **工商注册号** | 110105005043436 | **进出口企业代码** | 1100101500717 |
| **法定代表人** | 陈建 | **组织机构代码** | 10150071-7 |
| **注册资本** | 1169 万元 | **实缴资本** | 1169 万元（2025 年报） |
| **企业类型** | 有限责任公司（自然人投资或控股） | **登记状态** | 存续（在营、开业、在册） |
| **成立日期** | 1995-04-20 | **核准日期** | 2025-01-23 |
| **营业期限** | 1995-04-20 至 无固定期限 | **登记机关** | 北京市朝阳区市场监督管理局 |
| **参保人数** | 4(2025 年报) | **分支机构参保人数** | - |
| **国标行业** | 批发和零售业 | | |
| **英文名** | Beijing Fuhaihua Import and Export Corp.ltd. | | |
| **注册地址** | 北京市朝阳区北苑路甲 13 号院 2 号楼 14 层 2-1406 | | |
| **经营范围** | 购销金属材料、建筑材料、木材、化工轻工材料、日用杂品、空调制冷设备、电子计算机及外部设备、百货、针纺织品、医疗器材、五金交电化工、机械电器设备；销售计算机网络产品；计算机网络产品技术开发、技术转让、技术咨询、技术服务、技术培训；信息咨询；自营和代理除国家组织统一联合经营的出口商品和国家实行核定公司经营的进口商品以外的其它商品及技术的进出口业务，经营进料加工和“三来一补”业务，经营对销贸易和转口贸易；承办展览展示活动；出租办公用房。（市场主体依法自主选择经营项目，开展经营活动；依法须经批准的项目，经相关部门批准后依批准的内容开展经营活动；不得从事国家和本市产业政策禁止和 | | |

| | |
|---|---|
| | 限制类项目的经营活动。） |

## 1.3 股东信息（5）

| 序号 | 股东名称 | 持股比例 | 认缴出资额(万元) | 认缴出资日期 | 首次持股日期 |
|---|---|---|---|---|---|
| 1 | 华南实业有限公司 | 40.0342% | 468 | 2007-01-15 | - |
| 2 | 宋宇 | 34.9872% | 409 | 2007-01-15 | - |
| 3 | 张立 | 11.2062% | 131 | 2007-02-02 | - |
| 4 | 陈建 | 11.2062% | 131 | 2007-02-02 | - |
| 5 | 北京富亿通保税仓储有限责任公司 | 2.5663% | 30 | 2000-01-01 | - |

## 1.4 主要人员（4）

| 序号 | 姓名 | 职务 | 持股比例 |
|---|---|---|---|
| 1 | 陈建 | 董事长,经理,财务负责人 | 11.2062% |
| 2 | 张立 | 董事 | 11.2062% |
| 3 | 张京生 | 董事 | - |
| 4 | 曹文福 | 监事 | - |

## 1.5 对外投资（4）

| 序号 | 被投资企业名称 | 状态 | 持股比例 | 认缴出资额/持股数 | 认缴出资日期 | 所属省份 | 所属行业 |
|---|---|---|---|---|---|---|---|
| 1 | 北京富亿通保税仓储有限责任公司 | 存续 | 20% | 30 万元 | 2009-04-02 | 北京市 | 交通运输、仓储和邮政业 |
| 2 | 北京阿爱斯科技发展有限公司 | 注销 | 68% | 340 万元 | 1998-07-28 | 北京市 | 科学研究和技术服务业 |
| 3 | 北京富亿通达物流有限公司 | 注销 | 76.3217% | 91.586 万元 | 2002-09-05 | 北京市 | 交通运输、仓储和邮政业 |
| 4 | 北京富亿通达报关服 | 注销 | 33.3333 | 50 万元 | 2009-03-26 | 北京市 | 租赁和商务 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 务有限责任公司 | | % | | | | 服务业 |

### 1.6 变更记录（5）

| 序号 | 变更日期 | 变更项目 | 变更前 | 变更后 |
|---|---|---|---|---|
| 1 | 2015-11-23 | 法定代表人 | 宋宇 | 陈建* |
| 2 | 2015-11-23 | 董事（理事）、经理、监事 | 曹文福(监事)<br>陈建*(总经理、董事)<br>宋宇(董事长)【退出】<br>于政惕(董事)【退出】 | 曹文福(监事)<br>陈建*(董事长、经理)<br>张京生(董事)【新进】<br>张立(董事)【新进】 |
| 3 | 2015-03-02 | 经营范围 | 购销金属材料、建筑材料、木材、化工轻工材料、日用杂品、空调制冷设备、电子计算机及外部设备、百货、针纺织品、医疗器材、五金交电化工、机械电器设备，销售计算机网络产品，计算机网络产品技术开发、技术转让、技术咨询、技术服务、技术培训，信息咨询，自营和代理除国家组织统一联合经营的出口商品和国家实行核定公司经营的进口商品以外的其它商品及技术的进出口业务,经营进料加工和“三来一补”业务,经营对销贸易和转口贸易，承办展览展示活动。 | 购销金属材料、建筑材料、木材、化工轻工材料、日用杂品、空调制冷设备、电子计算机及外部设备、百货、针纺织品、医疗器材、五金交电化工、机械电器设备，销售计算机网络产品，计算机网络产品技术开发、技术转让、技术咨询、技术服务、技术培训，信息咨询，自营和代理除国家组织统一联合经营的出口商品和国家实行核定公司经营的进口商品以外的其它商品及技术的进出口业务,经营进料加工和“三来一补”业务,经营对销贸易和转口贸易，承办展览展示活动，出租办公用房。（依法须经批准的项目,经相关部门批准后依批准的内容开展经营活动。） |
| 4 | 2014-02-28 | 股东出资变更 | - | 陈建*,自然人股东，宋宇,自然人股东，张立,自然人股东，北京富亿通保税仓储有限责任公司,企业法人，华南实业有限公司,企业法人 |
| 5 | 2010-11-15 | 住所 | 北京市朝阳区和平里小黄庄北街 2 号 C 座 7 层 715 房间 | 北京市朝阳区北苑路甲 13 号院 2-1405 |

## 2 法律诉讼

### 2.1 失信被执行人（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.2 被执行人（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.3 限制高消费（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.4 终本案件（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 2.5 股权冻结（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

## 3 经营风险

### 3.1 经营异常（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 3.2 行政处罚（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

### 3.3 惩戒名单（0）

截止至 2026 年 08 月 31 日，根据相关公开网站检索及企查查大数据分析暂未查询到相关信息。

企查查
Qcc.com

查企业 上企查查

联系电话

400-928-2212

微信扫码升级企查查VIP
享多项会员特权