# Yang Supplemental Ex. 12

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 12

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

The Spirit of Shanghai Municipality
All-Inclusive Pursuing Excellence Open and Wise Magnanimous Humility

Building a Technological Innovation Center with Global Influence

The Spirit of Shanghai Municipality
All-Inclusive Pursuing Excellence Open and Wise Magnanimous Humility

Please enter keywords
Search

Hot topics: Tech Bounty Disruptive Technology High-Tech Enterprise Innovation Vouchers Technical Contracts
Toggle to Traditional Chinese | English | Accessibility | Care Version

- 
- 
- 

"Shanghai Technology" Weibo
[QR code]

"Shanghai Technology" Weibo
[QR code]

"Shanghai Technology" Website
[QR code]

| | | | |
|---|---|---|---|
| Policy North Star<br>No Stops with "Fully-Online Policy Information Service" | Shanghai \| Sunlight in Government Affairs, Open for the People<br>Shanghai Municipal People's Government Open Month | Policy North Star<br>No Stops with "Fully-Online Policy Information Service" | Shanghai \| Sunlight in Government Affairs, Open for the People<br>Shanghai Municipal People's Government Open Month |

● Administrative Services

● Open Public Affairs

● Press Center

● Zhangjiang High-Tech Area

● Innovative Research

● World of Popular Science

● Interactive Platform

>
<
● Homepage
● Administrative Services
● Open Public Affairs
● Press Center
● Zhangjiang High-Tech Area
● Innovative Research
● World of Popular Science
● Interactive Platform

Current location: Homepage > Open Public Affairs > Technological Policies/Policy Interpretations > Technological Policies > Regulatory Documents > Full Text

Notice Regarding the Issuance of *Administrative Rules of Natural Science Foundation of Shanghai*
Date of promulgation: November 10, 2022

STR [2022] No. 7

To Relevant Entities:

To further regulate and strengthen the administration of National Science Foundation of Shanghai, and to enhance the work of foundational research and applied foundational research in Shanghai, our Commission conducted research and has amended the *Administrative Rules of Natural Science Foundation of Shanghai*. This is now printed and issued to you for your compliance in the course of implementation.

Thus concludes this notice.

Science and Technology Commission of Shanghai Municipality
November 10, 2022

*Administrative Rules of Natural Science Foundation of Shanghai*
Chapter 1 General Provisions

Article 1 Natural Science Foundation of Shanghai (hereinafter "Foundation") is hereby established to strengthen foundational research and applied foundational research in Shanghai, to encourage liberal exploration, to train technological and innovative talent, to strengthen the ability to innovate at the source, and to consolidate the foundation of technological development.

Article 2 These Rules are formulated to regulate and strengthen management of the Foundation pursuant to *Law of the People's Republic of China on Scientific and Technological Progress*, *Regulations Governing Scientific and Technological Progress in Shanghai Municipality*, and *Regulations Governing Technology Program Projects in Shanghai Municipality*.

Article 3 The Foundation is a component of the Shanghai Municipal Technological Innovation Program, which is managed, organized, and implemented by Science and Technology Commission of Shanghai Municipality (hereinafter "STCSM"), and supervised by Shanghai Municipal Bureau of Finance. STCSM shall create robust performance management systems and mechanisms, in cooperation with competent financial authorities, conduct evaluation and assessment of Foundation performance.

Article 4 The principal source of Foundation funding is specialized funding at Shanghai Municipal Technological Innovation Program. Diverse input channels are constructed and donations from natural persons, corporate persons, or other organizations are encouraged.

Article 5 The Foundation mainly aims to fund foundational research and applied foundational research in natural sciences in Shanghai. Project types include general projects and original exploratory projects.

