# Yang Supplemental Ex. 13

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 13

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director

Questel Confidential: Limited External Use

299 South Main Street, Suite 1300
Salt Lake City, UT 84111

Comprehensive Service Portal | Office System | Academic System | Equipment System | Bidding System | English

Home | About the College | Faculty | Talent Development | Teaching | Research | Student Affairs | Alumni Affairs | International Exchange | Party and Community Affairs | Information Disclosure




Platforms and Bases

## Platforms and Bases

Current Location: Home >> Research >> Platforms and Bases

- Platforms and Bases
- Project Proposals
- Research Policies
- Research Outcomes

Work Procedures

## Provincial and Ministerial Platforms and Bases

| Base Types | Base Names | Person in Charge |
| --- | --- | --- |
| Ministry of Education Engineering Research Center | Enterprise Digital Technology Ministry of Education Engineering Research Center | Jun Wang |
| Shanghai Engineering Technology Research Center | Shanghai Industrial Visual Perception and Intelligent Computing Engineering Technology Research Center | Weidong Zhao |
| Shanghai Engineering Technology Research Center | Shanghai Blockchain Application Service Engineering Technology Research Center | Erwu Liu |
| Shanghai Professional Technical Service Platform | Shanghai Visual Perception Technology Innovation Service Platform | Xianhui Liu |

## Institute-managed Research Base

| Organization Name | Person in Charge |
| --- | --- |
| CIMS Research Center | Min Liu |
| CAD Research Center | Xianhui Liu |
| Institute of Rail Transit Communication and Signal | Zhongwei Xu |
| Tongji University Institute of Very Large Scale Integration | Tao Lin |
| Tongji University Microelectronics Center | Zhifeng Zhang |
| Tongji University Center for Community Informatization and Intelligent Architecture | Weisheng Xu |
| Tongji University Shanghai Institute of Intelligent Science and Technology | Hong Chen |
| Tongji University Sino-German Research Center for Intelligent Science and Technology | Jiangfeng Wu |

Copyright © Tongji University School of Electronics and Information Engineering
Address: Zhixin Building, Tongji University Jiading Campus, 4800 Cao'an Highway, Shanghai, ZIP: 201804 Tel: (021)69589979 Email: dxwg@tongji.edu.cn

综合服务门户 办公系统 教务系统 设备系统 采招系统 English

首页 学院概况 师资队伍 人才培养 教学工作 科研工作 学生工作 校友工作 国际交流 党群工作 信息公开




平台与基地

## 平台与基地

当前位置： 首页 >> 科研工作 >> 平台与基地

- 平台与基地
- 项目申报
- 科研政策
- 研究成果

办事流程

## 省部级平台与基地

| 基地类型 | 基地名称 | 负责人 |
|---|---|---|
| 教育部工程研究中心 | 企业数字化技术教育部工程研究中心 | 王峻 |
| 上海市工程技术研究中心 | 上海工业视觉感知与智能计算工程技术研究中心 | 赵卫东 |
| 上海市工程技术研究中心 | 上海区块链应用服务工程技术研究中心 | 刘儿兀 |
| 上海市专业技术服务平台 | 上海视觉感知技术创新服务平台 | 柳先辉 |

## 院设院管研究基地

| 机构名称 | 负责人 |
|---|---|
| CIMS研究中心 | 刘敏 |
| CAD研究中心 | 柳先辉 |
| 轨道交通通信信号研究所 | 徐中伟 |
| 同济大学超大规模集成电路研究所 | 林涛 |
| 同济大学微电子中心 | 张志峰 |
| 同济大学社区信息化与智能建筑研究中心 | 许维胜 |
| 同济大学上海智能科学与技术研究院 | 陈虹 |
| 同济大学中德智能科学与技术研究中心 | 吴江枫 |

版权所有 同济大学电子与信息工程学院 本院地址：上海市曹安公路4800号同济大学嘉定校区智信馆
邮编：201804 电话：(021)69589979 Email：dxwg@tongji.edu.cn