# Yang Supplemental Ex. 14

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 14

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111

The 24th Academic Annual Conference of CERNET



Kexun Science Times Published on: November 22, 2010



# The 2010 Annual Science Fund Grants Exhibit Three Key Features

Recently, it was learned from the National Natural Science Foundation of China that in 2010, the annual funding plan for various projects was set at 9,651.78 million yuan. As of October 12, a total of 24,166 projects have been approved for funding, with a budget of 8,785.66 million yuan. The research project series includes 13,780 projects with a budget of 5,893.3 million yuan; the talent project series includes 10,018 projects with a budget of 2,576.1 million yuan; the environmental condition project series includes 368 projects with a budget of 316.26 million yuan. Some types of projects are still under evaluation.

This year's funding efforts fully reflect the strategic focus on "greater emphasis on fundamentals, greater emphasis on cutting-edge research, and greater emphasis on talent." It also reinforces the policy of prioritizing female researchers under equal conditions and enhances support for basic research in the Xinjiang region.

As of October 12, 2010, the number of applications for the National Natural Science Foundation of China (NSFC) projects continued to grow, with a total of 118,700 applications received, including 115,179 during the centralized application period. Compared to the same period in 2009, the number of applications increased by 17,424, a growth of 17.82%.

Funding Overview for Various Projects

According to the regulations of the National Natural Science Foundation and related project management methods, based on peer expert reviews and panel evaluations, the NSFC has approved funding for the following projects:

(i) Research Project Series

1. General Projects: 13,030 projects funded, with a total grant of 4,524.5 million RMB.

## News Announcements

More>>

Public Announcement of Ministry of Education Recommended Projects for the 2015 National Science and Technology Awards
Results of the 2014 Natural Science Foundation Project Reviews Announced
Announcement of the 11th Chinese Young Women Scientists Award Nominees
2015 National Natural Science Foundation Project Shared Voyage Application
Preliminary Budget Plan for the 973 Program Proteomics Project...
National Key Basic Research Development Program Budget Allocation Overview...
2014 Higher Education Outstanding Scientific Research Achievement Award (Science...)

## Hot Recommendations

More>>

2014 Nobel Prize in Chemistry
The 2014 National Science and Technology Awards Ceremony
Top 10 'Keywords' for Higher Education Informatization in 2014
2014 Nobel Prize in Physiology or Medicine
2014 Nobel Prize in Physics

Xi Jinping Presents the 2014 National Supreme Science and Technology Award to Academician Yu Min...
2014 National Science and Technology Awards Distribution in Universities Nationwide
Academician Yu Min, known as the Father of China's Hydrogen Bomb, received the 2014 National Supreme Science and Technology Award.
The 2014 National Science and Technology Awards Ceremony was held at the Great Hall of the People.
2014 National Science and Technology Awards Conference: Driving Innovation Forward...

57.0% of respondents admitted that the value of a master's degree has declined.

2. Key Projects: 436 projects funded, with a total grant of 964.5 million RMB.

3. Major Projects: 4 projects funded, with a total grant of 40 million RMB.

4. Major Research Plan Projects: 247 projects funded, with a total grant of 237.5 million RMB.

5. Major International (Regional) Cooperative Research Projects: 63 projects funded, with a total grant of 126.8 million RMB.

(ii) Talent Project Series

1. 198 individuals received funding from the National Science Fund for Distinguished Young Scholars, with a total grant of 388.2 million RMB.

2. Young Scientists Fund Projects: 8,350 projects funded, with a total grant of 1,646 million RMB.

3. Regional Science Fund Projects: 1,326 projects funded, with a total grant of 335.6 million RMB.

4. Innovative Research Groups: 29 groups funded, with a total grant of 142 million RMB.

5. Overseas and Hong Kong/Macau Scholars Cooperative Research Fund Projects: 83 projects funded, with a total grant of 16.6 million RMB.

6. National Science Talent Training Fund Projects: 32 projects funded, with a total grant of 47.7 million RMB.

1 2 Next Page Last Page

Disclaimer: Articles/images marked as sourced from other media are reposted on this site for non-commercial educational and research purposes. This does not imply endorsement of their views or verification of their accuracy. If there are copyright issues with any reposted content, please contact us via phone or letter within two weeks.

**Share to**: More

Should Parent WeChat Groups Set Rules?
Is it appropriate to pay teachers based on 'work points'?
Revealing the truth about graduate school exams: Only 1/5 take it for academic pursuits.
People's Daily: 2014 Ranking of the Most Popular Universities and Presidents.

### Related Information

Academician Jiaguang Sun: Six Measures to Manage Scientific Funds in the New Era.
China Science Daily: A Detailed Explanation of the New Science Fund Policies.
Natural Science Fund project undertaken by Anhui Polytechnic University...
A Decade of Exploration under China's Unique Science Fund System.
Review and Examination Procedures for Science Fund Projects Not Accepted.
Guilin University of Technology Secures 29 Projects in the 2011 Guangxi Natural Science Fund.

