# Yang Supplemental Ex. 16

MORNINGSIDE
A Questel Company

morningtrans.com

# TRANSLATION CERTIFICATION

**Date: 2026/09/03**

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supp. Ex. 16

Samuel Wu, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Samuel Wu

Signature of **Samuel Wu**, Managing Director



299 South Main Street, Suite 1300
Salt Lake City, UT 84111

Import and Export Licensing for Restricted Technologies

Technical Export License of Beijing Lingyiwanwu Information Technology Co., Ltd.

Technical Export License of Oriental Junchuang Import and Export (Beijing) Co., Ltd.

Technical Export License of Beijing Hangyi Technology Co., Ltd.

Technical Import License of Beijing Zhongchao Sekuobai Security Ink Co., Ltd.

Technical Export License of Xiaomi Technology Co., Ltd.

Approval Results Public Announcement

Technical Import License of Beijing Babcock & Wilcox Co., Ltd.

Technical Import License of Beijing Babcock & Wilcox Co., Ltd.

Technical Import License of Beijing Babcock & Wilcox Co., Ltd.

Technical Import License of Beijing Babcock & Wilcox Co., Ltd.

Technical Import License of Beijing Babcock & Wilcox Co., Ltd.

Technical Import License of Beijing Babcock & Wilcox Co., Ltd.

Total 2 pages, currently on page 1 Next Page Jump to page Go

About Us | Legal Notices | Site Map | Feedback Suggestions | Contact Us

Party and Government Agencies

Government Hotline: 12345

WeChat Public Account

Government Microblog

Hosted by: Beijing Municipal Bureau of Commerce All Rights Reserved ICP License No. 20001671-5
Beijing Public Network Security No. 11011202002118 Government Website Identifier: 1100000019

北京市商务局
BEIJING MUNICIPAL COMMERCE BUREAU

Enter Keywords

Search Our Website One-Stop Search

Window of the Capital.
Beijing-China





# Technical Export License of Beijing Lingyiwanwu Information Technology Co., Ltd.

Published on: May 25, 2026 Information Provided by: Service Trade Division

| | |
|---|---|
| **Administrative Permission Decision Document** | Technology Export License for Beijing Zero One Everything Information Technology Co., Ltd. (Wanzhi•Alem Intelligent Ecosystem) |
| **And Its Serial Number** | 2026-S-003 |
| **Legal Basis** | Ministry of Commerce Order No. 2 of 2009: "Regulations on the Administration of Prohibited and Restricted Export Technologies" |
| **Item Name** | Restricted Import-Export Technology License |
| **Name of Administrative Counterparty** | Beijing Zero One Everything Information Technology Co., Ltd. |
| **And Its Social Credit Code** | 91110108MAGRNDC354 |
| **Approval Department** | Beijing Municipal Bureau of Commerce, Service Trade Division |

Scan to Open This Page on Mobile

Case 7:24-cv-00232-DC Document 214-17 Filed 09/04/26 Page 6 of 10

Share:

[Close This Page] [Return to Home]

National and Local Related | Municipal Government Websites | District Government Websites |

Party and Government Agencies

Government Websites
Report Errors

About Us Legal Statement Contact Us
Site Map Suggestions Government Services Hotline: 12345

WeChat Public Account Government Microblog

Hosted by: Beijing Municipal Bureau of Commerce Organized by: Beijing Comprehensive Affairs Center of the Bureau of Commerce Government Website ID: 1100000019 Beijing Public Security ICP No. 11011202002118 Beijing ICP No. 20001671-5

# 北京市商务局

BEIJING MUNICIPAL COMMERCE BUREAU



## 限制进出口技术的进出口许可

北京零一万物信息技术有限公司技术出口许可证

东方君创进出口（北京）有限公司技术出口许可证

北京航翊科技有限公司技术出口许可证

北京中钞锡克拜安全油墨有限公司技术进口许可证

小米科技有限责任公司技术出口许可证

审批结果公示说明

北京巴布科克·威尔科克斯有限公司技术进口许可证

北京巴布科克·威尔科克斯有限公司技术进口许可证

北京巴布科克·威尔科克斯有限公司技术进口许可证

北京巴布科克·威尔科克斯有限公司技术进口许可证

北京巴布科克·威尔科克斯有限公司技术进口许可证

北京巴布科克·威尔科克斯有限公司技术进口许可证

共2页 当前为第1页 下一页 跳转到第 页Go



政务服务热线：
12345

微信公众号 政务微博

主办单位：北京市商务局 版权所有 京ICP备20001671号-5
京公网安备 11011202002118号 政府网站标识码：1100000019

北京市商务局
BEIJING MUNICIPAL COMMERCE BUREAU

请输入关键字
搜本网 一网通查

首都之窗 Beijing-China



# 北京零一万物信息技术有限公司技术出口许可证

发布时间：2026-05-25 信息提供：服务贸易处

| | |
|---|---|
| **行政许可决定书** | 北京零一万物信息技术有限公司技术出口许可证（万智·Alem 智能生态系统） |
| **及其序号** | 2026-S-003 |
| **设定依据** | 商务部令 2009 年第 2 号《禁止出口限制出口技术管理办法》 |
| **事项名称** | 限制进口出口技术许可 |
| **行政相对人名称** | 北京零一万物信息技术有限公司 |
| **及其社会信用代码** | 91110108MAGRNDC354 |
| **审批部门** | 北京市商务局服务贸易处 |

扫一扫在手机打开当前页

分享：

[关闭本页] [返回首页]

国家及地方相关 | 市级政府部门网站 | 各区政府网站 |

政府网站 找错

关于我们 法律声明 联系我们

站点地图 建议征集 政务服务热线：12345

微信公众号 政务微博

主办：北京市商务局 承办：北京市商务局综合事务中心 政府网站标识码：1100000019 京公网安备 11011202002118号 京ICP备20001671号-5