# REPLY DECLARATION OF MARK COHEN REGARDING CHINESE LAW

# FILED UNDER SEAL