# Cohen Supplemental Ex. 10

Patents

# High-precision wireless channel test platform and method based on virtual antenna array

## Abstract

translated from Chinese

A high-precision wireless channel test platform and method based on a virtual antenna array, wherein the antenna system adopts a virtual antenna array technology based on an electrically controlled beam scanning antenna, adjusts the beam direction of the antenna beam in the horizontal domain and the pitch domain through a voltage control signal, and adjusts the physical position of the antenna by a rotation controller, performs a "scanning" measurement on the airspace, collects the measured channel response, and obtains the fine-grained characteristics of the channel in the time domain and the airspace, thereby providing effective parameters for actual channel analysis and modeling. The present invention improves the switching speed of the antenna array and increases the accuracy of channel testing.




CN101656971B
China

Download PDF Find Prior Art Similar

**Other languages:** Chinese

**Inventor:** 刘富强, 尹学锋, 周毅, 田力

**Current Assignee :** Tongji University

**Worldwide applications**

2009 CN

**Application CN2009100564272A events**

| | |
|---|---|
| 2009-08-14 | Application filed by Tongji University |
| 2009-08-14 | Priority to CN2009100564272A |
| 2010-02-24 | Publication of CN101656971A |
| 2012-05-23 | Application granted |
| 2012-05-23 | Publication of CN101656971B |
| Status | Expired - Fee Related |
| 2029-08-14 | Anticipated expiration |

**Info:** Patent citations (2), Non-patent citations (1) , Cited by (20), Legal events, Similar documents, Priority and Related Applications

**External links:** Espacenet, Global Dossier, Discuss

## Images (5)






## Landscapes

Variable-Direction Aerials And Aerial Arrays

Show more

## Claims (4)

Hide Dependent

1. high-precision wireless channel test bench based on virtual antenna array; It comprises transmitter system, antenna system, receiver system, it is characterized in that: antenna system adopts the virtual antenna array technology based on automatically controlled beam scanning antenna, " scan-type " is carried out in the spatial domain measure; Gather the actual measurement channel response; Obtain the fine granularity characteristic of channel, thereby effective parameter is provided for the actual channel analysis and modeling in time domain and spatial domain

Said antenna system comprises:

Synchronizer, be used to guarantee the sending and receiving antenna on switching time synchronously and guarantee the time precision that switches;

Antenna control unit according to voltage control signal adjustment antenna beam direction, with the beam scanning of control antenna, realizes that wave beam is in horizontal territory and face upward the virtual antenna array that direction changes on the territory of bowing;

Scanning antenna is supported on the slewing;

Rotation Controllers, the control slewing;

Slewing, the adjustment antenna supports, make antenna towards meeting specific direction, combine steerable beam simultaneously, to realize the virtual antenna array of scanning antenna change in location.

2. the high-precision wireless channel test bench based on virtual antenna array as claimed in claim 1 is characterized in that: the scanning antenna of said antenna system, the 3dB width of its wave beam main lobe is the 4-6 degree.

3. method of utilizing the described high-precision wireless channel test bench of claim 1 that wireless channel is tested, it is characterized in that: it may further comprise the steps:

1) to the system responses calibration of test platform, guarantee that transmitter system and receiver system are synchronous, transmitter system sends radiofrequency signal;

2) before the beam direction of transmitting antenna changes, reception antenna carries out the reception on the different directions through voltage control signal adjustment beam direction to same signal;

3) pass through the beam direction that voltage control signal changes transmitting antenna, repeating step 2), until the sample collection amount that reaches expection, finish to send and receive, and store data;

4) handle the storage data, carry out the structure of channel characteristics summary and channel statistical model.

4. like the said method that wireless channel is tested of claim 3; It is characterized in that: the processing of said storage data comprises and directly obtains channel in the space; Be that ripple leaves the power spectrum on direction and the direction of arrival, and utilize the high accuracy parameter estimation algorithm to obtain channel characteristics.

