# Cohen Supplemental Ex. 11

Google Patents CN101631318A

# Diverse wireless channel analysis platform based on antenna radiation directional diagram and method thereof

## Abstract

A diverse wireless channel analysis platform based on antenna radiation directional diagram and a method thereof are disclosed; a transmitting antenna and a receiving antenna are respectively fixed at certain positions in the space and transmits and receives data through different radiation directional diagram of the antenna, the diversity of the antenna radiation directional diagram is used as a sampling space of the wireless transmission channel response on the space domain, and simultaneously high precision parameter estimation algorithm is used for obtaining detailed features of the wireless transmission channel in the directions of incident and exit through a manner of array signal processing, and conclusion and model construction are carried out on the feature of the wireless transmission channel by combining the feature estimation results of the channel on the time domain and time delay domain. The invention eliminates the fuzzy judgment problem of time and space of the traditional channel analysis method and improves the preciseness of channel analysis.

## Images (4)




## Landscapes

Radio Transmission System

Variable-Direction Aerials And Aerial Arrays

Show more

CN101631318A
China

Download PDF Find Prior Art Similar

Other languages: Chinese

Inventor: 尹学锋, 刘富强, 周毅, 王平

Current Assignee : Tongji University

Worldwide applications

2009 • CN

Application CN200910056436A events

2009-08-14 • Application filed by Tongji University

2009-08-14 • Priority to CN200910056436A

2010-01-20 • Publication of CN101631318A

Status • Pending

Info: Cited by (16), Legal events, Similar documents, Priority and Related Applications

External links: Espacenet, Global Dossier, Discuss

## Claims (5)

Hide Dependent

1, a kind of multifarious wireless channel analysis platform based on radiation pattern, it is characterized in that: it comprises:

Synchronizer:, make transceiver be in synchronous regime for system provides synchronizing signal;

Antenna control unit: for system provides synchronous reset signal and provides antenna beam scanning required control signal;

Rotation Controllers: the direction of control antenna on the large scale of space;

Slewing: the space large scale raise beta radiation directional diagram all day towards, to reach the effect of comprehensive scanning;

Beam scanning antenna: comprise transmitting antenna and reception antenna, send and received signal;

Signal generator: produce radio frequency signal;

The vector signal receiver: analyze and handle the wireless signal that receives,

Antenna is fixed in the locus, antenna pattern by different antennae transmits and receives data, gathers the array measured value of channel impulse response as the spatial domain, exports in conjunction with the observation on time domain and the time delay domain, handle through multiprecision arithmetic, draw the parameter Estimation of multipath in the channel.

2, the multifarious wireless channel analysis platform based on radiation pattern as claimed in claim 1, it is characterized in that: transmit and receive antenna and be individually fixed in a locality, in the test process, its physical location does not move, but its space radiation directional diagram adopts automatically controlled beam forming technique, perhaps adopt mechanical type The Cloud Terrace rotation mode to change the feature of radiation pattern, come acquired signal thereby produce different antenna gain patterns.

3, the multifarious wireless channel analysis platform based on radiation pattern as claimed in claim 2 is characterized in that: described feature comprises antenna response amplitude, phase place and the component size on vertical and horizontal polarization directions, relative phase difference in different directions.

4, the multifarious wireless channel analysis platform based on radiation pattern as claimed in claim 2, it is characterized in that: described automatically controlled beam forming technique, promptly adopt the ferromagnetic material in the different voltage drive antennas, its relative dielectric constant is changed, and then the

different antenna patterns of acquisition antenna, in the coherence time of channel, allow automatically controlled wave beam on spatial dimension in order or random scan, driving voltage amplitude of every conversion just obtains the spatial observation sample of a channel.

5, a kind of multifarious wireless channel analysis method based on radiation pattern, it is characterized in that: it may further comprise the steps:

1) signal generator sends radiofrequency signal by transmitting antenna;

2) reception antenna is not before the transmitting antenna directional diagram changes, and the change by self directional diagram in same place, utilizes different beam shapes to receive same signal;

3) directional diagram of change transmitting antenna, repeating step 2), until the spatial domain sample collection amount that reaches expection, finish to send and receive, simultaneously, finish the storage of data;

4) data that receiver is received are analyzed, adopt multiprecision arithmetic, and are comprehensive through testing model before the channel of having revised;

5) utilize analysis result to Channel Modeling.

## Description

translated from Chinese

Wireless channel analysis platform and method based on diversity of antenna radiation patterns

technical field

The invention belongs to the field of broadband wireless communication, relates to feature extraction and parameter estimation methods of multiple transmission multiple reception (MIMO) wireless channels, and can be widely used in MIMO wireless channel testing and modeling.

