**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br>Plaintiff,<br>v.<br>APPLE INC.,<br>Defendant. | Case No. 7:24-cv-00232-DC<br>**JURY TRIAL DEMANDED** |

**DECLARATION OF RYAN C. BRUNNER**
**IN SUPPORT OF DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE OPINIONS OF STEPHEN E. DELL IN HIS JULY 24, 2026 SUPPLEMENTAL EXPERT REPORT RELATING TO DAMAGES**

I, Ryan C. Brunner, hereby declare as follows:

1. I am an attorney admitted in the District of Columbia and the Western District of Texas.

2. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP, who is counsel for Defendant Apple Inc. ("Apple") in this action.

3. I submit this declaration in support of Defendant Apple Inc.'s *Daubert* Motion to Exclude Opinions of Stephen E. Dell in his July 24, 2026 Supplemental Expert Report Relating to Damages. Unless otherwise stated, I have personal knowledge of the facts and circumstances stated below and, if called upon to testify, I could and would testify competently to the statements made herein.

4. Attached as **Exhibit A** is a true and correct copy of the July 24, 2026, Supplemental Expert Report of Stephen E. Dell, CVA Relating to Damages. *Filed Under Seal*.

5. Attached as **Exhibit B** is an excerpt of a true and correct copy of the March 27, 2026 Expert Report of Stephen E. Dell, CVA Relating to Damages. *Filed Under Seal.*

6. Attached as **Exhibit C** is an excerpt of a true and correct copy of the September 11, 2026 Julia R. Rowe Supplemental Expert Report Regarding Damages. *Filed Under Seal.*

7. Attached as **Exhibit D** is an excerpt of a true and correct copy of the September 17, 2026 Deposition Transcript of Stephen E. Dell, CVA. *Filed Under Seal.*

8. Attached as **Exhibit E** is an excerpt of a true and correct copy of the April 29, 2026 Deposition Transcript of Stephen E. Dell. *Filed Under Seal.*

9. Attached as **Exhibit F** is an excerpt of a true and correct copy of the April 17, 2026 Julia R. Rowe Rebuttal Expert Report Regarding Damages. *Filed Under Seal.*

10. Attached as **Exhibit G** is an excerpt of a true and correct copy of the Qualcomm SDX80M Data Sheet (APL-COBLESTN_00303845). *Filed Under Seal.*

11. Attached as **Exhibit H** is an excerpt of a true and correct copy of Cobblestone's First Supplemental Infringement Contentions, which were served on September 19, 2025.

12. Attached as **Exhibit I** is an excerpt of a true and correct copy of a Statista report titled Mobile Connections Share (2G-3G-4G-5G) North America 2015-2025 (DELL_009689).

13. Attached as **Exhibit J** is an excerpt of a true and correct copy of an article published by Ericsson titled Time-to-Content - Great User Experience on 5G Mid-Band (COBB_APPLE_022069).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 2, 2026, in Alexandria, Virginia.

Respectfully submitted,

*/s/ Ryan C. Brunner*
Ryan C. Brunner

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on October 2, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via email.

*/s/ Kevin J. Post*
Kevin J. Post