# EXHIBIT H

# Exhibit A - U.S. Patent No. 8,891,347 ("'347 Patent")

Accused Instrumentalities: cellular user equipment (UE) that supports 3GPP 5G NR beamforming, including without limitation Apple's iPhone 12, iPhone 12 mini, iPhone 13, iPhone 13 mini, iPhone 13 Pro, iPhone 13 Pro Max, iPhone 14, iPhone 14 Plus, iPhone 14 Pro, iPhone 14 Pro Max, iPhone 15, iPhone 15 Plus, iPhone 15 Pro, iPhone 15 Pro Max, iPhone 16, iPhone 16 Plus, iPhone 16 Pro, iPhone 16 Pro Max, iPhone 17, iPhone 17 Pro, iPhone 17 Pro Max, iPhone Air, iPhone SE (3rd Gen.), iPad, iPad Air, iPad Mini, and iPad Pro.

**Claim 19**

| Claim 19 | Accused Instrumentalities |
|---|---|
| [19.0] A wireless device for performing wireless communication with a base station with a transmitter via a plurality of propagation paths, the wireless device comprising: | To the extent the preamble is found to be limiting, each Accused Instrumentality comprises a wireless device for performing wireless communication with a base station with a transmitter via a plurality of propagation paths.<br><br>For example, the iPhone 15 is a 5G compatible user equipment (UE) that communicates with a base station with a transmitter via a plurality of propagation paths, as described in the limitations below.<br><br>*See* explanation and evidence regarding limitations 19.4-19.7. *See also, e.g.*:<br><br><br><br>(https://www.apple.com/iphone-15/specs/) |

| Claim 19 | Accused Instrumentalities |
| --- | --- |
| | **Cellular and Wireless**<br><br>**Model A2846**[*]<br>**Model A2847**[*]<br><br>5G NR (Bands n1, n2, n3, n5, n7, n8, n12, n14, n20, n25, n26, n28, n29, n30, n38, n40, n41, n48, n53, n66, n70, n71, n75, n76, n77, n78, n79)<br>5G NR mmWave (Bands n258, n260, n261)<br>FDD-LTE (Bands 1, 2, 3, 4, 5, 7, 8, 12, 13, 14, 17, 18, 19, 20, 25, 26, 28, 29, 30, 32, 66, 71)<br>TD-LTE (Bands 34, 38, 39, 40, 41, 42, 46, 48, 53)<br>UMTS/HSPA+/DC-HSDPA (850, 900, 1700/2100, 1900, 2100 MHz)<br>GSM/EDGE (850, 900, 1800, 1900 MHz)<br><br>**All models**<br><br>5G (sub-6 GHz and mmWave) with 4x4 MIMO[10]<br>Gigabit LTE with 4x4 MIMO and LAA[10]<br>Wi-Fi 6 (802.11ax) with 2x2 MIMO<br>Bluetooth 5.3<br>Second-generation Ultra Wideband chip[11]<br>NFC with reader mode<br>Express Cards with power reserve<br><br>(https://www.apple.com/iphone-15/specs/) |