# EXHIBIT I

# Mobile connections share (2G/3G/4G/5G) North America 2015-2025| Statista

statista.com/statistics/933055/mobile-connections-share-2g-3g-4g-5g-north-america




- Technology & Telecommunications›
- Telecommunications

Premium

The statistic shows the share of mobile connections by technology in North America from 2015 to 2025. In 2018, LTE/4G made up 75 percent of mobile connections in North America.

## Share of mobile connections by technology in North America from 2015 to 2025




0%25%50%75%100%125%

**Details:** Canada; United States; 2015 to 2018

Request publishing rights

© Statista 2026

Download

### Source

### Details

### FAQ

Source

GSMA Intelligence

Survey by

GSMA Intelligence