**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT APPLE INC.'S *DAUBERT* MOTION TO EXCLUDE OPINIONS OF STEPHEN E. DELL IN HIS JULY 24, 2026 SUPPLEMENTAL EXPERT REPORT RELATING TO DAMAGES**

BEFORE THE COURT is Defendant Apple Inc.'s *Daubert* Motion to Exclude Opinions of Stephen E. Dell in his July 24, 2026 Supplemental Expert Report Relating to Damages (the "Motion"). Having reviewed the Motion, the Court hereby GRANTS the Motion.

SIGNED this _____ day of _________________, 2026.

______________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE