**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 7:24-cv-00232-DC<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT APPLE INC.'S UNOPPOSED MOTION TO CORRECT THE COURT'S ORDER GRANTING IN PART AND DENYING IN PART COBBLESTONE'S MOTION TO EXCLUDE OPINIONS OF JULIA R. ROWE**

BEFORE THE COURT is Defendant Apple Inc.'s Unopposed Motion to Correct the Court's Order Granting in Part and Denying in Part Cobblestone's Motion to Exclude Opinions of Julia R. Rowe (Dkt. No. 209) (the "Motion"). Having reviewed the unopposed Motion, the Court hereby GRANTS the Motion. Dkt. No. 209 at page 1 is revised to reflect the following bold and underlined modifications:

> The parties **<u>do not</u>** agree that the '347 Patent is a standard-essential ("SEP") patent but **<u>agree that the '347 Patent is</u>** not FRAND-encumbered.

It is so **ORDERED**.

SIGNED this _____ day of _________________, 2026.

______________________________________
DAVID COUNTS
UNITED STATES DISTRICT JUDGE