**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

COBBLESTONE WIRELESS, LLC,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 7:24-cv-00232-DC

**JURY TRIAL DEMANDED**

**DECLARATION OF KEVIN J. POST IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO COBBLESTONE'S OMNIBUS MOTION TO STRIKE APPLE'S SUPPLEMENTAL RULE 44.1 DECLARATIONS**

I, Kevin J. Post, hereby declare as follows:

1. I am an attorney admitted in the State of New York and the District of Columbia.

2. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP, and am counsel for Defendant Apple Inc. ("Apple") in this action.

3. I submit this declaration in support of Defendant Apple Inc.'s Opposition to Cobblestone's Omnibus Motion to Strike Apple's Supplemental Rule 44.1 Declarations. Unless otherwise stated, I have personal knowledge of the facts and circumstances stated below and, if called upon to testify, I could and would testify competently to the statements made herein.

4. Attached as **Exhibit 1** is true and correct copy of an email from Russ, August & Kabat, LLP, counsel to Cobblestone and third-party Empire, to Apple's counsel regarding a new third-party production from Empire, dated August 19, 2026.

5. Attached as **Exhibit 2** is a true and correct copy of email correspondence between Cobblestone's counsel to Apple's counsel regarding Cobblestone's position on Apple's Rule 44.1 submissions, dated from September 10, 2026, to September 15, 2026. *Filed under seal.*

6. On the September 14, 2026 meet and confer, Cobblestone's counsel took the position that the Court's July 27, 2026 Order authorized Apple to file only a Rule 12(b)(1) reply brief instead of a response to Cobblestone's Rule 44.1 declaration.

7. Attached as **Exhibit 3** is a true and correct copy of email correspondence between Cobblestone's counsel to Apple's counsel regarding Cobblestone's position on Mr. Dell's Reply Supplemental Report and Apple's Rule 44.1 submissions, dated from September 11, 2026, to September 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2026, in Darien, Connecticut.

Respectfully submitted,

*/s/ Kevin J. Post*

Kevin J. Post