# EXHIBIT 1

## John Healy

**From:** Michael Lee <mlee@raklaw.com>
**Sent:** Wednesday, August 19, 2026 7:47 PM
**To:** Opp Cobblestone Apple; CT-Apple-Cobblestone
**Cc:** Rak Cobblestone
**Subject:** Cobblestone Wireless v. Apple (Case 7:24-cv-232) - Document Production

Counsel,

Please use the link below to download the following third party document production containing additional documents only recently identified by Empire, bearing bates numbers: EMPIRE_00000424 - EMPIRE_00000476 all of which have been designated HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY.

https://rak-dm01.raklaw.com/docmoto/share/_cAaxUSX_CTj

It will be valid until midnight on Wednesday, September 2, 2026.

Regards,

Mike Lee
Patent Litigation Paralegal
Russ, August & Kabat, LLP
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
310 826-7474
310 826-6991 Fax
mlee@raklaw.com