# EXHIBIT 3

**John Healy**

**From:** Jacob Buczko <jbuczko@raklaw.com>
**Sent:** Tuesday, September 15, 2026 3:44 PM
**To:** Ryan Brunner
**Cc:** Lance Shapiro; CT-Apple-Cobblestone; Ruffin Cordell; Michael McKeon; Swingard; rearle; sburbank; brandi@lorfinglaw.com; Rak Cobblestone
**Subject:** Cobblestone v. Apple; Service of Dell Reply Supplemental Expert Report; Supplemental Expert Depositions
**Attachments:** Reply Supp Expert Report of Stephen E. Dell (Cobblestone v. Apple) - 9.15.2026 [HC-AEO].pdf

Ryan:

Please see attached Mr. Dell's Reply Supplemental Report. This is limited to addressing the recently-produced Empire documents that were produced after Mr. Dell issued his Supplemental Report and which Ms. Rowe addressed, as well as briefly addressing Ms. Rowe's allegation that Mr. Dell committed error(s) in his Supplemental Report.

Cobblestone will drop its timeliness/no leave objections to Apple's Rule 44.1 Reply Statement, if Apple does not challenge timeliness/leave for Mr. Dell's Reply Supplemental Report.

We confirm Mr. Dell's deposition to begin on September 17 at 3 ET/2 CT. We also confirm September 24 for Ms. Rowe's deposition. Does 1 PM CT work?

Regards,

Jacob

Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed

to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.

On Sep 15, 2026, at 7:57 AM, Ryan Brunner <rbrunner@sheppard.com> wrote:

Jacob,

Apple will take the deposition of Mr. Dell on his supplemental report on the afternoon of September 17. Please confirm he is available to begin at 3pm ET.

If Cobblestone plans to take a deposition of Ms. Rowe on her rebuttal supplemental report, she also has limited availability but is available on September 24 and can be flexible with the start time on that date.

Best,
Ryan

**Ryan C. Brunner**
Associate

2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006
Direct +1.202.747.3305 | Office +1.202.747.1900
rbrunner@sheppard.com | Bio | LinkedIn | sheppard.com

---

**From:** Jacob Buczko <jbuczko@raklaw.com>
**Sent:** Friday, September 11, 2026 3:37 PM
**To:** Lance Shapiro <lshapiro@sheppard.com>
**Cc:** CT-Apple-Cobblestone <CT-Apple-Cobblestone@sheppard.com>; Ruffin Cordell <RBC@fr.com>; Michael McKeon <mckeon@fr.com>; Swingard <Swingard@scottdoug.com>; rearle <rearle@scottdoug.com>; sburbank <sburbank@scottdoug.com>; brandi@lorfinglaw.com; Rak Cobblestone <rak_cobblestone@raklaw.com>
**Subject:** Re: Cobblestone v. Apple; Supplemental Expert Depositions

Lance- I reconfirmed with Mr. Dell that he is not available those days.

Sent from my iPhone

On Sep 11, 2026, at 12:07 PM, Lance Shapiro <lshapiro@sheppard.com> wrote:

Jacob,

Is Mr. Dell available for deposition the following week, from September 21-25?

Thanks,

Lance

**Lance W. Shapiro**
Associate

30 Rockefeller Plaza
New York, NY 10112
Direct +1.212.653.8164 | Office +1.212.653.8700
lshapiro@sheppard.com | Bio | LinkedIn | sheppard.com

---

**From:** Jacob Buczko <jbuczko@raklaw.com>
**Sent:** Friday, September 11, 2026 11:50 AM
**To:** CT-Apple-Cobblestone <CT-Apple-Cobblestone@sheppard.com>; Ruffin Cordell <RBC@fr.com>; Michael McKeon <mckeon@fr.com>; Swingard <Swingard@scottdoug.com>; rearle <rearle@scottdoug.com>; sburbank <sburbank@scottdoug.com>; brandi@lorfinglaw.com
**Cc:** Rak Cobblestone <rak_cobblestone@raklaw.com>
**Subject:** Cobblestone v. Apple; Supplemental Expert Depositions

Counsel:

If Apple seeks to take the limited deposition on Mr. Dell's Supplemental Report, he has limited availability during the window. He is free the afternoons of September 16 or 17. Please let us know if Apple seeks to take his deposition on either of those days. Also, assuming Ms. Rowe is serving a supplemental report today, please let us know when she is available for deposition.

Thanks,

Jacob

Jacob Buczko
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474

310 979-8258 (direct)
310 826-6991 Fax
jbuczko@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.