**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

COBBLESTONE WIRELESS, LLC,

Plaintiff,

v.

APPLE INC.,

Defendant.

Case No. 7:24-cv-00232-DC

**JURY TRIAL DEMANDED**

**DECLARATION OF RYAN C. BRUNNER**
**IN SUPPORT OF DEFENDANT APPLE INC.'S REPLY IN SUPPORT OF ITS *DAUBERT* MOTION TO EXCLUDE OPINIONS OF STEPHEN E. DELL IN HIS JULY 24, 2026 SUPPLEMENTAL EXPERT REPORT RELATING TO DAMAGES**

I, Ryan C. Brunner, hereby declare as follows:

1. I am an attorney admitted in the District of Columbia and the Western District of Texas.

2. I am an attorney at the law firm of Sheppard, Mullin, Richter & Hampton LLP, who is counsel for Defendant Apple Inc. ("Apple") in this action.

3. I submit this declaration in support of Defendant Apple Inc.'s Reply in Support of Its *Daubert* Motion to Exclude Opinions of Stephen E. Dell in his July 24, 2026 Supplemental Expert Report Relating to Damages. Unless otherwise stated, I have personal knowledge of the facts and circumstances stated below and, if called upon to testify, I could and would testify competently to the statements made herein.

4. Attached as **Exhibit K** is a supplemental excerpt of a true and correct copy of the March 27, 2026 Expert Report of Stephen E. Dell, CVA Relating to Damages. A different excerpt of the same document was submitted as Exhibit B. *Filed Under Seal.*

5. Attached as **Exhibit L** is a supplemental excerpt of a true and correct copy of the September 17, 2026 Deposition Transcript of Stephen E. Dell, CVA. A different excerpt of the same document was submitted as Exhibit 2. *Filed Under Seal*.

6. Attached as **Exhibit M** is a true and correct copy of DELL_009592, which is a website article titled *2G and 3G: Closing Time for Legacy Networks*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 16, 2026, in Alexandria, Virginia.

Respectfully submitted,

*/s/ Ryan C. Brunner*
Ryan C. Brunner