**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **COBBLESTONE WIRELESS, LLC,**<br>***Plaintiff,***<br><br>**v.**<br><br>**APPLE, INC,**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **MO:24-CV-00232-DC** |

**ORDER**

Pending before the Court is Defendant Apple Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) for Lack of Subject Matter Jurisdiction[1] and its accompanying briefing. On August 27, 2026, Cobblestone Wireless LLC responded to the Motion to Dismiss, and Apple filed its reply on September 11, 2026.[2]

Upon review of Apple's reply, the Court finds a sur-reply appropriate under the circumstances. As a result, Cobblestone is hereby **ORDERED** to file a sur-reply to Apple's September 11, 2026 reply limited to the following four issues:

- Whether the technology of the '347 patent falls under the "Key Control Points" required for export of wireless communication technology;
- Whether Chinese law voids a transfer of patent rights when an export control license is required but not obtained;
- Whether evidence exists that the purported export license for the '347 patent transfer was applied for, obtained, or deemed unnecessary by Chinese authorities; and
- Whether IDMC was involved in the chain of title for the '347 patent.

---

1 Doc. 175.
2 Docs. 206, 217.

The sur-reply shall not exceed 10 pages in substantive length, and Cobblestone shall file the proposed sur-reply no later than November 6, 2026.

It is so **ORDERED.**

SIGNED this 27th day of October, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE