**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, | |
| Plaintiff, | Case No. 7:24-cv-00232-DC |
| v. | JURY TRIAL DEMANDED |
| APPLE INC., | |
| Defendant. | |

**DECLARATION OF REZA MIRZAIE IN SUPPORT OF COBBLESTONE'S SUR-REPLY IN OPPOSITION TO APPLE'S RULE 12(B)(1) MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION**

I, Reza Mirzaie, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel for Plaintiff Cobblestone Wireless, LLC in the above-captioned action. I submit this declaration in support of Plaintiff's Sur-Reply in Opposition to Apple's Rule 12(b)(1) Motion to Dismiss for Lack of Subject-Matter Jurisdiction. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as **Exhibit 1** is a true and correct copy of Chinese patent publication CN 103733555 B retrieved from Google Patents.

3. Attached as **Exhibit 2** is a true and correct copy of the International Search Report relating to PCT/CN2011/077718 obtained from PatentScope.

4. Attached as **Exhibit 3** is a true and correct copy of excerpts from LTE – *The UMTS Long Term Evolution: From the Theory to Practice*, Second Edition, edited by Stefania Sesia, Issam Toufik, and Matthew Baker as produced in this case.

5. Attached as **Exhibit 4** is a true and correct copy of the Cooperative Patent Classification (CPC) classification scheme for H01Q, titled "Antennas, i.e. Radio Aerials," obtained from https://www.uspto.gov/web/patents/classification/cpc/pdf/cpc-scheme-H01Q.pdf on November 5, 2026.

6. Attached as **Exhibit 5** is a true and correct copy of the CPC classification scheme for subclass H04B, titled "Transmission," obtained from https://www.uspto.gov/web/patents/classification/cpc/pdf/cpc-scheme-H01Q.pdf on November 5, 2026.

7. Attached as **Exhibit 6** is a true and correct copy of the CPC classification scheme for subclass H04J, titled "Multiplex Communication," obtained from https://www.uspto.gov/web/patents/classification/cpc/pdf/cpc-scheme-H01Q.pdf on November 5, 2026.

8. Attached as **Exhibit 7** is a true and correct copy of the CPC classification scheme for subclass H04L, titled "Transmission of Digital Information," obtained from https://www.uspto.gov/web/patents/classification/cpc/pdf/cpc-scheme-H01Q.pdf on November 5, 2026.

9. Attached as **Exhibit 8** is a true and correct copy of the CPC scheme for subclass H04W, titled "Wireless Communication Networks," obtained from https://www.uspto.gov/web/patents/classification/cpc/pdf/cpc-scheme-H01Q.pdf on November 5, 2026.

10. Attached as **Exhibit 9** is a true and correct copy of the CPC scheme for subclass Y02B, titled "Climate Change Mitigation Technologies Related to Buildings," obtained from https://www.uspto.gov/web/patents/classification/cpc/pdf/cpc-scheme-Y02B.pdf on November 5, 2026.

Executed on November 6, 2026, in Los Angeles, California.

/s/ *Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed via the Court's CM/ECF Court System on November 6, 2026.

/s/ *Reza Mirzaie*