# Exhibit 1

(19)中华人民共和国国家知识产权局

(12)发明专利

(10)授权公告号 CN 103733555 B
(45)授权公告日 2017.08.25

(21)申请号 201180072559.X

(22)申请日 2011.07.28

(65)同一申请的已公布的文献号
申请公布号 CN 103733555 A

(43)申请公布日 2014.04.16

(85)PCT国际申请进入国家阶段日
2014.01.26

(86)PCT国际申请的申请数据
PCT/CN2011/077718 2011.07.28

(87)PCT国际申请的公布数据
WO2013/013407 EN 2013.01.31

(73)专利权人 英派尔科技开发有限公司
地址 美国特拉华州

(72)发明人 尹学锋

(74)专利代理机构 北京三友知识产权代理有限公司 11127
代理人 吕俊刚 杨薇

(51)Int.Cl.
*H04L 1/12*(2006.01)

(56)对比文件
US 2010/0215113 A,2010.08.26,
CN 102138309 A,2011.07.27,

审查员 刘梅

权利要求书3页 说明书12页 附图4页

(54)发明名称

用于无线通信系统的用户聚焦技术

(57)摘要

本发明公开了一种用于无线通信的系统和方法。所述系统包括发送器、接收器、形成在所述发送器和所述接收器之间的多个传播路径,所述多个传播路径能够承载所述发送器发送到所述接收器的信号。所述方法包括:经由所述多个传播路径中的传播路径将第一信号从所述发送器发送到所述接收器;在所述接收器处接收所述第一信号;执行所述第一信号的信道估计,以得到所述传播路径的路径参数信息;经由所述传播路径将所述信道估计从所述接收器发送到所述发送器;在所述发送器处根据所述信道估计使第二信号预失真;经由所述传播路径将预失真的信号从所述发送器发送到所述接收器;以及在所述接收器处接收所述预失真的信号。




CN 103733555 B

1.一种在包括发送器、接收器、形成在所述发送器和所述接收器之间的多个传播路径的系统中用于无线通信的方法,所述多个传播路径能够承载所述发送器发送到所述接收器的信号,所述方法包括:

经由所述多个传播路径中的传播路径将第一信号从所述发送器发送到所述接收器;

在所述接收器处接收所述第一信号;

执行基于所述第一信号的信道估计,以得到所述传播路径的路径参数信息;

经由所述传播路径将包括所述路径参数信息的所述信道估计从所述接收器发送到所述发送器;

在所述发送器处根据基于所述第一信号的所述信道估计在时域、频域和空间域中使第二信号预失真;

经由所述传播路径将预失真的第二信号从所述发送器发送到所述接收器;以及

在所述接收器处接收所述预失真的第二信号。

2.根据权利要求1所述的方法,其中所述传播路径的所述路径参数信息包括所述传播路径的延迟的估计、多普勒频率的估计、到达方向的估计、离开方向的估计和复振幅的估计中的至少一个。

3.根据权利要求2所述的方法,其中所述传播路径的所述路径参数信息还包括所述传播路径的极化状态的估计。

4.根据权利要求1所述的方法,其中通过由最大似然估计算法、周期图、相关图、基于频谱的方法、Bartlett波束形成器、Capon波束形成器、基于子空间的技术、MUSIC(多重信号分类)、ESPRIT(基于旋转不变技术估计信号参数)、基于迭代方案的最大似然方法的逼近、SAGE(空间交替广义期望最大化)、RiMAX(Richter最大似然方法)、基于最大后验概率的方法、证据框架、贝叶斯技术、追踪算法、卡尔曼滤波技术、增强型卡尔曼滤波技术、粒子滤波技术、最小二乘误差方法组成的组中的至少一种估计技术得到所述路径参数信息。

5.根据权利要求1所述的方法,所述方法还包括:在所述接收器处均衡所述预失真的第二信号。

6.根据权利要求5所述的方法,其中使用协作多点(CoMP)系统中的联合处理技术执行均衡所述预失真的第二信号。

7.一种用于无线通信的系统,所述系统包括:

接收器;

发送器;以及

多个传播路径,其形成在所述发送器和所述接收器之间,能够承载所述发送器发送到所述接收器的信号,

其中所述接收器被配置成从所述发送器接收沿所述多个传播路径中的传播路径发送的第一信号,执行基于所述第一信号的信道估计,以得到所述传播路径的路径参数信息,并且经由所述传播路径向所述发送器发送包括所述路径参数信息的所述信道估计,并且

其中所述发送器被配置成根据从所述接收器接收的基于所述第一信号的所述信道估计在时域、频域和空间域中使第二信号预失真并且经由所述传播路径向所述接收器发送预失真的第二信号。

8.根据权利要求7所述的系统,其中所述传播路径的所述路径参数信息包括所述传播

路径的延迟的估计、多普勒频率的估计、到达方向的估计、离开方向的估计和复振幅的估计中的至少一个。

9.根据权利要求7所述的系统，其中所述传播路径的所述路径参数信息还包括所述传播路径的极化状态的估计。

10.根据权利要求7所述的系统，其中通过由最大似然估计算法、周期图、相关图、基于频谱的方法、Bartlett波束形成器、Capon波束形成器、基于子空间的技术、MUSIC(多重信号分类)、ESPRIT(基于旋转不变技术估计信号参数)、基于迭代方案的最大似然方法的逼近、SAGE(空间交替广义期望最大化)、RiMAX(Richter最大似然方法)、基于最大后验概率的方法、证据框架、贝叶斯技术、追踪算法、卡尔曼滤波技术、增强型卡尔曼滤波技术、粒子滤波技术、最小二乘误差方法组成的组中的至少一种估计技术得到所述路径参数信息。

11.根据权利要求7所述的系统，其中在多输入多输出(MIMO)无线通信系统中，所述发送器和所述接收器均包括多个天线，或者在单输入单输出(SISO)无线通信系统中，所述发送器和所述接收器均包括单个天线。

12.根据权利要求7所述的系统，其中所述接收器还被配置成均衡所述预失真的第二信号。

13.一种经由多个传播路径与无线装置中的接收器执行无线通信的基站，所述基站包括：

发送器；

计算装置；以及

计算机可读存储介质，其上存储有能由所述计算装置执行以执行包括以下的操作的计算机可执行指令：

经由所述多个传播路径中的传播路径将第一信号从所述发送器发送到所述接收器；

接收基于所述第一信号的信道估计，所述信道估计包括所述传播路径的路径参数信息；

根据基于所述第一信号的所述信道估计在时域、频域和空间域中使第二信号预失真；以及

经由所述传播路径将预失真的第二信号从所述发送器发送到所述接收器。

14.根据权利要求13所述的基站，其中所述传播路径的所述路径参数信息包括所述传播路径的延迟的估计、多普勒频率的估计、到达方向的估计、离开方向的估计、复振幅的估计和所述传播路径的极化状态的估计中的至少一个。

