# Exhibit 3



# LTE

## The UMTS Long Term Evolution

FROM THEORY TO PRACTICE

Edited by: Stefania Sesia • Issam Toufik • Matthew Baker

SECOND EDITION Including Release 10 for LTE-Advanced

WILEY



including mathematical models of the most common impairments to help elucidate the impact of RF imperfections on the overall radio behaviour.

## 21.2 Frequency Bands and Arrangements

LTE and UMTS are both defined for a wide range of different frequency bands, in each of which one or more independent carriers may be operated. Tables 21.1 and 21.2 give details of the frequency bands for FDD and TDD operation respectively. For FDD, the duplex separation is not actually defined, but typically the uplink and downlink carriers in a pair are in a similar position in their respective bands so that the duplex separation is usually approximately $F_{\text{DL low}}$–$F_{\text{UL low}}$ as shown in Table 21.1.

Table 21.1: UMTS and LTE frequency bands for FDD.

| Band Number | Uplink (MHz) | Downlink (MHz) | Band Gap (MHz) | Duplex Separation (MHz) | UMTS Usage | LTE Usage |
|---|---|---|---|---|---|---|
| | $F_{\text{UL low}}$–$F_{\text{UL high}}$ | $F_{\text{DL low}}$–$F_{\text{DL high}}$ | | | | |
| 1 | 1920–1980 | 2110–2170 | 130 | 190 | Y | Y |
| 2 | 1850–1910 | 1930–1990 | 20 | 80 | Y | Y |
| 3 | 1710–1785 | 1805–1880 | 20 | 95 | Y | Y |
| 4 | 1710–1755 | 2110–2155 | 355 | 400 | Y | Y |
| 5 | 824–849 | 869–894 | 20 | 45 | Y | Y |
| 6* | 830–840 | 875–885 | 35 | 45 | Y | Y |
| 7 | 2500–2570 | 2620–2690 | 50 | 120 | Y | Y |
| 8 | 880–915 | 925–960 | 10 | 45 | Y | Y |
| 9 | 1749.9–1784.9 | 1844.9–1879.9 | 60 | 95 | Y | Y |
| 10 | 1710–1770 | 2110–2170 | 340 | 400 | Y | Y |
| 11 | 1427.9–1447.9 | 1475.9–1495.9 | 28 | 48 | Y | Y |
| 12 | 698–716 | 728–746 | 12 | 30 | Y | Y |
| 13 | 777–787 | 746–756 | 21 | 31 | Y | Y |
| 14 | 788–798 | 758–768 | 20 | 30 | Y | Y |
| 17 | 704–716 | 734–746 | 18 | 30 | N | Y |
| 18** | 815–830 | 860–875 | 30 | 45 | N | Y |
| 19** | 830–845 | 875–890 | 30 | 45 | Y | Y |
| 20** | 832–862 | 791–821 | 11 | 41 | Y | Y |
| 21** | 1447.9–1462.9 | 1495.9–1510.9 | 33 | 48 | Y | Y |
| 23*** | 2000–2020 | 2180–2200 | 160 | 180 | N | Y |
| 24*** | 1626.5–1660.5 | 1525–1559 | -135.5 | -101.5 | N | Y |
| 25*** | 1850–1915 | 1930–1995 | 15 | 80 | Y | Y |
| 26**** | 814–849 | 859–894 | 10 | 45 | Y | Y |

* This band was defined in the context of Release 8; it is replaced by Band 19 for later releases (Release 9 and 10). Only legacy terminals would use band 6.
** These bands were specified in the timeframe of Release 9, although all bands are release-independent and can be implemented by UEs conforming to any release.
*** These bands were specified in the timeframe of Release 10, although all bands are release-independent and can be implemented by UEs conforming to any release.
**** This band was under consideration at the time of going to press.

Table 21.2: UMTS and LTE frequency bands for TDD.

| Band | $F_{low}$–$F_{high}$ (MHz) | UMTS | LTE |
|---|---|---|---|
| 33 | 1900–1920 | Y | Y |
| 34 | 2010–2025 | Y | Y |
| 35 | 1850–1910 | Y | Y |
| 36 | 1930–1990 | Y | Y |
| 37 | 1910–1930 | Y | Y |
| 38 | 2570–2620 | Y | Y |
| 39 | 1880–1920 | N | Y |
| 40 | 2300–2400 | Y | Y |
| 41* | 2496–2690 | N | Y |
| 42* | 3400–3600 | N | Y |
| 43* | 3600–3800 | N | Y |

* These bands were specified in the timeframe of Release 10, although all bands are release-independent and can be implemented by UEs conforming to any release.

In Table 21.1 band 15 and 16 are not shown; these bands were introduced by the European Telecommunication Standard Institute (ETSI) and are applicable to Europe only.

A typical UE would support a certain subset of these bands depending on the desired market, since supporting all would be challenging for the transceiver, in particular for the front-end components such as Power Amplifiers (PAs), filters and duplexers. The set of frequency bands chosen defines the capability of the UE to switch bands, roam between national operators and roam internationally.

