# Exhibit 9

# CPC COOPERATIVE PATENT CLASSIFICATION

## Y GENERAL TAGGING OF NEW TECHNOLOGICAL DEVELOPMENTS; GENERAL TAGGING OF CROSS-SECTIONAL TECHNOLOGIES SPANNING OVER SEVERAL SECTIONS OF THE IPC; TECHNICAL SUBJECTS COVERED BY FORMER USPC CROSS-REFERENCE ART COLLECTIONS [XRACs] AND DIGESTS

*(NOTES omitted)*

## Y02 TECHNOLOGIES OR APPLICATIONS FOR MITIGATION OR ADAPTATION AGAINST CLIMATE CHANGE

*(NOTES omitted)*

## Y02B CLIMATE CHANGE MITIGATION TECHNOLOGIES RELATED TO BUILDINGS, e.g. HOUSING, HOUSE APPLIANCES OR RELATED END-USER APPLICATIONS

**10/00** **Integration of renewable energy sources in buildings**

10/10 . Photovoltaic [PV]

10/20 . Solar thermal

10/30 . Wind power

10/40 . Geothermal heat-pumps

10/50 . Hydropower in dwellings

10/70 . Hybrid systems, e.g. uninterruptible or back-up power supplies integrating renewable energies

**20/00** **Energy efficient lighting technologies, e.g. halogen lamps or gas discharge lamps**

20/30 . Semiconductor lamps, e.g. solid state lamps [SSL] light emitting diodes [LED] or organic LED [OLED]

20/40 . Control techniques providing energy savings, e.g. smart controller or presence detection

20/72 . in street lighting

**30/00** **Energy efficient heating, ventilation or air conditioning [HVAC]**

30/12 . Hot water central heating systems using heat pumps

30/13 . Hot air central heating systems using heat pumps

30/17 . District heating

30/18 . Domestic hot-water supply systems using recuperated or waste heat

30/52 . Heat recovery pumps, i.e. heat pump based systems or units able to transfer the thermal energy from one area of the premises or part of the facilities to a different one, improving the overall efficiency

30/54 . Free-cooling systems

30/56 . Heat recovery units

30/62 . Absorption based systems

30/625 . . combined with heat or power generation [CHP], e.g. trigeneration

30/70 . Efficient control or regulation technologies, e.g. for control of refrigerant flow, motor or heating

30/90 . Passive houses; Double facade technology

**40/00** **Technologies aiming at improving the efficiency of home appliances, e.g. induction cooking or efficient technologies for refrigerators, freezers or dish washers**

40/18 . using renewables, e.g. solar cooking stoves, furnaces or solar heating

**50/00** **Energy efficient technologies in elevators, escalators and moving walkways, e.g. energy saving or recuperation technologies**

**70/00** **Technologies for an efficient end-user side electric power management and consumption**

70/10 . Technologies improving the efficiency by using switched-mode power supplies [SMPS], i.e. efficient power electronics conversion e.g. power factor correction or reduction of losses in power supplies or efficient standby modes

70/30 . Systems integrating technologies related to power network operation and communication or information technologies for improving the carbon footprint of the management of residential or tertiary loads, i.e. smart grids as climate change mitigation technology in the buildings sector, including also the last stages of power distribution and the control, monitoring or operating management systems at local level

70/3225 . . Demand response systems, e.g. load shedding, peak shaving

70/34 . . Smart metering supporting the carbon neutral operation of end-user applications in buildings

**80/00** **Architectural or constructional elements improving the thermal performance of buildings**

80/10 . Insulation, e.g. vacuum or aerogel insulation

80/22 . Glazing, e.g. vaccum glazing

80/32 . Roof garden systems

**90/00** **Enabling technologies or technologies with a potential or indirect contribution to GHG emissions mitigation**

90/10 . Applications of fuel cells in buildings

90/20 . Smart grids as enabling technology in buildings sector (smart grids supporting the management or operation of end-user stationary applications in general, or like technologies with no associated climate change mitigation effect Y04S 20/00)