**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**APPLE INC.,**<br><br>**Defendant.** | **Civil Action No. 7:24-cv-00232-DC**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF COBBLESTONE WIRELESS, LLC. NOTICE OF FILING PUBLIC EXHIBITS TO THE SUPPLEMENTAL DECLARATION OF OF YUAN MA REGARDING CHINESE TECHNOLOGY EXPORT LAW**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") hereby files Exhibits 1A-1B, 2A-2B, 3A-3B, 4-A-4B, 6, 7A-7B, and 8A-8B to the Supplemental Declaration of Yuan Ma Regarding Chinese Technology Export Law, submitted in support of Cobblestone's Sur-Reply in Opposition to Defendant Apple Inc.'s Rule 12(b)(1) Motion to Dismiss for Lack of Subject-Matter Jurisdiction.

Exhibit 5 was submitted under seal, and a slip sheet is include in its place.

Dated: November 6, 2026

Respectfully submitted,
*/s/ Reza Mirzaie*
Marc Fenster
Reza Mirzaie
Benjamin T. Wang
Brian Ledahl
Dale Chang
Neil A. Rubin
Jacob Buczko
James N. Pickens
Minna Jay

Jonathan Ma
Christian W. Conkle
Joshua Scheufler
Mackenzie Paladino
Matthew Aichele
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

Qi (Peter) Tong
RUSS AUGUST & KABAT
8080 N. Central Expy., Suite 1503
Dallas, TX 75206

Attorneys for Plaintiff
Cobblestone Wireless, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this November 6, 2026, with a copy of this document via CM/ECF Court System.

*/s/ Reza Mirzaie*
Reza Mirzaie