# MA SUPP. EX. 2A

来源: 2009-04-22 09:36

# 《禁止出口限制出口技术管理办法》

**中华人民共和国商务部 中华人民共和国科技部 令**

**2009** 年 第 **2** 号

根据《中华人民共和国对外贸易法》和《中华人民共和国技术进出口管理条例》，现公布修订后的《禁止出口限制出口技术管理办法》，自公布之日起30日后施行。《禁止出口限制出口技术管理办法》（原对外贸易经济合作部、科学技术部2001年第14号令）同时废止。

部　长：陈德铭

部　长：万　钢

二〇〇九年四月二十日

## 禁止出口限制出口技术管理办法

**第一条**　为规范我国技术出口的管理，根据《中华人民共和国对外贸易法》、《中华人民共和国技术进出口管理条例》，制定本办法。

**第二条** 列入《中国禁止出口限制出口技术目录》（另行发布）中禁止出口的技术，不得出口。

**第三条** 国家对列入《中国禁止出口限制出口技术目录》的限制出口技术实行许可证管理，凡出口国家限制出口技术的，应按本办法履行出口许可手续。

**第四条** 属于本办法第三条规定的限制出口技术的出口许可由技术出口经营者所在地的省、自治区、直辖市商务主管部门（以下简称"地方商务主管部门"）会同省、自治区、直辖市科技行政主管部门（以下简称"地方科技行政主管部门）管理。

**第五条** 技术出口经营者出口本办法第三条所规定的限制出口技术前，应填写《中国限制出口技术申请书》（以下简称《申请书》，见附表一），报送地方商务主管部门履行出口许可手续。

属于国家秘 密技术的限制出口技术，在按本办法履行许可手续前，应先按《国家秘 密技术出口审查规定》办理保密审查手续，并持保密审查主管部门批准的《国家秘 密技术出口保密审查批准书》按本条第一款规定程序办理出口申请。

**第六条** 地方商务主管部门自收到《申请书》之日起30个工作日内，会同地方科技行政主管部门分别对技术出口项目进行贸易审查和技术审查，并决定是否准予出口。

申请人提供的申请材料不完备、申请内容不清或有其它申请不符合规定的情形，地方商务主管部门可要求申请人对申请材料进行修改或补充。

**第七条** 地方商务主管部门应在收到《申请书》之日起5个工作日之内，将相关材料转地方科技行政主管部门。地方科技行政主管部门在收到《申请书》之日起15个工作日内，组织专家对申请出口的技术进行技术审查并将审查结果反馈地方商务主管部门，同时报科技部备案。

**第八条** 限制出口技术的贸易审查应包括以下内容：

（一）是否符合我国对外贸易政策，并有利于促进外贸出口；

（二）是否符合我国的产业出口政策，并有利于促进国民经济发展；

（三）是否符合我国对外承诺的义务。

**第九条** 限制出口技术的技术审查应包括以下内容：

（一）是否危及国家安全；

（二）是否符合我国科技发展政策，并有利于科技进步；

（三）是否符合我国的产业技术政策，并能带动大型和成套设备、高新技术产品的生产和经济技术合作。

**第十条** 出口申请获得批准后，由地方商务主管部门颁发由商务部统一印制和编号的《中华人民共和国技术出口许可意向书》（以下简称《技术出口许可意向书》，见附表二）。《技术出

口许可意向书》的有效期为3年。

在申请出口信贷、保险意向承诺时，必须出具《技术出口许可意向书》，金融、保险机构凭《技术出口许可意向书》办理有关业务。

**第十一条** 对没有取得《技术出口许可意向书》的限制出口技术项目，任何单位和个人都不得对外进行实质性谈判，不得做出有关技术出口的具有法律效力的承诺。

**第十二条** 技术出口经营者在《技术出口许可意向书》有效期内，未签订技术出口合同的，应按本办法第五条规定的程序向地方商务主管部门重新提出出口申请。

**第十三条** 技术出口经营者签订技术出口合同后，持《技术出口许可意向书》、合同副本、技术资料出口清单（文件、资料、图纸、其他）（见附表四）、签约双方法律地位证明文件到地方商务主管部门申请技术出口许可证。

**第十四条** 地方商务主管部门对技术出口合同的真实性进行审查，并自收到本办法第十三条规定的文件之日起15个工作日内，对技术出口做出是否许可的决定，对许可出口的技术颁发由商务部统一印制和编号的《中华人民共和国技术出口许可证》（以下简称《技术出口许可证》，见附表三）。

