# MA SUPP. EX. 3B

# TRANSLATION CERTIFICATION

Date: 2026/11/6

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Export Licensing for Restricted Technology

Wu You, Managing Director of this company, attests to the following:

“To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents.”

Signature of Wu You, Managing Director

# 限制出口技术出口许可

限制出口技术出口许可

| | | | |
|---|---|---|---|
| 实施主体 | 上海市商务委员会 | 日常用语 | 限制技术出口许可证 |
| 实施主体性质 | 法定机关 | 联办机构 | 无 |
| 办件类型 | 承诺件 | 服务对象 | 企业法人 |
| 法定办结时限 | 15（工作日） | 承诺办结时限 | 15（工作日） |
| 法定办结时限说明 | | 承诺办结时限说明 | |
| 办理地点 | 上海市浦东新区南码头路街道世博村路300号5号楼1层综合办事大厅27-34号窗口 | | |
| 办理时间 | 星期一至星期五，上午09:00至12:00，下午13:00至17:00（法定节假日除外） | | |
| 咨询方式 | 电话咨询： 50722200 | 监督投诉方式 | 投诉电话： 021-12345 |

## 基本信息

| | | | |
|---|---|---|---|
| 事项类型 | 行政许可 | 基本编码 | 000121107002 |
| 实施编码 | 1131000000242800042000121107002 | 业务办理项编码 | 113100000024280004200012110700201 |
| 实施主体编码 | 113100000024280004 | 审批对象 | 注册在本市，申请限制出口技术出口的单位。 |
| 适用范围 | 全市 | 受理条件 | 申请材料齐全，符合法定形式，具体见申请材料目录。 |
| 准予行政许可的条件 | 符合我国对外贸易政策，并有利于促进外贸出口；符合我国的产业出口政策，并有利于促进国民经济发展；符合我国对外承诺的义务；不会危及国家安全；符合我国科技发展政策，并有利于科技进步；符合我国的产业技术政策，并能带动大型和成套设备、高新技术产品的生产和经济技术合作。 | | |
| 审核内容 | 批准或者不批准颁发《中华人民共和国技术出口许可证》。 | | |
| 权限划分 | 市商务委收到相关申请材料后，对技术出口做出是否许可的决定，对许可出口的技术颁发由商务部统一印制和编号的《中华人民共和国技术出口许可证》。 | | |
| 是否通办 | 否 | 行使层级 | 市级 |
| 办理形式 | 窗口办理 | 事项分类 | 商务贸易 |
| 是否支持网上支付 | 不支持 | 是否支持自助终端办理 | 不支持 |
| 是否支持预约办理 | 不支持 | 是否支持物流快递 | 不支持 |
| 权力来源 | 法定本级行使 | 计算机端是否对接单点登录 | 是 |
| 事项办理深度 | 材料预审 | 网上办理深度 | 网上咨询,网上收件,网上预审 |
| 法律责任 | | | |
| 申请期限 | 取得《技术出口许可意向书》3年内 | | |

## 申请材料

上海市"一网通办"办事指南

**填报须知**

申报材料应当使用中文（要求填写英文的部分请提供英文），根据外文资料翻译的申报资料，应当同时提供原文。

**形式标准**

1、申报资料按本办事指南申请表载明的顺序排列；2、申请材料中涉及的复印件应清晰并加盖公章。

**申请材料目录**

| 材料名称 | 来源渠道 | 来源渠道说明 | 材料类型 | 纸质材料份数 | 材料形式 | 材料必要性 | 备注 |
|---|---|---|---|---|---|---|---|
| 中华人民共和国技术出口许可意向书 | 政府部门核发 | 上海市商务委 | 复印件 | 2 | 纸质 | 必要 | |
| 技术出口合同副本 | 申请人自备 | | 复印件 | 2 | 纸质 | 必要 | 加盖公章或骑缝章 |
| 技术资料出口清单（文件、资料、图纸、其他） | 申请人自备 | | 复印件 | 2 | 纸质 | 非必要 | 加盖公章或骑缝章 |
| 签约双方法律地位证明文件 | 申请人自备 | | 复印件 | 2 | 纸质 | 必要 | 加盖公章或骑缝章 |
| 申请书和材料清单 | 申请人自备 | | 原件 | 2 | 纸质 | 必要 | 加盖公章或骑缝章 |

