# MA SUPP. EX. 4A

# 技术进出口合同登记

新办登记

## 快速浏览

QUICK VIEW

| | | | |
|---|---|---|---|
| 实施主体 | 杨浦区商务委员会 | 业务办理项编码 | 113101106855339688331010229900001 |
| 办件类型 | 即办件 | 服务对象 | 企业法人,事业法人,社会组织法人 |
| 法定办结时限 | 3（工作日） | 承诺办结时限 | 当场办结 |
| 法定办结时限说明 | 3个工作日 | 承诺办结时限说明 | 当场办结 |
| 办理地点 | 上海市杨浦区平凉路街道惠民路800号2号楼2003室中小企业服务中心窗口 | | |
| 办理时间 | 星期一至星期五，上午08:30至11:30，下午13:30至17:30（法定节假日除外） | | |
| 咨询方式 | 电话咨询：（021）65635777；（021）12345<br>网上咨询：http://zwdt.sh.gov.cn/govPortals/bsfw/item/fc218376-e7b5-4bf4-8bc1-040d76bb765d<br>窗口咨询：杨浦区平凉街道惠民路800号2号楼2003室咨询窗口 | 监督投诉方式 | 投诉电话：021-12345<br>窗口投诉：杨浦区平凉街道惠民路800号2号楼21楼2106室 |

## 基本信息

BASIC INFORMATION

| | | | |
|---|---|---|---|
| 事项类型 | 行政许可 | 办件类型 | 即办件 |
| 基本编码 | 310102299000 | 实施编码 | 1131011068553396883310102299000 |
| 实施主体 | 杨浦区商务委员会 | 实施主体性质 | 法定机关 |
| 实施主体编码 | 113101106855339688 | 联办机构 | 无 |
| 业务办理项编码 | 113101106855339688331010229900001 | 服务对象 | 企业法人,事业法人,社会组织法人 |
| 通办范围 | 全区 | 行使层级 | 区 |
| 权力来源 | 上级下放 | 办理形式 | 窗口办理、网上办理、快递申请 |
| 是否支持预约办理 | 支持 | 是否支持网上支付 | 不支持 |
| 是否支持物流快递 | 支持 | 是否支持自助终端办理 | 不支持 |
| 计算机端是否对接单点登录 | 是 | 中介服务 | 无中介服务 |
| 数量限制 | 无数量限制 | 运行系统 | 国家级 |
| 是否网办 | 是 | 到现场次数 | 0次 |
| 日常用语 | 技术进出口合同登记 | | |
| 事项分类 | 商务贸易 | | |

| | |
|---|---|
| 审批对象 | 上海市辖区内注册的法人或其他组织。 |
| 网上办理深度 | 网上咨询,网上收件,网上预审,网上受理,网上办理,网上办理结果信息反馈,网上电子证照反馈 |
| 适用范围 | 适用于本市的法人或其他组织对自由类技术进出口合同登记的申请和办理。 |
| 审批条件 | （1）主体适格（2）拟登记合同为自由类技术进出口合同，所涉技术不在《禁止出口限制出口技术目录》、《中国禁止进口限制进口技术目录》之中 |
| 审批内容 | 自由类技术进出口合同备案登记 |
| 权限划分 | 区商务主管部门负责受理和备案登记本辖区自由类技术进出口合同。 |

## 受理条件

于商务部业务系统统一平台（企业端）技术贸易管理信息应用填报合同相关信息。（https://ecomp.mofcom.gov.cn/loginCorp.html）
申请材料齐全，符合法定形式，具体见申请材料目录。

## 申请材料

### 填报须知

根据2020年1月20日，在“商务部业务系统统一平台”上发布的《关于技术贸易管理信息应用功能更新的通知》。上述申请材料可扫描为pdf格式文件（单个文件不超过20M），在系统中提交。如企业选择提交电子文件，则可不再提交纸质文件。申报材料应当使用中文（要求填写英文的部分请提供英文），根据外文资料翻译的申报资料，应当同时提供原文。

