# Exhibit 5

FILED UNDER SEAL IN ITS ENTIRETY