# MA SUPP. EX. 7B

# TRANSLATION CERTIFICATION

Date: 2026/11/6

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Contract Law

Wu You, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

Signature of Wu You, Managing Director

# 中华人民共和国合同法（1999）

**发 文 机 关:**全国人民代表大会

**发 布 日 期:**1999.03.15

**生 效 日 期:**1999.10.01

**时 效 性:**失效/废止

**文 号:**主席令第十五号

**修 订 注 释:**本篇法规被《中华人民共和国民法典》（2020 年 5 月 28 日发布；2021 年 1 月 1 日实施）废止

## 中华人民共和国合同法（1999）

主席令第十五号

（1999 年 3 月 15 日第九届全国人民代表大会第二次会议通过 1999 年 3 月 15 日中华人民共和国主席令第十五号公布 自 1999 年 10 月 1 日起施行）

### 总 则

### 第一章 一般规定

**第一条** 为了保护合同当事人的合法权益，维护社会经济秩序，促进社会主义现代化建设，制定本法。

**第二条** 本法所称合同是平等主体的自然人、法人、其他组织之间设立、变更、终止民事权利义务关系的协议。

婚姻、收养、监护等有关身份关系的协议，适用其他法律的规定。

**第三条** 合同当事人的法律地位平等，一方不得将自己的意志强加给另一方。

**第四条** 当事人依法享有自愿订立合同的权利，任何单位和个人不得非法干预。

**第五条** 当事人应当遵循公平原则确定各方的权利和义务。

**第六条** 当事人行使权利、履行义务应当遵循诚实信用原则。

**第七条** 当事人订立、履行合同，应当遵守法律、行政法规，尊重社会公德，不得扰乱社会经济秩序，损害社会公共利益。

**第八条** 依法成立的合同，对当事人具有法律约束力。当事人应当按照约定履行自己的义务，不得擅自变更或者解除合同。

依法成立的合同，受法律保护。

### 第二章 合同的订立

**第九条** 当事人订立合同，应当具有相应的民事权利能力和民事行为能力。

当事人依法可以委托代理人订立合同。

**第十条** 当事人订立合同，有书面形式、口头形式和其他形式。

**第五十九条** 当事人恶意串通，损害国家、集体或者第三人利益的，因此取得的财产收归国家所有或者返还集体、第三人。

## 第四章 合同的履行

**第六十条** 当事人应当按照约定全面履行自己的义务。

当事人应当遵循诚实信用原则，根据合同的性质、目的和交易习惯履行通知、协助、保密等义务。

**第六十一条** 合同生效后，当事人就质量、价款或者报酬、履行地点等内容没有约定或者约定不明确的，可以协议补充；不能达成补充协议的，按照合同有关条款或者交易习惯确定。

**第六十二条** 当事人就有关合同内容约定不明确，依照本法第六十一条的规定仍不能确定的，适用下列规定：

（一）质量要求不明确的，按照国家标准、行业标准履行；没有国家标准、行业标准的，按照通常标准或者符合合同目的的特定标准履行。

（二）价款或者报酬不明确的，按照订立合同时履行地的市场价格履行；依法应当执行政府定价或者政府指导价的，按照规定履行。

（三）履行地点不明确，给付货币的，在接受货币一方所在地履行；交付不动产的，在不动产所在地履行；其他标的，在履行义务一方所在地履行。

（四）履行期限不明确的，债务人可以随时履行，债权人也可以随时要求履行，但应当给对方必要的准备时间。

（五）履行方式不明确的，按照有利于实现合同目的的方式履行。

（六）履行费用的负担不明确的，由履行义务一方负担。

**第六十三条** 执行政府定价或者政府指导价的，在合同约定的交付期限内政府价格调整时，按照交付时的价格计价。逾期交付标的物的，遇价格上涨时，按照原价格执行；价格下降时，按照新价格执行。逾期提取标的物或者逾期付款的，遇价格上涨时，按照新价格执行；价格下降时，按照原价格执行。

