# MA SUPP. EX. 8A

# 最高人民法院关于适用《中华人民共和国民法典》合同编通则若干问题的解

来源：最高人民法院新闻局 发布时间：2023-12-05 14:42:12 字号：

《最高人民法院关于适用〈中华人民共和国民法典〉合同编通则若干问题的解释》已于2023年5月23日由最高人民法院审判次会议通过，现予公布，自2023年12月5日起施行。

法释〔2023〕13号

**最高人民法院关于适用**

**《中华人民共和国民法典》合同编通则若干问题的解释**

（2023年5月23日最高人民法院审判委员会第1889次会议通过，

自2023年12月5日起施行）

为正确审理合同纠纷案件以及非因合同产生的债权债务关系纠纷案件，依法保护当事人的合法权益，根据《中华人民共和国华人民共和国民事诉讼法》等相关法律规定，结合审判实践，制定本解释。

**一、一般规定**

第一条 人民法院依据民法典第一百四十二条第一款、第四百六十六条第一款的规定解释合同条款时，应当以词句的通常含义关条款、合同的性质和目的、习惯以及诚信原则，参考缔约背景、磋商过程、履行行为等因素确定争议条款的含义。

有证据证明当事人之间对合同条款有不同于词句的通常含义的其他共同理解，一方主张按照词句的通常含义理解合同条款的支持。

对合同条款有两种以上解释，可能影响该条款效力的，人民法院应当选择有利于该条款有效的解释；属于无偿合同的，应当担较轻的解释。

第二条 下列情形，不违反法律、行政法规的强制性规定且不违背公序良俗的，人民法院可以认定为民法典所称的“交易习惯

（一）当事人之间在交易活动中的惯常做法；

（二）在交易行为当地或者某一领域、某一行业通常采用并为交易对方订立合同时所知道或者应当知道的做法。

对于交易习惯，由提出主张的当事人一方承担举证责任。

**二、合同的订立**

当事人一方已经部分履行合同，对方接受并主张按照未履行部分所占比例适用定金罚则的，人民法院应予支持。对方主张按定金罚则的，人民法院不予支持，但是部分未履行致使不能实现合同目的的除外。

因不可抗力致使合同不能履行，非违约方主张适用定金罚则的，人民法院不予支持。

**九、附则**

第六十九条 本解释自2023年12月5日起施行。

民法典施行后的法律事实引起的民事案件，本解释施行后尚未终审的，适用本解释；本解释施行前已经终审，当事人申请再监督程序决定再审的，不适用本解释。

**相关链接**

**最高人民法院发布民法典合同编通则司法解释相关典型案例**

**最高人民法院民二庭、研究室负责人就民法典合同编通则司法解释答记者问**

---

## 相关报道

最高人民法院发布《关于审理涉及刑事犯罪的民事纠纷案件若...

最高人民法院关于修改《最高人民法院关于审理船舶油污损害...

最高人民法院发布《关于事业单位工作人员脱产参加全日制学...

最高法发布《关于审理建设工程施工合同纠纷案件适用法律问...

“两高”联合发布《关于办理非法占用耕地案件适用法律若干...

最高人民法院关于适用《中华人民共和国生态环境法典》时

“两高”关于修改《最高人民法院、最高人民检察院关于办

“两高”发布《关于修改〈最高人民法院、最高人民检察院

最高人民法院 最高人民检察院关于适用刑事缺席审判程序若

最高法发布《最高人民法院关于审理道路交通事故损害赔偿

中国共产党新闻网 | 中国政府网 | 中国人大网 | 中国政协网 | 中国法院网 | 最高人民检察院

全国人民法庭信息网 | 人民法院诉讼资产网

地址：北京市东城区东交民巷27号 邮编：100745 总机：67550114 举报电话：67556131

中华人民共和国最高人民法院 版权所有

京公网安备 11040102700145号 | 京ICP备05023036号