# MA SUPP. EX. 8B

# TRANSLATION CERTIFICATION

Date: 2026/11/6

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:

- Supreme People's Court's Interpretation on Several Issue

Wu You, Managing Director of this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

北京思必锐翻译有限责任公司
1101051472562

Wu You

Signature of Wu You, Managing Director

BEIJING SPIRIT TRANSLATION CO., LTD.
北京思必锐翻译有限责任公司
翻译专用章
TRANSLATION SEAL
<9>

# 最高人民法院关于适用《中华人民共和国民法典》合同编通则若干问题的解

来源：最高人民法院新闻局 发布时间：2023-12-05 14:42:12 字号：

《最高人民法院关于适用〈中华人民共和国民法典〉合同编通则若干问题的解释》已于2023年5月23日由最高人民法院审判次会议通过，现予公布，自2023年12月5日起施行。

BEIJING SPIRIT 北京

法释〔2023〕13号

**最高人民法院关于适用**

**《中华人民共和国民法典》合同编通则若干问题的解释**

（2023年5月23日最高人民法院审判委员会第1889次会议通过，

自2023年12月5日起施行）

为正确审理合同纠纷案件以及非因合同产生的债权债务关系纠纷案件，依法保护当事人的合法权益，根据《中华人民共和国华人民共和国民事诉讼法》等相关法律规定，结合审判实践，制定本解释。

**一、一般规定**

第一条 人民法院依据民法典第一百四十二条第一款、第四百六十六条第一款的规定解释合同条款时，应当以词句的通常含义关条款、合同的性质和目的、习惯以及诚信原则，参考缔约背景、磋商过程、履行行为等因素确定争议条款的含义。

有证据证明当事人之间对合同条款有不同于词句的通常含义的其他共同理解，一方主张按照词句的通常含义理解合同条款的支持。

对合同条款有两种以上解释，可能影响该条款效力的，人民法院应当选择有利于该条款有效的解释；属于无偿合同的，应当担较轻的解释。

第二条 下列情形，不违反法律、行政法规的强制性规定且不违背公序良俗的，人民法院可以认定为民法典所称的“交易习惯

（一）当事人之间在交易活动中的惯常做法；

（二）在交易行为当地或者某一领域、某一行业通常采用并为交易对方订立合同时所知道或者应当知道的做法。

对于交易习惯，由提出主张的当事人一方承担举证责任。

**二、合同的订立**

当事人一方已经部分履行合同，对方接受并主张按照未履行部分所占比例适用定金罚则的，人民法院应予支持。对方主张按定金罚则的，人民法院不予支持，但是部分未履行致使不能实现合同目的的除外。

因不可抗力致使合同不能履行，非违约方主张适用定金罚则的，人民法院不予支持。

**九、附则**

第六十九条 本解释自2023年12月5日起施行。

民法典施行后的法律事实引起的民事案件，本解释施行后尚未终审的，适用本解释；本解释施行前已经终审，当事人申请再监督程序决定再审的，不适用本解释。

**相关链接**

**最高人民法院发布民法典合同编通则司法解释相关典型案例**

**最高人民法院民二庭、研究室负责人就民法典合同编通则司法解释答记者问**

---

## 相关报道


最高人民法院发布《关于审理涉及刑事犯罪的民事纠纷案件若...

最高人民法院关于修改《最高人民法院关于审理船舶油污损害...

最高人民法院发布《关于事业单位工作人员脱产参加全日制学...

最高法发布《关于审理建设工程施工合同纠纷案件适用法律问...

"两高"联合发布《关于办理非法占用耕地案件适用法律若干...

最高人民法院关于适用《中华人民共和国生态环境法典》时

"两高"关于修改《最高人民法院、最高人民检察院关于办

"两高"发布《关于修改（最高人民法院、最高人民检察院

最高人民法院 最高人民检察院关于适用刑事缺席审判程序若

最高法发布《最高人民法院关于审理道路交通事故损害赔偿


RANSLA 翻译有限 翻译专用 RANSLATION <9>




中华人民共和国最高人民法院 版权所有

京公网安备 11040102700145号 | 京ICP备05023036号

党政机关

# Interpretation by the Supreme People's Court of Several Issues Concerning the Application of Title One General Provisions of Book Three Contracts of the *Civil Code of the People's Republic of China*

Source: Information Bureau of the Supreme People's Court Release Time: December 5, 2023 14:42:12 Font Size:

The *"Interpretation by the Supreme People's Court of Several Issues Concerning the Application of Title One General Provisions of Book Three Contracts of the Civil Code of the People's Republic of China*", adopted at the meeting of the Judicial Committee of the Supreme People's Court on May 23, 2023, is hereby promulgated and shall come into effect on December 5, 2023.

Judicial Interpretation [2023] No. 13

**Interpretation by the Supreme People's Court of Several Issues Concerning the Application of Title One General Provisions of Book Three Contracts of the *Civil Code of the People's Republic of China***

(Adopted at the 1889th Meeting of the Judicial Committee of the Supreme People's Court on May 23, 2023, effective as of December 5, 2023)

For the purpose of correctly trying cases of contract disputes and disputes over non-contractual obligations, and protecting the lawful rights and interests of parties in accordance with the law, this Interpretation is formulated in accordance with the *Civil Procedure Law of the People's Republic of China* and other relevant legal provisions, in combination with judicial practice.