Article 6 The Foundation encourages original innovation and is accommodating for failure. Research projects that meet the following criteria receive priority support:

(1) Research projects at the cutting edge of science, with importance in applications, and has long-term strategic significance, particularly research projects that are have significant efficacy in promoting technological advancement and economic and social development in Shanghai;

(2) Research projects involving novel academic thinking; with sufficient theoretic basis; has definitive and concrete study content and objectives; has advanced, reasonable, and feasible research methodology and technical pathways; and has the potential to gain breakthrough accomplishments in cutting-edge technological fields in the world;

(3) Principal investigators in such projects should be equipped with corresponding foundational theoretical knowledge and independent research ability, have substantial cumulative research work, and have reliable guarantees regarding basic research conditions and timeframes.

## Chapter 2 Application and Evaluation

Article 7 The Foundation shall concentrate acceptance and processing of projects once per year, with recruitment notices to be publicly released in the form of application instructions. Generally, the research terms of funded projects shall last three years.

Article 8 In order to ensure the quality of projects in applications, the Foundation shall implement the principle of candidacy based on entities, which recommend applications by promising projects.

Article 9 Entities applying for projects shall be corporate or non-corporate organizations with relatively good capabilities in foundational research that are registered in Shanghai.

Article 10 Applicants should be equipped with relevant foundational theoretical knowledge and independent research ability, with masters' degrees and above, or with experience undertaking topics in foundational research.

Article 11 Applicants should be actual responsible persons for projects. One applicant can only apply for one project for Foundation funding in one year.

Article 12 Applicants should comply with the Foundation's annual project guidelines and requirements, and submit applications via the application entities. Applicants should be responsible for the truthfulness of application materials submitted. The application entities should evaluate applicants for excellence based on the principles of fairness, impartiality, and openness. The necessity of the projects applying for funding, the truthfulness of the application contents, the feasibility of study protocols, the rationality of funding budgets, and the reliability of basic work criteria should be reviewed by the application entities, which shall sign off on their opinions upon submission to STCSM.

Article 13 After receiving the application materials, STCSM shall engage in formal review, then organize experts in the same industry to assess valid applications that have met requirements. The expert reviewers shall engage in independent judgment and evaluation of aspects such as scientific value, innovation, social influence, and feasibility of study protocols, then in turn issue their review opinions.

Article 14 Based on the expert review opinions, STCSM shall approve projects on the basis of competitive selection. Approved projects shall be officially included in the list of funded projects by the Foundation.

Article 15 After projects are approved by the Foundation, STCSM and the undertaking entities shall sign contracts, with funds to be disbursed pursuant to disbursement plans based on contracts and the statements of purpose, and track and manage the projects. The undertaking entities shall independently verify funding of projects, and shall dedicate specialized funds according to purpose; funds shall not be retained or redirected for other use. The expenditure criteria of project funding must be implemented in strict compliance with the scope of expenditures as stipulated in the funding administrative requirements of Shanghai.

## Chapter 3 Implementation and Management

Article 16 The entities undertaking projects should provide the facilities for projects funded by the Foundation to be implemented, provide scientific support and assurance conditions for experimental equipment and personnel in order to engage in research for the projects, ensure that project directors have sufficient time to perform research in projects funded by the Foundation, and support and supervise the diligent conduct of scientific research work by project directors.

Article 17 During project implementation, entities undertaking projects shall not unilaterally replace project directors.

If one of the following situations is applicable to a project director, the entity undertaking the project shall immediately submit an application to replace the project director or to terminate implementation of the project, and shall report to STCSM for review and approval:

(1) The project director is no longer a member of the science or technology staff at the undertaking entity;

(2) The project director cannot continue to conduct research work;

(3) The project director plagiarized the scientific research achievements of others or engaged in falsification in the course of scientific research.

Article 18 The entities undertaking projects and project directors shall ensure the stability of participants. If participants indeed need to be added or withdrawn, the project directors shall submit the application, to be reviewed and approved by the entities undertaking projects, then reported to STCSM for filing.

Article 19 In the process of project implementation, in the event that the study contents or research require major adjustments, the person responsible for the project shall submit an application in a timely manner for review and approval by the undertaking entity, then report to STCSM for review and approval.

Article 20 If for some reason a project cannot be completed on time, the entity undertaking the project shall apply for an extension in a timely manner. At the latest, extension applications shall be submitted three months before the end of the project implementation period to STCSM for review and approval. In principle, only one extension may be applied for, and in principle, no extension shall be longer than one year.