Case 7:24-cv-00232-DC Document 214-15 Filed 09/04/26 Page 5 of 8

In 2011, Central Government Allocated 12 Billion Yuan to Science Funds, a 16% Increase...
Comprehensively Implement the Regulation and Legally Manage the Science Fund.
Yiyu Chen: Science Funds Driving Career Growth for Female Researchers.
2006: Xi'an Jiaotong University Achieves Significant Results in National Natural Science Fund Projects...

All rights reserved: China Education and Research Network Center. Copyright © 1994-2017 CERNIC, CERNET, ICP License No. 05078770, Jingwangwen [2014] 2106-306.
Statement on Counterfeit China Education Network | For any questions or suggestions, please contact: Webmaster@cernet.com

柯讯 科学时报 发布时间：2010-11-22 选择字体：大 中 小

# 2010年度科学基金资助呈现三大特点

日前，从国家自然科学基金委员会了解到，2010年国家自然科学基金全年计划安排各类项目资助金额965178万元。截至10月12日共批准资助了各类项目24166项，经费878566万元。其中研究项目系列13780项，经费589330万元；人才项目系列10018项，经费257610万元；环境条件项目系列368项，经费31626万元；部分类型项目还在评审过程中。

今年的资助工作充分体现了“更加侧重基础、更加侧重前沿、更加侧重人才”的战略导向，同时加强了在同等条件下对女性科研人员优先资助的政策，也加强对新疆地区基础研究的支持力度。

2010年国家自然科学基金项目申请数量继续保持增长态势，截至10月12日，共收到各类申请118700项。其中在申请集中接收期间共收到各类项目申请115179项。与2009年同期相比，项目申请量增加了17424项，增长17.82%。

各类项目资助情况

按照《国家自然科学基金条例》和相关类型项目管理办法的规定，根据同行专家通讯评审和会议评审结果，基金委批准资助了如下各类项目：

（一）研究项目系列

1.面上项目13030项，资助经费452450万元。

新闻公告 更多>>

教育部推荐2015年度国家科学技术奖项目公示
2014年度多项自然科学基金项目评审结果公布
第十一届中国青年女科学家奖入选者公示
2015年度国家自然科学基金项目共享航次申请
973计划蛋白质组草图项目预算安排初步方案...
国家重点基础研究发展计划项目预算安排初...
2014年度高等学校科学研究优秀成果奖(科学...

热点推荐 更多>>

2014年诺贝尔化学奖
2014年度国家科学技术奖励大会
2014年度高等教育信息化十大“关键词”
2014诺贝尔生理学或医学奖
2014年诺贝尔物理学奖

习近平为2014国家最高科技奖获得者于敏院...
全国高校获2014年度国家科学技术奖励情况
中国氢弹之父于敏院士获2014年国家最高科技奖
2014年国家科学技术奖励大会在人民大会堂举行
2014国家科技奖励大会：让创新成为驱动发...

57.0%受访者直言硕士研究生学历含金量下降

2.重点项目436项，资助经费96450万元。

3.重大项目4项，资助经费4000万元。

4.重大研究计划项目247项，资助经费23750万元。

5.重大国际（地区）合作研究项目63项，资助经费12680万元。

（二）人才项目系列

1.198人获得国家杰出青年科学基金资助，资助经费38820万元。

2.青年科学基金项目8350项，资助经费164600万元。

3.地区科学基金项目1326项，资助经费33560万元。

4.创新研究群体29个，资助经费14200万元。

5.海外及港澳学者合作研究基金项目83项，资助经费1660万元。

6.国家基础科学人才培养基金项目32项，资助经费4770万元。

1 2 下一页 尾页

特别声明：本站注明稿件来源为其他媒体的文/图等稿件均为转载稿，本站转载出于非商业性的教育和科研之目的，并不意味着赞同其观点或证实其内容的真实性。如转载稿涉及版权等问题，请作者在两周内速来电或来函联系。

**分享到**：更多

家长微信群该不该立“规矩”?
按“工分”给教师发工资妥吗?
揭秘考研真相：为搞学术而考研的仅占1/5
人民日报：2014年最受关注的高校及校长排行

**相关资讯**

孙家广院士：新形势下六举措管好科学基金
中国特色科学基金制近十年探索历程回眸
中国科学报：细说科学基金资助新政
科学基金不予受理项目复审申请与审查程序
安徽工程大学承担的省自然科学基金项目...
桂林理工大学获29项2011年广西自然科学基金

2011年中央财政投入科学基金120亿元增16... | 陈宜瑜：科学基金助推女性科研人员事业发展
全面贯彻落实条例依法管理科学基金 | 2006西安交大国家自然科学基金项目取得...

版权所有：中国教育和科研计算机网网络中心 Copyright © 1994-2017 CERNIC,CERNET,京ICP备05078770号,京网文[2014]2106-306号
关于假冒中国教育网的声明 | 有任何问题与建议请联络：Webmaster@cernet.com