## Description

translated from Chinese

High-precision wireless channel test platform and method based on virtual antenna array

technical field

The invention belongs to the field of broadband wireless communication, and relates to a wireless channel test platform, especially for the design and optimization requirements of the next-generation broadband mobile communication system, and can be widely used in high-precision and multi-dimensional testing of multiple transmission and multiple reception (MIMO) wireless transmission channels and modeling.

Background technique

The future broadband wireless communication network will be able to provide higher capacity, larger coverage and faster data transmission rate. At the same time, people's research on wireless channels is getting more and more in-depth. Developing a reasonable MIMO wireless channel model to simulate various actual channel environments is the starting point for evaluating the performance of existing space-time processing algorithms and the premise of developing more robust space-time processing algorithms. It is also the simulation and optimization design of high-performance MIMO communication The basis of the system. The testing of spatial channels has been of particular interest since the beginning of exploring the spatial domain information of signals. With the development of MIMO communication technology up to now, the theory is becoming more and more mature, but field testing is urgently needed. Developing a test platform for on-site testing is of great significance for the practical application of MIMO communication technology.

The high-precision wireless channel test platform is a supporting platform for MIMO channel analysis, modeling and simulation. The wireless channel test platform can collect various measured channel information, conduct high-precision analysis of the complex spatial characteristics of the wireless channel, and provide reference and guarantee for establishing an accurate channel model. Existing channel test methods usually use beam switching antennas, also known as multi-beam antennas. It has a limited number of fixed and predefined patterns, and uses multiple beams in the same channel to send different signals to multiple users at the same time through array antenna technology. It selects one of several predefined fixed beams , to detect signal strength. Such antennas increase sensitivity in specific directions, thereby improving communication capacity and quality. The transmitting antenna array generates multiple beams to irradiate different areas respectively, in particular, the information sent in each beam is different and must not interfere with each other. The multi-beam antenna uses multiple parallel beams to cover the entire receiving area. The direction of each beam is fixed, and the beam width is also determined with the number of antenna elements. As the receiver moves, the transmit antenna chooses among the different corresponding beams so that the received signal is strongest.

Traditional beam switching antennas have many shortcomings, such as mutual coupling of antennas, limitations of array architecture, insufficient switching speed of antenna arrays, high complexity of channel analysis, and time-consuming post-processing.

Contents of the invention

The purpose of the present invention is to solve many disadvantages of the existing platform, such as slow switching speed of the antenna array, high complexity of channel analysis, low channel analysis accuracy due to time-consuming post-processing, and the use of multiple antennas for transmission and reception. To solve the problems of high cost and low sensitivity, a high-precision wireless channel test platform and method based on a virtual antenna array is provided to improve switching speed and increase measurement accuracy.

For achieving above object, the solution that the present invention adopts is:

A high-precision wireless channel test platform based on a virtual antenna array, which includes a transmitter system, an antenna system, and a receiver system. The antenna system uses a virtual antenna array technology based on an electronically controlled beam scanning antenna to perform "scanning" measurements on the airspace , collect the measured channel response, and obtain the fine-grained characteristics of the channel in the time domain and space domain, so as to provide effective parameters for actual channel analysis and modeling.

Further, the antenna system includes a synchronization device, an antenna control unit, and a scanning antenna. The synchronization equipment ensures the synchronization and switching time accuracy of the receiving and transmitting antennas. The antenna control unit adjusts the antenna beam direction according to the voltage control signal to realize the virtual antenna array where the beam direction changes in the horizontal domain and the pitch domain.

The antenna system also includes a rotation controller and a rotation device. The scanning antenna is supported on the rotation device. The rotation controller controls the rotation device to adjust the antenna support to realize the virtual antenna array that changes the position of the scanning antenna.

In the scanning antenna of the antenna system, the 3dB width of the beam main lobe is 4-6 degrees.