Background technique

Multiple paths (or multiple channels) of MIMO wireless channels can provide greater information capacity, and this additional capability can be used to increase data rates and data redundancy, thereby increasing the chance of complete restoration of information at the receiver. The wireless channel is usually a complex scattering channel rich in multipath. The multipath propagation causes the signal to expand in different dimensions. The diversity and variability of the environment also make the wireless channel have great randomness and time-varying. Wireless channel analysis and modeling bring certain difficulties, especially for MIMO wireless channel modeling. For channel modeling, people usually use physical antenna arrays to form a multi-transmit and multi-receive channel test system, sample the channel in the time, space and frequency domains, and then estimate the propagation multipath parameters through some algorithms, and then pass A large number of estimated values, the probability distribution of these parameters are obtained, and the statistical model of the channel is summarized.

When traditional channel test equipment collects the airspace information of the channel, it usually uses a physical antenna array, and uses a radio frequency switch to connect to the wireless transceiver system in turn to achieve channel response in the time, space and delay domains (equivalent to the frequency domain). purpose of sampling. The observed signal uses a certain prior model to estimate the propagation multipath parameters in the wireless environment through a high-precision algorithm, obtains the distribution of the parameters, and summarizes the statistical model of the channel.

The traditional channel modeling method, because it is based on antenna arrays for signal acquisition and data analysis, is difficult to eliminate the mutual coupling and correlation between antennas; due to the multi-point acquisition method in space, it may cause channel time delays. The discrimination of domain and space features is ambiguous, which is extremely unfavorable for multi-dimensional feature extraction of MIMO channels. In addition, there are also problems such as the complexity of subsequent algorithms.

Contents of the invention

The purpose of the present invention is to solve many disadvantages of the existing channel test platform, such as the actual limitation of the scale and realization of the antenna array, the low precision of channel analysis due to the low number of antennas, and the fuzzy discrimination of time and space information, etc., to provide A wireless channel analysis platform and method based on the diversity of antenna radiation patterns to analyze wireless channels more accurately.

For achieving above object, the solution that the present invention adopts is:

A wireless channel analysis platform based on the diversity of antenna radiation patterns, which includes:

Synchronization equipment: provide synchronization signals for the system, so that the transceiver equipment is in a synchronous state;

Antenna control unit: provide the system with a synchronous reset signal and control signals required for antenna beam scanning;

Rotary controller: controls the direction of the antenna on a large spatial scale;

Rotating equipment: adjust the orientation of the antenna radiation pattern on a large spatial scale to achieve the effect of omnidirectional scanning;

Beam scanning antenna: including sending antenna and receiving antenna, used to send and receive signals;

Signal generator: generate radio frequency signal;

Vector signal receiver: analyze and process the received signal,

The antenna is fixed in the space position, transmits and receives data through the radiation pattern of different antennas, collects the channel impulse response as the array observation value in the space domain, and combines the observation output in the time domain and delay domain (also called the frequency domain), After high-precision algorithm processing, the parameter estimation of multipath in the channel is obtained.

Furthermore, the beam antenna is fixed at a specific location. During the test, the physical position of the antenna does not move, and its spatial radiation pattern adopts controllable beamforming technology or mechanical pan-tilt rotation to change the characteristics of the antenna radiation pattern, resulting in Different antenna gain patterns to acquire the signal.

The characteristics include the response amplitude and phase of the antenna in different directions, and the component magnitude and relative phase difference in the vertical and horizontal polarization directions.

The electronically controlled beamforming technology uses different voltages to excite the ferromagnetic material in the antenna to change its relative permittivity, thereby obtaining different radiation patterns of the antenna, and allowing the electronically controlled beam to move in space within the coherence time of the channel. The range is scanned sequentially or randomly, and the spatial observation samples of one channel are obtained every time the amplitude of the excitation voltage is changed.

A kind of wireless channel analysis method based on the diversity of antenna radiation pattern, it comprises the following steps:

1) The signal generator sends a radio frequency signal through the transmitting antenna (beam scanning antenna);

2) The receiving antenna (beam scanning antenna) uses different beam shapes to receive the same signal at the same location by changing its own pattern before the pattern of the transmitting antenna is changed;

3) Change the directional pattern of the transmitting antenna, repeat step 2), until the expected amount of airspace sample collection is reached, end sending and receiving, and at the same time, complete the storage of data;

4) Analyze the data received by the receiver, use high-precision algorithms, and synthesize the modified channel prior model;

5) Use the analysis results to model the channel.