15.根据权利要求13所述的基站，其中在多输入多输出(MIMO)无线通信系统中，所述发送器包括多个天线，或者在单输入单输出(SISO)无线通信系统中，所述发送器包括单个天线。

16.一种经由多个传播路径与基站中的发送器执行无线通信的无线装置，所述无线装置包括：

接收器；

计算装置；以及

计算机可读存储介质，其上存储有能由所述计算装置执行以执行包括以下的操作的计算机可执行指令：

经由所述多个传播路径中的传播路径在所述接收器处接收第一信号;

执行基于所述第一信号的信道估计,以得到所述传播路径的路径参数信息;

将所述信道估计发送到所述发送器;以及

经由所述传播路径接收第二信号,所述第二信号根据基于所述第一信号的所述信道估计在时域、频域和空间域中预失真。

17.根据权利要求16所述的无线装置,其中所述传播路径的所述路径参数信息包括所述传播路径的延迟的估计、多普勒频率的估计、到达方向的估计、离开方向的估计和复振幅的估计中的至少一个。

18.根据权利要求17所述的无线装置,其中所述传播路径的所述路径参数信息还包括所述传播路径的极化状态的估计。

19.根据权利要求16所述的无线装置,其中通过由最大似然估计算法、周期图、相关图、基于频谱的方法、Bartlett波束形成器、Capon波束形成器、基于子空间的技术、MUSIC(多重信号分类)、ESPRIT(基于旋转不变技术估计信号参数)、基于迭代方案的最大似然方法的逼近、SAGE(空间交替广义期望最大化)、RiMAX(Richter最大似然方法)、基于最大后验概率的方法、证据框架、贝叶斯技术、追踪算法、卡尔曼滤波技术、增强型卡尔曼滤波技术、粒子滤波技术、最小二乘误差方法组成的组中的至少一种估计技术得到所述路径参数信息。

20.根据权利要求16所述的无线装置,其中在多输入多输出(MIMO)无线通信系统中,所述接收器包括多个天线,或者在单输入单输出(SISO)无线通信系统中,所述接收器包括单个天线。

21.根据权利要求16所述的无线装置,存储的能由所述计算装置执行的所述计算机可执行指令还包括:

生成所述第一信号的系统响应估计,所述系统响应估计包含所述基站、所述无线装置和所述传播路径的参数信息;以及

接收基于所述系统响应估计而预失真的第二信号。

# 用于无线通信系统的用户聚焦技术

## 背景技术

[0001] 无线通信系统面临越来越多的挑战。在热点中存在高度集中的移动用户群体对系统能力产生大需求的一个这样的挑战。存在其它挑战，即某些区域中的协同定位的异构网络在网络间切换方面出现干扰和困难。为了解决这些和其它问题，已经开发了各种技术，诸如中继技术和协作多点(CoMP)传输。中继技术和CoMP技术都是用于增加信号源与目的地之间的并行信道的数量。虽然这些技术提高了系统性能，但它们也要求细致的网络计划并且需要高计算资源。在一些情形下，这些技术通过从传播信道开发出额外资源进行操作。

[0002] 诸如均衡技术的其它技术在不改变当前系统配置的情况下实现了相同目的。在系统的接收器中使用均衡技术，以通过去除传输中出现的任何失真来恢复原始发送的信号。当信道的影响被完美均衡时，从不同路径到达接收器的信号接着在相位上“对准”并且可以建设性地相加。均衡技术的典型示例包括以下：(1)在延迟域中均衡信道的RAKE接收技术；(2)基于OFDM传输在接收器中已广泛采用的频率均衡技术；(3)在诸如TD长期演进(LTE)无线通信系统的4G系统的接收器中使用的时间-频率均衡技术。

[0003] 然而，这些技术的一个问题在于，它们需要在接收器处执行信道均衡，这意味着接收器具有额外资源以执行均衡。

## 发明内容

[0004] 在一个实施方式中，提供了一种在通信系统中进行无线通信的方法。这种通信系统可以包括发送器、接收器、形成在所述发送器和所述接收器之间的多个传播路径。所述传播路径可以被配置成能够承载所述发送器发送到所述接收器的信号。所述方法可以包括：经由所述多个传播路径中的传播路径将第一信号从所述发送器发送到所述接收器；在所述接收器处接收所述第一信号；执行所述第一信号的信道估计，以得到所述传播路径的路径参数信息；经由所述传播路径将所述路径参数信息从所述接收器发送到所述发送器；在所述发送器处根据所述路径参数信息使第二信号预失真；经由所述传播路径将预失真的信号从所述发送器发送到所述接收器；以及在所述接收器处接收所述预失真的信号。

[0005] 在一个实施方式中，可以提供一种用于进行无线通信的通信系统。所述系统可以包括接收器、发送器、形成在所述发送器和所述接收器之间能够承载所述发送器发送到所述接收器的信号的多个传播路径。所述接收器可以被配置成从所述发送器接收第一信号，执行所述第一信号的信道估计，以得到传播路径的路径参数信息，并且经由所述传播路径向所述发送器发送所述路径的路径参数信息。所述发送器可以被配置成根据从所述接收器接收的信道估计使第二信号预失真，并且经由所述传播路径向所述接收器发送预失真的信号。

[0006] 在一个实施方式中，可以提供一种经由多个传播路径与无线装置中的接收器执行无线通信的基站。所述基站可以包括：至少一个发送器；计算装置；以及计算机可读存储介质，其上存储有能由所述计算装置执行以执行操作的计算机可执行指令。计算装置操作可以包括：经由所述多个传播路径中的传播路径将第一信号从所述发送器发送到所述接收

器；接收所述第一信号的信道估计，所述信道估计包括所述传播路径的路径参数信息；根据所述信道估计使第二信号预失真；经由所述传播路径将预失真的信号从所述发送器发送到所述接收器。

[0007] 以上的发明内容只是示例性的并且不旨在以任何方式进行限制。除了上述的示例性方面、实施方式和特征之外，通过参照附图和下面的具体实施方式，另外的方面、实施方式和特征将变得清楚。

## 附图说明

[0008] 通过以下描述和所附权利要求书，结合附图，本公开的上述和以下信息以及其它特征将变得更加完整。要理解，这些图仅描绘了根据本公开的若干实施方式，因此不被认为限制其范围，将通过利用附图用附加的特征和细节来描述本公开，其中：