Each frequency band is regulated to allow operation in only a certain set of channel bandwidths, as shown in Table 21.3. Some frequency bands do not allow operation in the narrow bandwidth modes below 5 MHz, while others do not allow operation in the wider bandwidths, generally 15 MHz or above. '—' denotes that the channel bandwidth is not supported in the specific band; 'X' indicates the channel bandwidth is too wide to be supported in the band.

In LTE-Advanced, new requirements are defined for combinations of carriers in the same and different bands for carrier aggregation. These combinations are discussed in Section 28.4.3.

Due to LTE's flexibility in the frequency domain, two new concepts are defined: 'transmission bandwidth configuration', which defines the maximum number of Resource Blocks (RBs) for any channel bandwidth, and 'transmission bandwidth' for a specific transmission, which depends on the scheduled resource allocation and can be less than or equal to the transmission bandwidth configuration as shown in Figure 21.1.

Moreover it is important to distinguish between the transmission bandwidth configuration, generally given in RBs, and the channel bandwidth, which is expressed in MHz as shown in Table 21.4.

Table 21.3: Number of supported non-overlapping channels in each frequency band and bandwidth.

| LTE band | Downlink bandwidth | Channel bandwidth (MHz) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1.4 | 3 | 5 | 10 | 15 | 20 |
| 1 | 60 | — | — | 12 | 6 | 4 | 3 |
| 2 | 60 | 42 | 20 | 12 | 6 | 4* | 3* |
| 3 | 75 | 53 | 25 | 15 | 7 | 5* | 3* |
| 4 | 45 | 32 | 15 | 9 | 4 | 3 | 2 |
| 5 | 25 | 17 | 8 | 5 | 2* | — | — |
| 6 | 10 | — | — | 2 | 1* | X | X |
| 7 | 70 | — | — | 14 | 7 | 4 | 3* |
| 8 | 35 | 25 | 11 | 7 | 3* | — | — |
| 9 | 35 | — | — | 7 | 3 | 2* | 1* |
| 10 | 60 | — | — | 12 | 6 | 4 | 3 |
| 11 | 25 | — | — | 4 | 2* | 1* | 1* |
| 12 | 18 | 12 | 6 | 3* | 1* | — | X |
| 13 | 10 | — | — | 2* | 1* | X | X |
| 14 | 10 | — | — | 2* | 1* | X | X |
| ... | | | | | | | |
| 17 | 12 | — | — | 2* | 1* | X | X |
| 18 | 15 | — | — | 3 | 1* | 1* | X |
| 19 | 15 | — | — | 3 | 1* | 1* | X |
| 20 | 30 | — | — | 6 | 3* | 2* | 1 |
| 21 | 15 | — | — | 3 | 1* | 1* | X |
| 23 | 20 | 14 | 6 | 4 | 2 | — | — |
| 24 | 34 | — | — | 6 | 3 | — | — |
| 25 | 65 | 46 | 21 | 13 | 6 | 4* | 3* |
| 26 | 35 | 25 | 11 | 7 | 3* | 2* | — |
| ... | | | | | | | |
| 33 | 20 | — | — | 4 | 2 | 1 | 1 |
| 34 | 15 | — | — | 3 | 1 | 1 | X |
| 35 | 60 | 42 | 20 | 12 | 6 | 4 | 3 |
| 36 | 60 | 42 | 20 | 12 | 6 | 4 | 3 |
| 37 | 20 | — | — | 4 | 2 | 1 | 1 |
| 38 | 50 | — | — | 10 | 5 | 3 | 2 |
| 39 | 40 | — | — | 8 | 4 | 3 | 2 |
| 40 | 100 | — | — | 20 | 10 | 6 | 5 |
| 41 | 194 | — | — | 38 | 19 | 12 | 9 |
| 42 | 200 | — | — | 40 | 20 | 13 | 10 |
| 43 | 200 | — | — | 40 | 20 | 13 | 10 |

* A relaxation of the specified UE receiver sensitivity requirement is allowed.




Figure 21.1: Definition of transmission bandwidth configuration and transmission bandwidth. Reproduced by permission of © 3GPP.

Table 21.4: Transmission bandwidth configuration for each channel bandwidth.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Channel bandwidth | MHz | 1.4 | 3 | 5 | 10 | 15 | 20 |
| Transmission bandwidth configuration | $N_{RB}$ | 6 | 15 | 25 | 50 | 75 | 100 |
| | MHz | 1.06 | 2.7 | 4.5 | 9 | 13.5 | 18 |

## 21.3 Transmitter RF Requirements

This section explains the implications of the LTE RF performance specification for the design of its transmitters.

Each transmitter must satisfy two categories of requirements: those relating to the power level and quality of the intended transmissions, and those prescribing the level of unwanted emissions which can be tolerated. The latter is usually the more challenging for the radio designer.

### 21.3.1 Requirements for the Intended Transmissions

#### 21.3.1.1 Signal Quality: Error Vector Magnitude (EVM)

The quality of the transmitted radio signal has to fulfil certain requirements. The main parameter used to measure this quality is the Error Vector Magnitude (EVM), which is a