**第十五条** 限制出口技术的技术出口合同自《技术出口许可证》颁发之日起生效。

**第十六条** 技术出口经营者到地方商务主管部门领取《技术出口许可证》前，应登录商务部网站上的“技术进出口合同信息管理系统”（网址为：jsjckqy.fwmys.mofcom.gov.cn），按程序录入合同内容。

**第十七条** 技术出口经营者获得《技术出口许可证》后，如需更改技术出口内容，应按本办法规定的程序重新履行技术出口许可手续。

**第十八条** 凡经批准允许出口的国家限制出口技术出口项目，技术出口经营者在办理海关事宜时，应主动出示《技术出口许可证》，海关验核后办理有关放行手续。

**第十九条** 商务部会同科技部负责对地方商务主管部门和地方科技主管部门的技术出口许可进行监督检查，同时加强对限制出口技术管理的培训和指导。

地方商务主管部门应在每年1月31日前将上年度批准的技术出口许可事项向商务部备案。

**第二十条** 凡违反本办法规定的，将依据《中华人民共和国技术进出口管理条例》及其他有关法律规定，追究有关当事人和单位的责任。

**第二十一条** 核技术、核两用品相关技术、化学两用品相关技术、生物两用品相关技术、导弹相关技术和国防军工专有技术的出口不适用本办法。

**第二十二条** 本办法自公布之日起30日后施行。2002年1月1日起施行的《禁止出口限制出口技术管理办法》（原对外贸易经济合作部、科学技术部2001年第14号令）同时废止。

附 件 ：

中国限制出口技术出口申请书等.docx (/cms_files/oldfile//fms/201905/20190513170220216.docx)

## 在线办事

办事指南 (https://fms.mofcom.gov.cn/bszn/index.html)

技术贸易管理信息 (https://fms.mofcom.gov.cn/zxdt/art/2024/art_a10a121111ba419abb1d829c92cc44ed.html)

服务贸易信息管理应用 (http://fwmyzb.mofcom.gov.cn)

境内举办涉外经济技术展览会办展项目审批 (https://www.mofcom.gov.cn/zwdt/xzxksx/art/2023/art_1bd0cf7ff05d4e389ef0dfd9be05a241.html)

境内举办涉外经济技术展览会办展项目备案 (http://www.mofcom.gov.cn/zwdt/qtywzx/art/2023/art_a7262bd14731440aae9685ff4e0da3e6.html)

国际货运代理企业信息管理 (http://iffe.mofcom.gov.cn/huodai/index.jsp)

家政服务业信息应用 (https://jz.mofcom.gov.cn/jzjc/notice)

商业特许经营备案管理 (http://txjy.syggs.mofcom.gov.cn/)

全国拍卖行业管理 (http://auc.mofcom.gov.cn/auc_new/)

## 关于我们

内设机构 (https://fms.mofcom.gov.cn/gywm/art/2006/art_bf443cbe17c74a6c8b1fe06054794dea.html)

联系方式 (https://fms.mofcom.gov.cn/gywm/art/2006/art_4cff0f04f7b241afa2730bf8cd296eec.html)

## 联系方式

地址：北京东长安街2号

邮编：100731

电话：010-65197355

传真：010-65197926

**相关链接**

中国服务贸易指南网

China Trade In Service

(http://tradeinservices.mofcom.gov.cn/)

(https://gzlynew.mofcom.gov.cn/mzsm/)