## 权利义务

**申请人依法享有以下权利：**

1.知情权

申办人有权向商务主管部门了解国家技术进出口相关法律、行政法规的规定以及与申办程序有关的情况，包括：现行技术进出口相关法律、行政法规和技术进出口政策规定；办理技术进出口申请事项的时间、方式、步骤以及需要提交的资料；应提供的材料和行政处理决定的法律依据、事实依据。

2.保密权

申办人有权要求商务主管部门为您的情况保密。商务主管部门将依法为您的商业秘密和个人隐私保密，主要包括您的技术信息、经营信息和您、主要投资人以及经营者不愿公开的个人事项。上述事项，如无法律、行政法规明确规定或者您的许可，商务主管部门将不会对外部门、社会公众和其他个人提供。

3.监督权

申办人对商务主管部门违反技术进出口相关法律、行政法规的行为，如办事人员索贿受贿、徇私舞弊、玩忽职守，滥用职权要求提供规定以外的材料或者故意刁难等，可以进行检举和控告。同时，申办人对其他申办人在技术进出口登记、许可申办过程中的违法行为也有权进行检举。

4. 法律救济权

申办人对商务主管部门作出的决定，依法享有申请行政复议、提起行政诉讼等权利。

**申请人依法履行以下义务：**

1.如实申报的义务

申办人必须依照法律、行政法规规定如实办理限制类技术进出口许可申请，保证报送相关资料真实可靠并对此负法律责任。

2. 及时提供信息的义务

申办人应依商务主管部门要求及时提供相关必要信息。

## 办理流程

- 申请与受理

| 办理步骤 | 办理时限（工作日） | 办理人员 | 审查标准 |
|---|---|---|---|
| 收件 | 0 | 收件人员 | 申请材料齐全，形式符合要求 |
| 受理 | 0 | 受理人员 | 申请材料齐全，符合法定形式，具体见申请材料目录。 |

- 审查与决定

| 办理步骤 | 办理时限（工作日） | 办理人员 | 审查标准 |
|---|---|---|---|
| 审查 | 10 | 审查人员 | 符合我国对外贸易政策，并有利于促进外贸出口；符合我国的产业出口政策，并有利于促进国民经济发展；符合我国对外承诺的义务；不会危及国家安全；符合我国科技发展政策，并有利于科技进步；符合我国的产业技术政策，并能带动大型和成套设备、高新技术产品的生产和经济技术合作。 |

上海市"一网通办"办事指南

| 办理步骤 | 办理时限（工作日） | 办理人员 | 审查标准 |
|---|---|---|---|
| 决定 | 5 | 部门负责人 | 符合我国对外贸易政策，并有利于促进外贸出口；符合我国的产业出口政策，并有利于促进国民经济发展；符合我国对外承诺的义务；不会危及国家安全；符合我国科技发展政策，并有利于科技进步；符合我国的产业技术政策，并能带动大型和成套设备、高新技术产品的生产和经济技术合作。 |

- 颁证与送达

| 办理步骤 | 办理时限（工作日） | 办理人员 | 结果名称 | 送达方式 |
|---|---|---|---|---|
| 颁证与送达 | 5 | 发证人员 | 技术出口许可证 | 直接送达 |

**限制出口技术许可办理程序：**

10




特别程序

无

## 审批收费

是否收费：否

## 审批证件

| 审批结果名称 | 审批结果类型 | 审批结果的有效期限 | 审批结果样本 | 送达方式 | 送达期限（工作日） |
|---|---|---|---|---|---|
| 技术出口许可证 | 证照 | 无限期 | 点击下载 | 直接送达 | 5 |