### 形式标准

1、技术进口合同登记申请书：需加盖企业公章。
2、技术进口合同副本：需加盖企业公章。
3、中方法律地位的证明文件：需加盖企业公章。如受理机关支持企业营业执照支持电子亮照，可不提供。
4、外方法律地位的证明文件：需加盖企业（中方）公章。
5、提成基准金额的相关证明文件（支付方式为提成的合同）：需加盖企业公章。

### 申请材料目录

我的免交材料

| 材料名称 | 来源渠道 | 来源渠道说明 | 材料类型 | 纸质材料份数 | 材料形式 | 材料必要性 | 备注 |
|---|---|---|---|---|---|---|---|
| 技术进出口合同登记申请书 | 申请人自备 | | 原件 | 1 | 纸质 | 必要 | 内容包括：企业概况、技术引进项目基本情况（包括项目背景情况）、技术合同主要内容、金额、有效期。 需做以下承诺：申请单位担保所有报送材料真实有效。所进口或出口的技术不属于国家限制或禁止进出口的技术。 加盖企业公章。 |
| 技术进（出）口合同副本（包括中文译本或中文内容摘要） | 申请人自备 | | 复印件 | 1 | 纸质 | 必要 | 合同副本或复印件，加盖骑缝章。外文合同需附中文译本或中文内容摘要。合同须有合同编号。 |
| 中方法律地位的证明文件（企业营业执照支持电子亮照） | 政府部门核发 | 市场监管部门或其他行业主管部门 | 复印件 | 1 | 纸质 | 必要 | 需加盖企业公章。如受理机关支持企业营业执照电子亮照，则可不提供。 |

| 材料名称 | 来源渠道 | 来源渠道说明 | 材料类型 | 纸质材料份数 | 材料形式 | 材料必要性 | 备注 |
|---|---|---|---|---|---|---|---|
| 外方法律地位的证明文件 | 申请人自备 | | 复印件 | 1 | 纸质 | 必要 | 外方企业在其本国注册的法律地位证明复印件（境外公司注册证明或其他登记注册的法定文件）。 |
| 提成基准金额的相关证明文件（支付方式为提成的合同需提供） | 申请人自备 | | 原件和复印件 | 1 | 纸质 | 必要 | 支付方式为提成的合同需提供。《技术进出口合同登记管理办法》 第六条　技术进出口经营者应在合同生效后60天内办理合同登记手续，支付方式为提成的合同除外。 第七条　支付方式为提成的合同，技术进出口经营者应在首次提成基准金额形成后60天内，履行合同登记手续，并在以后每次提成基准金额形成后，办理合同变更手续。 技术进出口经营者在办理登记和变更手续时，应提供提成基准金额的相关证明文件。 |

注：本市政府部门核发材料可通过电子证照、数据核验等方式免提交，具体以实际办理情况为准。

**申请文书名称**

《技术进口合同登记申请书》

## 办理流程

HANDLING PROCEDURES

### 申请与受理

| 办理步骤 | 办理时限（工作日） | 办理人员 | 审查标准 |
|---|---|---|---|
| 收件 | 0 | 收件人员 | 申请材料齐全，形式符合要求 |
| 受理 | 3 | 受理人员 | 于商务部业务系统统一平台（企业端）技术贸易管理信息应用填报合同相关信息。（https://ecomp.mofcom.gov.cn/loginCorp.html）申请材料齐全，符合法定形式，具体见申请材料目录。 |

### 审查与决定

| 办理步骤 | 办理时限（工作日） | 办理人员 | 审查标准 |
|---|---|---|---|
| 审查 | 当场办结 | 审查人员 | （1）主体适格（2）拟登记合同为自由类技术进出口合同，所涉技术不在《禁止出口限制出口技术目录》、《中国禁止进口限制进口技术目录》之中 |
| 决定 | 当场办结 | 部门负责人 | （1）主体适格（2）拟登记合同为自由类技术进出口合同，所涉技术不在《禁止出口限制出口技术目录》、《中国禁止进口限制进口技术目录》之中 |

### 颁证与送达

| 办理步骤 | 办理时限（工作日） | 办理人员 | 结果名称 | 送达方式 |
|---|---|---|---|---|
| 颁证与送达 | 10 | 发证人员 | 技术进口合同登记证书 | 直接送达 |