**第六十四条** 当事人约定由债务人向第三人履行债务的，债务人未向第三人履行债务或者履行债务不符合约定，应当向债权人承担违约责任。

**第六十五条** 当事人约定由第三人向债权人履行债务的，第三人不履行债务或者履行债务不符合约定，债务人应当向债权人承担违约责任。

**第六十六条** 当事人互负债务，没有先后履行顺序的，应当同时履行。一方在对方履行之前有权拒绝其履行要求。一方在对方履行债务不符合约定时，有权拒绝其相应的履行要求。

**第六十七条** 当事人互负债务，有先后履行顺序，先履行一方未履行的，后履行一方有权拒绝其履行要求。先履行一方履行债务不符合约定的，后履行一方有权拒绝其相应的履行要求。

**第六十八条** 应当先履行债务的当事人，有确切证据证明对方有下列情形之一的，可以中止履行：

（一）经营状况严重恶化；

（二）转移财产、抽逃资金，以逃避债务；

（三）丧失商业信誉；

（四）有丧失或者可能丧失履行债务能力的其他情形。

当事人没有确切证据中止履行的，应当承担违约责任。

**第六十九条** 当事人依照本法第六十八条的规定中止履行的，应当及时通知对方。对方提供适当担保时，应当恢复履行。中止履行后，对方在合理期限内未恢复履行能力并且未提供适当担保的，中止履行的一方可以解除合同。

**第七十条** 债权人分立、合并或者变更住所没有通知债务人，致使履行债务发生困难的，债务人可以中止履行或者将标的物提存。

**第七十一条** 债权人可以拒绝债务人提前履行债务，但提前履行不损害债权人利益的除外。

债务人提前履行债务给债权人增加的费用，由债务人负担。

**第七十二条** 债权人可以拒绝债务人部分履行债务，但部分履行不损害债权人利益的除外。

债务人部分履行债务给债权人增加的费用，由债务人负担。

**第七十三条** 因债务人怠于行使其到期债权，对债权人造成损害的，债权人可以向人民法院请求以自己的名义代位行使债务人的债权，但该债权专属于债务人自身的除外。

代位权的行使范围以债权人的债权为限。债权人行使代位权的必要费用，由债务人负担。

**第七十四条** 因债务人放弃其到期债权或者无偿转让财产，对债权人造成损害的，债权人可以请求人民法院撤销债务人的行为。债务人以明显不合理的低价转让财产，对债权人造成损害，并且受让人知道该情形的，债权人也可以请求人民法院撤销债务人的行为。

撤销权的行使范围以债权人的债权为限。债权人行使撤销权的必要费用，由债务人负担。

**第七十五条** 撤销权自债权人知道或者应当知道撤销事由之日起一年内行使。自债务人的行为发生之日起五年内没有行使撤销权的，该撤销权消灭。

**第七十六条** 合同生效后，当事人不得因姓名、名称的变更或者法定代表人、负责人、承办人的变动而不履行合同义务。

## 第五章 合同的变更和转让

**第七十七条** 当事人协商一致，可以变更合同。

法律、行政法规规定变更合同应当办理批准、登记等手续的，依照其规定。

**第七十八条** 当事人对合同变更的内容约定不明确的，推定为未变更。

**第七十九条** 债权人可以将合同的权利全部或者部分转让给第三人，但有下列情形之一的除外：

（一）根据合同性质不得转让；

（二）按照当事人约定不得转让；

（三）依照法律规定不得转让。

**第八十条** 债权人转让权利的，应当通知债务人。未经通知，该转让对债务人不发生效力。

债权人转让权利的通知不得撤销，但经受让人同意的除外。

**第八十一条** 债权人转让权利的，受让人取得与债权有关的从权利，但该从权利专属于债权人自身的除外。

**第八十二条** 债务人接到债权转让通知后，债务人对让与人的抗辩，可以向受让人主张。

**第一百一十条** 当事人一方不履行非金钱债务或者履行非金钱债务不符合约定的，对方可以要求履行，但有下列情形之一的除外：

（一）法律上或者事实上不能履行；

（二）债务的标的不适于强制履行或者履行费用过高；

（三）债权人在合理期限内未要求履行。

**第一百一十一条** 质量不符合约定的，应当按照当事人的约定承担违约责任。对违约责任没有约定或者约定不明确，依照本法第六十一条的规定仍不能确定的，受损害方根据标的的性质以及损失的大小，可以合理选择要求对方承担修理、更换、重作、退货、减少价款或者报酬等违约责任。

**第一百一十二条** 当事人一方不履行合同义务或者履行合同义务不符合约定的，在履行义务或者采取补救措施后，对方还有其他损失的，应当赔偿损失。

**第一百一十三条** 当事人一方不履行合同义务或者履行合同义务不符合约定，给对方造成损失的，损失赔偿额应当相当于因违约所造成的损失，包括合同履行后可以获得的利益，但不得超过违反合同一方订立合同时预见到或者应当预见到的因违反合同可能造成的损失。