**I. General Provisions**

Article 1 When the People's Court interprets contract clauses in accordance with the provisions of Paragraph 1 of Article 142 and Paragraph 1 of Article 466 of the Civil Code, it shall determine the meaning of the disputed clauses based on the usual meaning of the words and sentences, the relevant clauses, the nature and purpose of the contract, customs, and the principle of good faith, with reference to factors such as the contracting background, the negotiation process, and the conduct of performance.

Where there is evidence proving that the parties have another common understanding of a contract clause that differs from the usual meaning of its words and sentences, and one party claims to understand the contract clause according to the usual meaning of the words and sentences, the People's Court shall not support such a claim.

If there are two or more interpretations of a contract clause that may affect the validity of the clause, the People's Court shall choose the interpretation that upholds the validity of the clause; if it is a gratuitous contract, the interpretation resulting in lighter obligations shall be adopted.

Article 2 Under the following circumstances, which do not violate the mandatory provisions of laws and administrative regulations and do not violate public order and good morals, the People's Court may recognize them as "trade usage" as referred to in the Civil Code:

(1) the customary practices between the parties during trading activities;

(2) practices commonly adopted in the locality of the transaction or in a certain field or industry, which are known or should be known to the counterparty at the time of concluding the contract.

For trade usage, the party making the claim shall bear the burden of proof.

**II. Formation of Contracts**

Where one party has partially performed the contract, and the other party accepts it and claims the application of the earnest money penalty rule according to the proportion of the unperformed part, the People's Court shall support it. If the other party claims the full earnest money penalty rule, the People's Court shall not support it, except

BEIJING SPIRIT TRANSLATION CO., LTD. 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL

where the partial non-performance renders the purpose of the contract unachievable.

Where a contract cannot be performed due to force majeure, and the non-breaching party claims the application of the earnest money penalty rule, the People's Court shall not support it.

**IX. Supplementary Provisions**

Article 69 This Interpretation shall come into effect on December 5, 2023.

For civil cases arising from legal facts after the Civil Code comes into force, if the final judgment has not been made after this Interpretation comes into effect, this Interpretation shall apply; if the final judgment was made before this Interpretation comes into effect, and a party applies for a retrial or a retrial is decided under the trial supervision procedure, this Interpretation shall not apply.

**Related Links**

**The Supreme People's Court Released Typical Cases Related to the Judicial Interpretation on the General Provisions of the Contracts Book of the Civil Code**

**Persons in Charge of the Second Civil Division and the Research Office of the Supreme People's Court Answered Reporters' Questions on the Judicial Interpretation on the General Provisions of the Contracts Book of the Civil Code**

---

**Related Reports**

The Supreme People's Court Issued the *Provisions on Several Issues Concerning the Trial of Civil* Dispute Cases Involving Criminal Offenses

The Supreme People's Court on Modifying the *Provisions of the Supreme People's Court on Several Issues Concerning the Trial of Cases of Disputes over Compensation for Vessel-induced Oil Pollution Damage*

The Supreme People's Court Issued the *Official Reply on Issues Concerning Breach of Service Period Agreements by Staff Members of Public Institutions after Participating in Full-Time Off-the-Job Academic Education*

The Supreme People's Court Issued the *Interpretation on Issues Concerning the Application of Law in the Trial of Cases Involving Disputes over Construction Contracts for Construction Projects*

The Supreme People's Court and the Supreme People's Procuratorate Jointly Issued the *Provisions on Several Issues Concerning the Application of Law in the Handling of Cases Involving Illegal Occupation of Cultivated Land*

The Supreme People's Court on the Application of the Time... of the *Ecological and Environmental Code of the People's Republic of China*

The Supreme People's Court and the Supreme People's Procuratorate on Modifying the *The Supreme People's Court and the Supreme People's Procuratorate on Handling...*

The Supreme People's Court and the Supreme People's Procuratorate Issued the ... *on Modifying the 'The Supreme People's Court and the Supreme People's Procuratorate...*

The Supreme People's Court and the Supreme People's Procuratorate's *Provisions on Several Issues Concerning the Application of the Criminal Procedure for Trial in Absentia*

The Supreme People's Court Issued the *Interpretation by the Supreme People's Court of Several Issues Concerning the Application of Law in the Trial of Cases on Compensation for Damage in Road Traffic Accidents*

CPC News Network | Chinese Government Network | NPC Network | CPPCC Network | China Court Network | Supreme People's Procuratorate

National People's Tribunal Information Network | People's Court Litigation Assets Network

Address: No. 27 Dongjiaominxiang, Dongcheng District, Beijing Postal Code: 100745 Switchboard: 67550114 Reporting Hotline: 67556131

Copyright by the Supreme People's Court of the People's Republic of China

Beijing Public Security Record No. 11040102700145 | Beijing ICP Record No. 05023036

BEIJING SPIRIT TRANSLATION CO., LTD 北京思必锐翻译有限责任公司 翻译专用章 TRANSLATION SEAL <9>