Article 21 Within three months after the end of the project implementation period, entities undertaking projects shall submit an application to review and accept the project, a self-assessment report, a technology report, and explanatory materials deemed necessary for supplementation by the entities undertaking projects. STCSM shall organize review and acceptance of projects by utilizing general project performance assessment methods to assess the completion conditions of project tasks as well as administration and usage of funding.

Article 22 During application and implementation of a project funded by the Foundation, any violations of scientific research integrity and technological ethics shall be handled in accordance with state and municipal requirements.

Article 23 The accomplishments or published papers relating to the funded projects shall include the annotation “project funded by Natural Science Foundation of Shanghai”, and the English text shall be “Sponsored by Natural Science Foundation of Shanghai”.

Chapter 4Supplemental Provisions

Article 24 The Administrative Rules shall be implemented on November 16, 2022, and shall expire on November 15, 2027. The original *Administrative Rules of Natural Science Foundation of Shanghai* (SS [2016] No. 394) shall be simultaneously abolished.

[Download Original Text]
Notice Regarding the Issuance of *Administrative Rules of Natural Science Foundation of Shanghai*.pdf

[Related Information]
[Authority Interpretation] Policy Interpretation of *Administrative Rules of Natural Science Foundation of Shanghai*

Inquiry of Policy Document by Comment

(Note: 1. On inquiries relating to the policy document herein shall be received; 2. When leaving a comment, please note the name of the policy document)

Comments Selected for Publication

Nickname: ** Wang Comment date: 2026.04.28

Inquiry of Policy Document by Comment

1. Is *Administrative Rules of Natural Science Foundation of Shanghai*, STR [2022] No. 7, applicable to youth projects of Natural Science Foundation of Shanghai established 2025? 2. What is the percentage of indirect funding in youth projects of Natural Science Foundation of Shanghai established 2025? 3. Of indirect funding, [cut off], thanks.

Science and Technology Commission of Shanghai Municipality:

*Administrative Rules of Natural Science Foundation of Shanghai*, STR [2022] No. 7, began implementation on November 16, 2022 and its expiration date is November 15, 2027. The projects funded by the Natural Science Foundation shall be implemented in accordance with the regulatory document. For the formulation of the budget of Natural Science Foundation, please refer to *Administrative Regulations of Shanghai Municipal Financial* [cut off] (SFI [2023] No. 4).

National and Local Departments of Science and Technology | Websites of Shanghai Municipal Government and Departments | Websites of Districts of Shanghai | Shanghai Municipal Technological System Entities | Websites of Popular Science and Scientific/Technological Associations | Other Websites

Sitemap
Government website tag code:
3100000002

Adverse Information Reporting Center Government Website | Find Errors

SPSF
No. 31010102007075

Collecting Guideline Recommendations

Politics/Government-Related
Government Website | Find Errors

Sponsored by Science and Technology Commission of Shanghai Municipality
Address: No. 200 Renmin Boulevard, Shanghai Postal code: 200003
Telephone: 23111111
Business hours: 9:00 to 18:00 (excluding national holidays)
This website is maintained by Shanghai Municipal Technological Innovation Service Center
SPNSF No. 31010102007075 S ICP F No. 2021016245-2

Sitemap

Government website tag code:
3100000002

Telephone: 23111111
Business hours: 9:00 to 18:00 (excluding national holidays)
This website is maintained by Shanghai Municipal Technological Innovation Service Center (Shanghai Technological Achievements Archive)