A method for high-precision wireless channel testing based on a virtual antenna array, comprising the following steps:

1) Calibrate the system response of the test platform to ensure that the transmitter system and receiver system are synchronized, and the transmitter system sends radio frequency signals;

2) Before the beam direction of the transmitting antenna changes, the receiving antenna adjusts the beam direction through the voltage control signal to receive the same signal in different directions;

3) Change the beam direction of the sending antenna through the voltage control signal, repeat step 2) until the expected sample collection volume is reached, end sending and receiving, and store the data;

4) Processing and storing data, summarizing channel characteristics and constructing a channel statistical model.

The processing of the stored data includes directly obtaining the power spectrum of the channel in space, that is, the wave-off direction and the wave-arriving direction, and obtaining channel characteristics by using a high-precision parameter estimation algorithm.

The invention uses a high-precision wireless channel test platform based on a virtual antenna array, integrates multiple advanced theories and technologies such as electronic control beam scanning and virtual antenna array, and can effectively collect the impulse response of MIMO wireless channels. At the same time, it uses a beam scanning antenna to form a virtual antenna array to replace the actual antenna array, so that the parameters of the platform's scanning switching speed, sampling rate, and synchronization calibration can meet the requirements for effective measurement of high-speed dynamic channels. For broadband wireless communication systems, wireless channel testing provides a new way of thinking.

By constructing a three-dimensional antenna array, the limitation of the scanning angle of a single antenna can be compensated. The scanning angle of the antenna array at different positions can be adjusted to form a virtual antenna array with a distributed structure. It can effectively solve the requirements of antenna mutual coupling, array structure limitation, and coherence time, coherence distance and frequency in the time-space-frequency domain in traditional antenna array design.

Instead of switching via a physical switch, it is via an electrically-scanned antenna, thus enabling fast beam scanning.

The transmitted and received power spectrum can be directly obtained through the omni-directional fast scanning of the beam, so that the relationship between the received power and the angle can be easily obtained without complex matrix calculations, and a good impulse response can be collected to achieve high accuracy.

The data storage time necessary for the data calculation of the antenna system of the traditional channel test and analysis platform is omitted, so that the real-time performance is good.

Through the virtual antenna array technology, the parameters such as scanning switching speed, sampling rate, and synchronous calibration of the platform meet the requirements of high-speed mobile, and are suitable for channel testing in high-speed mobile scenarios.

Owing to having adopted above-mentioned scheme, the present invention has following characteristics:

1. Virtual array technology, distributed test architecture.

2. Flexible airspace scanning, the resolution is significantly improved.

3. The amount of redundant data is small, and the back-end processing is more optimized.

Description of drawings

Figure 1 is an architecture diagram of a high-precision wireless channel test platform.

Fig. 2 is a schematic diagram of a distributed virtual antenna array.

Figure 3 is a diagram of the antenna control system.

Figure 4 is a beam scanning antenna pattern.

Fig. 5 is a schematic diagram of forming a circular virtual antenna by using a voltage-controlled scanning antenna.

Fig. 6 is a schematic diagram of forming a spherical virtual antenna by using a voltage-controlled scanning antenna.

Fig. 7 is a flow chart of the present invention in channel measurement.

Detailed ways

The present invention will be further described below in conjunction with the embodiments shown in the accompanying drawings.

The present invention is a high-precision wireless channel test platform suitable for laboratory research, which integrates multiple advanced theories such as electronic control beam scanning and virtual antenna array, and benefits from the concept of "scanning" without complicated signal processing. Quickly obtain the time-space-frequency impulse response information of the channel, so as to accurately grasp the characteristics of MIMO channels, establish MIMO channel models in different scenarios, and provide reference and guarantee for the design and optimization of broadband wireless communication systems.