The main points of the wireless channel analysis method based on the diversity of antenna radiation patterns are as follows:

(1) In terms of signal collection, this method uses the difference (ie diversity) of the radiation pattern of the antenna to collect data. The receiving (or transmitting) antenna is fixed at a specific location, and the physical position of the antenna does not move during the test. The characteristics of the antenna radiation pattern can be changed by means of electronically controlled beam scanning antenna and mechanical pan-tilt rotation, that is, by changing The scanning angle of the antenna beam is used to change the characteristics of the antenna radiation pattern to generate different antenna gain patterns to collect signals. These characteristics include the response amplitude, phase, and vertical and horizontal polarization of the antenna in different directions. The magnitude of the component in the direction, the relative phase difference, etc. Electronically controlled beamforming technology is used, that is, different voltages are used to excite the ferromagnetic material in the antenna to change the relative permittivity, and then obtain different radiation patterns of the antenna, and make the electronically controlled beam in the spatial range within the coherence time of the channel Scan sequentially or randomly, and obtain a spatial observation sample of a channel every time the amplitude of the excitation voltage is changed. This data collection method is different from the traditional concept of spatial multi-point sampling, and is replaced by signal collection through antenna radiation patterns of different shapes. Specifically, the antenna radiation pattern can be randomly transformed in the horizontal and elevation domains, and antenna gains of different shapes can be covered to every corner of the space sphere centered on the antenna. And because the antenna does not move in space, the waves from different directions will not produce phase shifts in space, that is, the phase change of the incident wave is completely caused by the difference in the radiation pattern, not due to the change in the position of the antenna. Caused.

Under the condition that the number of channels to be tested is quite large and the correlation time is very small, the electronic control beam scanning antenna needs to change the pattern once in a very short time. For the antenna, whether the pattern can be formed and disappeared quickly, and whether it can keep up with the speed of voltage changes is a key point. Therefore, the requirement for switching speed of the antenna pattern is particularly high. For example, when the transmitter or receiver moves at a speed of 100 kilometers per hour, if it is necessary to complete the acquisition of 1000 spatial samples of the channel within a coherence time of 2ms, then the switching interval of the antenna pattern cannot be greater than 2 microseconds, That is, the switching frequency needs to reach or exceed 500,000 times per second.

(2) In terms of channel modeling and data processing, since the method of high-precision wireless signal acquisition based on the diversity of antenna radiation patterns is adopted, the parameter estimation accuracy depends on the similarities and differences and the number of antenna radiation patterns, so it can be obtained by Flexibility to increase the number of radiation patterns to increase the orthogonality between spatial array response vectors. On the basis of understanding the directional characteristics of channel multipath, it no longer depends on the phase difference in space, but on the diversity of antenna radiation patterns. Since the spatial array samples of the channel are obtained by changing the radiation direction of the antenna, this special measurement method greatly reduces the requirements for the antenna, that is, the wireless channel analysis platform described in the present invention can use multiple antennas, but can also Only one transmitting antenna and one receiving antenna can realize the measurement of the spatial characteristics of the channel (the premise of this configuration is that the single transmitting antenna and receiving antenna used can somehow generate multiple different radiation patterns). Since only the radiation pattern of the antenna is used in the channel analysis, it has nothing to do with the mechanism of how the radiation characteristics are formed, so the mutual coupling between the antennas can be eliminated, and the problem of not being able to arrange a large antenna array due to practical limitations is avoided. Channel measurement, as well as post-data processing, algorithm simplification and improvement provide new ideas.

The specific method is:

①A priori channel multipath propagation model based on multiple antenna patterns. The distribution of parameters such as delay, Doppler frequency shift, transmitted wave direction, and incident wave direction of the wireless propagation channel can be expressed in the following form in the form of multipath:

$$h(\tau, v, \Omega_{Tx}, \Omega_{Rx}) = \sum_{l=1}^{L} \alpha_l \delta(\tau - \tau_l)\delta(v - v_l)\delta(\Omega_{Tx} - \Omega_{Tx,l})\delta(\Omega_{Rx} - \Omega_{Rx,l}) \quad - - - (1)$$

Among them, L is the number of multipaths, τ, v, $\Omega_{Tx}$, $\Omega_{Rx}$ respectively represent the time delay of the propagation path, Doppler frequency shift, the direction of the transmitted wave and the direction of the incident wave, and $\alpha_l$ is the attenuation of the propagation path (including Amplitude and phase), δ( ) represents the Dirac Delta function. In actual channel measurement, in order to effectively estimate multipath parameters, test equipment usually collects signals in an array in multiple Fourier domains corresponding to the multipath parameters. For example, for time delay, observations can be made at multiple points in the Fourier domain-frequency domain; for Doppler frequency shift, array acquisition can be done in the Fourier domain-time domain; for the direction of the transmitted wave, Signal acquisition can be performed in its Fourier domain-transmitting antenna at multiple positions in space; for the receiving wave direction, signal acquisition can be performed at multiple spatial positions of the receiving antenna.