[0009] 图1包括能够执行如本文描述的用户聚焦(user-focusing)技术的无线通信系统的实施方式的示意性表现；

[0010] 图2包括示出在执行如本文描述的用户聚焦技术的过程中可以使用的发送器和接收器的实施方式的框图；

[0011] 图3包括表现在执行如本文描述的用户聚焦技术的过程中使用的发送器的计算单元的实施方式的示图；

[0012] 图4包括示出无线通信系统中的用户聚焦技术的实施方式的流程图；

[0013] 图5A包括表现传统无线通信系统的示图；

[0014] 图5B包括表现能够执行如本文描述的用户聚焦技术的无线通信系统的示图；以及

[0015] 图5C包括表现根据能够执行如本文描述的用户聚焦技术的系统的另一个实施方式的无线通信系统的示图，

[0016] 所有附图都是根据这里描述的至少一个实施方式布置的，并且本领域的普通技术人员可以根据这里提供的公开内容对其布置进行修改。

## 具体实施方式

[0017] 在下面的具体实施方式中，参照形成其一部分的附图。在附图中，除非上下文另外指出，否则类似的符号通常标识类似的组件。具体实施方式、附图和权利要求书中描述的示例性实施方式不意图是限制性的。在不脱离本文呈现的主题的精神或范围的情况下，可以利用其它实施方式，并且可以做出其它改变。应该容易理解，如这里总体描述和附图中示出的本公开的方面可以按各种不同的配置被布置、替换、组合、分开和设计，所有这些在这里被明确料想到。

[0018] 图1包括能够执行如本文描述的用户聚焦技术的无线通信系统的实施方式的示意性表现。图1示出被配置成充当发送器110的基站和被配置成充当接收器150的移动站之间的单链路通信情形。在发送器110和接收器150之间的是多个建筑物120-124，这些建筑物充当经由传播路径170、175和180在发送器110和接收器150之间行进的通信信号的散射器和弹跳点(bouncing point)。

[0019] 简单地说，这里描述的方法和系统使用传播路径170、175和180作为通信信号的多个并行载波。在本领域当前使用的大多数通信中，这些各种传播路径170、175和180经常被

视为是有问题的而不是被视为资源库(resource-bank)。

[0020] 然而,使用这里描述的方法和系统,发送器110和接收器150之间的无线连接变成与链接两个点的多个有线连接类似。使用这种配置,可以去除许多现有的问题,例如,干扰消除、能力限制。本文描述的系统和方法被称为"用户聚焦"并且利用发送器110和接收器150之间的多个传播路径170、175和180作为并行载波。这些路径在延迟、到达方向、离开方向和多普勒频率(Doppler frequency)方面是不同的。沿着这些路径,电磁波可以以不同相位到达接收器。然而,在本文描述的用户聚焦方法和系统中,所发送的信号以从不同路径170、175和180到达接收器150的波具有相同相位这样的方式调制并行载波,并且可以相干地叠加。

[0021] 使用这种用户聚焦技术的作用在于,系统可以直接向接收器150的位置发送信号,即,在接收器150处形成信号的"聚焦"。如本领域的普通技术人员可以理解的,这个系统具有各种益处,包括但不限于:1)因为发送器110没有浪费能量向其中不存在路径的区域发送信号,所以总传输功率可以减小;2)用户之间的干扰可以显著减少,因此,服务质量可以提高;3)当前使用的多点协作技术可能是不必要的,因为本文描述的方法和系统只使用一个发送器110提供可接受的性能。

[0022] 图2示出图示发送器110和接收器150的示例性组件的两个框图,尽管在不变化下述权利要求书的范围和含义的情况下发送器110和接收器150可以包括其它组件或省略任何不必要的组件。在这个示例中,接收器包括移动站,移动站包括:计算单元200,其能够控制移动站的其它模块200-250的功能;显示器210,其能够在移动站上显示一个或多个图像;扬声器220,其包括响应于电音频信号输入产生声音的电声换能器;天线阵列230,其包括用于与发送器110进行发送和接收信号的一个或多个天线;用户接口,其使得移动站的用户能够操纵计算单元200的处理并且与计算单元200的处理交互以控制移动站的各个模块200-250;麦克风250,其被配置成捕捉声音并且使用声电换能器或传感器将它转换成电子信号。

[0023] 在本示例中包括基站的发送器110包括以下更充分描述的计算单元300以及具有用于与接收器150进行发送和接收信号的一个或多个天线的天线阵列260。

[0024] 图3描绘示出被设置成实现以下更充分描述的用于无线通信的用户聚焦技术的发送器110或接收器150的示例计算装置300的框图。在非常基本的配置302中,计算装置300通常包括一个或多个处理器304和系统存储器306。存储器总线308可以用于处理器304和系统存储器306之间的通信。

[0025] 根据所要的配置,处理器304可以是任何类型,包括但不限于微处理器(μP)、微控制器(μC)、数字信号处理器(DSP)或其任何组合。处理器304可以包括诸如一级缓存310和二级缓存312的一个多级缓存、处理器核314和寄存器316。示例处理器核314可以包括算术逻辑单元(ALU)、浮点单元(FPU)、数字信号处理核(DSP核)或其任何组合。示例存储器控制器318还可以用于处理器304,或者在一些实现方式中,存储器控制器318可以是处理器304的内部部分。

[0026] 根据所要的配置,系统存储器306可以是任何类型,包括但不限于易失性存储器(诸如RAM)、非易失性存储器(诸如ROM、闪速存储器等)或其任何组合。系统存储器306可以包括操作系统320、一个或多个应用322和程序数据324。应用322可以包括认证组件或应用326,认证组件或应用326被设置或配置成构建认证系统或者认证一个或多个装置或用户。

程序数据324可以包括用于构建认证系统和/或认证一个或多个装置或用户的认证数据328。在一些实施方式中，应用322可以被设置成在操作系统320上与程序数据324一起运行，以使得产生认证系统。所描述的这个基本配置302在图3中用内部虚线内的那些组件示出。

[0027] 计算单元300可以具有另外的特征或功能和另外的界面，以便于基本配置302和任何所需装置与界面之间的通信。例如，可以使用总线/接口控制器330以便于经由存储接口总线334的基本配置302与一个或多个数据存储装置332之间的通信。数据存储装置332可以是可移除存储装置336、不可移除存储装置338或其组合。举例来说，可移除存储装置和不可移除存储装置的例子包括诸如软盘驱动器和硬盘驱动器(HDD)的磁盘装置、诸如高密度盘(CD)驱动器或数字通用盘(DVD)驱动器的光盘驱动器、固态驱动器(SSD)和带驱动器。示例计算机存储介质可以包括按照用于存储信息(诸如，计算机可读指令、数据结构、程序模块或其它数据)的任何方法或技术实现的易失性和非易失性、可移除和不可移除介质。