## 数量限制

有无行政许可数量限制：否

## 中介服务

有无法定中介服务事项：否

## 告知承诺

是否实施告知承诺：否

## 设立依据

| | | |
|---|---|---|
| 1 | 依据名称 | 《中华人民共和国对外贸易法》 |
| | 条款 | 第十九条 |
| | 内容 | 第十九条：国家对限制进口或者出口的货物，实行配额、许可证等方式管理；对限制进口或者出口的技术，实行许可证管理。实行配额、许可证管理的货物、技术，应当按照国务院规定经国务院对外贸易主管部门或者经其他部门许可，方可进口或者出口。 |
| 2 | 依据名称 | 《中华人民共和国技术进出口管理条例》 |
| | 条款 | 第六条， 第十条 |
| | 内容 | 第六条：国务院对外经济贸易主管部门（以下简称国务院外经贸主管部门）依照对外贸易法和本条例的规定，负责全国的技术进出口管理工作。省、自治区、直辖市人民政府外经贸主管部门根据国务院外经贸主管部门的授权，负责本行政区域内的技术进出口管理工作。第十条：属于限制进口的技术，实行许可证管理；未经许可，不得进口。 |

## 常见问题

### 常见错误示例

无

# Export Licensing of Restricted Export Technologies

## Export Licensing of Restricted Export Technologies

| | | | |
|---|---|---|---|
| Implementing Entity | Shanghai Municipal Commission of Commerce | Everyday Expressions | Restricted Technology Export License |
| Nature of Implementing Entity | Statutory Authority | Joint Handling Agencies | None |
| Service Item Type | Time-Committed Items | Service Recipients | Enterprise Legal Person |
| Statutory Processing Time Limit | 15 (Working Days) | Committed Processing Time Limit | 15 (Working Days) |
| Description of Statutory Processing Time Limit | | Description of Committed Processing Time Limit | |
| Handling Place | Windows 27-34, Comprehensive Service Hall, 1st Floor, Building 5, No. 300 Shibocun Road, Nanmatou Road Subdistrict, Pudong New Area, Shanghai | | |
| Handling Time | Monday to Friday, 09:00 to 12:00, 13:00 to 17:00 (Except Statutory Holidays) | | |
| Consultation Methods | Telephone Consultation: 50722200 | Supervision and Complaint Methods | Complaint Hotline: 021-12345 |

## BASIC INFORMATION

| | | | |
|---|---|---|---|
| Item Type | Administrative Licensing | Basic Code | 000121107002 |
| Implementation Code | 113100000024280004200012110 7002 | Business Handling Item Code | 11310000002428000420001211 0700201 |
| Implementing Entity Code | 113100000024280004 | Subject of Examination and Approval | Entities registered in this municipality that apply for the export of restricted export technology. |
| Scope of Application | Citywide | Conditions for Acceptance | The application materials are complete and conform to the statutory form; for details, see the catalog of application materials. |
| Conditions for Granting Administrative Licensing | Conforms to China's foreign trade policies and is conducive to promoting foreign trade exports; conforms to China's industrial export policies and is conducive to promoting national economic development; conforms to the obligations of China's external commitments; will not endanger national security; conforms to China's science and technology development policies and is conducive to scientific and technological progress; conforms to China's industrial technology policies, and can drive the production of large-scale and complete sets of equipment and high-tech products as well as economic and technical cooperation. | | |
| Audit Contents | Approval or disapproval of the issuance of the *Technology Export License of the People's Republic of China*. | | |
| Division of Authority | After receiving the relevant application materials, the municipal commerce commission shall make a decision on whether to license the technology export, and issue the "Technology Export License of the People's Republic of China" uniformly printed and numbered by the | | |

| | | | |
|---|---|---|---|
| | Ministry of Commerce for the technology permitted to be exported. | | |
| Cross-Regional Processing | No | Level of Exercise | Municipal Level |
| Form of Processing | Window Processing | Item Classification | Commerce and Trade |
| Whether online payment is supported | Not Supported | Whether processing via self-service terminals is supported | Not Supported |
| Whether appointment processing is supported | Not Supported | Whether logistics and express delivery are supported | Not Supported |
| Source of Power | Statutory Exercise by This Level | Whether Connected to Single Sign-On on PC Terminal | Yes |
| Matter Processing Depth | Pre-Examination of Materials | Online Processing Depth | Online Consultation, Online Receipt, Online Pre-Examination |
| Legal Liability | | | |
| Time Limit for Application | Within 3 Years of Obtaining the *Letter of Intent for Technology Export License* | | |