**特别程序**

不含有特别程序

## 办理地点/时间

**办理地点**

上海市杨浦区平凉路街道惠民路800号2号楼2003室中小企业服务中心窗口

**办理时间**

星期一至星期五，上午08:30至11:30，下午13:30至17:30（法定节假日除外）

## 常见问题

**常见问题**

Q 书面审查内容是否需要纸质还是电子版本

A 纸质版本

Q 书面申请材料可以快递吗？

A 可以。

**常见错误示例**

错误示例：申请人提交证件、材料不齐全。

正确解答：指导申请人根据要求重新提交补齐材料。

## 设立依据

《中华人民共和国技术进出口管理条例》（中华人民共和国国务院令第331号）
第十七条　对属于自由进口的技术，实行合同登记管理。
　　进口属于自由进口的技术，合同自依法成立时生效，不以登记为合同生效的条件。
第十八条　进口属于自由进口的技术，应当向国务院外经贸主管部门办理登记，并提交下列文件：
　　（一）技术进口合同登记申请书；
　　（二）技术进口合同副本；
　　（三）签约双方法律地位的证明文件。
第三十七条　对属于自由出口的技术，实行合同登记管理。
　　出口属于自由出口的技术，合同自依法成立时生效，不以登记为合同生效的条件。
第三十八条　出口属于自由出口的技术，应当向国务院外经贸主管部门办理登记，并提交下列文件：
　　（一）技术出口合同登记申请书；
　　（二）技术出口合同副本；
　　（三）签约双方法律地位的证明文件。

## 审批证件

| 审批结果名称 | 送达方式 | 送达期限 | 审批结果类型 |
|---|---|---|---|
| 技术进口合同登记证书 | 直接送达 | 自作出决定之日起10个工作日内 | |

## 审批收费

是否收费：否

## 权利义务

**申请人依法享有以下权利：**

1.知情权
申办人有权向商务主管部门了解国家技术进出口相关法律、行政法规的规定以及与申办程序有关的情况，包括：现行技术进出口相关法律、行政法规和技术进出口政策规定；办理技术进出口申请事项的时间、方式、步骤以及需要提交的资料；应提供的材料和行政处理决定的法律依据、事实依据。
2.保密权
申办人有权要求商务主管部门为您的情况保密。商务主管部门将依法为您的商业秘密和个人隐私保密，主要包括您的技术信息、经营信息和您、主要投资人以及经营者不愿公开的个人事项。上述事项，如无法律、行政法规明确规定或者您的许可，商务主管部门将不会对外部门、社会公众和其他个人提供。
3.监督权
申办人对商务主管部门违反技术进出口相关法律、行政法规的行为，如办事人员索贿受贿、徇私舞弊、玩忽职守，滥用职权要求提供规定以外的材料或者故意刁难等，可以进行检举和控告。同时，申办人对其他申办人在技术进出口登记、许可申办过程中的违法行为也有权进行检举。
4. 陈述与申辩权
申办人对商务主管部门作出的决定，享有陈述权、申辩权。如果申办人有充分的证据证明自己的行为合法，商务主管部门就不得拒绝对申办人提出的申办请求；即使申办人的陈述或申辩不充分合理，商务主管部门也会向申办人解释不予受理的原因。商务主管部门不会在今后工作中对申办人故意设置障碍或采用不同标准加以对待。
5. 法律救济权
申办人对商务主管部门作出的决定，依法享有申请行政复议、提起行政诉讼、请求国家赔偿等权利。

**申请人依法履行以下义务：**

1.依法提出申报的义务
申办人应在自由类技术进出口合同签订后，持有关材料，向商务主管部门申报办理技术进出口登记和许可。技术进出口登记和许可主要包括申领《技术进出口合同备案登记证》，登记内容发生变化后的变更延续、补证、注销等。
2. 按时、如实申报的义务
申办人必须依照法律、行政法规规定如实办理自由类技术进出口登记和许可申报，保证报送相关资料真实可靠并对此负法律责任。
3. 及时提供信息的义务
申办人除通过技术进出口登记向商务主管部门提供相关的信息外，还应依商务主管部门的要求提供其他必要的信息。