经营者对消费者提供商品或者服务有欺诈行为的，依照《中华人民共和国消费者权益保护法》的规定承担损害赔偿责任。

**第一百一十四条** 当事人可以约定一方违约时应当根据违约情况向对方支付一定数额的违约金，也可以约定因违约产生的损失赔偿额的计算方法。

约定的违约金低于造成的损失的，当事人可以请求人民法院或者仲裁机构予以增加；约定的违约金过分高于造成的损失的，当事人可以请求人民法院或者仲裁机构予以适当减少。

当事人就迟延履行约定违约金的，违约方支付违约金后，还应当履行债务。

**第一百一十五条** 当事人可以依照《中华人民共和国担保法》约定一方向对方给付定金作为债权的担保。债务人履行债务后，定金应当抵作价款或者收回。给付定金的一方不履行约定的债务的，无权要求返还定金；收受定金的一方不履行约定的债务的，应当双倍返还定金。

**第一百一十六条** 当事人既约定违约金，又约定定金的，一方违约时，对方可以选择适用违约金或者定金条款。

**第一百一十七条** 因不可抗力不能履行合同的，根据不可抗力的影响，部分或者全部免除责任，但法律另有规定的除外。当事人迟延履行后发生不可抗力的，不能免除责任。

本法所称不可抗力，是指不能预见、不能避免并不能克服的客观情况。

**第一百一十八条** 当事人一方因不可抗力不能履行合同的，应当及时通知对方，以减轻可能给对方造成的损失，并应当在合理期限内提供证明。

**第一百一十九条** 当事人一方违约后，对方应当采取适当措施防止损失的扩大；没有采取适当措施致使损失扩大的，不得就扩大的损失要求赔偿。

当事人因防止损失扩大而支出的合理费用，由违约方承担。

**第一百二十条** 当事人双方都违反合同的，应当各自承担相应的责任。

**第一百二十一条** 当事人一方因第三人的原因造成违约的，应当向对方承担违约责任。当事人一方和第三人之间的纠纷，依照法律规定或者按照约定解决。

**第一百二十二条** 因当事人一方的违约行为，侵害对方人身、财产权益的，受损害方有权选择依照本法要求其承担违约责任或者依照其他法律要求其承担侵权责任。

## 第八章 其他规定

**第一百二十三条** 其他法律对合同另有规定的，依照其规定。

**第一百二十四条** 本法分则或者其他法律没有明文规定的合同，适用本法总则的规定，并可以参照本法分则或者其他法律最相类似的规定。

**第一百二十五条** 当事人对合同条款的理解有争议的，应当按照合同所使用的词句、合同的有关条款、合同的目的、交易习惯以及诚实信用原则，确定该条款的真实意思。

合同文本采用两种以上文字订立并约定具有同等效力的，对各文本使用的词句推定具有相同含义。各文本使用的词句不一致的，应当根据合同的目的予以解释。

**第一百二十六条** 涉外合同的当事人可以选择处理合同争议所适用的法律，但法律另有规定的除外。涉外合同的当事人没有选择的，适用与合同有最密切联系的国家的法律。

在中华人民共和国境内履行的中外合资经营企业合同、中外合作经营企业合同、中外合作勘探开发自然资源合同，适用中华人民共和国法律。

**第一百二十七条** 工商行政管理部门和其他有关行政主管部门在各自的职权范围内，依照法律、行政法规的规定，对利用合同危害国家利益、社会公共利益的违法行为，负责监督处理；构成犯罪的，依法追究刑事责任。

**第一百二十八条** 当事人可以通过和解或者调解解决合同争议。

当事人不愿和解、调解或者和解、调解不成的，可以根据仲裁协议向仲裁机构申请仲裁。涉外合同的当事人可以根据仲裁协议向中国仲裁机构或者其他仲裁机构申请仲裁。当事人没有订立仲裁协议或者仲裁协议无效的，可以向人民法院起诉。当事人应当履行发生法律效力的判决、仲裁裁决、调解书；拒不履行的，对方可以请求人民法院执行。