Case 7:24-cv-00232-DC Document 214-13 Filed 09/04/26 Page 9 of 14

上海城市精神
海纳百川 追求卓越 开明睿智 大气谦和

建设具有全球影响力的科技创新中心

- 
- 上海城市精神
  海纳百川 · 追求卓越 · 开明睿智 · 大气谦和

请输入关键字

检索

热词： 揭榜挂帅 颠覆性技术 高新技术企业 创新券 技术合同

切换繁體 | English | 无障碍 | 关怀版

- 
- 
- 

“上海科技”微博

“上海科技”微信

“上海科技”网站













- 办事服务
- 政务公开
- 新闻中心
- 张江高新区
- 创新研究
- 科普天地
- 互动平台

- 首页
- 办事服务
- 政务公开
- 新闻中心
- 张江高新区
- 创新研究
- 科普天地
- 互动平台

# 关于印发《上海市自然科学基金管理办法》的通知

发布日期：2022-11-10

沪科规〔2022〕7号

各有关单位：

为进一步规范和加强上海市自然科学基金管理，加强本市基础研究和应用基础研究工作，我委研究修订了《上海市自然科学基金管理办法》，现印发给你们，请遵照执行。

特此通知。

上海市科学技术委员会

2022年11月10日

## 上海市自然科学基金管理办法

### 第一章 总 则

**第一条** 为加强上海市基础研究和应用基础研究工作，鼓励自由探索，培育科技创新人才，增强源头创新能力，夯实科技发展基础，特设立上海市自然科学基金（以下简称“基金”）。

**第二条** 为规范和加强基金管理，根据《中华人民共和国科学技术进步法》《上海市科学技术进步条例》，以及《上海市科技计划项目管理办法》，制定本办法。

**第三条** 基金是上海市科技创新计划的组成部分，由上海市科学技术委员会（以下简称“市科委”）进行管理和组织实施、上海市财政局进行监督。市科委应当健全绩效管理体制机制，配合财政主管部门开展基金绩效评价评估。

**第四条** 基金经费主要来源为上海市科技创新计划专项经费，构建多元投入渠道，鼓励自然人、法人或者其他组织捐资。

**第五条** 基金主要用以资助本市自然科学方面的基础研究和应用基础研究工作，项目类型包括面上项目和原创探索项目等。

**第六条** 基金鼓励原始创新、宽容失败，优先支持具备以下条件的研究项目：

（一）具有科学前沿性、应用重要性以及长远战略意义的研究项目，特别是对促进本市科技进步和经济、社会发展有重要作用的研究项目；

（二）学术思想新颖，理论根据充足，研究内容和目标明确具体，研究方法和技术路线先进、合理、可行，有望在世界科技前沿领域取得突破性成果的研究项目；

（三）项目主要研究人员具备相应的基础理论知识和独立的研究能力，研究工作有一定的积累，基本研究条件和时间有可靠保证。

## 第二章　申请和评审

**第七条**　基金项目每年集中受理一次，征集通知以申报指南形式公开发布，资助项目的研究期限一般为三年。

**第八条**　为保证申报项目质量，基金实行单位遴选、择优推荐申报的原则。

**第九条**　项目申报单位应为在沪注册的具有较好基础研究能力的法人或非法人组织。

**第十条**　申请人应当具备相关的基础理论知识和独立研究能力，具有硕士及以上学位或有承担基础研究课题的经历。

**第十一条**　申请人应当是项目的实际负责人。申请人同年度只能申请1项基金项目。

**第十二条**　申请人应当根据基金年度项目指南要求，通过申报单位提出项目申请。申请人应当对所提交的申请材料的真实性负责。申报单位应当公平、公正、公开择优遴选，对申请资助项目的必要性、申请内容的真实性、实现研究方案的可能性、经费预算的合理性、基本工作条件的可靠性等进行审核，签署意见并报市科委。

**第十三条**　市科委收到申报材料后进行形式审查，对符合申报要求的有效申请，组织同行专家进行评审。评审专家对项目申请应当从科学价值、创新性、社会影响以及研究方案的可行性等方面进行独立判断和评价，提出评审意见。

**第十四条**　市科委根据专家评审意见，按照择优原则进行审定，经审定的项目，正式列入基金资助名单。

**第十五条**　基金项目核准后，市科委与承担单位签订合同，根据合同和任务书确定的拨款计划进行拨款，并对项目进行跟踪管理。承担单位对项目经费应当单独核算、专款专用；不得截留、挪用。项目经费的开支标准必须严格按照上海市有关科研经费管理规定的经费开支范围执行。