The high-precision wireless channel test platform architecture diagram of the virtual antenna array is shown in Figure 1, which is mainly composed of a transmitter system, an antenna system, and a receiver system. The transmitter system includes a computer, a vector signal generator, and a synchronization device used to generate virtual antenna scanning mode instructions at the transmitter. The vector signal generated by the vector signal generator is transmitted to the receiver system through the antenna system, and the receiver system includes a radio frequency receiver. Front end, high speed data acquisition and storage unit, computer and synchronization equipment. Among them, the front end of the radio frequency receiver receives the radio wave signal and converts it from radio frequency to baseband signal. The acquisition and storage unit realizes the sampling acquisition of the baseband signal, A/D conversion, and storage. The computer can realize the storage of the wireless baseband digital signal. Information processing to obtain channel characteristics. The transmitter system and receiver system are strictly synchronized through synchronization equipment control. The feature of the present invention is that a virtual antenna array technology based on an electronically controlled beam scanning antenna is introduced into the antenna system, and the "scanning" measurement of the airspace can effectively improve the spatial resolution of the wireless channel. By collecting the measured channel response, the channel is obtained Fine-grained properties in time and space domains, thus providing effective parameters for practical channel analysis and modeling.

The design of the antenna system is shown in Figure 3, which includes synchronization equipment, antenna control unit, rotation controller, rotation equipment and scanning antenna. The equipment for controlling the antenna is the antenna control unit and the rotary controller. The rotation controller controls the rotation device, and the rotation device adjusts the support of the antenna so that the orientation of the antenna conforms to a specific direction, and combined with the steerable beam, the

transmitted signal can cover three-dimensional space. The function of the antenna control unit is to control the beam scanning of the antenna. The synchronization device has two functions. One is to achieve strict synchronization between the receiving and transmitting antennas in switching time. For example, within the time when the transmitting antenna beam is switched once, the receiving antenna beam needs to be switched a fixed number of times, such as 10 times. Another function of the synchronization device is to ensure the time accuracy of the switching, because in the channel measurement, the switching speed of the antenna beam is very high, and the switching time of each time is only a few microseconds. The antenna control unit adjusts the antenna beam direction according to the voltage control signal. The voltage control signal is generated by the feed voltage module of DSP (Digital Signal Processing): including DC-DC converter, digital potentiometer and control unit. Both the antenna control unit and the rotary controller are controlled by a DSP processor. DSP mainly has three core tasks: providing system synchronous reset signal; providing voltage control signal required for antenna beam scanning; providing control signal for antenna rotation equipment. Through Fig. 4, we can see the pattern of the beam scanning antenna under different voltages, and design the control code of DSP according to the pattern to realize the electronically controlled beam scanning.

The design of virtual antenna array is a key link in the construction of a high-precision wireless channel test platform. There are two main purposes of using antenna arrays in channel measurement: one is to obtain sufficient resolution in the airspace; the other is to enable the radiation of antenna arrays to cover a large area around the transmitter or receiver. When a traditional physical antenna array is used, the above two objectives are respectively achieved by increasing the number of antennas and designing the radiation main lobe of each antenna to point to different directions. The present invention uses a virtual antenna array. On the one hand, the narrow beam of the electronically controlled antenna and the way of densely scanning the space are used to achieve greater spatial resolution; on the other hand, the direction of the electronically controlled antenna beam is controlled to make it Ability to flexibly point in the direction that needs to be covered. The 3dB width of the main lobe of the beam formed by the voltage-controlled antenna adopted in the present invention is close to 5 degrees, and points to any direction within about 120 degrees on one side of the antenna through different voltages, which means that if the antenna orientation is not rotated, the In the range of 120 degrees, the channel response is sampled with a spatial resolution of 5 degrees by means of intensive scanning. The spatial resolution is far superior to the spatial resolution accuracy generally higher than 15 degrees of existing channel test equipment. Since the beam coverage of the voltage-controlled antenna is only within the range of 120 degrees, the virtual antenna array constructed in the present invention also needs to combine the voltage-controlled antenna with the rotating device, and change the orientation of the antenna by rotating the axial direction of the antenna, while combining Voltage-controlled beams form full coverage of the airspace. Figures 5 and 6 show how to use a voltage-steered beam antenna combined with a rotating device to form circular and hemispherical virtual arrays. In the figure, the antenna is supported under the control of the rotating device, pointing to several fixed directions in turn. When the support is fixed in one direction, by changing the voltage of the antenna, for example, from 3V to 12V, the coverage of the 120-degree horizontal domain and the approximately 45-degree elevation domain of the antenna facing one side can be achieved. This way of constructing virtual arrays can also be used to construct other forms of virtual arrays, such as spherical or conical. Using these virtual antenna arrays with different structures, channel analysis equipment can perform detailed measurement and sampling on the spatial characteristics of wireless channels in different quadrants.