Assuming that the variables f, t, $r_{Tx}$, and $r_{Rx}$ represent frequency, time, the spatial position of the transmitting antenna, and the spatial position of the receiving antenna, respectively, using the traditional MIMO channel test equipment of the actual space antenna array, it is assumed that the transmitting signal is a In the case of an ideal pulse, the observed signal can be described by the following mathematical expression:

$$\text{the } y(f, t, r_{Tx}, r_{Rx}) = \sum_{l=1}^{L} \alpha_l \exp(-j2\pi f \tau_l)\exp(-j2\pi v_l t) \quad - - - (2)$$

$$\exp(-j2\pi/\lambda r_{Tx}^T \Omega_{Tx,l})\exp(-j2\pi/\lambda r_{Rx}^T \Omega_{Rx,l}) + \text{no}(f, t, r_{Tx}, r_{Rx})$$

In the formula, $n(f, t, r_{Tx}, r_{Rx})$ represents circular symmetric Gaussian white noise, and its variance is $\sigma_n^2$. Simplify formula (2) to get:

the $y(f,t,r_{\mathrm{Tx}},r_{\mathrm{Rx}}) = \sum_{l=1}^{L} \alpha_l \exp(-j2\pi(f\tau_l + v_l t + r_{\mathrm{Tx}}^T \Omega_{\mathrm{Tx},l} \lambda^{-1} + r_{\mathrm{Rx}}^T \Omega_{\mathrm{Rx},l} \lambda^{-1})) + \mathrm{no}(f,t,r_{\mathrm{Tx}},r_{\mathrm{Rx}})$ - - - (3)

However, in the present invention, since the antenna array with actual physical distribution is not used, in all observations, the position $r_{Tx}$ of the transmitting antenna and the position $r_{Rx}$ of the receiving antenna can be considered to be constant, that is, in different positions in space There is no signal acquisition. Therefore, the expression of $y(f, t, r_{Tx}, r_{Rx})$ obtained by the traditional acquisition method cannot reflect the phase change generated by the channel in space. The present invention emphasizes that the antenna used in the test can generate multiple patterns, so although the phase change cannot be observed in space, when using different patterns for transmission or reception, the specific distribution of the channel in the direction can also be passed. The antenna direction gain is reflected. So the new prior channel parameter model can be designed as follows:

the $y(f,t,p_{\mathrm{Tx}},p_{\mathrm{Rx}}) = \sum_{l=1}^{L} \alpha_l \exp(-j2\pi(f\tau_l + v_l t))\, p_{\mathrm{Tx}}(\Omega_{\mathrm{Tx},l})\, p_{\mathrm{Rx}}(\Omega_{\mathrm{Rx},l}) + \mathrm{no}(f,t,p_{\mathrm{Tx}},p_{\mathrm{Rx}})$ - - - (4)

In the formula, $p_{Tx}(\Omega_{Tx,l})$ and $p_{Rx}(\Omega_{Rx,l})$ represent the responses in specific directions of the transmitting antenna and the receiving antenna, respectively.

Comparing Equation (4) and Equation (3), it can be clearly seen that the Fourier sampling domain corresponding to the direction of propagation used in the original traditional model, the air domain, is replaced by a new sampling domain formed by the antenna pattern. This replacement is based on the premise that the antenna pattern has diversity. As the number of antenna patterns increases, the sampling points obtained in this new type of sampling domain will increase, so the direction resolution accuracy given by the test system will also increase accordingly.

②Channel parameter estimation algorithm based on multiple antenna patterns. Using the prior signal model (4), combined with the high-precision estimation algorithm SAGE (Space-Alternating Generalized Expectation-maximization) to estimate the channel parameters. The basic principle of the SAGE algorithm has been described in many literatures, and will not be repeated here. The special setting of the SAGE algorithm used in the present invention and the differences from the traditional SAGE algorithm are mainly described here. In the SAGE algorithm designed by the present invention, the contribution of each propagation path to the observed overall signal and a part of Gaussian white noise are regarded as a hidden observation (Hidden Data), namely

$x_l(f, t, p_{Tx}, p_{Rx}) = \alpha_l \exp(-j2\pi(f\tau_l + v_l t))\, p_{Tx}(\Omega_{Tx,l})\, p_{Rx}(\Omega_{Rx,l}) + n_l(f, t, p_{Tx}, p_{Rx})$(5)