[0028] 系统存储器306、可移除存储装置336和不可移除存储装置338是计算机存储介质的示例。计算机存储介质包括但不限于RAM、ROM、EEPROM、闪存或其它存储技术、CD-ROM、数字通用盘(DVD)或其它光学存储器、磁带盒、磁带、磁盘存储器或其它磁性存储装置、或者可以用于存储所要的信息并且可以被计算装置300访问的任何其它介质。任何这种计算机存储介质可以是计算装置300的一部分。

[0029] 计算装置300还可以包括接口总线340，接口总线340便于经由总线/接口控制器330从各种接口装置(例如，输出装置342、外围接口344和通信装置346)到基本配置302的通信。示例输出装置342包括图形处理单元348和音频处理单元360，图形处理单元348和音频处理单元360可以被配置成经由一个或多个A/V端口362与诸如显示器或扬声器的各种外部装置通信。示例外围接口344包括串行接口控制器364或并行接口控制器366，串行接口控制器364或并行接口控制器366可以被配置成经由一个或多个I/O端口368与诸如输入装置(例如，键盘、鼠标、笔、语音输入装置、触摸输入装置等)的外部装置或其它外围装置(例如，打印机、扫描仪等)进行通信。示例通信装置346包括网络控制器360，网络控制器360可以被设置成便于经由一个或多个通信端口364通过网络通信链路与一个或多个其它计算装置362进行通信。

[0030] 网络通信链路可以是通信介质的一个示例。通信介质通常可以由计算机可读指令、数据结构、程序模块、或诸如载波或其它传输机制的经调制数据信号中的其它数据来实现，并且可以包括任何信息传送介质。“经调制数据信号”可以是将其特性中的一个或多个以将信息编码在信号中的方式而设置或改变的信号。举例来说，并且没有限制，通信介质可以包括有线介质(诸如，有线网络或直接有线连接)和无线介质(诸如，听觉、射频(RF)、微波、红外(IR)和其它无线介质)。这里使用的术语“计算机可读介质”可以包括存储介质和通信介质这二者。

[0031] 除了是发送器110基站的组件之外，计算单元300可以被实现为小外形规格便携式(或移动)电子装置(诸如，手机、个人数据助理(PDA)、个人媒体播放器装置、无线网络观看装置、个人头戴耳机装置、应用专用装置或包括以上功能中的任一个的混合装置)的一部分。如此，被配置为移动站的接收器150的计算单元200可以包括与计算装置300相同或类似的组件。另外，计算装置300还可以被实现为包括膝上型计算机和非膝上型计算机配置这二者的个人计算机。

[0032] 本领域的技术人员应该理解，对于本文公开的这个和其它处理和方法，可以按不同顺序实现这些处理和方法中执行的功能。此外，概括的步骤和操作只是作为示例提供的，在不偏离所公开实施方式的本质的情况下，步骤和操作中的一些可以是可选的、被组合成更少的步骤和操作、或者扩展成附加步骤和操作。

[0033] 通过使用框图、流程图和/或示例，以上详述已阐述了装置和/或处理的各种实施方式。在这样的框图、流程图和/或示例包含一个或多个功能和/或操作的范围内，本领域技术人员应该理解，可以由各式各样的硬件、软件、固件或实际上其任何组合单独地和/或共同地实现这种框图、流程图或示例内的各功能和/或操作。在一个实施方式中，可以借助专用集成电路(ASIC)、现场可编程门阵列(FPGA)、数字信号处理器(DSP)或其它集成形式来实现本文所描述的主题的多个部分。然而，本领域技术人员应该认识到，本文所公开的实施方式的某些方面可以作为在一个或多个计算机上运行的一个或多个计算机程序(例如，作为在一个或多个计算机系统上运行的一个或多个程序)、作为在一个或多个处理器上运行的一个或多个程序(例如，作为在一个或多个微处理器上运行的一个或多个程序)、作为固件、或者作为实际上它们的任何组合全部地或部分地等效地实现在集成电路中，并且应该认识到，根据该公开，设计电路和/或针对软件和/或固件编写代码将完全属于在本领域技术人员的技能之内。另外，本领域中的技术人员将理解，本文描述的主题的机制能够作为程序产品以各种形式发布，并且本文描述的主题的示意实施方式的应用与用于实际执行发布的信号承载介质的特定种类无关。信号承载介质的示例包括但不限于以下：诸如软盘、硬盘驱动器、CD、DVD、数字磁带、计算机存储器等的可记录型介质；以及诸如数字和/或模拟通信介质(例如，光纤电缆、波导、有线通信链路、无线通信链路等)的传输类型介质。

[0034] 本领域中的技术人员将认识到，以这里提出的方式描述装置和/或处理并且此后利用工程实践将如此描述的装置和/或处理集成为数据处理系统在本领域中是常见的。即，通过合理数量的试验可以将这里描述的装置和/或处理的至少部分集成为数据处理系统。本领域中的技术人员将认识到，典型的数据处理系统一般包括以下的一个或多个：系统单元壳体、视频显示装置、诸如易失性和非易失性存储器的存储器、诸如微处理器和数字信号处理器的处理器、诸如操作系统、驱动器、图形用户接口和应用程序的计算实体、诸如触摸板或屏幕的一个或多个交互装置、和/或包括反馈回路和控制电机(例如，感测位置和/或速度的反馈；移动和/或调整组件和/或数量的控制电机)的控制系统。可以利用任何适合的市售组件(诸如那些通常在数据计算/通信和/或网络计算/通信系统中找到的部件)来实现典型的数据处理系统。

[0035] 这里描述的主题有时示出在不同的其它组件中所包含的或者与不同的其它组件相连接的不同组件。应当理解，如此描述的架构只是示例性的，并且实际上可以实施实现相同功能的许多其它架构。从概念上讲，组件用于实现相同功能的任何配置是以使得实现所要的功能的方式有效地“相关联的”。因此，可以将这里结合起来实现特定功能的任何两个组件视为彼此“相关联”以使得实现所要的功能，而不管架构或中间组件。同样，这样相关联的任何两个组件也可以视为彼此“可操作地相连接”或者“可操作地相耦合”以实现所要的功能，并且能够如此相关联的任何两个组件也可以视为彼此“可操作地可耦合”以实现所要的功能。可操作地可耦合的特定例子包括但不限于物理可配合的和/或物理交互的组件和/或无线可交互的和/或无线交互的组件和/或逻辑交互的和/或逻辑可交互的组件。