## APPLICATION MATERIALS

### Instructions for Filling

The application materials shall be in Chinese (please provide English for the parts required to be completed in English); for application materials translated from foreign language documents, the original text shall be provided simultaneously.

### Formal Standards

1. The application materials shall be arranged in the order specified in the application form of these service guidelines; 2. Copies involved in the application materials shall be clear and affixed with an official seal.

### Catalog of Application Materials

| Name of Material | Source Channel | Description of Source Channel | Material Type | Number of Copies of Paper Materials | Material Form | Material Necessity | Remarks |
|---|---|---|---|---|---|---|---|
| Letter of Intent for Technology Export License of the People's Republic of China | Issued by Government Departments | Shanghai Municipal Commission of Commerce | Copy | 2 | Paper | Mandatory | |
| Copy of Technology Export Contract | Prepared by the Applicant | | Copy | 2 | Paper | Mandatory | Affix Official Seal or Cross-Page Seal |
| Export List of Technical Materials | Prepared by the Applicant | | Copy | 2 | Paper | Non-Mandatory | Affix Official Seal |

SPIRIT TRANSLATION CO., LTD. BEIJING 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <9>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Documents, Data, Drawings, Others) | | | | | | | or Cross-Page Seal |
| Documents Certifying Legal Status of Both Contracting Parties | Prepared by the Applicant | | Copy | 2 | Paper | Mandatory | Affix Official Seal or Cross-Page Seal |
| Application Form and List of Materials | Prepared by the Applicant | | Original | 2 | Paper | Mandatory | Affix Official Seal or Cross-Page Seal |

## RIGHTS AND OBLIGATIONS

**The applicant shall enjoy the following rights according to law:**

1. Right to Know

Applicants have the right to inquire with the competent commerce authority about the provisions of relevant national laws and administrative regulations on technology import and export, as well as circumstances related to application procedures, including: current relevant laws, administrative regulations, and policy provisions on technology import and export; the time, methods, and steps for handling technology import and export application matters, and the materials required to be submitted; the materials to be provided, and the legal and factual basis for administrative decisions.

2. Right to Confidentiality

The applicant has the right to request the competent commerce authority to keep your information confidential. The competent commerce authority will, in accordance with the law, keep your commercial secrets and personal privacy confidential, which mainly include your technical information, operational information, and personal matters that you, major investors, and operators are unwilling to disclose. In the absence of explicit provisions in laws and administrative regulations or your authorization, the competent commerce authority will not provide the aforesaid matters to external departments, the general public, or other individuals.

3. Right of Supervision

Applicants may report and file charges against any act of the competent commerce authority in violation of relevant laws and administrative regulations on technology import and export, such as the personnel soliciting or accepting bribes, engaging in malpractices for personal gain, neglecting their duties, abusing their power to demand materials beyond regulations, or deliberately creating difficulties. Meanwhile, applicants also have the right to report illegal acts committed by other applicants during the application process for technology import and export registration and licensing.

4. Right to Legal Remedy

The applicant lawfully enjoys the rights to apply for administrative reconsideration, institute administrative litigation, etc. against the decision made by the competent commerce authority.

**The applicant shall perform the following obligations according to law:**

1. Obligation of Truthful Declaration

The applicant must truthfully handle applications for restricted technology import and export licensing in accordance with the provisions of laws and administrative regulations, ensure that the submitted relevant materials are true and reliable, and bear legal liability therefor.

2. Obligation to Provide Information in a Timely Manner

The applicant shall promptly provide relevant mandatory information as required by the competent commerce authority.