**第一百二十九条** 因国际货物买卖合同和技术进出口合同争议提起诉讼或者申请仲裁的期限为四年，自当事人知道或者应当知道其权利受到侵害之日起计算。因其他合同争议提起诉讼或者申请仲裁的期限，依照有关法律的规定。

# 分 则

## 第九章 买卖合同

**第一百三十条** 买卖合同是出卖人转移标的物的所有权于买受人，买受人支付价款的合同。

**第一百三十一条** 买卖合同的内容除依照本法第十二条的规定以外，还可以包括包装方式、检验标准和方法、结算方式、合同使用的文字及其效力等条款。

**第一百三十二条** 出卖的标的物，应当属于出卖人所有或者出卖人有权处分。

法律、行政法规禁止或者限制转让的标的物，依照其规定。

# Contract Law of the People's Republic of China (1999)

**Issuing Authority:** National People's Congress
**Release Date:** March 15, 1999
**Effective Date:** October 1, 1999
**Timeliness:** Invalid/Abolished
**Document Number:** Order of the President No. 15
**Revision Notes:** This Law was repealed by the *Civil Code of the People's Republic of China* (promulgated on May 28, 2020; effective as of January 1, 2021)

## Contract Law of the People's Republic of China (1999)

Order of the President No. 15

(Adopted at the Second Session of the Ninth National People's Congress on March 15, 1999, promulgated by Order of the President No. 15 of the People's Republic of China on March 15, 1999, and effective as of October 1, 1999)

### General Provisions

### Chapter I General Provisions

**Article 1** This Law is formulated in order to protect the lawful rights and interests of the parties to a contract, maintain the social and economic order, and promote the progress of socialist modernization.

**Article 2** For the purposes of this Law, a contract refers to an agreement among natural persons, legal persons, or other organizations as equal subjects for establishing, modifying, or terminating a relationship of civil rights and obligations.

Agreements concerning personal relations such as marriage, adoption, and guardianship shall be governed by the provisions of other laws.

**Article 3** The parties to a contract have equal legal status, and one party may not impose its will on the other party.

**Article 4** The parties have the right to voluntarily conclude a contract in accordance with the law, and no unit or individual may illegally interfere.

**Article 5** The parties shall observe the principle of fairness in determining the rights and obligations of each party.

**Article 6** The parties shall observe the principle of good faith in exercising their rights and performing their obligations.

**Article 7** In concluding and performing a contract, the parties shall abide by laws and administrative regulations, respect social ethics, and may not disrupt the social and economic order or impair the public interests of society.

**Article 8** A lawfully formed contract is legally binding on the parties. The parties shall perform their respective obligations as agreed, and may not arbitrarily modify or terminate the contract.

A lawfully formed contract is protected by law.

### Chapter II Formation of Contracts

**Article 9** In concluding a contract, the parties shall have the appropriate capacity for civil rights and capacity for civil conduct.

The parties may, in accordance with the law, entrust agents to conclude a contract.

**Article 10** The parties may use written, oral, or other forms in concluding a contract.

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<9>

**Article 59** Where the parties engage in malicious collusion to the detriment of the interests of the State, a collective, or a third person, the property acquired thereby shall be turned over to the State or returned to the collective or the third person.

## Chapter IV Performance of Contracts

**Article 60** The parties shall fully perform their obligations as agreed.

The parties shall observe the principle of good faith and perform the obligations of notification, assistance, and confidentiality according to the nature and purpose of the contract and trade usage.

**Article 61** After a contract becomes effective, if there is no agreement or the agreement is unclear regarding quality, price or remuneration, or place of performance, the parties may supplement it by agreement; if they cannot reach a supplementary agreement, it shall be determined in accordance with the relevant clauses of the contract or trade usage.

**Article 62** Where the parties have no clear agreement on the content of the contract, and it still cannot be determined in accordance with the provisions of Article 61 of this Law, the following provisions shall apply:

(1) If quality requirements are unclear, performance shall be in accordance with state standards or industry standards; if there are no state or industry standards, performance shall be in accordance with customary standards or specific standards consistent with the purpose of the contract.

(2) If the price or remuneration is unclear, performance shall be in accordance with the market price at the place of performance at the time the contract was concluded; if government-set price or government-guided price is required by law to be implemented, performance shall be in accordance with the regulations.

(3) If the place of performance is unclear, where currency is paid, performance shall be at the location of the party receiving the currency; where real estate is delivered, performance shall be at the location of the real estate; for other subject matter, performance shall be at the location of the party performing the obligation.