## 第三章　实施与管理

**第十六条**　项目承担单位应当提供基金资助项目实施的条件，提供从事项目研究必需的实验装备和人员等科研支撑保障条件，保证项目负责人有足够时间从事资助项目的研究工作，支持并督促项目负责人认真开展科研工作。

**第十七条**　项目实施过程中，承担单位不得擅自变更项目负责人。

项目负责人有下列情形之一的，承担单位应当及时提出变更项目负责人或者终止项目实施的申请，报市科委审核同意：

（一）不再是承担单位科学技术人员的；

（二）不能继续开展研究工作的；

（三）有剽窃他人科学研究成果或者在科学研究中有弄虚作假等行为的。

**第十八条**　承担单位和项目负责人应当保证参与者的稳定。参与者确实需要增加或者退出的，由项目负责人提出申请，经承担单位审核后报市科委备案。

**第十九条** 项目实施过程中，研究内容或者研究计划需要作出重大调整的，项目负责人应当及时提出申请，经承担单位审核后报市科委审核同意。

**第二十条** 项目因故不能按期完成的，项目承担单位应当及时申请延期。延期申请最迟在项目执行期结束前3个月提出，并报市科委审核同意。项目延期原则上只能申请1次，延期时间原则上不超过1年。

**第二十一条** 项目承担单位应当在项目执行期结束后3个月内提交项目验收申请、自评价报告、科技报告、项目承担单位认为需要补充的说明材料等验收材料。市科委采用项目综合绩效评价等方法，评价项目任务完成情况和经费管理使用情况，组织项目验收工作。

**第二十二条** 在基金资助项目申请和实施过程中，出现涉及科研诚信和科技伦理的违规行为的，按国家和本市有关规定处理。

**第二十三条** 基金项目所取得的成果或发表的文章等，均应注明“上海市自然科学基金资助项目”，英文为“Sponsored by Natural Science Foundation of Shanghai”。

**第四章 附 则**

**第二十四条** 本办法自2022年11月16日起施行，有效期至2027年11月15日。原《上海市自然科学基金管理办法》（沪科〔2016〕394号）同时废止。

**【原文下载】**

- 关于印发《上海市自然科学基金管理办法》的通知.pdf

【相关信息】
【部门解读】《上海市自然科学基金管理办法》政策解读

政策性文件留言咨询

（注：1.只接收对该政策性文件的相关咨询;2.留言时请注明政策性文件名称）

**留言选登**

昵称：王**　　评论日期：2026.04.28

1、请问《上海市自然科学基金管理办法》沪科规〔2022〕7 号，是否适用于2025年立项的上海市自然科学基金青年项目？ 2、2025年立项的上海市自然科学基金青年项目的间接经费比例是多少？ 3、间接经费中的绩
谢。

上海市科学技术委员会：

《上海市自然科学基金管理办法》（沪科规〔2022〕7 号）自2022年11月16日起施行，有效期至2027年11月15日，此期间立项的自然科学基金项目均按照该规范型文件执行。自然基金项目预算请参照《上海市财政管理办法》（沪财发〔2023〕4号）相关规定编制。

---

国家和地方科技部 上海市政府及其部门网站 上海各区网站 上海市科技系统单位 科普科协网站 其他网站

网站地图

政府网站标识码：3100000002

沪公安备31010102007075号

政府网站找错

指南建议征集

上海市科学技术委员会主办
地址：上海市人民大道200号 邮政编码：200003
电话：23111111
工作时间：9:00 — 18:00（国定节假日除外）
本网站由上海市科技创新服务中心维护

党政机关

政府网站找错

沪公网安备31010102007075号

沪ICP备2021016245号-2

政府网站标识码：3100000002

网站地图

地址：上海市人民大道200号 邮政编码：200003 电话：23111111
工作时间：9:00 — 18:00（国定节假日除外）
本网站由上海市科技创新服务中心（上海市科技成果档案资料馆）维护