In addition, using a multi-channel rotary controller to control the rotation of multiple rotary devices can control virtual antennas at different positions, thereby forming a virtual antenna array with a distributed structure, which can better analyze complex networks in future mobile communications. In a structured environment, such as coordinated multi-point and continuous multi-point transmission, the spatial characteristics of the wireless channel.

Embodiment: test the MIMO channel characteristics of 10*10 under the 10MHz bandwidth of high-speed mobile situation, select the vector signal generator of 10MHz to generate the signal of 10MHz, transmit to the receiver through the beam scanning antenna, and the receiving end transfers the received radio frequency signal to The baseband signal is then completely collected by an acquisition card with an acquisition rate of 20Msample/s and the 10MHz signal is stored immediately. For the work of the antenna part, to measure a 10*10 MIMO channel, it is necessary to switch the transmitting antenna scanning 10 times within the channel coherence time. Every time the transmitting antenna is switched (it can be assumed to be switched within a horizontal range of 120 degrees), the receiving antenna Scanning switches 10 times (it can be assumed to be switched within a horizontal range of 120 degrees), that is, controlling the voltage of the receiving antenna needs to be switched linearly 100 times. Usually, the coherence time will be as short as a few milliseconds in high-speed mobile scenarios. If a conventional physical switch is used The unsatisfactory switching speed often leads to inaccurate channel characteristic analysis. The platform using the electronically controlled beam scanning antenna can completely record the signals transmitted through 100 channels in a very short time to meet the channel coherence, and the stored complete signals can be post-processed and analyzed to obtain high-precision channel characteristics.

Test steps:

Step 1, build the platform with the transmitter, receiver, antenna system, synchronization and power supply as shown in Figure 1.

Step 2, determine the wireless environment to be tested and the project scenario to be tested.

Step 3, calibrate the response of the system, and determine the synchronization between the transceivers.

Step 4, implement measurement. The specific system configuration and the switching process of the virtual array are as follows: the transmitter sends a 10MHz bandwidth signal, and the power supply is set to have two output voltage waveforms, one of which is for the transmitting antenna to switch linearly within 5ms for 10 times (3, 4, 5, ..., 12V), the other output voltage is for the receiving antenna to switch 10 times within 5ms, each switching 10 times (3, 4, 5, ..., 12V). The specific process is as follows. At the beginning of 5ms, when the voltage loaded on the transmitting antenna is 3V, the voltage loaded on the receiving antenna starts from 3V, and then changes to 4V, 5V, until 12V, and then the voltage on the transmitting antenna is switched again. 4V, the voltage loaded on the receiving antenna increases from 3V to 12V, and then the voltage on the transmitting antenna is changed to 5V, and so on. Thus, at the end of 5 ms, all possible combinations of voltages applied to the transmitting and receiving antennas occur once. This can ensure that 100 sub-channels in different transmitting and receiving directions within the channel are measured once within 5 ms. The received radio frequency signal is processed by the front end of the receiving system and converted to baseband by intermediate frequency. The channel measurement is completed within a certain period of time in the above manner.

Step 5, at a specified time, such as after each scanning period, collect baseband data and store it in the disk array.

Step 6, post-processing the stored data. In view of the characteristics of the signal acquisition equipment, the processing process is divided into two parts. In the first part, the power spectrum of the channel in space, that is, the wave-off direction and the wave-arrival direction, can be obtained directly. The second part is to use high-precision parameter estimation algorithms, including the subspace-based MUSIC algorithm (see reference [1]), and the SAGE algorithm that approximates the maximum likelihood method in an iterative manner (see reference [2]) To extract the distribution characteristics of the channel in other parameter domains. At the same time, for long-term measurement, the change rule of the channel in time can also be extracted.