The part of the signal is described by a newly defined channel prior model of a propagation path, $n_l(f, t, p_{Tx}, p_{Rx})$ represents a circularly symmetric Gaussian white noise, and its standard deviation is $\sigma_{w,l}$. Suppose $\sigma_{w,l}$, l=1,..., L satisfy the condition $\sum_{l=1}^{L} \sigma_{w,l}^2 = \sigma_w^2$, The overall observation of the test device can then be written as:

the $y(f,t,p_{\mathrm{Tx}},p_{\mathrm{Rx}}) = \sum_{l=1}^{L} x_l(f,t,p_{\mathrm{Tx}},p_{\mathrm{Rx}})$ . - - - (6)

In the likelihood maximization step (Maximization Step) in the SAGE iteration, according to the expression of the newly defined hidden data, the objective function used to update the estimated value of the parameter can be derived:

$\Lambda(\tau_l, v_l, \Omega_{\mathrm{Tx},l}, \Omega_{\mathrm{Rx},l}) = \left| \sum_{t=t_1}^{t_{N_t}} \sum_{f=f_1}^{f_{N_f}} \sum_{p_{\mathrm{Tx}}=p_{\mathrm{Tx},1}}^{p_{\mathrm{Tx},N_{\mathrm{Tx}}}} \sum_{p_{\mathrm{Rx}}=p_{\mathrm{Rx},1}}^{p_{\mathrm{Rx},N_{\mathrm{Rx}}}} \hat{x}(f,t,p_{\mathrm{Tx}},p_{\mathrm{Rx}})^h \exp(-j2\pi(f\tau_l + v_l t))\, p_{\mathrm{Tx}}(\Omega_{\mathrm{Tx},l})\, p_{\mathrm{Rx}}(\Omega_{\mathrm{Rx},l}) \right|$ - - - (

$$\hat{x}(f,t,p_{Tx},p_{Rx})$$

It is the estimated value of implied data obtained in the expected value calculation step of the SAGE algorithm. $\tau_l$, $v_l$, $\Omega_{Tx,l}$, $\Omega_{Rx,l}$ can be estimated by taking the objective function $\Lambda(\tau_l, v_l, \Omega_{Tx,l}, \Omega_{Rx,l})$ is the most worth visiting. The expectation calculation step in the SAGE algorithm, commonly referred to as the Expectation-step, refers to calculating the likelihood expression of the parameters of the lth propagation path based on the overall observations $y(f, t, p_{Tx}, p_{Rx})$ and other propagation path parameters. In each iteration of the SAGE algorithm, the "expectation calculation step" and "likelihood maximization step" must be performed sequentially to update the parameter estimate of the l-th propagation path. in

$$\hat{x}(f,t,p_{Tx},p_{Rx})$$

is the estimated value of the implicit data obtained in the expected value calculation step of the SAGE algorithm, and the estimated value of $\tau_l$, $v_l$, $\Omega_{Tx,l}$, $\Omega_{Rx,l}$ can be obtained by taking the objective function $\Lambda(\tau_l, v_l, \Omega_{Tx,l}, \Omega_{Rx,l})$ the maximum value obtained. The expected value calculation step in the SAGE algorithm, which is usually referred to as (Expectation-step), refers to calculating the first l Likelihood expressions for the parameters of a propagation path. In each iteration of the SAGE algorithm, the "expected value calculation step" and the "likelihood maximization step" need to be executed sequentially, so that the parameter estimation of the lth propagation path can be updated.

Note that the objective function $\Lambda(\tau_l, v_l, \Omega_{Tx,l}, \Omega_{Rx,l})$ deduced by the present invention is compared with the traditional derivation results, its biggest difference is the correlation superposition of the original spatial sampling points, now is replaced by a correlated superposition of sampled values of multiple antenna patterns. Therefore, the present invention eliminates the strict requirements on the pattern of the antenna array in the traditional parameter calculation, and the only condition for the operation of the algorithm is that the test system can provide directional radiation patterns with different characteristics at the transmitting or receiving end. Antennas and single receiving antennas can also be satisfied by electronically controlled beam technology or mechanical rotation.

Owing to having adopted above-mentioned scheme, the present invention has following characteristics:

1. Space sampling and time domain sampling are separated to eliminate the fuzzy problem of space-time discrimination.

2. Flexibly increase the number of spatial samples, which can improve the spatial resolution of the channel and the estimation accuracy of parameters.

3. The characteristics of different spatial quadrants of the channel can be selectively analyzed, reducing the complexity of back-end processing.

4. It can flexibly simulate multipoint-to-single-point and multipoint-to-multipoint channel structures, and the results can be used to establish channel characteristics when complex networks are formed.

Description of drawings

Figure 1 is a diagram of the antenna control system.