[0036] 返回图1，如本领域的普通技术人员理解的，传播信道的冲激响应可以被视为发送器110和接收器150之间的多个镜面(specular)传播路径170、175和180的叠加。

[0037] 如之前参照图1描述的，在发送器110和接收器150之间有多个传播路径170、175和180，其中，包括电磁波的信号可以从各种建筑物或弹跳点120-124反弹。电磁波和弹跳点120-124之间的交互可以是反射、衍射或散射。从发送器110辐射的信号沿着这些传播路径170、175和180经历不同失真。要么破坏性要么建设性地，在接收器150处将所得的原始发送的信号的多个复制物(replica)相加。

[0038] 通常，在接收器150中使用本领域已知的均衡技术以通过去除失真来恢复原始发送的信号。在信道的影响被完美均衡之后，从不同传播路径170、175和180到达接收器150的信号在相位上“对准”并且建设性地相加。

[0039] 均衡技术的典型示例包括：(1)在延迟域中均衡信道的RAKE接收技术；(2)基于OFDM传输在接收器中广泛采用的频率均衡技术；(3)在诸如TD-LTE(长期演进)无线通信系统的4G系统的接收器中使用的时间-频率均衡技术。

[0040] 如以下参照图4更充分描述的，与在接收到信号之后在接收器150处校正失真的均衡技术不同，用户聚焦技术在发送器110处发送信号之前添加伪“失真”。然后，以在传播的同时可以成功去除信号失真这样的方式发送这些“预失真的”信号。

[0041] 更具体地，如图4中所示，方法始于410，在410中，执行第一信号的信道估计，以得到传播路径170、175或180的路径参数信息。在这个过程期间，发送器将第一信号从发送器110发送420到接收器150。在一个实施方式中，第一信号包括从发送器110发送的失真的前导码或训练序列。在接收器150处接收到430第一信号之后，执行信道估计算法，以得到针对传播路径170、175和180中的每个的延迟τ、多普勒频率υ、到达方向$\Omega_1$、离开方向$\Omega_2$、复振幅α的估计。

[0042] 可以使用各种信道估计，包括SAGE算法。用于估计参数的其它算法包括最大似然估计算法，最大似然估计算法包括基于镜面路径的最大似然方法。然而，最大似然算法的一个缺点在于，它在许多情形下导致高复杂度。然而，当正确地选择了通用模式时，所得的参数估计比通过使用其它方法得到的参数估计具有更高的精度。

[0043] 可以使用的信道估计的其它示例包括基于频谱的方法，基于频谱的方法包括Bartlett波束形成器、Capon波束形成器和MUSIC(多重信号分类，MUltiple SIgnal Classification)法。使用这些方法计算信道在多维方面(例如在延迟、多普勒频率和方向方面)的功率谱。这些方法可以以低复杂度返回路径参数的估计。它们是切合实际的并且比基于最大似然的估计方法更加适于真实实现。

[0044] 可以与非基于频谱的方法关联使用的又一信道估计算法是基于子空间的技术，诸如求根-MUSIC(root-MUSIC)技术、ESPRIT(基于旋转不变技术估计信号参数)算法、以及这些算法的扩展(例如传播算子方法(Propagator method)和酉ESPRIT(Unitary-ESPRIT)技术)。这些算法具有高精度，但因为这些算法的输入是来自多个独立快照的信道观察以便避免接收到的信号的协方差矩阵的奇异性问题，所以必须在相对长的时间窗内从多个帧收集数据。

[0045] 在步骤410中还可以使用基于迭代方案的最大似然方法的逼近。这些算法包括期望最大化(EM)方法、空间交替广义期望最大化(SAGE)技术和所谓的RiMAX(Richter最大似

然估计)方法。

[0046] 另选地,还可以使用基于LSE(最小二乘误差)原理的方法,诸如LMMSEE(最小均方估计误差,Least minimum mean squared estimation error)估计法、协方差矩阵拟合技术。

[0047] 此外,在我们的情况下,还可以使用可能还没有公开的用于估计路径参数的新算法。例如,基于最大后验概率的方法—贝叶斯技术—也可以被视为预失真技术中的重要因素。另外,除了估计技术之外,还可以使用追踪算法得到路径参数的估计,诸如卡尔曼滤波技术、增强型卡尔曼滤波技术、粒子滤波技术、基于粒子滤波器的SAGE算法等。

[0048] 接下来,在440中,接收器150经由传播路径170、175或180向发送器110反馈这些路径参数信息。可以根据无线通信系统中的现有协议执行这个反馈操作。

[0049] 然后,在450中,对于要发送的下一帧或块,发送器使第二信号"预失真"并且利用信号的发送时间、发送步调(pace)和方向、接收方向和复合权重的合适设置生成多个信号复制物。这些设置是由在440中从接收器反馈的路径的参数确定的。这些失真的复制物被累加并且从发送器110发送460到接收器150。然后,在接收器150处接收470信号。

[0050] 为了示出方法并且以举例方式,可以比较图1的两个传播路径170和180。这两个路径170和180均表现出不同的延迟(因为路径长度不同)、不同的离开方向和到达方向(由于散射器120和122的位置不同)以及有区别的多普勒频率(由于接收器150的移动和路径的不同群(constellation))。

[0051] 在这个示例中,($\Omega_{i,1}$, $\Omega_{i,2}$, $\upsilon_i$, $\tau_i$)分别对应于路径170和180的离开方向、到达方向、延迟和多普勒频率,其中,路径170对应于i=1并且路径180对应于i=2。在发送器110的天线阵列260中存在M个天线和接收器150的天线阵列230中存在N个天线中的情形下,在步骤450中使用发送到发送器110的路径参数信息在450中形成所发送信号的M×N个复制物,使得:

[0052] 对于i=1,2,$\alpha_i^* \exp(-j2\pi(f-\nu_i)\tau_i)\mathbf{c}_{Tx}^*(\Omega_{1,i})\otimes\mathbf{c}_{Rx}^*(\Omega_{1,i})u(f)$,

[0053] 其中,$\mathbf{c}_{Tx}^*$($\Omega_1$)表示方向$\Omega_1$上的发送器天线阵列260响应的复共轭,$\mathbf{c}_{Rx}^*$($\Omega_1$)表示方向$\Omega_2$上的接收器天线阵列230响应的复共轭,u(f)代表在频域中表示的所发送的信号,*代表复共轭,⊗表示克罗内克积(Kronecker product)。注意$\mathbf{c}_{Tx}^*$($\Omega_1$)和$\mathbf{c}_{Rx}^*$($\Omega_1$)分别是M×1和N×1列矢量。然后,通过累加M×N个信号复制物来计算组合信号x(f)。此后,应用傅立叶逆变换,以得到时域中的x(t)的表现形式,即,