## HANDLING PROCEDURES

### Application and Acceptance

| Processing Steps | Processing Time Limit (Working Days) | Processing Personnel | Examination Standards |
|---|---|---|---|
| Receipt of Documents | 0 | Receiving Personnel | Application materials are complete and the form complies with requirements |
| Acceptance | 0 | Acceptance Personnel | The application materials are complete and conform to the statutory form; for details, see the catalog of application materials. |

### Examination and Decision

| Processing Steps | Processing Time Limit (Working Days) | Processing Personnel | Examination Standards |
|---|---|---|---|
| Examination | 10 | Examination Personnel | Conforms to China's foreign trade policies and is conducive to promoting foreign trade exports; conforms to China's industrial export policies and is conducive to promoting national economic development; conforms to the obligations of China's external commitments; will not endanger national security; conforms to China's science and technology development policies and is conducive to scientific and technological progress; conforms to China's industrial technology policies, and can drive the production of large-scale and complete sets of equipment and high-tech products as well as economic and technical cooperation. |
| Decision | 5 | Department Head | Conforms to China's foreign trade policies and is conducive to promoting foreign trade exports; conforms to China's industrial export policies and is conducive to promoting national economic development; conforms to the obligations of China's external commitments; will not endanger national security; conforms to China's science and technology development policies and is conducive to scientific and technological progress; conforms to China's industrial technology policies, and can drive the production of large-scale and complete sets of equipment and high-tech products as well as economic and technical cooperation. |

### Certificate Issuance and Service

| Processing Steps | Processing Time Limit (Working Days) | Processing Personnel | Name of Result | Method of Service |
|---|---|---|---|---|
| Certificate Issuance and Service | 5 | Certificate Issuing Personnel | Technology Export License | Direct Service |

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <9>

Procedures for Handling Technology Export Licensing for Restricted Export Technologies:

10




## Special Procedure

None

## CHARGES

Fee Charged: No

## APPROVED DOCUMENTS

| Name of Examination and Approval Result | Type of Examination and Approval Result | Validity Period of Examination and Approval Results | Sample of Examination and Approval Results | Method of Service | Time Limit for Service (Working Days) |
|---|---|---|---|---|---|
| Technology Export License | Licenses and Certificates | Indefinite | Click to Download | Direct Service | 5 |

## QUANTITATIVE RESTRICTION

Whether there are quantitative restrictions on administrative licensing: No

## INTERMEDIARY SERVICES

Whether there are statutory intermediary services: No

## COMMITMENT TO INFORM

Implementation of Notification and Commitment: No

## BASIS OF ESTABLISHMENT

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <9>

| | | |
|---|---|---|
| **1** | Name of Basis | *Foreign Trade Law of the People's Republic of China* |
| | Provisions | Article 19 |
| | Contents | Article 19: The state implements administration by quotas, licensing, or other means over goods restricted from import or export; and implements licensing administration over technologies restricted from import or export. Goods and technologies subject to quota or licensing administration may be imported or exported only upon licensing by the competent department of foreign trade under the State Council or by other departments in accordance with the provisions of the State Council. |
| **2** | Name of Basis | *Regulations of the People's Republic of China on the Administration of Import and Export of Technologies* |
| | Provisions | Article 6, Article 10 |
| | Contents | Article 6: The foreign economic and trade authority under the State Council (hereinafter referred to as the competent foreign trade and economic cooperation authority under the State Council) is responsible for the nationwide administration of technology import and export in accordance with the provisions of the Foreign Trade Law and these Regulations. The foreign trade and economic cooperation authorities of the people's governments of provinces, autonomous regions, and municipalities directly under the Central Government are responsible for the administration of technology import and export within their respective administrative areas pursuant to the authorization of the competent foreign trade and economic cooperation authority under the State Council. Article 10: technologies subject to restricted import shall be subject to licensing administration; without a license, they shall not be imported. |

FAQ

**Common Incorrect Examples**

None

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<9>