(4) If the time limit for performance is unclear, the debtor may perform at any time, and the creditor may also request performance at any time, but necessary preparation time shall be given to the other party.

(5) If the method of performance is unclear, performance shall be in a manner conducive to realizing the purpose of the contract.

(6) If the bearing of performance expenses is unclear, it shall be borne by the party performing the obligation.

**Article 63** Where government-set price or government-guided price is implemented, if the government price is adjusted within the delivery period agreed upon in the contract, the price shall be calculated at the price at the time of delivery. Where there is an overdue delivery of the subject matter, if the price rises, the original price shall be implemented; if the price drops, the new price shall be implemented. Where there is an overdue withdrawal of the subject matter or overdue payment, if the price rises, the new price shall be implemented; if the price drops, the original price shall be implemented.

**Article 64** Where the parties agree that the debtor shall perform obligations to a third person, if the debtor fails to perform the obligations to the third person or the performance does not comply with the agreement, it shall bear liability for breach of contract to the creditor.

**Article 65** Where the parties agree that a third person shall perform obligations to the creditor, if the third person fails to perform the obligations or the performance does not comply with the agreement, the debtor shall bear liability for breach of contract to the creditor.

**Article 66** Where both parties owe obligations to each other and there is no sequence of performance, they shall perform simultaneously. One party has the right to reject the performance request of the other party before the latter performs. If the performance of obligations by the other party does not comply with the agreement, one party has the right to reject its corresponding performance request.

**Article 67** Where both parties owe obligations to each other and there is a sequence of performance, if the party obligated to perform first fails to perform, the party obligated to perform later has the right to reject its performance request. If the performance of obligations by the party obligated to perform first does not comply with the agreement, the party obligated to perform later has the right to reject its corresponding performance request.

**Article 68** The party obligated to perform obligations first may suspend performance if there is exact evidence proving that the other party falls under any of the following circumstances:

(1) its business operations severely deteriorate;

(2) it transfers property or withdraws funds to evade debts;

(3) it loses commercial credibility;

(4) it has other circumstances of losing or potentially losing the ability to perform its obligations.

BEIJING SPIRIT TRANSLATION CO. LTD.
翻译专用章
TRANSLATION SEAL
<9>

If a party suspends performance without exact evidence, it shall bear liability for breach of contract.

**Article 69** Where a party suspends performance in accordance with the provisions of Article 68 of this Law, it shall promptly notify the other party. When the other party provides appropriate guarantee, performance shall be resumed. After the suspension of performance, if the other party fails to regain its ability to perform and fails to provide appropriate guarantee within a reasonable period of time, the party suspending performance may terminate the contract.

**Article 70** Where the creditor divides, merges, or changes its domicile without notifying the debtor, making it difficult to perform the obligations, the debtor may suspend performance or deposit the subject matter.

**Article 71** The creditor may reject the early performance of obligations by the debtor, except where the early performance does not harm the interests of the creditor. Any additional expenses incurred by the creditor due to the early performance of obligations by the debtor shall be borne by the debtor.

**Article 72** The creditor may reject the partial performance of obligations by the debtor, except where the partial performance does not harm the interests of the creditor. Any additional expenses incurred by the creditor due to the partial performance of obligations by the debtor shall be borne by the debtor.

**Article 73** Where the debtor is remiss in exercising its mature claims, causing harm to the creditor, the creditor may petition the People's Court to exercise the right of subrogation against the debtor's claims in its own name, except where such claims are exclusively personal to the debtor.

The scope for exercising the right of subrogation is limited to the extent of the creditor's claims. The necessary expenses incurred by the creditor in exercising the right of subrogation shall be borne by the debtor.

**Article 74** Where the debtor relinquishes its mature claims or gratuitously transfers property, causing harm to the creditor, the creditor may petition the People's Court to revoke the debtor's act. Where the debtor transfers property at an obviously unreasonable low price, causing harm to the creditor, and the assignee is aware of such circumstances, the creditor may also petition the People's Court to revoke the debtor's act.

The scope for exercising the right of revocation is limited to the extent of the creditor's claims. The necessary expenses incurred by the creditor in exercising the right of revocation shall be borne by the debtor.

**Article 75** The right of revocation shall be exercised within one year from the date the creditor knows or should have known of the cause for revocation. If the right of revocation is not exercised within five years from the date the debtor's act occurs, such right of revocation is extinguished.