Step 7, using the obtained results to summarize channel characteristics and construct a channel statistical model.

It can be seen that the traditional channel test method uses a physical antenna array, and the antenna units are sequentially connected to the transmitter or receiver through high-speed switches, and the switching speed is often not ideal. However, the present invention realizes different orientations of scanning antenna beams by controlling the continuous change of the input voltage, without a physical switch, and can overcome the problem of slow switching speed of the physical switch in the traditional channel testing method.

When calculating the power spectrum of the channel in space, the traditional method is to first receive the signal with multiple predefined antennas, the radiation direction and gain of the antenna have been known in advance, and then process the received signal matrix through the array calculation method, usually It is jointly

processed in the time domain-frequency domain and space domain to obtain the joint power spectrum of the channel. The disadvantage of this method is that the spatial power spectrum of the channel cannot be obtained directly, the processing complexity is high, and the time consumption is long, so it is not suitable for real-time measurement. However, the present invention uses a virtual antenna array to perform beam scanning in all directions by means of electronically controlled beam scanning technology. The electronic control beam scanning antenna is characterized in that its beam is not fixed, and the change of the direction and width of the antenna beam is controlled by changing the input voltage of the antenna. In the coherent time, by controlling the voltage to quickly switch and controlling the antenna to scan multiple angles in the airspace in sequence, the received signal strength in each direction can be directly obtained by measuring the signal, so that the angular distribution of the transmitted and received power can be easily obtained The spectrum saves the necessary data storage time for data calculation, so the real-time performance is good.

The electronically controlled beam scanning antenna used in the present invention is small in size, easy to erect, low in cost, and can be conveniently tested under relatively special environmental conditions. High-precision synchronization equipment is used to make the platform's scanning switching speed, sampling rate, synchronization calibration and other parameters meet the requirements of high-speed mobile, and is suitable for channel testing in high-speed mobile scenarios.

The above description of the embodiments is for those of ordinary skill in the art to understand and apply the present invention. It is obvious that those skilled in the art can easily make various modifications to these embodiments, and apply the general principles described here to other embodiments without creative efforts. Therefore, the present invention is not limited to the embodiments herein, and improvements and modifications made by those skilled in the art according to the disclosure of the present invention should fall within the protection scope of the present invention.

references:

[1]. Schmidt, R.O. Multiple Emitter Location and Signal Parameter Estimation, IEEE Transaction on Antennas and Propagation, 1986, AP-34, 276-280

[2]. Fleury, B.H.; Tschudin, M.; Heddergott, R.; Dahlhaus, D.&Pedersen, K.L. ChannelParameter Estimation in Mobile Radio Environments Using the SAGE Algorithm, IEEEJournal on Selected Areas in Communications, 1999, 17(3) 434-450

## Patent Citations (2)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| CN1269676A * | 1999-02-12 | 2000-10-11 | 朗迅科技公司 | System and method for adjusting antenna radiation in a wireless network |
| CN101467408A * | 2006-06-16 | 2009-06-24 | 艾利森电话股份有限公司 | Method for channel quality measurement of multiaerial system |
| Family To Family Citations | | | | |

* Cited by examiner, † Cited by third party

## Non-Patent Citations (1)

| Title |
|---|
| RALPH 0. SCHMIDT.Multiple Emitter Location and Signal Parameter Estimation.《IEEE TRANSACTIONS ON ANTENNAS AND PROPAGATION》.1986,第34卷(第3期), * |