Fig. 2 is a structure diagram of a wireless channel analysis system.

Fig. 3 is a schematic diagram of a method for extracting traditional channel spatial domain features.

Fig. 4 is a schematic diagram of a method for extracting and analyzing spatial domain features of a high-precision wireless channel with a diversity of antenna radiation patterns.

Figure 5 is a flow chart of channel testing and analysis.

Detailed ways

The present invention will be further described below in conjunction with the embodiments shown in the accompanying drawings.

The wireless channel test platform is mainly composed of two parts: the channel test system and the channel analysis system. The channel test system completes the front-end data collection and storage, and the channel analysis system performs post-processing, analysis, parameter extraction and other operations on the collected channel response. In terms of structure, the wireless channel analysis system based on the diversity of antenna radiation patterns (as shown in Figure 1) mainly includes:

Synchronization equipment (atomic clock): provide synchronization signals for the system, so that the transceiver equipment is in a synchronized state;

Antenna control unit: provide the system with a synchronous reset signal and control signals required for antenna beam scanning;

Rotation controller (PTZ controller): control the direction of the antenna on a large scale in space;

Rotary device (high-precision pan/tilt): its function is to adjust the orientation of the radio beam scanning antenna on a large scale, so as to achieve the effect of omnidirectional scanning;

Radio beam scanning antenna: send and receive signals; (replace traditional receiving antenna array and transmitting antenna array with two radio beam scanning antennas respectively.)

Signal generator: generate radio frequency signal;

Receiver: Analyzes and processes the received signal.

The flow of data processing and analysis is shown in Figure 2, which is mainly divided into three stages, namely, measurement data acquisition, data post-processing and analysis, and channel model simulation.

The design of the diversity of antenna radiation patterns is a key link in the construction of the entire channel test platform, and it is also an effective way to achieve high-precision analysis of MIMO wireless channels. The specific method is to scan the direction of the antenna pattern with the voltage control beam, and let the electronic control beam scan the spatial range within the coherence time of the channel, and complete a channel test every time the direction of the electronic control beam is changed. That is to say, the diversity of the antenna pattern is used here to test the channel. Through this method, the same antenna can be used to complete the things that can only be done by the antenna array in the traditional method. Utilizing the diversity of antenna radiation patterns can eliminate the ambiguity of information in time and space, improve the resolution of wireless channel space, and the accuracy of parameter estimation, save the data storage time necessary for data calculation, and reduce the back-end The processing complexity has better real-time performance, and at the same time, it is beneficial to analyze the channel characteristics of multi-point to single point and multi-point to multi-point, and can efficiently measure and analyze the complex spatial characteristics of various wireless channels.

Rely on the diversity of antenna radiation patterns. That is, by rotating the direction of the electronically controlled beam, the distribution of the channel in the direction can be observed, instead of receiving information in different directions by changing the position of the antenna. Based on this approach, combined with observations in the time domain and delay domain, through high-precision algorithms, such as the SAGE algorithm, the multipath parameter distribution is finally obtained.

When the method of the present invention is used to analyze the channel, the main steps are as follows, and the flow chart is shown in FIG. 4 .

Step 1, the signal generator sends out a radio frequency signal through the beam scanning antenna. In order to be able to analyze the characteristics of the channel in the time domain and frequency domain at the same time, the transmitted signal will use a signal with a large bandwidth, and conduct multiple consecutive tests in time at the same time.

Step 2: The receiving antenna (also the beam scanning antenna) receives the same signal at the same location with different beam shapes by changing its own pattern before the pattern of the transmitting antenna is changed.

Step 3, change the pattern of the receiving antenna, repeat step 2 until the expected amount of airspace sample collection is reached, and end sending and receiving. At the same time, the storage of data is completed. If the channel is continuously measured, it is necessary to repeat the operations from step 1 to step 3 within the measurement time.

In step 4, the data received by the receiver is analyzed, and a high-precision SAGE algorithm may be used to synthesize the modified channel prior model.

Step 5, use the analysis results to model the channel.

Advantages of the present invention:

1. Traditionally, antennas distributed in different locations are used to collect space signals, which requires a certain sequence of space collection. This multi-point acquisition method in space may cause fuzzy discrimination of channel time domain and space domain features, which is unfavorable for multi-dimensional feature extraction of MIMO channels. However, using the antenna radiation pattern to collect signals can change the angle randomly, and because the antenna remains stationary in space, the radio waves from different directions will not produce spatial phase shifts, so there is no problem of ambiguity in discrimination at all.

2. The direction vector contained in the traditional antenna radiation pattern is equal to the number of antennas, and the spatial resolution is proportional to the number of vector elements. The radiation pattern can have a large number, which can far exceed the number of vector elements that can be improved by traditional antenna systems. In this way, the spatial resolution and the parameter estimation accuracy can be flexibly improved by increasing the number of radiation patterns.