[0054] $x(t)=F^{-1}[x(f)]$,

[0055] 其中,$F^{-1}$表示傅立叶逆变换。

[0056] 如以下更充分描述的,本文描述的方法和系统的一个益处在于,不再需要传统接收器中的传统均衡处理,因为可以通过传播信道自动地去除预失真,即,信道本身用作均衡器。沿着不同路径传播的信号在它们到达接收器150时以相同相位完全对准,因此可以建设性地相加。接收到的基带表现形式的信号可以被直接发送到解调块进行进一步的处理。

[0057] 方法的一方面在于,训练序列不是"预失真的"。这是因为接收器150需要通过传播使训练序列失真,以估计传播路径的参数。

[0058] 如本领域的技术人员可以理解的,用户聚焦技术可以被设计用于满足不同的应用

目的。这些参数是否会有利可以取决于引入用户聚焦技术的目的。例如，当使用用户聚焦在频域中同步通过不同路径进行的发送时，需要各个路径的延迟信息。类似地，当要求在时域中同步时，需要多普勒频率；当信号将在发送器侧的多个天线的输入中对准时，需要离开方向；当在接收器侧的多个天线的输出处执行同步时，可以使用到达方向。因此，根据系统的需要，可以使用更多或更少的参数，以执行上述的预失真，可以在不脱离本发明的范围的情况下修改本文描述的参数的使用。

[0059] 此外，可以利用新参数用于实现更多级的用户聚焦。例如，可以使用传播路径的极化(polarization)状态来实现极化同步，这导致用户聚焦技术的新应用，即，聚焦于极化域中的特定用户。

[0060] 另选地，可以使用关于系统响应而非传播信道的参数。当使用多个系统聚焦于同一用户时，可有益的是包括这些系统的特性，以去除系统的影响。关于系统响应的这些参数可以是过量(excess)处理延迟时间、相位噪声等。

[0061] 图5A至图5C示出本文描述的实施方式与传统通信链的比较。

[0062] 图5A描绘当应用用户聚焦技术时可以在传统通信系统中实现的修改形式。在传统配置中，发送器500包括调制块510、RF前端520、天线505a和505b。接收器550包括RF前端530、信道估计模块535、天线545a和545b、信道均衡模块540。

[0063] 以比较的方式，图5B示出根据本文描述的技术的发送器575和接收器580。如上所述，因为本文描述的实施方式利用在发送器575的调制和预失真块中执行的预失真技术，所以不需要在接收器550中需要的信道均衡块540。

[0064] 在图5C中示出的另一个实施方式中，除了发送器使用调制和预失真块560执行预失真之外，还可以使用接收器550执行信道均衡。

[0065] 以下，将本文描述的用户聚焦技术与本领域的普通技术人员当前已知的其它传统技术进行比较。如可以理解的，本文描述的方法和系统提供使用本领域的普通技术人员当前已知的配置在当前得不到的益处。

[0066] A.与针对3GPP中规定的CoMP系统提出的联合处理技术中的相干组合的比较。

[0067] 对于诸如LTE高级系统的新一代无线通信，将使用协作多点(CoMP)传输技术提高小区边缘中的高数据率的覆盖范围。CoMP使用的技术之一是“联合处理(JP)”。在3GPP技术标准下，使用词语“相干相加”来指示源自不同发送器的信号在接收器中建设性地组合。据我们看来，这个“相干相加”是单链路无线通信中使用的标准信道均衡技术扩展到多链路场景，即，应该通过均衡去除多个发送器和接收器之间的信道的影响。

[0068] 这个信道均衡过程与本文描述的以在传播期间自动均衡信道作用这样的方式使所发送信号预失真的用户聚焦技术的原理不同。此外，如以上用图5C描述的，可以在CoMP场景下利用用户聚焦技术，其中，每个发送器575使用用户聚焦技术来发送预失真的信号，同时在接收器550处执行单独的信道均衡处理。

[0069] 如此，可以在同一系统中既使用均衡技术又使用预失真技术。如之前说明的，在接收器150中使用均衡技术，而在发送器110中应用预失真。当使用预失真技术时，接收器150中的均衡的复杂度可以显著降低。

[0070] 例如，在接收器150正在350km/h的速度下移动的情况下，诸如GSM终端的接收器的信道均衡块540正常仅能够支持移动速度高达200km/h时的通信。所以，当用户终端移动超

过200km/h时，通信变得高度不稳定。为了在不显著改变接收器150的情况下保持通信，可以通过以接收器150中接收的信号与当用户设备在低于200km/h的速度下移动时观察到的信号类似这样的方式使信号预失真，来在发送器110中实现本文描述的用户聚焦技术。所以，在这个示例中，可以联合使用均衡技术和预失真技术。因此，分布在严厉条件下处理信道的复杂度的能力。

[0071] 在另一个示例中，接收器150可以被配置为使用均衡的标准移动电话的一部分，但是在移动终端装配了单个天线而非多个天线的情况下，阻碍了其进行空间均衡的能力。然而，移动终端周围的信道仍然是定向的，这意味着撞击波呈现出不同的到达方向或离开方向。然后，可以使用用户聚焦技术强迫来自不同方向朝向接收器150的信号“聚焦”在接收器150上。假设发送器110在其天线阵列260中具有多个天线，并且发送器110知道发送器110和接收器150之间的特定传播路径170、175和180的离开方向，则在发送器110中增加预失真，以去除发送器110附近的空间中的选择性。这个操作尽管没有完全去除空间选择性，但可以减轻多路径对接收器150的影响。

[0072] 总之，根据通信系统中的发送器110和接收器150的能力，预失真和均衡可以在不同域中实现并且可以同时使用。

[0073] B.与预编码技术的比较

[0074] 本文描述的系统和方法可以利用与传统预编码技术显著不同的“预失真”的构思。传统预编码技术可以利用信道的简化表现形式(例如，在码书方面)，而上述的系统和方法利用传播信道的参数，例如，延迟、多普勒频率、离开方向和到达方向。这种对信道的全方位参数描述可以比使用码书准确得多。此外，只有通过使用精确的信道参数，同步信号以在特定用户上形成“聚焦”才可以是可能的。不能使用传统的预编码技术在空间中的某点(可移动)形成信号的集中。