**Article 76** After a contract becomes effective, the parties may not fail to perform contractual obligations due to changes in names or appellations, or changes in legal representatives, persons in charge, or handling persons.

## Chapter V Modification and Assignment of Contracts

**Article 77** The parties may modify the contract by mutual agreement.

Where laws or administrative regulations provide that procedures such as approval and registration shall be completed for modifying a contract, such provisions shall be followed.

**Article 78** If the parties' agreement on the content of the contract modification is unclear, it is presumed that no modification has been made.

**Article 79** The creditor may assign its contractual rights in whole or in part to a third person, except under any of the following circumstances:

(1) they cannot be assigned according to the nature of the contract;

(2) they cannot be assigned according to the agreement of the parties;

(3) they cannot be assigned in accordance with the provisions of law.

**Article 80** Where the creditor assigns its rights, it shall notify the debtor. Without notification, the assignment shall not be effective against the debtor.

The notification of assignment of rights by the creditor may not be revoked, except with the consent of the assignee.

**Article 81** Where the creditor assigns its rights, the assignee shall acquire the accessory right related to the principal claims, except where such accessory right is exclusively personal to the creditor.

**Article 82** After the debtor receives the notification of assignment of claims, the defenses of the debtor against the assignor may be asserted against the assignee.

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <9>

**Article 110** Where one party fails to perform a non-monetary obligation or its performance of the non-monetary obligation does not comply with the agreement, the other party may request performance, except under any of the following circumstances:

(1) it is legally or factually impossible to perform;

(2) the subject matter of the obligation is not suitable for compulsory performance or the cost of performance is excessively high;

(3) the creditor fails to request performance within a reasonable period of time.

**Article 111** If the quality does not comply with the agreement, the party shall bear liability for breach of contract as agreed by the parties. If there is no agreement on the liability for breach of contract or the agreement is unclear, and it still cannot be determined in accordance with the provisions of Article 61 of this Law, the aggrieved party may, based on the nature of the subject matter and the magnitude of the loss, reasonably choose to request the other party to bear liability for breach of contract such as repair, replacement, reworking, return of goods, or reduction of price or remuneration.

**Article 112** Where one party fails to perform its contractual obligations or its performance does not comply with the agreement, and the other party suffers other losses after the performance of obligations or the adoption of remedial measures, it shall compensate for the losses.

**Article 113** Where one party fails to perform its contractual obligations or its performance does not comply with the agreement, thereby causing losses to the other party, the amount of compensation for losses shall be equivalent to the losses caused by the breach of contract, including the benefits that could have been obtained after the performance of the contract, but it may not exceed the losses that the breaching party foresaw or should have foreseen at the time of concluding the contract as a possible consequence of the breach.

Business operators who engage in fraudulent conduct in providing commodities or services to consumers shall bear liability for damage compensation in accordance with the provisions of the *Law of the People's Republic of China on the Protection of Consumer Rights and Interests*.

**Article 114** The parties may agree that when one party breaches the contract, it shall pay a certain amount of liquidated damages for breach of contract to the other party according to the circumstances of the breach, or they may agree on a method for calculating the amount of compensation for losses arising from the breach.

If the agreed liquidated damages for breach of contract are lower than the losses caused, the parties may petition the People's Court or an arbitration institution to increase them; if the agreed liquidated damages for breach of contract are excessively higher than the losses caused, the parties may petition the People's Court or an arbitration institution to appropriately reduce them.

Where the parties agree on liquidated damages for breach of contract for delayed performance, the breaching party shall still perform its obligations after paying the liquidated damages for breach of contract.

**Article 115** The parties may, in accordance with the *Guarantee Law of the People's Republic of China*, agree that one party shall pay earnest money to the other party as a guarantee for the creditor's claims. After the debtor performs its obligations, the earnest money shall be offset against the price or recovered. If the party paying the earnest money fails to perform the agreed obligations, it has no right to demand the return of the earnest money; if the party receiving the earnest money fails to perform the agreed obligations, it shall return twice the amount of the earnest money.

**Article 116** Where the parties agree on both liquidated damages for breach of contract and earnest money, when one party breaches the contract, the other party may choose to apply the liquidated damages for breach of contract or the earnest money clause.