* Cited by examiner, † Cited by third party

## Cited By (20)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| Family To Family Citations | | | | |
| CN102788909B * | 2011-05-18 | 2015-06-17 | 中国科学院上海天文台 | Method for measuring surface accuracy of antenna by adopting holographic method |
| WO2013067657A1 * | 2011-11-11 | 2013-05-16 | Telefonaktiebolaget L M Ericsson (Publ) | Method, apparatus and system of antenna array dynamic configuration |
| CN102917397A * | 2012-09-29 | 2013-02-06 | 东南大学 | Measuring device and measuring method for wireless channel on basis of phased antenna array |
| CN105228101B * | 2015-09-07 | 2018-08-24 | 同济大学 | Radiation pattern adaptive approach based on Doppler's characteristic of channel |
| CN105227251B * | 2015-10-15 | 2017-06-09 | 东南大学 | The calibration method of the multiple antennas two-way channel measurement apparatus based on distributed structure/architecture |
| CN108377538A * | 2016-11-22 | 2018-08-07 | 中兴通讯股份有限公司 | A kind of method and device of distribution wave beam |
| CN106788804B * | 2017-01-17 | 2019-05-28 | 北京交通大学 | A full/semi-serial multi-antenna channel measurement method based on mobile virtual array |
| CN106970271B * | 2017-04-27 | 2024-01-12 | 旷良彬 | A digital antenna testing system and testing method |
| CN107861100B * | 2017-11-10 | 2021-09-28 | 西京学院 | Indoor positioning method based on three-dimensional wave beam |

| | | | | |
|---|---|---|---|---|
| US10605907B2 * | 2017-11-15 | 2020-03-31 | Cognitive Systems Corp. | Motion detection by a central controller using beamforming dynamic information |
| CN108387877B * | 2018-05-25 | 2020-03-13 | 中国人民解放军国防科技大学 | Moving target phase correction method of multi-input multi-output radar |
| CN111867058B | 2019-04-26 | 2023-09-05 | 华为技术有限公司 | Beam selection method and device |
| CN110309091A * | 2019-07-11 | 2019-10-08 | 中电科技（合肥）博微信息发展有限责任公司 | A signal adapter board, channel test platform and test method thereof |
| CN111294772B * | 2020-02-24 | 2022-12-16 | 无锡职业技术学院 | Vehicle-mounted point-to-point communication system based on intelligent antenna adjustment and method thereof |
| CN113406402B * | 2021-06-10 | 2022-07-22 | 北京交通大学 | Multi-path time delay angle power spectrum measuring method based on phased array |
| CN114966555B * | 2022-05-30 | 2024-11-22 | 中国电子科技集团公司第五十四研究所 | A high-speed switching device for transmitting and receiving electromagnetic signals and a design method thereof |
| CN115201820A * | 2022-06-07 | 2022-10-18 | 西安电子科技大学 | Intermontane road environment perception system based on 4D millimeter wave radar imaging |
| CN116995407A * | 2023-07-17 | 2023-11-03 | 中国电子科技集团公司第五十四研究所 | A Ka-band wide bandwidth beam angle scanning triangular array phased array antenna device |
| CN117388588B * | 2023-12-11 | 2024-03-01 | 中国电子科技集团公司第二十九研究所 | An engineering measurement system for wide-beam antenna patterns in VHF or UHF frequency bands |
| CN118232990B * | 2024-05-23 | 2024-07-23 | 四川酷比通信设备有限公司 | 5G NTN satellite communication test system based on data analysis |

* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| CN101656971A | 2010-02-24 | High-precision wireless channel test bench based on virtual antenna array and method thereof |
| CN112505434B | 2022-08-12 | A test method for beam scanning characteristics of passive array antennas |
| CN104764938B | 2017-10-10 | Carry the antenna damnification method of coherent passage |
| CN102749613B | 2014-04-02 | Indoor positioning method on basis of rotary antenna |
| CN112073895A | 2020-12-11 | High-precision personnel positioning and tracking method based on CSI |
| CN101631318A | 2010-01-20 | Diverse wireless channel analysis platform based on antenna radiation directional diagram and method thereof |
| US11131701B1 | 2021-09-28 | Multi-probe anechoic chamber for beam performance testing of an active electronically steered array antenna |
| CN103002497A | 2013-03-27 | AAS (advanced antenna system) based information interaction method, AAS based information interaction system, UE (user equipment) and base station |
| CN103809042B | 2016-12-21 | A kind of smart antenna field testing method and system |
| Polonelli et al. | 2022 | Performance Comparison between Decawave DW1000 and DW3000 in low-power double side ranging applications |
| WO2018023929A1 | 2018-02-08 | Integrated antenna test system |
| CN103399214A | 2013-11-20 | Satellite-borne phased-array receiving antenna testing system |
| CN114280382B | 2023-06-27 | Automatic spherical near field antenna correction test system and test method thereof |
| CN105207726B | 2018-11-27 | wireless channel comprehensive test device |
| CN108226884B | 2020-10-27 | Method for calibrating near field of active phased array radar antenna |
| CN103237346B | 2016-03-02 | A kind of radio multimedia sensor network positioner, method and system |
| CN109975620A | 2019-07-05 | A kind of full airspace phased array is tested antenna rotary simulation calibration system and method |
| Jones et al. | 2023 | Tiny but mighty: Embedded machine learning for indoor wireless localization |
| CN115542268A | 2022-12-30 | Large-aperture phased array antenna block testing method and system |
| CN104684072A | 2015-06-03 | Real-time positioning method, real-time positioning device, AP, and terminal |
| Duan et al. | 2024 | A Review of Over-the-Air Testing Methods for Performance Measurement of Antennas and Devices in Communication Systems |

| | | |
|---|---|---|
| CN211321512U | 2020-08-21 | Positioning circuit based on Bluetooth AOA communication and positioning system thereof |
| CN102917397A | 2013-02-06 | Measuring device and measuring method for wireless channel on basis of phased antenna array |
| CN113063354B | 2022-01-07 | Cooperative target orientation device and orientation method for space measurement and positioning |
| CN112118530B | 2022-08-16 | Positioning system and method based on wifi channel state information |

## Priority And Related Applications

### Priority Applications (1)

| Application | Priority date | Filing date | Title |
|---|---|---|---|
| CN2009100564272A | 2009-08-14 | 2009-08-14 | High-precision wireless channel test platform and method based on virtual antenna array |

### Applications Claiming Priority (1)

| Application | Filing date | Title |
|---|---|---|
| CN2009100564272A | 2009-08-14 | High-precision wireless channel test platform and method based on virtual antenna array |

## Legal Events

| Date | Code | Title | Description |
|---|---|---|---|
| 2010-02-24 | C06 | Publication | |
| 2010-02-24 | PB01 | Publication | |
| 2010-04-28 | C10 | Entry into substantive examination | |
| 2010-04-28 | SE01 | Entry into force of request for substantive examination | |
| 2012-05-23 | C14 | Grant of patent or utility model | |
| 2012-05-23 | GR01 | Patent grant | |
| 2021-07-23 | CF01 | Termination of patent right due to non-payment of annual fee | |
| 2021-07-23 | CF01 | Termination of patent right due to non-payment of annual fee | **Granted publication date**: 20120523<br>**Termination date**: 20200814 |

## Concepts

machine-extracted

Download Filter table

| Name | Image | Sections | Count | Query match |
|---|---|---|---|---|
| testing method | | title,claims,abstract,description | 33 | 0.000 |
| method | | title,claims,abstract,description | 14 | 0.000 |
| measurement | | claims,abstract,description | 14 | 0.000 |
| analytical method | | claims,abstract,description | 12 | 0.000 |
| engineering process | | claims,abstract,description | 11 | 0.000 |
| response | | claims,abstract,description | 11 | 0.000 |
| processing | | claims,description | 10 | 0.000 |
| spectrum | | claims,description | 8 | 0.000 |
| calculation algorithm | | claims,description | 7 | 0.000 |
| change | | claims,description | 6 | 0.000 |
| synchronised effect | | claims,description | 5 | 0.000 |
| statistical model | | claims,description | 3 | 0.000 |

Case 7:24-cv-00232-DC Document 214-30 Filed 09/04/26 Page 9 of 9

Show all concepts from the description section

About Send Feedback Public Datasets Terms Privacy Policy Help