3. Utilizing the diversity of antenna radiation patterns can be effectively used to reduce the complexity of back-end processing. For example, if the sidelobe of the antenna radiation pattern and the backward energy radiation can be well eliminated, when performing channel analysis on a certain angle of interest, you can select several radiation patterns facing this direction , for signal acquisition, which has considerable advantages for analyzing the local characteristics of the channel.

4. Using the MIMO channel acquisition method of the radiation pattern array is very beneficial for analyzing the characteristics of multipoint-to-single-point and multipoint-to-multipoint channels. Directional channel measurement can be performed by simulating antenna characteristics of actual systems (antennas used in many actual communication systems usually have certain directivity).

The above description of the embodiments is for those of ordinary skill in the art to understand and apply the present invention. It is obvious that those skilled in the art can easily make various modifications to these embodiments, and apply the general principles described here to other embodiments without creative effort. Therefore, the present invention is not limited to the embodiments herein, and improvements and modifications made by those skilled in the art according to the disclosure of the present invention should fall within the protection scope of the present invention.

## Cited By (16)

| Publication number | Priority date | Publication date | Assignee | Title |
|---|---|---|---|---|
| CN102064864A * | 2010-12-20 | 2011-05-18 | 东南大学 | Method for constructing polarized multi-antenna channel model in three-dimensional transmission environment |
| CN102565556A * | 2010-12-14 | 2012-07-11 | 财团法人工业技术研究院 | Display for instantly visualizing radiation pattern and display method thereof |
| CN102917397A * | 2012-09-29 | 2013-02-06 | 东南大学 | Measuring device and measuring method for wireless channel on basis of phased antenna array |
| CN103064082A * | 2012-09-11 | 2013-04-24 | 合肥工业大学 | Microwave imaging method based on direction dimension random power modulation |
| CN104993881A * | 2015-06-19 | 2015-10-21 | 中国人民解放军信息工程大学 | Rapid analysis method of MIMO antenna mutual-coupling characteristic |
| CN105228101A * | 2015-09-07 | 2016-01-06 | 同济大学 | Based on the radiation pattern adaptive approach of Doppler's characteristic of channel |
| CN106850448A * | 2017-02-27 | 2017-06-13 | 上海斐讯数据通信技术有限公司 | A kind of Wi Fi routers smart antenna usertracking method and system |
| CN107765238A * | 2016-08-16 | 2018-03-06 | 通用汽车环球科技运作有限责任公司 | Target location estimation based on beam pattern diversity |
| CN108462610A * | 2018-03-27 | 2018-08-28 | 西京学院 | A kind of information radiation model building method having across neighbours' transmission capacity |
| CN109787670A * | 2019-01-15 | 2019-05-21 | 北京邮电大学 | A kind of form-giving array antennas beams system for drawing directional diagram |
| CN110418341A * | 2019-07-30 | 2019-11-05 | 东南大学 | An Adaptive Symmetric Wireless Channel Feature Acquisition Method for MIMO Systems |
| CN110658390A * | 2018-06-28 | 2020-01-07 | Aptiv技术有限公司 | Method for determining alignment errors of an antenna and a vehicle using an antenna and a detection device |
| CN111180888A * | 2020-02-17 | 2020-05-19 | 西安交通大学 | A beamforming random metamaterial aperture antenna |
| CN113094775A * | 2021-04-02 | 2021-07-09 | 北京邮电大学 | Arbitrary wave beam micro-shaping tool of antenna array and implementation method |
| CN115811345A * | 2022-11-22 | 2023-03-17 | 西安交通大学 | Calculation method and system for antenna pattern adapted to wireless channel |
| CN119291312A * | 2024-09-23 | 2025-01-10 | 凌赛(成都)科技有限公司 | A fast test method for phased array antenna pattern based on vector network segment function |
| Family To Family Citations | | | | |