[0075] C.与SDMA技术的比较

[0076] SDMA(空分多址)技术的智能天线可以利用SDMA技术将束导向某些方向。然而，在SDMA中，没有如上所述的在时域、频域和空间域中信号预失真的构思。此外，本文描述的实施方式需要传播路径在方向上可区分，并且在延迟、多普勒频率上也可区分。通过在时间、频率和空间方面联合进行预失真，上述方法能够在富有多路径的环境中跟随移动点形成信号的聚焦。

[0077] D.与基于多路径的信道模拟技术的比较

[0078] 几何随机信道模型(GSCM，geometrical stochastic channel model)广泛用于在对例如IMT-高级系统执行一致性测试时模拟传播信道。在这些模型中，将通过延迟、多普勒、方向和极化表征的多个路径相加以再现时变信道。虽然本文描述的用户聚焦系统和方法利用多个传播路径，但每路径调制和预失真方法的构思与使用基于GSCM的信道模拟的方法不同。

[0079] E.与预均衡技术的比较

[0080] 本文描述的用户聚焦系统和方法在三维(即，时域、频域和空间域)中使所发送信号预失真。此外，可以有益的是指出进行预失真考虑的参数是多个传播路径的延迟、多普勒频率及到达方向和离开方向，而非“抽头”(taps)，从而允许抵抗时间、频率和空间样本中的相位漂移。

[0081] 此外,预均衡技术通常依赖于有限冲激响应(FIR)滤波器的结构,而本文描述的用户聚焦系统和方法使用独立的传播路径,而不需要有限冲激响应。另外,虽然预均衡技术的目的是去除频域和空间域中的符号间干扰(ISI),但用户聚焦系统和方法去除的是时域、频域和空间域中的ISI。这使得用户聚焦技术能够在具有快速变化的信道的环境中在时变情况下执行,而预均衡技术只可应用于固定的无线系统、无线本地环路系统。

[0082] 用户聚焦技术可以用于传统的无线通信系统、诸如长期演进(LTE)高级的下一代无线通信系统、例如车载无线网络的ad-hoc无线网络,以及可以用于诸如功率传送、无害操作和传感器网络的非通信应用的背景。所以,对这些领域中的设备制造商、设计者、研发公司而言,这是有价值的。

[0083] 除了上述实施方式之外,本文描述的方法可以应用于各种现有的通信系统。以示例的方式,以下是可以使用上述用户聚焦技术的场景的实例:

[0084] 实例1:包括单个发送器和单个接收器的通信系统(MIMO场景)。用户聚焦技术可以用于具有一个发送器和一个接收器的系统。与没有用户聚焦技术的系统相比,新系统可以支持更高的吞吐量,并且可以在具有差信道的环境下更稳定地工作。

[0085] 实例2:包括多个发送器和单个接收器的通信系统(SISO(单输入单输出)场景)。可以在发送器侧实现用户聚焦技术。当多个发送器在时间和频率上同步时,发送器可以按来自不同发送器的信号将不表现出发送选择性这样的方式协作。这可以有助于建立例如协作多点(CoMP)系统。

[0086] 实例3:包括多个发送器和多个接收器的通信系统(SISO场景)。当在网络中存在多个接收器时,在已知发送器和接收器之间的信道时也可以实现用户聚焦技术。

[0087] 实例4:包括多个发送器和多个接收器的通信系统(MIMO场景)。用户聚焦技术可以在考虑MIMO配置时利用定向信道特性。

[0088] 实例5:已知广播站和接收器之间的信道的广播场景。

[0089] 实例6:在单个网络中具有多个基站的广播。

[0090] 实例7:远程感测。用户聚焦技术允许当时间被视为附加维度时在3-D或甚至4-D中将电磁波聚焦于可能静止或移动的某个点。这个特征使该技术可应用于在真实环境中监控特定位置的变化。

[0091] 实例8:远程充电。用户聚焦技术可以使发送的能量集中在特定接收位置。当某个设备位于特定地点时,发送器可以使用多个信道将能量传递到设备。聚焦在特定点的电磁场中的能量可以按所要的形式转换成其它种类的能量(诸如,热能和电能),从而可以进行例如远程充电的操作。

[0092] 上述应用都是基于用户聚焦技术与现有系统的结合。增加用户聚焦功能的系统的优点是增加的能量使用效率、更好且强健的性能。此外,对于通信系统,如果使用用户聚焦技术,则由于可以按更灵活的方式部署基站,因此可以降低构建系统的成本。这归因于用户聚焦技术的内在性质,即,为了实现特定目标而充分利用环境中的资源。

[0093] 因此,本文描述的用户聚焦方法和系统通过补偿传播路径的延迟、多普勒频率、到达方向和离开方向而具有各种优点,包括去除信号快速衰落效应。这样可以显著降低在通信系统中开发先进接收器的负担。

[0094] 另外,本文描述的系统和方法利用传播参数而非简化的信道状态信息,因此所得

的聚焦可以高度集中。相比于依靠例如预编码技术的传统方法，通过使用用户聚焦，干扰消除更有效。

[0095] 此外，用户聚焦技术可以推广用于除了无线通信之外的许多目的，诸如将无线功率传递到特定点、对远程位置的电池进行无线充电、在用户非常密集的区域中准确进行点对点无线连接。

[0096] 另外，本文描述的方法和系统省电，因为发送是以非常有效的方式进行的。没有浪费能量在不存在的传播路径上。

[0097] 最后，本文描述的系统和方法容易实现，因为修改主要是在发送器方中包括预失真功能。关于这里基本上任何复数和/或单数术语的使用，本领域技术人员能够以对于背景和/或应用适当的方式从复数解释成单数和/或从单数解释成复数。为清楚起见，各种单数/复数排列可以清楚地在这里阐述。

[0098] 在示例性实施方式中，这里描述的操作、过程等中的任一个可以被实现为存储在计算机可读介质上的计算机可读指令。计算机可读指令可以由移动单元的处理器、网络元件和/或任何其它计算装置执行。

[0099] 系统的多个方面的硬件实现和软件实现之间几乎没有区别；使用硬件或者软件总体上是代表成本相对于效率的权衡的设计选择（但并非总是这样，因为在特定的环境下硬件和软件之间的选择会变得重要）。存在可以实现本文所描述的处理和/或系统和/或其它技术的各种载体（例如，硬件、软件和/或固件），并且优选的载体将随着采用这些处理和/或系统和/或其它技术的环境而改变。例如，如果实施者判定速度和精度是最重要的，则实施者会主要选用硬件和/或固件载体；如果灵活性是最重要的，则实施者会主要选用软件实现方式；或者，再另选地，实施者会选用硬件、软件和/或固件的某种组合。这里所叙述的模块可以包括硬件和/或软件。