**Article 117** In the event of inability to perform a contract due to force majeure, liability shall be partially or wholly exempted depending on the impact of the force majeure, except as otherwise provided by law. If force majeure occurs after a party delays performance, liability may not be exempted.

For the purposes of this Law, force majeure refers to objective circumstances that are unforeseeable, unavoidable, and insurmountable.

**Article 118** Where one party is unable to perform a contract due to force majeure, it shall promptly notify the other party to mitigate the potential losses caused to the latter, and shall provide proof within a reasonable period of time.

**Article 119** After one party breaches a contract, the other party shall take appropriate measures to prevent the expansion of losses; if it fails to take appropriate measures, resulting in the expansion of losses, it may not claim compensation for the expanded losses.

The reasonable expenses incurred by a party in preventing the expansion of losses shall be borne by the breaching party.

**Article 120** Where both parties breach a contract, they shall each bear their corresponding liabilities.

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL

**Article 121** Where one party's breach of contract is caused by a third person, it shall bear liability for breach of contract to the other party. Disputes between a party and a third person shall be resolved in accordance with the provisions of law or as agreed.

**Article 122** Where one party's breaching act infringes upon the personal or property rights and interests of the other party, the aggrieved party has the right to choose to demand that it bear liability for breach of contract in accordance with this Law or bear tort liability in accordance with other laws.

## Chapter VIII Other Provisions

**Article 123** Where other laws have different provisions on contracts, such provisions shall be followed.

**Article 124** For contracts not explicitly stipulated in the specific provisions of this Law or other laws, the general provisions of this Law shall apply, and reference may be made to the most similar provisions in the specific provisions of this Law or other laws.

**Article 125** If the parties have a dispute over the understanding of a contract clause, the true meaning of the clause shall be determined according to the words and sentences used in the contract, the relevant clauses of the contract, the purpose of the contract, trade usage, and the principle of good faith.

Where a contract text is concluded in two or more languages and it is agreed that they have equal binding force, it is presumed that the words and sentences used in each text have the same meaning. If the words and sentences used in the various texts are inconsistent, they shall be interpreted according to the purpose of the contract.

**Article 126** The parties to a foreign-related contract may choose the applicable law for handling contract disputes, except as otherwise provided by law. If the parties to a foreign-related contract have not made a choice, the law of the country with the closest connection to the contract shall apply.

Contracts for Sino-foreign equity joint ventures, contracts for Sino-foreign cooperative joint ventures, and contracts for Sino-foreign cooperative exploration and development of natural resources performed within the territory of the People's Republic of China shall be governed by the laws of the People's Republic of China.

**Article 127** The administrative department for industry and commerce and other relevant competent administrative departments are responsible, within the scope of their respective functions and powers, for supervising and handling illegal acts that utilize contracts to endanger national interests or public interests of society in accordance with the provisions of laws and administrative regulations; if a crime is constituted, criminal responsibility shall be investigated according to law.

**Article 128** The parties may resolve contract disputes through settlement or mediation.

If the parties are unwilling to settle or mediate, or if settlement or mediation is unsuccessful, they may apply to an arbitration institution for arbitration in accordance with the arbitration agreement. The parties to a foreign-related contract may apply to a Chinese arbitration institution or another arbitration institution for arbitration in accordance with the arbitration agreement. If the parties have not concluded an arbitration agreement or the arbitration agreement is invalid, they may bring a lawsuit to the People's Court. The parties shall perform judgments, arbitration awards, and mediation documents that have become legally effective; in case of refusal to perform, the other party may petition the People's Court for execution.

**Article 129** The time limit for filing a lawsuit or applying for arbitration for disputes arising from a contract for international sale of goods and a technology import and export contract is four years, calculated from the date the party knows or should have known that its rights have been infringed. The time limit for filing a lawsuit or applying for arbitration for other contract disputes shall be governed by the provisions of relevant laws.

## Specific Provisions

## Chapter IX Sales Contracts

**Article 130** A sales contract is a contract whereby the seller transfers the ownership of the subject matter to the buyer, and the buyer pays the price.

**Article 131** The contents of a sales contract may, in addition to the provisions of Article 12 of this Law, include clauses such as packaging method, inspection standards and methods, settlement method, language used in the contract, and its validity.

**Article 132** The subject matter to be sold shall be owned by the seller or the seller shall have the right to dispose of it.

Where laws or administrative regulations prohibit or restrict the transfer of the subject matter, such provisions shall be followed.

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <9>