* Cited by examiner, † Cited by third party, ‡ Family to family citation

## Similar Documents

| Publication | Publication Date | Title |
|---|---|---|
| CN112073895A | 2020-12-11 | High-precision personnel positioning and tracking method based on CSI |
| CN101656971B | 2012-05-23 | High-precision wireless channel test platform and method based on virtual antenna array |
| CN103926474B | 2016-06-15 | Phased array antenna unit characteristic near-field measurement method |
| US20180164407A1 | 2018-06-14 | On-site calibration of array antenna systems |
| CN103760519B | 2016-02-03 | High resolution DOA estimation method and system |
| CN105891771B | 2018-01-02 | It is a kind of of improve estimated accuracy based on continuously distributed angle estimating method and equipment |
| CN113189592A | 2021-07-30 | Vehicle-mounted millimeter wave MIMO radar angle measurement method considering amplitude mutual coupling error |
| CN109212527A | 2019-01-15 | Large aperture distribution multistation object localization method for high-frequency ground wave radar |
| CN106909779A | 2017-06-30 | MIMO radar Cramér-Rao lower bound computational methods based on distributed treatment |
| CN106707255B | 2019-12-10 | phased array radar simulation system and method |
| CN108683619A | 2018-10-19 | A Low Complexity Method for Massive MIMO Channel Parameter Estimation |
| CN117040660A | 2023-11-10 | A reconfigurable intelligent surface channel parameter estimation method based on the spherical wave hypothesis |
| CN104200110A | 2014-12-10 | Decoupling-based two-dimensional beam scanning angle measurement method |
| Blandino et al. | 2021 | Markov multi-beamtracking on 60 GHz mobile channel measurements |
| Khan et al. | 2014 | Enhanced hybrid positioning in wireless networks I: AoA-ToA |
| Tayem et al. | 2013 | Hardware implementation of a proposed Qr-Tls DOA estimation method and Music, ESPRIT Algorithms on Ni-Pxi platform |
| Mazokha et al. | 2023 | Single-sample direction-of-arrival estimation for fast and robust 3D localization with real measurements from a massive MIMO system |
| RU2431862C1 | 2011-10-20 | Polarisation independent direction finding method of multi-beam radio signals |
| CN102917397A | 2013-02-06 | Measuring device and measuring method for wireless channel on basis of phased antenna array |
| CN111669191B | 2022-03-01 | Short wave ultrashort wave signal enhancement method based on distributed receiving system |
| Taha et al. | 2023 | Reconfigurable intelligent surface aided wireless sensing for scene depth estimation |
| CN119255373A | 2025-01-03 | 5G AeroMACS base station communication and positioning integrated method |
| Xie et al. | 2025 | 2DLAM: Joint Delay-Doppler Estimation in UAV mmWave System via Large AI Model |
| JP2023113550A | 2023-08-16 | Communication device, information processing method, and program |
| Cui et al. | 2015 | Single-snapshot DOA estimation for uniform linear array |

## Priority And Related Applications

### Priority Applications (1)

| Application | Priority date | Filing date | Title |
|---|---|---|---|
| CN200910056436A | 2009-08-14 | 2009-08-14 | Diverse wireless channel analysis platform based on antenna radiation directional diagram and method thereof |

### Applications Claiming Priority (1)

| Application | Filing date | Title |
|---|---|---|
| CN200910056436A | 2009-08-14 | Diverse wireless channel analysis platform based on antenna radiation directional diagram and method thereof |

## Legal Events

| Date | Code | Title | Description |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 2010-01-20 | C06 | Publication | |
| 2010-01-20 | PB01 | Publication | |
| 2010-03-24 | C10 | Entry into substantive examination | |
| 2010-03-24 | SE01 | Entry into force of request for substantive examination | |
| 2011-11-30 | C02 | Deemed withdrawal of patent application after publication (patent law 2001) | |
| 2011-11-30 | WD01 | Invention patent application deemed withdrawn after publication | **Open date**: 20100120 |

## Concepts

machine-extracted

Download Filter table

| Name | Image | Sections | Count | Query match |
|---|---|---|---|---|
| radiation | | title,claims,abstract,description | 51 | 0.000 |
| analytical method | | title,claims,abstract,description | 30 | 0.000 |
| method | | title,claims,abstract,description | 25 | 0.000 |
| diagram | | title,claims,abstract,description | 13 | 0.000 |
| response | | claims,abstract,description | 10 | 0.000 |
| testing method | | claims,description | 22 | 0.000 |
| change | | claims,description | 15 | 0.000 |
| synchronised effect | | claims,description | 6 | 0.000 |
| vector | | claims,description | 6 | 0.000 |
| effects | | claims,description | 3 | 0.000 |
| ferromagnetic material | | claims,description | 3 | 0.000 |
| polarization | | claims,description | 3 | 0.000 |
| process | | claims,description | 3 | 0.000 |
| chemical reaction | | claims | 1 | 0.000 |
| calculation algorithm | | abstract,description | 20 | 0.000 |
| sampling | | abstract,description | 10 | 0.000 |
| processing | | abstract,description | 8 | 0.000 |
| biological transmission | | abstract,description | 5 | 0.000 |
| construction | | abstract,description | 2 | 0.000 |

Show all concepts from the description section

About Send Feedback Public Datasets Terms Privacy Policy Help