[0100] 本公开不限于在本申请中描述的旨在示出各种方面的特定实施方式。对于本领域中技术人员来说应当明显的是，可以在不偏离其精神和范围的情况下进行许多修改和变形。除了这里所列举的以外，在本公开的范围内的功能等同的方法和设备对于本领域中技术人员来说根据之前的描述应当是明显的。这种修改和变形旨在落入随附权利要求书的范围内。本公开仅由随附权利要求书的条款连同此权利要求书的等价物的完整范围所限定。还将理解，这里使用的术语仅用于描述特定实施方式的目的，并且不旨在限制。

[0101] 关于这里基本上任何复数和/或单数术语的使用，本领域技术人员能够以对于背景和/或应用适当的方式从复数解释成单数和/或从单数解释成复数。为清楚起见，各种单数/复数排列可以清楚地在这里阐述。

[0102] 本领域技术人员应该理解，一般地，这里使用的术语并且特别是在随附权利要求书中的术语（例如，随附权利要求书的正文）一般旨在为“开放的”术语（例如，术语“包括”应该解释为“包括但不限于”，术语“具有”应该解释为“至少具有”，术语“包含”应该解释为“包含但不限于”等）。本领域技术人员还应该理解，如果意图特定数量的提出的权利要求详述，则这样的意图将在权利要求中明确地叙述，并且在不存在这样的详述的情况下，不存在这样的意图。例如，为帮助理解，以下随附权利要求书可能包含介绍性短语“至少一个”和“一个或多个”的使用以引入权利要求详述。然而，使用这样的短语不应当被解释为暗示以“一”引入的权利要求详述将包含这样引入的权利要求详述的任何特定的权利要求限制为只包

含一个这样的详述的实施方式，即使是在同一权利要求包括介绍性短语“一个或多个”或“至少一个”以及诸如“一”的词（例如，“一”应当被解释为指“至少一个”或“一个或多个”）的情况下；相同道理对于使用定冠词引入权利要求详述的情况也成立。另外，即使在明确地表述了特定数量的引入的权利要求详述的情况下，本领域中的技术人员也应该认识到，这样的详述应当解释为是指至少表述的数量（例如，在没有其它修饰语的情况下，仅是“两个详述”的表述是指至少两个详述或者两个或更多详述）。此外，在使用类似于“A、B和C等中的至少一个”的惯例的情况下，通常这种构造的目的是本领域技术人员将会理解该惯例的含义（例如，“具有A、B和C中的至少一个的系统”将会包括但不限于单独具有A、单独具有B、单独具有C、具有A和B、具有A和C、具有B和C和/或具有A、B和C等的系统）。在使用类似于“A、B或C等中的至少一个”的惯例的情况下，通常这种构造的目的是本领域技术人员将会理解该惯例的含义（例如，“具有A、B或C中的至少一个的系统”将会包括但不限于单独具有A、单独具有B、单独具有C、具有A和B、具有A和C、具有B和C和/或具有A、B和C等的系统）。本领域技术人员还应该理解，呈现两个或更多可供选择的术语的几乎任何转折性词语和/或短语，不管是在说明书、权利要求书还是附图中，都应当被理解为料想到包括术语之一、术语的任一个或者两个术语的可能性。例如，短语“A或B”将被理解为包括“A”或“B”或“A和B”的可能性。

[0103] 另外，在以马库什组的方式描述的本公开的特征或方面的情况下，本领域的技术人员应该认识到，本公开由此还以马库什组的任何单独成员或成员的子组的方式描述。

[0104] 正如本领域技术人员应该理解的，为了任何及所有目的，诸如就提供书面说明书而言，这里所公开的全部范围还包含任何和全部可能子范围及其子范围的组合。任何列出的范围都能够被容易地认定为充分地描述并且使得同一范围被分解为至少相等的一半、三分之一、四分之一、五分之一、十分之一等。作为非限制性示例，这里讨论的各范围可以被容易地分解成下三分之一、中三分之一和上三分之一等。正如本领域技术人员应该理解的，诸如“上至”、“至少”等的全部语言包括所表述的数量并且是指随后能够被分解为如上所讨论的子范围的范围。最后，正如本领域技术人员应该理解的，范围包括各个单独的成员。因此，例如，具有1-3个单元的组是指具有1个、2个或3个单元的组。相似地，具有1-5个单元的组是指具有1个、2个、3个、4个或5个单元的组，等等。

[0105] 根据以上内容，应该理解，这里已经出于例证目的描述了本公开的各种实施方式，并且可以在不脱离本公开的范围和精神的情况下进行各种修改。因此，这里公开的各种实施方式不旨在进行限制，随附权利要求书表示真实的范围和精神。这里叙述的所有文献的全文通过特别引用并入本文中。

Case 7:24-cv-00232-DC Document 241-1 Filed 11/06/26 Page 18 of 21






图1




图2


计算单元 300
基本配置 302
系统存储器 306
ROM/RAM
操作系统 320
应用 322
认证组件 326
程序数据 324
认证组件 328
处理器 304
UP/UC/DSP
一级缓存 310
二级缓存 312
处理器核 ALU/FPU/DSP 314
寄存器 316
存储器控制器 318
存储器总线 308
存储装置 632
可移除存储器 (例如,CD/DVD) 336
不可移除存储器 (例如，HDD) 338
总线/接口控制器 330
存储器接口总线 384
接口总线
340
输出装置 342
图形处理单元 348
音频处理单元 350
A/V 端口 352
外围接口 644
串行接口控制器 354
并行接口 356
I/O 端口 358
通信装置 646
通信装置 360
通信端口 364
其它计算装置 362

图3


执行第一信号的信道估计以
得到传播路径的路径参数信息
410
经由传播路径将第一信号
从发送器发送到接收器
420
在接收器处接收第一信号
430
经由传播路径将信道估计
从接收器发送到发送器
440
在发送器处根据信道
估计使第二信号预失真
450
经由传播路径将预失真的
信号从发送器发送到接收器
460
在接收器处接收
预失真的信号
470

图4


500
505a
545a
550
调制块
510
RF前端
520
RF前端
530
信道估计
535
信道均衡
540
505b
545b

图5A(现有技术)


575
505a
545a
580
调制和预失真块
560
RF前端
520
RF前端
530
信道估计
535
505b
545b

图5B


575
505a
545a
550
调制和预失真块
560
RF前端
520
RF前端
530
信道估计
535
信道均衡
540
505b
545b

图5C